**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| **LeClairRyan PLLC** ) | **Case No. 19-34574-KRH** |
| ) | **Chapter 11** |
| **Debtor.** ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010, Leader Bank, N.A. hereby appears in the above-captioned case by its counsel, Mary Joanne Dowd and Jackson D. Toof of Arent Fox LLP.  Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court or any other parties provide in accordance with Rule 2002, be served at the address set forth below:

   Mary Joanne Dowd, Esq.
   Jackson D. Toof, Esq.
   Arent Fox LLP
   1717 K Street, NW
   Washington, DC 20006
   Telephone: (202) 857-6000
   Facsimile: (202) 857-6395
   Email:  mary.dowd@arentfox.com
           jackson.toof@arentfox.com

This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, appendices, exhibits, requests or demands, whether formal or informal, whether written

---

Mary Joanne Dowd, Esq. (91197)
Jackson D. Toof, Esq. (48842)
ARENT FOX LLP
1717 K Street NW
Washington DC 20006
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395
mary.dowd@arentfox.com
jackson.toof@arentfox.com
*Counsel to Leader Bank, N.A.*

or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended, or shall be deemed, to waive the right of Leader Bank, N.A. to (i) to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) to trial by jury in any proceeding so triable herein or in any related case, controversy or proceeding; (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) is intended, or shall be deemed to waive any rights, claims, actions, defenses, setoffs or recoupments to which Leader Bank, N.A. is or may be entitled under agreements or in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: September 13, 2019

Respectfully submitted,

*/s/ Mary Joanne Dowd*
Mary Joanne Dowd (VSB # 91197)
Jackson D. Toof (VSB # 48842)
ARENT FOX LLP
1717 K Street NW
Washington, DC 20036
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
mary.dowd@arentfox.com
jackson.toof@arentfox.com

*Counsel to Leader Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2019, a copy of the foregoing Notice of Appearance and Request for Notice was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties receiving notices in this case via the Court's CM/ECF system, including:

Tyler P. Brown (tpbrown@huntonak.com, tcanada@huntonak.com)
*Debtor's Counsel*

Jason William Harbour (jharbour@huntonAK.com, tcanada@huntonAK.com)
*Debtor's Counsel*

Henry Pollard Long, III (hlong@huntonAK.com, tcanada@huntonAK.com)
*Debtor's Counsel*

Jennifer Ellen Wuebker (jwuebker@huntonak.com, tcanada@huntonak.com)
*Debtor's Counsel*

John P. Fitzgerald, III (USTPRegion04.RH.ECF@usdoj.gov)
*U.S. Trustee*

Robert B. Van Arsdale (Robert.B.Van.Arsdale@usdoj.gov)
*Counsel for U.S. Trustee*

Joseph Corrigan (Bankruptcy2@ironmountain.com)
*Counsel for Iron Mountain Information Management, LLC*

Karen M. Crowley (kcrowley@clrbfirm.com, jbrockett@clrbfirm.com, clrbfirmecf@gmail.com, dhicock@clrbfirm.com, crowleykr40218@notify.bestcase.com)
*Counsel for Super-Server, LLC*

Douglas M. Foley (dfoley@mcguirewoods.com, mcguire-8660@ecf.pacerpro.com)
*Counsel for ABL Alliance, LLLP*

Kevin J. Funk (kfunk@dagglaw.com, bmcmillen@durrettecrump.com)
*Counsel for Parma Richmond, LLC*

Michael Gabriel Gallerizzo (mgall@gebsmith.com)
*Counsel for Bank of America, N.A.*

Michael D. Nord (mnord@gebsmith.com)
*Counsel for Bank of America, N.A.*

David R. Ruby (druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com, druby@ecf.epiqsystems.com)
*Counsel for LS Gold LLC*

Amy Michelle Simon (amy.simon@hklaw.com, karyn.dennis@hklaw.com, kevin.dolivo@hklaw.com, paul.kiernan@hklaw.com)
*Counsel for Carlyle Overlook Owner, LLC*

David G. Barger (bargerd@gtlaw.com, hopkinsj@gtlaw.com)
*Counsel for ULX Partners, LLC, UnitedLex Corporation*

Peter D. Bilowz (pbilowz@goulstonstorrs.com, drosner@goulstonstorrs.com)
*Counsel for*

Robert C. Gill (robert.gill@saul.com, jennifer.hibner-spencer@saul.com, morgan.snader@saul.com, maria.ruark@saul.com, aaron.applebaum@saul.com)
*Counsel for BCal 44 Montgomery Property LLC*

Thomas John McKee (mckeet@gtlaw.com, smedsa@gtlaw.com)
*Counsel for ULX Partners, LLC, UnitedLex Corporation*

I also certify that a copy of the foregoing Notice of Appearance and Request for Notice was served on September 13, 2019 by U.S. mail, first-class, postage-prepaid on:

Lori D. Thompson
LeClairRyan PLLC
4405 Cox Rd
Glen Allen, VA 23060
*Debtor Designee*

John J. Marshall
JM Partners LLC
6800 Paragon Place, Suite 202
Richmond, VA 23230-1656

*/s/ Mary Joanne Dowd*
Mary Joanne Dowd