# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   19−34574−KRH
**Chapter**   11
**Judge**   Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
LeClairRyan PLLC
aka LeClairRyan, A Professional Corporation
4405 Cox Road
Glen Allen, VA 23060

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: 41−2252451

## NOTICE OF HEARING

A

*61* − Motion to Convert Case to Chapter 7 (Fee Amount of $ 15 Exempt) Filed by Robert B. Van Arsdale of Office of the U. S. Trustee on behalf of John P. Fitzgerald, III (Van Arsdale, Robert)

has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:**   September 26, 2019       **Time:**   02:00 PM

**Location:**

Judge Huennekens − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219

Under Local Bankruptcy Rule 9013−1, unless a written response to this motion and supporting memorandum are filed with the Clerk of Court and served on the moving party within seven (7) days before the scheduled hearing date, the Court may deem any opposition waived, treat the motion [*or application or proposed action*] as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated:   September 12, 2019                           For the Court,

                                                     William C. Redden, Clerk
[USTVAN022vDec2009.jsp]                              United States Bankruptcy Court

```
                         United States Bankruptcy Court
                           Eastern District of Virginia
In re:                                                           Case No. 19-34574-KRH
LeClairRyan PLLC                                                 Chapter 11
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0422-7          User: ramirez-l            Page 1 of 2            Date Rcvd: Sep 12, 2019
                              Form ID: VAN22UST          Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db             +LeClairRyan PLLC,    4405 Cox Road,    Glen Allen, VA 23060-3395
cr             +Iron Mountain Information Management, LLC,    One Federal Street,    7th Floor,
                 Boston, MA 02110-2003
desig          +Lori D. Thompson,    LeClairRyan PLLC,    4405 Cox Rd,    Glen Allen, VA 23060-3395
cr             +ULX Partners, LLC,    c/o David G. Barger, Esq.,    Greenberg Traurig, LLP,    1750 Tysons Blvd.,,
                 Suite 1000,    McLean, VA 22102-4232
cr             +UnitedLex Corporation,    c/o David G. Barger, Esq.,    Greenberg Traurig, LLP,
                 1750 Tysons Blvd.,,    Suite 1000,    McLean, VA 22102-4232
15009669       +Andrew Lynch Cole,    212 Winchester Beach Drive,    Annapolis, MD 21409-5856
15014633       +BCal 44 Montgomery Property LLC,    c/o Peter D. Bilowz and Douglas B. Rosne,
                 Goulston & Storrs PC,    400 Atlantic Avenue,    Boston, MA 02110-3333
15016367       +BankDirect Capital Finance,    150 North Field Dr, Ste 190,    Lake Forrest, IL 60045-2594
15012170       +Iron Mountain Information Management, LLC,    Attn: Joseph Corrigan, 7th Floor,   1 Federal St.,
                 Boston, MA 02110-2012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15010347       +E-mail/Text: jmarshall@jmpartnersllc.com Sep 13 2019 03:53:50     JM Partners LLC,
                 c/o John Marshall,    6800 Paragon Place Suite 202,    Richmond, VA 23230-1656
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              ABL Alliance, LLLP
cr              Admiral Cochrane, LLC, successor in interest to ML
cr              BCal 44 Montgomery Property LLC
cr              Bank of America, N.A.
cr              CARLYLE OVERLOOK OWNER LLC
cr              LS Gold LLC
cr              Parma Richmond LLC
cr*             Super-Server, LLC
cr*            +JM Partners LLC,    c/o John Marshall,    6800 Paragon Place Suite 202,    Richmond, VA 23230-1656
                                                                                     TOTALS: 8, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
              Amy Michelle Simon    on behalf of Creditor    CARLYLE OVERLOOK OWNER LLC amy.simon@hklaw.com,
               karyn.dennis@hklaw.com;kevin.dolivo@hklaw.com;paul.kiernan@hklaw.com
              David G. Barger    on behalf of Creditor    ULX Partners, LLC bargerd@gtlaw.com, hopkinsj@gtlaw.com
              David G. Barger    on behalf of Creditor    UnitedLex Corporation bargerd@gtlaw.com,
               hopkinsj@gtlaw.com
              David R. Ruby    on behalf of Creditor    LS Gold LLC druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              Douglas M. Foley    on behalf of Creditor    ABL Alliance, LLLP dfoley@mcguirewoods.com,
               mcguire-8660@ecf.pacerpro.com
              Henry Pollard Long, III    on behalf of Debtor    LeClairRyan PLLC hlong@huntonAK.com,
               tcanada@huntonAK.com
              Jason William Harbour    on behalf of Debtor    LeClairRyan PLLC jharbour@huntonAK.com,
               tcanada@huntonAK.com
              John P. Fitzgerald, III    USTPRegion04.RH.ECF@usdoj.gov
              Joseph  Corrigan    on behalf of Creditor    Iron Mountain Information Management, LLC
               Bankruptcy2@ironmountain.com
```

```
District/off: 0422-7           User: ramirez-l                Page 2 of 2                  Date Rcvd: Sep 12, 2019
                               Form ID: VAN22UST              Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Karen M. Crowley    on behalf of Creditor    Super-Server, LLC kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;clrbfirmecf@gmail.com;dhicock@clrbfirm.com;crowleykr40218@notify.bestcase.
          com
          Kevin J. Funk    on behalf of Creditor    Parma Richmond LLC kfunk@dagglaw.com,
           bmcmillen@durrettecrump.com
          Michael D. Nord    on behalf of Creditor    Bank of America, N.A. mnord@gebsmith.com
          Michael Gabriel Gallerizzo    on behalf of Creditor    Bank of America, N.A. mgall@gebsmith.com
          Peter D. Bilowz    on behalf of Creditor    BCal 44 Montgomery Property LLC
           pbilowz@goulstonstorrs.com,    drosner@goulstonstorrs.com
          Robert B. Van Arsdale    on behalf of U.S. Trustee John P. Fitzgerald, III
           Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Gill    on behalf of Creditor    Admiral Cochrane, LLC, successor in interest to MLQ-ELD,
          LLC and LSOP 3C III, LLC robert.gill@saul.com,
           jennifer.hibner-spencer@saul.com;morgan.snader@saul.com;maria.ruark@saul.com
          Thomas John McKee, Jr.    on behalf of Creditor    ULX Partners, LLC mckeet@gtlaw.com,
           smedsa@gtlaw.com
          Thomas John McKee, Jr.    on behalf of Creditor    UnitedLex Corporation mckeet@gtlaw.com,
           smedsa@gtlaw.com
          Tyler P. Brown    on behalf of Debtor    LeClairRyan PLLC tpbrown@huntonak.com,
           tcanada@huntonak.com
                                                                                    TOTAL: 19