**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **In re:** | |
| | **Chapter 11** |
| **LECLAIRRYAN PLLC,** | **Case No. 19-34574 (KRH)** |
| **Debtor.**[1] | |

**LIST OF EQUITY SECURITY HOLDERS
PURSUANT TO RULE 1007(a)(3) OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE**

The Debtor submits that the individuals identified below were the members of LeClairRyan PLLC as of July 29, 2019, which is the date the members resolved to dissolve the firm:

| **Name and Last Known Address** | **Number of Common Shares** | **Number of Series A Preferred Shares** | **Number of Series B Preferred Shares** |
|---|---|---|---|
| Elizabeth Acee<br>216 Totoket Rd<br>Branford, CT  06405 | 10 | 0 | 0 |
| Rodney Adams<br>700 Lakewater Drive<br>Richmond, VA  23229 | 10 | 15.42 | 6.25 |

---

[1]  The last four digits of the Debtor's federal tax identification number are 2451.

HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Tyler P. Brown (VSB No. 28072)
Jason W. Harbour (VSB No. 68220)
Henry P. (Toby) Long, III (VSB No. 75134)

*Proposed Counsel to the Debtor
and Debtor in Possession*

| Name and Last Known Address | Number of Common Shares | Number of Series A Preferred Shares | Number of Series B Preferred Shares |
|---|---|---|---|
| Megan Ben'Ary<br>3712 Riverwood Road<br>Alexandria, VA  22309 | 10 | 0 | 0 |
| Steven Blaine<br>2000 Lewis Mountain Road<br>Charlottesville, VA  22903 | 10 | 6 | 0 |
| Richard Bowerman<br>216 Totoket Road<br>Branford, CT  06405 | 10 | 4.21 | 1 |
| Paul Burleigh<br>19777 Buckeye Meadow Lane<br>Northridge, CA  91326 | 10 | 0 | 0 |
| James Carroll<br>108 Cairn Ridge Rd East<br>Falmouth, MA  02536 | 10 | 0 | 0 |
| Andrew Clark<br>3210 Seminary Ave<br>Richmond, VA  23227 | 10 | 0 | 0 |
| Karol Corbin Walker<br>24 Manor Dr<br>Morris Township, NJ  07960 | 10 | 17 | 0 |
| Mark Dombroff<br>10598 Hannah Farm Road<br>Oakton, VA  22124 | 10 | 0 | 0 |
| Brian Donnell<br>12 Cavendish Place<br>Avon, CT  06001 | 10 | 7.38 | 0 |
| Niclas Ferland<br>50 Webster Point Road<br>Madison, CT  06443 | 10 | 0 | 0 |
| Robert Fletcher<br>6960 Birch Street<br>Falls Church, VA  22046 | 10 | 4.89 | 0 |

| Name and Last Known Address | Number of Common Shares | Number of Series A Preferred Shares | Number of Series B Preferred Shares |
|---|---|---|---|
| Janice Grubin<br>652 Broadway, Apt 5<br>New York, NY  10012 | 10 | 0 | 1.15 |
| Charles Gustafson<br>9312 Ludgate Drive<br>Alexandria, VA  22309 | 10 | 10.51 | 10 |
| Robert Harrison<br>1819 Chantry Drive<br>Arcadia, CA  91006 | 10 | 10 | 0 |
| Micheal Hern<br>420 N. Stafford Avenue<br>Richmond, VA  23220 | 10 | 18.24 | 0 |
| William Holm<br>6400 Boulevard View<br>Alexandria, VA  22307 | 10 | 0 | 0 |
| Charles Horn<br>2026 Lake Street<br>San Francisco, CA  94121 | 10 | 16.58 | 2 |
| Gretchen Jackson<br>1177 Redfields Road<br>Charlottesville, VA  22903 | 10 | 0 | 1 |
| William Janicki<br>1225 Macaulay Cir<br>Carmichael, CA  95608 | 10 | 0 | 0 |
| John Jessee<br>5008 Fox Ridge Road SW<br>Roanoke, VA  24018 | 10 | 11.39 | 0 |
| Ray King<br>5608 Shenandoah Avenue<br>Norfolk, VA  23509 | 10 | 17 | 0 |
| Paul Kuhnel<br>223 North Broad Street<br>Salem, VA  24153 | 10 | 0 | 0 |

3

| Name and Last Known Address | Number of Common Shares | Number of Series A Preferred Shares | Number of Series B Preferred Shares |
|---|---|---|---|
| Joseph Lagrotteria<br>6 Cambridge Court<br>Eatontown, NJ  07724 | 10 | 10.93 | 1.03 |
| Christopher Lange<br>5615 Riverside Drive<br>Richmond, VA  23225 | 10 | 0 | 1 |
| David Lay<br>100 Woodhall Drive<br>Richmond, VA  23229 | 10 | 1 | 0 |
| Gary LeClair<br>326 Wickham Glen Dr<br>Richmond, VA  23238 | 10 | 213.68 | 0 |
| Ilan Markus<br>1348 Stillson Road<br>Fairfield, CT  06824 | 10 | 0 | 0 |
| Jason Medley<br>2652 Westgate Street<br>Houston, TX  77098 | 10 | 0 | 0 |
| Christopher Perkins<br>513 Libbie Avenue<br>Richmond, VA  23226 | 10 | 0.6 | 0 |
| David Phillips<br>78 Beckwith Pl<br>Rutherford, NJ  07070 | 5 | 0 | 0 |
| Christopher Pizzo<br>3433 NE 31st Avenue<br>Lighthouse Point, FL  33064 | 10 | 0 | 0 |
| Thomas Regan<br>111 Hansell Road<br>New Providence, NJ  07974 | 10 | 0 | 0 |
| Robin Teskin<br>12724 Ox Meadow Drive<br>Herndon, VA  20171 | 10 | 0 | 2.6 |

| Name and Last Known Address | Number of Common Shares | Number of Series A Preferred Shares | Number of Series B Preferred Shares |
|---|---|---|---|
| Lori Thompson<br>5542 Valley Drive<br>Roanoke, VA  24018 | 6 | 0 | 0 |
| Peter Van Zandt<br>80 Burlwood Dr.<br>San Francisco, CA  94127 | 10 | 0 | 0 |
| Robert Wayne<br>4832 Chamal Circle<br>Boca Raton, FL  33487 | 10 | 6 | 0 |
| Andrew White<br>1480 Windsor Way<br>Manakin Sabot, VA  23103 | 10 | 0 | 0 |
| Diane Wilson<br>19 Four Winds Lane<br>New Canaan, CT  06840 | 10 | 0 | 0 |
| Thomas Wolf<br>3810 Seminary Avenue<br>Richmond, VA  23227 | 10 | 22 | 0 |
| Robert Wonneberger<br>322 Woodruff Road<br>Milford, CT  06461 | 10 | 1.65 | 0 |
| Karen Yates<br>28 Forest Court South<br>Hamden, CT  06518 | 10 | 0 | 0 |

DATED: September 17, 2019

        Respectfully submitted,

        */s/ Henry P. (Toby) Long, III*
        Tyler P. Brown (VSB No. 28072)
        Jason W. Harbour (VSB No. 68220)
        Henry P. (Toby) Long, III (VSB No. 75134)
        HUNTON ANDREWS KURTH LLP
        Riverfront Plaza, East Tower
        951 East Byrd Street
        Richmond, Virginia 23219
        Telephone:  (804) 788-8200
        Facsimile:    (804) 788-8218
        Email: tpbrown@HuntonAK.com
              jharbour@HuntonAK.com
              hlong@HuntonAK.com

        *Proposed Counsel to the Debtor*
        *and Debtor in Possession*