**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:

      LECLAIRRYAN PLLC,                  Case No. 19-34574-KRH
                                                          Chapter 11

            Debtor.

## ORDER

Notwithstanding any purported deadlines to the contrary, objection(s) to the *United States Trustee Motion to Convert Case to Chapter 7* [ECF No. 61] shall be filed in accordance with the *Order Establishing Certain Notice, Case Management and Administrative Procedures* [ECF No. 38].

ENTERED:   September 18, 2019        /s/ Kevin R. Huennekens
                                                            UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: Sep 18 2019