**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

IN RE:

LeClairRyan PLLC                                                            Case No.: 19-34574-KRH

                                                                            Chapter 11

               Debtor in Possession

---

**OBJECTION OF SUPER-SERVER, LLC
<u>TO MOTION BY DEBTOR TO ASSUME EXECUTORY CONTRACTS</u>**

COMES NOW Super-Server, LLC d/b/a Proxios, by counsel ("Proxios"), and objects to the Debtor's Motion to Assume Certain Executory Contracts [Docket #12]. Proxios has requested copies of the Executory Contracts for which the Debtor has sought Court Approval and agreed that such contracts could be subject to a protective order if necessary. The Debtor has not responded to the request for copies of the Executory Contracts. Without copies of the Contracts of which the Debtor seeks approval, no creditor or party in interest can evaluate the relief sought by the Debtor.

In addition, Proxios supports the Motion filed by the U.S. Trustee to convert the case to Chapter 7 and for the Chapter 7 Trustee to evaluate the necessity of the services of Ms. Thompson and Mr. Lange and how they should be compensated for such services.

Karen M. Crowley (VSB # 35881)
Joseph T. Liberatore (VSB #32302)
CROWLEY LIBERATORE P.C.
150 Boush Street, Suite 300
Norfolk, VA 23510
Telephone (757) 333-4500
kcrowley@clrbfirm.com
Counsel for Super Server, LLC

WHEREFORE, for the reasons set forth above, Super-Server, LLC d/b/a Proxios requests that the Court deny the Motion unless the Executory Contracts are provided to the creditors and parties in interest, delay entry of a final order approving the Motion until such time as the Chapter 7 Trustee can evaluate the terms and grant it such other and further relief as is just.

Date:   September 19, 2019            Respectfully Submitted,
                                      SUPER-SERVER, LLC


                                      /s/ Karen M. Crowley
                                            Of Counsel

Karen M. Crowley (VSB # 35881)
Joseph T. Liberatore (VSB #32302)
CROWLEY LIBERATORE P.C.
150 Boush Street, Suite 300
Norfolk, VA 23510
Telephone (757) 333-4500
kcrowley@clrbfirm.com
Counsel for Super Server, LLC


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Objection was served on September 19, 2019, by electronic mail, to those listed on the attached Core Service List with an e-mail address and by first class mail upon those listed on the attached Core Service List without an e-mail address.


                                            /s/ Karen M. Crowley