# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>LECLAIRRYAN PLLC,<br><br>Debtor. | Chapter 11<br><br>Case No.  19-34574 (KRH) |

### SUPPLEMENTAL STATEMENT IN SUPPORT OF THE MOTION OF MICHELE CRADDOCK FOR LIMITED RELIEF FROM THE AUTOMATIC STAY
### [RE: D.I. 83]

COMES NOW Michele Craddock ("Craddock"), by undersigned counsel, and makes this supplemental statement in support of the *Motion of Michele Craddock for Limited Relief from the Automatic Stay* [D.I. 83] (the "Motion").  In further support of the Motion, Craddock respectfully states as follows:

### I.    SUPPLEMENTAL STATEMENT

1.    On September 18, 2019, Craddock filed the Motion by which, among other things, she requested relief from the automatic stay imposed by section 362 of the Bankruptcy Code[1] to permit the Panel to enter a revised Award on her claims against the Debtor.  However, because of the unique procedural posture of the arbitration proceeding, where the Debtor was identified as the

---

[1]    Capitalized terms used, but not defined herein shall have the meaning ascribed to them in the Motion.

**MICHAEL WILSON PLC**
Michael G. Wilson (VSB No. 48927)
PO Box 6330
Glen Allen, VA 23058
Telephone: (804) 614-8301
mike@mgwilsonlaw.com

*Counsel to Michele Craddock*

plaintiff because it commenced the action seeking a declaratory judgment regarding the Debtor's relationship with Craddock, the automatic stay arguably did not apply to stay the entire proceeding. On September 19, 2019, the Panel entered the revised Award in favor of Craddock, a true and correct copy of which is attached hereto as Exhibit A. To the extent necessary, Craddock hereby modifies the relief requested in the Motion to reflect the change in circumstances brought about by the Panel's entry of the revised Award.

## II.    CONCLUSION

**WHEREFORE**, for the reasons set forth above and in the Motion, Craddock requests that the Court enter an order, substantially in the form attached hereto as Exhibit B, granting to her the relief requested in the Motion and such other and further relief as the Court deems just and proper.

Dated:  September 20, 2019

**MICHELE CRADDOCK**

/s/ Michael Wilson
Michael G. Wilson (VSB #48927)
**Michael Wilson PLC**
PO Box 6330
Glen Allen, VA 23058
(804) 614-8301
mike@mgwilsonlaw.com

*Counsel to Michele Craddock*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September 2019, I caused a copy of the foregoing pleading to be served by electronic means through the Court's ECF system and emailed to all parties receiving notices in this case in accordance with the Case Management Order.

/s/ Michael Wilson
Michael Wilson