**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>**LECLAIRRYAN PLLC,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 19-34574 (KRH) |

**PROPOSED AGENDA FOR HEARING
ON SEPTEMBER 26, 2019, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**I.    ADJOURNED MATTERS**

1. "**Cash Management**" – *Motion of LeClairRyan PLLC for Entry of an Order (I) Authorizing the Debtor to Maintain Existing Bank Accounts and Business Forms and Continue to Use Existing Cash Management System and (II) Waiving the Requirements of Section 345(b) of the Bankruptcy Code* [ECF No. 7]

   *Related Documents:*

   (a) *Interim Order (I) Authorizing Debtor to Maintain Existing Bank Accounts and Business Forms and Continue to Use Existing Cash Management System and (II) Waiving the Requirements of Section 345(b) of the Bankruptcy Code* [ECF No. 40]

   *Response Deadline*: September 19, 2019.

   *Responses*:  None at the time of this filing.

---

[1] The last four digits of the Debtor's federal tax identification number are 2451.

HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Tyler P. Brown (VSB No. 28072)
Jason W. Harbour (VSB No. 68220)
Henry P. (Toby) Long, III (VSB No. 75134)

*Proposed Counsel to the Debtor
and Debtor in Possession*

*Status*: This matter is adjourned to the hearing scheduled before this Court on October 24, 2019, at 1:00 p.m. (prevailing Eastern Time), and the response deadline is continued to October 17, 2019.

2. "**Receivables Motion**" – *Motion of LeClairRyan PLLC for Entry of Interim and Final Orders Approving Settlement Procedures for Compromising Accounts Receivable and Related Relief* [ECF No. 8]

   *Related Documents:*

   (a) *Sealed Exhibit* [ECF No. 10]

   (b) *Order Authorizing LeClairRyan PLLC to File Under Seal Exhibit B to the Motion of LeClairRyan PLLC for Entry of Interim and Final Orders Approving Settlement Procedures for Compromising Accounts Receivable and Related Relief* [ECF No. 42]

   (c) *Interim Order Approving Settlement Procedures for Compromising Accounts Receivable and Related Relief, and Scheduling a Final Hearing* [ECF No. 51]

   *Response Deadline*: September 19, 2019.

   *Responses*: None at the time of this filing.

   *Status*: This matter is adjourned to the hearing scheduled before this Court on October 24, 2019, at 1:00 p.m. (prevailing Eastern Time), and the response deadline is continued to October 17, 2019.

3. "**Wages Motion**" – *Motion of LeClairRyan PLLC for Entry of Interim and Final Orders (I) Authorizing Debtor to Pay Prepetition Wages and Salaries; and (II) Directing Applicable Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 11]

   *Related Documents:*

   (a) *Interim Order (I) Authorizing LeClairRyan PLLC to Pay Prepetition Wages and Salaries; (II) Directing Applicable Financial Institutions to Honor and Process Related Checks and Transfers; and (III) Granting Related Relief* [ECF No. 43]

   *Response Deadline*: September 19, 2019.

   *Responses*: None at the time of this filing.

*Status*: This matter is adjourned to the hearing scheduled before this Court on October 24, 2019, at 1:00 p.m. (prevailing Eastern Time), and the response deadline is continued to October 17, 2019.

4. "**Assumption Motion**" – *Omnibus Motion of LeClairRyan PLLC for Entry of Interim and Final Orders Authorizing the Debtor to Assume Certain Executory Contracts* [ECF No. 12]

   *Related Documents:*

       (a) *Interim Order Authorizing LeClairRyan PLLC to Assume Certain Executory Contracts* [ECF No. 52]

   *Response Deadline*: September 19, 2019.

   *Responses*:

       (b) *Objection of Super-Server, LLC to Motion by Debtor to Assume Executory Contracts* [ECF No. 88]

   *Status*: This matter is adjourned to the hearing scheduled before this Court on October 24, 2019 at 1:00 p.m. (prevailing Eastern Time), and the response deadline is continued to October 17, 2019.

**II.    UNCONTESTED MATTERS**

5. "**First Lease Rejection Motion**" – *Omnibus Motion for Entry of an Order Authorizing LeClairRyan PLLC to (I) Reject Unexpired Leases and (II) Abandon Certain Property in Conjunction with Such Rejection* [ECF No. 18]

   *Related Documents:*

       (a) *Notice of Revised Proposed Orders* [ECF No. 102]

   *Response Deadline*: September 19, 2019.

   *Responses*: None at the time of this filing.

   *Status*: This matter is going forward. The Debtor will submit a proposed order to reflect informal comments received.

6. "**Second Lease Rejection Motion**" – *Second Omnibus Motion for Entry of an Order Authorizing LeClairRyan PLLC to (I) Reject Unexpired Leases and (II) Abandon Certain Property in Conjunction with Such Rejection* [ECF No. 69]

   *Related Documents:* None at the time of this filing.

   *Response Deadline*: September 23, 2019.

*Responses*:  None at the time of this filing.

*Status*:  This matter is going forward.

7. "**Hunton Retention Application**" – *Application of LeClairRyan PLLC for Entry of an Order Authorizing the Employment and Retention of Hunton Andrews Kurth LLP as Counsel for LeClairRyan PLLC Effective as of the Petition Date* [ECF No. 66]

   *Related Documents:*

   (a) *Supplemental Declaraction of Tyler P. Brown In Support of the Application of LeClairRyan PLLC for Entry of an Order Authorizing the Employment and Retention of Hunton Andrews Kurth LLP as Counsel for LeClairyRyan PLLC Effective as of the Petition Date* [ECF No. 104]

   (b) *Notice of Revised Proposed Orders* [ECF No. 102]

   *Response Deadline*: September 23, 2019.

   *Responses*:  None at the time of this filing.

   *Status*:  This matter is going forward.  The Debtor will submit a proposed order to reflect informal comments received.

8. "**Protiviti Retention Application**" – *Application of LeClairRyan PLLC for Entry of an Order Authorizing the Employment and Retention of Protiviti Inc. and Financial Advisor for LeClairRyan PLLC Effective as of the Petition Date* [ECF No. 67]

   *Related Documents:*

   (a) *Supplemental Declaraction of Guy A. Davis In Support of the Application of LeClairRyan PLLC for Entry of an Order Authorizing the Employment and Retention of Protiviti Inc. and Financial Advisor for LeClairRyan PLLC Effective as of the Petition Date* [ECF No. 103]

   (b) *Notice of Revised Proposed Orders* [ECF No. 102]

   *Response Deadline*: September 23, 2019.

   *Responses*:  None at the time of this filing.

   *Status*:  This matter is going forward.  The Debtor will submit a proposed order to reflect informal comments received.

9. "**ALCS Appointment Motion**" – *Motion of LeClairRyan PLLC for Entry of an Order Appointing American Legal Claim Services, LLC as Claims, Noticing, and Balloting Agent* [ECF No. 68]

    *Related Documents:*

    (a) *Notice of Revised Proposed Orders* [ECF No. 102]

    *Response Deadline*: September 23, 2019.

    *Responses*:  None at the time of this filing.

    *Status*:  This matter is going forward.  The Debtor will submit a proposed order to reflect informal comments received.

III. **CONTESTED MATTERS**

10. "**Client File Disposition Motion**" – *Motion of LeClairRyan PLLC for Approval of Client File Disposition Procedures* [ECF No. 70]

    *Related Documents:*

    (a) *Notice of Revised Proposed Orders* [ECF No. 102]

    *Response Deadline*: September 23, 2019.

    *Responses*:

    (b) *Objection of Super-Server, LLC to Motion by Debtor for Approval of Client File Disposition Procedures* [ECF No. 95]

    (c) *iManage, LLC's Limited Objection to Motion of LeClairRyan PLLC for Approval of Client File Disposition Procedures* [ECF No. 97]

    *Status*:  This matter is going forward.  The Debtor will submit a proposed order to reflect informal comments received.

11. "**Expense Motion**" – *Motion for Entry of an Order Authorizing and Directing Payment of Client Expense Reimbursements* [ECF No. 71]

    *Related Documents:*

    (a) *Notice of Revised Proposed Orders* [ECF No. 102]

    *Response Deadline*: September 23, 2019.

*Responses*:

    (a) *Limited Objection of ABL Alliance, LLLP to Motion for Entry of an Order Authorizing and Directing Payment of Client Expense Reimbursements* [ECF No. 100]

*Status*: This matter is going forward. The Debtor will submit a proposed order to reflect informal comments received.

12. "**Cash Collateral**" – *Motion of LeClairRyan PLLC for Entry of Interim and Final Orders Authorizing the Debtor to Use Cash Collateral and Granting Adequate Protection and Related Relief* [ECF No. 13]

    *Related Documents:*

        (a) *Declaration of Guy A. Davis in Support of Motion of LeClairRyan PLLC for Entry of Interim and Final Orders Authorizing the Debtor to Use Cash Collateral and Granting Adequate Protection and Related Relief* [ECF No. 14]

        (b) *Interim Order Authorizing LeClairRyan PLLC to Use Cash Collateral, Granting Adequate Protection and Related Relief, and Scheduling and Final Hearing* [ECF No. 41]

    *Response Deadline*: September 19, 2019.

    *Responses*:

        (c) *Objection of Super-Server, LLC to Motion to Use Cash Collateral* [ECF No. 89]

        (d) *iManage, LLC's Joinder with Objection of Super-Server LLC to Debtor's Motion to Use Cash Collateral* [ECF No. 98]

    *Status*: This matter is going forward.

13. "**Convert to Chapter 7**" – *United States Trustee Motion to Convert Case to Chapter 7* [ECF No. 61]

    *Related Documents:*

        (a) *Joinder of Michele Craddock in the United States Trustee Motion to Convert Case to Chapter 7* [ECF No. 82]

        (b) *Joinder of Super-Server, LLC in Motion to Convert Case Filed by U.S. Trustee* [ECF No. 90]

6

      (c) *Statement of ABL Alliance, LLLP in Support of Motion of United States Trustee to Convert Case to Chapter 7* [ECF No. 99]

*Response Deadline*: September 23, 2019.

*Responses*:

      (d) *Response of LeClairRyan PLLC to United States Trustee Motion to Convert Case to Chapter 7* [ECF No. 101]

*Status*:  This matter is going forward.

DATED: September 24, 2019

                                     */s/ Henry P. (Toby) Long, III*
                                     Tyler P. Brown (VSB No. 28072)
                                     Jason W. Harbour (VSB No. 68220)
                                     Henry P. (Toby) Long, III (VSB No. 75134)
                                     HUNTON ANDREWS KURTH LLP
                                     Riverfront Plaza, East Tower
                                     951 East Byrd Street
                                     Richmond, Virginia 23219
                                     Telephone:  (804) 788-8200
                                     Facsimile:   (804) 788-8218
                                     Email: tpbrown@HuntonAK.com
                                                         jharbour@HuntonAK.com
                                                         hlong@HuntonAK.com

                                     *Proposed Counsel to the Debtor and Debtor in Possession*