Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
Shawn R. Fox (admitted *pro hac vice*)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000

*Counsel to ABL Alliance, LLLP,*
*Senior Secured First Lien Lender*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| LECLAIRRYAN PLLC, | ) Case No. 19-34574-KRH |
| Debtor.[1] | ) |

## DECLARATION OF JOHN MCCAULEY

1.  My name is John C. McCauley. I am the President of VCF Advisors, LLC (ABL Alliance, LLLP's ("ABLA") General Partner).

2.  I submit this declaration in regard to the final hearing on the *Motion of LeClairRyan PLLC for Entry of Interim and Final Orders Authorizing the Debtor to Use Cash Collateral and Granting Adequate Protection and Related Relief* [Docket No. 13] (the "Motion"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

---

[1] The last four digits of the Debtor's federal tax identification number are 2451.

1

3. All facts set forth herein are based on my personal knowledge of ABLA's operations and/or information learned from my review of relevant documents. I am authorized to submit this declaration on behalf of ABLA and, if called upon to testify, I could and would testify competently to the facts set forth herein.

4. ABLA became a secured lender to the Debtor on or about December 29, 2017 upon entering into the Loan Agreement,[2] by which ABLA agreed to extend up to $15 million to the Debtor for certain approved uses in connection with the Debtor's business.

5. Prepetition, the Debtor defaulted under numerous provisions of the Loan Agreement.

6. As of the Petition Date, the Debtor owed ABLA at least $6.8 million, plus applicable fees, costs, and expenses.

7. As of the date hereof, the Debtor owes ABLA an amount not less than $5.1 million.

8. Attached hereto as <u>Exhibit A</u> are true and correct copies of the UCC-1 financing statement filed by ABLA against the Debtor on December 28, 2017 and an amendment thereto, solely to reflect the Debtor's name change, filed on April 30, 2018.

9. Attached hereto as <u>Exhibit B</u> are true and correct copies of the deposit account control agreements between the Debtor, ABLA and HSBC Bank USA, National Association dated April 18, 2019.

---

[2] The Debtor has admitted that it entered into the Loan Agreement. Motion ¶ 8.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on September 24, 2019.

_____
John C. McCauley