UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| | |
|---|---|
| In re:<br><br>LeClairRyan PLLC,<br><br>        Debtor. | Case No.: 19-34574-KRH |

# AFFIDAVIT OF SERVICE

I, Demetrius Jenkins, being duly sworn according to law, depose and say that I am an Analyst at American Legal Claim Services, LLC, proposed claims and noticing agent for the Debtor in the above-captioned case.

On September 24, 2019, under my direction and supervision, the following documents were served via Electronic Mail upon the service list attached hereto as **Exhibit A**, and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- Notice of Revised Proposed Orders  **[Docket No. 102]**

- Supplemental Declaration of Guy A. Davis In Support of The Application of LeClairRyan PLLC for Entry of an Order Authorizing the Employment and Retention  **[Docket No. 103]**

- Supplemental Declaration of Tyler P. Brown In Support of The Application of LeClairRyan PLLC for Entry of an Order Authorizing the Employment and Retention  **[Docket No. 104]**

- Proposed Agenda for Hearing on September 26, 2019, at 2:00 P.M. (Prevailing Eastern Time)  **[Docket No. 105]**

Furthermore, on September 24, 2019, under my direction and supervision, the following document was served via Electronic Mail upon the service list attached hereto as **Exhibit C**, and via First Class Mail upon the service list attached hereto as **Exhibit D**:

- Notice of Revised Proposed Orders  **[Docket No. 102]**

*(Continued on Following Page)*

Dated: September 26, 2019

_____
Demetrius Jenkins

State of Florida, County of Duval

Subscribed and sworn to before me on this 26th day of September, 2019, by Demetrius Jenkins, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

JENNIFER WEHNER
MY COMMISSION # GG066530
EXPIRES January 26, 2021

**Exhibit A**

## Exhibit A

## Served Via Electronic Mail

| | Creditor Name | Notice Name | Email Address |
|---|---|---|---|
| 1 | 60 STATE TRS DE LLC | | Ahillman@oxfordproperties.com |
| 2 | ABL ALLIANCE LLLP | DOUGLAS M FOLEY, SARAH B BOEHM, SHAWN R FOX | dfoley@mcguirewoods.com; sboehm@mcguirewoods.com; sfox@mcguirewoods.com |
| 3 | ARENT FOX LLP | MARY JOANNE DOWD, JACKSON D TOOF | mary.dowd@arentfox.com; jackson.toof@arentfox.com |
| 4 | BANK OF AMERICA | MICHAEL G GALLERIZZO AND MICHAEL D NORD | mgall@gebsmith.com; mnord@gebsmith.com |
| 5 | BCAL LLC | BEACON CAPITAL PARTNERS | Accountantmontgomery@avisonyoung.com |
| 6 | BPP LOWER OFFICE REIT INC | BPP CONNECTICUT AVE LLC BLDG ID 26870 | christopher.lyons@transwestern.com |
| 7 | CARLYLE OVERLOOK JV LLC | | Erin.Albert@cushwake.com |
| 8 | CONVERGEONE INC | | Esalley@convergeone.com |
| 9 | EYP REALTY LLC | | James.Ishibashi@brookfield.com |
| 10 | GLC BUSINESS SERVICES INC | | mhayes@glcbs.com |
| 11 | GOULSTON AND STORRS PC | PETER D BILOWZ, DOUGLAS B ROSNER | pbilowz@goulstonstorrs.com; drosner@goulstonstorrs.com |
| 12 | GREENBERG TRAURIG LLP | DAVID G BARGER | bargerd@gtlaw.com |
| 13 | GREENBERG TRAURIG LLP | THOMAS J MCKEE JR | mckeet@gtlaw.com |
| 14 | HOLLAND AND KNIGHT | KEVIN DOLIVO, PAUL KIERNAN, AMY KLUG | kevin.dolivo@hklaw.com; amy.simon@hklaw.com; paul.kiernan@hklaw.com |
| 15 | INTEGREON MANAGED SOLUTIONS ND INC | | murray.joslin@integreon.com |
| 16 | IRON MOUNTAIN INFORMATION MANAGEMENT LLC | JOSEPH CORRIGAN | Bankruptcy2@ironmountain.com |
| 17 | IRON MOUNTAIN RECORD MANAGEMENT | | Noe.lebeau@ironmountain.com |
| 18 | JM PARTNERS LLC | JOHN J MARSHALL | Jmarshall@JMPartnersLLC.com |
| 19 | LANGE, CHRISTOPHER J | | Christopher.Lange@leclairryan.com |
| 20 | LATHAM AND WATKINS LLP | | Eric.Pike@lw.com |
| 21 | LS GOLD LLC | DAVID R RUBY AND WILLIAM D PRINCE IV | druby@t-mlaw.com |
| 22 | MATRIX ONE RIVERFRONT PLAZA LLC | | farias@matrixcompanies.com |
| 23 | NETRIGHT INTERMEDIATE LLC | IMANAGE LLC | Jessica.Martens@imanage.com |
| 24 | NEW BOSTON LONG WHARF LLC | | Brenda.Keegan@cbre-ne.com |
| 25 | ON SITE ASSOCIATES LLC | | gabodeely@onsiteassociates.com |
| 26 | PAGE WHITE FARRER LIMITED | | robert.hawthorn@pagewhite.com; accounts@pagewhite.com |
| 27 | PARMA RICHMOND LLC | KEVIN J FUNK | kfunk@dagglaw.com |
| 28 | PARMENTER REALTY FUND III INC | | nreser@parmco.com |
| 29 | POE AND CRONK REAL ESTATE GROUP INC | | slawrence@poecronk.com |
| 30 | SAUL EWING ARNSTEIN AND LEHR LLP | MARIA ELLENA CHAVEZ-RUARK | maria.ruark@saul.com |
| 31 | SAUL EWING ARNSTEIN AND LEHR LLP | ROBERT C GILL | robert.gill@saul.com |
| 32 | SPILMAN THOMAS AND BATTLE PLLC | LORI D THOMPSON | LThompson@spilmanlaw.com |
| 33 | SPOTTS FAIN PC | ROBERT H CHAPPELL III, JENNIFER J WEST, NEIL E MCCULLAGH | rchappell@spotssfain.com; nmccullah@spottsfain.com; jwest@spottsfain.com |
| 34 | SUPER SERVER LLC | | cjohnson@proxios.com |
| 35 | SUPER SERVER LLC | KAREN M CROWLEY ESQ | kcrowley@clrbfirm.com |
| 36 | THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE EASTERN DISTRICT OF VIRGINIA | ROBERT VAN ARSDALE | USTPRegion04.RH.ECF@usdoj.gov |
| 37 | THOMPSONMCMULLAN PC | DAVID R RUBY AND WILLIAM D PRINCE IV | druby@t-mlaw.com |
| 38 | THOMSON REUTERS | MASTER DATA CENTER | cristina.romualdez@thomsonreuter.com; eliteaccountsreceivable@thomsonreuters.com; thomsonreuterscustomersupportusl@thomsonreuters.com; keycustomer@thomsonreuters.com |
| 39 | THOMSON WEST 6292 | | jose.carvajal@thomsonreuter.com |
| 40 | ULX PARTNERS LLC | J GREGORY MILMOE GREENBURG TRAURIG LLP | milmoeg@gtlaw.com |
| 41 | ULX PARTNERS LLC | NICHOLAS MINTON, DANIEL E REED | nicholas.hinton@unitedlex.com; dan.reed@unitedlex.com |

In re: LeClairRyan PLLC, et al.
Case No.: 19-34574-KRH

Page 1

## Exhibit A

## Served Via Electronic Mail

| | Creditor Name | Notice Name | Email Address |
|---|---|---|---|
| 42 | WHITTAKER MYERS PC | SHAWN C WHITTAKER | shawn@whittakermyers.com |

In re: LeClairRyan PLLC, et al.
Case No.: 19-34574-KRH

Page 2

**Exhibit B**

Exhibit B

Served Via First Class Mail

| | Creditor Name | Notice Name | Address 1 | Address 2 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|---|
| 1 | POST OAK REALTY INVESTMENT PARTNERS LP | | 13355 NOEL RD 22ND FL | | DALLAS | TX | 75240 | |
| 2 | SPOTTS FAIN PC | ROBERT H CHAPPELL III, JENNIFER J WEST, KARL A MOSES JR | 411 E FRANKLIN ST STE 600 | 909 E MAIN ST STE 1200 | RICHMOND | VA | 23219 | |
| 3 | ULX PARTNERS LLC | JENNIFER MISTAL | 4405 COX RD STE 200 | | GLEN ALLEN | VA | 23060 | |
| 4 | ULX PARTNERS LLC | PHILIP W GOODIN | UNITEDLEX CORPORATION | 6130 SPRINT PKWY STE 300 | OVERLAND PARK | KS | 66211 | |

In re: LeClairRyan PLLC, et al.
Case No.: 19-34574-KRH

Page 1

**Exhibit C**

## Exhibit C

## Served Via Electronic Mail

| | Creditor Name | Notice Name | Email Address |
|---|---|---|---|
| 1 | DRINKER BIDDLE REATH LLP | FRANK F VELOCCI | frank.velocci@dbr.com |
| 2 | HOLLAND AND KNIGHT | KEVIN DOLIVO, PAUL KIERNAN, AMY KLUG | kevin.dolivo@hklaw.com; amy.simon@hklaw.com; paul.kiernan@hklaw.com |
| 3 | LS GOLD LLC | | sconsoli@siegeloconnor.com |
| 4 | NUTTER MCLENNEN AND FISH LLP | JOHN G LOUGHNANE | jloughnane@nutter.com |
| 5 | QUEST WORKSPACES 515 N FLAGLER LLC | | info@questworkspaces.com |
| 6 | REGUS PLC | | Philadelphia.onelibertyplace@regus.com; Chicago.westjackson@regus.com; Dallas.leepark@regus.com; Zulema.gonzalez@iwgplc.com |
| 7 | SPOTTS FAIN PC | ROBERT H CHAPPELL III, JENNIFER J WEST, NEIL E MCCULLAGH | rchappell@spotssfain.com; nmccullah@spottsfain.com; jwest@spottsfain.com |
| 8 | THE HOLMBERG LAW OFFICES PC | ERIC B HOLMBERG ESQ | info@holmberglaw.com |

In re: LeClairRyan PLLC, et al.
Case No.: 19-34574-KRH

Page 1

**Exhibit D**

Exhibit D

Served Via First Class Mail

| | Creditor Name | Notice Name | Address 1 | Address 2 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|---|
| 1 | 11TH AND COCHRAN LC | HUNTER E CRAIG CO | PO BOX 5509 | | CHARLOTTESVILLE | VA | 22905 | |
| 2 | ANNAPOLIS CITY MARINA LIMITED PARTNERSHIP LLLP | | 2328 WEST JOPPA RD SUITE 200 | | LUTHERVILLE | MD | 21093 | |
| 3 | BALTIC PROVIDENCE LLC | | 2180 MENDON ROAD STE 11 | | CUMBERLAND | RI | 02864 | |
| 4 | BPP CONNECTICUT AVENUE LLC | EQUITY OFFICE MANAGEMENT LLC MANAGING COUNSEL AND LEASE ADMIN | 222 SOUTH RIVERSIDE PLAZA STE 2000 | | CHICAGO | IL | 60606 | |
| 5 | BPP CONNECTICUT AVENUE LLC | TRANSWESTERN PROPERTY MANAGER | 815 CONNECTICUT AVE NW STE 300 | | WASHINGTON | DC | 20006 | |
| 6 | BROOKFIELD PROPERTIES MANAGEMENT LLC | VP REGIONAL COUNSEL | 601 S FIGUEROA ST STE 2200 | | LOS ANGELES | CA | 90017 | |
| 7 | CARLYLE OVERLOOK OWNER LLC | PRINCIPAL REAL ESTATE INVESTORS LLC SHAWN LEISINGER AND SHANNON G HOLZ | 711 HIGH ST | | DES MOINES | IA | 50392-1370 | |
| 8 | CB RICHARD ELLIS NEW ENGLAND PARTNERS LP | PROPERTY MANAGEMENT ACCOUNTING | 33 ARCH ST 28TH FL | | BOSTON | MA | 02210 | |
| 9 | DOMINION TOWER FINANCIAL ASSOCIATES LLC | | 999 WATERSIDE DR STE 2300 | | NORFOLK | VA | 23510 | |
| 10 | EYP REALTY LLC | BROOKFIELD PROPERTIES MANAGEMENT LLC GENERAL MANAGER | 725 S FIGUEROA ST STE 1850 | | LOS ANGELES | CA | 09001 | |
| 11 | FAISON ROANOKE OFFICE LIMITED PARTNERSHIP ET AL | FAISON AND ASSOCIATES LLC | 121 WEST TRADE ST 27TH FL | | CHARLOTTE | NC | 28202 | |
| 12 | FORD MOTOR LAND DEVELOPMENT CORPORATION | SALES AND LEASING DEPARTMENT | 3300 TOWN CENTER DR STE 1100 | | DEARBORN | MI | 48126 | |
| 13 | GOODMAN ALLEN & FILETTI PLLC | ATTN: DANIEL G. KRASNEGOR | 123 E MAIN ST 7TH FLOOR | | CHARLOTTESVILLE | VA | 22902 | |
| 14 | GOODMAN ALLEN DONNELLY PLLC | | 4501 HIGHWOODS PKWY SUITE 210 | | GLEN ALLEN | VA | 23060 | |
| 15 | HEIMLANTZ CPAS & ADVISORS LLC | | 180 ADMIRAL COCHRANE DR | | ANNAPOLIS | MD | 21401 | |
| 16 | HINES SACRAMENTO WELLS FARGO CENTER LP | PROPERTY MANAGER | 400 CAPITOL MALL STE 670 | | SACRAMENTO | CA | 95814 | |
| 17 | LATHAM AND WATKINS LLP | CHIEF REAL ESTATE AND FACILITIES OFFICER | 12636 HIGH BLUFF DR | | SAN DIEGO | CA | 92130 | |
| 18 | LATHAM AND WATKINS LLP | | 885 THIRD AVE | | NEW YORK | NY | 10022 | |
| 19 | LS GOLD LLC | SHELBOURNE DIVERSIFIED LLC | 1125 OCEAN AVE | | LAKEWOOD | NJ | 08701 | |
| 20 | LSOP 3C III LLC | CUSHMAN & WAKEFIELD OF MD INC | 500 EAST PRATT ST STE 500 | | BALTIMORE | MD | 21202 | |
| 21 | MA 60 STATE ASSOCIATES LLC | OXFORD PROPERTIES GROUP DIRECTOR OF LEGAL | 125 SUMMER ST | | BOSTON | MA | 02110 | |

In re: LeClairRyan PLLC, et al.
Case No.: 19-34574-KRH

Page 1

Exhibit D

Served Via First Class Mail

| | Creditor Name | Notice Name | Address 1 | Address 2 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|---|
| 22 | MARTIN HOPKINS AND LEMON PC | STEPHEN W LEMON ESQ | PO BOX 13366 | | ROANOKE | VA | 24033 | |
| 23 | MATRIX ONE RIVERFRONT PLAZA LLC | MATRIC REALTY INC JOSEPH S TAYLOR | CN 4000 | | CRANBURY | NJ | 08512 | |
| 24 | MORTON G. THALHIMER INC | ATTN: CHIP DUSTIN | WACHOVIA TOWER | 10 S JEFFERSON ST SUITE 1700 | ROANKE | VA | 24011 | |
| 25 | NEW BOSTON LONG WHARF LLC | NEW BOSTON FUND INC | 75 STATE ST STE 1410 | | BOSTON | MA | 02109-1803 | |
| 26 | NEW BOSTON MANAGEMENT SERVICES INC | | 175 CAPITAL BLVD STE 200 | | ROCKY HILL | CT | 06067 | |
| 27 | NEW BOSTON MANAGEMENT SERVICES INC | | 60 STATE ST STE 1500 | | BOSTON | MA | 02109-1803 | |
| 28 | PARK TOWERS INVESTMENT LLC | REGENT PROPERTIES ATTENTION ERIC FLEISS | 12100 WILSHIRE BLVD STE 1750 | | LOS ANGELES | CA | 90025 | |
| 29 | PARMENTER 919 MAIN STREET LP LLLP | PARMENTER REALTY PARTNERS ANDREW WEISS | 701 BRICKELL AVE STE 2020 | | MIAMI | FL | 33131 | |
| 30 | PARMENTER 919 MAIN STREET LP LLLP | PARMENTER REALTY PARTNERS ASSET MANAGER | 3399 PEACHTREE ROAD NE STE 0150 | | ATLANTA | GA | 30326 | |
| 31 | PARMENTER 919 MAIN STREET LP LLLP | PARMENTER REALTY PARTNERS PROPERTY MANAGER | 919 EAST MAIN ST STE 100 | | RICHMOND | VA | 23219 | |
| 32 | POST OAK REALTY INVESTMENT PARTNERS LP | PRESIDENT | 13355 NOEL ROAD 22ND FL | | DALLAS | TX | 75240 | |
| 33 | RAPPAPORT ASERKOFF AND GELLES | | 75 STATE ST STE 1410 | | BOSTON | MA | 02109-1803 | |
| 34 | REGIONAL HEADQUARTERS INC | | 4201 DOMINION BLVD STE 300 | | GLEN ALLEN | VA | 23060 | |
| 35 | REGUS MANAGEMENT GROUP LLC | | PO BOX 842456 | | DALLAS | TX | 72584 | |
| 36 | STRS OHIO | DIRECTOR OF REAL ESTATE | 275 BROAD ST | | COLUMBUS | OH | 43215-3771 | |
| 37 | TALCOTT II GOLD LLC | | ONE FINANCIAL PLAZA | | HARTFORD | CT | 06103 | |
| 38 | TPMC REALTY CORPORATION | STEVEN M SELTZER | 1233 WEST LOOP SOUTH STE 1230 | | HOUSTON | TX | 77027 | |
| 39 | TUCKAHOE HOLDINGS | | 919 E MAIN ST SUITE 2010 | | RICHMOND | VA | 23219 | |
| 40 | WESTBOURNE INVESTMENT ADVISORS INC | | 410 SEVERN AVE SUITE 216 | | ANNAPOLIS | MD | 20814 | |

In re: LeClairRyan PLLC, et al.
Case No.: 19-34574-KRH

Page 2