UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>    Debtor | Case No.<br>19-34574-KRH<br><br>Chapter<br>7 |

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that Lynn L. Tavenner, Chapter 7 Trustee (the "**Trustee**"), by counsel, has filed the *Trustee's Motion for Entry of a Further Order Extending the Time to File Schedules and Statements of Financial Affairs* (the "**Motion**"). **A copy of the Motion is being served herewith.**

    **PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Motion carefully and discuss them with your attorney, if you have one in this Chapter 11 case. (If you do not have an attorney, you may wish to consult one).**

    **PLEASE TAKE FURTHER NOTICE** on September 4, 2019, the Court entered the *Order Establishing Certain Notice, Case Management and Administrative Procedures* [ECF. No. 38] (the "**Case Management Order**"), which approved the Notice, Case Management and Administrative Procedures attached as Exhibit 1 to the Case Management Order (the "**Case Management Procedures**"). The Case Management Procedures, among other things, prescribe the manner in which Objections must be filed and served and set forth when certain hearings will be conducted. A copy of the Case Management Order may be obtained for a fee at https://ecf.vaeb.uscourts.gov.

    **PLEASE TAKE FURTHER NOTICE** if you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then, by **October 23, 2019** (the "**Objection Deadline**"), you or your attorney must:

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
David N. Tabakin, Esquire (Va. Bar No. 82709)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

File with the Court, either electronically or at the address shown below, a written response to the Motion pursuant to Rule 9013-1(H) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia and the Case Management Procedures. If you mail your written response to the Court for filing, you must mail it early enough so the Court will receive it on or before the Objection Deadline.

**If a response is not properly and timely filed and served, the Court may deem any opposition waived, treat the Motion as conceded and enter an appropriate order granting the requested relief without further notice or hearing.**

Clerk of the Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219

In accordance with the Case Management Procedures, you must also serve a copy of your written Objection on the Core Parties, the 2002 List Parties and any Affected Entity so that the Objection is received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** you should consult the Case Management Procedures before filing any written response.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

        Respectfully submitted,

        LYNN L. TAVENNER, CHAPTER 7 TRUSTEE

Dated: October 16, 2019        By: */s/ David N. Tabakin*
Richmond, Virginia        Paula S. Beran, Esquire (VSB No. 34679)
        PBeran@TB-LawFirm.com
        David N. Tabakin, Esquire (VSB No. 82709)
        DTabakin@TB-LawFirm.com
        Tavenner & Beran, PLC
        20 North 8th Street
        Richmond, Virginia 23219
        Telephone: (804) 783-8300
        Telecopier: (804) 783-0178

        *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court, I certify that on this 16th day of October 2019, a true copy of the foregoing Notice was sent electronically to:

| | |
|---|---|
| Robert B. Van Arsdale, Esquire<br>Office of the United States Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, Virginia 23219-1885<br>Robert.B.Van.Arsdale@usdoj.gov | Tyler P. Brown<br>Jason William Harbour<br>Henry Pollard Long, III<br>Jennifer Ellen Wuebker<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>tpbrown@huntonak.com<br>jharbour@huntonAK.com<br>hlong@huntonAK.com<br>jwuebker@huntonak.com<br>*Counsel for the Debtor* |
| Douglas M. Foley<br>Sarah B. Boehm<br>Shawn R. Fox<br>MCGUIREWOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, Virginia 23219<br>dfoley@mcguirewoods.com<br>sboehm@mcguirewoods.com<br>sfox@mcguirewoods.com<br>*Counsel for ABL Alliance, LLLP, Senior Secured First Lien Lender* | ULX Partners, LLC<br>100 Broadway, 22nd Floor<br>New York, New York 1005<br>Attn: Nicholas Hinton<br>Daniel E. Reed<br>Nicholas.hinton@Unitedlex.com<br>Dan.reed@unitedlex.com |
| | Karen M. Crowley, Esq.<br>Crowley Liberatore P.C.<br>150 Boush Street, Suite 300<br>Norfolk, VA 23510<br>kcrowley@clrbfirm.com<br>*Counsel for Super-Server, LLC* |
| Michael G. Gallerizzo, Esquire<br>Michael D. Nord, Esquire<br>GEBHARDT & SMITH LLP<br>One South Street, Suite 2200<br>Baltimore, Maryland 21202<br>mgall@gebsmith.com<br>mnord@gebsmith.com<br>*Counsel for Bank of America, N.A.* | Parma Richmond, LLC<br>c/o Kevin J. Funk<br>Durrette Arkema Gerson & Gill PC<br>1111 East Main Street, 16th Floor<br>Richmond, Virginia 23219<br>kfunk@dagglaw.com |

3

| | |
|---|---|
| David R. Ruby, Esquire<br>William D. Prince IV, Esquire<br>ThompsonMcMullan, P.C.<br>100 Shockoe Slip, Third Floor<br>Richmond, Virginia 23219<br>druby@t-mlaw.com<br>wprince@t-mlaw.com<br>*Counsel for LS Gold LLC* | Amy Simon Klug<br>HOLLAND & KNIGHT LLP<br>1650 Tysons Boulevard, Suite 1700<br>Tysons, VA 22102<br>amy.simon@hklaw.com<br>*Counsel for Carlyle Overlook Owner, LLC* |
| Joseph Corrigan<br>Iron Mountain Information Mgmt, LLC<br>One Federal Street<br>Boston, MA 02110<br>Bankruptcy2@ironmountain.com | JM Partners, LLC<br>Attn: John Marshall<br>6800 Paragon Place, Suite 202<br>Richmond, VA 23230-1656<br>JMarshall@JMPartnersLLC.com |
| SAUL EWING ARNSTEIN & LEHR LLP<br>Maria Ellena Chavez-Ruark, Esquire<br>500 East Pratt Street, 9th Floor<br>Baltimore, MD 21202<br>maria.ruark@saul.com<br>*Attorneys for Admiral Cochrane, LLC, successor in interest to MLQ-ELD, LLC and LSOP 3C III, LLC* | SAUL EWING ARNSTEIN & LEHR LLP<br>Robert C. Gill, Esquire<br>1919 Pennsylvania Avenue, N.W., Suite 550<br>Washington, D.C. 20006-3434<br>robert.gill@saul.com<br>*Attorneys for Admiral Cochrane, LLC, successor in interest to MLQ-ELD, LLC and LSOP 3C III, LLC* |
| Peter D. Bilowz, Esq.<br>Douglas B. Rosner, Esq.<br>GOULSTON & STORRS PC<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>pbilowz@goulstonstorrs.com<br>drosner@goulstonstorrs.com<br>*Counsel for BCal 44 Montgomery Property LLC* | David G. Barger<br>Thomas J. McKee, Jr.<br>Greenberg Traurig, LLP<br>1750 Tysons Boulevard, Suite 1000<br>McLean, Virginia 22102<br>bargerd@gtlaw.com<br>*Counsel of record for UnitedLex Corporation and ULX Partners, LLC* |
| Mary Joanne Dowd, Esq.<br>Jackson D. Toof, Esq.<br>Arent Fox LLP<br>1717 K Street, NW<br>Washington, DC 20006<br>mary.dowd@arentfox.com<br>jackson.toof@arentfox.com<br>*Counsel for Leader Bank, N.A.* | Robert H. Chappell III, Esquire<br>Jennifer J. West, Esquire<br>Neil E. McCullagh, Esquire<br>Karl A. Moses, Jr., Esquire<br>SPOTTS FAIN PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>rchappell@spottsfain.com<br>nmccullagh@spottsfain.com<br>jwest@spottsfain.com<br>kmoses@spottsfain.com<br>*Counsel for Christian & Barton, LLP*<br>*Counsel for Park Towers Investment, LLC* |

Michael G. Wilson, Esq.  
MICHAEL WILSON PLC  
PO Box 6330  
Glen Allen, VA 23058  
mike@mgwilsonlaw.com  
    *Counsel to Michele Craddock*

Shawn C. Whittaker, Esq.  
Whittaker|Myers, PC  
1010 Rockville Pike, Suite 607  
Rockville, MD 20852  
Shawn@whittakermyers.com  
    *Counsel for Planet Depos, LLC*

Cynthia L. Hegarty  
MORRISON SUND, PLLC  
5125 County Road 101, Suite 200  
Minnetonka, MN 55345  
chegarty@morrisonsund.com  
    *Counsel for Morrison Sund, PLLC*

Nicola G. Suglia, Esquire  
Fleischer, Fleischer & Suglia, P.C.  
Four Greentree Centre  
601 Route 73 N., Suite 305  
Marlton, NJ 08053  
consult@fleischerlaw.com  
    *Attorneys for Creditor De Lage Landen Financial Services, Inc.*

Joshua D. Stiff, Esquire  
Grayson T. Orsini, Esquire  
WOLCOTT RIVERS GATES  
200 Bendix Road, Suite 300  
Virginia Beach, Virginia 23452  
jstiff@wolriv.com  
gorsini@wolriv.com  
    *Counsel to Hertz Norfolk 999 Waterside, LLC*

And to the Debtor's 20 Largest Unsecured Creditors and the Debtor's known secured creditors as identified by the Debtor, and all other parties receiving ECF notices in this Case (as indicated on the Court filed Schedule A attached hereto).

    */s/ David N. Tabakin*  
    David N. Tabakin, Esquire  
    *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

# SCHEDULE A

| | |
|---|---|
| Matrix One Riverfront Plaza LLC<br>CN 4000 Forsgate Drive<br>Cranbury, NJ 08512<br>farias@matrixcompanies.com | Page White Farrer Limited<br>Bedford House, 21 John Street<br>Holborn, London WC1N 2BF<br>United Kingdom<br>robert hawthorne@pagewhite.com |
| Super-Server, LLC<br>707 East Main Street, Suite 1425<br>Richmond, Virginia 23219<br>cjohnson@proxios.com | Thomson West-6292<br>P.O. Box 629<br>Carol Stream, IL 60197-6292<br>jose.carvajal@thomsonreuter.com |
| GLC Business Services, Inc.<br>28 Prince Street<br>Rochester, NY 14607<br>mhayes@glcbs.com | Post Oak Realty Investment Partners, LP<br>13355 Noel Road, 22nd Floor<br>Dallas, TX 75240<br>kim.bishop@brookfieldproperties.com |
| Thomson Reuters Master Data Center<br>P.O. Box 673451<br>Detroit, MI 48267-3451<br>jose.carvajal@thomseonreuter.com<br>cristina.romualdez@thomsonreuter.com | Poe & Cronk Real Estate Group, Inc.<br>10 S Jefferson Street, Suite 1200<br>Roanoke, VA 24011<br>slawrence@poecronk.com |
| Carlyle Overlook JV, LLC<br>711 High Street<br>Des Moines, IA 50392<br>erin.albert@cushwake.com | BPP Lower Office REIT Inc.<br>BPP Connecticut Ave LLC –<br>BLDG ID: 26870;<br>P.O. Box 209259<br>Austin, TX 78720-9259<br>christopher.lyons@transwestern.com |
| BCal, LLC c/o Beacon Capital Partners<br>200 State Street, 5th Floor<br>Boston, MA 02109<br>accountantmontgomery@avisonyoung.com | EYP Realty LLC<br>P.O. Box 844801<br>Los Angeles, CA 90084-4801<br>james.ishibashi@brookfield.com |
| Parmenter Realty Fund III, Inc.<br>701 Brickell Avenue, Suite 2020<br>Miami, FL 33131<br>nreser@parmco.com | New Boston Long Wharf, LLC<br>75 State Street, Suite 1410<br>Boston, MA 02109 |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>eric.pike@lw.com | Iron Mountain Records Management<br>448 Broadway<br>Ulster Park, NY 12487<br>noe.lebeau@ironmountain.com |
| 60 State TRS (DE) LLC<br>320 Park Avenue, Floor 17<br>New York, NY 10022<br>ahillman@oxfordproperties.com | NetRight Intermediate LLC<br>iManage LLC<br>540 W. Madison Street, Suite 2400<br>Chicago, IL 60661 |
| ConvergeOne, Inc.<br>3344 Highway 149<br>Eagan, MN 55121<br>esalley@convergeone.com | Integreon Managed Solutions (ND) Inc.<br>3247 47th Street South<br>Fargo, ND 58104<br>murray.joslin@integreon.com |