UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>    Debtor | Case No.<br>19-34574-KRH<br><br>Chapter<br>7 |

### FINAL ORDER (I) AUTHORIZING LECLAIRRYAN PLLC TO PAY PREPETITION WAGES AND SALARIES; (II) DIRECTING APPLICABLE FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS; AND (III) GRANTING RELATED RELIEF

This matter came before the Court on the *Motion of LeClairRyan PLLC for Entry of Interim and Final Orders (I) Authorizing Debtor to Pay Prepetition Wages and Salaries; (II) Directing Applicable Financial Institutions to Honor and Process Related Checks and Transfers; and (III) Granting Related Relief* (the "**Motion**")[2], ECF No. 11, and the *Interim Order (I) Authorizing LeClairRyan PLLC to Pay Prepetition Wages and Salaries; (II) Directing Applicable Financial Institutions to Honor and Process Related Checks and Transfers; and (III) Granting Related Relief* (the "**Interim Order**"), ECF No. 43, and the oral motion of Lynn Tavenner, trustee, not individually but solely in her capacity as the chapter 7 trustee (in such capacity, the "**Chapter 7 Trustee**") of the bankruptcy estate (the "**Estate**") of LeClairRyan

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
David N. Tabakin, Esquire (Va. Bar No. 82709)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

PLLC, the above-captioned debtor ("**LeClairRyan**" or the "**Debtor**") for entry of a further order pursuant to §§ 105(a), 363(b), 507(a)(4), and 541 of the Bankruptcy Code, and Bankruptcy Rule 6003: (i) authorizing and directing applicable financial institutions to honor and process related checks and transfers; and (ii) granting related relief, the Court finds that: (a) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b); (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the relief requested in the Motion is in the best interest of the Debtor, its Estate, and creditors; (d) proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary; and (e) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Therefore,

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Motion is hereby GRANTED on a final basis as modified herein.

2. In paragraphs 5, 6, and 9 of the Interim Order, the defined term of "Debtor" shall be replaced with "Trustee on behalf of the Estate."

3. All other terms of the Interim Order are hereby incorporated into this Final Order.

ENTERED: Oct 25 2019

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:  Oct 25 2019

I ask for this:
/s/ *Paula S. Beran*
Paula S. Beran, Esquire (VSB No. 34679)
PBeran@TB-LawFirm.com
David N. Tabakin, Esquire (VSB No. 82709)
DTabakin@TB-LawFirm.com
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## Local Rule 9022-1 Certification

I hereby certify that, pursuant to Local Rule 9022-1, the foregoing proposed *Final Order* has either been served upon and/or endorsed by all necessary parties.

*/s/ Paula S. Beran*
Counsel for Lynn L. Tavenner, Chapter 7 Trustee

**Service List for Entered Order**

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

3