IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARCI J. KEATTS,

    Plaintiff,

v.                                Civil Action No. 3:19cv535

LECLAIRRYAN, PLLC (formerly
LECLAIRRYAN, a Professional
Corporation), and
ULX PARTNERS, LLC,

    Defendants.

## ORDER

By an ORDER (ECF No. 18) filed on September 19, 2019 this action was stayed, pursuant to 11 U.S.C. § 362, with respect to the defendant, LeClairRyan, PLLC. Having reviewed the NOTICE OF STATUS OF BANRKUPTCY (ECF No. 22) filed on October 28, 2019, it is hereby ORDERED that counsel for the defendant shall file, by December 12, 2019, a report advising the status of this matter in bankruptcy, said report to include the progress of the bankruptcy and any developments that affect this action.

The Clerk is directed to send a copy of this Order to the Clerk, United States Bankruptcy Court for the Eastern District of Virginia, to be filed in Case No. 19-34574-KRH in that Court.

It is so ORDERED.

                                                /s/    REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: October 29, 2019