UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>    Debtor | Case No.<br>19-34574-KRH<br><br>Chapter 7 |

**EX PARTE BRIDGE ORDER EXTENDING THE TIME TO ASSUME, REJECT, AND/OR ASSIGN CERTAIN EXECUTORY CONTRACTS AND/OR LEASES OF PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(1)**

This matter coming before the Court on the *Motion for Entry of Orders Extending the Chapter 7 Trustee's Time to Assume, Reject, and/or Assign Certain Executory Contracts and/or Leases of Personal Property Pursuant to 11 U.S.C. § 365(d)(1)*, ECF No. 201 (the "**Motion**"),[2] filed by Lynn L. Tavenner, trustee, not individually but solely in her capacity as the chapter 7 trustee (in such capacity, the "**Chapter 7 Trustee**" and/or "**Trustee**") of the bankruptcy estate (the "**Estate**") of LeClairRyan PLLC, the above-captioned debtor ("**LeClairRyan**" or the "**Debtor**"); the Court having reviewed the Motion and seeking among other things entry of a bridge order extending the Assumption/Rejection Period as set forth herein; and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, (d) notice of the Motion and the proposed order was adequate under the circumstances and (e) cause has been established under § 365(d)(1) of the Bankruptcy Code to extend the Assumption/Rejection Period as set forth herein; and the Court

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

having determined that the legal and factual bases set forth in the Motion establish just cause for the interim relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED on an interim basis. This Bridge Order is effective only from the date hereof until entry of an order disposing of the Motion on its merits (the "**Order Date**"). The Court's disposition of the Motion shall not impair any action taken pursuant to the Bridge Order.

2. The period established by § 365(d)(1) of the Bankruptcy Code during which the Chapter 7 Trustee may assume, reject, and/or assign the Leases (the "**Assumption/Rejection Period**") is extended to and including the Order Date (the "**Extended Deadline**").

3. The entry of this Bridge Order is without prejudice to (a) the right, if any, of any party to seek an order requiring the Chapter 7 Trustee to elect to assume or reject such Leases prior to the expiration of the Extended Deadline or (b) the Chapter 7 Trustee's right to oppose any such relief.

4. Nothing herein shall constitute or be deemed to constitute: (a) an assumption or rejection of any agreement, lease, or contract pursuant to § 365 of the Bankruptcy Code; or (b) an acknowledgment by the Chapter 7 Trustee that any agreement, contract, or lease is an unexpired lease of nonresidential real property subject to § 365(d) of the Bankruptcy Code. The Chapter 7 Trustee reserves all of her rights with respect to such issues.

5. The Chapter 7 Trustee is authorized and empowered to take all actions necessary to implement the relief granted in this Bridge Order.

6. This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation, interpretation or enforcement of this Bridge Order.

ENTERED: Oct 30 2019

/s/ Kevin R Huennekens
_____
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: Oct 31 2019

I ask for this:

/s/ *Paula S. Beran*
Paula S. Beran, Esquire (VSB No. 34679)
PBeran@TB-LawFirm.com
David N. Tabakin, Esquire (VSB No. 82709)
DTabakin@TB-LawFirm.com
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

**Local Rule 9022-1 Certification**

I hereby certify that, pursuant to Local Rule 9022-1, the foregoing proposed *Bridge Order* has either been served upon and/or endorsed by all necessary parties.

/s/ *Paula S. Beran*
Counsel for Lynn L. Tavenner, Chapter 7 Trustee

**Service List for Entered Order**

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219