**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **LECLAIRRYAN PLLC,** | **Case No. 19-34574 (KRH)** |
| **Debtor.**[1] | |

**NOTICE OF FINAL FEE APPLICATION
AND FINAL FEE APPLICATION HEARING**

**PLEASE TAKE NOTICE** that on October 31, 2019, LeClairRyan PLLC, the above-captioned debtor and debtor-in-possession ("LeClairRyan" or the "Debtor"), filed the following with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Court"):

*(i)    First and Final Fee Application of Protiviti, Inc. as Financial Advisor for LeClairRyan PLLC for Allowance of Final Compensation* (the "Protiviti Final Fee Application"), wherein Protiviti, Inc. seeks final approval of compensation in the amount of $125,196.00; and

*(ii)   First and Final Fee Application of Hunton Andrews Kurth LLP as Counsel for the Debtors for Allowance of Final Compensation and Final Reimbursement of Expenses* (the "Hunton Final Fee Application"; and collectively with the Protiviti Final Fee Application, the "Applications"), wherein Hunton Andrews Kurth LLP seeks final approval of compensation in the amount of $296,127.70 and reimbursement of expenses in the amount of $2,013.58.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Applications may be obtained at no charge at *https://www.americanlegal.com/leclairryan* or for a fee at

---

[1]    The last four digits of the Debtor's federal tax identification number are 2451.

HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Tyler P. Brown (VSB No. 28072)
Jason W. Harbour (VSB No. 68220)
Henry P. (Toby) Long, III (VSB No. 75134)

*Counsel to the Debtor*

*https://ecf.vaeb.uscourts.gov*.

**PLEASE TAKE FURTHER NOTICE that <u>your rights may be affected.</u>  You should read the Applications carefully and discuss it with your attorney, if you have one in the chapter 11 cases.  (If you do not have an attorney, you may wish to consult one).**

**PLEASE TAKE FURTHER NOTICE** on September 4, 2019, the Court entered the *Order Establishing Certain Notice, Case Management and Administrative Procedures* [ECF. No. 38] (the "<u>Case Management Order</u>), which approved the Notice, Case Management and Administrative Procedures attached as Exhibit 1 to the Case Management Order (the "<u>Case Management Procedures</u>").  The Case Management Procedures, among other things, prescribe the manner in which Objections must be filed and served and set forth when certain hearings will be conducted.  A copy of the Case Management Order may be obtained at no charge at *https://www.americanlegal.com/leclairryan* or for a fee at *https://ecf.vaeb.uscourts.gov*.

**PLEASE TAKE FURTHER NOTICE** if you do not want the Court to grant the relief requested in the Applications, or if you want the Court to consider your views on the Applications, then, by **November 14, 2019** (the "<u>Objection Deadline</u>"), you or your attorney must:

- ☒ File with the Court, either electronically or at the address shown below, a written response to the Motions pursuant to Rule 9013-1(H) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia and the Case Management Procedures.  If you mail your written response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the Objection Deadline.

    **If a response is not properly and timely filed and served, the Court may deem any opposition waived, treat the Applications as conceded and enter an appropriate order granting the requested relief without further notice or hearing.**

    Clerk of the Court
    United States Bankruptcy Court
    701 East Broad Street
    Suite 4000
    Richmond, VA  23219

    In accordance with the Case Management Procedures, you must also serve a copy of your written Objection on the Core Parties, the 2002 List Parties and any Affected Entity so that the Objection is received on or before the Objection Deadline.

- ☒ Attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, at 1:00 p.m. (prevailing Eastern Time) on November 21, 2019,

at the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, 701 East Broad Street, Room 5000, Richmond, Virginia 23219.

**PLEASE TAKE FURTHER NOTICE THAT** you should consult the Case Management Procedures before filing any written response.

DATED: October 31, 2019

*/s/ Tyler P. Brown*
Tyler P. Brown (VSB No. 28072)
Jason W. Harbour (VSB No. 68220)
Henry P. (Toby) Long, III (VSB No. 75134)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804) 788-8200
Facsimile:   (804) 788-8218
Email: tpbrown@HuntonAK.com
          jharbour@HuntonAK.com
          hlong@HuntonAK.com

*Counsel to the Debtor*
