# The State of New Hampshire

**Office of the Clerk of Superior Court**
**Strafford County**

Kimberly T. Myers., Clerk
April J. Cote, Deputy Clerk

William A. Grimes Justice
and Administration Building
259 County Farm Rd. – Suite 301
Dover, NH 03820
1-855-212-1234

To: United States Bankruptcy Court Eastern District of Virginia
701 East Broad St. Richmond, VA 23219
(email: )
Date: October 31, 2019

RICHMOND DIVISION
FILED
NOV - 4 2019
CLERK
U.S. BANKRUPTCY COURT

Re: Bankruptcy Notice Re: LeClairRyan PLLC

To Whom it May Concern,
Under Superior Court Rule 7 I am returning your pleading, it will not be docketed in the file, and the Court will take no action on it. The pleading is rejected because:

☒ No docket number or case name listed. We cannot tell which case the pleading pertains to.

☒ There is no such case pending in this Court.

☐ The pleading is not signed. Super. Ct. R. 7(e).

☐ The statute number (RSA) does not match the charge description. Thus, it cannot be docketed as the computer docketing system will not accept it.

☐ The other parties to the case were not sent copies of this pleading. Super. Ct. R. 3.

☐ The incorrect form or format was used.
  ☐ Enclosed is a blank of the correct form.
  ☐ The form is available on the NH Judicial Branch website.
  ☐ The Court does not have a form for this type of pleading.

☐ **Other:**

Cordially,
*Kimberly T. Myers*
Kimberly T. Myers, Esq.
Clerk of Court

CC:

S:\Word\ajl\Reject Pleadings.docx

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name:** LeClairRyan PLLC

**Case Number:** 19-34574-KRH          **Date Filed:** September 3, 2019

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005-2 authorizing the Clerk to promulgate and revise the Court's Electronic Case Files Policy, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures.**

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer running Internet Explorer or Firefox, Adobe Acrobat 4.0 or later software to convert documents from a word processor format to a portable document format (PDF), and an Internet Service Provider (ISP) using Point-to-Point Protocol (PPP). The URL address is *www.vaeb.uscourts.gov* and a password is needed to access this system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Computer Diskette or Conventionally" as provided for in the Electronic Case Files Policy to indicate your inability to file through use of the Internet component of CM/ECF. If the Court authorizes you to file by diskette, **then**

3. You must submit your documents on a diskette using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found in Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the diskette. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII). **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single-sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Computer Diskette or Conventionally" with your filing.**

**Important Note:** All parties without legal representation, **except** governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.

Dated: October 21, 2019          William C. Redden
[VAN062vMay2015.jsp]              Clerk of the Bankruptcy Court

Debtor   LeClairRyan PLLC                                                                    Case number 19-34574-KRH

| | | |
|---|---|---|
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim Filing deadline: December 13, 2019 (except governmental units):** | |
| | **Deadline for governmental units to file a proof Filing deadline: March 2, 2020 of claim:** | |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007-1, 1007-3, and 2003-1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004-2 and 6007-1. | |
| 11. **Payment of Fees for Richmond Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non-debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non-debtor's credit card. | |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877-837-3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

Official Form 309D (For Corporations or Partnerships)  **Notice of Chapter 7 Bankruptcy Case — Proof of Claim Deadline Set**                                page 2