# NAFCED

National Association for Coaching Equity and Development

October 31, 2019

William C. Redden
Clerk of the Bankruptcy Court
United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219



Case Name: LeClairRyan PLLC

Case Number: 19-34574-KRH

Dear Mr. Redden,

This is in response to a letter received from the US Bankruptcy Court regarding any claims against the LeClairRyan PLLC. Who is the subject of a Chapter 7 Bankruptcy case?

This is to inform you that The National Association for Coaching Equity and Development has no claims against LeClairRyan PLLC.

Respectfully yours,

Merritt J. Norvell, Jr PhD
Executive Director

4236 Pine Tree Lane. Lansing, MI. 48911. 517-256-7369. merrittnorvell@yahoo.com