# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

## NOTICE OF ELECTRONIC FILING PROCEDURE

RICHMOND DIVISION

FILED    NOV - 4 2019

CLERK
U.S. BANKRUPTCY COURT

| | |
|---|---|
| **Case Name:** | **LeClairRyan PLLC** |

**Case Number:   19-34574-KRH**                    **Date Filed:   September 3, 2019**

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005-2 authorizing the Clerk to promulgate and revise the Court's Electronic Case Files Policy, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures.**

Parties with legal representation **must** file documents in accordance with the following:

1.    The requirements for filing, ...    *10 - 30 - 19*    ...onal computer running Internet
      Explorer or Firefox, Adobe ...    from a word processor format
      to a portable document form...    *Individual named on*    ing Point-to-Point Protocol
      (PPP). The URL address is w...    ...access this system. Please
      contact the Court for further ...    *this letter is not*    requirements, **then**
                                          *enrolled with the*

2.    You must file a "Request for ...    *enrolled with the*    ...nally" as provided for in the
      Electronic Case Files Policy ...    *Manchester VAMC*    Internet component of
      CM/ECF. If the Court author...

3.    You must submit your docum...    ...crobat software will provide
      this format. Further instructi...    ...diskette for each filing.
      Submit the diskette in an env...    tle of document, and the file
      name on the diskette. **An ori**...    **n the registered participant's**
      **files in accordance with the**...    ...comply with these
      requirements or the requirem...    set forth in item number 2,
      above, **then**

4.    You must submit your docum...on a diskette using one of the following formats: Word, WordPerfect, or
      DOS text (ASCII). **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5.    You then may file conventionally on unstapled, unbound, 8 ½" x 11" single-sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Computer Diskette or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:   October 21, 2019                    William C. Redden
[VAN062vMay2015.jsp]                         Clerk of the Bankruptcy Court

008923                                       39508008931022

| Information to identify the case: | | |
|---|---|---|
| Debtor | **LeClairRyan PLLC** <br> Name | EIN  **41-2252451** |
| United States Bankruptcy Court  **Eastern District of Virginia** | | Date case filed in chapter  11 <br> **September 3, 2019** |
| Case number:  **19-34574-KRH** | | Date case converted to chapter  7    **October 4, 2019** |

## Official Form 309D (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case — Proof of Claim Deadline Set    12/15

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | LeClairRyan PLLC | |
| 2. **All other names used in the last 8 years** | aka LeClairRyan, A Professional Corporation | |
| 3. **Address** | 4405 Cox Road <br> Glen Allen, VA 23060 | |
| 4. **Debtor's attorney** <br> Name and address | Tyler P. Brown <br> Hunton Andrews Kurth LLP <br> 951 East Byrd Street <br> Richmond, VA 23219 | Contact phone 804-788-8200 <br><br> Email: tpbrown@huntonak.com |
| 5. **Bankruptcy trustee** <br> Name and address | Lynn L. Tavenner <br> 20 North Eighth Street, Second Floor <br> Richmond, VA 23219 | Contact phone (804) 783-8300 <br> Email: ltavenner@tb-lawfirm.com |
| 6. **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. <br><br> **McVCIS 24-hour case information:** <br> Toll Free 1-866-222-8029 | 701 East Broad Street <br> Richmond, VA 23219 <br><br> Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays. <br><br> Contact phone 804-916-2400 | **For the Court:** <br><br> Clerk of the Bankruptcy Court: <br> William C. Redden <br><br> Date: October 21, 2019 |
| 7. **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 12, 2019 at 03:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219-1885** |

For more information, see page 2 >

Debtor   **LeClairRyan PLLC**                                                      Case number **19-34574-KRH**

| 8. **Deadlines** <br><br> The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim Filing deadline: December 13, 2019 (except governmental units):** <br><br> **Deadline for governmental units to file a proof   Filing deadline: March 2, 2020 of claim:** <br><br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at _www.uscourts.gov_ or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br><br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007-1, 1007-3, and 2003-1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004-2 and 6007-1. |
| 11. **Payment of Fees for Richmond Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non-debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non-debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877-837-3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case — Proof of Claim Deadline Set**                    page 2