WED-39508 0422-7 309D 19-34574
Tyler P. Brown
951 East Byrd Street
Richmond, VA 23219

```
RICHMOND DIVISION
F                F
I    NOV - 7 2019   I
L                L
E                E
D                D
     CLERK
U.S. BANKRUPTCY COURT
```

068598 2519 1 SP 0.500 36854 3 3 8920-1-69612

Southern Medical Clinic, P.C.
No.1 Medical Park
Valley, AL 36854

PLEASE NOTE THAT SOUTHERN MEDICAL CLINIC, MDPC IS NO LONGER IN BUSINESS.
GAYLE CREAMER

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the debtor provided contains an error. To ensure correct delivery of this and future notices:

| IF YOU ARE THE INTENDED NOTICE RECIPIENT | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| 1. Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures.<br>2. You may sign up for electronic noticing at http://bankruptcynotices.uscourts.gov or<br>3. You may register a preferred physical address at http://bankruptcynotices.uscourts.gov<br>Enter all variations of your name and address(es) that you want redirected to your electronic or preferred physical address. Make sure that you enter the name and address that were on this notice to ensure that future notices to this incorrect address will be re-directed. | 1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |

068598        39508068666021

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **LeClairRyan PLLC** <br> Name | EIN | 41-2252451 |
| United States Bankruptcy Court | Eastern District of Virginia | Date case filed in chapter 11 | September 3, 2019 |
| Case number: | 19-34574-KRH | Date case converted to chapter 7 | October 4, 2019 |

## Official Form 309D (For Corporations or Partnerships)

### Notice of Chapter 7 Bankruptcy Case — Proof of Claim Deadline Set                         12/15

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. Debtor's full name | LeClairRyan PLLC | |
|---|---|---|
| 2. All other names used in the last 8 years | aka LeClairRyan, A Professional Corporation | |
| 3. Address | 4405 Cox Road <br> Glen Allen, VA 23060 | |
| 4. Debtor's attorney <br> Name and address | Tyler P. Brown <br> Hunton Andrews Kurth LLP <br> 951 East Byrd Street <br> Richmond, VA 23219 | Contact phone 804-788-8200 <br><br> Email: tpbrown@huntonak.com |
| 5. Bankruptcy trustee <br> Name and address | Lynn L. Tavenner <br> 20 North Eighth Street, Second Floor <br> Richmond, VA 23219 | Contact phone (804) 783-8300 <br> Email: ltavenner@tb-lawfirm.com |
| 6. Bankruptcy clerk's office <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. <br><br> McVCIS 24-hour case information: <br> Toll Free 1-866-222-8029 | 701 East Broad Street <br> Richmond, VA 23219 <br><br> Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays. <br><br> Contact phone 804-916-2400 | For the Court: <br><br> Clerk of the Bankruptcy Court: <br> William C. Redden <br><br> Date: October 21, 2019 |
| 7. Meeting of creditors <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 12, 2019 at 03:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219-1885** |

For more information, see page 2 >

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case — Proof of Claim Deadline Set**                         page 1

068598                                                   3950806866012