**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>LECLAIRRYAN PLLC,<br><br>Debtor. | Chapter 11<br><br>Case No.  19-34574 (KRH) |

**ORDER GRANTING AS MODIFIED MOTION OF MICHELE CRADDOCK**
**FOR LIMITED RELIEF FROM THE AUTOMATIC STAY**

This matter having come before the Court upon the *Motion of Michele Craddock for Limited Relief from the Automatic Stay* (the "Motion") filed by Michele Craddock, Esq. ("Craddock")[1] and the *Supplemental Statement in Support of the Motion of Michele Craddock for Limited Relief from the Automatic Stay* (the "Supplemental Statement"); the Court having reviewed the Motion and the Supplemental Statement, and considered the evidence and arguments of counsel in support of the Motion; and the Court having concluded that due and proper notice of the Motion having been given; and it appearing that there is good cause to grant the relief requested as modified herein and with the consent of the Chapter 7 Trustee, Lynn L. Tavenner, (the "Trustee") appointed by the Court for the bankruptcy estate (the "Estate") and that there is therefore no objection to the relief requested left unresolved; accordingly, the Court hereby ORDERS, ADJUGES AND DECREES as follows:

8.    The Motion is GRANTED as modified herein.

---

[1] Capitalized terms used, but not defined herein shall have the definition ascribed to such terms in the Motion.

9. The automatic stay is hereby modified as provided herein pursuant to section 362(d)(1) of the Bankruptcy Code, to the extent applicable, to permit Craddock to move to confirm the Award entered by the Panel, if necessary.

10. The fourteen (14) day stay of the effective date of this Order imposed by Bankruptcy Rule 4001(a)(3) is hereby waived.

11. Craddock is hereby authorized to take such other and further actions as may be necessary to permit her to execute, levy and collect any award or judgment entered from non-debtor sources, including applicable insurance, if any, such as OneBeacon policy 2015-16/EPL-00989-15.

12. Notwithstanding anything to the contrary herein or in the Motion, (a) the relief granted herein shall not alter, impair, and/or otherwise impact property of the Estate; (b) the Estate shall not be required to incur any significant cost or expense as it relates to the relief granted herein; and (c) neither the Trustee nor the Estate shall have any future obligation of any sort with respect to the Motion and/or the Award absent further order of this Court.

13. In the event Craddock is unable to recover the full amount of any award from sources other than property of the Estate and to the extent Craddock desires to pursue additional amounts from the Estate, Craddock shall pursue any remaining deficiency claims only in accordance with the claims procedures established in this case for general unsecured creditors.

Dated: Nov 8 2019

/s/ Kevin R Huennekens

Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket: Nov 8 2019

WE ASK FOR THIS:

/s/ Michael Wilson
Michael G. Wilson (VSB #48927)
**Michael Wilson PLC**
PO Box 6330
Glen Allen, VA 23058
Telephone: (804) 614-8301
mike@mgwilsonlaw.com

*Counsel to Michele Craddock, Esq.*


SEEN AND NO OBJECTION:

/s/  Paula S. Beran
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eight Street, Second Floor
Richmond, Virginia 23219
Tel:  804-783-8300
Fax : 804-783-0178
Email: pberan@tb-lawfirm.com

*Counsel to Chapter 7 Trustee*


**LOCAL BANKRUPTCY RULE 9022-l(C) CERTIFICATION**

Pursuant to Rule 9022-l(C)(l) of the Local Rules of Bankruptcy Procedure for the Eastern District of Virginia, the undersigned counsel hereby certifies that this Order has been endorsed by all necessary parties.

/s/ Michael Wilson
Michael Wilson

3