

U.S. Bankruptcy Court
Eastern District of Virginia (Richmond)

Re:     LeClairRyan
Bankruptcy Petition:        19-34574-KRH
Plaintiff: Andrew Chien        date: 11/09/2019.

## Supplementary

Andrew Chien ("Chien"), appearing as prose, files this supplementary of the copy of the

district order dated Nov. 7, 2019 to support the Motion for Lifting Stay of Case 3:19CV135

Chien v LeClairRyan et. al. of US District Court for Eastern District of Virginia (Richmond).

Respectfully Submitted

Plaintiff: *A Chien*
Andrew Chien
655 Ellsworth Avenue
New Haven, CT 06511
Tel: 203-5628899
Email: jcs23@yahoo.com

Attached: Copy of the order

### Certification of Service

1. A copy of the Motion was served to Tyler P. Brown, and Jason William Harbour,
   Hunton by e-mails to Tyler P. Brown, tpbrown@huntonak.com;
   jharbour@huntonAK.com.

2. All other parties were served by CM/ECF system.

Andrew Chien

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ANDREW CHIEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:19cv135–HEH |
| | ) | |
| LeClairRyan *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER
### (Denying Plaintiff's Motion)

THIS MATTER is before the Court on Andrew Chien's ("Plaintiff") Motion to

Lift Stay and Entering Trial by Magistrate Judge (ECF No. 38), filed on November 1,

2019. Defendant LeClairRyan filed a petition for bankruptcy under Chapter 11 on

September 3, 2019, pursuant to 11 U.S.C. § 362(a)(1). As a result, Plaintiff's action was

stayed pending the outcome of the bankruptcy proceeding on September 24, 2019 (ECF

No. 37). "A decision to lift the automatic stay under section 362 of the Code is within the

discretion of the bankruptcy judge and this decision may be overturned on appeal only for

abuse of discretion." *In re Robbins*, 964 F.2d 342, 345 (4th Cir. 1992); *see also* § 362(d).

Thus, Plaintiff's Motion was improperly filed with this Court. Upon due consideration

and it appearing appropriate to do so, it is HEREBY ORDERED that the Motion is

DENIED.

Plaintiff is notified that, in order to successfully file his Motion, Plaintiff must file

his Motion with the United States Bankruptcy Court.

The Clerk is directed to send a copy of this ORDER to all counsel of record and to

Plaintiff, who is *pro se*.

It is so ORDERED.

_____ /s/

Henry E. Hudson
Senior United States District Judge

Date: **Nov. 7, 2019**
Richmond, Virginia