**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>LECLAIRRYAN PLLC,<br><br>　　　　Debtor. | Chapter 7<br><br>Civil Action No. 19-34574 |

**VERIFIED STATEMENT OF MICHAEL WILSON**
**PLC PURSUANT TO BANKRUPTCY RULE 2019**

　　　　Michael Wilson PLC (the "Firm") hereby submits this verified statement pursuant to Fed. R. Bankr. P. 2019 and, in support, states and represents to the Court as follows:

　　　　1.　　The Firm acts as counsel to Michele Craddock ("Craddock") with respect to certain unsecured claims she holds against the above-captioned debtor.

　　　　2.　　The Firm acts as counsel to R.F. Technologies, Inc. ("RFT") and Robert Noorian ("Noorian"; together with RFT, the "Plaintiffs") with respect to certain unsecured claims they hold against the above-captioned debtor.

　　　　3.　　Each of Pillar and TIC separately requested that the Firm serve as their counsel in connection with these proceedings. Each of these parties has consented to the Firm's simultaneous representation of each of the other parties in this chapter 7 case.

　　　　4.　　The Firm may undertake additional representations of other parties in interest in this chapter 7 case, and the Firm reserves the right to supplement this verified statement as appropriate.

**MICHAEL WILSON PLC**
Michael G. Wilson (VSB No. 48927)
12733 Storrow Road
Henrico, Virginia 23233
Telephone: (804) 614-8301
mike@mgwilsonlaw.com

I, Michael Wilson, hereby declare under penalty of perjury that the foregoing statement is true and correct to the best of my information and belief.

/s/ Michael Wilson

MICHAEL WILSON PLC

/s/ Michael Wilson
Michael G. Wilson (VSB #48927)
Michael Wilson PLC
12733 Storrow Rd.
Henrico, VA 23233
(804) 614-8301
mike@mgwilsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2019, I caused a copy of the foregoing to be served by electronic mail upon all parties receiving notice through the Court's CM/ECF Noticing System.

/s/ Michael Wilson