**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| **In re:** | |
| | **Chapter 7** |
| **LECLAIRRYAN PLLC,** | **Case No. 19-34574 (KRH)** |
| **Debtor.[1]** | |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF PROTIVITI, INC.**
**AS FINANCIAL ADVISOR FOR LECLAIRRYAN PLLC**
**FOR ALLOWANCE OF FINAL COMPENSATION**

Upon consideration of the Final Fee Application (the "Application")[2] of Protiviti, Inc. ("Protiviti"), the above-captioned debtor and debtor-in-possession ("LeClairRyan" or the "Debtor"), for allowance of compensation for professional services rendered and actual and necessary expenses incurred by Protiviti, as financial advisor for LeClairRyan PLLC, during the period September 3, 2019, through October 4, 2019 (the "Final Application Period"), and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED that:

---

[1]         The last four digits of the Debtor's federal tax identification number are 2451.

[2]         Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Tyler P. Brown (VSB No. 28072)
Jason W. Harbour (VSB No. 68220)
Henry P. (Toby) Long, III (VSB No. 75134)

*Counsel to the Debtor*

1.      The Application is GRANTED.

2.      Protiviti is allowed final compensation in the amount of $125,196.00 for the Final Application Period as requested in the Application; provided, however, the allowance of the compensation requested in the Application shall be without prejudice solely to the rights of Lynn L. Tavenner, Chapter 7 Trustee for the Debtor's estate, prior to April 29, 2020, unless such deadline is extended by (a) the Court prior to that date upon a written motion filed a least ten (10) days in advance of the proposed hearing thereon or (b) written agreement between Protiviti and the Trustee (as extended, the "Trustee Claim Deadline"), to assert any and all claims of the estate against Protiviti arising from its representation of the Debtor (unless barred by any applicable statute of limitations) and to setoff, deduct or otherwise recover any such claims from the compensation requested in this Application; except that the Trustee further acknowledges and agrees that she will not object to any specific line item of fees sought by Protiviti in the Application; and provided further that, unless approved by the Court on a final basis at an earlier date, upon the expiration of the Trustee Claim Deadline, the Application shall be deemed approved on a final basis without further Order of the Court.

3.      The Trustee is authorized to disburse to Protiviti, pursuant to § 726, payment in the amount of the fees and expenses incurred during the Final Application Period.

4.      The Trustee is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5.      This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6.      This Order shall be effective immediately upon entry.

Nov 26 2019

Dated: _____, 2019          /s/ Kevin R Huennekens
                                        _____

                                         ‾
                                        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:                         Entered on Docket: Nov 26 2019


*/s/ Tyler P. Brown* _____
Tyler P. Brown (VSB No. 28072)
Jason W. Harbour (VSB No. 68220)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
Tel:  (804) 788-8200
Fax:  (804) 788-8218
Email: tpbrown@HuntonAK.com
        jharbour@HuntonAK.com


*Counsel to the Debtor*


### CERTIFICATION OF ENDORSEMENT
### UNDER LOCAL BANKRUPTCY RULE 9022-1(C)


        I hereby certify that the foregoing proposed order has been endorsed by or served
upon all necessary parties.

                                */s/ Tyler P. Brown* _____