# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **LECLAIRRYAN PLLC,** | **Case No. 19-34574 (KRH)** |
| **Debtor.**[1] | |

### ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF HUNTON ANDREWS KURTH LLP AS COUNSEL FOR LECLAIRRYAN PLLC FOR ALLOWANCE OF FINAL COMPENSATION AND FINAL REIMBURSEMENT OF EXPENSES

Upon consideration of the Final Fee Application (the "Application")[2] of Hunton Andrews Kurth LLP ("Hunton"), the above-captioned debtor ("LeClairRyan" or the "Debtor"), for allowance of compensation for professional services rendered and actual and necessary expenses incurred by Hunton, counsel for LeClairRyan PLLC, during the period September 3, 2019, through October 4, 2019 (the "Final Application Period"), and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefore,

---

[1]    The last four digits of the Debtor's federal tax identification number are 2451.

[2]    Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Tyler P. Brown (VSB No. 28072)
Jason W. Harbour (VSB No. 68220)
Henry P. (Toby) Long, III (VSB No. 75134)

*Counsel to the Debtor*

IT IS HEREBY ORDERED that:

1.  The Application is GRANTED.

2.  Hunton is allowed final compensation in the amount of $296,127.70 and reimbursement of expenses in the amount of $2,013.58 for the Final Application Period as requested in the Application; <u>provided</u>, <u>however</u>, the allowance of the compensation and reimbursement of expenses requested in the Application shall be without prejudice solely to the rights of Lynn L. Tavenner, Chapter 7 Trustee for the Debtor's estate, prior to April 29, 2020, unless such deadline is extended by (a) the Court prior to that date upon a written motion filed a least ten (10) days in advance of the proposed hearing thereon or (b) written agreement between Hunton and the Trustee (as extended, the "<u>Trustee Claim Deadline</u>"), to assert any and all claims of the estate against Hunton arising from its representation of the Debtor (unless barred by any applicable statute of limitations) and to setoff, deduct or otherwise recover any such claims from the compensation and reimbursement of expenses requested in this Application; except that the Trustee further acknowledges and agrees that she will not object to any specific line item of fees and expenses sought by Hunton in the Application; and <u>provided</u> <u>further</u> that, unless approved by the Court on a final basis at an earlier date, upon the expiration of the Trustee Claim Deadline, the Application shall be deemed approved on a final basis without further Order of the Court.

3.  The Trustee is authorized to disburse to Hunton, pursuant to § 726, payment in the amount of the fees and expenses incurred during the Final Application Period.

4.  The Trustee is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5.  This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6. This Order shall be effective immediately upon entry.

Dated: Nov 26 2019 _____, 2019

/s/ Kevin R Huennekens
_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Entered on Docket: Nov 26 2019

*/s/ Tyler P. Brown*
Tyler P. Brown (VSB No. 28072)
Jason W. Harbour (VSB No. 68220)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
Tel: (804) 788-8200
Fax: (804) 788-8218
Email: tpbrown@HuntonAK.com
    jharbour@HuntonAK.com

*Counsel to the Debtor*

### CERTIFICATION OF ENDORSEMENT
### UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Tyler P. Brown*