

GEORGE MORRIS, ESQ.
Associate Attorney

**HLG**
HASSELL LAW GROUP
A PROFESSIONAL CORPORATION

4079 19TH AVENUE
SAN FRANCISCO, CA 94132
PHONE: (415) 334-4111
FAX: (415) 469-9885

DAWN L. HASSELL, ESQ.
Managing Attorney
dawn@hasselllawgroup.com

LISA VILLASENOR, ESQ.
(Of Counsel)
lisa@hasselllawgroup.com

JUDITH GRAZIANO, ESQ.
(Of Counsel)
judy@hasselllawgroup.com

**SENT VIA US MAIL**

November 26, 2019

Clerk, U.S. Bankruptcy Court
701 East Broad Street, Room 4000
Richmond, VA 23219

RE:    LeClairRyan PLLC, Case No. 19-34574

To whom it may concern:

We are writing to you regarding the above-mentioned case, about which we have been receiving written notice. Our office currently does not have any claims pending against the debtor in this case. Therefore, we ask that our office be removed from the mailing list for this matter.

If you should have any questions, please feel free to contact our office. Thank you for your anticipated courtesy and professional cooperation.

Sincerely,

Caroline Shen
The Hassell Law Group, a P.C.