UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>    Debtor | Case No.<br>19-34574-KRH<br><br>Chapter<br>7 |

### NOTICE OF MOTION AND HEARING THEREON

PLEASE TAKE NOTICE Lynn L. Tavenner, Trustee, and not individually but solely in her capacity as the Chapter 7 trustee of the bankruptcy estate of LeClairRyan PLLC, in the above-referenced Chapter 7 case (the "**Case**"), by counsel, filed her *Motion for Entry of Orders Further Extending the Chapter 7 Trustee's Time to Assume, Reject, and/or Assign Certain Executory Contracts and/or Leases of Personal Property Pursuant to 11 U.S.C. § 365(d)(1)* (the "**Motion**"), ECF No. 262. Copies of the Motion and the *Second Ex Parte Bridge Order Further Extending the Time to Assume, Reject, and/or Assign Certain Executory Contracts and/or Leases of Personal Property Pursuant to 11 U.S.C. § 365(d)(1)* (the "**Bridge Order**"), ECF No. 274, are being served herewith.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Motion and Bridge Order carefully and discuss them with your attorney, if you have one in this chapter 11 Case. (If you do not have an attorney, you may wish to consult one).**

**PLEASE TAKE FURTHER NOTICE** on September 4, 2019, the Court entered the *Order Establishing Certain Notice, Case Management and Administrative Procedures* [ECF. No. 38] (the "**Case Management Order**"), which approved the Notice, Case Management, and Administrative Procedures attached as Exhibit 1 to the Case Management Order (the "**Case Management Procedures**"). The Case Management Procedures, among other things, prescribe the manner in which Objections must be filed and served and set forth when certain hearings will be conducted. A copy of the Case Management Order may be obtained, free of charge, by written

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
David N. Tabakin, Esquire (Va. Bar No. 82709)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

to request to dtabakin@tb-lawfirm.com or, for a fee, at *https://ecf.vaeb.uscourts.gov*.

**PLEASE TAKE FURTHER NOTICE** if you do not want the Court to grant the relief requested in the Motion or granted on an interim basis in the Bridge Order, or if you want the Court to consider your views on the Motion or Bridge Order, then, by **January 23, 2020** (the "**Objection Deadline**"), you or your attorney must:

> File with the Court, either electronically or at the address shown below, a written response to the Motion and/or Bridge Order pursuant to Rule 9013-1(H) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia and the Case Management Procedures. If you mail your written response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the Objection Deadline.

> **If a response is not properly and timely filed and served, the Court may deem any opposition waived, treat the Motion and Bridge Order as conceded and enter an appropriate order granting the requested relief without further notice or hearing.**

> Clerk of the Court
> United States Bankruptcy Court
> 701 East Broad Street, Suite 4000
> Richmond, VA 23219

> In accordance with the Case Management Procedures, you must also serve a copy of your written Objection on the Core Parties, the 2002 List Parties and any Affected Entity so that the Objection is received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** the Court will entertain the Motion and the Bridge Order on January 30, 2020, at 11:00 a.m. (or such time thereafter as the matter may be heard). In connection with the same, the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219. Any party desiring to object or otherwise be heard with respect to the same shall also appear and be heard at such time.

**PLEASE TAKE FURTHER NOTICE THAT** you should consult the Case Management Procedures before filing any written response.

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

Respectfully submitted,

LYNN L. TAVENNER, CHAPTER 7 TRUSTEE

Dated: December 9, 2019      By: */s/ David N. Tabakin* _____
Richmond, Virginia      Paula S. Beran, Esquire (VSB No. 34679)
David N. Tabakin, Esquire (VSB No. 82709)
Tavenner & Beran, PLC
20 North 8th Street
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopier: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

      Pursuant to the Local Rules of this Court, I certify that on this 9th day of December 2019, a true copy of the foregoing Motion was sent electronically and/or by first-class mail to: (a) the Office of the United States Trustee; (b) all parties listed on the Debtor's Official Form 106G except known landlords whose leases have already been rejected by Order of this Court; (c) the Debtor's 20 Largest Unsecured Creditors; (d) all known secured creditors from the Debtor's Official Form 106D; (e) the Core Parties and 2002 List as defined in the Case Management Order; and (f) all parties requesting service of pleadings in this Case (as indicated on the Schedule A attached to the Court filed copy of this Notice).

*/s/ David N. Tabakin* _____
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

# SCHEDULE A

Matrix One Riverfront Plaza LLC
CN 4000 Forsgate Drive
Cranbury, NJ 08512
farias@matrixcompanies.com

Page White Farrer Limited
Bedford House, 21 John Street
Holborn, London WC1N 2BF
United Kingdom
James.smith@pagewhite.com

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219-1885
Robert.B.Van.Arsdale@usdoj.gov

Super-Server, LLC
707 East Main Street, Suite 1425
Richmond, Virginia 23219
cjohnson@proxios.com
kcrowley@clrbfirm.com

Thomson West-6292
P.O. Box 629
Carol Stream, IL 60197-6292

Tyler P. Brown
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219
tpbrown@huntonak.com

GLC Business Services, Inc.
28 Prince Street
Rochester, NY 14607
mhayes@glcbs.com

Post Oak Realty Investment Partners, LP
13355 Noel Road, 22nd Floor
Dallas, TX 75240

Jason William Harbour
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219
jharbour@huntonAK.com

Thomson Reuters Master Data Center
P.O. Box 673451
Detroit, MI 48267-3451

Poe & Cronk Real Estate Group, Inc.
10 S Jefferson Street, Suite 1200
Roanoke, VA 24011
slawrence@poecronk.com

Henry Pollard Long, III
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219
hlong@huntonAK.com

Carlyle Overlook JV, LLC
711 High Street
Des Moines, IA 50392
erin.albert@cushwake.com

BPP Lower Office REIT Inc.
BPP Connecticut Ave LLC –
BLDG ID: 26870
P.O. Box 209259
Austin, TX 78720-9259
christopher.lyons@transwestern.com

Jennifer Ellen Wuebker
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219
jwuebker@huntonak.com

BCal, LLC c/o Beacon Capital Partners
200 State Street, 5th Floor
Boston, MA 02109
accountantmontgomery@avisonyoung.com

EYP Realty LLC
P.O. Box 844801
Los Angeles, CA 90084-4801
james.ishibashi@brookfield.com

Douglas M. Foley
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
dfoley@mcguirewoods.com

Parmenter Realty Fund III, Inc.
701 Brickell Avenue, Suite 2020
Miami, FL 33131
nreser@parmco.com

New Boston Long Wharf, LLC
c/o The Corporation Trust Company, r/a
1209 Orange Street
Wilmington, DE 19801

Sarah B. Boehm
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
sboehm@mcguirewoods.com

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834
eric.pike@lw.com

Iron Mountain Records Management
448 Broadway
Ulster Park, NY 12487
noe.lebeau@ironmountain.com
Bankruptcy2@ironmountain.com

Shawn R. Fox
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
sfox@mcguirewoods.com

60 State TRS (DE) LLC
320 Park Avenue, Floor 17
New York, NY 10022
ahillman@oxfordproperties.com

NetRight Intermediate LLC
iManage LLC
540 W. Madison Street, Suite 2400
Chicago, IL 60661
agreen@clarkhill.com

ULX Partners, LLC
100 Broadway, 22nd Floor
New York, New York 1005
Nicholas Hinton
Daniel E. Reed
Nicholas.hinton@Unitedlex.com
Dan.reed@unitedlex.com

ConvergeOne, Inc.
3344 Highway 149
Eagan, MN 55121
esalley@convergeone.com

Integreon Managed Solutions (ND) Inc.
3247 47th Street South
Fargo, ND 58104
murray.joslin@integreon.com

Karen M. Crowley, Esq.
Crowley Liberatore P.C.
150 Boush Street, Suite 300
Norfolk, VA 23510
kcrowley@clrbfirm.com

Michael G. Gallerizzo, Esquire
Michael D. Nord, Esquire
GEBHARDT & SMITH LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
mgall@gebsmith.com
mnord@gebsmith.com

Parma Richmond, LLC
c/o Kevin J. Funk
Durrette Arkema Gerson & Gill PC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
kfunk@dagglaw.com

David R. Ruby, Esquire
William D. Prince IV, Esquire
ThompsonMcMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
druby@t-mlaw.com
wprince@t-mlaw.com

Amy Simon Klug
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
amy.simon@hklaw.com

Joseph Corrigan
Iron Mountain Information Mgmt, LLC
One Federal Street
Boston, MA 02110
Bankruptcy2@ironmountain.com

JM Partners, LLC
Attn: John Marshall
6800 Paragon Place, Suite 202
Richmond, VA 23230-1656
JMarshall@JMPartnersLLC.com

SAUL EWING ARNSTEIN & LEHR LLP
Maria Ellena Chavez-Ruark, Esquire
500 East Pratt Street, 9th Floor
Baltimore, MD 21202
maria.ruark@saul.com

SAUL EWING ARNSTEIN & LEHR LLP
Robert C. Gill, Esquire
1919 Pennsylvania Avenue, N.W., Suite 550
Washington, D.C. 20006-3434
robert.gill@saul.com

Peter D. Bilowz, Esq.
Douglas B. Rosner, Esq.
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110-3333
pbilowz@goulstonstorrs.com
drosner@goulstonstorrs.com

David G. Barger
Thomas J. McKee, Jr.
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
bargerd@gtlaw.com

Mary Joanne Dowd, Esq.
Jackson D. Toof, Esq.
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006
mary.dowd@arentfox.com
jackson.toof@arentfox.com

Robert H. Chappell III, Esquire
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
rchappell@spottsfain.com

Jennifer J. West, Esquire
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
jwest@spottsfain.com

Neil E. McCullagh, Esquire
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
nmccullagh@spottsfain.com

Karl A. Moses, Jr., Esquire
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
kmoses@spottsfain.com

Michael G. Wilson, Esq.
MICHAEL WILSON PLC
PO Box 6330
Glen Allen, VA 23058
mike@mgwilsonlaw.com

Cynthia L. Hegarty
MORRISON SUND, PLLC
5125 County Road 101, Suite 200
Minnetonka, MN 55345
chegarty@morrisonsund.com

Shawn C. Whittaker, Esq.
Whittaker|Myers, PC
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Shawn@whittakermyers.com

Nicola G. Suglia, Esquire
Fleischer, Fleischer & Suglia, P.C.
Four Greentree Centre
601 Route 73 N., Suite 305
Marlton, NJ 08053
consult@fleischerlaw.com

Joshua D. Stiff, Esquire
Grayson T. Orsini, Esquire
WOLCOTT RIVERS GATES
200 Bendix Road, Suite 300
Virginia Beach, Virginia 23452
jstiff@wolriv.com
gorsini@wolriv.com

Alexander R. Green, Esquire
CLARK HILL, PLC
1001 Pennsylvania Ave NW, STE 1300 S
Washington, D.C. 20004
agreen@clarkhill.com

Bank Direct Capital Finance
c/o Kevin J. Funk
Durrette Arkema Gerson & Gill PC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
kfunk@dagglaw.com

Amy Wiekel
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121
Ra-li-ucts-bankrupt@state.pa.us

Linda Georgiadis
c/o Ronald A. Page, Jr.
Ronald Page, PLC
P.O. Box 73524
N. Chesterfield, VA 23235
rpage@rpagelaw.com

Delta Dental of Virginia
Attn: Peter V. Davies, II, VP, Sales & Marketing
4818 Starkey Road
Roanoke, VA 24018-8542

Continental Casualty Company
151 North Franklin Street
Chicago, IL 60606

Hartford Fire Insurance Compnay
One Hartford Plaza
Hartford, CT 06115

Hiscox Inc.
520 Madison Avenue, 32nd Floor
New York, NY 10022

Ironshore Specialty Insurance Company
75 Federal Street, 5th Floor
Boston, MA 02110

Nautilus Insurance Company
7233 East Butherus Drive
Scottsdale, AZ 85260

R T Specialty LLC
500 West Monroe Street, 30th Floor
Chicago, IL 60661

The Hartford Business Service Center
3600 Wiseman Boulevard
San Antonio, TX 78251

Travelers Casualty and Surety Company of America
385 Washington Street
Mail Code 9275-NB03F
St. Paul, MN 55102