LeClairRyan PLLC
19-34574-KRH
Claims Sorted by Claim Number

| Claim # | Date Received | Creditor Name | Attention | Address | City | St. | Zip | Country | Unsecured Amt | Priority Amt | Secured Amt | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1001 | 9/20/2019 | BIGHAND INC | | 125 S WACKER DRIVE SUITE 300 | CHICAGO | IL | 60606 | | $ 102,327.60 | | | | | |
| 1002 | 10/1/2019 | HAYSTACKID LLC | | 68 HARRISON AVE STE 502 | BOSTON | MA | 02111 | | $ 6,216.95 | | | | | |
| 1003 | 10/3/2019 | AUDREY GOLDEN ASSOCIATES LTD | COHN AND DUSSI LLC | 633 THIRD AVENUE 8TH FLOOR | NEW YORK | NY | 10017 | | $ 90,000.00 | | | | | |
| 1004 | 10/3/2019 | EVERETT LEGAL INC | | 633 THIRD AVENUE 8TH FL | NEW YORK | NY | 10017 | | $ 55,194.75 | | | | | |
| 1005 | 10/3/2019 | CAPITOL SERVICES INC | | PO BOX 1831 | AUSTIN | TX | 78767 | | $ 5,398.00 | | | | | |
| 1006 | 10/7/2019 | BEDOYA, LAUREN | YVETTE CLEVELAND COURT MONITORS OFFICE BRIDGEPORT SUPERIOR COURT | 1061 MAIN ST | BRIDGEPORT | CT | 06604 | | | $ 78.07 | | | | |
| 1007 | 10/7/2019 | NANCY FULLER REYNOLDS | | 925 SADDLE DR | SALEM | VA | 24153 | | $ 100,000.00 | | | | | |
| 1008 | 10/7/2019 | HUBBARD MD, JOHN B | | 2650 BITTING RD | WINSTON-SALEM | NC | 27104 | | $ 1,400.00 | | | | | |
| 1009 | 10/11/2019 | SIMS AND SIMS | | 1700 SECOND ST SUITE 308 | NAPA | CA | 94559 | | $ 1,888.65 | | | | | |
| 1010 | 10/21/2019 | VERBATIM COURT REPORTING SERVICE INC | | 224 WILLIAM STREET | ELMIRA | NY | 14901 | | $ 1,262.00 | | | | | |
| 1011 | 10/22/2019 | BRANDON LEGAL TECH LLC | | 37 PINNACLE MTN RD | SIMSBURY | CT | 06070 | | $ 4,039.17 | | | | | |
| 1012 | 10/23/2019 | VERIZON BUSINESS GLOBAL LLC | WILLIAM M VERMETTE | 22001 LOUDOUN COUNTY PKWY | ASHBURN | VA | 20147 | | $ 6,420.89 | | | | | |
| 1013 | 10/22/2019 | FEDEX CORPORATE SERVICES INC AS ASSIGNEE OF FEDEX EXPRESS/GROUND/FREIGHT/OFFICE | | 3965 AIRWAYS BLVD MODULE G 3RD FL | MEMPHIS | TN | 38116-5017 | | $ 20,630.18 | | | | | |
| 1014 | 10/21/2019 | VERBATIM COURT REPORTING SERVICE INC | | 224 WILLIAM STREET | ELMIRA | NY | 14901 | | $ 1,262.00 | | | | | |
| 1015 | 10/18/2019 | BARKER BRETTELL LLP | | 100 HAGLEY ROAD EDGBASTON | BIRMINGHAM | | B16 8QQ | United Kingdom | $ 1,068.68 | | | | | |
| 1016 | 10/15/2019 | CONVERGEONE INC | | 600 CAMPUS DR | FLORHAM PARK | NJ | 07932 | | $ 640,657.27 | | | | | |
| 1017 | 10/15/2019 | SLOANE AND WALSH LLP | | ONE CENTER PLAZA 8TH FLOOR | BOSTON | MA | 02108 | | $ 105,742.74 | | | | | |
| 1018 | 10/25/2019 | AMBIUS | JOSEPH KRAVNAK | 1125 BERKSHIRE BLVD STE 150 | WYOMISSING | PA | 19610 | | $ 873.77 | | | | | |
| 1019 | 10/28/2019 | LYNCH, CHRISTOPHER J | | 122 WESTMINSTER DR | WEST HARTFORD | CT | 06107 | | $ 139,732.40 | | | | | |
| 1020 | 10/21/2019 | CITY OF ALEXANDRIA VIRGINIA | | PO BOX 178 | ALEXANDRIA | VA | 22313 | | $ 1,262.00 | $ 2,686.99 | $ 2,686.99 | | | |
| 1021 | 10/28/2019 | BARKER BRETTELL LLP | | 100 HAGLEY ROAD EDGBASTON | BIRMINGHAM | | B16 8QQ | United Kingdom | $ 1,068.68 | | | | | |
| 1022 | 10/28/2019 | CENTURYLINK COMMUNICATIONS | VIRGINIA TICER BANKRUPTCY | 220 N 5TH | BISMARCK | ND | 58501 | | $ 303.33 | | | | | |
| 1023 | 10/30/2019 | AVERY MD, JAMES A | | 2516 SUMMIT RIDGE TRAIL | CHARLOTTESVILLE | VA | 22911 | | | $ 900.00 | | | | |
| 1024 | 10/31/2019 | COLEMAN BROTHERS FLOWERS INC | | 2104 DUMBARTON ROAD | RICHMOND | VA | 23228-6012 | | $ 1,055.13 | | | | | |
| 1025 | 10/31/2019 | DILLING, JAMES A | | 7081 N MARKS AVENUE #104 | FRESNO | CA | 93711 | | $ 431.25 | | | | | |
| 1026 | 10/31/2019 | GROOM LAW GROUP CHARTERED | | 1701 PENNSYLVANIA AVE NW STE 1200 | WASHINGTON | DC | 20006-5811 | | $ 97,309.50 | | | | | |
| 1027 | 11/4/2019 | CT CORPORATION | | 28 LIBERTY ST 42ND FL | NEW YORK | NY | 10005 | | $ 6,284.59 | | | | | |
| 1028 | 11/4/2019 | STONE RECRUITING LLC | | 4804 MEADOWCREEK DR | DALLAS | TX | 75248 | | $ 75,000.00 | | | | | |
| 1029 | 11/4/2019 | SECK, LAWRENCE E | | 11 HARRISON AVENUE | SOUTH WALPOLE | MA | 02071 | | $ 1,250.00 | | | | | |
| 1030 | 11/4/2019 | SARGENT'S COURT REPORTING, INC | | 210 MAIN ST | JOHNSTOWN | PA | 15901 | | $ 786.35 | | | | | |
| 1031 | 11/4/2019 | THOMAS F DOWLING | | 27 GREGORIE NECK RD | OKATIE | SC | 29909 | | $ 931.00 | | | | | |
| 1032 | 11/5/2019 | JAMES A DILLING | | 7081 N MARKS AVE #104 | FRESNO | CA | 93711 | | $ 431.25 | | | | | |
| 1033 | 11/6/2019 | AJ PARK | | LEVEL 22, 1 WILLIS ST | WELLINGTON | | | New Zealand | $ 17,047.57 | | | | | |
| 1034 | 11/6/2019 | STEVEN D BROWN | | 9412 PAIGEFIELD CT | RICHMOND | VA | 23229 | | $ 63,730.00 | | | | | |
| 1035 | 11/7/2019 | KEITER STEPHENS, HURST, GARY & SHREAVES PC | | 4401 DOMINION BLVD | GLEN ALLEN | VA | 23060 | | $ 23,157.00 | | | | | |
| 1036 | 11/7/2019 | KRAFT & KENNEDY, INC | | 630 THIRD AVE 14TH FL | NEW YORK | NY | 10017 | | $ 17,768.41 | | | | | |
| 1037 | 11/8/2019 | JOAN C MCKENNA | | 1016 THE PRESERVE DR | MAIDENS | VA | 23102 | | $ 20,000.00 | | | | | |
| 1038 | 11/8/2019 | CHARLES M SIMS | | 3718 GLADES END LN | HENRICO | VA | 23233 | | $ 130,560.00 | | | | | |
| 1039 | 11/8/2019 | CHARLES G MEYER III | | 736 LEE RD | CROZIER | VA | 23039 | | $ 160,445.02 | | | | | |
| 1040 | 11/8/2019 | GOLKOW LITIGATION SERVICES | KATHY REILLY | 1650 MARKET ST STE 5150 | PHILADELPHIA | PA | 19103 | | $ 3,816.90 | | | | | |
| 1041 | 11/8/2019 | VERITEXT, LLC | | 290 W MT PLEASANT AVE STE 3200 | LIVINGSTON | NJ | 07039 | | $ 91,837.72 | | | | | |
| 1042 | 11/8/2019 | LAW FIRM "GORODISSKY & PARTNERS" LTD | JUDITH L KUNREUTHER, ESQ | 129090 B SPASSKAYA 25 BLDG 3 | MOSCOW | | | Russia | $ 4,562.45 | | | | | |
| 1043 | 11/8/2019 | PETER MICHAEL MCKENNA | | 6678 WELLINGTON RD | ROANOKE | VA | 24018 | | | $ 1,950.00 | | | | |
| 1044 | 11/12/2019 | DANIEL COKER HORTON & BELL P A | | 4400 OLD CANTON RD STE 400 | JACKSON | MS | 39211 | | $ 3,056.82 | | | | | |
| 1045 | 11/12/2019 | I WITNESS VIDEO GROUP | | PO BOX 2299 | SUN CITY | CA | 92586 | | | $ 2,262.50 | | | | |
| 1046 | 11/12/2019 | PETER N TYSON | | 1330 CLARKE RD | ABINGTON | PA | 19001 | | $ 820.00 | | | | | |
| 1047 | 11/12/2019 | KELLY PIONEER GROUP, LLC | | 601 PENNSYLVANIA AVE NW SOUTH BLDG 9TH FL WASHINGTON | WASHINGTON | DC | 20004 | | $ 990.00 | | | | | |
| 1048 | 11/12/2019 | QUALITY BUILDING SERVICES CORP | | PO BOX 4525 | NEW YORK | NY | 10017 | | Unliquidated | | | | | X |
| 1049 | 11/12/2019 | EGLEAN, INC | STEVE RYAN | 35 KINGSTON ST | BOSTON | MA | 02111 | | $ 19,999.00 | | | | | |
| 1050 | 11/13/2019 | MARK A DOMBROFF | | 8300 GREENSBORO DR STE 100 | TYSONS | VA | 22102 | | $ 100,000.00 | | | | | |
| 1051 | 11/14/2019 | WOLTERS KLUWER LEGAL & REGULATORY US | | 7201 MCKINNEY CIRCLE | FREDERICK | MD | 21704 | | $ 14,284.31 | | | | | |
| 1052 | 11/14/2019 | MARK QUIGG | | 721 PARK ST | CHARLOTTESVILLE | VA | 22902 | | | $ 2,250.00 | | | | |
| 1053 | 11/14/2019 | SUSAN CHILDERS NORTH | | 224 KINGS GRANT DR | YORKTOWN | VA | 23692 | | $ 237,307.50 | | | | | |
| | 11/14/2019 | KATISHA MANDRELL | | 40 BRAEBURN DR APT B | HENRICO | VA | 23238 | | | $ 3,612.50 | | | | |
| | | | | | | | | | $ 2,377,280.15 | $ 13,740.06 | $ 2,686.99 | | | |

LeClairRyan PLLC
19-34574-KRH
Claims Sorted by Name (Alphabetically)

| Claim # | Date Received | Creditor Name | Attention | Address | City | St | Zip | Country | Unsecured Amt | Priority Amt | Secured Amt | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1032 | 11/6/2019 | AJ PARK | | LEVEL 22, 1 WILLIS ST | WELLINGTON | | | New Zealand | $ 17,047.57 | | | | | |
| 1018 | 10/25/2019 | AMBIUS | | 1125 BERKSHIRE BLVD STE 150 | WYOMISSING | PA | 19610 | | $ 873.77 | | | | | |
| 1003 | 10/3/2019 | AUDREY GOLDEN ASSOCIATES LTD | | 633 THIRD AVENUE 8TH FLOOR | NEW YORK | NY | 10017 | | $ 90,000.00 | | | | | |
| 1022 | 10/30/2019 | AVERY MD, JAMES A | | 2516 SUMMIT RIDGE TRAIL | CHARLOTTESVILLE | VA | 22911 | | | $ 900.00 | | | | |
| 1015 | 10/18/2019 | BARKER BRETTELL LLP | | 100 HAGLEY ROAD EDGBASTON | BIRMINGHAM | | B16 8QQ | United Kingdom | $ 1,068.68 | | | | | |
| 1006 | 10/7/2019 | BEDOYA, LAUREN | | 1061 MAIN ST | BRIDGEPORT | CT | 06604 | | | $ 78.07 | | | | |
| 1001 | 9/20/2019 | BIGHAND INC | | 125 S WACKER DRIVE SUITE 300 | CHICAGO | IL | 60606 | | $ 102,327.60 | | | | | |
| 1011 | 10/22/2019 | BRANDON LEGAL TECH LLC | | 37 PINNACLE MTN RD | SIMSBURY | CT | 06070 | | $ 4,039.17 | | | | | |
| 1005 | 10/3/2019 | CAPITOL SERVICES INC | | PO BOX 1831 | AUSTIN | TX | 78767 | | $ 5,398.00 | | | | | |
| 1021 | 10/28/2019 | CENTURYLINK COMMUNICATIONS | YVETTE CLEVELAND BANKRUPTCY | 220 N 5TH | BISMARCK | ND | 58501 | | $ 303.33 | | | | | |
| 1026 | 10/15/2019 | CONVERGEONE INC | | 600 CAMPUS DR | FLORHAM PARK | NJ | 07932 | | $ 640,657.27 | | | | | |
| 1016 | 11/4/2019 | CT CORPORATION | | 28 LIBERTY ST 42ND FL | NEW YORK | NY | 10005 | | $ 6,284.59 | | | | | |
| 1043 | 11/12/2019 | DANIEL COKER HORTON & BELL, P.A. | | 4400 OLD CANTON RD STE 400 | JACKSON | MS | 39211 | | $ 3,056.82 | | | | | |
| 1024 | 10/31/2019 | DILLING, JAMES A | | 7081 N MARKS AVENUE #104 | FRESNO | CA | 93711 | | $ 431.25 | | | | | |
| 1038 | 11/8/2019 | CHARLES G MEYER III | | 736 LEE RD | CROZIER | VA | 23039 | | $ 160,445.02 | | | | | |
| 1037 | 11/8/2019 | CHARLES M SIMS | | 3718 GLADES END LN | HENRICO | VA | 23233 | | $ 130,560.00 | | | | | |
| 1020 | 10/28/2019 | CITY OF ALEXANDRIA VIRGINIA | | PO BOX 178 | ALEXANDRIA | VA | 22313 | | $ 1,055.13 | $ 2,686.99 | $ 2,686.99 | | | |
| 1023 | 10/31/2019 | COLEMAN BROTHERS FLOWERS INC | | 2104 DUMBARTON ROAD | RICHMOND | VA | 23228-6012 | | | | | | | |
| 1048 | 11/12/2019 | EGLEAN, INC | VIRGINIA TICER | 35 KINGSTON ST | BOSTON | MA | 02111 | | $ 19,999.00 | | | | | |
| 1004 | 10/3/2019 | EVERETT LEGAL INC | | 633 THIRD AVENUE 8TH FL | NEW YORK | NY | 10017 | | $ 55,194.75 | | | | | |
| 1013 | 10/22/2019 | FEDEX CORPORATE SERVICES INC AS ASSIGNEE OF FEDEX EXPRESS/GROUND/FREIGHT/OFFICE | | 3965 AIRWAYS BLVD MODULE G 3RD FL | MEMPHIS | TN | 38116-5017 | | $ 20,630.18 | | | | | |
| 1039 | 11/8/2019 | GOLKOW LITIGATION SERVICES | | 1650 MARKET ST STE 5150 | PHILADELPHIA | PA | 19103 | | $ 3,816.90 | | | | | |
| 1025 | 10/31/2019 | GROOM LAW GROUP CHARTERED | KATHY REILLY | 1701 PENNSYLVANIA AVE NW STE 1200 | WASHINGTON | DC | 20006-5811 | | $ 97,309.50 | | | | | |
| 1002 | 10/1/2019 | HAYSTACKID LLC | | 68 HARRISON AVE STE 502 | BOSTON | MA | 02111 | | $ 6,216.95 | | | | | |
| 1008 | 10/7/2019 | HUBBARD MD, JOHN B | | 2650 BITTING RD | WINSTON-SALEM | NC | 27104 | | $ 1,400.00 | | | | | |
| 1044 | 11/12/2019 | i WITNESS VIDEO GROUP | | PO BOX 2299 | SUN CITY | CA | 92586 | | | $ 2,262.50 | | | | |
| 1031 | 11/5/2019 | JAMES A DILLING | | 7081 N MARKS AVE #104 | FRESNO | CA | 93711 | | $ 431.25 | | | | | |
| 1036 | 11/8/2019 | JOAN C MCKENNA | | 1016 THE PRESERVE DR | MAIDENS | VA | 23102 | | $ 20,000.00 | | | | | |
| 1053 | 11/14/2019 | KATISHA MANDRELL | | 40 BRAEBURN DR APT B | HENRICO | VA | 23238 | | | $ 3,612.50 | | | | |
| 1034 | 11/7/2019 | KEITER STEPHENS, HURST, GARY & SHREAVES PC | | 4401 DOMINION BLVD | GLEN ALLEN | VA | 23060 | | $ 23,157.00 | | | | | |
| 1046 | 11/12/2019 | KELLY PIONEER GROUP, LLC | | 601 PENNSYLVANIA AVE NW SOUTH BLDG 9TH FL | WASHINGTON | DC | 20004 | | $ 990.00 | | | | | |
| 1035 | 11/7/2019 | KRAFT & KENNEDY, INC | | 630 THIRD AVE 14TH FL | NEW YORK | NY | 10017 | | $ 17,768.41 | | | | | |
| 1041 | 11/8/2019 | LAW FIRM "GORODISSKY & PARTNERS" LTD | | 129990 B SPASSKAYA, 25 BLDG 3 | MOSCOW | | | Russia | $ 4,562.45 | | | | | |
| 1019 | 10/28/2019 | LYNCH, CHRISTOPHER J | | 122 WESTMINSTER DR | WEST HARTFORD | CT | 06107 | | $ 139,732.40 | | | | | |
| 1049 | 11/13/2019 | MARK A DOMBROFF | | 8300 GREENSBORO DR STE 100 | TYSONS | VA | 22102 | | $ 100,000.00 | | | | | |
| 1051 | 11/12/2019 | MARK QUIGG | | 721 PARK ST | CHARLOTTESVILLE | VA | 22902 | | | $ 2,250.00 | | | | |
| 1007 | 10/7/2019 | NANCY FULLER REYNOLDS | | 925 SADDLE DR | SALEM | VA | 24153 | | $ 100,000.00 | | | | | |
| 1042 | 11/8/2019 | PETER MICHAEL MCKENNA | | 6678 WELLINGTON RD | ROANOKE | VA | 24018 | | | $ 1,950.00 | | | | |
| 1045 | 11/12/2019 | PETER N TYSON | | 1330 CLARKE RD | ABINGTON | PA | 19001 | | $ 820.00 | | | | | |
| 1047 | 11/12/2019 | QUALITY BUILDING SERVICES CORP | | PO BOX 4525 | NEW YORK | NY | 10017 | | Unliquidated | | | | | X |
| 1029 | 11/4/2019 | SARGENT'S COURT REPORTING, INC | | 210 MAIN ST | JOHNSTOWN | PA | 15901 | | $ 786.35 | | | | | |
| 1028 | 11/4/2019 | SECK, LAWRENCE E | | 11 HARRISON AVENUE | SOUTH WALPOLE | MA | 02071 | | $ 1,250.00 | | | | | |
| 1009 | 10/11/2019 | SIMS AND SIMS | | 1700 SECOND ST SUITE 308 | NAPA | CA | 94559 | | $ 1,838.65 | | | | | |
| 1017 | 10/15/2019 | SLOANE AND WALSH LLP | | ONE CENTER PLAZA 8TH FLOOR | BOSTON | MA | 02108 | | $ 105,742.74 | | | | | |
| 1033 | 11/6/2019 | STEVEN D BROWN | | 9412 PAIGEFIELD CT | RICHMOND | VA | 23229 | | $ 63,730.00 | | | | | |
| 1027 | 11/4/2019 | STONE RECRUITING LLC | | 4804 MEADOWCREEK DR | DALLAS | TX | 75248 | | $ 75,000.00 | | | | | |
| 1052 | 11/14/2019 | SUSAN CHILDERS NORTH | | 224 KINGS GRANT DR | YORKTOWN | VA | 23692 | | $ 237,307.50 | | | | | |
| 1030 | 11/4/2019 | THOMAS F DOWLING | | 27 GREGORIE NECK RD | OKATIE | SC | 29909 | | $ 931.00 | | | | | |
| 1010 | 10/21/2019 | VERBATIM COURT REPORTING SERVICE INC | | 224 WILLIAM STREET | ELMIRA | NY | 14901 | | $ 1,262.00 | | | | | |
| 1014 | 10/21/2019 | VERBATIM COURT REPORTING SERVICE INC | | 224 WILLIAM STREET | ELMIRA | NY | 14901 | | $ 1,262.00 | | | | | |
| 1040 | 11/8/2019 | VERITEXT, LLC | JUDITH L KUNREUTHER, ESQ | 290 W MT PLEASANT AVE STE 3200 | LIVINGSTON | NJ | 07039 | | $ 91,837.72 | | | | | |
| 1012 | 10/23/2019 | VERIZON BUSINESS GLOBAL LLC | WILLIAM M VERMETTE | 22001 LOUDOUN COUNTY PKWY | ASHBURN | VA | 20147 | | $ 6,420.89 | | | | | |
| 1050 | 11/14/2019 | WOLTERS KLUWER LEGAL & REGULATORY US | | 7201 MCKINNEY CIRCLE | FREDERICK | MD | 21704 | | $ 14,284.31 | | | | | |
| | | | | | | | | | $ 2,377,280.15 | $ 13,740.06 | $ 2,686.99 | | | |