

# District of Columbia Court of Appeals
## 430 E Street, N. W.
## Washington, D.C. 20001-2768

DEREK W. MITCHELL
APPEALS SPECIALIST

TELEPHONE (202) 879-2721
dmitchell@dcappeals.gov

December 5, 2019



RICHMOND DIVISION

FILED    DEC 1 0 2019    FILED

CLERK
U.S. BANKRUPTCY COURT

William C. Redden, Clerk
United States Bankruptcy Court
Eastern District of Virginia
Richmond, VA 23219

Re: Your Notice of Electronic Filing Procedure Dated October 21, 2019, *No. 19-34574-KRH*
*Case Name:  LeClair Ryan, PLLC*

Dear Mr. Redden,

We are in receipt of the above referenced notice where it appears that you are providing information regarding your court's e-Filing procedures with regards to a bankruptcy matter. This notice was initially received here at the D.C. Court of Appeals (DCCA) on October 29, 2019 and forwarded to the United States Court of Appeals for the D.C. Circuit (USCA DC). Our rationale for doing so was that our database did not reveal any case and/or party information by either LeClair Ryan, LLC or Tyler P. Brown. And, according to the notice it appeared to be a federal jurisdictional matter. Further, it appears that USCA DC received the notice on November 20, 2019 and returned it to our court on or about December 4, 2019, indicating that the law firm did not practice in the circuit and the circuit was not a creditor.

For the reasons stated above, we are returning the document for any action the court deems appropriate. Thank you for your inquiry into this matter.

Sincerely,

Derek W. Mitchell
Appeals Specialist

WED 39508 0422-7 309D 19-34574
Tyler P. Brown
951 East Byrd Street
Richmond, VA 23219

NOV 2 0 2019

067276  1197 1 SP 0.500  20001  8 8  8920-1-68290

D.C. Courts Appeals
403 E Street NW
Room 123
Washington, D.C. 20001

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the street address that the debtor provided contains an error.   To ensure correct delivery of this and future notices:

| IF YOU ARE THE INTENDED NOTICE RECIPIENT | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| 1.   Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. <br> 2.   You may sign up for electronic noticing at http://bankruptcynotices.uscourts.gov or <br> 3.   You may register a preferred physical address at http://bankruptcynotices.uscourts.gov <br> Enter all variations of your name and address(es) that you want redirected to your electronic or preferred physical address.   Make sure that you enter the name and address that were on this notice to ensure that future notices to this incorrect address will be re-directed. | 1.   Find an updated address and send the attached document to that address. <br> 2.   Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |

067276    39508067343020

Debtor  LeClairRyan PLLC                                                    Case number **19–34574–KRH**

| 8. **Deadlines**<br><br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim Filing deadline: December 13, 2019 (except governmental units):**<br><br>**Deadline for governmental units to file a proof   Filing deadline: March 2, 2020 of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
|---|---|
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| 11. **Payment of Fees for Richmond Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcycnotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

067276      **3950806734301 1**