UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| In re: | Case No. |
|---|---|
| LeClairRyan, PLLC,[1] | 19-34574-KRH |
| Debtor | Chapter 7 |

**ORDER RESOLVING BANKDIRECT CAPITAL FINANCE, LLC'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY
AND MOTION FOR EXPEDITED HEARING**

This matter coming before the Court on *BankDirect Capital Finance, LLC's Motion for Relief from the Automatic Stay and Motion for Expedited Hearing*, ECF No. 162(the "**Motion**"), filed by BankDirect Capital Finance, LLC ("**BankDirect**"), and upon the *Trustee's Objection to BankDirect Capital Finance, LLC's Motion for Relief from the Automatic Stay and Motion for Expedited Hearing* (the "**Trustee's Objection**")[2] filed by Lynn L. Tavenner, trustee, not individually but solely in her capacity as the chapter 7 trustee (in such capacity, the "**Chapter 7 Trustee**") of the bankruptcy estate (the "**Estate**") of LeClairRyan PLLC, the above-captioned debtor; the Court having reviewed the Motion, the Trustee's Objection, and the evidence tendered at the hearing on the Motion (the "**Hearing**"); and the Court having found that (a) the

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Trustee's Objection.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
David N. Tabakin, Esquire (Va. Bar No. 82709)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (d) notice of the Motion and the Hearing was adequate under the circumstances; (e) the value of BankDirect's collateral as of the Petition Date was $53,458.14; (f) the value of BankDirect's collateral as of the Conversion Date was $39,130.30; and (g) the diminution in the value of BankDirect's collateral between the Petition Date and the Conversion Date was $14,327.84; and it appearing that there is good cause to grant the relief requested as modified herein:

**IT IS HEREBY ORDERED THAT:**

1. The relief sought in the Motion is GRANTED in part and DENIED in part as provided herein.

2. BankDirect's request for relief from the automatic stay contained in the Motion is DENIED, without prejudice to BankDirect's right to pursue future additional relief from the automatic stay.

3. BankDirect's request for adequate protection is GRANTED as follows:

   a. BankDirect is hereby granted an allowed Chapter 11 administrative expense claim in the amount of $14,327.84, which amount shall not be paid immediately, but shall be paid pursuant to the provisions of the Bankruptcy Code or any procedures that the Court may approve in this case for the payment of Chapter 11 post-petition administrative expense claims (whichever would result in an earlier distribution); and

   b. BankDirect is hereby granted an allowed Chapter 7 administrative expense claim in the amount of $39,130.30, which claim shall be paid in three equal monthly installments of $13,043.43 commencing January 6, 2020 and concluding on March 6, 2020.

    4.    This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

ENTERED: Dec 19 2019

/s/ Kevin R Huennekens
_____
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: Dec 20 2019

I ask for this:

/s/ *Paula S. Beran*
Paula S. Beran, Esquire (VSB No. 34679)
PBeran@TB-LawFirm.com
David N. Tabakin, Esquire (VSB No. 82709)
DTabakin@TB-LawFirm.com
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

    *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Seen and objected to for the reasons stated on the record:

/s/ *Kevin J. Funk* (Permission to affix signature received via email dated 12/16/2019)
Kevin J. Funk, Esquire (VSB No. 65465)
Durrette Arkema Gerson & Gill PC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
Telephone: 804-775-6900
Facsimile: 804-775-6911
Email: kfunk@dagglaw.com

David B.H. Williams
David J. Strubbe
221 N. LaSalle Street
Suite 3700
Chicago, IL 60602
Tel: (312) 372-3311
Fax: (312) 372-5720
williams@wbs-law.com
strubbe@wbs-law.com

    *Counsel for BankDirect Capital Finance, LLC*

3

## Local Rule 9022-1 Certification

I hereby certify that, pursuant to Local Rule 9022-1, the foregoing proposed *Final Order* has either been served upon and/or endorsed by all necessary parties.

*/s/ Paula S. Beran*
Counsel for Lynn L. Tavenner, Chapter 7 Trustee

**Service List for Entered Order**

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219

Kevin J. Funk, Esquire
Durrette Arkema Gerson & Gill PC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219