UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | Case No. |
|     LeClairRyan PLLC,[1] | 19-34574-KRH |
|     Debtor | Chapter 7 |

**TRUSTEE'S MOTION FOR AN ORDER ESTABLISHING
PROCEDURES REGARDING THE COLLECTION OF ACCOUNTS
RECEIVABLE AND MEMORANDUM IN SUPPORT THEREOF**

Lynn L. Tavenner, Trustee, and not individually but solely in her capacity as the Chapter 7 trustee (in such capacity, the "**Trustee**") of the bankruptcy estate (the "**Estate**") of LeClairRyan PLLC ("**LeClairRyan**" and/or the "**Debtor**"), in the above-referenced Chapter 7 case (the "**Bankruptcy Case**" and/or the "**Case**") hereby by and through her undersigned counsel, pursuant to §§ 102(1), 105, and 704 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "**Bankruptcy Code**"), Rules 7016 and 9019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**," and each individually a "**Bankruptcy Rule**"), and Rules 7016-1 and 9019-1 of the Local Rules of Bankruptcy Procedure (the "**Local Rules**," and each individually a "**Local Rule**"), hereby moves (the "**Motion**") for entry of an order authorizing and approving procedures by which the Trustee, on behalf of the Estate, may prosecute and settle, or otherwise resolve,

---

[1] The principal address of the Debtor as of the Petition Date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
David N. Tabakin, Esquire (Va. Bar No. 82709)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

matters related to the Estate's accounts receivable (the "**AR**"). By this Motion, the Trustee seeks procedures that will: 1) serve judicial economy; 2) allow the Trustee to the greatest extent allowed by law, consider any and all defenses, as well as mitigating circumstances, brought to her attention in connection with her prosecution of the AR Actions (as defined below); 3) potentially speed the time within which the adversary proceedings will be resolved; and 4) potentially reduce unnecessary litigation costs for the parties. In support of the Motion, the Trustee respectfully states as follows:

## JURISDICTION

1.    The United States Bankruptcy Court for the Eastern District of Virginia (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference from the United States District Court for the Eastern District of Virginia*, dated August 15, 1984.

2.    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

4.    On September 3, 2019 (the "**Petition Date**"), the Debtor filed for relief under Chapter 11 the Bankruptcy Code. Pursuant to §§ 1007 and 1108 of the Bankruptcy Code, the Debtor operated as a debtor-in-possession.

5.    On September 12, 2019, the United States Trustee filed its *Motion to Convert Case to Chapter 7* (the "**Motion to Convert**") and notice thereof. ECF No. 61. At a hearing on September 26, 2019 (the "**September 26 Hearing**"), the Court denied the Motion to Convert. However, per agreement between the Debtor, the United States Trustee, and ABL Alliance, LLLP

(the "**Lender**"), the Debtor's bankruptcy case was converted to a case under Chapter 7 of the Bankruptcy Code on October 4, 2019 (the "**Conversion Date**").

6.      Upon conversion, Lynn L. Tavenner was appointed interim trustee, and no trustee having been elected at the meeting of creditors, she continues to serve as trustee.

7.      Prior to the Conversion Date, on the Petition Date, the Debtor filed its *Motion of LeClairRyan PLLC for Entry of Interim Orders Approving Settlement Procedures for Compromising Accounts Receivable and Related Relief* (the "**Receivables Motion**"), ECF No. 8. Pursuant to the Receivables Motion, the Debtor requested authority to continue its relationship with On-Site Associates, LLC ("**On-Site**") to aid the Debtor in its collection of outstanding AR. Pursuant to the *Interim Order Approving Settlement Procedures for Compromising Accounts Receivable and Related Relief and Scheduling a Final Hearing* (the "**Interim Receivables Motion Order**"), ECF No. 51, this Court granted the relief sought in the Receivables Motion on an interim basis. Following the Conversation Date and her appointment, the Trustee, after consultation with the Lender, requested certain modifications to the proposed final order at a hearing held on October 24, 2019. Thereafter this Court entered the *Final Order Approving Settlement Procedures for Compromising Accounts Receivable and Related Relief* (with the Interim Receivables Motion Order, the "**AR Settlement Orders**"), ECF No. 95.

8.      The Trustee, with the assistance of On-Site and her other professionals, has (i) reviewed the Debtor's books, records, and financials; (ii) determined that a substantial amount of AR remains outstanding; and (iii) sought to collect said AR. As reported to this Court at various Omnibus Hearings, the Trustee has collected a substantial amount of AR pursuant to procedures approved by this Court. Unfortunately, the process is at the point where litigation is likely. To date, the Trustee, through On-Site and other members of her wind-down team, has either had numerous

communications without full and complete payment or initiated numerous contacts with no satisfying response. In addition, on February 5, 2020, the Trustee sent numerous collection letters advising individuals and entities of their outstanding payment obligations to the Estate. To date, said letters have met with insufficient success. Accordingly, the Trustee is prepared to commence numerous turnover actions (collectively the "**AR Actions**" and individually, each an "**AR Action**").

9.      The Trustee is eager and willing to resolve as many of the AR Actions as possible without proceeding to full or extensive litigation. Although the Trustee expects that many of the AR Actions can be resolved and settled without the need for extensive litigation, it is impossible to predict how many of the lawsuits will ultimately be settled without trial. Accordingly, the Trustee seeks the implementation of the proposed procedures set forth below to ease the burden on the Court and the parties and to facilitate and maximize the potential for a fair resolution of the AR Actions without the need for trial.

## RELIEF REQUESTED

10.     The Trustee is preparing to file complaints on behalf of the Estate to demand turnover of amounts due and owing to the Estate by of the AR pursuant to § 542 of the Bankruptcy Code and/or to otherwise seek recovery under applicable law.

11.     By this Motion, the Trustee is seeking approval of a process whereby the Estate can prosecute, settle, or otherwise resolve AR Actions. The Trustee requests approval of the following process and procedures to reduce the burden on the parties and Court, minimize cost and expense, and enhance her ability to collect amounts and maximize the recovery for the Estate.

## **PROPOSED PROCEDURES**

12.     The Trustee respectfully requests that the Court adopt and implement the following

procedures (the "**AR Adversary Proceeding Procedures**"), which shall apply to adversary

proceedings involving the AR Actions (the "**AR Adversary Proceedings**" and each an "**AR**

**Adversary Proceeding**") unless the Court orders otherwise for good cause shown and where

circumstances warrant:

1.      **The Litigation Protocol**:

A.      Case-Specific Summons. The summons issued for each AR Adversary
Proceeding will vary from the Court's standard form and will be an
"Answer Only" summons. The summons will inform the defendant that
he/she/it has thirty days from the date of service of the summons (rather
than the date of issuance) to respond to the complaint. The summons will
not set a pretrial conference date; any pretrial or other scheduling
conference will be set only after the completion of the mediation procedures
described below unless otherwise ordered by the Court.

B.      Extension of Time by Which Trustee must Serve the Summons. The time
period under Bankruptcy Rule 7004(e), by which the Trustee must serve the
summonses and complaints in the AR Adversary Proceedings on defendants
in the United States shall be extended by thirty (30) days, without prejudice
to the Trustee to seek further extensions of time for cause shown.

C.      Stipulation to Extend Time for Defendants to Respond to the Complaint.
Without further order of the Court, the parties may stipulate to one extension
of the time of no more than sixty (60) days within which a defendant must
respond to a complaint. The stipulation must be in writing to be binding on
the Trustee but can be documented via email. Any further or longer
extensions of time will require Court approval.

D.      Stay of Requirement to Conduct Scheduling Conference. Federal Rule of
Civil Procedure 26(f), made applicable to the AR Adversary Proceedings
pursuant to Bankruptcy Rule 7026 (mandatory meeting before scheduling
conference/discovery plan), shall be stayed with respect to the AR
Adversary Proceedings during the Settlement Period (as hereafter defined).
Upon the filing of the Mediator's Report (as described below) with respect
to each AR Adversary Proceeding that is not resolved through the Mediation
Process (as described below) or otherwise and before the pretrial conference
hereafter described, the parties shall conduct a Rule 26(f) conference,

discussing discovery issues, estimated length of trial, and available trial dates.

E.   Stay of Discovery and Settlement Period. The one hundred and twenty (120) day period commencing with the filing of the Complaint (the "**Settlement Period**") shall be used by the Trustee to pursue settlement of the claims and commence mediation (if required as set forth below). The parties' obligations to conduct formal discovery in each AR Adversary Proceeding shall be stayed during the Settlement Period, provided that the stay of discovery shall in no way preclude the parties from informally exchanging documents and information in an attempt to resolve an AR Adversary Proceeding.

F.   Initial Disclosures. Initial disclosures shall be made as indicated in the Pretrial Scheduling Conference or as otherwise provided in order of the Court.

G.   Pretrial Scheduling Conferences/Motion Hearing Dates. The Court will schedule dates in the Bankruptcy Case, on which dates any post-mediation pretrial scheduling conferences in the AR Adversary Proceedings will take place. Any pretrial motions filed by the parties in the AR Adversary Proceedings must be set for hearing after the filing of the Mediator's Report or unless otherwise ordered by the Court.

H.   Motions affecting all AR Adversary Proceedings. Any motions filed by the Trustee that affect all of the AR Adversary Proceedings may and should be filed in the Bankruptcy Case, and not in each separately docketed AR Adversary Proceeding, provided, however, that each defendant shall receive notice of the filing of the same.

I.   Notice of these Special Procedures. A copy of the AR Adversary Proceedings Procedures will be served on each defendant with the summons and complaint in each AR Adversary Proceeding.

2.   **The Mediation Protocol**:

A.   Mediation Process. Mediation will be required in all AR Adversary Proceedings seeking recovery of in excess of $10,000. In AR Actions seeking recovery less than $10,000, the parties may jointly agree to participate in the mediation process outlined below, but if mediation is not agreed to, the parties shall conduct a Rule 26(f) conference and submit an agreed discovery scheduling order or proposed scheduling orders (which shall be substantively similar to pretrial orders used by this Court in a majority of its other adversary proceedings) to the Court promptly at the conclusion of the Settlement Period, and the Trustee shall set the AR Adversary Proceeding down for a Pretrial Scheduling Conference.

B.  Within sixty (60) days after the defendant has filed a response to the complaint, the parties must have commenced the mediation process by (i) either (a) having selected a mutually agreeable mediator from the Court approved list of mediators attached to the Court-ordered procedures as Exhibit A[2]; or (b) the defendant having obtained on order from this Court authorizing the utilization of a bankruptcy judge from the Eastern District of Virginia willing and able to serve as a mediator (the "**Judicial Mediator**"); and (ii) having executed a mediation agreement and (iii) having scheduled a date for the mediation. If any defendant does not timely select a mediator, then the Trustee shall promptly (i) assign a mediator to the AR Adversary Proceeding and (ii) so notify the defendant. Each mediator selected by this process shall hereafter be referred to as the "**Mediator**."

C.  At least ten (10) days prior to the scheduled mediation, the parties shall exchange position statements and submit the statements to the Mediator, unless otherwise agreed by the parties and/or the Mediator. Unless agreed in writing by both parties and/or the Mediator, the position statements shall not exceed five (5) pages double-spaced (exclusive of exhibits and schedules). The Mediator may also require the parties to provide to the Mediator any relevant papers, exhibits, and a settlement proposal.

D.  Unless otherwise agreed to by the Trustee, the Mediation shall take place in Richmond, Virginia. The Mediator's fees shall be split equally by the parties, and payment arrangements satisfactory to the Mediator must be completed prior to the commencement of the mediation.

E.  The Mediator will preside over the mediation with full authority to determine the nature and order of the parties' presentations. The Mediator may implement additional procedures which are reasonable and practical under the circumstances.

F.  The parties will participate in the mediation, as scheduled, and presided over by the Mediator, in good faith and with a view toward reaching a consensual resolution. At least one counsel for each party and a representative of each party having full settlement authority shall attend the mediation in person; provided, however, that a Mediator, in his or her discretion, may allow a party representative to appear telephonically.

G.  The length of time necessary to effectively complete the mediation will be within the Mediator's discretion. The Mediator may also adjourn a mediation that has been commenced if the Mediator determines that an

---

[2] The Trustee will submit a list of proposed mediators and each mediator's proposed compensation structure for the Court's review no later than two (2) business days prior to the hearing on this Motion.

adjournment is in the best interests of the parties.

H.    All proceedings and writings incident to the mediation will be considered privileged and confidential and shall not be reported or admitted in evidence for any reason whatsoever. Nothing stated or exchanged during a mediation shall operate as an admission of liability, wrongdoing, or responsibility.

I.    Unless otherwise extended by order of this Court, the mediation must be concluded no later than 120 days after the date on which the defendant has filed his/her/its response to the complaint.

J.    If a party fails to (i) execute a mediation agreement, (ii) submit the required submissions as provided in these Mediation Procedures or as may be agreed to by the Mediator or ordered by the Court, and/or (iii) attend the mediation as required, then the non-defaulting party may file a motion for default judgment or a motion to dismiss the AR Adversary Proceeding.

K.    Within ten (10) days after the conclusion of the mediation, the Mediator will file a report, drafted with the caption of the AR Adversary Proceeding, which need only state (a) the date that the mediation took place, (b) the names of the parties and counsel that appeared at the mediation, and (c) whether or not the applicable AR Adversary Proceeding settled (the "**Mediator's Report**").

L.    If an AR Adversary Proceeding has not settled as indicated in the Mediator's Report, then the Trustee must file with the Court, and serve on the defendant, a notice of Pretrial Scheduling Conference to take place at a hearing with a minimum of fourteen (14) days' notice.

**3.    Settlement**

A.    The Trustee shall have the authority to settle any AR Adversary Proceeding as provided in the AR Settlement Orders.

B.    To the extent the Trustee deems appropriate, the Trustee may seek specific Court approval of the settlement of an AR Adversary Proceeding pursuant to Bankruptcy Rule 9019.

## Legal Authority

13.    The statutory predicate for the litigation/mediation relief sought herein are Bankruptcy Code §§ 105 and 704 and Bankruptcy Rules of Procedure 7016 and 9019, and Local Rule 9019-1. Section 105(a) states that a bankruptcy court "may issue any order, process, or

judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]."

11 U.S.C. § 105(a). Federal Rule of Civil Procedure 16, applicable to adversary proceedings

through Federal Rule of Bankruptcy Procedure 7016, gives the court discretion to manage the

course of actions in various ways to facilitate the "just, speedy, and inexpensive disposition of the

action." Similar relief was granted in several cases pending in this district, including but not limited

to *Order Granting Liquidating Trustee's Motion for an Order Establishing Avoidance Action

Procedures*, *In re Morris Schneider Wittstadt Va., PLLC*, Case No. 15-33370 (Bankr. E.D. Va.

Feb. 13, 2017), ECF No. 1318; *Order Approving Procedures and Permitting Trustee to Prosecute

and Compromise Avoidance Actions*; *In re James A. Moncure*, Case No. 14-31546-KLP (Bankr.

E.D. Va. Mar. 25, 2016), ECF No. 382; *Order Approving Procedures and Permitting Trustee to

Prosecute and Compromise Avoidance Claims*, *In re RoomStore*, Case No. 11-37790-KLP (Bankr.

E.D. Va. Nov. 27, 2013), ECF No. 1755; *Order Establishing Procedures for Avoidance Action

Adversary Proceedings*, *In re LandAmerica Fin. Group, Inc.*, Case No. 08-35994 (Bankr. E.D. Va.

Jan. 20, 2011), ECF No. 4213; and *Order Establishing Procedures for Avoidance Action

Adversary Proceedings*, *In re Circuit City Stores, Inc.*, Case No. 08-35653 (Bankr. E.D. Va. Nov.

4, 2010), ECF No. 8898. In addition, related relief was granted in other jurisdictions in matters

involving accounts receivable such as *Order approving Motion for Approval of Settlement

Procedures for Compromising Accounts Receivable*, *In re Sedgwick LLP*, Case No. 18-31087

(Bankr. N.D. Cal. Nov. 8, 2018), ECF No. 90; *In re Dewey & Leboeuf LLP*, Case No. 12-12321

(Bankr. S.D.N.Y Nov. 7, 2012), ECF No. 81 (implementing alternative disputes resolution

procedures concerning outstanding accounts receivable). In addition, the procedures proposed

herein are consistent with Local Rule 9019-1.

14.     The Trustee respectfully requests that the Court adopt and implement the AR Adversary Proceeding Procedures, which shall apply to AR Adversary Proceedings unless the Court orders otherwise.

15.     Given the volume of anticipated AR Adversary Proceedings, the Trustee believes a general order governing pretrial conferences, discovery, and motions practice is prudent. Absent such an order, the Court's docket will be unnecessarily burdened with pretrial conferences and additional time will be required to review and approve individual case scheduling orders. Further, the relief requested herein will aid the Trustee's efforts to reduce expenses and maximize value for the benefit of creditors and other parties in interest by reducing the paperwork requirements and the number of hearings, as well as prompting resolution without the time and expense of formal discovery and litigation to trial through a mediation program. The procedures will also reduce the burden on the Clerk's office and the Court's docket while protecting the interests of all defendants.

16.     The settlement procedures described herein satisfy due process requirements and are consistent with the AR Settlement Orders. Settlements may be approved without an actual hearing if no party in interest timely requests an actual hearing. 11 U.S.C. § 102(1)(B)(i). Due process is satisfied if parties are given "an opportunity to present their objections." *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950) (citations omitted). The Trustee is providing notice simultaneously with the filing of this Motion upon all known, potential defendants in the AR Actions.

17.     Bankruptcy Rule 9019(b) provides as follows:

(b) Authority to Compromise of Settle Controversies Within Classes. After a hearing on such notice as the court may direct, the court may fix a class or classes of controversies and authorize the trustee to compromise or settle controversies within such class or classes without further hearing or notice.

Fed. R. Bankr. P. 9019(b).

18.    The purpose of this rule is to provide a simplified procedure when numerous settlements are involved. In such a situation, "forcing the trustee to file a new motion each time a settlement is reached would be onerous, expensive, and burdensome." 10 Collier on Bankruptcy ¶ 9019.03, at 9019-5 (16th Ed.). Similar relief was granted in the cases of: *Order Granting Liquidating Trustee's Motion for an Order Establishing Avoidance Action Procedures*, *In re Morris Schneider Wittstadt Va., PLLC*, Case No. 15-33370 (Bankr. E.D. Va. Feb. 13, 2017), ECF No. 1318; *Order Approving Procedures and Permitting Trustee to Prosecute and Compromise Avoidance Actions*; *In re James A. Moncure*, Case No. 14-31546-KLP (Bankr. E.D. Va. Mar. 25, 2016), ECF No. 382; *Order Approving Procedures and Permitting Trustee to Prosecute and Compromise Avoidance Claims*, *In re RoomStore*, Case No. 11-37790-KLP (Bankr. E.D. Va. Nov. 27, 2013), ECF No. 1755; *Order Establishing Procedures for Avoidance Action Adversary Proceedings*, *In re LandAmerica Fin. Group, Inc.*, Case No. 08-35994 (Bankr. E.D. Va. Jan. 20, 2011), ECF No. 4213; and *Order Establishing Procedures for Avoidance Action Adversary Proceedings*, *In re Circuit City Stores, Inc.*, Case No. 08-35653 (Bankr. E.D. Va. Nov. 4, 2010), ECF No. 8898; *Order Granting Motion to Approve*, *In re Va. Pac. Forrest Corp.*, Case No. 03-32842 (Bankr. E.D. Va. Oct. 29, 2004), ECF No. 70 (Tice, J.); and *Order Granting Motion for Trustee to Establish Procedures for Prosecution and Resolution of Preference Claims*, *In re Open Plan Sys.*, Case No 02-64657 (Bankr. E.D. Va. July 15, 2003), ECF No. 197 (Tice, J.). The recommended procedures will not be set in stone in that individual deviations from the procedures will be permitted for good cause shown and where circumstances warrant.

## NOTICE

19.    Notice of this Motion has been provided by U.S. Mail, postage prepaid, email, or by ECF notice to (a) the Office of the United States Trustee; (b) parties who the Trustee has made formal demand for payment and other potential defendants whose address is currently known to the Trustee; (c) the Core Parties and 2002 List as defined in the *Order Establishing Certain Notice, Case Management, and Administrative Procedures*, ECF No. 38; and (d) all parties that properly filed a request for notice of papers in this case pursuant to Bankruptcy Rule 2002. The Trustee submits that no other or further notice need be given.

## NO PRIOR RELIEF

20.    No prior request for the relief sought herein has been made to this Court or any other court.

**WHEREFORE**, the Trustee respectfully requests the Court enter an Order substantially in the form attached hereto as Exhibit B (i) authorizing the Trustee, on behalf of the Estate, to pursue AR Actions in accordance with procedures outlined herein, (ii) authorizing the Trustee, on behalf of the Estate, to continue to resolve the AR Actions in accordance prior orders of this Court, and (iii) granting such other and further relief as the Court may deem proper.

Respectfully submitted,

LYNN L. TAVENNER, CHAPTER 7 TRUSTEE

Dated: February 11, 2020      By: */s/ Paula S. Beran*
Richmond, Virginia            Paula S. Beran, Esquire (VSB No. 34679)
                              PBeran@TB-LawFirm.com
                              David N. Tabakin, Esquire (VSB No. 82709)
                              DTabakin@TB-LawFirm.com
                              Tavenner & Beran, PLC
                              20 North 8th Street
                              Richmond, Virginia 23219
                              Telephone: (804) 783-8300
                              Telecopier: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February 2020, a true and correct copy of the foregoing *Trustee's Motion for an Order Establishing Procedures Regarding the Collection of Accounts Receivable and Memorandum in Support Thereof* was served, via electronic delivery and/or first class mail, postage prepaid to: (a) the Office of the United States Trustee; (b) parties who the Trustee has made formal demand for payment and other potential defendants whose address is currently known to the Trustee; (c) the Core Parties and 2002 List as defined in the *Order Establishing Certain Notice, Case Management, and Administrative Procedures*, ECF No. 38; and (d) all parties that properly filed a request for notice of papers in this case pursuant to Bankruptcy Rule 2002.

*/s/ Paula S. Beran*
Paula S. Beran, Esquire (Va. Bar No. 34679)

# SCHEDULE A

1623 Brewing Company, LLC
3004 Fallston Road
Fallston, MD 21047

1623 Brewing Company, LLC
c/o Craig A. Enck, Esq., r/a
25 S. Charles Street, 21st Floor
Baltimore, MD 21221

8th Hill, LLC
c/o Kevin Isaacs, r/a
111 Pepper Avenue
Richmond, VA 23226

AAR CORP.
c/o John M. Holmes, President
1100 N. Wood Dale Road
Wood Dale, IL 60191

ABC Mint Foundation
Attention: Jintai Ding, Vice Chairman
Grabenstrasse 25
Baar  6340

Aiello Realty Holding, LLC
c/o Nikole Aiello, President
173 Ray Street
Garfield, NJ 07026

Air International Thermal Systems
c/o Tim Hopman, Dir. Fin.
750 Standar Parkway
Auburn Hills, MI 48326

Alliance Tire Americas, Inc.
c/o Dhaval Nanavati, President
201 Edgewater Drive, Suite 285
Wakefield, MA 01880

Allied World National Assurance Company
1690 Britain Avenue
Farmington, CT 06032

Allied World National Assurance Company
c/o Corporation Service Company, r/a
50 Weston Street
Hartford, CT 06120

Alpha Apps, Inc.
Attn: Fouad Jeryes, President
Building #23 - King Hussein Business Park
Amman, Jordan 11181

American Contractors Insurance Group
2600 N. Central Expressway, Suite 800
Richardson, TX 75080-2064

American Contractors Insurance Group
c/o Richard B. Porter, r/a
12222 Merit Drive, # 1660
Dallas, TX 75251

A-Quick Pick Crane and Rigging Service, Inc.
Attn: Chris Schrade, r/a
205 Water Street
Derby, CT 06418

Aramark
c/o Sedgwick Claims Management Services, Inc.
PO Box 14151
Lexington, KY 40512

Aramark
c/o Sedgwick Claims Management Services, Inc.
Attn: David A. North, CEO
Memphis, TN 38125

Arvon Staffing
c/o Miguel Poblete, r/a
5544 Greenwich Rd, Suite 102
Virginia Beach, VA 23462

Ascendance, LLC
c/o United States Corporation Agents, Inc. r/a
300 Delaware Avenue, Ste 210-A
Wilmington, DE 19801

Ascendance, LLC
ATTN:  Harrison Frye
43 Hillcrest Street
Dunstable, MA 01827

Aspen Insurance Company
c/o Aspen Incurance Holdings Limited
Attn: Christopher O'Kane, CEO
Hamilton, Bermuda HM 19

Aspen Insurance Company
Attn: Jon S. Polevoy, Senior Claims Examiner
590 Madison Ave, 6th Floor
New York, NY 10022

Associated Physicians
Anne Scher
VCU Health System, Dep't of Prof'l Liab.
Richmond, VA 23298-0521

Axis Financial Insurance Solutions
Tracy C. Forsyth, Esq., AVP-SC
Three Connell Drive
Berkeley Heights, NJ 07922-0357

AXIS PRO / Axis Insurance
AXIS PRO
300 Connell Drive, Suite 8000
Berkeley Heights, NJ 07922

B&B Protector Plans, Inc.
Chris, L. Walker, President
655 N. Franklin Street, Suite 1900
Tampa , FL 33602

B. P. Short & Son Paving Co., Inc.
Attn: Jane Short, r/a
1006 E Bank Street
Petersburg, VA 23803

Bau Madrera S.A.
Roberto Felipe Moser Rossel, GM
Camino Santa Teresa S/N Parcela 13 Galpon 3
Santiago, Chile

BCMG, LLC
53 Palmeras Street, Suite 901
San Juan, PR 00901

BCMG, LLC
c/o Thomas Ryan McOsker, r/a
1052 Ashford Avenue, Apt. 8C
San Juan, PR 00907

Bereskin and Parr LLP
600, boul. De Maisanneuve Ouest
Bureau 2800
Quebec, H3A 3J2 Canada

Bereskin and Parr LLP
c/o Stephen Beney, Managing Partern
6750 Century Avenue, Suite 101
Ontario, L5N 2V8 Canada

Bessemer Trust Company, NA
c/o Stuar S. Janney, III, Chairman
630 Fifth Avenue, 39th Floor
New York, NY 10111

BitVault, Inc. d/b/a Gem
120 Mildred Avenue
Venice, CA 90291

BitVault, Inc. d/b/a Gem
c/o Micah Winkelspecht, CEO
340 S Lemon Ave # 9911
Walnut, CA 91789

Bluebell Business Limited
Greystone Trust Company, r/a
18 Athol Street
Isle of Man, IM1 1JA BVI

Bluebell Business Limited
c/o Christopher J. Lyon, Esq.
201 International Circle, Suite 250
Hunt Valley, MD 21030

Blueswipe LLC
Attn: Tim Ryan, r/a
1501 Roseneath Rd
Richmond, VA 23230

BOBST GROUP SA
Bobst North America Inc
Attn: Murry Pitts, CEO
Roseland, NJ 07068

Bode Cellmark Forensics
c/o Michael L. Cariola, r/a
10430 Furnace Road, Suite 107
Lorton, VA 22079

Bridgeport Hospital
c/o Marna P. Borgstrom, CEO
267 Grant Street
Bridgeport, CT 06610

Broadspire
Attn: Lyle Romine
10801 Mastin Blvd.
Overland Park, KS 66210

Broadspire, a Crawford & Company
c/o Harsha V. Agadi, President & CEO
5335 Triangle Parkway
Peachtree Corners, GA 30092

Brock & Scott, PLLC
ATTN: Cecily Perry, Esq.
4550 Country Club Road
Winston-Salem, NC 27104

Brown Mechanical Contractors, Inc.
c/o L. F. Pierce, Jr. r/a
3212 Sixth Avenue South
Birmingham, AL 35222

Brown Mechanical Contractors, Inc.
P. O. Box 488
Birmingham, AL 35201

Brunswick Corporation
c/o David Foulkes, President, CEO, Director
26125 N. Riverwoods Blvd., #500
Mettawa, IL 60045

BUSHL Inc.
c/o Joshua Bareket, President
151 S. 2nd St, Apt 4
Brooklyn, NY 11211

By Humankind, Inc.
200 West 26th St, #14B
New York, NY 10001

By Humankind, Inc.
c/o Moisan Legal, P.C., r/a
261 West 35th Street, # 1002
New York, NY 01001

Calibogue Capital, LLC
53 Forest Avenue, Suite 103
Old Greenwich, CT 06870

Calibogue Capital, LLC
c/o Thomas L. Harper, Jr., r/a
979 Scotland Drive
Mt. Pleasant, SC 29464

CareCo Continuum of Care Inc.
c/o Helga Pfanner, r/a
396 Willetts Avenue
Waterford, CT 06385

Carilion Clinic
Attn: Ellen Kormann, Claims Specialist
213 S. Jefferson Street, Suite 1600
Roanoke, VA 24011

Carleton Technologies, Inc.
General Counsel, Bruce Almquist
10 Center Drive
Orchard Park, NY 14127

Carney Direct Marketing
c/o Peter Carney, Owner
15510 Rockfield Blvd., Ste. A
Irvine, CA 92618

Cemtrex Inc.
30-30 47th Ave, Suite 540
Long Island City, NY 11101

Cemtrex Inc.
c/o Saagar Govil, CEO
19 Engineers Lane
Farmingdale, NY 11735

Central Bank of Nigeria
c/o Brown Gavalas & Fromm
Attn: David Fromm, Esq. r/a
New York, NY 10017

CenturyLink
Attn. Mr. Jean W. Stockman, Esquire
14111 Capital Boulevard
Wake Forest, NC 27587

Certain Underwriters at Lloyd's London
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019

Chad A. Ketchopulos d/b/a Under Pressure
Construction
33 Bennett Street
Gloucester, MA 01930

Chicago Title Insurance Company
c/o Fidelity National Title Insurance
601 Riverside Avenue
Jacksonville, FL 32204

Chicago Title Insurance Company
c/o Raymond R. Quirk, D/P/CEO
601 Riverside Avenue
Jacksonville, FL 32204

CIBC Bank USA (Canadian Imperial Bank Of
Commerce)
c/o Joe Demko, Esq, SmithAmundsen
120 South Central Avenue, Suite 700
St. Louis, MO 63105

Clearcomm Inc.
201 North Charles Street, Ste. 2101
Baltimore, MD 21201

Cloudstar360 LLC
c/o Timothy Meinhardt, r/a
9711 Washington Blvd, Suite 550
Gaithersburg, MD 20878

CoinCafe, Inc.
ATTN: John Ha, President
240 Kent Avenue
Brooklyn, NY 11249

College Assurance Partnership
c/o William H. Shewmake, Esq., r/a
901 E. Byrd Street, Suite 1550
Richmond, VA 23219

College Assurance Partnership
P.O. Box 2401
Richmond, VA 23218

Commonwealth Commercial Partners, LLC
Attn: Mark Claud, Manager
P. O. Box 71150
Richmond, VA 23255

Commonwealth Land Title Insurance Company
c/o Raymond R. Quirk, D/P/CEO
601 Riverside Avenue
Jacksonville, FL 32204

Condition Enterprises, Inc.
c/o The Company Corporation, r/a
251 Little Falls Dr
Wilmington, DE 19808

Convicts, Inc.
14 Dunham Place
Brooklyn, NY 11249

Convicts, Inc.
c/o United States Corporation Agents, Inc.
7014 13th Avenue, Suite 202
Brooklyn, NY 11228

County of Hudson, New Jersey
Attn: Donato Battista, Esq.
Office of The County Counsel, Dep't of Law
Jersey City, NJ 07306

Crystal Transport Inc.
Attn: Linda Carroll, President
P.O. BOX 183
Reedville, MA 02137

Culprit Underwear LLC
c/o Dylan Trussell, r/a
2020 Wattles Drive
Los Angeles, CA 90046

Curtler and Lopez Partnership
c/o Doug Curtler, r/a
2300 West Main Street, Suite S
Richmond, VA 23220

Daimler Trucks North America LLC
Litigation Department/ HQ637B - LGL
Attention:  Daniel W. Howard
Portland, OR 97219

Danielson Senior Holdings LLC
Attn: Naomi Weinberger, Manager
13 Freedom Drive
Lakewood, NJ 08701

Darien Rowayton Bank
Attn: Albert L. Knotts, CEO
1001 Post Road
Darien, CT 06820-4506

Davis Place a/k/a Danielson Senior Holdings, Inc.
c/o Naomi Weinberger, Manager
111 Westcott Road
Danielson, CT 06239

Dehns
c/o Elizabeth Jones, Esq., Managing Partner
St. Bride's House
London, EC4Y 8JD United Kingdom

Dicksons Environmental Services, Inc.
c/o Phillip Dickson, Owner
5226 Bonny Hill Road
Bath, NY 14810

Dikran A.S. Dingilian Revocable Intervivos Trust
c/o Peggy L. Dingilian, Trustee
160 West 225th Street
New York, NY 10463

Dong Won Patent & Law Firm
c/o Tae Ryoun Chung, Esq., Managing Partner
Banpo-daero 14-gil
Seoul, 137-876 Republic of Korea

Donut Grease Partners, LLC
2614 West Cary Street
Richmond, VA 23220

Donut Grease Partners, LLC
c/o Robert F. Pannell, P.C. r/a
211 Ruthers Road, Suite 101
N. Chesterfield, VA 23235

East Penn Manufacturing Co., Inc.
c/o Christopher E. Pruitt, President
Deka Road
Lyon Station, PA 19536

eCM Global, LLC
c/o John Michael, r/a
7901 N. 16th Street, Suite 200
Phoenix, AZ 85020

eComEngine, LLC
3 Raven Rock Court
Richmond, VA 23229

eComEngine, LLC
c/o Robert R. Kaplan, Sr. Esq., r/a
Kaplan Voekler Cunningham & Frank PLC
Richmond, VA 23219

Eight Loop Social Ltd.
c/o Cat Howell, Founder
7D, 43 High Street
Auckland, NZ 01010

Ely Enterprises, Inc., a Corp. of the State of NJ
c/o William H.J. Ely, III, President
P. O. Box 44
Sparta, NJ 07871

Emory & Henry College
c/o Jake B. Schrum, r/a
P.O. Box 947
Emory, VA 24327

Engage Healthcare Communications LLC
The Lynx Group, LLC
Attn: Brian Tyburski, President
Cranbury, NJ 08512

EnPro Industries, Inc.
c/o Stephen E. Macadam, President
5605 Carnegie Blvd, Suite 500
Charlotte, NC 28209-4674

EnsembleIQ
c/o Jennifer Litterick, CEO
8550 W. Bryn Mawr Ave, Suite 200
Chicago, IL 60631

Evenflo Company, Inc.
1801 Commerce Drive
Piqua, OH 45356

Evenflo Company, Inc.
c/o CT Corporation System, r/a
4400 Easton Commons Way, Suite 125
Columbus, OH 43219

Everest National Insurance
c/o Juan C. Andrade, CEO
477 Martinsville Road
Liberty Corner, NJ 07938-0830

Fair Haven Community Health Clinic, Inc.
Attn:  Suzanne P. Lagarde, MD, CEO
374 Grand Avenue
New Haven, CT 06513

FF Franchise Systems, LLC
c/o Corporation Service Company, r/a
251 Little Falls Dr
Wilmington, DE 19808

FF Franchise Systems, LLC
245 Main St., Ste. 410
White Plains, NY 10601

Fidelity National Title Insurance Company
c/o Raymond R. Quirk, D/P/CEO
601 Riverside Avenue
Jacksonville, FL 32204

First National Bank of America
c/o Kenneth J. Foote, President
241 East Saginaw
East Lansing, MI 48826

Flagler Street Associates, LLC
Attn: Lynn Fusco, Manager
555 Long Wharf Drive, Suite 14
New Haven, CT 06511

Flexistretcher LLC
C/O Harvard Business Services, Inc., r/a
16192 Coastal Highway
Lewes, DE 19958

Flexistretcher LLC
351 E 84th Street, 13E
New York, NY 10028

FPV Freedom Coalition
c/o David W. Messina, President & CEO
PO Box 154
Malden On Hudson, NY 12453

FPV Freedom Coalition
8861 Day Ave SW
Navarre, OH 44662

Future Foundation
Block-A #112
Gujaranwala Town Part-1
Delhi, 110009 India

Future Human Ventures LLC
c/o United Corporate Services, Inc.
874 Walker Road, Suite C
Dover, DE 19904

Future Human Ventures LLC
50 East 28th St, Apt 17G
New York, NY 10016

G2 Corporation
1 Better Way
Georgetown, SC 29440

G2 Corporation
c/o Guerry E. Green, r/a
1750 Savannah Highway
Charleston, SC 29407

Gallagher Bassett Services, Inc.
c/o Richard J. McKenna, President
202 Pierce Place
Itasca, IL 60143-1203

Gallagher Bassett Services, Inc.
Sally Mixell, Senior Claims Representative
4 Flowers Drive
Mechanicsburg, PA 17050

GOGO BAND
c/o Jon Arthur Coble, CEO
6309 Bradford Landing Dr.
Glen Allen, VA 23059

Goldstein and Clegg, LLC
c/o Michael Goldstein, Esq., Manager
161 S. Main Street
Middleton, MA 01949

Granite Rock Company
c/o Kevin Jeffery, r/a
350 Technology Drive
Watsonville, CA 95076

Great American Custom Insurance Co.
c/o Kirk Bull, CPCU, ARe, President
725 South Figueroa Street, Suite 3400
Los Angeles, CA 90017

Green Hill Healthcare Communications, LLC
c/o The Company Corporation, r/a
251 Little Falls Dr
Wilmington, DE 19808

Green Hill Healthcare Communications, LLC
Att: Terri Torgersen
1249 South River Rd. Suite 202A
Cranbury, NJ 08512

Greyland Trading Ltd.
c/o Amanda Blaske, Esquire
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Boston, MA 02111

Grind-All, LLC
c/o William L. Stinson
3210 St. Lukes PL
Powhatan, VA 23139

Grind-All, LLC
c/o Gary D. LeClair, Esq., r/a
Williams Mullen LLP
Richmond, VA 23219

HAcrow Corporation of America
Attn: Charles L. Killeen, Chairman
181 New Road
Parsippany, NJ 07054

Hamlin & Burton Liability Management, Inc.
c/o James J. Flick, r/a
3700 South Conway Road, Suite 100
Orlando, FL 32812

Hamlin & Burton Liability Management, Inc.
16406 Appletree Court
Moseley, VA 23120

Happy Feet, LLC
c/o Marko Urosevic, r/a
42 ROBERT TREAT DRIVE, APT B
Milford, CT 06460

Harnish Patel d/b/a Golden Corral
958 Merritt Grove Lane
Cincinnati, OH 45255

HDI Global SE
c/o Torsten Leue, Chairman
Riethorst 4
Germany

HearMe, Inc.
c/o Adam Lippin, CEO
28 Valley Road, Suite 1
Montclair, NJ 07042

Henkels & McCoy
c/o John B. Henkels, Jr., Owner
985 Jolly Rd.
Blue Bell, PA 19422

Hermes Ltd
ATTN:  Nikolas Spanos, r/a
157 Prince Street
New York, NY 10012-3137

Hermes, Ltd.
c/o Nicolas Spanos, r/a
191 University Drive, Suite 353
Denver, CO 80206

HighJump Canada Inc.
c/o Chad Collins, CEO
125 Commerce Valley Drive West, Suite 700
Ontario, L3T 7W4 CANADA

Highline Wellness Inc.
303 10th Ave, Apt 12A
New York, NY 10001

Highline Wellness Inc.
c/o Moisan Legal, P.C., r/a
261 West 35th Street, # 1002
New York, NY 01001

Hilda Demirjian Franchising LLC
Attn: Hilda Demirjian, President
34 South Broadway, Suite 607
White Plains, NY 10605

Hillwood Development Group, LP
c/o Stephen D. Parker, r/a
3000 Turtle Creek Boulevard
Dallas, TX 75219

HoneyFlower Foods Inc.
c/o Nicolas Bash, r/a
4938 Hampden Lane
Bethesda, MD 20814

House of Little People, Inc.
c/o Kevin C. Robinson, CEO
129 East 90th Street
New York, NY 10128

Hudson Insurance Group
c/o Christopher L. Gallagher, CEO
100 William Street, 5th Floor
New York, NY 10038

Hudson's Bay Company
Broadspire
P.O. Box 14343
Lexington, KY 40512-4343

Hudson's Bay Company
c/o Helena Foulkes, CEO
8925 Torbram Road
Brampton, ON L6T 4G1

HundoP VC LLC
229 Elizabeth St, Apt 6
New York, NY 10012

HundoP VC LLC
c/o Moisan Legal, P.C., r/a
261 West 35th Street, # 1002
New York, NY 01001

Hunter E. Craig Co.
c/o Mr. Hunter E. Craig, President
P.O. Box 5509
Charlottesville, VA 22905

Illumination Services, LLC

Illumination Services, LLC
c

INESA International Corp.
11740 Wilshire Boulevard, Suite 1702
Los Angeles, CA 90025

INESA International Corp.
c/o Jessie Cheng, r/a
7433 Torance Bl, # 368
Torrance, CA 90503

InterviewJet LLC
307 West 38th St, Suite 1303
New York, NY 10018

InterviewJet LLC
c/o Incorp Services, Inc.
One Commerce Plaza
Albany, NY 12210-2882

Jack Lilly LLC
c/o Andrew Ferenci, r/a
1725 Abbot Kinney Blvd
Venice, CA 90291

Jerr Shoes, Inc. D/B/A Harry's Shoes
c/o Robert A. Goldberg, CEO
2299 Broadway
New York, NY 10024

JGRBG, LLC
306 West 48th Street, Apt 12B
New York, NY 10036

JGRBG, LLC
c/o Moisan Legal, P.C., r/a
135 Madison Avenue, 8th Floor
New York, NY 10016

JPA Partners
1638 Esmeralda Ave
Minden, NV 89423

JPA Partners
c/o David E. Abizaid, Manager
214 Franklin Street
Alexandria, VA 22314

Jubilant Clinsys, Inc.
Attn: Finance Dept.
1 Crossroads Drive, Suite 201-A
Bedminster, NJ 07921

Jubilant Clinsys, Inc.
c/o Jubilant Pharma Holdings Inc
c/o Hari S. Bhartia, Director
Yardley, PA 19067

Jubilant Hollister Stier
c/o Amit Arora, Governor
3525 North Regal Street
Spokane, WA 99207

Jubilant Industries Inc.
c/o Jubilant Life Sciences Ltd.
Attn: Mukesh Kumar Yadav
Noida, India 201301

Jubilant Pharma Holdings Inc., USA
790 Township Line Road, Suite 175
Yardley, PA 19067

Kleinfelder
c/o Louis J. Armstrong, CEO
550 West C Street, Suite 1200
San Diego, CA 92101

Komatsu Financial Limited Partnership
c/o Rod Schrader, CEO
1701 Golf Road, Suite 1-300
Rolling Meadows, IL 60008

Kuatro Technologies Corporation
Attn: Paul Kite, President
8281 Greensboro Dr, Suite 200
McLean, VA 22102

Kuatro Technologies Corporation
c/o John C. Selbach, Esq., r/a
Whiteford, Taylor & Preston, LLP
Richmond, VA 23219

Lakeshore Personal Care Home
c/o Diane Nikoletseas, r/a
18111 Stone Angel Dr
Humble, TX 77346

Lamar Dunn & Associates, Inc.
c/o Jason Brooks, r/a
110 Tyson Boulevard, Suite 200
Alcoa, TN 37701

Lamar Dunn & Associates, Inc.
Mr. Lamar Dunn
110 Tyson Boulevard, Suite 200
Alcoa, TN 37701

Left Tackle Capital
54 Thompson St, 3rd Floor
New York, NY 10012

Left Tackle Capital, llc
c/o Coroporation Trust Company, r/a
Corporation Trust Center
Wilmington, DE 19801

LERA Consulting Structural Engineers RLLP
c/o Richard Zottola, Partner
40 Wall Street, 23rd Floor
New York, NY 10005

Lojistic, LLC
c/o Luke Kupersmith, r/a
3200 Park Center Drive, Suite 500
Costa Mesa, CA 92626

Longshadow Ranch, Inc.
c/o John C. Brodersen, r/a
39847 Calle Contento
Temecula, CA 92591

Luxottica Group
Legal Department
12 Harbor Park Drive
Port Washington, NY 11050-4686

Luxottica Group SpA
c/o Francesco Milleri, CEO
Piazzale L. Cadorna
3 - 20123, Milan Italy

Lynx Group LLC
Attn.: Andrea Kelly
1249 South River Road, Suite 202A
Cranbury, NJ 08512

Lynx Group LLC
c/o Brian Tyburski, President & CEO
1249 South River Road, Suite 202A
Cranbury, NJ 08512

Marshall SNF LLC d/b/a Marshall Manor West
c/o Linda Benson, r/a
1006 S. Washington Ave.
Marshall, TX 75670

MCE5 DEVELOPMENT S.A.
c/o Jean-Francois Roche, CEO
Immeuble Le View One
69 623, Villeurbanne Cedex France

Mediation Center of Hampton Road
Attn. Dave J. McDonald, President
424 W 21st St # 101
Norfolk , VA 23517

Mitchell Richmond
C/O Mike Sharpe
Sharpe & Associates LLC
Park Ridge, IL 60068

Modvision Inc.
c/o Corporation Service Company, r/a
251 Little Falls Dr
Wilmington, DE 19808

Monsanto Company
c/o Hugh Grant, CEO
800 North Lindbergh Blvd.
St. Louis, MO 63167

Mountain Air Cargo
3524 Airport Road
Maiden, NC 28650

Mountain Air Cargo
c/o Craig Bentley, President
5930 Balsom Ridge  Road
Denver, NC 28037

National Air Cargo Inc.
c/o Corporation Service Company, r/a
1201 Hays Street
Tallahassee, FL 32301-2525

National Air Cargo Inc.
Citadell II Building
5955 T.G. Lee Boulevard, Suite 500
Orlando, FL 32822

Nationwide
Attn: Kenneth Halvorsen
P.O. Box 182068
Columbus, OH 43218-2068

Nationwide Mutual Insurance Company
c/o Stephen R. Rasmussen, CEO
One Nationwide Plaza
Columbus, OH 43215

Nespresso USA, Inc.
c/o Frederic Levy, CEO
111 W. 33rd Street 5th Floor
New York, NY 10120

New England Life Insurance Company
18210 Crane Nest Drive 3rd Floor
Tampa, FL 33647

New England Life Insurance Company
c/o Conor Murphy, Director & CEO
11225 N. Community House Road
Charlotte, NC 28277

New Haven City Plan Commission
c/o John Rose, Jr., Esq.
165 Church Street, 4th Floor
New Haven, CT 06510

New York Liquidation Bureau
Mr. Todd Gancarz, Asst. Claims Manager
PMA Companies
Syracuse, NY 13214

New York Liquidation Bureau
c/o Linda A. Lacewell, Fin. Servs. Superintendent
1 State Street
New York, NY 10004-1511

Northeast Medical Group, Inc.
c/o Prathibha Vaekey, President
99 Hawley Lane, 3rd Floor
Stratford, CT 06614

NSTO, LLC
Attn: Jennifer Whichello, C.F.O.
3301 Moore Street
Richmond, VA 23230

NSTO, LLC
c/o Dwight F. Hopewell, Esq., r/a
1021 E. Cary Street, Suite 1700
Richmond, VA 23219

NTD Univation Intellectual Property Agency LTD
c/o Wei Jian, MP, 10th Floor, Tower C, Beijing GTC
36 North Third Ring Road East
Beijing, 100013 China

OccasionGenius, LLC
Attn:  Nathaniel Marcus, r/a
601 N 23rd Street
Richmond, VA 23223

Olek Provisions, Inc.
c/o Benjamin T. Pasternak, President
1206 Copperstone Court
Maidens , VA 23102-2433

OnePitch, LLC
c/o Rebecca Bamgerger, r/a
702 Ash St., Suite #100
San Diego, CA 92101

Oregon Mutual Insurance Company
Melanie Hughes, Litigation Specialist
400 NE Baker Street
McMinnville, OR 97128

Oregon Mutual Insurance Company
c/o Brian Steffel, CEO
400 NE Baker Street
McMinnville, OR 97128

Osun Aromatics, LLC
555 West 23rd St, S6K
New York, NY 10011

Osun Aromatics, LLC
c/o Moisan Legal, P.C., r/a
261 West 35th Street, # 1002
New York, NY 01001

OTG Sports Management
Attn: President, Mr. Chris Martin
2711 Broadway Ave
Evanston, IL 60201

Paycent, Inc.
Attention:  Talip Ozturk, Founder
4701 Patrick Henry Drive No. 25
Santa Clara, CA 95054

Performance Physical Therapy of Stafford LLC
P.O. Box 1872
Stafford, VA 22555-1872

Performance Physical Therapy of Stafford LLC
c/o Mark Edward Blanton, r/a
2777 Jefferson Davis Highway, Suite 109
Stafford, VA 22554

Piper Aircraft, Inc.
c/o Kevin Keegan, r/a
2926 Piper Drive
Vero Beach, FL 32960

Pockets of Culture LLC
80 Dekalb Ave, 7f
Brooklyn, NY 11201

Pockets of Culture LLC
c/o Corporation Service Company, r/a
80 State Street
Albany, NY 12207-2543

Precise Food Ingredients, Inc.
c/o Scott E. Miller, r/a
1432 Wainwright Way, Suite 150
Carrollton, TX 75007

Prince Dessert & Tea Room, Inc.
36-39 Prince Street
Flushing, NY 11354

Prince Dessert & Tea Room, Inc.
c/o Thomas Piregoff, r/a
10 East 40th Street, Suite 3500
New York, NY 10016

Progressive Financial Services, Inc.
Attn: Joseph Hull, CFO
Tempe, AZ 85282-3183

Progressive Financial Services, Inc.
c/o Jeremy Gaffney, r/a
1919 West Fairmont Drive, Building 8
Tempe, AZ 85282

Public Storage, Inc
Joshua A. Zielinski, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Newark, NJ 07102-4079

QBE North America
c/o Todd Jones, CEO
Wall Street Plaza, 88 Pine Street
New York, NY 10005

Quanta Services, Inc.
2800 Post Oak Boulevard, Suite 2600
Houston , TX 77056-3023

Quanta Services, Inc.
c/o Corporation Service Company, r/a
211 E. 7th Street, Suite 620
Austin, TX 78701

Quantum Screening, Inc.
Attention:  John Cahoon
605 E. Huntington Dr. Ste 103
Monroria, CA 91016

Quantum Screening, Inc.
c/o Uttam K. Sinha, CEO
605 E. Huntington Drive, Suite 103
Monrovia, CA 91016

RADR Blockchain Lab
Attn: Mark Wirstiuk, President
490 Norristown Rd, Suite 151
Blue Bell, PA 19422-2350

Real Times Media
1452 Randolph Street, Suite 400
Detroit, MI 48226

Real Times Media, LLC
c/o Alex L. Parrish, r/a
2290 First National Building
Detroit, MI 48226

Regal Care of Southport
930 Mill Hill Terrace
Southport, CT 06890

Regal Care of Southport d/b/a RegalCare Mgmt.
Group, LLC
c/o Vcorp Services, LLC, r/a
67 Burnside Ave
E. Hartford, CT 06108

Regis Corporation
c/o Hugh Sawyer, CEO
7201 Metro Blvd.
Minneapolis, MN 55439

Related Hudson Yards
3501 W. 31st Street
5th Floor, Management Office
New York, NY 10001

Related Hudson Yards, LLC
c/o Coroparation Service Company, r/a
80 State Street
Albany, NY 12207

RideShark.Com - Mobility Management System
c/o Sharon E. Lewinson, Director
2031 Merivale Road
Ontario, K2G 1G7 Canada

Riverboat, LLC
c/o William Adams, President
6901 Bandy Road
Richmond, VA 23226

RJB Group of Companies LLC
c/o Randal Jean-Baptiste, Managing Partner
P.O. Box 362
New York, NY 10163

Roehl Transport, Inc.
c/o Richard Roehl, r/a
1916 East 29th Street
Marshfield, WI 54449

Ruckus Marketing, LLC
c/o Alex Friedman, President
240 West 37th St, 11th Floor
New York, NY 10018

Sabra Health Care Holdings III LLC d/b/a Saugus
Rehab & Nursing
c/o Sabra Health Care Reit, Inc., r/a
Attn: Richard K. Matros, CEO
Irvine, CA 92612

Salesforce.com, Inc.
Bialson, Bergen & Schwab
633 Menlo Avenue, Suite 100
Menlo Park, CA 94025

Salesforce.com, Inc.
c/o Marc Benioff, CEO
415 Mission Street, 3rd Floor
San Fransico, CA 94105

Saugus Rehab & Nursing
c/o Richard K. Matros, CEO
266 Lincoln Avenue
Saugus, MA 01906

SC Stevenson Consulting Inc.
c/o Colin C.J. Stevenson, President
13500 East Boundary Road
Midlothian, VA 23112

School Spirit Vending, LLC
936 Private Road 897
Stephenville, TX 76401-7176

School Spirit Vending, LLC
c/o Jason M. Medley, r/a
909 Fanin Street, Suite 2300
Houston, TX 77010

SeaWorld Parks and Entertainment
7007 Sea World Drive
Orlando, FL 32821

SeaWorld Parks and Entertainment
c/o Scott Ross, Chairman, Director
6240 Sea Harbor Drive
Orlando, FL 32821

Shoe Crazy Wine, LLC
c/o Gwen Hurt, r/a
10221 Krause Rd., Suite 2574
Chesterfield, VA 23838

Skinquarter Land, LLC
Attn:  Jim Harris
19001 Hull Street Road
Moseley, VA 23120

Skinquarter Land, LLC
c/o Corporation Service Company, r/a
100 Shockoe Slip, Floor 2
Richmond, VA 23219-4100

Skyline Steel, LLC
1715 Highway 35, Suite 309
Middletown, NJ 07748

Skyline Steel, LLC
c/o Leon J. topalian, CEO
300 Rechnology Center Way, Suite 450
Rock Hill, SC 29730

So Wise, Inc.
300 Delaware Ave, Suite 210-A
Wilmington, DE 19801

So Wise, Inc.
c/o United States Corporation Agents, Inc. r/a
300 Delaware Avenue, Ste 210-A
Wilmington, DE 19801

Spirit AeroSystems, Inc.
c/o Tom Gentile, President
3801 S. Oliver St.
Wichita, KS 67210

Starr Adjustment Services, Inc.
c/o John A. Luikert, CEO
399 Park Avenue, 9th Floor
New York, NY 10022

Studio.Institute
c/o Tom Cahill, President & CEO
410 W 59th St
New York, NY 10014

Summerwind International, LLC
c/o Monte Hall, President
755 Regent Boulevard, Suite 275
Grapevine, TX 75261

Sunoco, Inc (R&M)
3801 West Chester Pike
Newton Square, PA 19073

Sunoco, Inc (R&M)
c/o Robert W. Owens, President
1735 Market Street
Philadelphia, PA 19103-7501

Sunrise Aviation, Inc.
c/o Jeff Lefever, r/a
740 Airport Road
Ormond Beach, FL 32174

Sushi King
Mr. Sam Huang, r/a
ARIDM, Inc.
Norfolk, VA 23518

SweetSpot LLC
Attn: Ryan Ross
395 Page Mill Rd
Palo Alto, CA 94306

SweetSpot LLC
c/o John J. O'Neill, Esq, r/a
555 California Street, Suite 4350
San Fransico, CA 94104

Tablee, LLC
3200 Rockbridge St., Suite 302
Richmond, VA 23230

Tablee, LLC
c/o United States Corporation Agents, Inc.
4445 Corporation Lane, Suite 259
Virginia Beach, VA 23462-3262

TAF Industries, LLC
3102 Fallbrook Drive
Houston, TX 77038

TAF Industries, LLC
C/O Oscar A. Zabek, r/a
400 West Crosstimbers Road
Houston, TX 77018

telent Ltd.
c/o Mark A. Webberley, Director
Point 3 Haywood Road
Warwick, CV34 5AH England

Tetron, Inc.
c/o Paulette Koffron, r/a
28009 Hickory Drive
Farmington Hills, MI 48331

Texas Growers Supply
5750 N. Sam Houston Pkwy. E., Suite 703
Houston, TX 77032

Texas Growers Supply
c/o Rick Martin, Owner
15112 Lee Road, Suite 404
Humble, TX 77396

The Active Life AC, LLC
87 Dorsa Avenue, Suite 3
Livingston, NJ 07039

The Active Life AC, LLC
c/o Peter Kirschenbaum, Esq.
Pearl Cohen Zedek Latzer Baratz
New York, NY 10036

The Great Lakes Group, Inc.
c/o Gabi Bazzi, r/a
26624 Lawrence Drive
Dearborn Heights, MI 48127

Transact Capital Partners, LLC
c/o Steve Zacharias, Manager
4991 Lake Brook Drive, Suite 150
Glen Allen, VA 23060

Tremont Public Advisors, LLC
c/o Matthew J. Hennessy, r/a
750 Main Street, Suite 500
Hartford, CT 06103

TripClips, LLC
c/o Joshua Delatorre, r/a
313 Park Avenue
Royal Oak, MI 48067

Two Trees Products
c/o Peter J. Wyckoff, r/a
P.O. Box 615
Tujunga, CA 91043

UDR, Inc.
c/o  David G. Thatcher, VP
1745 Shea Center Drive, Suite 200
Highlands Ranch, CO 80129

UDR, Inc.
c/o C T Corporation System, r/a
7700 E Arapahoe Road, Ste 220
Centennial, CO 80112-1268

Unidos Financial Services, Inc.
ATTN:  Daniel Marlo, President and CEO
1460 Broadway, 10th Floor
New York, NY 10036

University of Hartford
Attn: Maria Feeley, VP & General Counsel
200 Bloomfield Avenue
West Hartford, CT 06117

Upsilon.tech
c/o Dora Lin, CEO
Jiaohai Rd, Jiaomei District
Fujian, CN 363107

Virgin Galactic
Attn: Vanessa Chandler or General Counsel
1246 Barnes Street Building 4
Mojave , CA 93501

Vita Royal Products, Inc.
c/o Linsey McLean, r/a
840 Husker Place
Rapid City, SD 57701

Volvo Group Canada, Inc.
Michel Messely, Langlouis Lawyers
Comlexe Jules-Dallaire, T3
Québec , G1V 0C1 Canada

Warehowz, LLC
Attn: Darrell Jervey, r/a
302 Hollyport Road
Henrico, VA 23229

Waterbury Hospital
c/o Natalie Cook
64 Robbins Street
Waterbury, CT 06708

Waterbury Hospital
c/o Peter Adamo, CEO
64 Robbins Street
Waterbury, CT 06708

Weiss Multi-Strategy Advisers, LLC
c/o Jeffrey D. Dillabough, General Counsel
320 Park Avenue, 20th Floor
New York, NY 10022

Westfield, LLC
c/o Jean-Marie Tritant, r/a
2049 Century Park East, 41st FL
Los Angeles, CA 90067

Whizdotai, Inc.
c/o United Corporate Services, Inc., r/a
874 Walker Road, Suite C
Dover, DE 19904

Whizdotai, Inc.
22 Harold Ave
Edison, NJ 08820

Will You Inc.
155 Newton St, 4R
Brooklyn, NY 11222

Will You Inc.
c/o Matthew Moisan, Esq., r/a
885 3rd Avenue, 16th Floor
New York, NY 10022

Winoa Canada
c/o Ramesh Krishnan, CEO
650 Rushholme Rd
Ontario, L3B 5N7 CANADA

Wood Bradley LTD
P.O.Box 5356
Midlothian, VA 23112

Wyvern Consulting, Ltd.
c/o Arthur Dawley, President
10 N. Main Street, Suite B
Yardley, PA 19067

Xiar, Inc.
13301 Blue Heron Loop
Chesterfield, VA 23838

Xiar, Inc.
c/o Saneh Sekhon, Manager
4801 Cox Road, Suite 107
Glen Allen, VA 23060

Yale New Haven Hospital
c/o Marna P. Borgstrom, CEO
20 York Street
New Haven, CT 06510

Yale-New Haven Hospital
c/o Susan M. Wright, AGC, Employment
789 Howard Avenue, CB 230
New Haven, CT 06519

Yum! Brands Inc.
Legal Management Systems, L.L.P.
300 Centerville Road, Suite 3045
Warwick, RI 02886

Zion's 33, LLC
c/o David S. Witmer, MD, President
912 East High Street
Charlottesville, VA 22902

ZIVO Bioscience, Inc.
WellMetrix, LLC
c/o Philip M. Rice, II, r/a
Keego Harbor, MI 48320

Al-Sayed, Abdullah
10 N. Main Street, Suite B
Yardley, PA 19067

Ariza, Milagros Dr.
4829 Foxhall Crescent, NW
Washington, DC 20007

Bailey, Steve
11701 Lynnbrook Dr.
Denton, TX 76207-5682

Baldwin, William F., III
401 Robbins Lane
Virginia Beach, VA 23452

Barrett, Brandon T.
1508 Sacramento Street
Vallejo, CA 94590

Bilbo, Damarius D.
1167 Wynterhall Lane
Dunwoody GA 30338

Bishop, Jason
106 Azalea Drive
Charlottesville, VA 22903

Boggs, Jonathan
606 Botetourt Gardens
Norfolk, VA 23507

Broughton, Andrew
337 K Street
Boston, MA 02127

Brown, Alexander
7 Claremont Park, No. 1
Boston, MA 02118

Burgess, Gary
2133 Burgess Rd.
Waterloo, NY 13165

Cahoon, Jeffrey Q.
7746 Hamilton Street
Williamson, NY 14589

Choe, Bobby
35 Briarcliff Road
Tenafly, NJ 07670

DeCerce, John, MD
2227 Acornshell Court
Jacksonville, FL 32223

Dunlap, Annette
4928 Farrell Court
Richmond, VA 23228

Eitel, Sherry
1520 Walnut Lane
Kingwood, TX 77339

Feuerzeig, Craig
280 Orange Road
Montclair, New Jersey 07042

Floyd, Brenda
2703 Purple Sage Trail
Midland, TX 79705

Foote, Tom
3355 Chartwell Street
San Ramon, CA 94583

Forney, Nathanial J.
11694 Timberly Court
Henrico, VA 23238

Freemond, Alan S.
315 SE 7th Avenue
Delray Beach, FL 33483

Fulcher, Jaime
5145 North Spring Dr.
Roanoke, VA 24019

Gehring, M.D., David
6422 Boulevard View
Alexandria, VA 22307

Gloria, John L.
517 Brook Avenue
Riverdale, NJ 07675

Graham, Carl Ian
360 Park Avenue South, 15th Floor
New York NY 10010

Grice, Michael and Nancy J.
540 Rodney Lane
Virginia Beach, VA 23464

Grier S. Johnson Inc.
851 Seahawk Circle, Suite 101
Virginia Beach, VA 23452-7828

Grossman, David
135 Madison Ave, 8th Floor
New York, NY 10016

Guidry, Robert W.
PERSONAL and CONFIDENTIAL
13521 College Road
Petersburg, VA 23805

Hamilton, Kat
16 Tradewind Passage
Corte Madera, CA 94925

Hamraz, Shahin
PO Box 3787
Portsmouth, Virginia 23701

Harden III, Dr. Wesley R.
20744 Duxbury Terrace
Ashburn,VA 20147

Harper, Brandon Scott
4534 Cocoplum Way
Delray Beach, FL 3445

Hauptman, Benjamin J.
2318 Mill Road, Suite 1400
Alexandria, VA 22314

Hengst, Elias
2032 P Street NW
Washington DC 20036

Hice, Kristain
5107 Dobbin Springs Lane
Kingwood, TX  77345

Hoban, John
33 Dogwood Lane
Locust Valley, NY 11560

Hooff, Anne F.
2016 Minor Road
Charlottesville, VA 22903

Sam Huang
4249 E. Little Creek Road, Suite A
Norfolk, VA 23518

Jessee, Amy Lynn
5200 Hardy Rd
Hardy, VA 24101-4714

Josephs, Margaret
1411 Broadway
New York, NY 10018

Kalamaras, John
12 Corporate Plaza
Newport Beach, CA, 92660

Kibbi, Nour and Bohsali, Omar
200 College Street, Apt. 301
New Haven, CT 06510

Lamb, Kevin and Kelsey
15 Valley Creek View
Little Rock, AR 72223

Lauren Mayo, Executor of the
Estate of Donald Goodrich Jr.
315 Queensbury Lane
Williamsburg, VA 23185

Lefft, Evan J.
4248 River Green Drive, Unit 309
Atlanta, GA 30327

Li, Kelly & Chris
c/o PCX Solutions
311 S. River Street
Hackensack, NJ 07601
kelly@pcxusa.com

Loehr, Suzanne
c/o Milicent Loehr Lynch
8626 Trevillian Road
Bon Air, VA 23235

Lopez, Aurora
145 Avenue of the Americas
Apt. 4B
New York, NY 10013

Lord, Steven
Spencer Fane LLP
Attn: Mike Seitz, Esq.
1000 Walnut, Suite 1400
Kansas City, MO 64106

Lowell, W. Scott
56 Curve Street
Wellesley, MA 02482

Manning, Arthur G. and Deirdre M.
230 Riverside Drive, Apt. 80
New York, NY 10025

Matthew Royce PE
7607 Commanders Court
Fredericksburg, VA 22407

McCormack, Patricia Neff
616 Cedar Run Road
Manakin Sabot, VA 23103

McHenry, Stephanie Ann
31549 Ember Trail Lane
Spring, TX  77386

McLaughlin, David
42485 Regal Wood Drive
Ashburn, VA  20148

Montagnino, James V.
186 Main Street
Gloucester, MA 01930

Nandi, Dr. Dipak
15 Cornell Dr
East Brunswick, NJ 08816

Norris, Susan Michelle
P.O. Box 82991
Oklahoma City, OK 73148

Northcutt, Jerry
P.O. Box 592
Keswick, VA 22947

Ozgun, Arman
c/o Abaka, Inc.
540 Texas Street
San Francisco, CA 94107

Patricia Driscoll
14200 Park Meadow Drive, 100N
Chantilly, VA 20151

Plagos, Niko
100 West 57th Street, #9E
New York, NY 10019

Prior, Cassandra
113 Falcon Ridge
Clifton Forge, VA  24422

Qiu, Frank
733 Byrd Court Lane
Richmond VA 23220

Ran, Bing
939 Seneca Road
Great Falls, VA 22066

Rauda, Rafael
2403 Rolling Glen Drive
Spring, TX 77373

Riley, Matthew
Blueprint Test Preparation
110 S. Fairfax Ave., Suite 250
Los Angeles, CA 90036

Sahi, Samiullah ("Sami") Khan
24465 Donmarr Place
Aldie, VA 20105

Salomonsky, H. Louis
SWA Construction, Inc.
1553 East Main Street
Richmond, VA  23219

Schoenau, Jason
26309 Hey 16a
Acheson, Ab. T7X 5A6
CANADA

Semma, Christopher
1523 Chapin Avenue
Birmingham, MI 48009

Straub, Curtis
7006 Bandy Road
Richmond, Virginia  23229

Stroud, Maria
42211 Garfield Rd
Clinton Township MI 48038-1648

Sutera, Elizabeth
549 E. 4th Street
South Boston, MA 02127

Tajwar, Tawsif
8317 Ford Ave
Warren, MI 48089

Tolentino, Jhett
8810 34th Avenue, #2H
Jackson Heights, NY 11372
JhettDtolentino@gmail.com

Toliver, Michael
7603 Claiborne Farm Place
Laurel, MD 20707

Upchurch, Michael
2231 W. Grace Street
Richmond, VA 23220

Vazquez, Paul
PO Box 664
Hardy, VA 24101

Weingarten, Dale (JD SPORTS,LLC, Brown &
Green Fort Ann LLC)
New Jersey Home Field Advantage
50 Spring Street
Ramsay, New Jersey 07446

Wilson, Jeff
230 Franklin St, Apt F118
Brooklyn, NY 11222

Winter, Audrey
448 Carriage Rd
Satellite Beach, FL 32937

Arbella Mutual Insurance Company
c/o Chris Hall, CFO
1100 Crown Colony Drive
Quincy, MA 02269
Chris.hall@arbella.com

Juan Carlos Fontanez-Nieves
Melendez Torres Law
MCS Plaza, Suite 1200
255 Ponce de Leon Ave.
San Juan, PR 00917
jfontanez@melendeztorreslaw.com

Mr. Donald Hanson
Pendleton Harrisburg SPE LLC
c/o NAI Hanson Management LLC
235 Moore Street
Hackensack, NJ 076
dhanson@ricnet.com

Alan Atchley
12130 Hempstead Hwy
Houston, TX 77092
gulfman2@aol.com

Ernesto DiGregorio-Godoy
c/o Ecolift Corporation
PO Box 9477
San Juan, PR 00908
ISLA GRANDE Airport (SIG/TJIG)
esdigre@ecolift.com

Need Supply Corporation
Attn: Chris Bossola
3301 West Moore St
Richmond, VA 23230
chris@nsto.com

BB&T Building LLC
Attn: Tom Wilkinson
205 N 19th St., Apt LL2
Richmond, VA 23223-7482
tawilkinson3@gmail.com

Great Lakes Aviation
Attn: Doug Voss
1022 Airport Parkway
Cheyenne, WY 82001
dvoss@flygreatlakes.com

Nexus Flight Operations Services and Nexus USA
Attn: Fuad A. Syed
6989 Abi Alabbas Alqadsi, Albasatin, Unit 6
Jeddah 23719 - 4232
Kingdom of Saudi Arabia.
fsyed@nexus.aero

Burnt Ends LLC
Attn: Joshua Fine or Roderick Flint
8039 Hemet Place
Los Angeles, CA 90046
joshua@jmfinelaw.com
ranimus1@gmail.com

HANGAR 6
Russell L. Lindeman, President
732 CR 312
D'Hanis, TX 78850
Rusty@rustysflyingservice.com

Anthony J. Piedimonte
A.J. Piedimonte Agricultural Development, LLC
16490 Telegraph Road
Holey, NY 14470-9346
AJPmagc@hotmail.com
PiedimonteFarm@hotmail.com

George Pitsilides
Captain George's of South Carolina, L.P.
1956 Laskin Road
Virginia Beach, VA 23454
georgepitsilides@gmail.com

Yumi Kimura, Director
Hippotech USA, Inc.
2461 W. 205th Street, Suite B205
Torrance, CA 90501
YumiKimura53@gmail.com;
Yumi@hippotechusa.com

Mario Rinaldi and MR Consultants LLC
131 West 80th Street
New York, NY 10024

Cardiac Health Management Network P.C.
Attn: Dr. Phillip Duncan
1720 East Hundred Road Ste 101
Chester, VA 23836
pbduncan54@gmail.com and
pduncan@cardiachmn.com

HMR Funding, Inc.
c/o Mark G. Guedri
9211 Arboretum Parkway, Suite 500
Richmond, VA 23236
mguedri@hmrfunding.com

Jared R. Wright
RSUI Group, Inc.
945 East Paces Ferry Road, Suite 1800
Atlanta, GA 30326-1125
jwright@rsui.com

CIG Town Point Center, LLC
Attention: Hugh D. Cohen
150 Boush Street, Ste 505
Norfolk, VA 23510
hugh@coheninvestmentgrp.com

Mr. Rajiv Gosain
Iron Oak LLC
2227 US Highway 1 #147
North Brunswick, NJ 08902
rajiv.gosain1962@gmail.com
rajiv.backupmail@gmail.com

Tanya Henderson, SVP & Deputy GC
Rushmore Loan Management Services LLC
1755 Wittington Place, Suite 400
Farmers Branch, TX 75234-1928
THenderson@Rushmorelm.com

Fajon Machining LLC
Attn: Gerry Booden
2305 E Jefferson St,
Phoenix, AZ 85034
jbooden@fajon.us

Light Field Lab, Inc.
c/o John Dohm, COO
699 E. Brokaw Road
San Jose, CA 95112
Johndohm@lightfieldlab.com

Melody Shan, aka: Shan Melody Xiaoyun
Wenyi West Road
No. 998, Building 5, Room 40
Hongzhou, China 310000
Xiaoyun.Shan@gmail.com

Pamela Gillen
4201 Wilson Boulevard
3rd Floor
Arlington, VA 22203
pgillen@esoarc.com

Loci, Inc.
c/o Mr. John Wise, CEO
1 Blue Slip Apt 17H
Brooklyn, NY 11222
John@loci.io

Amel Shelton
6751 Donahoe Drive
Glen Allen, VA 23059
Amel.Shaban@protonmail.com

John and Cynthia Girolametti
1 Rock Road
Ridgefield, CT 06877
jcgmetti@snet.net

David Lavender, Chief Operating Officer
Meridian Waste Acquisitions, LLC
1010 Village Park Lane, Suite 103
Greensboro, GA 30642-5174
DLavender@MeridianWaste.com

Mr. William F. Solfisburg
124 Mount Blue Street
Norwell, MA 02061
william@solfisburg.com

Donald Hanson
Roebling Investment Co.
235 Moore Street, Suite 2
Hackensack, NJ 07601-7417
dhanson@ricnet.com

Totokaelo LLC
Attn: Chris Bossola
3301 West Moore St
Richmond, VA 23230
chris@nsto.com

Ventana Medical Systems, Inc.
c/o Virginia Macsuibhne, General Counsel
1910 E. Innovation Park Drive
Tuscon, AZ 85755

Matrix One Riverfront Plaza LLC
CN 4000 Forsgate Drive
Cranbury, NJ 08512
farias@matrixcompanies.com

Page White Farrer Limited
Bedford House, 21 John Street
Holborn, London WC1N 2BF
United Kingdom
david.roberts@pagewhite.com

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219-1885
Robert.B.Van.Arsdale@usdoj.gov

Super-Server, LLC
707 East Main Street, Suite 1425
Richmond, Virginia 23219
cjohnson@proxios.com
kcrowley@clrbfirm.com

Thomson West-6292
P.O. Box 629
Carol Stream, IL 60197-6292

Tyler P. Brown
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219
tpbrown@huntonak.com

GLC Business Services, Inc.
28 Prince Street
Rochester, NY 14607
mhayes@glcbs.com

Post Oak Realty Investment Partners, LP
13355 Noel Road, 22nd Floor
Dallas, TX 75240

Jason William Harbour
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219
jharbour@huntonAK.com

Thomson Reuters Master Data Center
P.O. Box 673451
Detroit, MI 48267-3451

Poe & Cronk Real Estate Group, Inc.
10 S Jefferson Street, Suite 1200
Roanoke, VA 24011
slawrence@poecronk.com

Henry Pollard Long, III
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219
hlong@huntonAK.com

Carlyle Overlook JV, LLC
711 High Street
Des Moines, IA 50392
erin.albert@cushwake.com

BPP Lower Office REIT Inc.
BPP Connecticut Ave LLC –
BLDG ID: 26870
P.O. Box 209259
Austin, TX 78720-9259
christopher.lyons@transwestern.com

Jennifer Ellen Wuebker
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219
jwuebker@huntonak.com

BCal, LLC c/o Beacon Capital Partners
200 State Street, 5th Floor
Boston, MA 02109
accountantmontgomery@avisonyoung.com

EYP Realty LLC
P.O. Box 844801
Los Angeles, CA 90084-4801
james.ishibashi@brookfield.com

Douglas M. Foley
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
dfoley@mcguirewoods.com

Parmenter Realty Fund III, Inc.
701 Brickell Avenue, Suite 2020
Miami, FL 33131
nreser@parmco.com

New Boston Long Wharf, LLC
c/o The Corporation Trust Company, r/a
1209 Orange Street
Wilmington, DE 19801

Sarah B. Boehm
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
sboehm@mcguirewoods.com

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834
eric.pike@lw.com

Iron Mountain Records Management
448 Broadway
Ulster Park, NY 12487
noe.lebeau@ironmountain.com
Bankruptcy2@ironmountain.com

Shawn R. Fox
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
sfox@mcguirewoods.com

60 State TRS (DE) LLC
320 Park Avenue, Floor 17
New York, NY 10022
ahillman@oxfordproperties.com

NetRight Intermediate LLC
iManage LLC
540 W. Madison Street, Suite 2400
Chicago, IL 60661
agreen@clarkhill.com

ULX Partners, LLC
100 Broadway, 22nd Floor
New York, New York 1005
Nicholas Hinton
Daniel E. Reed
Nicholas.hinton@Unitedlex.com
Dan.reed@unitedlex.com

ConvergeOne, Inc.
3344 Highway 149
Eagan, MN 55121
esalley@convergeone.com

Integreon Managed Solutions (ND) Inc.
3247 47th Street South
Fargo, ND 58104
murray.joslin@integreon.com

Karen M. Crowley, Esq.
Crowley Liberatore P.C.
150 Boush Street, Suite 300
Norfolk, VA 23510
kcrowley@clrbfirm.com

Michael G. Gallerizzo, Esquire
Michael D. Nord, Esquire
GEBHARDT & SMITH LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
mgall@gebsmith.com
mnord@gebsmith.com

Parma Richmond, LLC
c/o Kevin J. Funk
Durrette Arkema Gerson & Gill PC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
kfunk@dagglaw.com

David R. Ruby, Esquire
William D. Prince IV, Esquire
ThompsonMcMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
druby@t-mlaw.com
wprince@t-mlaw.com

Amy Simon Klug
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
amy.simon@hklaw.com

Joseph Corrigan
Iron Mountain Information Mgmt, LLC
One Federal Street
Boston, MA 02110
Bankruptcy2@ironmountain.com

JM Partners, LLC
Attn: John Marshall
6800 Paragon Place, Suite 202
Richmond, VA 23230-1656
JMarshall@JMPartnersLLC.com

SAUL EWING ARNSTEIN & LEHR LLP
Maria Ellena Chavez-Ruark, Esquire
500 East Pratt Street, 9th Floor
Baltimore, MD 21202
maria.ruark@saul.com

SAUL EWING ARNSTEIN & LEHR LLP
Robert C. Gill, Esquire
1919 Pennsylvania Avenue, N.W., Suite 550
Washington, D.C. 20006-3434
robert.gill@saul.com

Peter D. Bilowz, Esq.
Douglas B. Rosner, Esq.
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110-3333
pbilowz@goulstonstorrs.com
drosner@goulstonstorrs.com

David G. Barger
Thomas J. McKee, Jr.
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
bargerd@gtlaw.com

Mary Joanne Dowd, Esq.
Jackson D. Toof, Esq.
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006
mary.dowd@arentfox.com
jackson.toof@arentfox.com

Robert H. Chappell III, Esquire
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
rchappell@spottsfain.com

Jennifer J. West, Esquire
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
jwest@spottsfain.com

Neil E. McCullagh, Esquire
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
nmccullagh@spottsfain.com

Karl A. Moses, Jr., Esquire
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
kmoses@spottsfain.com

Michael G. Wilson, Esq.
MICHAEL WILSON PLC
PO Box 6330
Glen Allen, VA 23058
mike@mgwilsonlaw.com

Cynthia L. Hegarty
MORRISON SUND, PLLC
5125 County Road 101, Suite 200
Minnetonka, MN 55345
chegarty@morrisonsund.com

Shawn C. Whittaker, Esq.
Whittaker|Myers, PC
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Shawn@whittakermyers.com

Nicola G. Suglia, Esquire
Fleischer, Fleischer & Suglia, P.C.
Four Greentree Centre
601 Route 73 N., Suite 305
Marlton, NJ 08053
consult@fleischerlaw.com

Joshua D. Stiff, Esquire
Grayson T. Orsini, Esquire
WOLCOTT RIVERS GATES
200 Bendix Road, Suite 300
Virginia Beach, Virginia 23452
jstiff@wolriv.com
gorsini@wolriv.com

Alexander R. Green, Esquire
CLARK HILL, PLC
1001 Pennsylvania Ave NW, STE 1300 S
Washington, D.C. 20004
agreen@clarkhill.com

Bank Direct Capital Finance
c/o Kevin J. Funk
Durrette Arkema Gerson & Gill PC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
kfunk@dagglaw.com

Amy Wiekel
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121
Ra-li-ucts-bankrupt@state.pa.us

Linda Georgiadis
c/o Ronald A. Page, Jr.
Ronald Page, PLC
P.O. Box 73524
N. Chesterfield, VA 23235
rpage@rpagelaw.com

Harris County
c/o John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
Po Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

Exhibit B

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:<br><br>    LeClairRyan PLLC,[1]<br><br>    Debtor | Case No.<br>19-34574-KRH<br><br>Chapter<br>7 |

**ORDER APPROVING PROCEDURES AND PERMITTING TRUSTEE
TO PROSECUTE AND COMPROMISE AR ACTIONS**

This matter coming before the Court on the Trustee's *Motion for an Order Establishing Procedures Regarding the Collection of Accounts Receivable and Memorandum in Support Thereof* (the "**Motion**")[2] filed by Lynn L. Tavenner, trustee, not individually but solely in her capacity as the chapter 7 trustee (in such capacity, the "**Chapter 7 Trustee**") of the bankruptcy estate (the "**Estate**") of LeClairRyan PLLC, the above-captioned debtor; the Court having reviewed the Motion and having heard the statements of counsel in support of the relief requested in the Motion at a hearing before the Court (the "**Hearing**"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and (d) notice of the Motion (and service of the proposed order) was

---

[1] The principal address of the Debtor as of the Petition Date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

Paula S. Beran, Esquire (Va. Bar No. 34679)
David N. Tabakin, Esquire (Va. Bar No. 82709)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

sufficient under the circumstances; and the Court having determined that the legal and factual

bases set forth in the Motion and at the Hearing establish just cause for the relief herein granted;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      The Trustee is authorized to pursue and settle the AR Actions as set forth in the

Motion.

3.      The AR Adversary Proceeding Procedures are hereby approved and incorporated

herein.

4.      No term of the Motion or this Order shall prohibit the Trustee from seeking specific

Court approval that the procedures shall not apply to any individual defendant.

5.      No term of the Motion or this Order shall prohibit the Trustee from seeking specific

Court approval, pursuant to Bankruptcy Rule 9019, of the settlement of any AR Action.

6.   Upon entry, the Clerk shall serve a copy (by electronic delivery) of this Order on Paula

S. Beran.

ENTERED:                                    _____
                                            UNITED STATES BANKRUPTCY JUDGE

I ask for this:

/s/_____
Paula S. Beran, Esquire (VSB No. 34679)
PBeran@TB-LawFirm.com
David N. Tabakin, Esquire (VSB No. 82709)
DTabakin@TB-LawFirm.com
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

2

<u>CERTIFICATION</u>

I hereby certify that, pursuant to Local Rule 9022-1, the foregoing proposed Order has either been endorsed by and/or served upon all necessary parties.

_____
Counsel

**<u>Service List for Entered Order</u>**

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219