UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| In re: | Case No. |
|---|---|
| LeClairRyan, PLLC,[1] | 19-34574-KRH |
| Debtor | Chapter 7 |

# TRANSACTION NOTICE

PLEASE TAKE NOTICE Lynn L. Tavenner, Trustee, and not individually but solely in her capacity as the Chapter 7 trustee (in such capacity, the "**Chapter 7 Trustee**" and/or the "**Trustee**") of the bankruptcy estate (the "**Estate**") of LeClairRyan PLLC ("**LeClairRyan**" and/or the "**Debtor**"), in the above-referenced Chapter 7 case (the "**Case**") by counsel, pursuant to the *Order Authorizing the Chapter 7 Trustee to Establish Procedures for Sales of Miscellaneous Assets* (the "**Miscellaneous Asset Sale Order**"), ECF No. 314, files this transaction notice (the "**Transaction Notice**")[2].

## Proposed Transaction

| **Asset Description**: | 4 Checkered Office Chairs (the "**Chairs**") |
|---|---|
| **Identity of non-Debtor party to the Proposed Transaction**: | E.G. Allen, III, Esquire, former attorney with LeClairRyan |
| **Identity of lien holder**: | None – Not property of the Estate |

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

[2] Capital terms not otherwise defined herein shall the meanings given them in the *Chapter 7 Trustee's Motion for an Order Establishing Procedures for the Sale of Miscellaneous Assets and Memorandum in Support Thereof*, ECF No. 260.

Paula S. Beran, Esquire (Va. Bar No. 34679)
David N. Tabakin, Esquire (Va. Bar No. 82709)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

| | |
|---|---|
| **Terms and conditions of Proposed Transaction**: | The Chapter 7 Trustee has found no evidence to demonstrate that the Debtor's funds were used to purchase the Chairs. Furthermore, a member of the Trustee's wind-down team (who was also employed by the Debtor for numerous years) indicated that it was her understanding that the Chairs belonged to Everette Allen, Jr., Esquire, who is the deceased father of Mr. E.G. Allen, III, Esquire. As such, the Chapter 7 Trustee does not believe that the Chairs are property of the Estate. |
| **Costs of the Proposed Transactions**: | None other than associated fees and costs to draft and disseminate this Transaction Notice. |

## **INSTRUCTIONS**:

Interested Parties will have three (3) business days from service of the Transaction Notice (the "**Notice Period**") to object to the Proposed Transaction, pursuant to the objection procedures herein. If no objections are filed prior to the expiration of the Notice Period, the Interested Parties, including the Lienholders, by their silence will be deemed to have consented to the Proposed Transaction and such Proposed Transaction, will be deemed final and fully authorized by the Court, at which time the Chapter 7 Trustee may proceed to consummate such sale. Furthermore, to the extent deemed appropriate or advisable to assist in the closing of any Proposed Transaction, the Chapter 7 Trustee may submit an order or series of orders authorizing the sale of any or all of the sales (even though the requirement of any such orders is waived) which order(s) need be entered only by counsel to the Chapter 7 Trustee.

Further, the Chapter 7 Trustee may consummate a Proposed Transaction prior to expiration of the applicable Notice Period if the Trustee obtains each Interested Party's written consent to the Proposed Transaction.

Any objections to a Proposed Transaction must be (a) in writing, (b) state with specificity the ground for objection, (c) served by overnight or electronic mail on the Interested Parties and counsel to the Chapter 7 Trustee so as to be received prior to the expiration of the Notice Period, and (d) filed with the Court prior to the expiration of the Notice Period. If an objection to a Proposed Transaction is properly filed and served, then the Proposed Transaction may not proceed absent (a) withdrawal of the objection or (b) entry of an order of the Court specifically approving the Proposed Transaction.

Thereafter, the objecting party and the Chapter 7 Trustee shall attempt to resolve the objection on a consensual basis. If the parties are unable to reach a resolution of the objection, the Court will consider the Proposed Transaction and the objection at the next scheduled Omnibus

Hearing (as proposed and defined in the *Order Establishing Certain Notice, Case Management and Administrative Procedures* (the "**Case Management Order**"), ECF No. 38, or at such other date permitted by the Court. Within three days prior to any such hearing, the objecting party shall notify a) the Court; b) the U.S. Trustee, c) counsel for the Debtor's known secured creditors; d) Lienholders, if any; and e) counsel for the Chapter 7 Trustee of the intent to pursue the objection at such hearing or counsel for the Chapter 7 Trustee shall notify the Court, the U.S. Trustee, and counsel for the objecting party of her intent to request approval of the Proposed Transaction at such hearing.

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

Respectfully submitted,

LYNN L. TAVENNER, CHAPTER 7 TRUSTEE

Dated: February 18, 2020  
Richmond, Virginia

By: */s/ David N. Tabakin*  
Paula S. Beran, Esquire (VSB No. 34679)  
David N. Tabakin, Esquire (VSB No. 82709)  
Tavenner & Beran, PLC  
20 North 8th Street  
Richmond, Virginia 23219  
Telephone: (804) 783-8300  
Telecopier: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

Pursuant to the Local Rules of this Court, I certify that on this 18th day of February 2020, a true copy of the foregoing Transaction Notice was sent by overnight service or electronic mail upon a) the Office of the United States Trustee; b) the Debtor's known secured lenders including but not limited to the Lender; and c) all parties holding (or, to the Chapter 7 Trustee's knowledge, asserting) liens on, or other interests in, the assets that are the subject of the Proposed Transaction (as indicated on the Schedule A attached to the Court filed copy of this Transaction Notice).

*/s/ David N. Tabakin*  
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

# SCHEDULE A

| | | |
|---|---|---|
| Matrix One Riverfront Plaza LLC<br>CN 4000 Forsgate Drive<br>Cranbury, NJ 08512<br>farias@matrixcompanies.com | Page White Farrer Limited<br>Bedford House, 21 John Street<br>Holborn, London WC1N 2BF<br>United Kingdom<br>david.roberts@pagewhite.com | Robert B. Van Arsdale, Esquire<br>Office of the United States Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, Virginia 23219-1885<br>Robert.B.Van.Arsdale@usdoj.gov |
| Super-Server, LLC<br>707 East Main Street, Suite 1425<br>Richmond, Virginia 23219<br>cjohnson@proxios.com<br>kcrowley@clrbfirm.com | Thomson West-6292<br>P.O. Box 629<br>Carol Stream, IL 60197-6292 | Tyler P. Brown<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>tpbrown@huntonak.com |
| GLC Business Services, Inc.<br>28 Prince Street<br>Rochester, NY 14607<br>mhayes@glcbs.com | Post Oak Realty Investment Partners, LP<br>13355 Noel Road, 22nd Floor<br>Dallas, TX 75240 | Jason William Harbour<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>jharbour@huntonAK.com |
| Thomson Reuters Master Data Center<br>P.O. Box 673451<br>Detroit, MI 48267-3451 | Poe & Cronk Real Estate Group, Inc.<br>10 S Jefferson Street, Suite 1200<br>Roanoke, VA 24011<br>slawrence@poecronk.com | Henry Pollard Long, III<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>hlong@huntonAK.com |
| Carlyle Overlook JV, LLC<br>711 High Street<br>Des Moines, IA 50392<br>erin.albert@cushwake.com | BPP Lower Office REIT Inc.<br>BPP Connecticut Ave LLC –<br>BLDG ID: 26870<br>P.O. Box 209259<br>Austin, TX 78720-9259<br>christopher.lyons@transwestern.com | Jennifer Ellen Wuebker<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>jwuebker@huntonak.com |
| BCal, LLC c/o Beacon Capital Partners<br>200 State Street, 5th Floor<br>Boston, MA 02109<br>accountantmontgomery@avisonyoung.com | EYP Realty LLC<br>P.O. Box 844801<br>Los Angeles, CA 90084-4801<br>james.ishibashi@brookfield.com | Douglas M. Foley<br>MCGUIREWOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, Virginia 23219<br>dfoley@mcguirewoods.com |
| Parmenter Realty Fund III, Inc.<br>701 Brickell Avenue, Suite 2020<br>Miami, FL 33131<br>nreser@parmco.com | New Boston Long Wharf, LLC<br>c/o The Corporation Trust Company, r/a<br>1209 Orange Street<br>Wilmington, DE 19801 | Sarah B. Boehm<br>MCGUIREWOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, Virginia 23219<br>sboehm@mcguirewoods.com |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>eric.pike@lw.com | Iron Mountain Records Management<br>448 Broadway<br>Ulster Park, NY 12487<br>noe.lebeau@ironmountain.com<br>Bankruptcy2@ironmountain.com | Shawn R. Fox<br>MCGUIREWOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, Virginia 23219<br>sfox@mcguirewoods.com |
| 60 State TRS (DE) LLC<br>320 Park Avenue, Floor 17<br>New York, NY 10022<br>ahillman@oxfordproperties.com | NetRight Intermediate LLC<br>iManage LLC<br>540 W. Madison Street, Suite 2400<br>Chicago, IL 60661<br>agreen@clarkhill.com | ULX Partners, LLC<br>100 Broadway, 22nd Floor<br>New York, New York 1005<br>Nicholas Hinton<br>Daniel E. Reed<br>Nicholas.hinton@Unitedlex.com<br>Dan.reed@unitedlex.com |
| ConvergeOne, Inc.<br>3344 Highway 149<br>Eagan, MN 55121<br>esalley@convergeone.com | Integreon Managed Solutions (ND) Inc.<br>3247 47th Street South<br>Fargo, ND 58104<br>murray.joslin@integreon.com | Karen M. Crowley, Esq.<br>Crowley Liberatore P.C.<br>150 Boush Street, Suite 300<br>Norfolk, VA 23510<br>kcrowley@clrbfirm.com |

Michael G. Gallerizzo, Esquire
Michael D. Nord, Esquire
GEBHARDT & SMITH LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
mgall@gebsmith.com
mnord@gebsmith.com

Parma Richmond, LLC
c/o Kevin J. Funk
Durrette Arkema Gerson & Gill PC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
kfunk@dagglaw.com

David R. Ruby, Esquire
William D. Prince IV, Esquire
ThompsonMcMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
druby@t-mlaw.com
wprince@t-mlaw.com

Amy Simon Klug
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
amy.simon@hklaw.com

Joseph Corrigan
Iron Mountain Information Mgmt, LLC
One Federal Street
Boston, MA 02110
Bankruptcy2@ironmountain.com

JM Partners, LLC
Attn: John Marshall
6800 Paragon Place, Suite 202
Richmond, VA 23230-1656
JMarshall@JMPartnersLLC.com

SAUL EWING ARNSTEIN & LEHR LLP
Maria Ellena Chavez-Ruark, Esquire
500 East Pratt Street, 9th Floor
Baltimore, MD 21202
maria.ruark@saul.com

SAUL EWING ARNSTEIN & LEHR LLP
Robert C. Gill, Esquire
1919 Pennsylvania Avenue, N.W., Suite 550
Washington, D.C. 20006-3434
robert.gill@saul.com

Peter D. Bilowz, Esq.
Douglas B. Rosner, Esq.
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110-3333
pbilowz@goulstonstorrs.com
drosner@goulstonstorrs.com

David G. Barger
Thomas J. McKee, Jr.
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
bargerd@gtlaw.com

Mary Joanne Dowd, Esq.
Jackson D. Toof, Esq.
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006
mary.dowd@arentfox.com
jackson.toof@arentfox.com

Robert H. Chappell III, Esquire
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
rchappell@spottsfain.com

Jennifer J. West, Esquire
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
jwest@spottsfain.com

Neil E. McCullagh, Esquire
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
nmccullagh@spottsfain.com

Karl A. Moses, Jr., Esquire
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
kmoses@spottsfain.com

Michael G. Wilson, Esq.
MICHAEL WILSON PLC
PO Box 6330
Glen Allen, VA 23058
mike@mgwilsonlaw.com

Cynthia L. Hegarty
MORRISON SUND, PLLC
5125 County Road 101, Suite 200
Minnetonka, MN 55345
chegarty@morrisonsund.com

Shawn C. Whittaker, Esq.
Whittaker|Myers, PC
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Shawn@whittakermyers.com

Nicola G. Suglia, Esquire
Fleischer, Fleischer & Suglia, P.C.
Four Greentree Centre
601 Route 73 N., Suite 305
Marlton, NJ 08053
consult@fleischerlaw.com

Joshua D. Stiff, Esquire
Grayson T. Orsini, Esquire
WOLCOTT RIVERS GATES
200 Bendix Road, Suite 300
Virginia Beach, Virginia 23452
jstiff@wolriv.com
gorsini@wolriv.com

Alexander R. Green, Esquire
CLARK HILL, PLC
1001 Pennsylvania Ave NW, STE 1300 S
Washington, D.C. 20004
agreen@clarkhill.com

Bank Direct Capital Finance
c/o Kevin J. Funk
Durrette Arkema Gerson & Gill PC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
kfunk@dagglaw.com

Amy Wiekel
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121
Ra-li-ucts-bankrupt@state.pa.us

Linda Georgiadis
c/o Ronald A. Page, Jr.
Ronald Page, PLC
P.O. Box 73524
N. Chesterfield, VA 23235
rpage@rpagelaw.com

Harris County
c/o John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
Po Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

Latonya Mallory
c/o Robert T. Hall
Hall & Sethi, P.L.C
11260 Roger Bacon Drive, Suite 400
Reston, VA 20190
rthall@hallandsethi.com

Lynn L. Tavenner, Trustee
c/o Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 N. 8th Street, 2nd Floor
Richmond, VA 23219
pberan@tb-lawfirm.com

Kenneth N. Whitehurst, III
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219