**IRWIN ELLMAN**
**DOMINION INVESTIGATIVE GROUP, LLC**
**P. O. BOX 22583**
**ALEXANDRIA, VA 22304**



March 11, 2020

Clerk, Bankruptcy Court
701 East Broad Street
Richmond, VA 23219

        Re:    *In Re* LeClairRyan, PLLC, Debtor, Case No. 19-34574-KRH, Chapter 7

Dear Clerk of Court:

    I have received a copy of the Court's "Order (I) Establishing Procedures Including a Bar Date to Claim an Interest in Certain Funds Held in a Segregated Account and (II) Authorizing the Distribution of Funds Thereafter," entered on February 27, 2020. I previously filed a claim in this case on December 6, 2019 (copy attached).

    By this letter, I am resubmitting my claim for unpaid services to LeClairRyan as evidenced by the attached claim and supporting documentation. It is my understanding that the clients, Cosco and TEGNA, have paid LeClairRyan for the services provided by Dominion Investigative Group, LLC.

                                                                          Sincerely,

                                                                          Irwin Ellman
                                                                          Owner, Dominion Investigative Group, LLC

cc:

Kenneth N. Whitehurst, III, Esquire
Office of the United States Trustee
701 East Broad Street, Room 4304
Richmond, VA 23219

Paul S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219