UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| In re: | Case No. |
|---|---|
| LeClairRyan, PLLC,[1] | 19-34574-KRH |
| Debtor | Chapter 7 |

### NOTICE OF MOTION AND HEARING THEREON IF NECESSARY

PLEASE TAKE NOTICE Lynn L. Tavenner, Trustee, and not individually but solely in her capacity as the Chapter 7 trustee of the bankruptcy estate of LeClairRyan PLLC, in the above-referenced Chapter 7 case (the "**Case**"), by counsel, filed her *Fifth Motion for Entry of a Further Order Extending the Chapter 7 Trustee's Time to Assume, Reject, and/or Assign Certain Executory Contracts and/or Leases of Personal Property Pursuant to 11 U.S.C. § 365(d)(1)* (the "**Motion**"). Copies of the Motion are being served herewith.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Motion carefully and discuss them with your attorney, if you have one in this chapter 7 Case. (If you do not have an attorney, you may wish to consult one).**

**PLEASE TAKE FURTHER NOTICE** on September 4, 2019, the Court entered the *Order Establishing Certain Notice, Case Management and Administrative Procedures* [ECF. No. 38] (the "**Case Management Order**"), which approved the Notice, Case Management, and Administrative Procedures attached as Exhibit 1 to the Case Management Order (the "**Case Management Procedures**"). The Case Management Procedures, among other things, prescribe the manner in which Objections must be filed and served and set forth when certain hearings will be conducted. A copy of the Case Management Order may be obtained, free of charge, by written to request to dtabakin@tb-lawfirm.com or, for a fee, at *https://ecf.vaeb.uscourts.gov*.

**PLEASE TAKE FURTHER NOTICE** if you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then, by

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
David N. Tabakin, Esquire (Va. Bar No. 82709)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

**August 20, 2020** (the "**Objection Deadline**"), you or your attorney must:

> File with the Court, either electronically or at the address shown below, a written response to the Motion pursuant to Rule 9013-1(H) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia and the Case Management Procedures. If you mail your written response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the Objection Deadline.
>
> **If a response is not properly and timely filed and served, the Court may deem any opposition waived, treat the Motion as conceded and enter an appropriate order granting the requested relief without further notice or hearing.**
>
> Clerk of the Court
> United States Bankruptcy Court
> 701 East Broad Street, Suite 4000
> Richmond, VA 23219
>
> In accordance with the Case Management Procedures, you must also serve a copy of your written Objection on the Core Parties, the 2002 List Parties and any Affected Entity so that the Objection is received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** the Court will entertain the Motion on August 27, 2020, at 1:00 p.m. (or such time thereafter as the matter may be heard). The hearing will take place via Zoom:

Zoom registration link: https://www.zoomgov.com/meeting/register/vJIsd-mhrDgpEjpCiYhhul525Nt4RuPaUyQ

Listen-only conference line:

> Dial: 1-866-590-5055
> Access Code: 4377075
> Security Code: 82720

**PLEASE TAKE FURTHER NOTICE THAT** you should consult the Case Management Procedures before filing any written response.

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

Respectfully submitted,

LYNN L. TAVENNER, CHAPTER 7 TRUSTEE

Dated: August 6, 2020  
Richmond, Virginia

By: */s/ Paula S. Beran*  
Paula S. Beran, Esquire (VSB No. 34679)  
David N. Tabakin, Esquire (VSB No. 82709)  
Tavenner & Beran, PLC  
20 North 8th Street  
Richmond, Virginia 23219  
Telephone: (804) 783-8300  
Telecopier: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court, I certify that on this 6th day of August 2020, a true copy of the foregoing Notice was sent electronically and/or by first-class mail to: (a) the Office of the United States Trustee; (b) all parties listed on the Debtor's Official Form 106G except known landlords whose leases have already been rejected by Order of this Court; (c) the Debtor's 20 Largest Unsecured Creditors; (d) all known secured creditors from the Debtor's Official Form 106D; (e) the Core Parties and 2002 List as defined in the *Case Management Order*; and (f) all parties requesting service of pleadings in this Case (as indicated on the Schedule A attached to the Court filed copy of this Notice).

*/s/ Paula S. Beran*  
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

3

# SCHEDULE A

| | | |
|---|---|---|
| Matrix One Riverfront Plaza LLC<br>CN 4000 Forsgate Drive<br>Cranbury, NJ 08512<br>farias@matrixcompanies.com | Page White Farrer Limited<br>Bedford House, 21 John Street<br>Holborn, London WC1N 2BF<br>United Kingdom<br>david.roberts@pagewhite.com | Kathryn R. Montgomery<br>Office of the United States Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219 |
| Super-Server, LLC<br>707 East Main Street, Suite 1425<br>Richmond, Virginia 23219<br>cjohnson@proxios.com<br>kcrowley@clrbfirm.com | Thomson West-6292<br>P.O. Box 629<br>Carol Stream, IL 60197-6292 | Tyler P. Brown<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>tpbrown@huntonak.com |
| GLC Business Services, Inc.<br>28 Prince Street<br>Rochester, NY 14607<br>mhayes@glcbs.com | Post Oak Realty Investment Partners, LP<br>13355 Noel Road, 22nd Floor<br>Dallas, TX 75240 | Jason William Harbour<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>jharbour@huntonAK.com |
| Thomson Reuters Master Data Center<br>P.O. Box 673451<br>Detroit, MI 48267-3451 | Poe & Cronk Real Estate Group, Inc.<br>10 S Jefferson Street, Suite 1200<br>Roanoke, VA 24011<br>slawrence@poecronk.com | Henry Pollard Long, III<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>hlong@huntonAK.com |
| Carlyle Overlook JV, LLC<br>711 High Street<br>Des Moines, IA 50392<br>erin.albert@cushwake.com | BPP Lower Office REIT Inc.<br>BPP Connecticut Ave LLC –<br>BLDG ID: 26870<br>P.O. Box 209259<br>Austin, TX 78720-9259<br>christopher.lyons@transwestern.com | Jennifer Ellen Wuebker<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>jwuebker@huntonak.com |
| BCal, LLC c/o Beacon Capital Partners<br>200 State Street, 5th Floor<br>Boston, MA 02109<br>accountantmontgomery@avisonyoung.com | EYP Realty LLC<br>P.O. Box 844801<br>Los Angeles, CA 90084-4801<br>james.ishibashi@brookfield.com | Douglas M. Foley<br>MCGUIREWOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, Virginia 23219<br>dfoley@mcguirewoods.com |
| Parmenter Realty Fund III, Inc.<br>701 Brickell Avenue, Suite 2020<br>Miami, FL 33131<br>nreser@parmco.com | New Boston Long Wharf, LLC<br>c/o The Corporation Trust Company, r/a<br>1209 Orange Street<br>Wilmington, DE 19801 | Sarah B. Boehm<br>MCGUIREWOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, Virginia 23219<br>sboehm@mcguirewoods.com |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>eric.pike@lw.com | Iron Mountain Records Management<br>448 Broadway<br>Ulster Park, NY 12487<br>noe lebeau@ironmountain.com<br>Bankruptcy2@ironmountain.com | Shawn R. Fox<br>MCGUIREWOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, Virginia 23219<br>sfox@mcguirewoods.com |
| 60 State TRS (DE) LLC<br>320 Park Avenue, Floor 17<br>New York, NY 10022<br>ahillman@oxfordproperties.com | NetRight Intermediate LLC<br>iManage LLC<br>540 W. Madison Street, Suite 2400<br>Chicago, IL 60661<br>agreen@clarkhill.com | ULX Partners, LLC<br>100 Broadway, 22nd Floor<br>New York, New York 1005<br>Nicholas Hinton<br>Daniel E. Reed<br>Nicholas.hinton@Unitedlex.com<br>Dan.reed@unitedlex.com |
| ConvergeOne, Inc.<br>3344 Highway 149<br>Eagan, MN 55121<br>esalley@convergeone com | Integreon Managed Solutions (ND) Inc.<br>3247 47th Street South<br>Fargo, ND 58104<br>Derek.drizin@integreon.com | Karen M. Crowley, Esq.<br>Crowley Liberatore P.C.<br>150 Boush Street, Suite 300<br>Norfolk, VA 23510<br>kcrowley@clrbfirm.com |

| | | |
|---|---|---|
| Michael G. Gallerizzo, Esquire<br>Michael D. Nord, Esquire<br>GEBHARDT & SMITH LLP<br>One South Street, Suite 2200<br>Baltimore, Maryland 21202<br>mgall@gebsmith.com<br>mnord@gebsmith.com | Parma Richmond, LLC<br>c/o Kevin J. Funk<br>Durrette Arkema Gerson & Gill PC<br>1111 East Main Street, 16th Floor<br>Richmond, Virginia 23219<br>kfunk@dagglaw.com | David R. Ruby, Esquire<br>William D. Prince IV, Esquire<br>ThompsonMcMullan, P.C.<br>100 Shockoe Slip, Third Floor<br>Richmond, Virginia 23219<br>druby@t-mlaw.com<br>wprince@t-mlaw.com |
| Amy Simon Klug<br>HOLLAND & KNIGHT LLP<br>1650 Tysons Boulevard, Suite 1700<br>Tysons, VA 22102<br>amy.simon@hklaw.com | Joseph Corrigan<br>Iron Mountain Information Mgmt, LLC<br>One Federal Street<br>Boston, MA 02110<br>Bankruptcy2@ironmountain.com | JM Partners, LLC<br>Attn: John Marshall<br>6800 Paragon Place, Suite 202<br>Richmond, VA 23230-1656<br>JMarshall@JMPartnersLLC.com |
| SAUL EWING ARNSTEIN & LEHR LLP<br>Maria Ellena Chavez-Ruark, Esquire<br>500 East Pratt Street, 9th Floor<br>Baltimore, MD 21202<br>maria.ruark@saul.com | SAUL EWING ARNSTEIN & LEHR LLP<br>Robert C. Gill, Esquire<br>1919 Pennsylvania Avenue, N.W., Suite 550<br>Washington, D.C. 20006-3434<br>robert.gill@saul.com | Peter D. Bilowz, Esq.<br>Douglas B. Rosner, Esq.<br>GOULSTON & STORRS PC<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>pbilowz@goulstonstorrs.com<br>drosner@goulstonstorrs.com |
| David G. Barger<br>Thomas J. McKee, Jr.<br>Greenberg Traurig, LLP<br>1750 Tysons Boulevard, Suite 1000<br>McLean, Virginia 22102<br>bargerd@gtlaw.com | Mary Joanne Dowd, Esq.<br>Jackson D. Toof, Esq.<br>Arent Fox LLP<br>1717 K Street, NW<br>Washington, DC 20006<br>mary.dowd@arentfox.com<br>jackson.toof@arentfox.com | Robert H. Chappell III, Esquire<br>SPOTTS FAIN PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>rchappell@spottsfain.com |
| Jennifer J. West, Esquire<br>SPOTTS FAIN PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>jwest@spottsfain.com | Neil E. McCullagh, Esquire<br>SPOTTS FAIN PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>nmccullagh@spottsfain.com | Karl A. Moses, Jr., Esquire<br>SPOTTS FAIN PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>kmoses@spottsfain.com |
| Michael G. Wilson, Esq.<br>MICHAEL WILSON PLC<br>PO Box 6330<br>Glen Allen, VA 23058<br>mike@mgwilsonlaw.com | Cynthia L. Hegarty<br>MORRISON SUND, PLLC<br>5125 County Road 101, Suite 200<br>Minnetonka, MN 55345<br>chegarty@morrisonsund.com | Shawn C. Whittaker, Esq.<br>Whittaker\|Myers, PC<br>1010 Rockville Pike, Suite 607<br>Rockville, MD 20852<br>Shawn@whittakermyers.com |
| Nicola G. Suglia, Esquire<br>Fleischer, Fleischer & Suglia, P.C.<br>Four Greentree Centre<br>601 Route 73 N., Suite 305<br>Marlton, NJ 08053<br>consult@fleischerlaw.com | Joshua D. Stiff, Esquire<br>Grayson T. Orsini, Esquire<br>WOLCOTT RIVERS GATES<br>200 Bendix Road, Suite 300<br>Virginia Beach, Virginia 23452<br>jstiff@wolriv.com<br>gorsini@wolriv.com | Alexander R. Green, Esquire<br>CLARK HILL, PLC<br>1001 Pennsylvania Ave NW, STE 1300 S<br>Washington, D.C. 20004<br>agreen@clarkhill.com |
| Bank Direct Capital Finance<br>c/o Kevin J. Funk<br>Durrette Arkema Gerson & Gill PC<br>1111 East Main Street, 16th Floor<br>Richmond, Virginia 23219<br>kfunk@dagglaw.com | Amy Wiekel<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121<br>Ra-li-ucts-bankrupt@state.pa.us | Linda Georgiadis<br>c/o Ronald A. Page, Jr.<br>Ronald Page, PLC<br>P.O. Box 73087<br>N. Chesterfield, VA 23235<br>rpage@rpagelaw.com |
| Harris County<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson, LLP<br>Po Box 3064<br>Houston, TX 77253-3064<br>houston_bankruptcy@publicans.com | Latonya Mallory<br>c/o Robert T. Hall<br>Hall & Sethi, P.L.C<br>11260 Roger Bacon Drive, Suite 400<br>Reston, VA 20190<br>rthall@hallandsethi.com | Lynn L. Tavenner, Trustee<br>c/o Paula S. Beran, Esq.<br>Tavenner & Beran, PLC<br>20 N. 8th Street, 2nd Floor<br>Richmond, VA 23219<br>pberan@tb-lawfirm.com |
| Wilmington Trust, N.A.<br>Kelly Rae Gring, Esq.<br>Tromberg Law Group, LLC<br>413 Stuart Circle, Suite 314<br>Richmond, VA 23220<br>ecfva@tromberglawgroup.com<br>kgring@tromberglawgroup.com | First Legal Network, LLC<br>c/o Ronald A. Page, Jr.<br>Ronald Page, PLC<br>P.O. Box 73087<br>N. Chesterfield, VA 23235<br>rpage@rpagelaw.com | Creative Office Environments of Richmond, LLC<br>c/o William A. Gray, Esquire<br>William Gray, PLLC<br>2605 Kensington Ave<br>Richmond, VA 23220<br>graybklaw@gmail.com |