UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>Debtor | Case No.<br>19-34574-KRH<br><br>Chapter<br>7 |

**PROPOSED AGENDA FOR HEARING ON**
**DECEMBER 17, 2020, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on December 17, 2020, beginning at 11:00 a.m. via Zoom:

Zoom registration link:

    https://www.zoomgov.com/meeting/register/vJItc-mhrjsiH7pLhg9d7-RRYctOeNSLho4

Listen-only conference line:

    Dial:  1-866-590-5055
    Access Code:  4377075
    Security Code:  121720

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

I. MATTERS OF THE TRUSTEE AND/OR THE ESTATE

1. Corrected Motion to Extend Time – *Sixth Motion for Entry of a Further Order Extending the Chapter 7 Trustees Time to Assume, Reject, And/Or Assign Certain Executory Contracts And/Or Leases of Personal Property Pursuant to 11 U.S.C. § 365(d)(1) (Corrected to Replace Incorrect Document Attached at ECF 705)* (Related Document(s)705 Motion to Extend Time filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 707]

    Related Documents:
    a. Motion to Extend Time (Sixth Motion for Entry of a Further Order Extending the Chapter 7 Trustee's Time to Assume, Reject, and/or Assign Certain Executory Contracts and/or Leases of Personal Property Pursuant to 11 U.S.C. § 365(d)(1)) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 705]

    b. Notice of Motion and Notice of Hearing (Re: related document(s)705 Motion to Extend Time filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 12/17/2020 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 706]

    Response Deadline:    December 10, 2020

    Responses Filed:    None

    Status:    The Trustee will request that the Court approve the Motion.

2. Trustee's Motion to Authorize (Motion for Immediate Authority to Operate Certain Aspects of Debtor's Business for a Limited Period and to Shorten Notice Thereof, and Memorandum in Support Thereof) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 144]

    Related Documents:

    a. Notice of Motion and Notice of Hearing (Re: related document(s) 143 Motion to Approve Use of Cash Collateral filed by Lynn L. Tavenner, 144 Motion to Authorize filed by Lynn L. Tavenner, 145 Motion to Expedite Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of

Lynn L. Tavenner. Hearing scheduled for 10/4/2019 at 01:30 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 146]

b. Hearing held and continued; Motion Granted on Interim Basis; Order to be submitted (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner) Appearances: Paula Beran, Douglas Foley; Robert Van Arsdale. Hearing scheduled for 10/24/2019 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty) [ECF No. 149]

c. Interim Order Authorizing Trustee to Operate Certain Aspects of Debtor's Business for a Limited Period. (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 10/24/2019 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Bullock, Nathaniel) [ECF No. 155]

d. Supplemental Motion to Authorize (Trustee's Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) (Related Document(s) [144] Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 165]

e. Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period (Re: related document(s) [144] Motion to Authorize filed by Lynn L. Tavenner) Continued Final Hearing scheduled for 12/19/2019 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Ramirez-Lowe, Suzan) [ECF No. 196]

f. Motion to Authorize (Trustee's Second Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) (Related Document(s) [144] Motion to Authorize filed by Lynn L. Tavenner, [165] Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 290]

g. Hearing continued; (Re: related document(s) [144] Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 2/25/2020 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty) [ECF No. 304]

h. Second Supplemental Order Authorizing Trustee to Operate Certain Aspects of Debtor's Business for a Limited Period Order (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner, 165 Motion to Authorize filed by Lynn L. Tavenner) Continued Hearing scheduled for 2/25/2020 at 11:00 AM at Judge

      Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Ramirez-Lowe, Suzan) [ECF No. 313]

i. Motion to Authorize (Trustee's Third Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 359]

j. Hearing continued; (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 4/30/2020 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Trustee. (Oliver, Betty) [ECF No. 373]

k. Third Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period (Re: related document(s) 359 Motion to Authorize filed by Lynn L. Tavenner) (Ramirez-Lowe, Suzan) [ECF No. 396]

l. Motion to Authorize (Trustee's Fourth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 432]

m. Hearing continued; Appearance(s): Paula Beran for Trustee (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 6/25/2020 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty) [ECF No. 440]

n. Order Granting Trustee's Fourth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtors Business for a Limited Period (Related Doc # 432) (Ramirez-Lowe, Suzan) [ECF No. 452]

o. Supplemental Motion to Authorize (Trustee's Fifth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) (Related Document(s) [144] Motion to Authorize filed by Lynn L. Tavenner, [165] Motion to Authorize filed by Lynn L. Tavenner, [290] Motion to Authorize filed by Lynn L. Tavenner, [359] Motion to Authorize filed by Lynn L. Tavenner, [432] Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 535]

p. Hearing continued; Appearance(s): Paula Beran for Trustee (Re: related document(s) [144] Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 8/27/2020 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty) [ECF No. 545]

    q. Fifth Supplemental Order Authorizing Trustee to Operate Certain Aspects of the Debtor's Business for a Limited Period(Re: related document(s)[ 535] Motion to Authorize filed by Lynn L. Tavenner) (Ramirez-Lowe, Suzan) [ECF No. 551]

    r. Motion to Authorize (Trustee's Sixth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 598]

    s. Sixth Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of the Debtor's Business for a Limited Period. (Re: related document(s)598 Motion to Authorize filed by Lynn L. Tavenner) (Ramirez-Lowe, Suzan) [ECF No. 619]

    t. Statement – *Trustees Seventh Supplement to her Motion for Authority to Operate Certain Aspects of the Debtors Business for a Limited Period and memorandum In Support Thereof* (Re: related document(s)619 Supplemental Order) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 710]

Response Deadline:   December 14, 2020

Responses Filed:   None.

Status:   The Trustee will request that the Court enter an Order, in substantially the same form as Exhibit A attached to the Supplement: (1) authorizing the Trustee to continue to conduct the Wind-down Operations (as defined in the Supplement); (2) setting a continued hearing for March 25, 2021, at 11:00 a.m.; and (3) granting such other and further relief as is just and appropriate under the circumstances.

3. Motion to Approve Compromise under FRBP 9019 filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 703]

   Related documents:

    a. Notice of Motion and Notice of Hearing (Re: related document(s) [703] Motion to Approve filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 12/17/2020 at 11:00

5

AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 704]

Response Deadline:   December 10, 2020

Responses Filed:   None.

Status:   The Trustee will request that the Court approve the Settlement as fair and equitable and in the best interest of the Estate by entry of an Order approving the Motion.

II.   MATTERS IN ADVERSARY PROCEEDINGS

4. Adversary Proceeding No. 20-03142 (ULX Partners, LLC, UnitedLex Corporation) - Pretrial Conference

   Related documents:

   a. Stipulation by ULX Partners, LLC, UnitedLex Corporation and Between Lynn L. Tavenner as Chapter 7 Trustee filed by Thomas John McKee Jr. of Greenberg Traurig on behalf of ULX Partners, LLC, UnitedLex Corporation. (McKee, Thomas) [ECF No. 7].

5. Adversary Proceeding No. 20-03064 (Driven Inc.) - Motion for Default Judgment (Re: related document(s)6 Entry of Default) filed by Brittany Jane Nelson of Foley & Lardner LLP on behalf of Lynn L. Tavenner, as Chapter 7 Trustee. (Nelson, Brittany) [ECF No. 7]

   Related documents:

   a. Notice of Hearing (Re: related document(s)7 Motion for Default Judgment filed by Lynn L. Tavenner, as Chapter 7 Trustee) filed by Brittany Jane Nelson of Foley & Lardner LLP on behalf of Lynn L. Tavenner, as Chapter 7 Trustee. Hearing scheduled for 12/17/2020 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Nelson, Brittany) [ECF No. 8]

   b. Entry of Default against Driven, Inc. (Re: related document(s)5 Motion for Entry of Default filed by Lynn L. Tavenner, as Chapter 7 Trustee) [ECF No. 6]

   c. Notice and Motion for Entry of Default filed by Brittany Jane Nelson of Foley & Lardner LLP on behalf of Lynn L. Tavenner, as Chapter 7 Trustee. [ECF No. 5]

    d.  Notice of Default Notice and Motion for Entry of Default filed by Brittany Jane Nelson of Foley & Lardner LLP on behalf of Lynn L. Tavenner, as Chapter 7 Trustee [ECF No. 4]

Response Deadline:    December 7, 2020

Responses Filed:    None

Status:    The Trustee will request that the Court grant default judgment.

6. Adversary Proceeding No. 20-03065 (Esquire Deposition Services, LLC) - Motion for Default Judgment (Re: related document(s)5 Entry of Default) filed by Brittany Jane Nelson of Foley & Lardner LLP on behalf of Lynn L. Tavenner, as Chapter 7 Trustee. (Nelson, Brittany) [ECF No. 6]

Related documents:

    a.  Hearing Notice of Hearing (Re: related document(s)6 Motion for Default Judgment filed by Lynn L. Tavenner, as Chapter 7 Trustee) filed by Brittany Jane Nelson of Foley & Lardner LLP on behalf of Lynn L. Tavenner, as Chapter 7 Trustee. Hearing scheduled for 12/17/2020 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Nelson, Brittany) [ECF No. 7]

    b.  Entry of Default against Esquire Deposition Services, LLC (Re: related document(s)4 Motion for Entry of Default filed by Lynn L. Tavenner, as Chapter 7 Trustee) [ECF No. 5]

    c.  Notice and Motion for Entry of Default filed by Brittany Jane Nelson of Foley & Lardner LLP on behalf of Lynn L. Tavenner, as Chapter 7 Trustee [ECF No. 4]

Response Deadline:    December 7, 2020

Responses Filed:    None as of the filing of this Agenda

Status:    The Trustee will request that the Court grant default judgment.

7

7. Adversary Proceeding No. 20-03070 (Hasler, Inc.) - Motion for Default Judgment (Re: related document(s)5 Entry of Default) filed by Brittany Jane Nelson of Foley & Lardner LLP on behalf of Lynn L. Tavenner, as Chapter 7 Trustee. (Nelson, Brittany) [ECF No. 6]

   Related documents:

   a. Notice of Hearing (Re: related document(s)6 Motion for Default Judgment filed by Lynn L. Tavenner, as Chapter 7 Trustee) filed by Brittany Jane Nelson of Foley & Lardner LLP on behalf of Lynn L. Tavenner, as Chapter 7 Trustee. Hearing scheduled for 12/17/2020 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Nelson, Brittany) [ECF No. 7]

   b. Entry of Default against Hasler, Inc. (Re: related document(s)4 Motion for Entry of Default filed by Lynn L. Tavenner, as Chapter 7 Trustee) [ECF No. 5]

   c. Notice and Motion for Entry of Default filed by Brittany Jane Nelson of Foley & Lardner LLP on behalf of Lynn L. Tavenner, as Chapter 7 Trustee [ECF No. 4]

   Response Deadline:    December 7, 2020

   Responses Filed:    None

   Status:    The Trustee will request that the Court grant default judgment.

8. Adversary Proceeding No. 20-03084 (VPNE Parking Solutions LLC) - Motion for Default Judgment (Re: related document(s)5 Entry of Default) filed by Brittany Jane Nelson of Foley & Lardner LLP on behalf of Lynn L. Tavenner, as Chapter 7 Trustee. (Nelson, Brittany) [ECF No. 6]

   Related documents:

   a. Notice of Hearing (Re: related document(s)6 Motion for Default Judgment filed by Lynn L. Tavenner, as Chapter 7 Trustee) filed by Brittany Jane Nelson of Foley & Lardner LLP on behalf of Lynn L. Tavenner, as Chapter 7 Trustee. Hearing scheduled for 12/17/2020 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Nelson, Brittany) [ECF No. 7]

   b. Entry of Default against VPNE Parking Solutions LLC (Re: related document(s)4 Motion for Entry of Default filed by Lynn L. Tavenner, as Chapter 7 Trustee) [ECF No. 5]

    c.  Notice and Motion for Entry of Default filed by Brittany Jane Nelson of Foley & Lardner LLP on behalf of Lynn L. Tavenner, as Chapter 7 Trustee [ECF No. 4]

Response Deadline:  December 14, 2020

Responses Filed:  None

Status:  The Trustee will request that the Court grant default judgment.

III.  UPDATES

9. Case Status

10. Report pursuant to Local Rule 2015-(a)-(1)(A)

    Respectfully submitted,

    LYNN L. TAVENNER, CHAPTER 7 TRUSTEE

Dated: December 15, 2020  
Richmond, Virginia

By: */s/ Paula S. Beran*  
Paula S. Beran, Esquire (VSB No. 34679)  
PBeran@TB-LawFirm.com  
Tavenner & Beran, PLC  
20 North 8th Street  
Richmond, Virginia 23219  
Telephone: (804) 783-8300  
Telecopier: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

9

## **CERTIFICATE OF SERVICE**

      Pursuant to the Local Rules of this Court and applicable orders, I certify that on this 15th day of December 2020, a true copy of the foregoing Agenda was sent electronically to all parties receiving ECF notices in this Case.

                                  */s/    Paula S. Beran*
                                  *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*