**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>    Debtor | Case No.<br>19-34574-KRH<br><br>Chapter<br>7 |

**NOTICE OF APPLICATIONS FOR ALLOWANCE OF**
**COMPENSATION AND EXPENSE REIMBURSEMENT**
**AND HEARING THEREON IF NECESSARY**

PLEASE TAKE NOTICE the law firm of Tavenner & Beran, PLC ("**Tavenner & Beran**"), as counsel for Lynn L. Tavenner, Chapter 7 Trustee (the "**Trustee**") of the bankruptcy estate (the "**Estate**") of LeClairRyan PLLC, and other Estate professionals filed (or will be filing) with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "**Court**") the following:

1) The *Third Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel to the Chapter 7 Trustee*, wherein Tavenner and Beran, PLC seeks interim approval of compensation in the amount of $203,583.00[2] and reimbursement of expenses in the amount of $2,969.35 for the period August 1, 2020 to November 30, 2020;

2) The *Third Interim Application of Foley & Lardner LLP for Allowance of Compensation and Expense Reimbursement as Special Counsel to the Chapter 7 Trustee*, wherein Foley & Lardner LLP seeks interim approval of hourly compensation in the amount of

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

[2] Tavenner & Beran has not charged the Estate for time consulting/advising/corresponding with the Trustee. In this instance, this has saved the Estate over $67,728.00 in the time period covered by this Application. While $67,728.00 is an extremely significant sum of money for a firm the size of Tavenner & Beran, the firm is willing to forego the same as yet another of its efforts to provide for efficient administration of bankruptcy cases and to provide a greater return for creditors.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

$163,266.15, contingency compensation in the amount of $75,254.79, and reimbursement of expenses in the amount of $30,528.21 for the period August 1, 2020 to November 30, 2020;

3) The *Application for Compensation on Behalf of Barry Strickland & Company for Services Rendered as Accountant for the Trustee* in the amount of $3,314.70 for fees and $116.50 for reimbursement of expenses for the period September 1, 2020 to December 31, 2020; and

4) The *First Interim Application of CR3 Partners, LLC for Allowance of Compensation and Expense Reimbursement as Financial Advisor for the Chapter 7 Estate* in the amount of $214,844.88 for fees and $53.70 for reimbursement of expenses for the period August 24, 2020 to November 30, 2020.

(collectively, the "**Applications**").

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Applications carefully and discuss them with your attorney, if you have one in this Chapter 7 Case. (If you do not have an attorney, you may wish to consult one).**

**PLEASE TAKE FURTHER NOTICE** on September 4, 2019, the Court entered the Order Establishing Certain Notice, Case Management and Administrative Procedures [ECF. No. 38] (the "**Case Management Order**"), which approved the Notice, Case Management, and Administrative Procedures attached as Exhibit 1 to the Case Management Order (the "**Case Management Procedures**"). The Case Management Procedures, among other things, prescribe the manner in which Objections must be filed and served and set forth when certain hearings will be conducted. A copy of the Case Management Order may be obtained, free of charge, by written to request to pberan@tb-lawfirm.com or, for a fee, at https://ecf.vaeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** if you do not want the Court to grant the relief requested in the Applications, or if you want the Court to consider your views on the Applications, then, by January 21, 2021 (the "**Objection Deadline**"), you or your attorney must:

File with the Court, either electronically or at the address shown below, a written response to the Applications pursuant to Rule 9013-1(H) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia and the Case Management Procedures. If you mail your written response to the Court for filing, you must mail it early enough so the Court will receive it on or before the Objection Deadline.

If a response is not properly and timely filed and served, the Court may deem any opposition waived, treat the Applications as conceded and enter an appropriate order granting the requested relief without further notice or hearing.

Clerk of the Court
United States Bankruptcy Court

701 East Broad Street, Suite 4000
Richmond, VA 23219

In accordance with the Case Management Procedures, you must also serve a copy of your written Objection on the Core Parties, the 2002 List Parties and any Affected Entity so that the Objection is received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT**, if an Objection is timely filed, the Court will entertain the Applications on January 28, 2021, at 11:00 a.m. (or such time thereafter as the matter may be heard). In accordance with Richmond General Order 20-5, the omnibus hearing scheduled for January 28, 2021, at 11:00 a.m. in the LeClairRyan, PLLC Case No. 19-34574 will be conducted via Zoom with a listen-only line available via:

**Zoom registration link**:
https://www.zoomgov.com/meeting/register/vJItc-irqj0tHzXI2RbSScXgERhBZlkPpMs

Listen-only conference line:

Dial: 1-866-590-5055
Access Code: 4377075
Security Code: 12821

**PLEASE TAKE FURTHER NOTICE THAT** you should consult the Case Management Procedures before filing any written response.

**PLEASE GOVERN YOURSELVES ACCORDINGLY**.

Respectfully submitted,

**LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

Dated: January 07, 2021　　　　　　By: */s/ Paula S. Beran*
Richmond, Virginia　　　　　　　　　Paula S. Beran, Esquire (VSB No. 34679)
　　　　　　　　　　　　　　　　　　Tavenner & Beran, PLC
　　　　　　　　　　　　　　　　　　20 North 8th Street
　　　　　　　　　　　　　　　　　　Richmond, Virginia 23219
　　　　　　　　　　　　　　　　　　Telephone: (804) 783-8300
　　　　　　　　　　　　　　　　　　Telecopier: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court and/or the Case Management Order, I certify that on this 7th day of January 2021, a true copy of the foregoing Notice was sent electronically and/or by first-class mail to: (a) the Office of the United States Trustee; (b) the Debtor's 20 Largest Unsecured Creditors; (c) all known secured creditors from the Debtor's Official Form 106D; (d) the Core Parties and 2002 List as defined in the Case Management Order; and (e) all parties requesting service of pleadings in this Case (as indicated on the Schedule A attached to the Court filed copy of this Notice).

                                                */s/     Paula S. Beran*
                                               Counsel for Lynn L. Tavenner, Chapter 7 Trustee