**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | |
| | Case No.: 19-34574-KRH |
| LeClairRyan PLLC, | |
| | Chapter 7 |
| Debtor.[1] | |

**COVER SHEET FOR THIRD INTERIM APPLICATION OF FOLEY & LARDNER LLP AS SPECIAL COUNSEL TO THE TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**

| General Information | |
|---|---|
| Name of applicant: | Foley & Lardner LLP |
| Authorized to provide professional services to: | Lynn L. Tavenner, Chapter 7 Trustee |
| Date of bankruptcy filing: | September 3, 2019 |
| Date of retention order: | February 10, 2020 retroactive to January 30, 2020 |
| **Third Interim Period** | |
| Period for which compensation and reimbursement sought: | August 1, 2020 – November 30, 2020 |
| Type of fee statement or application: | Interim Application |
| Total hours billed: | 206.6 |

---

[1]    The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Erika L. Morabito (VA Bar No. 44369)
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 672-5300

*Special Counsel to the Chapter 7 Trustee*

| | |
|---|---|
| Total hourly fees requested: | $163,266.15[2] |
| Blended hourly rate (all timekeepers): | $780.95 |
| Total contingent fees requested: | $75,254.79 |
| Total expenses requested: | $30,528.21 |
| **Historical Information** | |
| Fees approved to date by interim order: | $704,435.80 (Interim Investigative and Administrative Fees)<br>$51,745.83 (Contingent Fees) |
| Expenses approved to date by interim order: | $36,443.77 |
| Allowed fees paid to date: | $462,262.03 |
| Allowed expenses paid to date: | $29,742.54 |

---

[2] This amount represents a ten (10) percent discount of Foley's standard hourly rates, as stated in the Retention Application (defined below) and per entry of the Retention Order (defined below).  As a courtesy to the Estate (defined below), Foley has agreed to reduce its fees during this period by the total amount of $80,998.55, which reduction pertains to fees earned in connection with Foley's investigative and contingency matters as well as other matters not covered by this Application (defined below).

2

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>**LeClairRyan PLLC,**<br><br>　　　　Debtor.[1] | **Case No.: 19-34574-KRH**<br><br>**Chapter 7** |

## THIRD INTERIM APPLICATION OF FOLEY & LARDNER LLP AS SPECIAL COUNSEL TO THE TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED

Foley & Lardner LLP ("**Foley**"), special counsel to Lynn L. Tavenner, and not individually but solely in her capacity as the Chapter 7 trustee (in such capacity, the "**Chapter 7 Trustee**" and/or the "**Trustee**") of the bankruptcy estate (the "**Estate**") of LeClairRyan PLLC ("**LeClairRyan**" and/or the "**Debtor**"), in the above-referenced Chapter 7 case (the "**Case**"), respectfully represents:

## I.
## INTRODUCTION

1.　　Foley hereby submits this third interim application (the "**Application**") for interim allowance of compensation for professional services rendered and actual and necessary expenses incurred by Foley as special counsel to the Trustee for certain professional services in the period August 1, 2020 through November 30, 2020 (the "**Third Interim Period**") pursuant to sections

---

[1]　　The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Erika L. Morabito (VA Bar No. 44369)
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 672-5300

*Special Counsel to the Chapter 7 Trustee*

4848-6236-4625

330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), the

Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2016-1 of the United

States Bankruptcy Court for the Eastern District of Virginia Local Bankruptcy Rules (the "**Local**

**Rules**").

## II.
## BACKGROUND

2.      On September 3, 2019 (the "**Petition Date**"), the Debtor filed for relief under

chapter 11 of the Bankruptcy Code.  Pursuant to §§ 1107 and 1108 of the Bankruptcy Code, the

Debtor was operating its business as a debtor-in-possession.

3.      On September 12, 2019, the United States Trustee filed its *Motion to Convert Case*

*to Chapter 7* (the "**Motion to Convert**") and notice thereof [ECF No. 61].  At a hearing on

September 26, 2019, the Court denied the Motion to Convert.  However, per agreement between

the Debtor, the United States Trustee, and ABL Alliance, LLP (the "**Lender**") as stated in the

*Order on Motion to Convert Case to Chapter 7*, the Case was converted to a case under Chapter 7

of the Bankruptcy Code on October 4, 2019 [ECF No. 140].

4.      On January 30, 2020, the Trustee filed *Trustee's Application to Retain and Employ*

*Foley & Lardner LLP as Special Counsel* [ECF No. 330] (the "**Retention Application**").  On

February 10, 2020, the Court entered its *Order Authorizing the Retention and Employment of Foley*

*& Lardner LLP as Special Counsel* [ECF No. 342] (the "**Retention Order**"), retroactive to

January 30, 2020.

5.      Pursuant to the Retention Application and Retention Order, the Estate will

compensate Foley during the Investigative Phase (as defined in the Retention Application and

Retention Order) on an hourly basis (the "**Investigative and Administrative Fees**").  During the

Litigation Phase (as defined in the Retention Application and Retention Order), the Estate will

4

compensate Foley, subject to the professional responsibility and other rules governing its practice, based on the total recoveries on claims or causes of action or the net value to the Estate of any release of claims against the Estate (the "**Recoveries**").  Foley shall receive thirty percent (30%) of the Recoveries (the "**Contingent Fees**").

### III.
### JURISDICTION, VENUE, AND PREDICATES FOR RELIEF

6.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

7.      The predicates for the relief requested in this Application are sections 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1.

### IV.
### RELIEF REQUESTED

8.      By this Application, Foley respectfully requests that the Court enter an order (a) for interim allowance of reasonable compensation for certain of the actual, reasonable, and necessary professional services that it has rendered as special counsel to the Trustee in this Case for the Investigative and Administrative Fees during the Third Interim Period in the amount of $163,266.15 (the "**Interim Investigative and Administrative Fees**"), (b) for reimbursement of actual, reasonable and necessary expenses incurred in representing the Trustee during the Third Interim Period in the amount of $30,528.21, and (c) for payment of $75,254.79 for Contingent Fees.[2]

9.      A summary schedule of compensation by timekeeper during the Third Interim Period is attached hereto as **Exhibit B**.  A summary schedule of hours and fees covered during the

---

[2] Foley is only requesting contingency fees for those matters for which the Estate has been paid a settlement.  Foley reserves the right to request further contingency fees for work performed during the Interim Period.

4848-6236-4625

Third Interim Period, categorized by project code is attached hereto as **Exhibit C**.  A summary

schedule of the expense reimbursements requested by category is attached hereto as **Exhibit D**.  A

chart containing information related to the Recoveries is attached hereto as **Exhibit E**.

### V.
### BASIS FOR RELIEF REQUESTED

10.     In addition to the contingency work for which Foley is not seeking reimbursement

at time, during the Third Interim Period, Foley provided the following services to, and as requested

by, the Trustee:  (i) investigation of potential claims, including but not limited to, Chapter 5 claims,

fraudulent transfers, excessive compensation, breaches of fiduciary duty, and/or unjust

enrichment; (ii) made recommendations to the Trustee that included, among other things, proposed

next steps as it relates to the prosecution of some or all of the claims; and (iii) settlement of certain

claims.

11.     In performing the services detailed in this Application, Foley has endeavored to

ensure that its professionals comply with the applicable provisions of the Bankruptcy Code, the

Bankruptcy Rules, the Local Rules, and any other applicable procedures or orders of the Court.

12.     Foley has made no prior request for payment of professional fees earned and

expenses incurred during the Third Interim Period.  Foley has received no payments on account of

such fees or expenses, except as provided in for in the Retention Application and Retention Order.

13.     In accordance with Bankruptcy Rule 2016 and Local Rule 2016-1, a detailed

chronological itemization of the services rendered by each professional and paraprofessional,

calculated by tenths of an hour and categorized in accordance with the appropriate project code

and a detailed chronological itemization of the expenses incurred by Foley during the Third Interim

Period are attached hereto as **Exhibit F**.

6

14.     Foley has endeavored to represent the Trustee in the most expeditious and economical manner possible.  Tasks have been assigned to attorneys and paralegals at Foley so that the work has been performed by those most familiar with the particular matter or task and, where attorney involvement was required, by the lowest hourly rate professional appropriate for a particular matter.  Moreover, Foley has endeavored to coordinate with any other professionals involved in this Case so as to minimize any duplication of effort and to minimize attorneys' fees and expenses.  Foley believes it has been successful in this regard.

15.     No agreement or understanding exists between Foley and any other person for the sharing of compensation received or to be received for services rendered in or in connection with this Case.

## VI.
## NOTICE

16.     Notice of this Application has been provided to all necessary parties in accordance with the Case Management Procedures and the Compensation Procedures.  Foley submits that no other or further notice need be provided.

17.     No previous application for the relief sought in this Application has been made to this or any other court.

18.     Foley has reviewed the requirements of the Local Rules and certifies that this Application complies with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, and the Local Rules.

**WHEREFORE**, Foley hereby respectfully requests that this Court enter an order, substantially in the form attached hereto as **Exhibit A**, (i) approving this Application; (ii) awarding Foley, on an interim basis, Interim Investigative and Administrative Fees in the amount of **$163,266.15** and reimbursement of actual, reasonable, and necessary expenses incurred by Foley

7

during the Third Interim Period in the amount of **$30,528.21**; (iv) awarding Foley, on an interim basis, Contingent Fees in the amount of **$75,254.79**; (v) authorizing the Trustee to pay Foley the amount of Interim Investigative and Administrative Fees and Contingent Fees approved by the Court, when the Trustee deems such funds are available; and (vi) granting such other relief as the Court deems proper and just.

Dated:  January 7, 2021                     Respectfully submitted,

                                            */s/ Erika L. Morabito*
                                            Erika L. Morabito (VSB No. 44369)
                                            FOLEY & LARDNER LLP
                                            3000 K Street, NW, Suite 600
                                            Washington, DC  20007-5109
                                            (202) 672-5300 (telephone)
                                            (202) 672-5399 (facsimile)
                                            emorabito@foley.com

                                            *Special Counsel to Lynn L. Tavenner, the Chapter 7
                                            Trustee of the Estate of LeClairRyan PLLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January 2021, a true copy of the foregoing Application was served via first-class and/or electronic mail to Kenneth N. Whitehurst, III, Assistant United States Trustee, and all parties receiving ECF notices.  Notification of the filing of the Application and amounts sought therein will be served on (a) the Debtor's 20 Largest Unsecured Creditors; (b) all known secured creditors from the Debtor's Official Form 106D; (c) the Core Parties and 2002 List as defined in the Case Management Order; and (d) all parties requesting service of pleadings in this Case (as indicated on Schedule A attached to the Court filed copy of said notice).

                                            */s/ Erika L. Morabito*
                                            Special Counsel to the Chapter 7 Trustee

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |
|---|---|
| In re:<br><br>**LeClairRyan PLLC,**<br><br>      **Debtor.**[1] | **Case No.: 19-34574-KRH**<br><br>**Chapter 7** |

**ORDER APPROVING THIRD INTERIM APPLICATION OF FOLEY & LARDNER
LLP AS SPECIAL COUNSEL TO THE TRUSTEE, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**

Upon consideration of the Third Interim Application (the "**Application**")[2] of Foley & Lardner LLP ("**Foley**") as special counsel to Lynn L. Tavenner, not individually, but solely in her capacity as the Chapter 7 trustee (in such capacity, the "**Chapter 7 Trustee**" and/or the "**Trustee**") of the bankruptcy estate (the "**Estate**") of LeClairRyan PLLC ("**LeClairRyan**" and/or the "**Debtor**"), in the above-referenced Chapter 7 case (the "**Case**") for the period from August 1, 2020 through November 30, 2020 (the "**Third Interim Period**"); and the Court having reviewed the Application, and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

      **IT IS HEREBY ORDERED THAT**:

1.     The Application is **APPROVED** and **GRANTED** in its entirety on an interim basis.

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

[2] Capitalized terms used but not defined in this Order shall have the meanings given to them in the Application.

2.      Foley is allowed interim compensation and reimbursement of expenses for the Third Interim Period in the amounts set forth in the Application.

3.      Foley is awarded, on an interim basis, Interim Investigative and Administrative Fees in the amount of **$163,266.15** and reimbursement of actual, reasonable, and necessary expenses incurred by Foley during the Third Interim Period expenses in the amount of **$30,528.21**.

4.      Foley is awarded, on an interim basis, Contingent Fees in the amount of **$75,254.79**.

5.      The Trustee is authorized to pay to Foley the total amount of **$269,049.15** from the Estate if the Trustee deems such funds are available.

6.      The Trustee is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

7.      Foley is granted a limited waiver of Bankruptcy Rule 2002(a)(6) and Local Rule 2002-1 to serve a full copy of the Application as proposed therein.

8.      This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

9.      This Order shall be effective immediately upon entry.


Dated: _____           _____
Richmond, Virginia                                    United States Bankruptcy Judge

2

WE ASK FOR THIS:

FOLEY & LARDNER LLP

*/s/ Erika L. Morabito*
Erika L. Morabito (VSB No. 44369)
3000 K Street, NW, Suite 600
Washington, DC  20007-5109
(202) 672-5300 (telephone)
(202) 672-5399 (facsimile)
emorabito@foley.com

*Special Counsel to the Chapter 7 Trustee*

4848-6236-4625

## LOCAL RULE 9022-1 CERTIFICATION

I, Erika L. Morabito, hereby certify that the foregoing proposed order was served upon all

necessary parties.

/s/ Erika L. Morabito
Special Counsel to the Chapter 7 Trustee

**Service List for Entered Order**

Kenneth N. Whitehurst, III, Esquire
Office of the United States Trustee
701 East Broad Street, Room 4304
Richmond, Virginia 23219

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

4

4848-6236-4625

**Exhibit B**

**Compensation by Timekeeper During the Third Interim Period**

| Name of Professional | Title | Year Admitted | Department | Hourly Rate[1] | Total Hours Billed | Total Compensation[2] |
|---|---|---|---|---|---|---|
| David A. Hickerson | Partner | 1987 | Government Enforcement Defense & Investigations | $954.00 | 0.70 | $667.80 |
| Erika L. Morabito | Partner | 1999 | Bankruptcy & Business Reorganizations | $1,050.00 | 74.90 | $78,645.00 |
| Brittany J. Nelson | Partner | 2005 | Bankruptcy & Business Reorganizations | $765.00 | 47.10 | $36,031.50 |
| Raj Tanden | Partner | 1996 | Business Law | $990.00 | 3.00 | $2,970.00 |
| Rohan Virginkar | Partner | 2004 | Government Enforcement Defense & Investigations | $688.50 | 38.80 | $26,713.80 |
| Lauren A. Champaign | Senior Counsel | 2011 | Business Litigation & Dispute Resolution | $549.50 | 11.80 | $6,478.20 |
| Olivia Singelmann | Senior Counsel | 2012 | Government Enforcement Defense & Investigations | $526.50 | 3.00 | $1,579.50 |
| Ashley E. May | Associate | 2011 | Tax, Benefits & Estate Planning | $427.50 | 16.10 | $6,882.75 |
| Timothy C. Mohan | Associate | 2014 | Bankruptcy & Business Reorganizations | $495.00 | 3.40 | $1,683.00 |
| Janelle Harrison | Paralegal | N/A | Bankruptcy & Business Reorganizations | $207.00 | 7.80 | $1,614.60 |
| **Total** | | | | | **206.60** | **$163,266.15** |
| **Blended Hourly Rate for All Timekeepers** | | | | **$790.25** | | |

---

[1] These billing rates represent a ten (10) percent discount of Foley's standard hourly rates, as stated in the Retention Application and per entry of the Retention Order.

[2] As a courtesy to the Estate, Foley has agreed to reduce its fees during this period by the total amount of $80,998.55, which reduction pertains to fees earned in connection with Foley's investigative and contingency matters as well as other matters not covered by this Application.

## Exhibit C

### Summary of Compensation Requested by Project Category

| Task Code | Project Categories | Total Hours | Total Fees |
|---|---|---|---|
| S1 | Case Administration/Miscellaneous Matters | 98.80 | $81,828.75 |
| S8 | Cash Collateral/DIP Financing | 31.00 | $28,052.10 |
| S10 | Court Hearings | 21.70 | $18,599.55 |
| S15 | Tax Issues | 19.50 | $10,272.75 |
| S19 | Fee Application | 15.50 | $9,344.40 |
| S22 | Non-Working Travel | 10.50 | $8,640.00 |
| S24 | Insurance | 9.60 | $6,528.60 |
| | **TOTAL** | **206.60** | **$163,266.15** |

4848-6236-4625

**Exhibit D**

**Summary of Expense Reimbursement Requested by Category**

| Expense Category | Total Expenses |
|---|---|
| Litigation Services – Hosting | $27,600.00 |
| Meals | $13.15 |
| Other Expenses | $10.00 |
| Shipping Charges | $331.41 |
| Shipping/courier/messenger services | $854.71 |
| Transportation/Travel Expenses | $1,718.94 |
| **TOTAL** | **$30,528.21** |

4848-6236-4625

**Exhibit E**

**Amounts Recovered for the Estate**

| Name | Settlement Amount | Funds Received | Amount Owed to Foley |
|---|---|---|---|
| American Express Company | $32,450.00 | $32,450.00 | $9,735.00 |
| BCal, LLC | $17,500.00 | $17,500.00 | $5,250.00 |
| Clarivate Analytics (Copumark), Inc. | $19,860.40 | $19,860.40 | $5,958.12 |
| Driven, Inc. | $6,500.00 | $6,500.00 | $1,950.00 |
| Excalibur Data Systems Inc. | $8,809.51 | $8,809.51 | $2,642.85 |
| Express Network, Inc. | $7,100.00 | $7,100.00 | $2,130.00 |
| Federal Express Corporation | $5,375.00 | $5,375.00 | $1,612.50 |
| Granite Telecommunications | $1,500.00 | $1,500.00 | $450.00 |
| IntelePeer Holdings | $20,000.00 | $20,000.00 | $6,000.00 |
| KLDiscovery (Superior Document Services) | $500.00 | $500.00 | $150.00 |
| Lanier Parking System | $1,500.00 | $1,500.00 | $450.00 |
| Leeper Appraisal Services | $1,000.00 | $1,000.00 | $300.00 |
| Litigation Services & Technologies of Nevada | $4,865.00 | $4,865.00 | $1,459.50 |
| Nationwide Legal | $19,064.58 | $19,064.58 | $5,719.37 |
| Proofpoint | $1,000.00 | $1,000.00 | $300.00 |
| Richmond Express, Inc. | $13,824.84 | $13,824.84 | $4,147.45 |
| West Payment Center | $90,000.00 | $90,000.00 | $27,000.00 |
| **TOTALS** | **$250,849.33** | **$250,849.33** | **$75,254.79** |

**<u>Exhibit F</u>**

**Detailed Chronological Itemization of Fees and Expenses**

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                                    Page 2
**LeClairRyan, PLLC**                                                                    Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                               September 15, 2020
Invoice No.: 50083243

---

## Professional Services Detail

### Case Administration/Miscellaneous Matters

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/05/20 | RVI | Prepare for client update call, including draft agenda for call and analysis of draft work product to be provided. | 0.60 | $413.10 |
| 08/06/20 | ELMH | Review and revise draft agenda for weekly call with the Trustee on August 7, 2020 (0.30); e-mail correspondences with Ms. B. Nelson and Mr. R. Virginkar regarding updates to the work in process list and summary of various items to discuss with the Chapter 7 Trustee on weekly call (0.50). | 0.80 | $840.00 |
| 08/06/20 | RVI | Review and finalize draft chronology, task list and issues lists for client update call. | 0.60 | $413.10 |
| 08/06/20 | RVI | Finalize agenda and other materials for client update call. | 0.70 | $481.95 |
| 08/06/20 | RVI | Confer with Ms. B. Nelson regarding issues related to client update call, including status of investigation, outstanding tasks and issues related to draft work product and finalization of other documents for client update call. | 0.70 | $481.95 |
| 08/07/20 | BJN | Prepare for and participate in weekly update call. | 1.20 | $918.00 |
| 08/07/20 | ELMH | Review and revise agenda for today's call with Ms. L. Tavenner (0.20); telephone conference with Mr. R. Virginkar and Ms. B. Nelson regarding various pending tasks and WIP matters, strategy and next steps (0.80); prepare for and participate in weekly call with Ms. L. Tavenner and Ms. P. Beran regarding case update, strategy and next steps (1.20). | 2.20 | $2,310.00 |
| 08/07/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding issues related to ███████████████ ███ and related matters. | 1.20 | $826.20 |
| 08/07/20 | RVI | Confer with Ms. B. Nelson to prepare for client update call, including assessment of investigation status, draft work product and other related tasks. | 0.80 | $550.80 |
| 08/12/20 | RVI | Revise and update draft master task list. | 0.40 | $275.40 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 3
Foley & Lardner LLP
September 15, 2020

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/13/20 | RVI | Confer with Ms. B. Nelson to prepare for and finalize materials for client update call (0.20), including draft agenda and work product (0.70). | 0.90 | $619.65 |
| 08/13/20 | RVI | Prepare for weekly update call with client, including preparation of agenda, chronology, issues lists, task list, and other work product. | 0.70 | $481.95 |
| 08/14/20 | BJN | Prepare for and participate in weekly telephone conference with Mr. R. Virginkar, Ms. E. Morabito, Ms. L. Tavenner, and Ms. P. Beran regarding case strategy, next steps, other open issues. | 1.40 | $1,071.00 |
| 08/14/20 | ELMH | Review and revise agenda for weekly standing call with Ms. L. Tavenner and Foley attorneys (0.30); participate in weekly standing call with Ms. L. Tavenner, Mr. R. Virginkar and Ms. B. Nelson regarding outstanding task list items, strategy, and next steps (1.70). | 2.00 | $2,100.00 |
| 08/14/20 | LAC | Meeting to discuss being added to the matter. | 0.60 | $329.40 |
| 08/14/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding legal and strategic advice related to █████████████. | 1.70 | $1,170.45 |
| 08/14/20 | RVI | Confer with Ms. B. Nelson regarding follow-up from client update call, draft work product and preparation for upcoming interviews. | 0.90 | $619.65 |
| 08/14/20 | RVI | Prepare for weekly client update call, including review of investigation summaries and work product and assessment of progress on ongoing tasks. | 0.80 | $550.80 |
| 08/17/20 | ELMH | Review and revise draft correspondence to Ms. L. Tavenner regarding ████████████████████ (0.40); review of updated task list and follow up agenda items based upon latest requests from Ms. L. Tavenner (0.30). | 0.70 | $735.00 |
| 08/20/20 | RVI | Confer with Ms. B. Nelson regarding preparation for weekly client update call. | 0.30 | $206.55 |
| 08/20/20 | RVI | Prepare for weekly client update call, including preparation of agenda and materials for discussion. | 0.60 | $413.10 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 4
Foley & Lardner LLP
September 15, 2020

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/21/20 | ELMH | Participate in weekly telephone conference with Ms. L. Tavenner, Ms. P. Beran, Ms. B. Nelson and Mr. R. Virginkar regarding status of various matters, summary of ▮▮▮▮▮▮, strategy and next steps (1.00); follow up telephone conference call with Ms. L. Tavenner regarding upcoming mediation, financial advisor updates, strategy regarding various claims, administrative and miscellaneous matters (1.40). | 2.40 | $2,520.00 |
| 08/21/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding various issues related to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 1.00 | $688.50 |
| 08/21/20 | RVI | Prepare for weekly client update call, including review of Team updates and task lists. | 0.20 | $137.70 |
| 08/22/20 | LAC | Edit and revise the demand letter (5.60); research for the demand letter (5.60). | 11.20 | $6,148.80 |
| 08/24/20 | ELMH | Review of e-mail correspondence from Ms. L. Tavenner requesting call with Ms. S. Roski to discuss damages and other claims prosecution matters (0.20); review of application to employ Ms. S. Roski filed with the Court (0.20); follow up with Ms. B. Nelson and Mr. R. Virginkar regarding agenda items for this week's call and follow up on outstanding Task and WIP lists (0.50). | 0.90 | $945.00 |
| 08/25/20 | ELMH | Attend to Agenda, updated task list and WIP list for upcoming call with clients (0.50); call with Foley Team regarding pending matters and items to discuss with Ms. L. Tavenner (0.40). | 0.90 | $945.00 |
| 08/27/20 | ELMH | Review and revise agenda for tomorrow's weekly call with Ms. L. Tavenner and Ms. P. Beran (0.20); review and revise updated TASK and WIP lists (0.20). | 0.40 | $420.00 |
| 08/27/20 | RVI | Confer with Ms. B. Nelson regarding preparation for weekly client update call, including proposed agenda and draft work product for client review. | 0.30 | $206.55 |
| 08/27/20 | RVI | Prepare for weekly client update meeting, including draft agenda, review of work product, and other related tasks. | 0.90 | $619.65 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 5
Foley & Lardner LLP
September 15, 2020

| | | | | |
|---|---|---|---|---|
| 08/28/20 | BJN | Prepare for and participate in weekly case administration call with Ms. E. Morabito, Mr. R. Virginkar, Ms. P. Beran, and Ms. L. Tavenner regarding issues, next steps, other issues. | 1.20 | $918.00 |
| 08/28/20 | ELMH | Prepare for and attend weekly call with Foley Team, Ms. L. Tavenner and Ms. P. Beran to discuss TASK lists, staffing, WIP, strategy and next steps. | 1.30 | $1,365.00 |
| 08/28/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding issues related to ███████ ███████████████ ███████ | 1.30 | $895.05 |
| 08/30/20 | ELMH | Telephone conference with Ms. B. Nelson regarding updated Task and WIP lists in light of requests from Ms. L. Tavenner and Ms. P. Beran on August 28, 2020. | 0.40 | $420.00 |
| | | Task Total: | 42.20 | $32,037.30 |

**Court Hearings**

| | | | | |
|---|---|---|---|---|
| 08/26/20 | BJN | Correspondence with Ms. O. Singelmann and Mr. R. Virginkar regarding needed update (0.10); draft detailed update on status of all matters, related issues, in preparation of Omnibus Hearing and Ms. E. Morabito's status report regarding same (1.50). | 1.60 | $1,224.00 |
| 08/26/20 | ELMH | Review and revise outline and summary of investigation/litigation to date by Foley for the upcoming August 27, 2020 Omnibus Hearing (0.70); conference call with Ms. L. Tavenner regarding ████████████████████████ and advise regarding same (0.40). | 1.10 | $1,155.00 |
| 08/26/20 | RVI | Draft and revise talking points regarding investigation for Bankruptcy Court status hearing. | 0.20 | $137.70 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                        Page 6
**LeClairRyan, PLLC**                                                      Foley & Lardner LLP
Our Ref. No.: 124772-0101                                             September 15, 2020
Invoice No.: 50083243

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/27/20 | BJN | Correspondence with Ms. E. Morabito regarding needed information for hearing (0.40); prepare for and attend status hearing (0.90). | 1.30 | $994.50 |
| | | Task Total: | 4.20 | $3,511.20 |

**Tax Issues**

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/01/20 | ELMH | Attend to e-mail correspondences and documents regarding ███████████ and implications of same. | 0.40 | $420.00 |
| 08/19/20 | AEM | Internal discussion regarding ██████ ████████████████████ (0.40); began reviewing documents related to the conversion(4.80). | 5.20 | $2,223.00 |
| 08/20/20 | AEM | Continue to review materials related to the professional corporation to professional limited liability company conversion; began to prepare time line of discussions related to the conversion. | 3.60 | $1,539.00 |
| 08/24/20 | AEM | Internal discussion regarding tax citations in a demand letter. | 1.10 | $470.25 |
| 08/24/20 | RTA | Confer with Ms. A. May regarding corporation to partnership conversion (0.40); respond to A/R questions (0.30). | 0.70 | $693.00 |
| 08/25/20 | AEM | Continue to review correspondence regarding LeClairRyan's conversion from a professional corporation to a professional limited liability company. | 3.80 | $1,624.50 |
| 08/26/20 | AEM | Continue to review correspondence regarding LeClairRyan's conversion from a professional corporation to a professional limited liability company; internal discussion regarding the same. | 1.50 | $641.25 |
| 08/26/20 | RTA | Review PPT and other documents (0.60); confer with Ms. A. May regarding same (0.60). | 1.20 | $1,188.00 |
| 08/28/20 | RTA | Confer regarding write down of A/R. | 0.30 | $297.00 |
| | | Task Total: | 17.80 | $9,096.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 7
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 8
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 9
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 10
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 11
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 12
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 13
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 14
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 15
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                    Page 16
**LeClairRyan, PLLC**                                                          Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                      September 15, 2020
Invoice No.: 50083243

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 17
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 18
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 19
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 20
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 21
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 22
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 23
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 25
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 26
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 27
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 28
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 29
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 30
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 31
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 32
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 33
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 34
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 35
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 36
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 37
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 38
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 39
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 40
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 41
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 42
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 43
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 44
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 45
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 46
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 47
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 48
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 49
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                          Page 50
**LeClairRyan, PLLC**                                                                Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                           September 15, 2020
Invoice No.: 50083243

**Fee Application**

| 08/05/20 | BJN | Work on issues regarding payment under First Interim Fee Application. | 0.80 | $612.00 |
|---|---|---|---|---|
| 08/11/20 | JCH | Prepare draft of Foley's Second Interim Fee Application. | 0.50 | $103.50 |
| 08/31/20 | JCH | Continue preparation of Foley's Second Interim Fee Application. | 2.50 | $517.50 |
| | | Task Total: | 3.80 | $1,233.00 |

**Insurance**

| 08/02/20 | BJN | Correspondence with Ms. O. Singelmann regarding needed insurance issues and addresses for service of letter. | 0.20 | $153.00 |
|---|---|---|---|---|
| 08/03/20 | BJN | Review and revise cover letter for D&O insureds. | 0.40 | $306.00 |
| 08/03/20 | OSS | Draft cover letter to Insured under D&O policy. | 1.00 | $526.50 |
| 08/04/20 | BJN | Review and revise cover letter to all insureds and related conference with Ms. E. Morabito regarding same (0.60); finalize same (0.10); correspondence to Ms. P. Beran and Ms. L. Tavenner regarding same (0.10). | 0.80 | $612.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 51
Foley & Lardner LLP
September 15, 2020

| 08/04/20 | ELMH | Review and revise draft cover letter to all of the Insureds requesting them to individually put the Insurer on Notice consistent with the notice sent on behalf of the Chapter 7 Trustee (0.40); call with Ms. B. Nelson regarding next steps regarding the insurance demands (0.20). | 0.60 | $630.00 |
|---|---|---|---|---|
| 08/05/20 | BJN | Follow up with Ms. P. Beran and Ms. L. Tavenner regarding cover letter for insureds. | 0.20 | $153.00 |
| 08/10/20 | JCH | E-mail correspondence with Ms. O. Singelmann regarding cover letter to be sent to D&O insureds (0.20); duplicate cover letter form for each party and fill in names & addresses (x19) (0.50); prepare corresponding mailing labels for parties (0.20); coordinate mailing of cover letters to DO insureds along with copy of July 31, 2020 letter to CNA (0.20). | 1.10 | $227.70 |
| 08/10/20 | OSS | Review letter to insureds and finalize same (1.00); supervise associates coordinating ULXP mediation binder creation and shipping (1.00). | 2.00 | $1,053.00 |
| 08/17/20 | ELMH | Review of correspondence from Mr. C. Kerger from Columbia Casualty Company regarding notice of claims provided by the Chapter 7 Trustee (0.10); forward correspondence to Mr. E. Lenz and Ms. L. Tavenner with comment. (0.10). | 0.20 | $210.00 |
| 08/25/20 | DAH | Review D&O draft demand letter and e-mails regarding same. | 0.70 | $667.80 |
| | | Task Total: | 7.20 | $4,539.00 |

## Expenses Incurred

| Description | Amount |
|---|---|
| | |
| Litigation Services - Hosting | $6,900.00 |
| Shipping Charges | $195.39 |
| | |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our
internal costs with respect to those services and expenses.

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**      Page 52
**LeClairRyan, PLLC**      Foley & Lardner LLP
Our Ref. No.: 124772-0101      September 15, 2020
Invoice No.: 50083243

## Expense Detail

### Litigation Services - Hosting

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 08/31/20 | ELMH | Litigation Services - Hosting. | $6,900.00 |

### Shipping Charges

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 08/31/20 | HJME | Federal Express Invoice: 709808990; Tracking: 395832765995; Sender: Heather Hidri; Recipient: Barry Felder 64 GENESEE BLVD.<br>Federal Express Invoice: 709808990; Tracking: 395679317930; Sender: Heather Hidri; Recipient: Brittany Nelson 1743 E YALE AVE.<br>Federal Express Invoice: 709808990; Tracking: 395832081937; Sender: Heather Hidri; Recipient: Brittany Nelson 1743 E YALE AVE.<br>Federal Express Invoice: 709808990; Tracking: 395679506700; Sender: Heather Hidri; Recipient: Rohan Virginkar Foley & Latrdner LLP 3000 K ST NW.<br>Federal Express Invoice: 710491507; Tracking: 395973225740; Sender: Erika Morabito; Recipient: Michael Hern LeClairRyan 335 First Flite Lane.<br>Federal Express Invoice: 709808990; Tracking: 395832279748; Sender: Heather Hidri; Recipient: Rohan Virginkar Foley & Latrdner LLP 3000 K ST NW. | $195.39 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**          Page 2
**LeClairRyan, PLLC**          Foley & Lardner LLP
Our Ref. No.: 124772-0101          October 31, 2020
Invoice No.: 50110099

## Professional Services Detail

### Case Administration/Miscellaneous Matters

| 09/01/20 | ELMH | Review and respond to e-mail correspondence from Ms. L. Tavenner regarding various case administration matters, updates on miscellaneous matters and proposed next steps. | 0.50 | $525.00 |
|---|---|---|---|---|
| 09/02/20 | ELMH | Prepare for and participate in telephone conference call with Ms. L. Tavenner, Ms. P. Beran, Mr. R. Virginkar and Ms. B. Nelson regarding ███████████████████████████ ███████████ and proposed next steps (1.90); debrief call with Ms. B. Nelson and Mr. R. Virginkar regarding same and update WIP and task list items per the request of Ms. L. Tavenner (0.70). | 2.60 | $2,730.00 |
| 09/02/20 | RVI | Confer with Ms. L. Tavenner, Ms. P. Beran, Ms. E. Morabito and Ms. B. Nelson regarding ████ ████████████████ and other issues related to investigation and litigation. | 1.80 | $1,239.30 |
| 09/03/20 | ELMH | Weekly conference call with Ms. L. Tavenner, Ms. P. Beran, financial advisors and Foley Team to discuss ███████████████████████ ███████ (2.10); review and revise Agenda for September 4, 2020 call with Ms. L. Tavenner and Ms. P. Beran (0.20). | 2.30 | $2,415.00 |
| 09/04/20 | BJN | Prepare for and participate on telephone conference with Ms. L. Tavenner, Ms. P. Beran, Ms. E. Morabito, and Mr. R. Virginkar. | 1.10 | $841.50 |
| 09/04/20 | ELMH | Prepare for and participate in weekly telephone conference call with Ms. L. Tavenner and Ms. P. Beran to discuss ███████████████████ ███████████████████ | 1.10 | $1,155.00 |

Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of                Page 3
LeClairRyan, PLLC                                                       Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                   October 31, 2020
Invoice No.: 50110099

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/04/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.90 | $619.65 |
| 09/14/20 | ELMH | Review and revise Agenda for September 15, 2020 weekly call with Ms. L. Tavenner and Ms. P. Beran (0.30); call with Ms. B. Nelson regarding pending matters and next steps based upon recent discussions with Ms. P. Beran regarding same (0.40). | 0.70 | $735.00 |
| 09/14/20 | RVI | Confer with Ms. B. Nelson regarding issues related to preparation for client status update call and related issues. | 0.40 | $275.40 |
| 09/14/20 | RVI | Tasks related to preparation for upcoming client update call, including preparation of agenda, review and finalization of work product and other supporting materials, and related tasks. | 0.60 | $413.10 |
| 09/14/20 | RVI | E-mail communications with Ms. E. Morabito and Ms. B. Nelson regarding preparation for client update call, including development of agenda and status report on open items. | 0.20 | $137.70 |
| 09/15/20 | RVI | Prepare for client update call, including review of work product, Investigative Team review updates and other materials. | 0.20 | $137.70 |
| 09/15/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, Ms. E. Morabito and Ms. B. Nelson, regarding ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 1.30 | $895.05 |
| 09/28/20 | BJN | Prepare for and participate on telephone conference with Ms. L. Tavenner and Ms. P. Beran, and Foley Team (0.80); correspondence and conference with Mr. R. Virginkar regarding agenda, outstanding issues (0.40); conference with Ms. E. Morabito regarding agenda (0.10); related correspondence with Ms. L. Tavenner and Ms. P. Beran regarding same (0.10). | 1.40 | $1,071.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**         Page 4
**LeClairRyan, PLLC**                                          Foley & Lardner LLP
Our Ref. No.: 124772-0101                                      October 31, 2020
Invoice No.: 50110099

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/28/20 | ELMH | Review and comment on draft Agenda for today's call with client (0.20); prepare for and participate in weekly telephone conference with Ms. L. Tavenner, Ms. P. Beran and Foley Team to discuss ███████ and next steps (0.80); call with Ms. B. Nelson and Mr. R. Virginkar regarding various case administrative matters in light of status of review of documents and upcoming witness interviews as it impacts data usage and searches on Relativity in order to keep costs down to the estate (0.40). | 1.40 | $1,470.00 |
| 09/28/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding ████ ████████████████ | 0.80 | $550.80 |
| 09/30/20 | ELMH | Review and revise latest version of draft Cash Collateral Motion per request of Ms. L. Tavenner and Ms. P. Beran (0.60); follow up call with Ms. B. Nelson regarding same (0.40); e-mail correspondences with Ms. L. Tavenner and Ms. P. Beran regarding strategy and next steps (0.30). | 1.30 | $1,365.00 |
| | | Task Total: | 18.60 | $16,576.20 |

**Court Hearings**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/29/20 | BJN | Correspondence with Mr. R. Virginkar regarding needed preparation for upcoming hearing (0.30); review research regarding deepening insolvency and related correspondence regarding same (0.40); prepare detailed outline regarding upcoming hearing and related correspondence with Ms. E. Morabito regarding same (1.80). | 2.50 | $1,912.50 |
| 09/29/20 | ELMH | Calls with Ms. L. Tavenner and Ms. Beran to discuss strategy ████████ (0.60); call with Ms. B. Nelson regarding Order to be BOPPED prior to hearing based on consent from US Trustee and Ms. L. Tavenner (0.30); e-mail correspondences with Foley Team regarding information needed to prepare report to the Court at hearing on September 30, 2020 (0.50); review and revise draft outline for Omnibus hearing on September 30, 2020 (0.40). | 1.80 | $1,890.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 5
Foley & Lardner LLP
October 31, 2020

| | | | | |
|---|---|---|---|---|
| 09/29/20 | RVI | Revise draft status update for upcoming hearing. | 0.40 | $275.40 |
| 09/29/20 | RVI | E-mail communications with Ms. O. Singelmann and Ms. B. Nelson regarding preparation for bankruptcy hearing and case update. | 0.20 | $137.70 |
| 09/30/20 | BJN | Prepare for and attend LeClairRyan hearing. | 0.80 | $612.00 |
| 09/30/20 | ELMH | Prepare for Omnibus Hearing to address Foley's Fee Application, update the Court on work being done by Foley on behalf of the Estate and Ms. L. Tavenner, and update on the various pending matters being handled by Foley (1.40); telephone conference with Ms. B. Nelson regarding details relating to the various preference matters and recoveries, as well as updates on interview, demand letters and settlements to date (0.50); prepare for and attend Omnibus hearing on behalf of Ms. L. Tavenner (0.80); e-mail correspondences with Ms. L. Tavenner and Ms. P. Beran regarding debrief from hearing and next steps (0.20). | 2.90 | $3,045.00 |
| | | Task Total: | 8.60 | $7,872.60 |

**Tax Issues**

| | | | | |
|---|---|---|---|---|
| 09/02/20 | AEM | Internal discussion regarding potential tax claims against Keiter. | 0.90 | $384.75 |
| 09/02/20 | RTA | Prepare for and attend conference call regarding tax issues/claims against ███████████ ███████ | 0.80 | $792.00 |
| | | Task Total: | 1.70 | $1,176.75 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 6
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 7
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 8
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 9
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 10
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 11
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 12
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 13
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 14
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 15
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 16
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 17
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 18
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 19
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 20
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 21
Foley & Lardner LLP
October 31, 2020

Redacted

Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 22
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 23
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 24
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 25
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 26
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                    Page 27
**LeClairRyan, PLLC**                                                              Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                          October 31, 2020
Invoice No.: 50110099

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 28
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 29
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 30
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 31
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 32
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 33
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 34
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 35
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 36
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 37
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 38
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 39
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                                    Page 40
**LeClairRyan, PLLC**                                                                          Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                                      October 31, 2020
Invoice No.: 50110099

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 41
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 42
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 43
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 44
Foley & Lardner LLP
October 31, 2020

**Fee Application**

| | | | | |
|---|---|---|---|---|
| 09/01/20 | JCH | Finalize Foley's Second Interim Fee App (1.50); e-mail to Ms. B. Nelson for review (0.10). | 1.60 | $331.20 |
| 09/09/20 | BJN | Correspondence with Ms. L. Tavenner and Ms. E. Morabito regarding fee application (0.30); review and revise fee application (0.30) and related correspondence with Ms. J. Harrison regarding same (0.10); attend to multiple redactions in fee application given confidentiality concerns and related correspondence with Ms. E. Morabito regarding same (1.80); file Second Interim Fee Application (0.20). | 2.70 | $2,065.50 |
| 09/09/20 | ELMH | Review of e-mail correspondence from Ms. L. Tavenner regarding Foley's Interim Fee Application (0.20); review of revised Fee Application for Foley prior to filing (0.50). | 0.70 | $735.00 |
| 09/09/20 | JCH | Revisions to Foley Second Interim Fee Application related to fee amounts requested. | 0.60 | $124.20 |
| 09/22/20 | BJN | Correspondence with Ms. J. Turner regarding issues related to Foley ledes files and related follow up with Accounting, others regarding same. | 0.50 | $382.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**      Page 45
**LeClairRyan, PLLC**      Foley & Lardner LLP
Our Ref. No.: 124772-0101      October 31, 2020
Invoice No.: 50110099

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/25/20 | ELMH | Review and respond to e-mail correspondence from Ms. K. Montgomery regarding questions relating to Foley's second interim fee application (0.30); outline answers to US Trustee's questions in advance of call regarding Foley's 2nd Interim Fee Application (0.50); participate in telephone conference call with Ms. K. Montgomery regarding issues related to Foley's fee application and other questions regarding the case and redactions (0.90); follow up call with Ms. B. Nelson regarding options to address the US Trustee's concerns (0.30); conference call with Ms. L. Tavenner regarding ███████ ████████████████████ (0.30). | 2.30 | $2,415.00 |
| 09/28/20 | ELMH | Review and respond to e-mail correspondence from Ms. K. Montgomery regarding follow-up from discussion on Foley's 2nd Interim Fee Application (0.10); telephone conference with Ms. K. Montgomery regarding same (0.40); conference call with Ms. B. Nelson regarding follow up items to be done with the proposed Order to address the concerns of the US Trustee (0.30); call with Ms. L. Tavenner to discuss ███ ████████████ (0.30); e-mail correspondences with Ms. B. Nelson and Ms. K. Montgomery regarding revised proposed order, voluntary reduction of Foley, and proposal for dealing with redactions in fee statements (0.20). | 1.30 | $1,365.00 |
| 09/29/20 | BJN | Work on issues regarding revision of proposed order (0.30); BOP same (0.20). | 0.50 | $382.50 |
| | | Task Total: | 10.20 | $7,800.90 |

**Non-Working Travel**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/21/20 | BJN | Travel to Richmond, Virginia for purposes of attending mediation with UXL (Total Time 7.40 hrs.-- Charge only 1/2 to client or 3.70 hrs.). | 3.70 | $2,830.50 |
| 09/22/20 | RVI | Travel from Washington, D.C. to Richmond, Virginia for mediation related to client demand against ULXP and UnitedLex (Total Time 2.00 hrs.--Charge only 1/2 time to client or 1.00 hr.). | 1.00 | $688.50 |
| 09/23/20 | BJN | Travel home from Mediation (Total Time 6.80 hrs.--Charge only 1/2 to client or 3.40 hrs.). | 3.40 | $2,601.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 46
Foley & Lardner LLP
October 31, 2020

---

| 09/24/20 | ELMH | Return travel home from mediation (Total Time 4.80 hrs.--Charge only 1/2 time to client or 2.40 hrs.). | 2.40 | $2,520.00 |
| | | Task Total: | 10.50 | $8,640.00 |

## Expenses Incurred

| Description | Amount |
|---|---|
| | |
| Litigation Services - Hosting | $6,900.00 |
| Meals | $13.15 |
| Other Expenses | $10.00 |
| Shipping Charges | $136.02 |
| Shipping/courier/messenger services | $854.71 |
| Transportation / Travel Expenses | $1,718.94 |
| | |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 47
Foley & Lardner LLP
October 31, 2020

---

**Expense Detail**

**Litigation Services - Hosting**

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 09/30/20 | ELMH | Litigation Services - Hosting. | $6,900.00 |

**Meals**

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 09/21/20 | ELMH | Lunch--VENDOR: Erika Morabito 09/21/20 Lunch/snack while traveling to Mediation in Richmond - - Erika Morabito. | $6.95 |
| 09/22/20 | RVI | Breakfast--VENDOR: Rohan Virginkar 09/22/20 Attend mediation in the matter of LeClairRyan and UnitedLex/ULXP - - Rohan Virginkar. | $6.20 |
| | | | $13.15 |

**Other Expenses**

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 09/24/20 | ELMH | Internet--VENDOR: Erika Morabito - WiFi on plane - 09/24/20. | $10.00 |

**Shipping Charges**

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 09/30/20 | BJN | Federal Express Invoice: 713641941; Tracking: 397118960565; Sender: Brittany Nelson; Recipient: Brooks Brothers Group, Inc Claims Processing Center 850 3rd Avenue, Suite 412 For Halicia Siagian. Federal Express Invoice: 713641941; Tracking: 397026870319; Sender: Jenlain Scott; Recipient: C O Erika Henderson Omni Richmond 100 S 12TH ST. Federal Express Invoice: 714362384; Tracking: 397322097864; Sender: Jenlain Scott; ADI Print Solutions 22 WILLOW ST. Federal Express Invoice: 714362384; Tracking: 397322114584; Sender: Jenlain Scott; ADI Print Solutions 22 WILLOW ST. | $136.02 |

Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 48
Foley & Lardner LLP
October 31, 2020

Federal Express Invoice: 714362384; Tracking: 397322133925; Sender: Jenlain Scott; ADI Print Solutions 22 WILLOW ST.

**Shipping/courier/messenger services**

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 09/15/20 | ELMH | WASHINGTON EXPRESS LLC - Washington Express courier charges for the period 9/1-9/15/20 - 09/15/20. | $474.29 |
| 09/23/20 | ELMH | FEDERAL EXPRESS CORPORATION - Client shipping charges - 09/23/20. | $122.41 |
| 09/23/20 | ELMH | FEDERAL EXPRESS CORPORATION - Client shipping charges - 09/23/20. | $85.25 |
| 09/23/20 | ELMH | FEDERAL EXPRESS CORPORATION - Client shipping charges - 09/23/20. | $87.51 |
| 09/23/20 | ELMH | FEDERAL EXPRESS CORPORATION - Client shipping charges - 09/23/20. | $85.25 |
| | | | $854.71 |

**Transportation / Travel Expenses**

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 09/08/20 | BJN | Airfare--VENDOR: Brittany Nelson - Airfare to Richmond re LeClairRyan Mediation - Utah / Richmond - 09/21/20-09/24/20. | $307.20 |
| 09/08/20 | ELMH | Airfare--VENDOR: Erika Morabito - Airfare re LeClairRyan Mediation in Richmond - Wilmington / Richmond - 09/21/20-09/24/20. | $444.20 |
| 09/21/20 | ELMH | Lodging--VENDOR: Erika Morabito - Hotel for Mediation in Richmond on September 22 and 23 - lodging on September 21st - 09/21/20-09/23/20. | $118.17 |
| 09/21/20 | BJN | Lodging--VENDOR: Brittany Nelson - Taxi from Airport to hotel re LeClairRyan Mediation - 09/21/20-09/23/20. | $160.37 |
| 09/21/20 | BJN | Taxi/Car Service--VENDOR: Brittany Nelson - Taxi from Airport to hotel re LeClairRyan Mediation - 09/21/20-09/23/20. | $40.32 |
| 09/22/20 | ELMH | Lodging--VENDOR: Erika Morabito - Hotel for Mediation in Richmond on September 22 and 23 - lodging on September 21st - 09/21/20-09/23/20. | $118.17 |
| 09/22/20 | RVI | Mileage--VENDOR: Rohan Virginkar - Attend mediation in the matter of LeClairRyan and UnitedLex/ULXP - 09/22/20-09/23/20. | $66.70 |
| 09/22/20 | BJN | Lodging--VENDOR: Brittany Nelson - Taxi from Airport to hotel re LeClairRyan Mediation - 09/21/20-09/23/20. | $160.37 |
| 09/22/20 | RVI | Lodging--VENDOR: Rohan Virginkar - Attend mediation in the matter of LeClairRyan and UnitedLex/ULXP - 09/22/20-09/23/20. | $118.17 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 49
Foley & Lardner LLP
October 31, 2020

| | | | |
|---|---|---|---|
| 09/22/20 | RVI | Parking--VENDOR: Rohan Virginkar - Attend mediation in the matter of LeClairRyan and UnitedLex/ULXP - 09/22/20-09/23/20. | $35.00 |
| 09/23/20 | ELMH | Tips--VENDOR: Erika Morabito - Hotel for Mediation in Richmond on September 22 and 23 - lodging on September 21st - 09/21/20-09/23/20. | $23.00 |
| 09/23/20 | BJN | Parking--VENDOR: Brittany Nelson - Taxi from Airport to hotel re LeClairRyan Mediation - 09/21/20-09/23/20. | $60.00 |
| 09/23/20 | RVI | Mileage--VENDOR: Rohan Virginkar - Attend mediation in the matter of LeClairRyan and UnitedLex/ULXP - 09/22/20-09/23/20. | $67.27 |
| | | | $1,718.94 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 2
Foley & Lardner LLP
November 30, 2020

## Professional Services Detail

### Case Administration/Miscellaneous Matters

| 10/01/20 | ELMH | Review and comment on Agenda for call on October 2, 2020 with Ms. P. Beran and Ms. L. Tavenner (0.30); call with Ms. B. Nelson to discuss updated Task and WIP lists and items to address with CR3 and the Chapter 7 Trustee (0.50). | 0.80 | $840.00 |
|---|---|---|---|---|
| 10/01/20 | RVI | Prepare for client update call, including review and finalization of updated chronology and relevant documents to be sent to client. | 0.60 | $413.10 |
| 10/02/20 | BJN | Telephone conference with Ms. L. Tavenner, Ms. P. Beran, Ms. S. Roski, Ms. A. Moosally, Ms. E. Morabito and Mr. R. Virginkar regarding ██████████ | 1.60 | $1,224.00 |
| 10/02/20 | ELMH | Conference call with Ms. B. Nelson regarding summary of weekly call with Ms. P. Beran and Ms. L. Tavenner and CR3, including task list and WIP items, as well as upcoming dates and deadlines, strategy and next steps. | 0.60 | $630.00 |
| 10/04/20 | ELMH | Attend to updated WIP and Task Lists for the litigation in light of calls with Ms. P. Beran and Ms. L. Tavenner on October 5, 2020 (0.30). | 0.30 | $315.00 |
| 10/05/20 | ELMH | Review and comment on updated Task and WIP lists (0.30); e-mail correspondences with Foley Team regarding status of various pending items, strategy and proposed next steps (0.40); call with Ms. B. Nelson regarding various requests from Ms. L. Tavenner and Ms. P. Beran, as well as updates from CP3 on certain tasks (0.50). | 1.20 | $1,260.00 |
| 10/07/20 | ELMH | Attend to WIP and Task lists based upon weekly call and requests from client (0.50); conference call with Foley Team regarding pending litigation and strategy (0.60). | 1.10 | $1,155.00 |
| 10/07/20 | RVI | Telephone conference with Ms. P. Beran and Ms. B. Nelson regarding issues related to ██████████ | 1.00 | $688.50 |
| 10/08/20 | RVI | Prepare for client update call, including preparation of agenda and materials for client review. | 0.60 | $413.10 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 3
Foley & Lardner LLP
November 30, 2020

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/08/20 | RVI | Confer with Ms. B. Nelson regarding client update call and preparation for the same. | 0.40 | $275.40 |
| 10/09/20 | BJN | Prepare for and participate on telephone conference with client, including update on draft complaint, other related issues, strategic advice going forward. | 0.80 | $612.00 |
| 10/09/20 | ELMH | Prepare for and participate in weekly call with clients and Foley Team to discuss ███████ | 1.80 | $1,890.00 |
| 10/09/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding ███████ in connection with matter. | 1.80 | $1,239.30 |
| 10/09/20 | RVI | Prepare for update call with client, including review of team updates regarding draft Complaint and related legal/factual research, and other related matters. | 0.80 | $550.80 |
| 10/15/20 | RVI | Confer with Ms. B. Nelson regarding weekly client status update call, including status of investigation and draft agenda for same. | 0.30 | $206.55 |
| 10/16/20 | ELMH | Call with Ms. B. Nelson and Mr. R. Virginkar regarding updated TASK and WIP lists, as well as other case administration items. | 0.70 | $735.00 |
| 10/20/20 | ELMH | Attend weekly conference call with Ms. L. Tavenner and Ms. P. Beran to discuss ███████ | 1.10 | $1,155.00 |
| 10/20/20 | ELMH | Review of agenda for weekly call with Ms. L. Tavenner and Ms. P. Beran. | 0.20 | $210.00 |
| | | Task Total: | 15.70 | $13,812.75 |

Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 4
Foley & Lardner LLP
November 30, 2020

**Court Hearings**

| Date | Initials | Description | | |
|------|----------|-------------|------|------|
| 10/28/20 | BJN | Telephone conference with Mr. R. Virginkar regarding issues related to needed update for hearing tomorrow (0.30); review, revise and draft update for Ms. E. Morabito for hearing (0.40). | 0.70 | $535.50 |
| 10/28/20 | RVI | Review and revise draft summary for upcoming bankruptcy court hearing. | 0.40 | $275.40 |
| 10/29/20 | BJN | Prepare for and participate in conference regarding preparation for hearing, other related issues (0.40); telephone conference with Ms. E. Morabito regarding needed participation, other related issues (0.30); prepare for and participate in hearing and related follow up regarding same (0.60). | 1.30 | $994.50 |
| 10/29/20 | ELMH | Attend Court hearing on Cash Collateral and to provide update to the Court about work being done by Foley on behalf of the Chapter 7 Trustee. | 1.00 | $1,050.00 |
| 10/29/20 | RVI | Attend telephonic Omnibus Hearing before Judge J. Huennekens, Eastern District of Virginia. | 1.00 | $688.50 |
| 10/30/20 | BJN | Prepare for court hearing, including multiple correspondences with Ms. E. Morabito regarding same and preparation (0.80); related conference with Ms. E. Morabito regarding same (0.40); prepare for and participate on hearing (1.10). | 2.30 | $1,759.50 |
| 10/30/20 | ELMH | Attend continued court hearing on cash collateral. | 1.10 | $1,155.00 |
| 10/30/20 | RVI | Attend continued hearing before Judge J. Huennekens, Eastern District of Virginia, regarding Cash Collateral Motion and related issues. | 1.10 | $757.35 |
| | | Task Total: | 8.90 | $7,215.75 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 5
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 6
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 7
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 8
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 9
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 10
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 11
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 12
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 13
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 14
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 15
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 16
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 17
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 18
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 19
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 20
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 21
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 22
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 23
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 24
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 26
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 27
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 28
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 29
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 30
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 31
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 32
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 33
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 34
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 35
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**        Page 36
**LeClairRyan, PLLC**        Foley & Lardner LLP
Our Ref. No.: 124772-0101        November 30, 2020
Invoice No.: 50127738

---

**Cash Collateral/DIP Financing**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/20 | BJN | Review and edit Supplemental Motion for Cash Collateral, including research regarding use of cash collateral in the ordinary course, other related issues (1.80); related conference with Mr. R. Virginkar regarding disclosure of confidential information regarding same (0.40); related conference with Ms. E. Morabito regarding same (0.30); detailed correspondence to Ms. E. Morabito regarding issues related to Supplemental Motion, other related issues (0.40). | 2.90 | $2,218.50 |
| 10/01/20 | ELMH | Initial review and comment to the draft collateral motion prepared by the Chapter 7 Trustee (0.60); call with Ms. B. Nelson regarding same (0.30). | 0.90 | $945.00 |
| 10/02/20 | BJN | Prepare for and conference call with Ms. L. Tavenner, Ms. P. Beran and Ms. E. Morabito regarding issues related to ████████ ████████████, other related issues (0.60); review revisions to Supplemental Motion for Cash Collateral and related issues regarding same, including correspondence with Ms. E. Morabito regarding same (0.30). | 0.90 | $688.50 |
| 10/02/20 | ELMH | Review and revise draft Motion to Continue Use of Cash Collateral at request of Ms. L. Tavenner (0.60); prepare for and participate in telephone conference with Ms. L. Tavenner, Ms. P. Beran and Ms. B. Nelson regarding ████████████████ and next steps regarding same (0.70); review and comment on proposed final draft of the Cash Collateral Order incorporating comments discussed with client (0.30). | 1.60 | $1,680.00 |
| 10/16/20 | BJN | Review and analyze ULX's opposition to Supplemental Cash Collateral Motion (0.30); related correspondence with team regarding same (0.10). | 0.40 | $306.00 |
| 10/17/20 | ELMH | Review and analysis of UnitedLex's Objection to the Trustee's Cash Collateral Motion (1.10); e-mail exchanges with Ms. P. Beran and Ms. L. Tavenner regarding ████████████████████ ██████████████ (0.60). | 1.70 | $1,785.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 37
Foley & Lardner LLP
November 30, 2020

| 10/20/20 | ELMH | Attend to arguments in reply to the recent objection filed to the proposed Cash Collateral Order in light of implications of same on litigation pending against UnitedLex and ULXP. | 0.50 | $525.00 |
|---|---|---|---|---|
| 10/24/20 | ELMH | Attend to multiple e-mail correspondences from Ms. L. Tavenner regarding ███████ ███████████████ (0.40); follow up with Mr. R. Virginkar regarding same (0.30). | 0.70 | $735.00 |
| 10/26/20 | BJN | Review and analyze reply in support of Supplemental Motion for Cash Collateral (0.40); related correspondence and conference with Ms. E. Morabito regarding same (0.30). | 0.70 | $535.50 |
| 10/27/20 | BJN | Participate in conference with Ms. L. Tavenner, Ms. P. Beran, Ms. E. Morabito, and Mr. R. Virginkar regarding ███████████████ ████████ and related issues, and other open issues. | 1.40 | $1,071.00 |
| 10/27/20 | BJN | Review and revise Supplemental Motion for Cash Collateral Motion (0.90); related correspondence and conference with Ms. E. Morabito regarding same (0.20); conference with Ms. P. Beran regarding ███ (0.30); related correspondence and conference with Ms. E. Morabito regarding same (0.20); further edits to Supplemental Motion for Cash Collateral and related correspondence to Ms. L. Tavenner and Ms. P. Beran regarding ███ (0.50). | 2.10 | $1,606.50 |
| 10/27/20 | ELMH | Attend to cash collateral hearing arguments (1.70); attend to UnitedLex Complaint for filing tonight (1.30); e-mail exchanges with client regarding same (0.40); assist Ms. L. Tavenner with legal research ███████████████ ██████ (0.50). | 3.90 | $4,095.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**  Page 38
**LeClairRyan, PLLC**  Foley & Lardner LLP
Our Ref. No.: 124772-0101  November 30, 2020
Invoice No.: 50127738

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/28/20 | ELMH | Assist Ms. L. Tavenner and Ms. P. Beran with ██████████ (2.20); work on outline for oral arguments for hearing tomorrow on cash collateral (1.30); attend to e-mail correspondences with counsel to UnitedLex regarding cash collateral resolution proposals (0.30); multiple calls with Ms. L. Tavenner and Ms. P. Beran regarding ██████ (0.60); call with Mr. T. Mohan regarding legal research at request of Ms. L. Tavenner (0.50); forward results of research and supporting documents to Ms. L. Tavenner and Ms. P. Beran (0.50). | 5.40 | $5,670.00 |
| 10/28/20 | RVI | Confer with Ms. E. Morabito regarding issues related to upcoming bankruptcy court hearing, including issues related to Cash Collateral Motion and adversary Complaint. | 0.60 | $413.10 |
| 10/28/20 | TCM | Research regarding cash collateral issues (2.60); draft summary regarding same (0.80). | 3.40 | $1,683.00 |
| 10/29/20 | ELMH | Prepare for contested Cash Collateral Hearing to assist the Chapter 7 Trustee as discussed with the client (0.80); e-mail correspondences with Ms. L. Tavenner and Ms. P. Beran regarding ██████ (0.30). | 1.10 | $1,155.00 |
| 10/29/20 | ELMH | Review and respond to e-mail correspondences from Ms. P. Beran regarding ██████ | 0.30 | $315.00 |
| 10/29/20 | ELMH | Call with Ms. L. Tavenner and Ms. P. Beran ██████████ (0.80); call with Mr. R. Virginkar and Ms. B. Nelson to discuss case administration matters in light of rulings from the Court (0.50). | 1.30 | $1,365.00 |
| 10/30/20 | ELMH | Conference call with client and Foley Team regarding ██████████ (1.20). | 1.20 | $1,260.00 |
| | | Task Total: | 31.00 | $28,052.10 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 39
Foley & Lardner LLP
November 30, 2020

**Expenses Incurred**

| Description | | Amount |
|---|---|---|
| | | |
| Litigation Services - Hosting | | $6,900.00 |
| | | |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our
internal costs with respect to those services and expenses.

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 40
Foley & Lardner LLP
November 30, 2020

**Expense Detail**

**Litigation Services - Hosting**

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 10/31/20 | ELMH | Litigation Services - Hosting. | $6,900.00 |

Subtotal:

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 2
Foley & Lardner LLP
December 16, 2020

## Professional Services Detail

### Case Administration/Miscellaneous Matters

| | | | | |
|---|---|---|---|---|
| 11/02/20 | ELMH | Call with Mr. R. Virginkar and Ms. B. Nelson regarding agenda and other case administration matters to discuss on today's call with Ms. L. Tavenner and Ms. P. Beran (0.60); review of updated Task and WIP lists (0.30). | 0.90 | $945.00 |
| 11/03/20 | ELMH | Telephone conference with Ms. L Tavenner, Ms. P. Beran, Ms. B. Nelson, and Mr. R. Virginkar regarding ████████ | 1.00 | $1,050.00 |
| 11/03/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding ████████ and related matters. | 1.00 | $688.50 |
| 11/05/20 | RVI | Prepare for weekly client update meeting, including review of draft and final work product for client review, preparation of agenda and other tasks related to client update. | 0.30 | $206.55 |
| 11/06/20 | BJN | Telephone conference with Ms. E. Morabito regarding WIP, updated task list, and other follow up items from weekly call with client. | 0.40 | $306.00 |
| 11/06/20 | BJN | Prepare for and participate in weekly update call with Ms. L. Tavenner, Ms. P. Beran, Mr. R. Virginkar, and Ms. E. Morabito regarding ████████ | 1.20 | $918.00 |
| 11/06/20 | ELMH | Prepare for and participate in weekly call with Ms. B. Nelson, Mr. R. Virginkar, Ms. L. Tavenner and Ms. P. Beran regarding ████████ (1.20); follow up call with Ms. B. Nelson regarding follow-up items and updated Task and WIP lists based upon call with client (0.40). | 1.60 | $1,680.00 |
| 11/08/20 | ELMH | Call with Mr. R. Virginkar and Ms. B. Nelson regarding LeClairRyan Work Plan and assignment to discuss with Team based upon call with client on November 6, 2020. | 0.80 | $840.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                    Page 3
**LeClairRyan, PLLC**                                                    Foley & Lardner LLP
Our Ref. No.: 124772-0101                                              December 16, 2020
Invoice No.: 50139592

| | | | | |
|---|---|---|---|---|
| 11/12/20 | BJN | Correspondence with Mr. R. Virginkar regarding issues related to agenda for upcoming call, status of issues. | 0.40 | $306.00 |
| 11/12/20 | RVI | Confer with Ms. B. Nelson regarding preparation for weekly client update call, including draft agenda and other follow-up for discussion with client. | 0.30 | $206.55 |
| 11/12/20 | RVI | Draft agenda for weekly client update call and other preparation for weekly client update call. | 0.40 | $275.40 |
| 11/13/20 | BJN | Participate in weekly telephone conference with Ms. E. Morabito, Mr. R. Virginkar, Ms. P. Beran, and Ms. L. Tavenner regarding ▮▮▮ | 1.30 | $994.50 |
| 11/13/20 | BJN | Follow up call with Ms. E. Morabito regarding issues related to strategy and next steps in light of discussion with client. | 0.30 | $229.50 |
| 11/13/20 | ELMH | Prepare for and participate in weekly call with Ms. L. Tavenner, Ms. P. Beran, and Ms. B. Nelson to discuss ▮▮▮ (1.40); follow up call with Foley Team regarding strategy and next steps in light of discussion with client (0.30). | 1.70 | $1,785.00 |
| 11/13/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding ▮▮▮ | 1.00 | $688.50 |
| 11/19/20 | BJN | Conference with Ms. E. Morabito and Mr. R. Virginkar regarding issues related to agenda. | 0.30 | $229.50 |
| 11/19/20 | ELMH | Attend to agenda for weekly call with Ms. L. Tavenner and Ms. P. Beran on November 20, 2020 (0.30); call with Ms. B. Nelson and Mr. R. Virginkar regarding same (0.40). | 0.70 | $735.00 |
| 11/19/20 | RVI | Confer with Ms. B. Nelson regarding preparation for client update call, including status of outstanding assignments and next steps with respect to the ongoing investigation and adversary proceedings. | 0.60 | $413.10 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 4
Foley & Lardner LLP
December 16, 2020

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/19/20 | RVI | Tasks related to preparation for weekly client case update, including drafting agenda and finalizing work product for client regarding investigation and adversary proceedings. | 0.60 | $413.10 |
| 11/20/20 | ELMH | Prepare for and participate in weekly call with Foley Team, Ms. L. Tavenner and Ms. P. Beran to discuss ███████████████ and proposed next steps (1.40); update WIP and Task lists based upon call with Ms. L. Tavenner and Ms. P. Beran (0.30). | 1.70 | $1,785.00 |
| 11/20/20 | RVI | Telephone conference with Ms. P. Beran regarding ██████████████████ | 0.50 | $344.25 |
| 11/20/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding ████████████████████ | 1.10 | $757.35 |
| 11/30/20 | BJN | Prepare for and participate in conference with client regarding strategy, updates, other related issues. | 1.30 | $994.50 |
| 11/30/20 | ELMH | Prepare for and participate in telephone conference with Ms. L. Tavenner and Ms. P. Beran regarding weekly updates ████████ ████████████ (1.30); post-follow up call with Foley Team to discuss revised WIP and task lists in light of instructions from Ms. L. Tavenner (0.40). | 1.70 | $1,785.00 |
| 11/30/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding ███████████████████ and other matters related to litigation and bankruptcy investigation. | 1.20 | $826.20 |
| | | Task Total: | 22.30 | $19,402.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 5
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 6
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 7
Foley & Lardner LLP
December 16, 2020

Redacted

Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 8
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 9
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 10
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 11
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 12
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 13
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 14
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 15
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 16
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 17
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 18
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 19
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**         Page 20
**LeClairRyan, PLLC**         Foley & Lardner LLP
Our Ref. No.: 124772-0101         December 16, 2020
Invoice No.: 50139592

**Fee Application**

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/09/20 | JCH | Prepare draft of Foley's Third Interim Fee Application. | 1.50 | $310.50 |
| | | Task Total: | 1.50 | $310.50 |

**Insurance**

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/10/20 | BJN | Correspondence with Mr. E. Lenz regarding needed insurance advice. | 0.10 | $76.50 |
| 11/12/20 | BJN | Prepare for and conference with Mr. E. Lenz regarding insurance reporting, other issues. | 0.30 | $229.50 |
| 11/12/20 | BJN | Conference with Ms. E. Morabito regarding summary of discussion with Mr. E. Lenz, next steps. | 0.70 | $535.50 |
| 11/12/20 | ELMH | Call with Ms. B. Nelson regarding summary of discussions with Mr. E. Lenz regarding the open insurance questions (0.30); advise Ms. B. Nelson regarding next steps regarding insurance and follow up items regarding claims (0.40). | 0.70 | $735.00 |
| 11/12/20 | RVI | Confer with Ms. B. Nelson regarding follow-up related to insurance coverage issues and other matters related to investigation and adversary proceedings. | 0.30 | $206.55 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 21
Foley & Lardner LLP
December 16, 2020

| 11/12/20 | RVI | Confer with Ms. B. Nelson and Mr. E. Lenz regarding issues related to ███████ and other issues related to following-up on insurance coverage matters. | 0.30 | $206.55 |

|  |  | Task Total: | 2.40 | $1,989.60 |

**Expenses Incurred**

| Description | Amount |
| --- | --- |
| Litigation Services - Hosting | $6,900.00 |
| **Expenses Incurred Total** | **$6,900.00** |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 22
Foley & Lardner LLP
December 16, 2020

**Expense Detail**

**Litigation Services - Hosting**

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 11/30/20 | ELMH | Litigation Services - Hosting. | $6,900.00 |