**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **In re:** <br><br> **LeClairRyan PLLC,** <br><br> **Debtor** | **Case No.: 19-34574-KRH** <br><br> **Chapter 7** |

**STIPULATION BY LYNN L. TAVENNER, AS TRUSTEE, REFLECTING AGREED EXTENSIONS OF TIME WITH DESIGNATED FAO PARTIES**

Lynn L. Tavenner, not individually, but solely in her capacity as the duly appointed Chapter 7 trustee (the "Trustee") of the bankruptcy estate of LeClairRyan PLLC (the "Debtor") in the above-referenced Chapter 7 case (the "Bankruptcy Case"), and the parties listed in **Exhibit A** attached hereto (collectively, the "FAO Parties") hereby stipulate (the "Stipulation") as follows:

**BACKGROUND**

1. On September 3, 2019, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court").

2. On October 4, 2019, the Debtor's Bankruptcy Case was converted to a case under Chapter 7 of the Bankruptcy Code.

3. Upon conversion, Lynn L. Tavenner was appointed interim trustee and, as no trustee having been elected at the meeting of creditors, she continues to serve as Trustee.

4. On June 15, 2020, the Bankruptcy Court entered its *Order Approving Procedures and Permitting Trustee to Prosecute and Compromise FAO Actions* [Docket No. 533] (the "FAO Order").

5. The procedures approved by the FAO Order authorize the Trustee to send demand letters (the "FAO Demands") to former attorneys and others, including the FAO Parties. The FAO Order further requires that any recipient of such a demand letter may elect to participate in pre-complaint mediation (the "Pre-Complaint Mediation Election"), and that such election must be made within 14 days of the date of the demand letter.

6. The FAO Order also states that within 60 days after the date of the Pre-Complaint Mediation Election, the parties must have commenced the mediation process by (a) selecting a mutually agreeable mediator, (b) having executed a mediation agreement, and (c) having scheduled a date for mediation (the "Mediation Commencement Deadline"). That Mediation Commencement Deadline falls on or around February 3, 2021 for several of the FAO Parties.

7. Given that the parties identified in Exhibit A have entered into settlement discussions with the Trustee, including executing confidentiality agreements, the Trustee believes that a 45-day extension of the Mediation Commencement Deadline would be beneficial for the parties to continue negotiating a consensual resolution to the Trustee's FAO Demands.

8. Notwithstanding the progress made between the Trustee and the FAO Parties with respect to the FAO Demands, given intervening holidays, issues related to the COVID-19 pandemic, and work schedules, additional time is needed to determine if there can be a consensual resolution without the assistance of a mediator.

9. The Trustee and the FAO Parties believe that the 45-day extension of the Mediation Commencement Deadline is warranted under the unique circumstances surrounding these FAO Demands.

4848-6176-4826

10. The Trustee believes that there could be similar basis for extending additional Mediation Commencement Deadlines and, as such, also respectfully submits a process to accomplish the same.

## **STIPULATION**

11. With respect to the FAO Parties, the Mediation Commencement Deadline is extended by 45 days from the current Mediation Commencement Deadline. Without further order of this Bankruptcy Court, the Mediation Commencement Deadline may be extended for additional parties by the Trustee's filing of supplemental Exhibits A to this Stipulation, listing additional individuals and relevant extended dates.

12. Except as expressly stated herein, the terms of the FAO Order are not affected by this Stipulation.

**IT IS SO ORDERED**

Date: _____    _____
     Richmond, Virginia    Honorable Kevin R. Huennekens
                                                                                        United States Bankruptcy Judge

4848-6176-4826

I ask for this:

*/s/ Brittany J. Nelson*
Erika L. Morabito (VSB No. 44369)
Brittany J. Nelson (VSB No. 81734)
Jack G. Haake (VSB No. 87590)
FOLEY & LARDNER LLP
3000 K Street, NW, Suite 600
Washington, DC  20007-5109
(202) 672-5300 (telephone)
(202) 672-5399 (facsimile)
bnelson@foley.com

*Counsel to Lynn L. Tavenner, Esq.,*
*Chapter 7 Trustee of Estate of LeClairRyan PLLC*


CERTIFICATION OF ENDORSEMENT,
UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Brittany J. Nelson*
Brittany J. Nelson

**Service List**

Lynn L. Tavenner, Chapter 7 Trustee
Tavenner & Beran, PLC
20 North 8th Street, 2nd Floor
Richmond, VA 23219

Timothy Adelman
404 Queens Court
Stevensville, MD 21666

Corey R. Weber
Brutzkus Gubner
c/o Philip Bonoli
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367

S. Allan Adelman
128 Tanner Point Drive
Stevensville, MD 21666

Philip Bonoli
2101 Basswood Court
Westlake Village, CA 91361

Pete Zemanian
Zemanian Law Group
c/o Neal Brodsky
223 E. City Hall Ave., Suite 201
Norfolk, VA 23510

4

4848-6176-4826

David Dean
Cole Schotz P.C.
c/o Andrew Cole
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Bernard Gehlhar
2613 Isabelle Avenue
San Mateo, CA 94403

Robert McWhorter
2313 Beckett Drive
El Dorado Hills, CA 95762

John Pirko
12207 Cabin Creek Drive
Hanover, VA 23069

Ronald Sheff
5902 Roland Avenue
Baltimore, MD 21210

Michael Conway
5 Thorne Place
Bridgeport, CT 06605

John P. Hutchins
2115 Howell Mill Road NW
Atlanta, GA 30318

Clint Morse
Brooks Pierce
c/o Clinton Morse
2000 Renaissance Plaza
230 North Elm Street
Greensboro, NC 27401

Bruin Richardson
523 Sleepy Hollow Road
Richmond, VA 23229

## EXHIBIT A

### FAO Parties

| FAO Party | Current Mediation Commencement Deadline | Stipulated Mediation Commencement Deadline |
|---|---|---|
| S. Allan Adelman | February 3, 2021 | March 22, 2021 |
| Timothy Adelman | February 3, 2021 | March 22, 2021 |
| Philip Bonoli | February 3, 2021 | March 22, 2021 |
| Neal Brodsky | February 3, 2021 | March 22, 2021 |
| Andrew Cole | February 3, 2021 | March 22, 2021 |
| Michael Conway | February 3, 2021 | March 22, 2021 |
| Bernhard Gehlhar | February 3, 2021 | March 22, 2021 |
| John Hutchins | February 3, 2021 | March 22, 2021 |
| Robert McWhorter | February 3, 2021 | March 22, 2021 |
| Clinton Morse | February 3, 2021 | March 22, 2021 |
| John Pirko | February 3, 2021 | March 22, 2021 |
| Bruin Richardson | February 3, 2021 | March 22, 2021 |
| Ronald Sheff | February 3, 2021 | March 22, 2021 |