IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **LECLAIRRYAN PLLC,** | **Case No. 19-34574 (KRH)** |
| **Debtor.**[1] | |

**NOTICE OF SECOND INTERIM APPLICATION OF HUNTON ANDREWS KURTH LLP, SPECIAL COUNSEL FOR TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**

**PLEASE TAKE NOTICE** that, on March 1, 2021, the following has been filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Court"): *Second Interim Application of Hunton Andrews Kurth LLP, Special Counsel for Trustee, for Allowance of Compensation and Reimbursement of Expenses Incurred* (the "Hunton Fee Application"), wherein Hunton Andrews Kurth LLP seeks interim approval of compensation in the amount of $67,202.00 and reimbursement of expenses in the amount of $0.00.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Hunton Fee Application carefully and discuss it with your attorney, if you have one in this case. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE FURHER NOTICE** that if you do not want the Court to grant the relief requested in the Hunton Fee Application, or if you want the Court to consider your views on the Hunton Fee Application, then by **March 18, 2021**, you or your attorney must:

☒ File with the Court, either electronically or at the address shown below, a written response pursuant to Rule 9013-1(H) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia. If you mail your written response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

---

[1] The last four digits of the Debtor's federal tax identification number are 2451.

HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Tyler P. Brown (VSB No. 28072)
Jason W. Harbour (VSB No. 68220)
Henry P. (Toby) Long, III (VSB No. 75134)

*Special Counsel to the Trustee*

       Clerk of the Court
       United States Bankruptcy Court
       701 E. Broad Street, Suite 4000
       Richmond, VA 23219

You must also mail a copy to:

       HUNTON ANDREWS KURTH LLP
       Tyler P. Brown, Esq.
       Jason W. Harbour, Esq.
       Henry P. (Toby) Long, III, Esq.
       Riverfront Plaza, East Tower
       951 East Byrd Street
       Richmond, Virginia 23219

☒    Attend a hearing scheduled at **11:00 a.m., Tuesday, March 25, 2021**, before the Honorable Kevin R. Huennekens.  **If no timely response has been filed opposing the relief requested, the court may grant the relief sought in the Hunton Fee Application without holding a hearing**.

    **If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Hunton Fee Application and may enter an order granting the relief requested therein.**

Date: March 1, 2021

       HUNTON ANDREWS KURTH LLP

       */s/ Tyler P. Brown*
       Tyler P. Brown (VSB No. 28072)
       Jason W. Harbour (VSB No. 68220)
       Henry P. (Toby) Long, III (VSB No. 75134)
       HUNTON ANDREWS KURTH LLP
       Riverfront Plaza, East Tower
       951 East Byrd Street
       Richmond, Virginia 23219
       Telephone: (804) 788-8200
       Facsimile:  (804) 788-8218

       *Special Counsel for Trustee*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 1st day of March 2021, a true and correct copy of the foregoing *Notice Of Second Interim Application Of Hunton Andrews Kurth LLP, Special Counsel For Trustee For Allowance Of Compensation and Reimbursement Of Expenses Incurred* was served, via electronic delivery and/or first class mail, postage prepaid to: (a) Lynn L. Tavenner, Chapter 7 Trustee, (b) the Office of the United States Trustee; (c) the Core Parties and 2002 List as defined in the *Order Establishing Certain Notice, Case Management, and Administrative Procedures*, ECF No. 38; and (d) all parties that properly filed a request for notice of papers in this case pursuant to Bankruptcy Rule 2002.



                                                          */s/ Tyler P. Brown*