**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| **In re:**<br><br>**LeClairRyan PLLC,**<br><br>Debtor[1] | **Case No.: 19-34574-KRH**<br><br>**Chapter 7** |

**NOTICE OF FILING UNDER SEAL OF**
**PROPOSED FAO SETTLEMENTS**

PLEASE TAKE NOTICE THAT Lynn L. Tavenner, not individually but solely in her capacity as the Chapter 7 trustee (in such capacity, the "**Chapter 7 Trustee**" and/or the "**Trustee**") of the bankruptcy estate (the "**Estate**") of LeClairRyan PLLC ("**LeClairRyan**" and/or the "**Debtor**"), in the above-referenced Chapter 7 case (the "**Case**"), filed under seal with the United States Bankruptcy Court for the Eastern District of Virginia (the "**Court**"), pursuant to the *Order Approving Procedures and Permitting Trustee to Prosecute and Compromise FAO Actions* [ECF No. 533] (the "**FAO Procedures Order**"),[2] a Notice of Proposed FAO Settlements [ECF No. 811] (the "**Notice of Proposed Settlements**") describing proposed settlements with the following individuals:

| |
|---|
| A. Allan Adelman |
| Douglas Amster |
| Robert Best |
| Daniel Blake |
| Philip Bonoli |
| Steven Brown |
| Staton Childers |
| Andrew Clark |
| William Despo |
| Paul Drobbin |
| Michael Drzal |
| Bruce Edington |
| Andrew J. Fay |
| Todd Galante |
| James Hale |
| Peter Hart |
| Michael Hastings |
| Lauren Hopwood |

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

[2] Terms not otherwise defined shall have the meanings ascribed to them in the FAO Procedures Order.

4812-9197-9235

| |
|---|
| John Jessee |
| Robyn Kalocsay |
| Paul Kuhnel |
| Michael Magee |
| Steven Malitz |
| Malinda Miller |
| Clinton Morse |
| Joel Nied |
| John Oberdorf |
| Kevin Oddo |
| Charles Ognibene |
| Eric Page |
| David Perry |
| Carmon Popler |
| Bruin Richardson |
| Scott Richter |
| Ronald Sheff |
| Leslie Spasser |
| Melissa Thompson |

All of the above referenced individuals have requested that the both the terms of the Proposed FAO Settlement and the settlement agreements be subject to a protective order as permitted under the FAO Procedures Order. Accordingly, as indicated above, the Notice of Proposed Settlements was filed under seal. *See* ECF No. 811.

This Notice is being provided to publicly announce the filing of the Notice of Proposed Settlements and the procedures outlined therein. If an Interested Party (as defined in the FAO Procedures Order) desires to object to the Trustee proceeding with final consummation of any said settlement, then within fifteen (15) days of the service of this Notice, he/she/it must file with the Court, at the address shown below, a written response with supporting memorandum pursuant to Local Bankruptcy Rule 9013-1 and the FAO Procedures Order; and send or otherwise file it early enough so the Court will receive it on or before fifteen (15) days from the date of service of this Notice.

      Clerk of the Court
      United States Bankruptcy Court
      701 E. Broad Street, Suite 4000
      Richmond, VA 23219

Any of the Interested Parties must also serve a copy on:

| | | |
|---|---|---|
| Paula S. Beran, Esq. | Erika L. Morabito, Esq. | Kathryn R. Montgomery, Esq. |
| Tavenner & Beran, PLC | Brittany J. Nelson, Esq. | Office of the United States Trustee |
| 20 North Eighth Street, | Foley & Lardner LLP | 701 East Broad, |
| 2nd Floor | 3000 K Street, NW, Suite 600 | Suite 4304 |
| Richmond, VA 23219 | Washington, DC  20007-5109 | Richmond, VA 23219 |

If these steps are not taken, any opposition is deemed waived, and the Trustee may consummate the Proposed FAO Settlements without further notice or hearing.

Dated:  April 15, 2021

Respectfully submitted,

*/s/ Brittany J. Nelson*
Erika L. Morabito (VSB No. 44369)
Brittany J. Nelson (VSB No. 81734)
FOLEY & LARDNER LLP
3000 K Street, NW, Suite 600
Washington, DC  20007-5109
(202) 672-5300 (telephone)
(202) 672-5399 (facsimile)
emorabito@foley.com
bnelson@foley.com

*Special Counsel to Lynn L. Tavenner, Esq., the Chapter 7 Trustee of Estate of LeClairRyan PLLC*

**LOCAL BANKRUPTCY RULE 2002-1 CERTIFICATE OF SERVICE**

I certify that on this 15th day of April 2021, a true copy of the foregoing Notice was served on (i) the Office of the United States Trustee, (ii) the 20 largest unsecured creditors as listed on the Debtor's schedules, and (iii) any other party who has made a written request to Paula S. Beran, Esquire and filed on the Court's CM/ECF system.

                                              */s/ Brittany J. Nelson*
                                              Brittany J. Nelson (VSB No. 81734)