# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>Debtor | Case No. 19-34574-KRH<br><br>Chapter 7 |

## PROPOSED AMENDED AGENDA FOR HEARING ON
## MAY 27, 2021, AT 11:00 A.M. (PREVAILING EASTERN TIME)

Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on May 27, 2021, beginning at 11:00 a.m. via Zoom:

**Zoom registration link**:

https://www.zoomgov.com/meeting/register/vJIsdeitqj4tHNKF_4PpFn2w70uRQF9JYkM

Listen-only conference line:

    Dial In: 1-866-590-5055
    Access Code: 4377075
    Security Code: 52721

1. Motion to Sell Property Free and Clear of Liens Under Section 363(f). *TRUSTEES MOTION FOR AN ORDER AUTHORIZING THE SALE/TRANSFER OF THE ESTATES INTEREST IN DESIGNATED ACCOUNTS RECEIVABLE AND MEMORANDUM IN SUPPORT THEREOF* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 850]

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Related documents:

a. Notice of Motion and Notice of Hearing (Re: related document(s)850 Motion to Sell Property Free and Clear of Liens Under Section 363(f) filed by Lynn L. Tavenner, 852 Motion to Amend filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 5/27/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 853]

b. Exhibit - *Schedule A* (Re: related document(s)849 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, 853 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, 856 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 889]

Response Deadline:    May 20, 2021

Responses Filed:    None

Status:    The Trustee will request that the Court approve the Motion.

2. Motion to Amend - *TRUSTEES MOTION TO MODIFY PROCEDURES REGARDING THE SETTLEMENT OF ACTIONS INVOLVING FORMER ATTORNEYS AND CERTAIN OTHERS AND MEMORANDUM IN SUPPORT THEREOF* (Related Document(s) 533 Order on Motion to Approve) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 852]

Related documents:

a. Notice of Motion and Notice of Hearing (Re: related document(s)850 Motion to Sell Property Free and Clear of Liens Under Section 363(f) filed by Lynn L. Tavenner, 852 Motion to Amend filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 5/27/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 853]

b. Exhibit - *Schedule A* (Re: related document(s)849 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, 853 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, 856 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 889]

      c.  Amended Exhibit A - Proposed Modified Order (Re: related document(s)[852] Motion to Amend filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 895]

**Response Deadline:** May 20, 2021

**Responses Filed:**

Omnibus Objection to (Re: related document(s)852 Motion to Amend filed by Lynn L. Tavenner, 854 Motion to File Documents(s) Under Seal filed by Lynn L. Tavenner, 855 Motion to Approve filed by Lynn L. Tavenner) filed by Thomas John McKee Jr. of Greenberg Traurig on behalf of ULX Partners, LLC, UnitedLex Corporation. (Attachments: # 1 Exhibit(s) Exhibit A # 2 Exhibit(s) Exhibit B # 3 Exhibit(s) Exhibit C # 4 Exhibit(s) Exhibit D) (McKee, Thomas) [ECF No. 891]

Response to (Statement in Support of Trustees Motions: (I) To Modify Procedures Regarding the Settlement of Actions Involving Former Attorneys and Certain Others; (II) For Authority to Limit Access to Settlement Agreement Filed Under Seal and To Seal Hearing on Approval of Said Settlement; and (III) For Approval of Compromise and Settlement) (Re: related document(s)[852] Motion to Amend filed by Lynn L. Tavenner, [854] Motion to File Documents(s) Under Seal filed by Lynn L. Tavenner, [855] Motion to Approve filed by Lynn L. Tavenner) filed by Dion W. Hayes of McGuireWoods LLP on behalf of Bruce H. Matson. (Hayes, Dion) [ECF No. 894]

**Status:** The Trustee will request that the Court approve the Motion as modified pursuant to the proposed blacklined order filed at ECF No. 895.

3. Notice of Hearing (Re: related document(s)811 Sealed Document filed by Lynn L. Tavenner, 838 Objection to Motion/Application filed by UnitedLex Corporation, ULX Partners, LLC) filed by Thomas John McKee Jr. of Greenberg Traurig on behalf of ULX Partners, LLC, UnitedLex Corporation. Hearing scheduled for 5/27/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (McKee, Thomas) [ECF No. 861]

Related documents:

    a. Sealed Notice (Related Document(s)533 Order on Motion to Approve) filed by Brittany Jane Nelson of Foley & Lardner LLP on behalf of Lynn L. Tavenner. (Attachments: # 1 Exhibit A to Notice # 2 Exhibit 1 to Ex. A # 3 Exhibit 2 to Ex. A # 4 Exhibit 3 to Ex. A # 5 Exhibit 4 to Ex. A # 6 Exhibit 5 to Ex. A # 7 Exhibit 6 to Ex. A # 8 Exhibit 7 to Ex. A # 9 Exhibit 8 to Ex. A # 10 Exhibit 9 to Ex. A # 11 Exhibit 10 to Ex. A # 12 Exhibit 11 to Ex. A # 13 Exhibit 12 to Ex. A # 14 Exhibit 13 to Ex. A # 15 Exhibit 14 to Ex. A # 16 Exhibit 15 to Ex. A # 17 Exhibit 16 to Ex. A # 18 Exhibit 17 to Ex. A # 19 Exhibit 18 to Ex. A # 20 Exhibit 19 to Ex. A # 21 Exhibit 20 to Ex. A # 22 Exhibit 21 to Ex. A # 23 Exhibit 22 to Ex. A # 24 Exhibit 23 to Ex. A # 25 Exhibit 24 to Ex. A # 26 Exhibit 25 to Ex. A # 27 Exhibit 26 to Ex. A # 28 Exhibit 27 to Ex. A # 29 Exhibit 28 to Ex. A # 30 Exhibit 29 to Ex. A # 31 Exhibit 30 to Ex. A # 32 Exhibit 31 to Ex. A # 33 Exhibit 32 to Ex. A # 34 Exhibit 33 to Ex. A # 35 Exhibit 34 to Ex. A # 36 Exhibit 35 to Ex. A # 37 Exhibit 36 to Ex. A # 38 Exhibit 37 to Ex. A) (Nelson, Brittany) [ECF No. 811]

Status:     The Trustee will request that the Court approve the settlements and overrule the Objection.

4. Motion to File Document(s) Under Seal - *MOTION FOR AUTHORITY TO LIMIT ACCESS TO SETTLEMENT AGREMENT FILED UNDER SEAL AND TO SEAL HEARING ON APPROVAL OF SAID SETTLEMENT, IF NECESSARY* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 854]

Related documents:

    a. Notice of Motion and Notice of Hearing (Re: related document(s)854 Motion to File Documents(s) Under Seal filed by Lynn L. Tavenner, 855 Motion to Approve filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 5/27/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 856]

    b. Exhibit - *Schedule A* (Re: related document(s)849 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, 853 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, 856 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 889]

Response Deadline:     May 20, 2021

| | |
|---|---|
| Responses Filed: | Statement *(Reservation of Rights of Benjamin C. Ackerly, Successor Trustee of the LFG Liquidation Trust on Trustee's Motion to Seal and Motion to Compromise Claims Against Bruce H. Matson)* (Re: related document(s)854 Motion to File Documents(s) Under Seal filed by Lynn L. Tavenner, 855 Motion to Approve filed by Lynn L. Tavenner) filed by Tyler P. Brown of Hunton Andrews Kurth LLP on behalf of Benjamin C. Ackerly, Successor Trustee. (Brown, Tyler), [ECF No. 890]<br><br>Omnibus Objection to (Re: related document(s)852 Motion to Amend filed by Lynn L. Tavenner, 854 Motion to File Documents(s) Under Seal filed by Lynn L. Tavenner, 855 Motion to Approve filed by Lynn L. Tavenner) filed by Thomas John McKee Jr. of Greenberg Traurig on behalf of ULX Partners, LLC, UnitedLex Corporation. (Attachments: # 1 Exhibit(s) Exhibit A # 2 Exhibit(s) Exhibit B # 3 Exhibit(s) Exhibit C # 4 Exhibit(s) Exhibit D) (McKee, Thomas) [ECF No. 891]<br><br>Response to (Statement in Support of Trustees Motions: (I) To Modify Procedures Regarding the Settlement of Actions Involving Former Attorneys and Certain Others; (II) For Authority to Limit Access to Settlement Agreement Filed Under Seal and To Seal Hearing on Approval of Said Settlement; and (III) For Approval of Compromise and Settlement) (Re: related document(s)[852] Motion to Amend filed by Lynn L. Tavenner, [854] Motion to File Documents(s) Under Seal filed by Lynn L. Tavenner, [855] Motion to Approve filed by Lynn L. Tavenner) filed by Dion W. Hayes of McGuireWoods LLP on behalf of Bruce H. Matson. (Hayes, Dion) [ECF No. 894] |
| Status: | The Trustee will request that the Court overrule the Omnibus Objection and approve the Motion. |

5. Motion to Approve Compromise under FRBP 9019 filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 855]

    Related documents:

    a. Notice of Motion and Notice of Hearing (Re: related document(s)854 Motion to File Documents(s) Under Seal filed by Lynn L. Tavenner, 855 Motion to Approve filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on

        behalf of Lynn L. Tavenner. Hearing scheduled for 5/27/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 856]

   b. Exhibit - *Schedule A* (Re: related document(s)849 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, 853 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, 856 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 889]

| | |
|---|---|
| Response Deadline: | May 20, 2021 |
| Responses Filed: | Statement *(Reservation of Rights of Benjamin C. Ackerly, Successor Trustee of the LFG Liquidation Trust on Trustee's Motion to Seal and Motion to Compromise Claims Against Bruce H. Matson)* (Re: related document(s)854 Motion to File Documents(s) Under Seal filed by Lynn L. Tavenner, 855 Motion to Approve filed by Lynn L. Tavenner) filed by Tyler P. Brown of Hunton Andrews Kurth LLP on behalf of Benjamin C. Ackerly, Successor Trustee. (Brown, Tyler), [ECF No. 890]<br><br>Omnibus Objection to (Re: related document(s)852 Motion to Amend filed by Lynn L. Tavenner, 854 Motion to File Documents(s) Under Seal filed by Lynn L. Tavenner, 855 Motion to Approve filed by Lynn L. Tavenner) filed by Thomas John McKee Jr. of Greenberg Traurig on behalf of ULX Partners, LLC, UnitedLex Corporation. (Attachments: # 1 Exhibit(s) Exhibit A # 2 Exhibit(s) Exhibit B # 3 Exhibit(s) Exhibit C # 4 Exhibit(s) Exhibit D) (McKee, Thomas) [ECF No. 891]<br><br>Response to (Statement in Support of Trustees Motions: (I) To Modify Procedures Regarding the Settlement of Actions Involving Former Attorneys and Certain Others; (II) For Authority to Limit Access to Settlement Agreement Filed Under Seal and To Seal Hearing on Approval of Said Settlement; and (III) For Approval of Compromise and Settlement) (Re: related document(s)[852] Motion to Amend filed by Lynn L. Tavenner, [854] Motion to File Documents(s) Under Seal filed by Lynn L. Tavenner, [855] Motion to Approve filed by Lynn L. Tavenner) filed by Dion W. Hayes of McGuireWoods LLP on behalf of Bruce H. Matson. (Hayes, Dion) [ECF No. 894] |

    Status:    The Trustee will request that the Court overrule the Omnibus Objection and approve the Motion.

6. Application for Compensation for Barry Strickland & Company as Accountant filed by Lynn L. Tavenner on behalf of Lynn L. Tavenner. (Tavenner, Lynn) [ECF No. 844]

   Related Documents:

   a. Notice of Motion and Notice of Hearing (Re: related document(s)844 Application for Compensation filed by Lynn L. Tavenner, 845 Application for Compensation filed by Lynn L. Tavenner, 847 Application for Compensation filed by Lynn L. Tavenner, 848Application for Compensation filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 5/27/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 849]

   b. Exhibit - *Schedule A* (Re: related document(s)849 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, 853 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, 856 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 889]

   Response Deadline:    May 20, 2021

   Responses Filed:    None

   Status:    The Trustee will request that the Court approve the Application.

7. Fourth Application for Compensation for Foley & Lardner LLP as Special Counsel to the Chapter 7 Trustee filed by Erika L. Morabito of Foley & Lardner on behalf of Lynn L. Tavenner. (Morabito, Erika) [ECF No. 845]

   Related Documents:

   a. Sealed Exhibit (Related Document(s)845 Application for Compensation filed by Lynn L. Tavenner) filed by Erika L. Morabito of Foley & Lardner on behalf of Lynn L. Tavenner. (Morabito, Erika) [ECF No. 846]

    b.  Notice of Motion and Notice of Hearing (Re: related document(s)844 Application for Compensation filed by Lynn L. Tavenner, 845 Application for Compensation filed by Lynn L. Tavenner, 847 Application for Compensation filed by Lynn L. Tavenner, 848Application for Compensation filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 5/27/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 849]

    c.  Exhibit - *Schedule A* (Re: related document(s)849 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, 853 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, 856 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 889]

Response Deadline:    May 20, 2021

Responses Filed:    None

Status:    The Trustee will request that the Court approve the Application.

8. Application for Compensation for Tavenner & Beran, PLC as Counsel for the Chapter 7 Trustee/Estate - *FOURTH INTERIM APPLICATION OF TAVENNER & BERAN, PLC FOR ALLOWANCE OF COMPENSATION AND EXPENSE REIMBURSEMENT AS COUNSEL TO THE CHAPTER 7 TRUSTEE* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 847]

Related documents:

    a.  Notice of Motion and Notice of Hearing (Re: related document(s)844 Application for Compensation filed by Lynn L. Tavenner, 845 Application for Compensation filed by Lynn L. Tavenner, 847 Application for Compensation filed by Lynn L. Tavenner, 848Application for Compensation filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 5/27/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 849]

    c.  Exhibit - *Schedule A* (Re: related document(s)849 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, 853 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, 856 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 889]

    Response Deadline:    May 20, 2021

    Responses Filed:    None

    Status:    The Trustee will request that the Court approve the Application

9. Second Application for Compensation for CR3 Partners, LLC as Financial Advisor filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 848]

   Related documents:

   a. Notice of Motion and Notice of Hearing (Re: related document(s)844 Application for Compensation filed by Lynn L. Tavenner, 845 Application for Compensation filed by Lynn L. Tavenner, 847 Application for Compensation filed by Lynn L. Tavenner, 848Application for Compensation filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 5/27/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 849]

   b. Exhibit - *Schedule A* (Re: related document(s)849 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, 853 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, 856 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 889]

       Response Deadline:    May 20, 2021

       Responses Filed:    None

       Status:    The Trustee will request that the Court approve the Application.

10. Updates

    a. Case Status

    b.  Report pursuant to Local Rule 2015-(a)-(1)(A)

Respectfully submitted,

**LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

Dated: May 27, 2021  
Richmond, Virginia

By: */s/ Paula S. Beran*  
Paula S. Beran, Esquire (VSB No. 34679)  
PBeran@TB-LawFirm.com  
Tavenner & Beran, PLC  
20 North 8th Street  
Richmond, Virginia 23219  
Telephone: (804) 783-8300  
Telecopier: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

### CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court and applicable orders, I certify that on this 27th day of May 2021, a true copy of the foregoing Agenda was sent electronically to all parties receiving ECF notices in this Case.

*/s/ Paula S. Beran*  
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*