**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>Debtor | Case No.<br>19-34574-KRH<br><br>Chapter 7 |

**ORDER GRANTING FOURTH INTERIM APPLICATION OF**
**TAVENNER & BERAN, PLC FOR ALLOWANCE OF COMPENSATION AND**
**EXPENSE REIMBURSEMENT AS COUNSEL FOR THE CHAPTER 7 TRUSTEE**

This matter came before the Court upon the Fourth Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel for the Chapter 7 Trustee (the "**Application**") filed by Tavenner & Beran, PLC ("**Tavenner & Beran**"); and it appearing to the Court that (i) Tavenner & Beran provided proper notice of the Application to all necessary parties; (ii) no objections to the Application have been filed; and (iii) the request for compensation as allowed herein is reasonable, it is hereby ORDERED that:

1. The Application is hereby approved;

2. The request for compensation in the amount of $212,925.00 for fees and $1,133.13 for expenses for a total of $214,058.13 by Tavenner & Beran be and hereby is allowed on an interim basis;

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

3.  The Chapter 7 Trustee is authorized, but not directed, to pay to Tavenner & Beran the amount of compensation allowed herein as a Chapter 7 administrative expense; and

4.  Upon entry, the Clerk shall serve by electronic delivery or first-class mail, postage prepaid, copies of this Order on the Office of the United States Trustee, the Chapter 7 Trustee, and counsel for the Chapter 7 Trustee.

ENTERED: Jun 4 2021

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Jun 8 2021

We ask for this:

/s/ Paula S. Beran
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Seen and Not Objected to:

/s/ Shannon F. Pecoraro
Shannon F. Pecoraro (Va. Bar No. 46864)
Department of Justice
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
Tel: (804) 771-2310
Fax: (804) 771-2330

## Local Rule 9022-1 Certification

I hereby certify that, pursuant to Local Rule 9022-1, the foregoing proposed *Order* has either been served upon and/or endorsed by all necessary parties.

*/s/ Paula S. Beran*
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

**Service List for Entered Order**

Shannon F. Pecoraro, Esquire
Office of the United States Trustee
701 East Broad Street, Room 4304
Richmond, Virginia 23219

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219