**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re: | Case No. |
| LeClairRyan, PLLC,[1] | 19-34574-KRH |
| Debtor | Chapter 7 |

**ORDER APPROVING COMPENSATION**
**OF ACCOUNTANT FOR TRUSTEE**

Comes now Lynn L. Tavenner, Trustee (the "Trustee), on behalf of Barry Strickland &
Company, Certified Public Accountants, accountant for the bankruptcy estate of the Debtor, on its
Application for Compensation (the "Application") for services rendered on behalf of the Trustee;
and

It appearing to the Court that proper Notice of the Application was mailed to all creditors
and parties in interest, no objections having been filed and hearing having been held, it is hereby

**ORDERED** that Barry Strickland & Company be awarded compensation in the amount of
**$17,127.50** for services rendered as accountant and the sum of **$218.90** for reimbursement of
expenses, and the Trustee is hereby authorized to pay the amounts so allowed.

Entered: Jun 4 2021

/s/ Kevin R Huennekens
United States Bankruptcy Judge

Entered On Docket: Jun 8 2021

We ask for this:

*/s/ Paula S. Beran*
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and
the last four digits of the Debtor's federal tax identification number are 2451.

Telephone: (804) 783-8300
Facsimile: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*


Seen and No Objection:

*/s/ Shannon F. Pecoraro*
Shannon F. Pecoraro (Va. Bar No. 46864)
Department of Justice
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
Tel: (804) 771-2310
Fax: (804) 771-2330


**Local Rule 9022-1 Certification**

I hereby certify that, pursuant to Local Rule 9022-1, the foregoing proposed *Order* has either been served upon and/or endorsed by all necessary parties.

*/s/ Paula S. Beran*
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

**Service List for Entered Order**

Shannon F. Pecoraro, Esquire
Office of the United States Trustee
701 East Broad Street, Room 4304
Richmond, Virginia 23219

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219