UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LeClairRyan, PLLC, | ) | Case No.: 19-34574-KRH |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Paul A. Driscoll give notice of his appearance on behalf of Lisa M. Murphy, a creditor in this case, and requests that all notices, motions, and other papers concerning Ms. Murphy be served on him under Fed. R. Bankr. P. 9010.

Date:    August 2, 2021                                  LISA M. MURPHY


                                                         By:  /s/ *Paul A. Driscoll*


Paul A. Driscoll
Virginia State Bar No. 33476
Zemanian Law Group
223 East City Hall Avenue, Suite 201
Norfolk, Virginia  23510
Telephone: (757) 622-0090
Facsimile: (757) 622-0096
E-mail:    paul@zemanianlaw.com
*Counsel for Lisa M. Murphy*

### CERTIFICATE OF SERVICE

I certify that I filed the forgoing electronically with the Clerk on August 2, 2021, with service on all necessary parties via ECF on the same day.

                                                         /s/ *Paul A. Driscoll*