**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

|  |  |
|---|---|
| In re: | |
| **LeClairRyan, PLLC,** | **Case No.: 19-34574-KRH** |
| **Debtor.** | **Chapter 7** |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the law firms of William A. Broscious, Esq., PLC, and Gentry Locke, as counsel for Gary D. LeClair, hereby enter their appearances pursuant to Section 1109(b) of the Bankruptcy Code and Fed. R. Bankr. P. 9010(b) in the referenced bankruptcy case commenced by LeClairRyan, PLLC (the "Debtor"), and request, pursuant to Rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, that all papers, pleadings, motions, and applications served or required to be served in the cases be given to and served on the following:

| | |
|---|---|
| William A. Broscious, Esquire<br>William A. Broscious, Esq., PLC<br>P.O. Box 71180<br>Henrico, Virginia 23255 | wbroscious@brosciouslaw.com<br>Tel. No: (804) 533-2734 |
| -and- | |
| J. Scott Sexton, Esquire<br>Andrew M. Bowman, Esquire<br>Gentry Locke<br>P.O. Box 40013<br>Roanoke, Virginia 24002 | sexton@gentrylocke.com<br>bowman@gentrylocke.com<br>Tel No: (540) 983-9300 |

_____
William A. Broscious, Esquire (VSB #27436)
William A. Broscious, Esq., PLC
P.O. Box 71180
Henrico, Virginia 23255
Tel. No: (804) 533-2734
wbroscious@brosciouslaw.com

*Counsel for Gary D. LeClair*

**PLEASE TAKE FURTHER NOTIC**E that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of the rights of Mr. LeClair (i) to have final orders in noncore matters entered only after de novo review by a district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy or proceeding related to these cases, (iii) to have a district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest service of process, or (v) to any other rights, claims, actions, setoffs or recoupments to which Mr. LeClair may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Date: August 13, 2021

By: */s/ William A. Broscious*  
　　　　　Counsel

William A. Broscious, Esquire (VSB #27436)  
WILLIAM A. BROSCIOUS, ESQ., PLC  
P.O. Box 71180  
Henrico, Virginia 23255  
(804) 533-2734  
wbroscious@brosciouslaw.com

J. Scott Sexton, Esquire (VSB #29284)  
Andrew M. Bowman, Esquire (VSB #86754)  
GENTRY LOCKE  
P.O. Box 40013  
Roanoke, Virginia 24002  
(540) 983-9300

*Counsel for Gary D. LeClair*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2021, an electronic copy of the foregoing Notice of Appearance and Request for Service was filed using the Court's ECF System which caused electronic notification of filing to be served on all registered users of the ECF System that have requested such notification in the Debtor's bankruptcy proceeding.

*/s/ William A. Broscious*
William A. Broscious, Esquire