J. Scott Sexton (VSB No. 29284)  
Andrew M. Bowman (VSB No. 86754)  
GENTRY LOCKE  
P.O. Box 40013  
Roanoke, Virginia 24022  
Telephone:   540.983.9300  
Fax:   540.983.9400  
Email:   sexton@gentrylocke.com  
   bowman@gentrylocke.com  

William A. Broscious (VSB No. 27436)  
William A. Broscious, Esq., PLC  
P.O. Box 71180  
Henrico, Virginia 23255  
Telephone:   804.533.2734  
Email:   wbroscious@brosciouslaw.com  

*Counsel for the Former Attorney*

**UNITED STATES BANKRUPTCY COURT**  
**EASTERN DISTRICT OF VIRGINIA**  
**Richmond Division**

| | |
|---|---|
| **In re:**<br><br>**LeClairRyan, PLLC,**<br><br>**Debtor.** | Case No.: 19-34574-KRH<br><br>Chapter 7 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT a LeClairRyan, PLLC former attorney (the "Former Attorney"), by counsel, has filed a Motion to Seal in the above-referenced proceeding. A copy of the Motion is attached.

PLEASE TAKE FURTHER NOTICE THAT the Court will entertain the Motion at the upcoming omnibus hearing on August 19, 2021, at 11:00 a.m. (or such time thereafter as the matter may be heard). In connection with the same, the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge. Due to the COVID−19 public health emergency, no in-person hearings are being held. This hearing will take place remotely through Zoom on the date and time scheduled herein. To appear at the hearing, you must use the following Zoom registration link:

https://www.zoomgov.com/meeting/register/vJItcuyurT4uGUza77r1a7XmQbZhJCVxE1M

You can also dial in through the listen-only conference line:

Dial: 1-866-590-5055  
Access Code: 4377075  
Security Code: 81921

Respectfully submitted this 16th day of August, 2021.

29646/1/10038409v1

FORMER ATTORNEY

/s/ Andrew M. Bowman

J. Scott Sexton (VSB No. 29284)
Andrew M. Bowman (VSB No. 86754)
GENTRY LOCKE
P.O. Box 40013
Roanoke, Virginia 24022
Telephone:  540.983.9300
Fax:             540.983.9400
Email:         sexton@gentrylocke.com
                    bowman@gentrylocke.com

William A. Broscious (VSB No. 27436)
William A. Broscious, Esq., PLC
P.O. Box 71180
Henrico, Virginia 23255
Telephone: 804.533.2734
Email:        wbroscious@brosciouslaw.com

*Counsel for the Former Attorney*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 16th day of August, 2021, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to all counsel of record.

                                              /s/ Andrew M. Bowman