## Exhibit A

## Proposed Order

10750-00001/12913641.8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>LeClairRyan PLLC,<br><br>Debtor.[1] | Case No. 19-34574-KRH<br><br>Chapter 7 |

**ORDER APPROVING FIRST INTERIM APPLICATION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP AS SPECIAL COUNSEL TO THE TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**

Upon consideration of the First Interim Application (the "**Application**")[2] of Quinn Emanuel Urquhart & Sullivan, LLP ("**Quinn**") as special counsel to Lynn L. Tavenner, not individually, but solely in her capacity as the Chapter 7 trustee (in such capacity, the "**Chapter 7 Trustee**" and/or the "**Trustee**") of the bankruptcy estate (the "**Estate**") of LeClairRyan PLLC ("**LeClairRyan**" and/or the "**Debtor**"), in the above-referenced Chapter 7 case (the "**Case**") for the period from May 18, 2021 through July 31, 2021 (the "**First Interim Period**"); and the Court having reviewed the Application, and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.   The Application is **APPROVED** in its entirety on an interim basis.

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

[2] Capitalized terms used but not defined in this Order shall have the meanings given to them in the Application.

2. Quinn is allowed interim compensation and reimbursement of expenses for the Fourth Interim Period in the amounts set forth in the Application.

3. Quinn is awarded, on an interim basis, Interim Administrative Fees in the amount of **$83,743.80** and reimbursement of actual, reasonable, and necessary expenses incurred by Quinn during the First Interim Period expenses in the amount of **$27,946.94**.

4. Quinn is awarded, on an interim basis, Contingent Fees in the amount of **$805,350**.

5. The Trustee is authorized to pay to Quinn the total amount of **$805,350** from the Estate if the Trustee deems such funds are available.

6. The Trustee is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

7. Quinn is granted a limited waiver of Bankruptcy Rule 2002(a)(6) and Local Rule 2002-1 to serve a full copy of the Application as proposed therein.

8. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

9. This Order shall be effective immediately upon entry.

Dated: _____          _____
        Richmond, Virginia                United States Bankruptcy Judge

WE ASK FOR THIS:

QUINN EMANUAL URQUHART &
 SULLIVAN, LLP

_____
Erika L. Morabito (VSB No. 44369)
1300 I Street, NW, Suite 900
Washington, DC  20005
(202) 538-8000 Telephone
(202) 538-8100 Facsimile
erikamorabito@quinnemanuel.com

*Special Counsel to the Chapter 7 Trustee*

## **LOCAL RULE 9022-1 CERTIFICATION**

I, Erika L. Morabito, hereby certify that the foregoing proposed order was served upon all necessary parties.

 

_____<br>
Special Counsel to the Chapter 7 Trustee

**Service List for Entered Order**

Shannon F. Pecoraro, Esquire
Office of the United States Trustee
701 East Broad Street, Room 4304
Richmond, Virginia 23219

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

10750-00001/12913641.8