# Exhibit F

**Detailed Chronological Itemization of Fees and Expenses**

**quinn emanuel trial lawyers**

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH |
SALT LAKE CITY |

Revised 8/31/21
June 08, 2021

Lynn L. Tavenner, Chapter 7 Trustee of the Bankruptcy Estate of
Tavenner & Beran, PLC
20 North 8th Street, 2nd Floor
Richmond, VA 23219

Matter #: 10750-00001
Invoice Number: 101-0000118366
Responsible Attorney: Erika Morabito

### LeClairRyan PLLC

For Professional Services through May 31, 2021 in connection with representation of Chapter 7 Trustee.

|  |  |
|---:|---:|
| Fees | $16,983.60 |
| Expenses | $1,308.46 |
| Net Amount | $18,292.06 |
| Total Due This Invoice | $18,292.06 |

**Confidential – May include attorney-client privileged and work-product information**

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich |
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

## quinn emanuel trial lawyers

| | |
|---|---|
| June 08, 2021 | Matter #: 10750-00001 |
| Page 2 | Invoice Number: 101-0000118366 |

## Statement Detail

**S2   Court Hearings**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/25/21 | BJN | Gather necessary information for omnibus hearing report and related correspondence and conference with Ms. E. Morabito regarding same (0.90); review and revise outline for hearing regarding same (0.60) | 1.50 | 1,620.00 |
| 05/26/21 | ELM | Attend to investigation and litigation updates for presentment at Omnibus hearing on May 27, 2021 (0.50); call with Ms. L. Tavenner and Ms. P. Beran regarding strategy for tomorrow's Omnibus hearing, including order of the agenda and updates regarding proposed blackline of the Order for the Motion to Amend the Claims Procedures Order and the 9019 Motion (1.10); begin outline for oral argument for tomorrow's Omnibus hearing (0.60); review and revise Application to Employ Quinn (0.50). | 2.70 | 3,717.90 |
| 05/26/21 | CK | Organize relevant documents in preparation for upcoming hearing and prepare binders of same for Ms. B. Nelson's review. | 1.20 | 448.80 |
| 05/27/21 | ELM | Prepare for and outline arguments for today's Omnibus hearing, including coordination with the Chapter 7 Trustee regarding same (2.40); attend monthly Omnibus hearing as Special Counsel to the Chapter 7 Trustee to provide investigation and litigation update, as well as to address Trustee's Motion to Modify the Claims Procedure Order and Support of the 9019 Motion (2.90); debrief call with clients to discuss next steps in light of rulings today from the Bankruptcy Court (0.40). | 5.70 | 7,848.90 |

# quinn emanuel trial lawyers

| | |
|---|---|
| June 08, 2021 | Matter #: 10750-00001 |
| Page 3 | Invoice Number: 101-0000118366 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 05/27/21 | BJN | Prepare for and participate in Omnibus hearing. | 3.10 | 3,348.00 |
| | | SUBTOTAL | 14.20 | 16,983.60 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Erika Morabito | ELM | Partner | 8.40 | 1,377.00 | 11,566.80 |
| Brittany Nelson | BJN | Partner | 4.60 | 1,080.00 | 4,968.00 |

| Case Assistants | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Connie Kim | CK | Paralegal | 1.20 | 374.00 | 448.80 |

## Expense Summary

| Description | Amount |
|---|---|
| Hotel | 378.48 |
| Out-of-Town Travel | 40.00 |
| Air travel | 475.40 |
| Document Services | 414.58 |
| Total Expenses | $1,308.46 |

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH |
SALT LAKE CITY |

Revised 8/31/21
July 12, 2021

Lynn L. Tavenner, Chapter 7 Trustee of the Bankruptcy Estate of
Tavenner & Beran, PLC
20 North 8th Street, 2nd Floor
Richmond, VA 23219

Matter #: 10750-00001
Invoice Number: 101-0000119942
Responsible Attorney: Erika Morabito

### LeClairRyan PLLC

For Professional Services through June 30, 2021 in connection with representation of Chapter 7 Trustee.

|  |  |
|---:|---:|
| Fees | $40,421.70 |
| Expenses | $424.73 |
| Net Amount | $40,846.43 |
| Total Due This Invoice | $40,846.43 |
| Balance Due from Previous Statement(s) | $18,292.06 |
| Total Balance Due | $59,138.49 |

Confidential – May include attorney-client privileged and work-product information

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich |
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

# quinn emanuel trial lawyers

| | |
|---|---|
| July 12, 2021 | Matter #: 10750-00001 |
| Page 2 | Invoice Number: 101-0000119942 |

## Statement Detail

**S1   Case Administration/Miscellaneous Matters**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/01/21 | ELM | Prepare for and participate on telephone conference call with QE Team to discuss WIP and Task lists for all matters being handled by Quinn on behalf of LeClair, including administrative and other miscellaneous matters (0.50). | 0.50 | 688.50 |
| 06/08/21 | ELM | Attend to agenda for internal call today to discuss global case strategy (0.20); update WIP and Task lists (0.10). | 0.30 | 413.10 |
| 06/10/21 | BJN | Draft agenda for client call and related correspondence with Ms. E. Morabito regarding same (0.40); related correspondence with client regarding same (0.10). | 0.50 | 540.00 |
| 06/11/21 | BJN | Prepare for and conference call with Quinn Team, Ms. P. Beran, and Ms. L. Tavenner regarding status update, strategy, other related issues. | 1.20 | 1,296.00 |
| 06/11/21 | ELM | Call with Ms. B. Nelson in advance of weekly call with client to discuss overall WIP and Task list items, updates on insurance and global strategy for the case. | 1.00 | 1,377.00 |
| 06/17/21 | ELM | Call with Ms. B. Nelson to discuss agenda for client call, task and WIP lists, insurance issues, Omnibus hearing and report on litigation and investigation. | 0.40 | 550.80 |
| 06/28/21 | ELM | Attend to WIP/Task lists for all matters being handled by Quinn on behalf of the Chapter 7 Trustee, including multiple emails and calls with QE Team regarding overall global strategy with various claims and causes of actions, insurance, and other miscellaneous matters impacted by simultaneous claims, | 0.80 | 1,101.60 |

**quinn emanuel** trial lawyers

| | | |
|---|---|---|
| July 12, 2021 | | Matter #: 10750-00001 |
| Page 3 | | Invoice Number: 101-0000119942 |

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| | | including strategy and proposed next steps for discussions with clients on June 20, 2021. | | |
| 06/29/21 | ELM | Attend internal QE call to discuss updated Task/WIP/Calendar, insurance, administrative and other miscellaneous matters in advance of call with Ms. P. Beran and Ms. L. Tavenner in order to discuss global strategy for the case (0.50); attend weekly call with client and Ms. P. Beran to address various administrative and miscellaneous matters, including overall strategy, insurance, upcoming omnibus hearing, and proposed next steps (0.70). | 1.20 | 1,652.40 |
| 06/30/21 | ELM | Attend to updated Task and WIP lists based upon requests of Ms. L. Tavenner on June 29 call (0.30). | 0.30 | 413.10 |
| | | SUBTOTAL | 6.20 | 8,032.50 |

**S2   Court Hearings**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 06/07/21 | ELM | Prepare for and participate in telephone conference with Ms. L. Tavenner and Ms. P. Beran to discuss various matters being handled by Quinn on behalf of the Chapter 7 Trustee, as well as other administrative and miscellaneous matters, including the agenda for the next Omnibus Hearing on June 24, 2021. | 1.10 | 1,514.70 |
| 06/15/21 | ELM | Follow up with Ms. B. Nelson regarding reporting at next Omnibus hearing based upon status of various matters being handled by Quinn on behalf of the Trustee (0.30). | 0.30 | 413.10 |
| 06/18/21 | BJN | Prepare for and participate on telephone call with client regarding status of various open issues, strategy, and upcoming hearing | 1.10 | 1,188.00 |

# quinn emanuel trial lawyers

| | | | | |
|---|---|---|---|---|
| July 12, 2021 | | | | Matter #: 10750-00001 |
| Page 4 | | | | Invoice Number: 101-0000119942 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | (0.80); follow up with Ms. E. Morabito regarding same (0.30). | | |
| 06/18/21 | ELM | Attend to multiple email correspondences from Quinn, Foley and client regarding the upcoming hearing on June 24th, including issues regarding relief from stay relating to insurance, as well as reservation of rights filed by Foley regarding QE retention. | 0.80 | 1,101.60 |
| 06/21/21 | BJN | Follow up with Foley regarding information needed for Omnibus hearing update (0.20); follow up with Quinn Team regarding information needed for Omnibus hearing updates (0.10). | 0.30 | 324.00 |
| 06/23/21 | ELM | Telephone conference with Ms. B. Nelson regarding investigation and financial reporting update for the Court for the Omnibus hearing on June 24, 2021, including needed follow up with the client and Foley regarding same. | 0.60 | 826.20 |
| 06/23/21 | BJN | Draft outline for update of court on Omnibus hearing and related conference with Ms. E. Morabito regarding same. | 0.80 | 864.00 |
| 06/24/21 | ELM | Correspondences with Ms. B. Nelson in advance of today's hearing regarding strategy (0.50); correspondences with Ms. B. Nelson during the hearing to address comments, arguments made by various counsel and how best to address same (0.80); post-hearing telephone conference with Ms. L. Tavenner, Ms. B. Nelson and Ms. P. Beran regarding arguments made at today's hearing, strategy and next steps in light of same (0.50); update QE Team regarding today's hearing and discuss strategy and next steps (0.30). | 2.10 | 2,891.70 |

# quinn emanuel trial lawyers

| | |
|---|---|
| July 12, 2021 | Matter #: 10750-00001 |
| Page 5 | Invoice Number: 101-0000119942 |

|  |  |  | SUBTOTAL | 7.10 | 9,123.30 |
|---|---|---|---|---|---|

**S6   Insurance**

| | | | | | |
|---|---|---|---|---|---|
| 06/03/21 | BJN | | Correspondence with Mr. E. Kay regarding potential assistance with Motion to Lift Stay related to insurance issues (0.40). | 0.40 | 432.00 |
| 06/04/21 | ELM | | Email exchanges with Mr. S. Kirpalani regarding insurance related questions as it relates to global strategy for all matters being handled by Quinn on behalf of the Chapter 7 Trustee, and follow up email correspondences with Quinn insurance colleague regarding same (0.40); follow up regarding Ms. L. Tavenner's request regarding the LeClair insurance issue given upcoming hearing on Motion to Lift Stay in June (0.20). | 0.60 | 826.20 |
| 06/07/21 | ELM | | Attend to insurance-related questions per request of Ms. L. Tavenner given upcoming relief from stay matter and advise in connection with same. | 0.40 | 550.80 |
| 06/08/21 | ELM | | Follow up email exchanges with Ms. P. Beran regarding insurance-related questions (0.30); conference call with Ms. B. Nelson regarding insurance follow up items based upon new information obtained from the clients and how same affects global strategy for the estate (0.50); general review of documents provided by Ms. P. Beran regarding insurance issues (0.60). | 1.40 | 1,927.80 |
| 06/09/21 | DLG | | Review documents and materials regarding insurance issues. | 0.90 | 1,239.30 |
| 06/10/21 | DLG | | Review documents and emails regarding insurance issues and research regarding same. | 1.60 | 2,203.20 |
| 06/11/21 | BJN | | Prepare for and telephone conference with Ms. D. Gilmore regarding | 0.60 | 648.00 |

## quinn emanuel trial lawyers

| | | | | |
|---|---|---|---|---|
| July 12, 2021 | | | | Matter #: 10750-00001 |
| Page 6 | | | | Invoice Number: 101-0000119942 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | follow up on insurance, other related issues. | | |
| 06/11/21 | ELM | Follow up with QE insurance expert on analysis regarding the two outstanding insurance issues discussed with Ms. L. Tavenner and Ms. P. Beran (0.30); call with Ms. B. Nelson regarding same (0.30). | 0.60 | 826.20 |
| 06/11/21 | DLG | Conference with Ms. B. Nelson regarding insurance issues and documents (0.50); review same and emails regarding same (3.00). | 3.50 | 4,819.50 |
| 06/13/21 | ELM | Call with Ms. B. Nelson to address the pending insurance-related issues given analysis from QE on pending Relief from Stay Motion. | 0.60 | 826.20 |
| 06/14/21 | DLG | Review insurance policy regarding entity coverage and arguments on opposition to motion to lift stay and emails regarding same. | 1.00 | 1,377.00 |
| 06/14/21 | BJN | Further correspondence with Ms. D. Gilmore regarding issues related to potential opposition to motion to stay insurance coverage issues. | 0.20 | 216.00 |
| 06/15/21 | BJN | Review policy demand letter and related issues and related correspondence with Ms. D. Gilmore regarding issues (0.20); prepare for and participate in telephone conference with Ms. D. Gilmore, Ms. P. Beran, Mr. E Kay, and Ms. L. Tavenner regarding issues related to potential objection to Motion to Lift Stay, other analysis of insurance issues (1.20); related follow up with Ms. E. Morabito regarding same (0.20). | 1.60 | 1,728.00 |
| 06/15/21 | ELM | Attend to outstanding insurance issues and client requests regarding same (0.30). | 0.30 | 413.10 |
| 06/15/21 | DLG | Prepare for call with clients (0.60); attend call with clients regarding | 2.70 | 3,717.90 |

# quinn emanuel trial lawyers

July 12, 2021      Matter #: 10750-00001
Page 7      Invoice Number: 101-0000119942

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| | | motion to lift stay (0.50); emails regarding same and regarding budget to oppose motion to stay (0.30); research regarding same (1.30). | | |
| 06/16/21 | ELM | Email correspondences with client, Ms. B. Nelson and insurance expert at Quinn regarding strategy and next steps as it relates to the pending Motion to Stay regarding insurance policy and proceeds, as well as follow up on coverage questions. | 0.40 | 550.80 |
| 06/22/21 | ELM | Advise regarding pending Motion for Relief from Stay as it relates to the insurance carrier in light of requests from Ms. L. Tavenner (0.40). | 0.40 | 550.80 |
| 06/30/21 | ELM | Follow up email correspondences with Ms. B. Nelson and Ms. P. Beran regarding insurance-related issues and advise regarding same (0.30). | 0.30 | 413.10 |
| | | SUBTOTAL | 17.50 | 23,265.90 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Danielle Gilmore | DLG | Partner | 9.70 | 1,377.00 | 13,356.90 |
| Erika Morabito | ELM | Partner | 14.40 | 1,377.00 | 19,828.80 |
| Brittany Nelson | BJN | Partner | 6.70 | 1,080.00 | 7,236.00 |

## Expense Summary

| Description | Amount |
|---|---|
| Deposition transcript | 30.10 |
| Express mail | 245.84 |
| Hearing transcript | 61.00 |
| Document Services | 87.79 |
| Total Expenses | $424.73 |

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH |
SALT LAKE CITY |

Revised 8/31/21
August 17, 2021

Lynn L. Tavenner, Chapter 7 Trustee of the Bankruptcy Estate of
Tavenner & Beran, PLC
20 North 8th Street, 2nd Floor
Richmond, VA 23219

Matter #: 10750-00001
Invoice Number: 101-0000121802
Responsible Attorney: Erika Morabito

### LeClairRyan PLLC

For Professional Services through July 31, 2021 in connection with representation of Chapter 7 Trustee.

| | |
|---|---:|
| Fees | $26,338.50 |
| Expenses | $73.65 |
| Net Amount | $26,412.15 |
| Total Due This Invoice | $26,412.15 |
| Balance Due from Previous Statement(s) | $59,138.49 |
| Total Balance Due | $85,550.64 |

Confidential – May include attorney-client privileged and work-product information

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich | sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city

**quinn emanuel trial lawyers**

August 17, 2021                                                                   Matter #: 10750-00001
Page 2                                                                                            Invoice Number: 101-0000121802

## Statement Detail

**S1   Case Administration/Miscellaneous Matters**

| | | | | |
|---|---|---|---|---|
| 07/06/21 | ELM | Prepare for and participate in weekly QE telephone conference call to discuss all Task/WIP matters, strategy and next steps for all matters being handled by Quinn on behalf of LeClairRyan (1.10). | 1.10 | 1,514.70 |
| 07/09/21 | ELM | Call with QE Team to discuss overall status and strategy with various matters being handled by Quinn on behalf of QE, including updated Task and WIP lists (0.50). | 0.50 | 688.50 |
| 07/14/21 | ELM | Review and comment on agenda for today's internal QE Team call regarding overall strategy with various matters, updated WIP and Task lists, including follow up items requested by Ms. L. Tavenner and Ms. P. Beran (0.30). | 0.30 | 413.10 |
| 07/18/21 | ELM | Review and revise agenda for weekly call with clients on July 19, 2021 (0.30); correspondences with Ms. B. Nelson regarding updated reports for July Omnibus hearing (0.40) attend to insurance issue requests of Ms. P. Beran, including consultation with QE Team regarding same (0.40). | 1.10 | 1,514.70 |
| 07/29/21 | ELM | Review and revise agenda for weekly status/strategy call with QE Team and Ms. L. Tavenner and Ms. P. Beran (0.40); global strategy call with QE Team regarding same in light of multiple overlapping matters/issues (0.50). | 0.90 | 1,239.30 |
| 07/30/21 | ELM | Attend to agenda for weekly call with clients (0.30); review and revise Task and WIP lists to discuss with clients for all matters being handled by Quinn (0.30); prepare for and participate on weekly call with clients | 1.40 | 1,927.80 |

## quinn emanuel trial lawyers

| | |
|---|---|
| August 17, 2021 | Matter #: 10750-00001 |
| Page 3 | Invoice Number: 101-0000121802 |

| | | | | |
|---|---|---|---|---|
| | | to discuss upcoming Omnibus hearing, deadlines to file various pleadings, outline of Motion to Amend the current Claims Procedure Motion, as well as updates by QE Team on various other matters outside of UnitedLex (0.80). | | |
| | | SUBTOTAL | 5.30 | 7,298.10 |

**S2   Court Hearings**

| | | | | |
|---|---|---|---|---|
| 07/13/21 | ELM | Call with Ms. B. Nelson regarding updates needed for the Omnibus hearing in July (0.40). | 0.40 | 550.80 |
| 07/19/21 | BJN | Prepare for and participate in telephone conference with Ms. E. Morabito, and QE internal team regarding Omnibus hearing and related strategy for same (0.70); prepare for and participate on telephone conference with Ms. E. Morabito regarding additional needed research, other strategy for participation of Omnibus hearing (0.30). | 1.00 | 1,080.00 |
| 07/19/21 | ELM | Participate in telephone conference call with QE Team regarding strategy for upcoming hearing (0.60); conference call with Ms. L. Tavenner and Ms. P. Beran regarding same (0.40); call with Ms. B. Nelson regarding follow up items needed in advance of Omnibus hearing on July 22, 2021 (0.30). | 1.30 | 1,790.10 |
| 07/20/21 | ELM | Correspondences with QE Team, Ms. P. Beran and Ms. L. Tavenner regarding tomorrow's Omnibus hearing, including update on revised order and comments to proposed agenda (0.40); call with Ms. B. Nelson regarding updates needed for the investigation/prosecution/collection part of the agenda for work done by | 0.70 | 963.90 |

# quinn emanuel trial lawyers

| | | | | |
|---|---|---|---|---|
| August 17, 2021 | | | | Matter #: 10750-00001 |
| Page 4 | | | | Invoice Number: 101-0000121802 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | QE (0.30). | | |
| 07/21/21 | BJN | Prepare for and participate in multiple telephone conferences with Ms. E. Morabito regarding needed additional preparation for Omnibus hearing (0.60); draft outline for Ms. E. Morabito for potential Motion to Amend Complaint and related correspondence and conferences regarding same (0.80); draft outline for preparation in hearing regarding status update and related follow up with Ms. E. Morabito regarding same (1.40). | 2.80 | 3,024.00 |
| 07/21/21 | ELM | Begin preparing for July 22, 2021 hearing (1.20). | 1.20 | 1,652.40 |
| 07/21/21 | ELM | Review of agenda in advance of tomorrow's Omnibus hearing, including revised Exhibits filed to same (0.30); call with Ms. B. Nelson regarding updates needed for the investigation, prosecution, collection part of the agenda for work done by QE (0.60); review and comment on draft outline of same (0.40); begin preparation of outline for oral argument regarding preview to the Court of items that may impact and require a modification to the current Claims Procedures Order in light of a likely Amended Complaint being forthcoming in one of the litigation proceedings (0.70); call with Ms. B. Nelson and Mr. R. Lee regarding same (0.40). | 2.40 | 3,304.80 |
| 07/22/21 | BJN | Prepare for and participate in Omnibus hearing (1.60); prepare for and telephone conference with Ms. E. Morabito, Ms. P. Beran, and Ms. L. Tavenner regarding potential resolution of dispute with Greenberg Traurig at upcoming hearing (0.50). | 2.10 | 2,268.00 |
| 07/22/21 | ELM | Call with Ms. L. Tavenner and Ms. P. | 2.40 | 3,304.80 |

# quinn emanuel trial lawyers

| | |
|---|---|
| August 17, 2021 | Matter #: 10750-00001 |
| Page 5 | Invoice Number: 101-0000121802 |

| | | | | |
|---|---|---|---|---|
| | | Beran in advance of today's hearing to discuss status update on various matters and strategy for hearing (0.50); prepare for and present at today's Omnibus hearing on behalf of the Chapter 7 Trustee (1.60); post hearing conference call with Ms. L. Tavenner and Ms. P. Beran (0.30). | | |
| 07/28/21 | ELM | Attend to Motion to Modify the Claims Procedures Order and outline for same as discussed with Ms. L. Tavenner and Ms. P. Beran (0.80). | 0.80 | 1,101.60 |
| | | SUBTOTAL | 15.10 | 19,040.40 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Erika Morabito | ELM | Partner | 14.50 | 1,377.00 | 19,966.50 |
| Brittany Nelson | BJN | Partner | 5.90 | 1,080.00 | 6,372.00 |

## Expense Summary

| Description | | Amount |
|---|---|---|
| Express mail | | 35.00 |
| Hearing transcript | | 12.60 |
| Document Reproduction | 0.15 | 19.65 |
| Color Document Reproduction | 0.40 | 6.40 |
| | Total Expenses | $73.65 |