# Adversary Proceeding Filed Under Seal