**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>Debtor | Case No. 19-34574-KRH<br><br>Chapter 7 |

**PROPOSED AGENDA FOR HEARING ON
SEPTEMBER 23, 2021, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on September 23, 2021, beginning at 11:00 a.m. via Zoom:

**Zoom registration link**:
https://www.zoomgov.com/meeting/register/vJItduugrjstGk8VKis6LnIUdXlZHiSwPUc

Listen-only conference line:
    Dial:  1-866-590-5055
    Access Code:  4377075
    Security Code:  92321

**I.    MATTERS OF THE TRUSTEE**

1. Interim Application for Compensation for Quinn Emanuel Urquhart & Sullivan as Special Counsel filed by Erika L. Morabito of Quinn Emanuel on behalf of Lynn L. Tavenner. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F) (Morabito, Erika) [ECF No. 992]

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Related documents:

    a. Sealed Exhibit (Re: related document(s)992 Application for Compensation filed by Lynn L. Tavenner) filed by Erika L. Morabito of Quinn Emanuel on behalf of Lynn L. Tavenner. (Morabito, Erika) [ECF No. 993]

    b. Notice of Motion and Notice of Hearing (Re: related document(s)992 Application for Compensation filed by Lynn L. Tavenner, 1030 Application for Compensation filed by Lynn L. Tavenner, 1032 Application for Compensation filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 9/23/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1034]

| | |
|---|---|
| Response Deadline: | September 16, 2021 |
| Responses Filed: | None |
| Status: | The Trustee will request that the Court approve on an interim basis the Application as filed. |

2. Third Application for Compensation for CR3 Partners, LLC as Financial Advisor filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1030]

    Related documents:

    a. Notice of Motion and Notice of Hearing (Re: related document(s)992 Application for Compensation filed by Lynn L. Tavenner, 1030 Application for Compensation filed by Lynn L. Tavenner, 1032 Application for Compensation filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 9/23/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1034]

| | |
|---|---|
| Response Deadline: | September 16, 2021 |
| Responses Filed: | None |
| Status: | The Trustee will request that the Court approve on an interim basis the Application as filed. |

3. Fifth Application for Compensation for Tavenner & Beran, PLC as Counsel for the Chapter 7 Trustee/Estate filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1032]

   Related documents:

   a. Notice of Motion and Notice of Hearing (Re: related document(s)992 Application for Compensation filed by Lynn L. Tavenner, 1030 Application for Compensation filed by Lynn L. Tavenner, 1032 Application for Compensation filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 9/23/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1034]

   | | |
   |---|---|
   | Response Deadline: | September 16, 2021 |
   | Responses Filed: | None |
   | Status: | The Trustee will request that the Court approve on an interim basis the Application as filed. |

4. Motion to Extend Time - *EIGHTH MOTION FOR ENTRY OF FURTHER ORDER EXTENDING THE CHAPTER 7 TRUSTEES TIME TO ASSUME, REJECT, AND/OR ASSIGN CERTAIN EXECUTORY CONTRACTS AND/OR LEASES OF PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(1)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 986]

   Related documents:

   a. Notice of Motion and Notice of Hearing (Re: related document(s)986 Motion to Extend Time filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 9/23/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 991]

   | | |
   |---|---|
   | Response Deadline: | September 16, 2021 |
   | Responses Filed: | None |
   | Status: | The Trustee will request the Court to enter an Order (i) extending the Assumption/Rejection Period through and including |

December 31, 2021, and (ii) granting such other and further relief that is just and proper.

5. Trustee's Motion to Authorize *(Motion for Immediate Authority to Operate Certain Aspects of Debtor's Business for a Limited Period and to Shorten Notice Thereof, and Memorandum in Support Thereof)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 144]

    Related documents:

    a. Notice of Motion and Notice of Hearing (Re: related document(s) 143 Motion to Approve Use of Cash Collateral filed by Lynn L. Tavenner, 144 Motion to Authorize filed by Lynn L. Tavenner, 145 Motion to Expedite Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 10/4/2019 at 01:30 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 146]

    b. Hearing held and continued; Motion Granted on Interim Basis; Order to be submitted (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner) Appearances: Paula Beran, Douglas Foley; Robert Van Arsdale. Hearing scheduled for 10/24/2019 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty) [ECF No. 149]

    c. Interim Order Authorizing Trustee to Operate Certain Aspects of Debtor's Business for a Limited Period. (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 10/24/2019 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Bullock, Nathaniel) [ECF No. 155]

    d. Supplemental Motion to Authorize (Trustee's Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) (Related Document(s) [144] Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 165]

    e. Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period (Re: related document(s) [144] Motion to Authorize filed by Lynn L. Tavenner) Continued Final Hearing scheduled for 12/19/2019 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Ramirez-Lowe, Suzan) [ECF No. 196]

f. Motion to Authorize (Trustee's Second Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) (Related Document(s) [144] Motion to Authorize filed by Lynn L. Tavenner, [165] Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 290]

g. Hearing continued; (Re: related document(s) [144] Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 2/25/2020 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty) [ECF No. 304]

h. Second Supplemental Order Authorizing Trustee to Operate Certain Aspects of Debtor's Business for a Limited Period Order (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner, 165 Motion to Authorize filed by Lynn L. Tavenner) Continued Hearing scheduled for 2/25/2020 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Ramirez-Lowe, Suzan) [ECF No. 313]

i. Motion to Authorize (Trustee's Third Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 359]

j. Hearing continued; (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 4/30/2020 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Trustee. (Oliver, Betty) [ECF No. 373]

k. Third Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period (Re: related document(s) 359 Motion to Authorize filed by Lynn L. Tavenner) (Ramirez-Lowe, Suzan) [ECF No. 396]

l. Motion to Authorize (Trustee's Fourth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 432]

m. Hearing continued; Appearance(s): Paula Beran for Trustee (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 6/25/2020 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty) [ECF No. 440]

n. Order Granting Trustee's Fourth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtors Business for a Limited Period (Related Doc # 432) (Ramirez-Lowe, Suzan) [ECF No. 452]

o. Supplemental Motion to Authorize (Trustee's Fifth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) (Related Document(s) [144] Motion to Authorize filed by Lynn L. Tavenner, [165] Motion to Authorize filed by Lynn L. Tavenner, [290] Motion to Authorize filed by Lynn L. Tavenner, [359] Motion to Authorize filed by Lynn L. Tavenner, [432] Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 535]

p. Hearing continued; Appearance(s): Paula Beran for Trustee (Re: related document(s) [144] Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 8/27/2020 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty) [ECF No. 545]

q. Fifth Supplemental Order Authorizing Trustee to Operate Certain Aspects of the Debtor's Business for a Limited Period(Re: related document(s) 535 Motion to Authorize filed by Lynn L. Tavenner) (Ramirez-Lowe, Suzan) [ECF No. 551]

r. Motion to Authorize (Trustee's Sixth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 598]

s. Hearing held and continued; Motion Granted on Interim Basis. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 12/17/2020 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty) [ECF No. 610]

t. Sixth Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of the Debtor's Business for a Limited Period. (Re: related document(s) 598 Motion to Authorize filed by Lynn L. Tavenner) (Ramirez-Lowe, Suzan) [ECF No. 619]

u. Statement – *Trustees Seventh Supplement to her Motion for Authority to Operate Certain Aspects of the Debtors Business for a Limited Period and memorandum In Support Thereof* (Re: related document(s) 619 Supplemental Order) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 710]

 v. Hearing Held and continued; Motion Granted on Interim Basis. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 3/25/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Gary, Lisa) [ECF No. 716]

 w. Order Granting Motion to Authorize Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period (Related Doc # 144) (Bray, Lynessa) [ECF No. 725]

 x. Trustee's Eighth Supplement to her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof (related document(s) 710 Trustee's Seventh Supplement filed by Paula S. Beran) [ECF No. 791]

 y. Hearing held and continued; Motion Granted on Interim Basis; Declaration of Lynn Tavenner 795 Admitted. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 6/24/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Gary, Lisa) [ECF 797]

 z. Eighth Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner, 791Statement filed by Lynn L. Tavenner) (Bullock, Nathaniel) [ECF 805]

 aa. Statement -*TRUSTEES NINTH SUPPLEMENT TO HER MOTION FOR AUTHORITY TO OPERATE CERTAIN ASPECTS OF THE DEBTORS BUSINESS FOR A LIMITED PERIOD AND MEMORANDUM IN SUPPORT THEREOF* (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 920]

 bb. Hearing held and continued; Motion Granted on Interim Basis; Declaration of Lynn Tavenner #924 Admitted. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 9/23/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Gary, Lisa) [ECF No. 925]

 cc. Ninth Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for A Limited Period. (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) (Bullock, Nathaniel) [ECF 955]

  dd. Statement - *TRUSTEES TENTH SUPPLEMENT TO HER MOTION FOR AUTHORITY TO OPERATE CERTAIN ASPECTS OF THE DEBTORS BUSINESS FOR A LIMITED PERIOD AND MEMORANDUM IN SUPPORT THEREOF* (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1048]

Response Deadline: September 20, 2021

Responses Filed: None

Status: The Trustee will request that the Court enter an Order, in substantially the same form as Exhibit A attached to the Supplement: (1) authorizing the Trustee to continue to conduct the Wind-down Operations (as defined in the Supplement) through and including December 31, 2021; (2) setting a continued hearing for December 21, 2021, at 11:00 a.m.; and (3) granting such other and further relief as is just and appropriate under the circumstances

## II. REPORTS

6. Case Status and Report pursuant to Local Rule 2015-(a)-(1)(A)

        Respectfully submitted,

        **LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

Dated: September 21, 2021  By: */s/ Paula S. Beran*
Richmond, Virginia     Paula S. Beran, Esquire (VSB No. 34679)
        PBeran@TB-LawFirm.com
        Tavenner & Beran, PLC
        20 North 8th Street
        Richmond, Virginia 23219
        Telephone: (804) 783-8300
        Telecopier: (804) 783-0178

        *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court and applicable orders, I certify that on this 21st day of September 2021, a true copy of the foregoing Agenda was sent electronically to all parties receiving ECF notices in this Case.

*/s/ Paula S. Beran*
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*