| | | |
|---|---|---|
| Matrix One Riverfront Plaza LLC<br>CN 4000 Forsgate Drive<br>Cranbury, NJ 08512<br>farias@matrixcompanies.com<br>jbombardo@matrixcompanies.com | Page White Farrer Limited<br>Bedford House, 21 John Street<br>Holborn, London WC1N 2BF<br>United Kingdom<br>david.roberts@pagewhite.com<br>james.smith@pagewhite.com | Shannon F. Pecoraro<br>Office of the United States Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219 |
| Super-Server, LLC<br>707 East Main Street, Suite 1425<br>Richmond, Virginia 23219<br>cjohnson@proxios.com<br>kcrowley@clrbfirm.com<br>pbutler@proxios.com | Thomson West-6292<br>P.O. Box 629<br>Carol Stream, IL 60197-6292 | Tyler P. Brown<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>tpbrown@huntonak.com |
| GLC Business Services, Inc.<br>28 Prince Street<br>Rochester, NY 14607<br>mhayes@glcbs.com | Post Oak Realty Investment Partners, LP<br>13355 Noel Road, 22nd Floor<br>Dallas, TX 75240 | Jason William Harbour<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>jharbour@huntonAK.com |
| Thomson Reuters Master Data Center<br>P.O. Box 673451<br>Detroit, MI 48267-3451<br>cristina.romualdez@thomsonreuters.com | Poe & Cronk Real Estate Group, Inc.<br>10 S Jefferson Street, Suite 1200<br>Roanoke, VA 24011<br>slawrence@poecronk.com | Henry Pollard Long, III<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>hlong@huntonAK.com |
| Carlyle Overlook JV, LLC<br>711 High Street<br>Des Moines, IA 50392<br>erin.albert@cushwake.com | BPP Lower Office REIT Inc.<br>BPP Connecticut Ave LLC –<br>BLDG ID: 26870<br>P.O. Box 209259<br>Austin, TX 78720-9259<br>christopher.lyons@transwestern.com | Jennifer Ellen Wuebker<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>jwuebker@huntonak.com |
| BCal, LLC c/o Beacon Capital Partners<br>200 State Street, 5th Floor<br>Boston, MA 02109<br>accountantmontgomery@avisonyoung.com | EYP Realty LLC<br>P.O. Box 844801<br>Los Angeles, CA 90084-4801<br>james.ishibashi@brookfield.com | Douglas M. Foley<br>MCGUIREWOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, Virginia 23219<br>dfoley@mcguirewoods.com |
| Parmenter Realty Fund III, Inc.<br>701 Brickell Avenue, Suite 2020<br>Miami, FL 33131<br>nreser@parmco.com | New Boston Long Wharf, LLC<br>c/o The Corporation Trust Company, r/a<br>1209 Orange Street<br>Wilmington, DE 19801 | Sarah B. Boehm<br>MCGUIREWOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, Virginia 23219<br>sboehm@mcguirewoods.com |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>eric.pike@lw.com | Iron Mountain Records Management<br>448 Broadway<br>Ulster Park, NY 12487<br>noe.lebeau@ironmountain.com<br>Bankruptcy2@ironmountain.com | Shawn R. Fox<br>MCGUIREWOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, Virginia 23219<br>sfox@mcguirewoods.com |
| 60 State TRS (DE) LLC<br>320 Park Avenue, Floor 17<br>New York, NY 10022<br>ahillman@oxfordproperties.com | NetRight Intermediate LLC<br>iManage LLC<br>540 W. Madison Street, Suite 2400<br>Chicago, IL 60661<br>agreen@clarkhill.com | ULX Partners, LLC<br>100 Broadway, 22nd Floor<br>New York, New York 1005<br>Nicholas Hinton<br>Daniel E. Reed<br>Nicholas.hinton@Unitedlex.com<br>Dan.reed@unitedlex.com |
| ConvergeOne, Inc.<br>3344 Highway 149<br>Eagan, MN 55121<br>esalley@convergeone.com<br>kyle.hosmer@faegredrinker.com | Integreon Managed Solutions (ND) Inc.<br>3247 47th Street South<br>Fargo, ND 58104<br>Derek.drizin@integreon.com | Karen M. Crowley, Esq.<br>Crowley Liberatore P.C.<br>150 Boush Street, Suite 300<br>Norfolk, VA 23510<br>kcrowley@clrbfirm.com |

| | | |
|---|---|---|
| Michael G. Gallerizzo, Esquire<br>Michael D. Nord, Esquire<br>GEBHARDT & SMITH LLP<br>One South Street, Suite 2200<br>Baltimore, Maryland 21202<br>mgall@gebsmith.com<br>mnord@gebsmith.com | Parma Richmond, LLC<br>c/o Kevin J. Funk<br>Durrette Arkema Gerson & Gill PC<br>1111 East Main Street, 16th Floor<br>Richmond, Virginia 23219<br>kfunk@dagglaw.com | David R. Ruby, Esquire<br>William D. Prince IV, Esquire<br>ThompsonMcMullan, P.C.<br>100 Shockoe Slip, Third Floor<br>Richmond, Virginia 23219<br>druby@t-mlaw.com<br>wprince@t-mlaw.com |
| Amy Simon Klug<br>HOLLAND & KNIGHT LLP<br>1650 Tysons Boulevard, Suite 1700<br>Tysons, VA 22102<br>amy.simon@hklaw.com | Joseph Corrigan<br>Iron Mountain Information Mgmt, LLC<br>One Federal Street<br>Boston, MA 02110<br>Bankruptcy2@ironmountain.com | JM Partners, LLC<br>Attn: John Marshall<br>6800 Paragon Place, Suite 202<br>Richmond, VA 23230-1656<br>JMarshall@JMPartnersLLC.com |
| SAUL EWING ARNSTEIN & LEHR LLP<br>Maria Ellena Chavez-Ruark, Esquire<br>500 East Pratt Street, 9th Floor<br>Baltimore, MD 21202<br>maria.ruark@saul.com | SAUL EWING ARNSTEIN & LEHR LLP<br>Robert C. Gill, Esquire<br>1919 Pennsylvania Avenue, N.W., Suite 550<br>Washington, D.C. 20006-3434<br>robert.gill@saul.com | Peter D. Bilowz, Esq.<br>Douglas B. Rosner, Esq.<br>GOULSTON & STORRS PC<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>pbilowz@goulstonstorrs.com<br>drosner@goulstonstorrs.com |
| David G. Barger<br>Thomas J. McKee, Jr.<br>Greenberg Traurig, LLP<br>1750 Tysons Boulevard, Suite 1000<br>McLean, Virginia 22102<br>bargerd@gtlaw.com<br>mckeet@gtlaw.com | Paul A. Driscoll<br>Zemanian Law Group<br>223 East City Hall Avenue, Suite 201<br>Norfolk, Virginia 23510<br>paul@zemanianlaw.com | Robert H. Chappell III, Esquire<br>SPOTTS FAIN PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>rchappell@spottsfain.com |
| Jennifer J. West, Esquire<br>SPOTTS FAIN PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>jwest@spottsfain.com | Neil E. McCullagh, Esquire<br>SPOTTS FAIN PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>nmccullagh@spottsfain.com | Karl A. Moses, Jr., Esquire<br>SPOTTS FAIN PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>kmoses@spottsfain.com |
| Michael G. Wilson, Esq.<br>MICHAEL WILSON PLC<br>PO Box 6330<br>Glen Allen, VA 23058<br>mike@mgwilsonlaw.com | Cynthia L. Hegarty<br>MORRISON SUND, PLLC<br>5125 County Road 101, Suite 200<br>Minnetonka, MN 55345<br>chegarty@morrisonsund.com | Shawn C. Whittaker, Esq.<br>Whittaker|Myers, PC<br>1010 Rockville Pike, Suite 607<br>Rockville, MD 20852<br>Shawn@whittakermyers.com |
| Nicola G. Suglia, Esquire<br>Fleischer, Fleischer & Suglia, P.C.<br>Four Greentree Centre<br>601 Route 73 N., Suite 305<br>Marlton, NJ 08053<br>consult@fleischerlaw.com | Joshua D. Stiff, Esquire<br>Grayson T. Orsini, Esquire<br>WOLCOTT RIVERS GATES<br>200 Bendix Road, Suite 300<br>Virginia Beach, Virginia 23452<br>jstiff@wolriv.com<br>gorsini@wolriv.com | Alexander R. Green, Esquire<br>CLARK HILL, PLC<br>1001 Pennsylvania Ave NW, STE 1300 S<br>Washington, D.C. 20004<br>agreen@clarkhill.com |
| Bank Direct Capital Finance<br>c/o Kevin J. Funk<br>Durrette Arkema Gerson & Gill PC<br>1111 East Main Street, 16th Floor<br>Richmond, Virginia 23219<br>kfunk@dagglaw.com | Amy Wiekel<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121<br>Ra-li-ucts-bankrupt@state.pa.us | Linda Georgiadis<br>c/o Ronald A. Page, Jr.<br>Ronald Page, PLC<br>P.O. Box 73087<br>N. Chesterfield, VA 23235<br>rpage@rpagelaw.com |
| Harris County<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson, LLP<br>Po Box 3064<br>Houston, TX 77253-3064<br>houston_bankruptcy@publicans.com | Latonya Mallory<br>c/o Robert T. Hall<br>Hall & Sethi, P.L.C<br>11260 Roger Bacon Drive, Suite 400<br>Reston, VA 20190<br>rthall@hallandsethi.com | Lynn L. Tavenner, Trustee<br>c/o Paula S. Beran, Esq.<br>Tavenner & Beran, PLC<br>20 N. 8th Street, 2nd Floor<br>Richmond, VA 23219<br>pberan@tb-lawfirm.com |
| Wilmington Trust, N.A.<br>Kelly Rae Gring, Esq.<br>Tromberg Law Group, LLC<br>413 Stuart Circle, Suite 314<br>Richmond, VA 23220<br>ecfva@tromberglawgroup.com<br>kgring@tromberglawgroup.com | First Legal Network, LLC<br>c/o Ronald A. Page, Jr.<br>Ronald Page, PLC<br>P.O. Box 73087<br>N. Chesterfield, VA 23235<br>rpage@rpagelaw.com | Creative Office Environments of Richmond, LLC<br>c/o William A. Gray, Esquire<br>William Gray, PLLC<br>2605 Kensington Ave<br>Richmond, VA 23220<br>graybklaw@gmail.com |

Paul M. Nussbaum, Esq.
WHITEFORD, TAYLOR & PRESTON LLP
7 Saint Paul Street
Baltimore, MD 21202
pnussbaum@wtplaw.com

Erika L. Morabito, Esq.
Quinn Emanuel
1300 I Street, N.W., Suite 900
Washington, DC 20005
erikamorabito@quinnemanuel.com

Jeffrey M. Orenstein, Member
Wolff & Orenstein, LLC
Shady Grove Plaza
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
JOrenstein@wolawgroup.com

William A. Broscious, Esquire
William A. Broscious, Esq., PLC
P.O. Box 71180
Henrico, Virginia 23255
wbroscious@brosciouslaw.com

Bradford F. Englander
Whiteford Taylor & Preston, LLP
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
benglander@wtplaw.com

Ronald S. Canter, Esq
Bradley Canter, Esq
200A Monroe Street, Suite 104
Rockville, MD 20850
bcanter@roncanterllc.com
rcanter@roncanterllc.com

J. Scott Sexton, Esquire
Andrew M. Bowman, Esquire
Gentry Locke
P.O. Box 40013
Roanoke, Virginia 24002
sexton@gentrylocke.com
bowman@gentrylocke.com

Dion W. Hayes, Esq.
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
dhayes@mcquirewoods.com

Franklin R. Cragle, III, Esquire
Hirschler Fleischer

2100 East Cary Street Richmond,
VA 23223-7078
fcragle@hirschlerlaw.com


Jed Donaldson, Esq.
LimNexus LLP
1050 Connecticut Ave. NW, Suite 500
Washington, DC
20036
jed.donaldson@limnex
us.com

Richard C. Maxwell, Esq.
Woods Rogers PLC
10 S. Jefferson Street, Suite 1800
Roanoke, VA 24011 rmaxwell@woodsrogers.com

Jeffrey S. Sabin
Carol A. Weiner
Venable LLP
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
jssabin@venable.com
cweinerlevy@venable.com

Paul A. Driscoll, Esq.
Zemanian Law Group
223 E. City Hall Ave.,
Suite 201Norfolk, VA
23510
paul@zemanianlaw.com

Roy M. Terry, Jr., Esq.
The Terry Law Firm PLLC
2711 Buford Rd., Ste 170
North Chesterfield, VA 23235
roymterry@gmail.com

Darek S. Bushnaq
Frederick W.H. Carter
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
dsbushnaq@venable.com
fwcarter@venable.com

Brandon R. Jordan, Esq
Robertson, Anschutz, Schneid & Crane LLC
11900 Parklawn Drive, Suite 310
Rockville, MD 20852
bjordan@raslg.com

Lori D. Thompson, Esq.
Spilman Thomas & Battle,
PLLC
LThompson@spilmanlaw.com