UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>    Debtor | Case No.<br>19-34574-KRH<br><br>Chapter 7 |

**SUPPLEMENTAL ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF QUINN EMANUEL URQUHART & SULLIVAN LLP AS SPECIAL COUNSEL**

This matter came before the Court upon the Trustee's Supplemental Application to Retain and Employ Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel (the "**Supplemental Application**"). The Court having reviewed the Supplemental Application, being fully advised in the premises, and having determined that the legal and factual bases set forth in the Supplemental Application establish just cause for the relief granted herein;

THE COURT HEREBY FINDS THAT:

A.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

B.     This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

C. Notice of the Supplemental Application (and service of the proposed order) was sufficient under the circumstances.

D. Providing the Quinn Retainer in accordance with the Supplemental Application and this Order is in the best interest of the Estate.

IT IS HEREBY ORDERED THAT:

1. The Supplemental Application is hereby APPROVED.

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Supplemental Application.

3. The Trustee may provide to Quinn Emanuel the Quinn Retainer.

5. The Quinn Retainer shall be held by Quinn Emanuel for the sole purpose of securing Approved Expenses. If the Estate is unable to pay any of the Approved Expenses, Quinn Emanuel shall have the right, but not the obligation, to draw such amounts from the Quinn Retainer. The Estate and Quinn Emanuel shall address any balance on the Quinn Retainer in connection with Quinn Emanuel's final fee application, providing details of its application and/or ultimate disposition to this Court and parties in interest.

6. Unless otherwise specifically addressed herein, all other terms of the Quinn Employment Order shall remain in full force and effect.

7. This Court shall retain exclusive jurisdiction over the Supplemental Application, as well as all matters related thereto.

Entered: Nov 1 2021

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Nov 2 2021

I ask for this:

*/s/ Paula S. Beran*
Paula S. Beran, Esquire (VSB No. 34679)
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*


Seen and not objected to:

*/s/ Shannon F. Pecoraro* (signature authority via 10/7/21 email)
Shannon F. Pecoraro, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
(804) 771-8004

*Office of the United States Trustee*

## CERTIFICATION

I hereby certify under Local Rule 9022-1 that the foregoing proposed Order was served on all requisite parties and has been endorsed by all necessary parties.

                                                  */s/ Paula S. Beran*
                                                  Paula S. Beran, Esquire


**SERVICE LIST FOR ENTERED ORDER**

Paula S. Beran, Esquire
20 North 8th Street, Second Floor
Richmond, Virginia 23219

Shannon F. Pecoraro, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219