**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>Debtor | Case No. 19-34574-KRH<br><br><br>Chapter 7 |

**PROPOSED AGENDA FOR HEARING ON
<u>NOVEMBER 16, 2021, AT 11:00 A.M. (PREVAILING EASTERN TIME)</u>**

Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on November 16, 2021, beginning at 11:00 a.m. via Zoom:

**Zoom registration link**:
https://www.zoomgov.com/meeting/register/vJIscuGuqDMsHxLhZ703LYSct-3M4BRjYtI

Listen-only conference line:
    Dial:  1-866-590-5055
    Access Code:  4377075
    Security Code:  111621

    **I.**    **MATTERS IN THE MAIN CASE**

1. Motion to Approve - *TRUSTEES MOTION FOR AN ORDER APPROVING (I) THE TRUSTEES RELIANCE ON DEBTORS LIST OF EQUITY SECURITY HOLDERS AND (II) PROCEDURES FOR OBTAINING COPIES OF FILED TAX RETURNS AND MEMORANDUM IN SUPPORT THEREOF* filed by Paula S. Beran of Tavenner &

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Beran, PLC on behalf of Lynn L. Tavenner. (Attachments: # (1) Exhibit(s) B through D) (Beran, Paula) [ECF No. 1086]

Related documents:

a. Notice of Motion and Notice of Hearing (Re: related document(s)1086 Motion to Approve filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 11/16/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1087]

| | |
|---|---|
| Response Deadline: | November 13, 2021 |
| Responses Filed: | Objection to Trustee's Motion to Approve (Re: related document(s)[1086] Motion to Approve filed by Lynn L. Tavenner) filed by Andrew M. Bowman of Gentry Locke on behalf of Gary D. LeClair. (Attachments: # (1) Exhibit(s) 1 # (2) Exhibit(s) 2 # (3) Exhibit(s) 3 # (4) Exhibit(s) 4 # (5) Exhibit(s) 5 # (6) Exhibit(s) 6) (Bowman, Andrew) [ECF No. 1092] |
| | Objection to Rodney K. Adams, John T. Jessee, Paul C. Kuhnel, and Andrew K. Clark's Limited Objection to Trustee's Motion for an Order Approving (I) The Trustee's Reliance on Debtor's List of Equity Security Holders and (II) Procedures for Obtaining Copies of Filed Tax Returns and Memorandum in Support Thereof (Re: related document(s)[1086] Motion to Approve filed by Lynn L. Tavenner) filed by Michael E. Hastings of Woods Rogers PLC on behalf of Rodney K. Adams, John T. Jessee, Paul C. Kuhnel, and Andrew K. Clark. (Hastings, Michael) [ECF No. 1093] |
| | Objection to Trustees Motion for an Order Approving (I) The Trustees Reliance on Debtors List of Equity Security Holders (II) Procedures for Obtaining Copies of Filed Tax Returns (Re: related document(s)[1086] Motion to Approve filed by Lynn L. Tavenner) filed by Diana Lyn Curtis McGraw of Fox Rothschild LLP on behalf of Elizabeth Acee. (Attachments: # (1) Exhibit(s) Exhibit A # (2) Exhibit(s) Exhibit B # (3) Exhibit(s) Exhibit C) (McGraw, Diana Lyn) [ECF No. 1094] |
| | Objection to Trustees Motion for an Order Approving (I) The Trustees Reliance on Debtors List of Equity Security Holders (II) Procedures for Obtaining Copies of Filed Tax Returns (Re: |

|  |  |
|---|---|
|  | related document(s)[1086] Motion to Approve filed by Lynn L. Tavenner) filed by Diana Lyn Curtis McGraw of Fox Rothschild LLP on behalf of Richard W. Bowerman, Paul Burleigh, Karol Corbin Walker, Mark Dombroff, Niclas Ferland, Janice Grubin, Charles Erik Gustafson, Christopher J. Lange, Jason Medley, Lori Thompson. (Attachments: # (1) Exhibit(s) # (2) Exhibit(s) # (3) Exhibit(s)) (McGraw, Diana Lyn) |
| Status: | The Trustee will request that the Court enter an order (a) approving the Motion and (b) granting such other and further relief as the Court may deem proper. |

## II.   MATTERS IN ADVERSARY PROCEEDINGS

2. Adversary Proceeding No. 21-03061 (Albanese) – Notice of Rescheduled Pre-Trial Conference filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner, as Chapter 7 Trustee. Pre-Trial Conference set for 11/16/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia, (Beran, Paula) [ECF No. 8]

   Status:  The Trustee will request that the matter be set for trial.

3. Adversary Proceeding No. 21-03056 (Mills) - Notice of Rescheduled Pre-Trial Conference filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner, as Chapter 7 Trustee. Pre-Trial Conference set for 11/16/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia, (Beran, Paula) [ECF No. 5]

   Status:  The Trustee and Defendant have continued to try to reach resolution even after the conclusion of mediation.  In the interest of continued good faith efforts towards settlement and initial understandings regarding the scheduling of the pretrial conference, the Trustee had agreed to request that the conference be set for the December omnibus hearing.  In addition, the Trustee and Defendant have now reached a settlement in concept. Thus, the Trustee respectfully requests that the matter be continued until December 21, 2021at 11:00 a.m. for documentation and requisite approval of said settlement.

### III. REPORTS

4. Case Status and Report pursuant to Local Rule 2015-(a)-(1)(A)

Respectfully submitted,

**LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

Dated: November 14, 2021  
Richmond, Virginia

By: */s/ Paula S. Beran*  
Paula S. Beran, Esquire (VSB No. 34679)  
PBeran@TB-LawFirm.com  
Tavenner & Beran, PLC  
20 North 8th Street  
Richmond, Virginia 23219  
Telephone: (804) 783-8300  
Telecopier: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

### CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court and applicable orders, I certify that on this 14 day of November 2021, a true copy of the foregoing Agenda was sent electronically to all parties receiving ECF notices in this Case.

*/s/     Paula S. Beran*  
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*