# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| In re: <br><br> LeClairRyan PLLC,[1] <br><br> Debtor | Case No. 19-34574-KRH <br><br> Chapter 7 |
| Lynn L. Tavenner, Chapter 7 Trustee, <br><br> Plaintiff <br><br> v. <br><br> LiteIdeas, LLC, <br> LiteSheet Solutions, LLC <br><br> Defendants | Adv. Proc. No. 21-03027-KRH |

## NOTICE OF PROPOSED SETTLEMENT

PLEASE TAKE NOTICE Lynn L. Tavenner, Trustee, and not individually but solely in her capacity as the Chapter 7 trustee (in such capacity, the "**Chapter 7 Trustee**" and/or the "**Trustee**") of the bankruptcy estate (the "**Estate**") of LeClairRyan PLLC ("**LeClairRyan**" and/or the "**Debtor**"), in the above-referenced Chapter 7 case (the "**Case**") by counsel, files this notice of proposed settlement (the "**AR Settlement Notice**").

## PROPOSED SETTLEMENT

| Defendant | Settlement Amount | Settlement Basis | Mtr Balance |
|---|---|---|---|
| | | | |
| LiteIdeas, LLC; and LiteSheet Solutions, LLC | $5,000.00 | Inability to pay; cost to litigate; ultimate recovery for Estate | $85,400.81 |
| | | | |

---

[1] The principal address of the Debtor as of the Petition Date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

### INSTRUCTIONS:

Persons have seven (7) business days from the date hereon (the "**Notice Period**") to object to the Proposed Settlement, pursuant to the objection procedures herein. If no objections are filed prior to the expiration of the Notice Period, the Proposed Settlement will be deemed fully authorized by the Court, at which time the Chapter 7 Trustee may proceed to consummate such settlement. Any objections to a Proposed Settlement must be (a) in writing, (b) state with specificity the ground for objection, (c) served by overnight or electronic mail on counsel to the Chapter 7 Trustee so as to be received prior to the expiration of the Notice Period, and (d) filed with the Court prior to the expiration of the Notice Period. If an objection to a Proposed Settlement is properly filed and served, then the Proposed Settlement may not proceed absent (a) withdrawal of the objection or (b) entry of an order of the Court specifically approving the Proposed Settlement. The Court may entertain any Proposed Settlement at the request of the Trustee at a scheduled Omnibus Hearing (as proposed and defined in the *Order Establishing Certain Notice, Case Management and Administrative Procedures* (the "**Case Management Order**"), ECF No. 38.

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

Respectfully submitted,

LYNN L. TAVENNER, CHAPTER 7 TRUSTEE

Dated: November 23, 2021
Richmond, Virginia

By: */s/ Paula S. Beran*
Paula S. Beran, Esquire (VSB No. 34679)
Tavenner & Beran, PLC
20 North 8th Street
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopier: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

### CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court, I certify that on this 23rd day of November 2021, a true copy of the foregoing Proposed Settlement Notice was filed on the Court's docket.

*/s/ Paula S. Beran*
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*