## SCHEDULE A

Matrix One Riverfront Plaza LLC
CN 4000 Forsgate Drive
Cranbury, NJ 08512
farias@matrixcompanies.com
jbombardo@matrixcompanies.com

Page White Farrer Limited
Bedford House, 21 John Street
Holborn, London WC1N 2BF
United Kingdom
david.roberts@pagewhite.com
james.smith@pagewhite.com

Shannon F. Pecoraro
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Super-Server, LLC
707 East Main Street, Suite 1425
Richmond, Virginia 23219
cjohnson@proxios.com
kcrowley@clrbfirm.com
pbutler@proxios.com

Thomson West-6292
P.O. Box 629
Carol Stream, IL 60197-6292

Tyler P. Brown
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219
tpbrown@huntonak.com

GLC Business Services, Inc.
28 Prince Street
Rochester, NY 14607
mhayes@glcbs.com

Post Oak Realty Investment Partners, LP
13355 Noel Road, 22nd Floor
Dallas, TX 75240

Jason William Harbour
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219
jharbour@huntonAK.com

Thomson Reuters Master Data Center
P.O. Box 673451
Detroit, MI 48267-3451
cristina.romualdez@thomsonreuters.com

Poe & Cronk Real Estate Group, Inc.
10 S Jefferson Street, Suite 1200
Roanoke, VA 24011
slawrence@poecronk.com

Henry Pollard Long, III
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219
hlong@huntonAK.com

Carlyle Overlook JV, LLC
711 High Street
Des Moines, IA 50392
erin.albert@cushwake.com

BPP Lower Office REIT Inc.
BPP Connecticut Ave LLC –
BLDG ID: 26870
P.O. Box 209259
Austin, TX 78720-9259
christopher.lyons@transwestern.com

Jennifer Ellen Wuebker
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219
jwuebker@huntonak.com

BCal, LLC c/o Beacon Capital Partners
200 State Street, 5th Floor
Boston, MA 02109
accountantmontgomery@avisonyoung.com

EYP Realty LLC
P.O. Box 844801
Los Angeles, CA 90084-4801
james.ishibashi@brookfield.com

Douglas M. Foley
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
dfoley@mcguirewoods.com

Parmenter Realty Fund III, Inc.
701 Brickell Avenue, Suite 2020
Miami, FL 33131
nreser@parmco.com

New Boston Long Wharf, LLC
c/o The Corporation Trust Company, r/a
1209 Orange Street
Wilmington, DE 19801

Sarah B. Boehm
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
sboehm@mcguirewoods.com

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834
eric.pike@lw.com

Iron Mountain Records Management
448 Broadway
Ulster Park, NY 12487
noe.lebeau@ironmountain.com
Bankruptcy2@ironmountain.com

Shawn R. Fox
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
sfox@mcguirewoods.com

60 State TRS (DE) LLC
320 Park Avenue, Floor 17
New York, NY 10022
ahillman@oxfordproperties.com

NetRight Intermediate LLC
iManage LLC
540 W. Madison Street, Suite 2400
Chicago, IL 60661
agreen@clarkhill.com

ULX Partners, LLC
100 Broadway, 22nd Floor
New York, New York 1005
Nicholas Hinton
Daniel E. Reed
Nicholas.hinton@Unitedlex.com
Dan.reed@unitedlex.com

ConvergeOne, Inc.
3344 Highway 149
Eagan, MN 55121
esalley@convergeone.com
kyle.hosmer@faegredrinker.com

Integreon Managed Solutions (ND) Inc.
3247 47th Street South
Fargo, ND 58104
Derek.drizin@integreon.com

Karen M. Crowley, Esq.
Crowley Liberatore P.C.
150 Boush Street, Suite 300
Norfolk, VA 23510
kcrowley@clrbfirm.com

Michael G. Gallerizzo, Esquire
Michael D. Nord, Esquire
GEBHARDT & SMITH LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
mgall@gebsmith.com
mnord@gebsmith.com

Parma Richmond, LLC
c/o Kevin J. Funk
Durrette Arkema Gerson & Gill PC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
kfunk@dagglaw.com

David R. Ruby, Esquire
William D. Prince IV, Esquire
ThompsonMcMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
druby@t-mlaw.com
wprince@t-mlaw.com

Amy Simon Klug
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
amy.simon@hklaw.com

Joseph Corrigan
Iron Mountain Information Mgmt, LLC
One Federal Street
Boston, MA 02110
Bankruptcy2@ironmountain.com

JM Partners, LLC
Attn: John Marshall
6800 Paragon Place, Suite 202
Richmond, VA 23230-1656
JMarshall@JMPartnersLLC.com

SAUL EWING ARNSTEIN & LEHR LLP
Maria Ellena Chavez-Ruark, Esquire
500 East Pratt Street, 9th Floor
Baltimore, MD 21202
maria.ruark@saul.com

SAUL EWING ARNSTEIN & LEHR LLP
Robert C. Gill, Esquire
1919 Pennsylvania Avenue, N.W., Suite 550
Washington, D.C. 20006-3434
robert.gill@saul.com

Peter D. Bilowz, Esq.
Douglas B. Rosner, Esq.
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110-3333
pbilowz@goulstonstorrs.com
drosner@goulstonstorrs.com

David G. Barger
Thomas J. McKee, Jr.
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
bargerd@gtlaw.com
mckeet@gtlaw.com

Paul A. Driscoll
Zemanian Law Group
223 East City Hall Avenue,
Suite 201
Norfolk, Virginia 23510
paul@zemanianlaw.com

Robert H. Chappell III, Esquire
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
rchappell@spottsfain.com

Jennifer J. West, Esquire
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
jwest@spottsfain.com

Neil E. McCullagh, Esquire
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
nmccullagh@spottsfain.com

Karl A. Moses, Jr., Esquire
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
kmoses@spottsfain.com

Michael G. Wilson, Esq.
MICHAEL WILSON PLC
PO Box 6330
Glen Allen, VA 23058
mike@mgwilsonlaw.com

Cynthia L. Hegarty
MORRISON SUND, PLLC
5125 County Road 101, Suite 200
Minnetonka, MN 55345
chegarty@morrisonsund.com

Shawn C. Whittaker, Esq.
Whittaker|Myers, PC
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Shawn@whittakermyers.com

Nicola G. Suglia, Esquire
Fleischer, Fleischer & Suglia, P.C.
Four Greentree Centre
601 Route 73 N., Suite 305
Marlton, NJ 08053
consult@fleischerlaw.com

Joshua D. Stiff, Esquire
Grayson T. Orsini, Esquire
WOLCOTT RIVERS GATES
200 Bendix Road, Suite 300
Virginia Beach, Virginia 23452
jstiff@wolriv.com
gorsini@wolriv.com

Alexander R. Green, Esquire
CLARK HILL, PLC
1001 Pennsylvania Ave NW, STE 1300 S
Washington, D.C. 20004
agreen@clarkhill.com

Bank Direct Capital Finance
c/o Kevin J. Funk
Durrette Arkema Gerson & Gill PC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
kfunk@dagglaw.com

Amy Wiekel
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121
Ra-li-ucts-bankrupt@state.pa.us

Linda Georgiadis
c/o Ronald A. Page, Jr.
Ronald Page, PLC
P.O. Box 73087
N. Chesterfield, VA 23235
rpage@rpagelaw.com

Harris County
c/o John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
Po Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

Latonya Mallory
c/o Robert T. Hall
Hall & Sethi, P.L.C
11260 Roger Bacon Drive, Suite 400
Reston, VA 20190
rthall@hallandsethi.com

Lynn L. Tavenner, Trustee
c/o Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 N. 8th Street, 2nd Floor
Richmond, VA 23219
pberan@tb-lawfirm.com

| | | |
|---|---|---|
| Wilmington Trust, N.A.<br>Kelly Rae Gring, Esq.<br>Tromberg Law Group, LLC<br>413 Stuart Circle, Suite 314<br>Richmond, VA 23220<br>ecfva@tromberglawgroup.com<br>kgring@tromberglawgroup.com | First Legal Network, LLC<br>c/o Ronald A. Page, Jr.<br>Ronald Page, PLC<br>P.O. Box 73087<br>N. Chesterfield, VA 23235<br>rpage@rpagelaw.com | Creative Office Environments of Richmond, LLC<br>c/o William A. Gray, Esquire<br>William Gray, PLLC<br>2605 Kensington Ave<br>Richmond, VA 23220<br>graybklaw@gmail.com |
| Paul M. Nussbaum, Esq.<br>WHITEFORD, TAYLOR & PRESTON LLP<br>7 Saint Paul Street<br>Baltimore, MD 21202<br>pnussbaum@wtplaw.com | William A. Broscious, Esquire<br>William A. Broscious, Esq., PLC<br>P.O. Box 71180<br>Henrico, Virginia 23255<br>wbroscious@brosciouslaw.com | J. Scott Sexton, Esquire<br>Andrew M. Bowman, Esquire<br>Gentry Locke<br>P.O. Box 40013<br>Roanoke, Virginia 24002<br>sexton@gentrylocke.com<br><br>bowman@gentrylocke.com |
| Erika L. Morabito, Esq.<br>Quinn Emanuel<br>1300 I Street, N.W., Suite 900<br>Washington, DC 20005<br>erikamorabito@quinnemanuel.com | Bradford F. Englander<br>Whiteford Taylor & Preston, LLP<br>3190 Fairview Park Drive, Suite 800<br>Falls Church, Virginia 22042<br>benglander@wtplaw.com | Dion W. Hayes, Esq.<br>McGuireWoods LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219-3916<br>dhayes@mcquirewoods.com |
| Jeffrey M. Orenstein, Member<br>Wolff & Orenstein, LLC<br>Shady Grove Plaza<br>15245 Shady Grove Road<br>Suite 465<br>Rockville, Maryland 20850<br>JOrenstein@wolawgroup.com | Ronald S. Canter, Esq<br>Bradley Canter, Esq<br>200A Monroe Street, Suite 104<br>Rockville, MD 20850<br>bcanter@roncanterllc.com<br>rcanter@roncanterllc.com | Franklin R. Cragle, III, Esquire<br>Hirschler Fleischer<br><br>2100 East Cary Street Richmond, VA 23223-7078<br>fcragle@hirschlerlaw.com |
| Jed Donaldson, Esq.<br>LimNexus LLP<br>1050 Connecticut Ave. NW, Suite 500<br>Washington, DC 20036<br>jed.donaldson@limnexus.com | Paul A. Driscoll, Esq.<br>Zemanian Law Group<br>223 E. City Hall Ave.,<br>Suite 201Norfolk, VA 23510<br>paul@zemanianlaw.com | Brandon R. Jordan, Esq<br>Robertson, Anschutz, Schneid & Crane LLC<br>11900 Parklawn Drive, Suite 310<br>Rockville, MD 20852<br>bjordan@raslg.com |
| Richard C. Maxwell, Esq.<br>Woods Rogers PLC<br>10 S. Jefferson Street, Suite 1800<br>Roanoke, VA 24011  rmaxwell@woodsrogers.com | Roy M. Terry, Jr., Esq.<br>The Terry Law Firm PLLC<br>2711 Buford Rd., Ste 170<br>North Chesterfield, VA 23235<br>roymterry@gmail.com | Lori D. Thompson, Esq.<br>Spilman Thomas & Battle, PLLC<br>LThompson@spilmanlaw.com |
| Jeffrey S. Sabin<br>Carol A. Weiner<br>Venable LLP<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020<br>jssabin@venable.com<br><br>cweinerlevy@venable.com | Darek S. Bushnaq<br>Frederick W.H. Carter<br>Venable LLP<br>750 E. Pratt Street, Suite 900<br>Baltimore, Maryland 21202<br>dsbushnaq@venable.com<br><br>fwcarter@venable.com | William Holm<br>6400 Boulevard View<br>Alexandria, VA  22307<br>emholmrd@gmail.com |
| William Janicki<br>1225 Macaulay Cir<br>Carmichael, CA  95608<br>bill@chs.law<br>wjanicki2425@gmail.com | Thomas Wolf<br>3810 Seminary Avenue<br>Richmond, VA 23227<br>twolf@MilesStockbridge.com | Michael Hastings, Esq.<br>Woods Rogers PLC<br>10 S. Jefferson Street, Suite 1800<br>Roanoke, VA 24011<br>mhastings@woodsrogers.com |

| | | |
|---|---|---|
| A. Lee Hogewood III<br>K&L Gates LLP<br>4350 Lassiter at North Hills Avenue, Suite 300<br>P.O. Box 17047<br>Raleigh, North Carolina 27619<br>lee.hogewood@klgates.com | Warren A. Usatine<br>25 Main Street<br>Hackensack, NJ 07601<br>wusatine@coleschotz.com | Diana Lyn Curtis McGraw<br>Fox Rothschild LLP<br>2020 K Street, N.W.<br>Suite 500<br>Washington, D.C. 20006<br>DMcGraw@foxrothschild.com |
| John D. McIntyre<br>McIntyre Stein, PLLC<br>101 W. Main Street, Suite 920<br>Norfolk, Virginia 23510<br>jmcintyre@mcintyrestein.com | Daniel Carrigan<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>901 K Street NW<br>Suite 900<br>Washington, DC 20001<br>dcarrigan@bakerdonelson.com | John P. Rowley III<br>Arnall Golden Gregory LLP<br>1775 Pennsylvania Avenue NW, Suite 1000<br>Washington, DC 20006<br>John.Rowley@agg.com |
| Christopher A. Hurley<br>SPOTTS FAIN PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>churley@spottsfain.com | Patricia Peden<br>1901 Harrison Street, Suite 900<br>Oakland California, 94612<br>ppedenlaw@gmail.com;<br>ppeden@bwslaw.com | Janine Bowen<br>591 Gateway PT.<br>Stone Mountain GA 30087<br>jbowen@bakerlaw.com |
| Jason Zakia<br>White & Case<br>111 South Wacker Drive<br>Chicago, IL 60606-4302<br>jzakia@whitecase.com | Sarah Moffett<br>Fisher & Phillips LLP<br>8200 Greensboro Drive, Suite 900<br>McLean, VA 22102 | Alfred W. Sloan<br>2261 Market Street, #147<br>San Francisco, CA 94114 |
| Maureen T. Bass<br>Cullen and Dykman LLP<br>44 Wall Street<br>New York, NY 10005-240 | William W. Belt, Jr.<br>1900 Sandpiper Street<br>Naples, FL 34102 | Josiah M. Black<br>Steward Health Care System LLC<br>Two Copley Place, Suite 101<br>Boston, MA 02116 |
| Tara A. Branscom<br>2830 S. Jefferson Street SE<br>Roanoke, VA 24014 | Philip Robert Brinson<br>1125 E 2nd Street<br>Houston, TX 77009 | Barry A. Cozier<br>84 Sterling Street, Apt 2D<br>Brooklyn, NY 11225 |
| James A. Kosch<br>56 Fairhaven Drive<br>Allendale, NJ 07401 | Duane Mathiowetz<br>55 Shelley Drive<br>Mill Valley, CA 94941 | Thomas O'Leary<br>430 S. Broadway, Unit 102<br>Los Angeles, CA 90013 |
| Debra J. C. Dowd<br>812 Moorefield Park Drive, Suite 201<br>N. Chesterfield, VA 23236 | Lee A. Albanese<br>Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400 \|<br>Florham Park, NJ 07932-0677<br>albanesel@gtlaw.com  \| | James C. Cosby<br>411 E. Franklin St, Suite 500<br>Richmond\| VA 23219<br>JCosby@ohaganmeyer.com |
| William E. Callahan Jr.<br>10 Franklin Road SE, Suite 900<br>Roanoke, VA 24011<br>Callahan@gentrylocke.com | Kevin J. Funk<br>Durrette Arkema Gerson & Gill PC<br>1111 East Main Street, 16th Floor<br>Richmond, Virginia 23219<br>kfunk@dagglaw.com | Rebecca L. Saitta<br>Wiley Rein LLP<br>1776 K Street NW •<br>Washington, DC 20006<br>rsaitta@wiley.law |
| Timothy Adelman<br>404 Queens Court<br>Stevensville, MD 21666<br>tadel001@yahoo.com | Rick Chang<br>Morgan Franich Fredkin Siamas & Kays LLP<br>333 W San Carlos Street, Suite 1050<br>San Jose, CA 95110-273<br>rchang@mffmlaw.com | Michael Conway<br>5 Thorne Place<br>Bridgeport, CT 06605<br>michael.conway@offitkurman.com |

| | | |
|---|---|---|
| Eric Ferraro<br>1075 York Street<br>San Francisco, CA 94110<br>eric@fathomlaw.com | Bernard Gehlhar<br>2613 Isabelle Avenue<br>San Mateo, CA 94403<br>bgehlhar@bwslaw.com | James Hale<br>2936 Rosalind Avenue<br>Roanoke, VA 24014<br>jameschapmanhale@gmail.com |
| Bridget M. Harris<br>110 Sea View Avenue<br>Piedmont, CA 94610<br>bmh@jmbm.com | L. Randolph Harris<br>110 Sea View Avenue<br>Piedmont, CA 94610<br>lrh@jmbm.com | Lauren M. Hopwood<br>Carmody Torrance Sandak & Hennessey LLP<br>195 Church Street<br>New Haven, CT 06510<br>lhopwood@carmodylaw.com |
| John P. Hutchins<br>2115 Howell Mill Road NW<br>Atlanta, GA 30318<br>jhutchins@bakerlaw.com | Warren Hutchison<br>250 Dean Road<br>Brookline, MA 02445<br>whutchison@fmglaw.com | Robert McWhorter<br>2313 Beckett Drive<br>El Dorado Hills, CA 95762<br>rmcwhorter@buchalter.com |
| Carmon M. Popler<br>5 Slab Branch Court<br>Marlton, NJ 08053<br>carmonpopler@gmail.com | Frederick Reif<br>600 Seney Avenue<br>Mamaroneck, NY 10543<br>frederick.reif@wilsonelser.com | Bruin Richardson<br>523 Sleepy Hollow Road<br>Richmond, VA 23229<br>bruin@chsva.org |
| Leslie Ruff<br>3654 Upton Street NW<br>Washington, DC 20008<br>lruff@wglaw.com | Matthew Ruggles<br>880 El Charro Way<br>Sacramento, CA 95864<br>mruggles@ruggleslawfirm.com | Robert Saffelle<br>604 Maple Avenue<br>Richmond, VA 23226<br>rsaffelle@vanblacklaw.com |
| Debra Tama<br>363 East 76th Street, Apt. 2N<br>New York, NY 10021<br>debra.tama@wilsonelser.com | Janine Bowen<br>BakerHostetler<br>1170 Peachtree Street, Suite 2400<br>Atlanta, GA 30309<br>jbowen@bakerlaw.com | David L. Cook<br>Phillips Lytle, LLP<br>28 E Main Street, Suite 1400<br>Rochester, NY 14614-1935<br>dcook@phillipslytle.com |
| William Holm<br>IslerDate, PC<br>1495 Old Gallows Road, Suite 650<br>Vienna, VA 22182<br>emholmrd@gmail.com | Christy Kostich<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>555 S Flower Street, Suite 2900<br>Lost Angeles, CA 90071-2407<br>christy.kostich@wilsonelser.com | Stephen Siller<br>11 5th Avenue, Apt. 12T<br>New York, NY 10003<br>stephen.siller@offitkurman.com |
| Charles M. Sims<br>O'Hagan & Meyer<br>411 East Franklin, Suite 500<br>Richmond, VA 23219<br>csims@ohaganmeyer.com | William W. Sleeth<br>3727 Waterloo Place<br>Williamsburg, VA 23188<br>will.sleeth@gmail.com | Michele Smith<br>1818 Poplar Green<br>Henrico, VA 23238<br>mlsmith755@gmail.com |
| Michael Von Diezelski<br>Von Diezelski & Turgeon LLC<br>1410 Forest Drive, Suite 26<br>Annapolis, MD 21403-1442<br>mvondiezelski@vondtlaw.com | Thomas Wolf<br>Miles & Stockbridge PC<br>919 East Main Street, Suite 1302<br>Richmond, VA 23219<br>twolf@milesstockbridge.com | Andrew M. Troop<br>Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>New York, NY 10019-6131<br>andrew.troop@pillsburylaw.com |
| G. David Dean<br>Cole Schotz, P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>ddean@coleschotz.com | Paul Jasper<br>Perkins Coie LLP<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105-3204<br>PJasper@perkinscoie.com | Corey R. Weber<br>Brutzkus Gubner<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>cweber@bg.law |

Mark M. Elliott
Phillips Nizer LLP
485 Lexington Avenue
New York, NY  10017-2643
MElliott@PhillipsNizer.com

Clint S. Morse
230 North Elm Street
2000 Renaissance Plaza
Greensboro, NC  27401
cmorse@brookspierce.com