**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re: <br>     LeClairRyan, PLLC,[1] <br><br>     Debtor | Case No. <br> 19-34574-KRH <br><br> Chapter 7 |

## CHAPTER 7 TRUSTEE'S NOTICE OF OMNIBUS HEARING DATES

    PLEASE TAKE NOTICE that pursuant to paragraph sixteen (16) of the *Order Establishing Certain Notice, Case Management and Administrative Procedures*, ECF No. 38, the Court has scheduled the following omnibus hearings in the above captioned case (the "**Omnibus Hearing Dates**"):

**January 27, 2022, at 1:00 p.m.**

Zoom registration link:
https://www.zoomgov.com/meeting/register/vJIsdO2hqTMoGfL9BJ7lX9TpSyNYmESAQLM

Listen-only conference line:
    Dial:  1-866-590-5055
    Access Code:  4377075
    Security Code:  12722

**February 17, 2022, at 11:00 a.m.**

Zoom registration link:
https://www.zoomgov.com/meeting/register/vJIsfu6gpzMrHRBE47YWERHgxP8vk2BVTdI

Listen-only conference line:
    Dial:  1-866-590-5055
    Access Code:  4377075
    Security Code:  21722

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

**March 29, 2022, at 11:00 a.m.**

Zoom registration link:
https://www.zoomgov.com/meeting/register/vJItd-GvqDkvH4cmJbXkjNKZZrN-Pfd4nbg

Listen-only conference line:
        Dial:  1-866-590-5055
        Access Code:  4377075
        Security Code:  32922

      All matters requiring a hearing in this case shall be set for and be heard on an Omnibus Hearing Date unless alternative hearing dates are approved by the Court for good cause shown.

                          Respectfully submitted,

                          LYNN L. TAVENNER, CHAPTER 7 TRUSTEE

Dated: December 10, 2021         By: */s/ Paula S. Beran*
Richmond, Virginia                  Paula S. Beran, Esquire (VSB No. 34679)
                                      Tavenner & Beran, PLC
                                      20 North 8th Street
                                      Richmond, Virginia 23219
                                      Telephone: (804) 783-8300
                                      Telecopier: (804) 783-0178

                                      *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of December 2021, a true and correct copy of the foregoing has been electronically filed and served through the Court's CM/ECF system on all parties receiving such notification.

                                    */s/*  *Paula S. Beran*
                                           Counsel