IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **LECLAIRRYAN PLLC,** | **Case No. 19-34574 (KRH)** |
| **Debtor.**[1] | |

**NINTH STIPULATED ORDER EXTENDING BAR DATE TO
FILE A PROOF OF CLAIM FOR BENJAMIN C. ACKERLY,
AS SUCCESSOR TRUSTEE FOR LFG LIQUIDATION TRUST**

Lynn L. Tavenner, as the Chapter 7 trustee (the "Trustee") for the bankruptcy estate of LeClairRyan PLLC, the above-captioned debtor ("LeClairRyan" or the "Debtor"), and Benjamin C. Ackerly, as the successor trustee for the LFG Liquidation Trust (the "LFG Trust Successor Trustee"; together with the Trustee, the "Parties"), hereby stipulate and agree (the "Ninth Stipulated Order") as follows:

WHEREAS, on September 3, 2019, the Debtor filed with the Court a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (as amended, the "Bankruptcy Code"), commencing the above-captioned Chapter 11 case.

WHEREAS, on October 4, 2019, this Court entered the *Order of Conversion of Chapter 11 to Chapter 7* (Docket No. 140), converting the Debtor's case to a case under Chapter 7 of the

---

[1] The last four digits of the Debtor's federal tax identification number are 2451.

Lynn L. Tavenner, Trustee
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Lynn L. Tavenner, Chapter 7 Trustee*

Bankruptcy Code. Upon conversion, the Trustee was appointed interim trustee, and no other trustee having been elected at the meeting of creditors, she continues to serve as Trustee.

WHEREAS, on October 23, 2019, the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division issued the *Notice of Chapter 7 Bankruptcy Case – Proof of Claim Deadline Set* (Docket No. 177) that, among other things, provided notice that all creditors, other than governmental entities, must file proof of a claim that arose prior to the Petition Date (collectively, "Prepetition Claims") on or before December 13, 2019 (the "General Claims Bar Date").

WHEREAS, on November 25, 2019, this Court entered the *Order Appointing Successor Trustee for LFG Liquidation Trust* (Docket No. 5799) in the Chapter 11 case captioned *In re LandAmerica Financial Group, Inc., et al.,* Case No. 08-35994, appointing Mr. Ackerly as the LFG Trust Successor Trustee.

WHEREAS, the LFG Trust Successor Trustee is investigating whether the LFG Liquidation Trust may hold Prepetition Claims against the Debtor.

WHEREAS, on December 13, 2019, this Court entered the *Stipulated Order Extending Bar Date to File a Proof of Claim for Benjamin C. Ackerly, as Successor Trustee for LFG Liquidation Trust* (Docket No. 293) extending the General Claims Bar Date for the LFG Liquidation Trust through and including April 14, 2020.

WHEREAS, on April 14, 2020, this Court entered the *Second Stipulated Order Extending Bar Date to File a Proof of Claim for Benjamin C. Ackerly, as Successor Trustee for LFG Liquidation Trust* (Docket No. 429) extending the General Claims Bar Date for the LFG Liquidation Trust through and including July 13, 2020.

WHEREAS, on July 15, 2020, this Court entered the *Third Stipulated Order Extending Bar Date to File a Proof of Claim for Benjamin C. Ackerly, as Successor Trustee for LFG Liquidation Trust* (Docket No. 554) extending the General Claims Bar Date for the LFG Liquidation Trust through and including October 12, 2020.

WHEREAS, on October 16, 2020, this Court entered the *Fourth Stipulated Order Extending Bar Date to File a Proof of Claim for Benjamin C. Ackerly, as Successor Trustee for LFG Liquidation Trust* (Docket No. 659) extending the General Claims Bar Date for the LFG Liquidation Trust through and including January 12, 2021.

WHEREAS, on January 21, 2021, this Court entered the *Fifth Stipulated Order Extending Bar Date to File a Proof of Claim for Benjamin C. Ackerly, as Successor Trustee for LFG Liquidation Trust* (Docket No. 749) extending the General Claims Bar Date for the LFG Liquidation Trust through and including April 12, 2021.

WHEREAS, on April 15, 2021, this Court entered the *Sixth Stipulated Order Extending Bar Date to File a Proof of Claim for Benjamin C. Ackerly, as Successor Trustee for LFG Liquidation Trust* (Docket No. 821) extending the General Claims Bar Date for the LFG Liquidation Trust through and including July 13, 2021.

WHEREAS, on July 27, 2021, this Court entered the *Seventh Stipulated Order Extending Bar Date to File a Proof of Claim for Benjamin C. Ackerly, as Successor Trustee for LFG Liquidation Trust* (Docket No. 956) extending the General Claims Bar Date for the LFG Liquidation Trust through and including October 11, 2021.

WHEREAS, on October 26, 2021, this Court entered the *Eighth Stipulated Order Extending Bar Date to File a Proof of Claim for Benjamin C. Ackerly, as Successor Trustee for*

*LFG Liquidation Trust* (Docket No. 1083) extending the General Claims Bar Date for the LFG Liquidation Trust through and including December 10, 2021.

WHEREAS, the Parties have agreed to enter into this Ninth Stipulated Order further extending the General Claims Bar Date solely for the LFG Liquidation Trust through and including March 10, 2022.

NOW, IT IS THEREFORE STIPULATED AND AGREED AND IT SHALL BE SO ORDERED:

1. The General Claims Bar Date shall be extended solely for the LFG Liquidation Trust through and including March 10, 2022.

2. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Ninth Stipulated Order.

ENTERED: Dec 13 2021　　　　　　　　　　　/s/ Kevin R Huennekens
Richmond, Virginia　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Dec 14 2021

STIPULATED AND AGREED:

| BENJAMIN C. ACKERLY, LFG TRUST SUCCESSOR TRUSTEE | LYNN L. TAVENNER, CHAPTER 7 TRUSTEE |
|---|---|
| By: */s/ Benjamin C. Ackerly*<br>Benjamin C. Ackerly, LFG Trust Successor Trustee | By: */s/ Lynn L. Tavenner*<br>Lynn L. Tavenner, Chapter 7 Trustee |

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner, Chapter 7 Trustee

**Service List**

Lynn L. Tavenner, Chapter 7 Trustee
Tavenner & Beran, PLC
20 North 8th Street, 2nd Floor
Richmond, VA 23219

Benjamin C. Ackerly, LFG Trust Successor Trustee
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219