# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| In re: <br>     LeClairRyan, PLLC,[1] <br><br> Debtor | Case No. 19-34574-KRH <br><br> Chapter 7 |

**PROPOSED AGENDA FOR HEARING ON
DECEMBER 21, 2021, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on December 21, 2021, beginning at 11:00 a.m. via Zoom:

**Zoom registration link**:
https://www.zoomgov.com/meeting/register/vJIsd-qqqz8tG9qsUkSU3LiI8AdYy70rypk

Listen-only conference line:
    Dial: 1-866-590-5055
    Access Code: 4377075
    Security Code: 122121

**I.    MATTERS IN ADVERSARY PROCEEDINGS**

1. Adversary Proceeding No. 21-03061 (Albanese) – Notice of Rescheduled Pre-Trial Conference filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner, as Chapter 7 Trustee. Pre-Trial Conference set for 11/16/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia, (Beran, Paula) [ECF No. 8]

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Related documents:

a. Pre-Trial Conference Held and Continued; Appearance(s): Paula Beran for Trustee (Re: related document(s)[1] Complaint filed by Lynn L. Tavenner, as Chapter 7 Trustee) Pre-Trial Conference set for 12/21/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia, (Gary, Lisa) [ECF No. 13]

Status: The Trustee will request that the matter be set down for trial. The Trustee understands that the Defendant has certain medical issues that may warrant a later than normal trial date. As such, the Trustee would not object to a later than normal trial date but is, of course, prepared to proceed as directed by the Court.

2. Adversary Proceeding No. 21-03056 (Mills) - Notice of Rescheduled Pre-Trial Conference filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner, as Chapter 7 Trustee. Pre-Trial Conference set for 11/16/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia, (Beran, Paula) [ECF No. 5]

Related documents:

a. Pre-Trial Conference Held and Continued; Appearance(s): Paula Beran for Trustee (Re: related document(s)[1] Complaint filed by Lynn L. Tavenner, as Chapter 7 Trustee) Pre-Trial Conference set for 12/21/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia, (Gary, Lisa) [ECF No. 6]

Status: This matter has been settled in concept pending approval pursuant to this Court's procedures. Accordingly, the Trustee will request that the matter be continued until January 27, 2022 at 1:00 p.m.

II. **MATTERS OF THE ESTATE IN THE BANKRUPTCY CASE**

3. Application for Compensation for Barry Strickland & Company as Accountant filed by Lynn L. Tavenner on behalf of Lynn L. Tavenner. (Tavenner, Lynn) [ECF No. 1119]

2

Related documents:

a. Notice of Motion and Notice of Hearing (Re: related document(s)1119 Application for Compensation filed by Lynn L. Tavenner, 1120 Application for Compensation filed by Quinn Emanuel Urquhart & Sullivan, LLP, 1122 Application for Compensation filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 12/21/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1123]
b. Schedule A [ECF No. 1157]

Response Deadline:    December 14, 2021

Responses Filed:    None

Status:    The Trustee will request that the Court approve the Application as filed.

4. Application for Compensation for Quinn Emanuel Urquhart & Sullivan as Special Counsel filed by Erika L. Morabito of Quinn Emanuel on behalf of Quinn Emanuel Urquhart & Sullivan, LLP. (Attachments: # 1Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F) (Morabito, Erika) [ECF No. 1120]

Related documents:

a. Sealed Exhibit (Related Document(s)1120 Application for Compensation filed by Quinn Emanuel Urquhart & Sullivan, LLP) filed by Erika L. Morabito of Quinn Emanuel on behalf of Quinn Emanuel Urquhart & Sullivan, LLP. (Morabito, Erika) [ECF No. 1121]

b. Notice of Motion and Notice of Hearing (Re: related document(s)1119 Application for Compensation filed by Lynn L. Tavenner, 1120 Application for Compensation filed by Quinn Emanuel Urquhart & Sullivan, LLP, 1122 Application for Compensation filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 12/21/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1123]

c. Schedule A [ECF No. 1157]

Response Deadline:    December 14, 2021

Responses Filed:    None

    Status:          The Trustee will request that the Court approve the Application as filed with a reservation of rights in the revised proposed order.

5. Application for Compensation for Tavenner & Beran, PLC as Counsel for the Chapter 7 Trustee/Estate filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1122]

   Related documents:

   a. Notice of Motion and Notice of Hearing (Re: related document(s)1119 Application for Compensation filed by Lynn L. Tavenner, 1120 Application for Compensation filed by Quinn Emanuel Urquhart & Sullivan, LLP, 1122 Application for Compensation filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 12/21/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1123]
   b. Schedule A [ECF No. 1157]

   Response Deadline:    December 14, 2021

   Responses Filed:    None

   Status:    The Trustee will request that the Court approve the Application as filed.

6. Fourth Application for Compensation for CR3 Partners, LLC as Financial Advisor filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1127]

   Related documents:

   a. Notice of Motion and Notice of Hearing (Re: related document(s)1119 Application for Compensation filed by Lynn L. Tavenner, 1120 Application for Compensation filed by Quinn Emanuel Urquhart & Sullivan, LLP, 1122 Application for Compensation filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 12/21/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1123]
   b. Schedule A [ECF No. 1157]

   Response Deadline:    December 14, 2021

|   |   |
|---|---|
| Responses Filed: | None |
| Status: | The Trustee will request that the Court approve the Application as filed. |

7. Trustee's Motion to Authorize *(Motion for Immediate Authority to Operate Certain Aspects of Debtor's Business for a Limited Period and to Shorten Notice Thereof, and Memorandum in Support Thereof)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 144]

    Related documents:

    a. Notice of Motion and Notice of Hearing (Re: related document(s) 143 Motion to Approve Use of Cash Collateral filed by Lynn L. Tavenner, 144 Motion to Authorize filed by Lynn L. Tavenner, 145 Motion to Expedite Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 10/4/2019 at 01:30 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 146]

    b. Hearing held and continued; Motion Granted on Interim Basis; Order to be submitted (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner) Appearances: Paula Beran, Douglas Foley; Robert Van Arsdale. Hearing scheduled for 10/24/2019 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty) [ECF No. 149]

    c. Interim Order Authorizing Trustee to Operate Certain Aspects of Debtor's Business for a Limited Period. (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 10/24/2019 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Bullock, Nathaniel) [ECF No. 155]

    d. Supplemental Motion to Authorize (Trustee's Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) (Related Document(s) [144] Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 165]

    e. Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period (Re: related document(s) [144] Motion to Authorize filed by Lynn L. Tavenner) Continued Final Hearing scheduled for

12/19/2019 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Ramirez-Lowe, Suzan) [ECF No. 196]

f. Motion to Authorize (Trustee's Second Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) (Related Document(s) [144] Motion to Authorize filed by Lynn L. Tavenner, [165] Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 290]

g. Hearing continued; (Re: related document(s) [144] Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 2/25/2020 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty) [ECF No. 304]

h. Second Supplemental Order Authorizing Trustee to Operate Certain Aspects of Debtor's Business for a Limited Period Order (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner, 165 Motion to Authorize filed by Lynn L. Tavenner) Continued Hearing scheduled for 2/25/2020 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Ramirez-Lowe, Suzan) [ECF No. 313]

i. Motion to Authorize (Trustee's Third Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 359]

j. Hearing continued; (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 4/30/2020 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Trustee. (Oliver, Betty) [ECF No. 373]

k. Third Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period (Re: related document(s) 359 Motion to Authorize filed by Lynn L. Tavenner) (Ramirez-Lowe, Suzan) [ECF No. 396]

l. Motion to Authorize (Trustee's Fourth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 432]

m. Hearing continued; Appearance(s): Paula Beran for Trustee (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner) Hearing

    scheduled for 6/25/2020 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty) [ECF No. 440]

n.  Order Granting Trustee's Fourth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtors Business for a Limited Period (Related Doc # 432) (Ramirez-Lowe, Suzan) [ECF No. 452]

o.  Supplemental Motion to Authorize (Trustee's Fifth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) (Related Document(s) [144] Motion to Authorize filed by Lynn L. Tavenner, [165] Motion to Authorize filed by Lynn L. Tavenner, [290] Motion to Authorize filed by Lynn L. Tavenner, [359] Motion to Authorize filed by Lynn L. Tavenner, [432] Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 535]

p.  Hearing continued; Appearance(s): Paula Beran for Trustee (Re: related document(s) [144] Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 8/27/2020 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty) [ECF No. 545]

q.  Fifth Supplemental Order Authorizing Trustee to Operate Certain Aspects of the Debtor's Business for a Limited Period(Re: related document(s) 535 Motion to Authorize filed by Lynn L. Tavenner) (Ramirez-Lowe, Suzan) [ECF No. 551]

r.  Motion to Authorize (Trustee's Sixth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 598]

s.  Hearing held and continued; Motion Granted on Interim Basis. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 12/17/2020 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty) [ECF No. 610]

t.  Sixth Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of the Debtor's Business for a Limited Period. (Re: related document(s) 598 Motion to Authorize filed by Lynn L. Tavenner) (Ramirez-Lowe, Suzan) [ECF No. 619]

u.  Statement – *Trustees Seventh Supplement to her Motion for Authority to Operate Certain Aspects of the Debtors Business for a Limited Period and memorandum In Support Thereof* (Re: related document(s) 619 Supplemental Order) filed by Paula

      S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 710]

v. Hearing Held and continued; Motion Granted on Interim Basis. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 3/25/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Gary, Lisa) [ECF No. 716]

w. Order Granting Motion to Authorize Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period (Related Doc # 144) (Bray, Lynessa) [ECF No. 725]

x. Trustee's Eighth Supplement to her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof (related document(s) 710 Trustee's Seventh Supplement filed by Paula S. Beran) [ECF No. 791]

y. Hearing held and continued; Motion Granted on Interim Basis; Declaration of Lynn Tavenner 795 Admitted. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 6/24/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Gary, Lisa) [ECF 797]

z. Eighth Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner, 791Statement filed by Lynn L. Tavenner) (Bullock, Nathaniel) [ECF 805]

aa. Statement -*TRUSTEES NINTH SUPPLEMENT TO HER MOTION FOR AUTHORITY TO OPERATE CERTAIN ASPECTS OF THE DEBTORS BUSINESS FOR A LIMITED PERIOD AND MEMORANDUM IN SUPPORT THEREOF* (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 920]

bb. Hearing held and continued; Motion Granted on Interim Basis; Declaration of Lynn Tavenner #924 Admitted. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 9/23/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Gary, Lisa) [ECF No. 925]

    cc. Ninth Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for A Limited Period. (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) (Bullock, Nathaniel) [ECF 955]

    dd. Statement - *TRUSTEES TENTH SUPPLEMENT TO HER MOTION FOR AUTHORITY TO OPERATE CERTAIN ASPECTS OF THE DEBTORS BUSINESS FOR A LIMITED PERIOD AND MEMORANDUM IN SUPPORT THEREOF* (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1048]

    ee. Statement - *TRUSTEES ELEVENTH SUPPLEMENT TO HER MOTION FOR AUTHORITY TO OPERATE CERTAIN ASPECTS OF THE DEBTORS BUSINESS FOR A LIMITED PERIOD AND MEMORANDUM IN SUPPORT THEREOF* (Re: related document(s)[144] Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1144]

Response Deadline:    December 19, 2021

Responses Filed:    None

Status:    The Trustee will request that the Court (A) enter an Order, in substantially the same form as Exhibit A attached to the Supplement: (1) authorizing the Trustee to continue to conduct the Wind-down Operations (as defined in the Supplement) through and including June 30, 2022; (2) setting a continued hearing(s); and (3) granting such other and further relief as is just and appropriate under the circumstances; and (B) enter additional orders thereafter as subsequently requested by the Trustee.

8. Motion to Extend Time - *NINTH MOTION FOR ENTRY OF FURTHER ORDER EXTENDING THE CHAPTER 7 TRUSTEES TIME TO ASSUME, REJECT, AND/OR ASSIGN CERTAIN EXECUTORY CONTRACTS AND/OR LEASES OF PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(1)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1124]

Related documents:

    a. Notice of Motion and Notice of Hearing--*re-docketed to correct Courtroom location* (Re: related document(s)1124 Motion to Extend Time filed by Lynn L. Tavenner, 1125 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 12/21/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1126]

    b. Schedule A [ECF No. 1157]

Response Deadline:     December 14, 2021

Responses Filed:       None

Status:                The Trustee will request that the Court enter an Order (i) extending the Assumption/Rejection Period through and including June 30, 2022, and (ii) granting such other and further relief that is just and proper.

9. Motion to Approve - *TRUSTEES MOTION FOR AN ORDER APPROVING (I) THE TRUSTEES RELIANCE ON DEBTORS LIST OF EQUITY SECURITY HOLDERS AND (II) PROCEDURES FOR OBTAINING COPIES OF FILED TAX RETURNS AND MEMORANDUM IN SUPPORT THEREOF* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Attachments: # (1) Exhibit(s) B through D) (Beran, Paula) [ECF No. 1086]

Related documents:

    a. Notice of Motion and Notice of Hearing (Re: related document(s)1086 Motion to Approve filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 11/16/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1087]

    b. Hearing held and continued; Appearance(s): Paula Beran for Trustee (Re: related document(s)[1086] Motion to Approve filed by Lynn L. Tavenner) Hearing scheduled for 12/21/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Gary, Lisa) [ECF No. 1102]

    c. Schedule A [ECF No. 1156]

Response Deadline:     November 13, 2021

Responses Filed:       Objection to Trustee's Motion to Approve (Re: related document(s)[1086] Motion to Approve filed by Lynn L.

|  |  |
|---|---|
|  | Tavenner) filed by Andrew M. Bowman of Gentry Locke on behalf of Gary D. LeClair. (Attachments: # (1) Exhibit(s) 1 # (2) Exhibit(s) 2 # (3) Exhibit(s) 3 # (4) Exhibit(s) 4 # (5) Exhibit(s) 5 # (6) Exhibit(s) 6) (Bowman, Andrew) [ECF No. 1092] |
|  | Objection to Rodney K. Adams, John T. Jessee, Paul C. Kuhnel, and Andrew K. Clark's Limited Objection to Trustee's Motion for an Order Approving (I) The Trustee's Reliance on Debtor's List of Equity Security Holders and (II) Procedures for Obtaining Copies of Filed Tax Returns and Memorandum in Support Thereof (Re: related document(s)[1086] Motion to Approve filed by Lynn L. Tavenner) filed by Michael E. Hastings of Woods Rogers PLC on behalf of Rodney K. Adams, John T. Jessee, Paul C. Kuhnel, and Andrew K. Clark. (Hastings, Michael) [ECF No. 1093] |
|  | Objection to Trustees Motion for an Order Approving (I) The Trustees Reliance on Debtors List of Equity Security Holders (II) Procedures for Obtaining Copies of Filed Tax Returns (Re: related document(s)[1086] Motion to Approve filed by Lynn L. Tavenner) filed by Diana Lyn Curtis McGraw of Fox Rothschild LLP on behalf of Elizabeth Acee. (Attachments: # (1) Exhibit(s) Exhibit A # (2) Exhibit(s) Exhibit B # (3) Exhibit(s) Exhibit C) (McGraw, Diana Lyn) [ECF No. 1094] |
|  | Objection to Trustees Motion for an Order Approving (I) The Trustees Reliance on Debtors List of Equity Security Holders (II) Procedures for Obtaining Copies of Filed Tax Returns (Re: related document(s)[1086] Motion to Approve filed by Lynn L. Tavenner) filed by Diana Lyn Curtis McGraw of Fox Rothschild LLP on behalf of Richard W. Bowerman, Paul Burleigh, Karol Corbin Walker, Mark Dombroff, Niclas Ferland, Janice Grubin, Charles Erik Gustafson, Christopher J. Lange, Jason Medley, Lori Thompson. (Attachments: # (1) Exhibit(s) # (2) Exhibit(s) # (3) Exhibit(s)) (McGraw, Diana Lyn) [ECF No. 1095] |
|  | Objection Joinder To Various Objections (Re: related document(s)[1086] Motion to Approve filed by Lynn L. Tavenner) filed by Christopher L. Perkins of Eckert Seamans Cherin & Mellott, LLC on behalf of Certain Former Attorneys. (Perkins, Christopher) [ECF No. 1100] |
| Status: | At the request of one of the objectors who desires to further explore potential resolutions of this matter, the Trustee has agreed to request that this matter be continued to January 27, 2022 at 1:00 p.m. |

11

**REPORTS**

10. Case Status and Report pursuant to Local Rule 2015-(a)-(1)(A)

        Respectfully submitted,

        **LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

Dated: December 19, 2021  
Richmond, Virginia

        By: */s/ Paula S. Beran*  
        Paula S. Beran, Esquire (VSB No. 34679)  
        PBeran@TB-LawFirm.com  
        Tavenner & Beran, PLC  
        20 North 8th Street  
        Richmond, Virginia 23219  
        Telephone: (804) 783-8300  
        Telecopier: (804) 783-0178

        *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

     Pursuant to the Local Rules of this Court and applicable orders, I certify that on this 19th day of December 2021, a true copy of the foregoing Agenda was sent electronically to all parties receiving ECF notices in this Case.

        */s/ Paula S. Beran*  
        *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*