2100B (12/15)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 19-34574-KRH
Chapter 7

In re: Debtor(s) (including Name and Address)

LeClairRyan PLLC
4405 Cox Road
Glen Allen VA 23060

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 02/14/2022 (date).

Name and Address of Alleged Transferor:

Claim No. : Centext Legal Services, LLC, 550 West C Street, Suite 700, San Diego, CA 92101

Name and Address of Transferee:

TRC Master Fund LLC
PO Box 633
Woodmere, NY 11598

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/17/22

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court

Eastern District of Virginia

In re:  Case No. 19-34574-KRH
LeClairRyan PLLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7      User: bullockn      Page 1 of 8
Date Rcvd: Feb 15, 2022      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 15074796 | + | Centext Legal Services, LLC, 550 West C Street, Suite 700, San Diego, CA 92101-8605 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2022      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2022 at the address(es) listed below:**

**Name**  **Email Address**

Alexander Richard Green
    on behalf of Creditor iManage LLC agreen@clarkhill.com, sdeeby@clarkhill.com

Amy Michelle Simon
    on behalf of Creditor CARLYLE OVERLOOK OWNER LLC amy.simon@hklaw.com karyn.dennis@hklaw.com;kevin.dolivo@hklaw.com;paul.kiernan@hklaw.com

Andrew M. Bowman
    on behalf of Defendant Gary LeClair bowman@gentrylocke.com viar@gentrylocke.com

Andrew M. Bowman
    on behalf of Creditor Gary D. LeClair bowman@gentrylocke.com viar@gentrylocke.com

Andrew M. Bowman
    on behalf of Creditor Former Attorney bowman@gentrylocke.com viar@gentrylocke.com

Bradford F. Englander

Case 19-34574-KRH    Doc 1223    Filed 02/17/22    Entered 02/18/22 00:15:29    Desc
Imaged Certificate of Notice    Page 3 of 9

| District/off: 0422-7 | User: bullockn | Page 2 of 8 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: trc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant Elizabeth Atkinson benglander@wtplaw.com  jwilson@wtplaw.com |
| Bradford F. Englander | |
| | on behalf of Defendant Vernon Inge Jr. benglander@wtplaw.com, jwilson@wtplaw.com |
| Bradford F. Englander | |
| | on behalf of Defendant David Smith benglander@wtplaw.com  jwilson@wtplaw.com |
| Bradford F. Englander | |
| | on behalf of Creditor Specified Former LR Attorneys benglander@wtplaw.com  jwilson@wtplaw.com |
| Bradford F. Englander | |
| | on behalf of Defendant Stephen Faraci benglander@wtplaw.com  jwilson@wtplaw.com |
| Bradford F. Englander | |
| | on behalf of Defendant Mary Elizabeth Davis benglander@wtplaw.com  jwilson@wtplaw.com |
| Bradford F. Englander | |
| | on behalf of Defendant Katja Hill benglander@wtplaw.com  jwilson@wtplaw.com |
| Bradford F. Englander | |
| | on behalf of Defendant John C. Selbach benglander@wtplaw.com  jwilson@wtplaw.com |
| Bradford F. Englander | |
| | on behalf of Creditor Grant S. Grayson benglander@wtplaw.com  jwilson@wtplaw.com |
| Bradford F. Englander | |
| | on behalf of Defendant Grant Grayson benglander@wtplaw.com  jwilson@wtplaw.com |
| Bradley Canter | |
| | on behalf of Defendant West Payment Center bcanter@roncanterllc.com |
| Brandon R. Jordan | |
| | on behalf of Defendant SPC Acquisition Company  LLC bjordan@raslg.com, rascrane@ecf.courtdrive.com |
| Brandon R. Jordan | |
| | on behalf of Attorney Brandon R. Jordan bjordan@raslg.com  rascrane@ecf.courtdrive.com |
| Brandon R. Jordan | |
| | on behalf of Defendant Pendleton Harrisburg SPE LLC bjordan@raslg.com  rascrane@ecf.courtdrive.com |
| Brittany Jane Nelson | |
| | on behalf of Plaintiff Lynn L. Tavenner  Chapter 7 Trustee brittanynelson@quinnemanuel.com, erikamorabito@quinnemanuel.com |
| Brittany Jane Nelson | |
| | on behalf of Defendant David Smith brittanynelson@quinnemanuel.com  erikamorabito@quinnemanuel.com |
| Brittany Jane Nelson | |
| | on behalf of Plaintiff Lynn L. Tavenner  as Chapter 7 Trustee brittanynelson@quinnemanuel.com, erikamorabito@quinnemanuel.com |
| Brittany Jane Nelson | |
| | on behalf of Defendant Mary Elizabeth Davis brittanynelson@quinnemanuel.com  erikamorabito@quinnemanuel.com |
| Brittany Jane Nelson | |
| | on behalf of Plaintiff Lynn Tavenner brittanynelson@quinnemanuel.com  erikamorabito@quinnemanuel.com |
| Brittany Jane Nelson | |
| | on behalf of Defendant Susan North brittanynelson@quinnemanuel.com  erikamorabito@quinnemanuel.com |
| Brittany Jane Nelson | |
| | on behalf of Defendant Stephen Faraci brittanynelson@quinnemanuel.com  erikamorabito@quinnemanuel.com |
| Brittany Jane Nelson | |
| | on behalf of Plaintiff Lynn L. Tavenner  as Chapter 7 Trustee brittanynelson@quinnemanuel.com, erikamorabito@quinnemanuel.com |
| Brittany Jane Nelson | |
| | on behalf of Defendant John C. Selbach brittanynelson@quinnemanuel.com  erikamorabito@quinnemanuel.com |
| Brittany Jane Nelson | |
| | on behalf of Plaintiff Lynn L. Tavenner as Chapter 7 Trustee brittanynelson@quinnemanuel.com, erikamorabito@quinnemanuel.com |
| Brittany Jane Nelson | |
| | on behalf of Plaintiff Lynn L. Tavenner brittanynelson@quinnemanuel.com  erikamorabito@quinnemanuel.com |
| Brittany Jane Nelson | |
| | on behalf of Trustee Lynn L. Tavenner brittanynelson@quinnemanuel.com  erikamorabito@quinnemanuel.com |
| Brittany Jane Nelson | |
| | on behalf of Defendant Grant Grayson brittanynelson@quinnemanuel.com  erikamorabito@quinnemanuel.com |

| | |
|---|---|
| Christopher L. Perkins | on behalf of Interested Party Certain Former Attorneys cperkins@eckertseamans.com |
| Cynthia L. Hegarty | on behalf of Creditor Morrison Sund PLLC chegarty@morrisonsund.com, kfogarty@morrisonsund.com |
| Darek S. Bushnaq | on behalf of Interested Party Jennifer Mistal-Kashinejed dsbushnaq@venable.com |
| David G. Barger | on behalf of Creditor ULX Partners LLC bargerd@gtlaw.com, subzwaria@gtlaw.com |
| David G. Barger | on behalf of Defendant Daniel Reed bargerd@gtlaw.com subzwaria@gtlaw.com |
| David G. Barger | on behalf of Defendant UnitedLex Corporation bargerd@gtlaw.com subzwaria@gtlaw.com |
| David G. Barger | on behalf of Creditor UnitedLex Corporation bargerd@gtlaw.com subzwaria@gtlaw.com |
| David G. Barger | on behalf of Defendant ULX Partners LLC bargerd@gtlaw.com, subzwaria@gtlaw.com |
| David G. Barger | on behalf of Defendant Nicholas Hinton bargerd@gtlaw.com subzwaria@gtlaw.com |
| David R. Ruby | on behalf of Creditor LS Gold LLC druby@t-mlaw.com bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com |
| Diana Lyn Curtis McGraw | on behalf of Unknown Paul Burleigh dmcgraw@foxrothschild.com |
| Diana Lyn Curtis McGraw | on behalf of Unknown Andrew Zappia dmcgraw@foxrothschild.com |
| Diana Lyn Curtis McGraw | on behalf of Defendant Paul Burleigh dmcgraw@foxrothschild.com |
| Diana Lyn Curtis McGraw | on behalf of Defendant Charles Erik Gustafson dmcgraw@foxrothschild.com |
| Diana Lyn Curtis McGraw | on behalf of Defendant Jason Medley dmcgraw@foxrothschild.com |
| Diana Lyn Curtis McGraw | on behalf of Defendant Christopher J. Lange dmcgraw@foxrothschild.com |
| Diana Lyn Curtis McGraw | on behalf of Defendant John H. Cahill Jr. dmcgraw@foxrothschild.com |
| Diana Lyn Curtis McGraw | on behalf of Defendant Niclas Ferland dmcgraw@foxrothschild.com |
| Diana Lyn Curtis McGraw | on behalf of Unknown Christopher J. Lange dmcgraw@foxrothschild.com |
| Diana Lyn Curtis McGraw | on behalf of Defendant Andrew Zappia dmcgraw@foxrothschild.com |
| Diana Lyn Curtis McGraw | on behalf of Unknown Niclas Ferland dmcgraw@foxrothschild.com |
| Diana Lyn Curtis McGraw | on behalf of Unknown Lori Thompson dmcgraw@foxrothschild.com |
| Diana Lyn Curtis McGraw | on behalf of Defendant Karol Corbin Walker dmcgraw@foxrothschild.com |
| Diana Lyn Curtis McGraw | on behalf of blank Charles Erik Gustafson dmcgraw@foxrothschild.com |
| Diana Lyn Curtis McGraw | on behalf of Unknown Mark Dombroff dmcgraw@foxrothschild.com |
| Diana Lyn Curtis McGraw | on behalf of blank Jason Medley dmcgraw@foxrothschild.com |
| Diana Lyn Curtis McGraw | on behalf of Unknown Karol Corbin Walker dmcgraw@foxrothschild.com |
| Diana Lyn Curtis McGraw | on behalf of Defendant Janice Grubin dmcgraw@foxrothschild.com |

| | | |
|---|---|---|
| District/off: 0422-7 | User: bullockn | Page 4 of 8 |
| Date Rcvd: Feb 15, 2022 | Form ID: trc | Total Noticed: 1 |

Diana Lyn Curtis McGraw
    on behalf of Unknown Elizabeth Acee dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw
    on behalf of Defendant Elizabeth Acee dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw
    on behalf of Unknown John P. Cahill dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw
    on behalf of Unknown Janice Grubin dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw
    on behalf of Defendant Lori Thompson dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw
    on behalf of Defendant Richard W. Bowerman dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw
    on behalf of Defendant Mark Dombroff dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw
    on behalf of Unknown Richard W. Bowerman dmcgraw@foxrothschild.com

Dion W. Hayes
    on behalf of Interested Party Bruce H. Matson dhayes@mcguirewoods.com  kcain@mcguirewoods.com

Douglas M. Foley
    on behalf of Creditor ABL Alliance  LLLP dfoley@mcguirewoods.com, mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Erika L. Morabito
    on behalf of Plaintiff Lynn L. Tavenner as Chapter 7 Trustee erikamorabito@quinnemanuel.com, brittanynelson@quinnemanuel.com;haliciadraughn@quinnemanuel.com

Erika L. Morabito
    on behalf of Defendant Joseph Lagrotteria erikamorabito@quinnemanuel.com brittanynelson@quinnemanuel.com;haliciadraughn@quinnemanuel.com

Erika L. Morabito
    on behalf of Plaintiff Lynn L. Tavenner  as Chapter 7 Trustee erikamorabito@quinnemanuel.com, brittanynelson@quinnemanuel.com;haliciadraughn@quinnemanuel.com

Erika L. Morabito
    on behalf of Plaintiff Lynn L. Tavenner  as Chapter 7 Trustee erikamorabito@quinnemanuel.com, brittanynelson@quinnemanuel.com;haliciadraughn@quinnemanuel.com

Erika L. Morabito
    on behalf of Plaintiff Lynn L. Tavenner  Chapter 7 Trustee erikamorabito@quinnemanuel.com, brittanynelson@quinnemanuel.com;haliciadraughn@quinnemanuel.com

Erika L. Morabito
    on behalf of Special Counsel Quinn Emanuel Urquhart & Sullivan  LLP erikamorabito@quinnemanuel.com, brittanynelson@quinnemanuel.com;haliciadraughn@quinnemanuel.com

Erika L. Morabito
    on behalf of Trustee Lynn L. Tavenner erikamorabito@quinnemanuel.com brittanynelson@quinnemanuel.com;haliciadraughn@quinnemanuel.com

Franklin R. Cragle, III
    on behalf of Creditor N Pendleton Rogers fcragle@hirschlerlaw.com

Georgina C Shepard
    on behalf of Defendant Josh Rosenfeld Georgina.shepard@agg.com

Georgina C Shepard
    on behalf of Defendant P. Douglas Benson Georgina.shepard@agg.com

Hannah White Hutman
    on behalf of Mediator Hannah W. Hutman hhutman@hooverpenrod.com shammack@hooverpenrod.com;hpnotices@gmail.com;hooverpenrodign@gmail.com

Henry Pollard Long, III
    on behalf of Debtor LeClairRyan PLLC hlong@huntonAK.com  tcanada@huntonAK.com

Henry Pollard Long, III
    on behalf of Attorney Hunton Andrews Kurth LLP hlong@huntonAK.com  tcanada@huntonAK.com

Herbert David Cox
    on behalf of Mediator H. David Cox ecf@coxlawgroup.com  ecf@legal-pro.com;marie@coxlawgroup.com

Jaime Walker Luse
    on behalf of Defendant Thomas Curran jluse@tydings.com  rpetty@tydings.com

Case 19-34574-KRH    Doc 1223    Filed 02/17/22    Entered 02/18/22 00:15:29    Desc
Imaged Certificate of Notice    Page 6 of 9

| District/off: 0422-7 | User: bullockn | Page 5 of 8 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: trc | Total Noticed: 1 |

| | |
|---|---|
| James K. Donaldson | on behalf of Interested Party Frank Cerza jed.donaldson@limnexus.com |
| Jason William Harbour | on behalf of Debtor LeClairRyan PLLC jharbour@huntonAK.com tcanada@huntonAK.com |
| Jeffery Scott Sexton | on behalf of Defendant Gary LeClair sexton@gentrylocke.com viar@gentrylocke.com |
| Jennifer Ellen Wuebker | on behalf of Debtor LeClairRyan PLLC jwuebker@huntonak.com tcanada@huntonak.com |
| Jennifer Maria Kappel | on behalf of Defendant IntelePeer Holdings Inc. jennifer.kappel@us.dlapiper.com, Jennifer-kappel-0591@ecf.pacerpro.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Joseph Corrigan | on behalf of Creditor Iron Mountain Information Management LLC Bankruptcy2@ironmountain.com |
| Joshua David Stiff | on behalf of Creditor Hertz Norfolk 999 Waterside LLC jstiff@wtplaw.com, eslate@wtplaw.com |
| Karen M. Crowley | on behalf of Creditor Super-Server LLC kcrowley@crowleylawpc.com, jbrockett@clrbfirm.com;10342@notices.nextchapterbk.com |
| Karl A. Moses, Jr. | on behalf of Creditor Christian & Barton LLP kmoses@spottsfain.com, jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;eanderson@spottsfain.com;churley@spottsfain.com |
| Kathryn R. Montgomery | on behalf of U.S. Trustee John P. Fitzgerald III Kathryn.Montgomery@usdoj.gov, june.e.turner@usdoj.gov;theresa.e.mcpherson@usdoj.gov;Shannon.pecoraro@usdoj.gov;jason.b.shorter@usdoj.gov;peggy.t.flinchum@usdoj.gov;Christina.Schruefer@usdoj.gov |
| Kelly Megan Barnhart | on behalf of Mediator Kelly M. Barnhart barnhart@rgblawfirm.com janice@rgblawfirm.com |
| Kelly R Gring | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity but solely as trustee for MFRA Trust 2014-2 ecfva@tromberglawgroup.com |
| Kevin J. Funk | on behalf of Creditor Bank Direct kfunk@dagglaw.com bmcmillen@durrettecrump.com |
| Kevin J. Funk | on behalf of Creditor Parma Richmond LLC kfunk@dagglaw.com bmcmillen@durrettecrump.com |
| Kyle Russell Hosmer | on behalf of Creditor ConvergeOne Inc. kyle.hosmer@faegredrinker.com, dorothy.bailey@faegredrinker.com |
| Lynn L. Tavenner | on behalf of Trustee Lynn L. Tavenner ltavenner@tb-lawfirm.com amorris@tb-lawfirm.com;ltavenner@iq7technology.com;ecf.alert+Tavenner@titlexi.com |
| Lynn L. Tavenner | ltavenner@tb-lawfirm.com amorris@tb-lawfirm.com;ltavenner@iq7technology.com;ecf.alert+Tavenner@titlexi.com |
| Michael D. Nord | on behalf of Creditor Bank of America N.A. mnord@gebsmith.com |
| Michael E. Hastings | on behalf of Interested Party CVC Advisers (India) Private Limited mhastings@woodsrogers.com jmartin@woodsrogers.com |
| Michael E. Hastings | on behalf of Creditor Rodney K. Adams John T. Jessee, Paul C. Kuhnel, and Andrew K. Clark mhastings@woodsrogers.com, jmartin@woodsrogers.com |
| Michael E. Hastings | on behalf of Defendant CVC Capital Partners mhastings@woodsrogers.com jmartin@woodsrogers.com |
| Michael Gabriel Gallerizzo | on behalf of Creditor Bank of America N.A. mgall@gebsmith.com |
| Michael Gregory Wilson | on behalf of Creditor Michele Craddock mike@mgwilsonlaw.com |
| Michael Gregory Wilson | on behalf of Creditor Petersburg Regency LLC mike@mgwilsonlaw.com |

Case 19-34574-KRH    Doc 1223    Filed 02/17/22    Entered 02/18/22 00:15:29    Desc
Imaged Certificate of Notice    Page 7 of 9

| District/off: 0422-7 | User: bullockn | Page 6 of 8 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: trc | Total Noticed: 1 |

Michael Gregory Wilson
    on behalf of Creditor Robert Davis mike@mgwilsonlaw.com

Michael Gregory Wilson
    on behalf of Creditor R.F. Technologies Inc. mike@mgwilsonlaw.com

Neil E. McCullagh
    on behalf of Creditor Park Towers Investment LLC nmccullagh@spottsfain.com,
    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;churley@spottsfain.com

Nicola G. Suglia
    on behalf of Creditor De Lage Landen Financial Services Inc.c/o Nicola Suglia, Esquire nsuglia@fleischerlaw.com,
    fleischercases@fleischerlaw.com

Paul A. Driscoll
    on behalf of Defendant Lisa Murphy paul@zemanianlaw.com megan@zemanianlaw.com

Paul A. Driscoll
    on behalf of Creditor Lisa M. Murphy paul@zemanianlaw.com megan@zemanianlaw.com

Paul A. Driscoll
    on behalf of Defendant Christy Kostich paul@zemanianlaw.com megan@zemanianlaw.com

Paul A. Driscoll
    on behalf of Defendant Medical Center Radiologists Inc. paul@zemanianlaw.com megan@zemanianlaw.com

Paula S. Beran
    on behalf of Trustee Lynn L. Tavenner pberan@tb-lawfirm.com
    ltavenner@tb-lawfirm.com;egabaud@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Paula S. Beran
    on behalf of Plaintiff Lynn L. Tavenner Chapter 7 Trustee pberan@tb-lawfirm.com,
    ltavenner@tb-lawfirm.com;egabaud@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Paula S. Beran
    on behalf of Plaintiff Lynn L. Tavenner as Chapter 7 Trustee pberan@tb-lawfirm.com,
    ltavenner@tb-lawfirm.com;egabaud@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Peter D. Bilowz
    on behalf of Creditor BCal 44 Montgomery Property LLC pbilowz@goulstonstorrs.com drosner@goulstonstorrs.com

Peter G. Zemanian
    on behalf of Defendant Christy Kostich pete@zemanianlaw.com

Peter G. Zemanian
    on behalf of Defendant Bing Ran pete@zemanianlaw.com

Peter G. Zemanian
    on behalf of Defendant Captain Georges of South Carolina LP pete@zemanianlaw.com

Peter G. Zemanian
    on behalf of Defendant Michael Von Diezelski pete@zemanianlaw.com

Peter J. Barrett
    on behalf of Mediator Peter Barrett peter.barrett@kutakrock.com
    charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Rebecca L. Saitta
    on behalf of Attorney Columbia Casualty Company rsaitta@wileyrein.com rours@wileyrein.com;khertz@wileyrein.com

Richard C. Maxwell
    on behalf of Defendant LiteSheet Solutions LLC rmaxwell@woodsrogers.com, jmartin@woodsrogers.com

Richard C. Maxwell
    on behalf of Defendant 11th & Cochran LLC rmaxwell@woodsrogers.com, jmartin@woodsrogers.com

Richard C. Maxwell
    on behalf of Defendant LiteIdeas LLC rmaxwell@woodsrogers.com, jmartin@woodsrogers.com

Robert C. Gill
    on behalf of Creditor Admiral Cochrane LLC, successor in interest to MLQ-ELD, LLC and LSOP 3C III, LLC
    robert.gill@saul.com,
    jennifer.hibner-spencer@saul.com;morgan.snader@saul.com;aaron.applebaum@saul.com;Melissa.Martinez@saul.com

Robert H. Chappell, III
    on behalf of Defendant Masergy Communications Inc. rchappell@spottsfain.com,
    eanderson@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;kmoses@spottsfain.com;churley@spottsfain.com

Robert H. Chappell, III
    on behalf of Creditor Christian & Barton LLP rchappell@spottsfain.com,
    eanderson@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;kmoses@spottsfain.com;c

| | | |
|---|---|---|
| District/off: 0422-7 | User: bullockn | Page 7 of 8 |
| Date Rcvd: Feb 15, 2022 | Form ID: trc | Total Noticed: 1 |

| | |
|---|---|
| | hurley@spottsfain.com |
| Robert H. Chappell, III | on behalf of Creditor Masergy Communications Inc. rchappell@spottsfain.com, eanderson@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;kmoses@spottsfain.com;churley@spottsfain.com |
| Robert Taggart Hall | on behalf of Creditor Latonya Mallory rthall@hallandsethi.com |
| Ronald A. Page, Jr. | on behalf of Attorney Ronald Page PLC rpage@rpagelaw.com, r59927@notify.bestcase.com |
| Ronald A. Page, Jr. | on behalf of Creditor First Legal Network LLC rpage@rpagelaw.com, r59927@notify.bestcase.com |
| Ronald A. Page, Jr. | on behalf of Creditor Linda Georgiadis rpage@rpagelaw.com r59927@notify.bestcase.com |
| Ronald A. Page, Jr. | on behalf of Creditor Robert S. McWhorter rpage@rpagelaw.com r59927@notify.bestcase.com |
| Ronald S. Canter | on behalf of Defendant West Payment Center rcanter@roncanterllc.com |
| Roy M. Terry, Jr. | on behalf of Defendant TGS Martins Inc. roymterry@gmail.com |
| Shannon Pecoraro | on behalf of U.S. Trustee John P. Fitzgerald III Shannon.pecoraro@usdoj.gov, june.e.turner@usdoj.gov;Theresa.E.McPherson@usdoj.gov |
| Shawn Charles Whittaker | on behalf of Creditor Planet Depos LLC shawn@whittaker-law.com |
| Susan Poll Klaessy | on behalf of Attorney Foley & Lardner LLP spollklaessy@foley.com rjanczak@foley.com |
| Thomas John McKee, Jr. | on behalf of Creditor Ponte Gadea Washington LLC mckeet@gtlaw.com, smedsa@gtlaw.com |
| Thomas John McKee, Jr. | on behalf of Defendant UnitedLex Corporation mckeet@gtlaw.com smedsa@gtlaw.com |
| Thomas John McKee, Jr. | on behalf of Defendant ULX Partners LLC mckeet@gtlaw.com, smedsa@gtlaw.com |
| Thomas John McKee, Jr. | on behalf of Creditor ULX Partners LLC mckeet@gtlaw.com, smedsa@gtlaw.com |
| Thomas John McKee, Jr. | on behalf of Creditor UnitedLex Corporation mckeet@gtlaw.com smedsa@gtlaw.com |
| Thomas John McKee, Jr. | on behalf of Defendant Nicholas Hinton mckeet@gtlaw.com smedsa@gtlaw.com |
| Thomas John McKee, Jr. | on behalf of Defendant Daniel Reed mckeet@gtlaw.com smedsa@gtlaw.com |
| Thomas John McKee, Jr. | on behalf of Defendant ULX Manager LLC mckeet@gtlaw.com smedsa@gtlaw.com |
| Tracey Michelle Ohm | on behalf of Defendant LD Lower Holdings Inc. tracey.ohm@stinson.com, porsche.barnes@stinson.com |
| Tyler P. Brown | on behalf of Attorney Hunton Andrews Kurth LLP tpbrown@huntonak.com tcanada@huntonak.com |
| Tyler P. Brown | on behalf of Interested Party Benjamin C. Ackerly Successor Trustee tpbrown@huntonak.com, tcanada@huntonak.com |
| Tyler P. Brown | on behalf of Debtor LeClairRyan PLLC tpbrown@huntonak.com tcanada@huntonak.com |
| William A. Broscious | on behalf of Creditor Gary D. LeClair wbroscious@brosciouslaw.com |
| William A. Broscious | on behalf of Defendant Gary LeClair wbroscious@brosciouslaw.com |
| William A. Gray | on behalf of Defendant William F. Solfisburg bgray@sandsanderson.com sryan@sandsanderson.com |

District/off: 0422-7 User: bullockn Page 8 of 8
Date Rcvd: Feb 15, 2022 Form ID: trc Total Noticed: 1

William A. Gray
    on behalf of Creditor Creative Office Environments of Richmond  LLC bgray@sandsanderson.com, sryan@sandsanderson.com

TOTAL: 161