**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **In re:**<br><br>**LECLAIRRYAN PLLC,**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 19-34574 (KRH)** |

**MOTION FOR LEAVE TO WITHDRAW THE APPEARANCE OF ALEXANDER R.
GREEN AS COUNSEL FOR iMANAGE, LLC**

Undersigned counsel hereby requests leave to withdraw the appearance of Alexander R.

Green as counsel for iManage, LLC ("iManage"), and in support thereof states as follows:

1.      Undersigned counsel is transitioning from the law firm of Clark Hill PLC to a

position with a new firm and therefore can no longer act as counsel of record for iManage.

2.      iManage, through counsel, has consented to undersigned counsel's withdrawal of

his appearance as counsel of record for iManage.

3.      Accordingly, undersigned counsel respectfully submits that sufficient cause exists

for his appearance to be withdrawn and that he has provided reasonable notice to iManage.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this Motion

and enter the attached proposed order removing Alexander R. Green as counsel of record for

iManage in this case.

Dated February 27, 2022                          Respectfully Submitted,

                                        /s/ Alexander R. Green
                                        Alexander R. Green (VSB No. 83937)
                                        CLARK HILL PLC
                                        1001 Pennsylvania Avenue NW
                                        Suite 1300 South
                                        Washington, D.C. 20004

Telephone: (202) 553-2373
agreen@clarkhill.com


### CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2022, a true a correct copy of the above

and foregoing was electronically filed with the Clerk of the Court through CM/ECF, which will

send notice to all counsel of record.


/s/ Alexander R. Green
Alexander R. Green (VSB No. 83937)
CLARK HILL PLC

CLARKHILL\50796\392664\222370606.v3-9/23/19