Christopher L. Perkins (VA Bar No. 41783)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
919 E. Main Street, Suite 1300
Richmond, Virginia 23219
Telephone:    (804) 788-9636
Facsimile:    (804) 698-2950
E-Mail:    cperkins@eckertseamans.com

*Counsel to Certain Former LeClairRyan, PLLC Attorneys*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re:<br>    LeClairRyan PLLC,<br>    Debtor. | Case No.<br>19-34574-KRH<br><br>Chapter 7 |

### JOINDER OF CERTAIN FORMER LECLAIRRYAN, PLLC ATTORNEYS TO MOTION TO AMEND DEBTOR'S EQUITY SECURITY HOLDERS LIST PURSUANT TO BANKRUPTCY RULE 1009(A)

Those Certain Former LeClairRyan, PLLC Attorneys[1], by counsel, join in and adopt, as if restated in full herein, the Motion To Amend Debtor's Equity Security Holders List Pursuant To Bankruptcy Rule 1009(a) ("**Motion**") (Docket No 1217).

Like the Movant, each of the Former LeClair Attorneys terminated their employment and resigned their membership on or before September 3, 2019 - the date of the bankruptcy petition - yet are incorrectly included on the ESH List (as defined in the Motion). For the reasons asserted in the Motion and the Declarations attached hereto in support of their Joinder, the Former

---

[1] The former attorneys include the following: Megan Ben'Ary, Steven Blaine, James Carroll, Brian Donnell, Robert Fletcher, Robert Harrison, Charles Horn, Ray King, David Lay, Ilan Markus, David Phillips, Christopher Perkins, Christopher Pizzo, Thomas Regan, Peter Van Zandt, Robert Wayne, Andrew White, Diane Wilson, Robert Wonneberger, and Karen Yates ("**Former Attorneys**").

1

Attorneys should be removed from the Equity List. As such, the Former Attorneys incorporate and join in each of the arguments and legal citations set forth in the Motion, as applicable to them.

The Former Attorneys reserve their rights to supplement this Joinder and to present additional evidence, and make such other and further arguments as they deem necessary or appropriate in support of the Motion.

WHEREFORE, the Former LeClair, PLLC Attorneys join the Motion, and respectfully request that this Court grant the Motion as applicable to them, enter an Order requiring the removal of the Certain Former LeClairRyan, PLLC Attorneys from the Equity List, and grant such other and further relief as may be just and proper.

Dated: March 4, 2022

Respectfully submitted,

CERTAIN FORMER LECLAIRRYAN PLLC ATTORNEYS

*/s/Christopher L. Perkins*

Christopher L. Perkins (VA Bar No. 41783)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
919 E. Main Street, Suite 1300
Richmond, Virginia 23219
Telephone:    (804) 788-9636
Facsimile:    (804) 698-2950
E-Mail:       cperkins@eckertseamans.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2022, a true and correct copy of the foregoing document was filed with the Court and sent through the CM/ECF system to all parties designated to receive such documents.

*/s/ Christopher L. Perkins*