**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re:<br><br>　　LeClairRyan, PLLC,[1]<br><br>　　　　Debtor | Case No.<br>19-34574-KRH<br><br>Chapter 7 |

### CHAPTER 7 TRUSTEE'S NOTICE OF OMNIBUS HEARING DATES

　　PLEASE TAKE NOTICE that pursuant to paragraph sixteen (16) of the *Order Establishing Certain Notice, Case Management and Administrative Procedures*, ECF No. 38, the Court has scheduled the following omnibus hearings in the above captioned case (the "**Omnibus Hearing Dates**"):

**May 3, 2022, at 11:00 AM**

Zoom registration link:
https://www.zoomgov.com/meeting/register/vJItceCvqj4tGSnXSN27CukxDLZTHKfY-cQ

　　Listen-only conference line:
　　　　Dial:  1-866-590-5055
　　　　Access Code:  4377075
　　　　Security Code:  5322

**May 31, 2022, at 11:00 AM**

Zoom registration link:
https://www.zoomgov.com/meeting/register/vJItde2urzspG1iHsjVBeUZQO9yTrdmZAis

　　Listen-only conference line:
　　　　Dial:  1-866-590-5055
　　　　Access Code:  4377075
　　　　Security Code:  53122

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

**June 28, 2022, at 11:00 AM**

Zoom registration link:
https://www.zoomgov.com/meeting/register/vJIsd--vrzMvG4FRMwyxqExJt0szlc5k9vM

    Listen-only conference line:
        Dial:  1-866-590-5055
        Access Code:  4377075
        Security Code:  62822

    All matters requiring a hearing in this case shall be set for and be heard on an Omnibus Hearing Date unless alternative hearing dates are approved by the Court for good cause shown.

                Respectfully submitted,

                LYNN L. TAVENNER, CHAPTER 7 TRUSTEE

Dated: March 22, 2022         By: */s/ Paula S. Beran*
Richmond, Virginia            Paula S. Beran, Esquire (VSB No. 34679)
                                Tavenner & Beran, PLC
                                20 North 8th Street
                                Richmond, Virginia 23219
                                Telephone: (804) 783-8300
                                Telecopier: (804) 783-0178

                                *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of March 2022, a true and correct copy of the foregoing has been electronically filed and served through the Court's CM/ECF system on all parties receiving such notification.

                                                                                            */s/Paula S. Beran*  
                                                                                                 Counsel