## DECLARATION OF THOMAS M. WOLF

Thomas M. Wolf states the following as his Declaration:

1. I am competent to make this Declaration pursuant to 28 U.S.C. § 1746.

2. I am a resident of Virginia and a party-in-interest of LeClairRyan, PLLC (the "Firm" or the "Debtor") in the Chapter 7 bankruptcy proceeding styled *In re LeClairRyan, PLLC*, Case No. 19-34574-KRH that is currently pending in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division.

3. I submit this Declaration in support of my Joinder to the Motion to Amend the Debtor's Equity Security Holders List Pursuant to Bankruptcy Rule 1009(a).

4. I withdrew as a member of the Firm on July 28, 2019, and terminated my employment with the firm as of August 27, 2019.

5. I sent my member termination and employment resignation notice by email to C. Erik Gustafson, Christopher J. Lange, Lori D. Thompson, Elizabeth K. Acee, Deke Bowerman, and Dwight Hopewell on July 28, 2019. A true and accurate copy of my termination and resignation notice is attached hereto as **Exhibit A**.

6. My last day of employment with the Firm was August 27, 2019.

7. I began working at Miles & Stockbridge, P.C. on September 1, 2019.

This completes my Declaration.

Executed on March 24, 2022

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
THOMAS M. WOLF

| | |
|---|---|
| **From:** | Wolf, Thomas M. <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=E08484F8CE1E404E8CE1B1D02998F2B5-WOLF+2C+20THOMA@MilesStockbridge.com> |
| **Sent:** | Sunday, July 28, 2019 5:25 PM |
| **To:** | Gustafson, C. Erik; Lange, Christopher J.; Thompson, Lori D.; Acee, Elizabeth K.; Bowerman, Deke |
| **Cc:** | Hopewell, Dwight F. |
| **Subject:** | Withdrawal and resignation |

Colleagues,

I hereby withdraw as a member of LeClairRyan PLLC, effective immediately, and resign my employment effective as of 11:59 PM on August 27, 2019.

Tom

Thomas M. Wolf

Attorney at Law

LECLAIRRYAN

919 East Main Street, Twenty-Fourth Floor

Richmond, Virginia 23219

(804) 916-7143 Direct

(804) 916-7243 Fax

(804) 714-7420 Mobile

Thomas.Wolf@leclairryan.com

https://www.leclairryan.com

1