**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>Debtor | Case No. 19-34574-KRH<br><br>Chapter 7 |

**PROPOSED AGENDA FOR HEARING ON**
**MARCH 29, 2022, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on March 29, 2022, beginning at 11:00 a.m. via Zoom:

**Zoom registration link**:
https://www.zoomgov.com/meeting/register/vJItd-GvqDkvH4cmJbXkjNKZZrN-Pfd4nbg

    Listen-only conference line:
        Dial: 1-866-590-5055
        Access Code: 4377075
        Security Code: 32922

**I.    MATTERS OF THE ESTATE**

1. Application for Compensation for Tavenner & Beran, PLC as Counsel to Chapter 7 Trustee filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Tavenner & Beran, PLC. (Beran, Paula) [ECF No. 1242]

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Related documents:

a. Notice of Hearing (Re: related document(s)[1242] Application for Compensation filed by Tavenner & Beran, PLC) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Tavenner & Beran, PLC. Hearing scheduled for 3/29/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1243]

b. Exhibit - *Schedule A* (Re: related document(s)1242 Application for Compensation filed by Tavenner & Beran, PLC, 1244 Application for Compensation filed by Lynn L. Tavenner, 1245 Application for Compensation filed by Quinn Emanuel Urquhart & Sullivan, LLP) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1262]

 Response Deadline:  March 22, 2022

 Responses Filed:  None

 Status:  The Trustee will request that the Court approve the Application as filed.

2. Sixth Application for Compensation for Barry Strickland & Company as Accountant filed by Lynn L. Tavenner on behalf of Lynn L. Tavenner. (Tavenner, Lynn) [ECF No. 1244]

Related documents:

a. Notice of Hearing (Re: related document(s)[1242] Application for Compensation filed by Tavenner & Beran, PLC) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Tavenner & Beran, PLC. Hearing scheduled for 3/29/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1243]

b. Exhibit - *Schedule A* (Re: related document(s)1242 Application for Compensation filed by Tavenner & Beran, PLC, 1244 Application for Compensation filed by Lynn L. Tavenner, 1245 Application for Compensation filed by Quinn Emanuel Urquhart & Sullivan, LLP) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1262]

 Response Deadline:  March 22, 2022

 Responses Filed:  None

 Status:  The Trustee will request that the Court approve the Application as filed.

3. Interim Application for Compensation *(Third Interim Application of Quinn Emanuel Urquhart & Sullivan LLP as Special Counsel to the Trustee, for Allowance of Compensation and Reimbursement of Expenses Incurred)* filed by Erika L. Morabito of Quinn Emanuel on behalf of Quinn Emanuel Urquhart & Sullivan, LLP. (Attachments: # 1 Exhibit(s) Exhibit A - Proposed Order # 2 Exhibit(s) B # 3 Exhibit(s) C # 4 Exhibit(s) D # 5 Exhibit(s) E # 6 Exhibit(s) F) (Morabito, Erika) [ECF No. 1245]

   Related documents:

   a. Notice of Hearing (Re: related document(s)[1242] Application for Compensation filed by Tavenner & Beran, PLC) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Tavenner & Beran, PLC. Hearing scheduled for 3/29/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1243]

   b. Supplemental Application for Compensation for Quinn Emanuel Urquhart & Sullivan as Special Counsel (Related Document(s)1245 Application for Compensation filed by Quinn Emanuel Urquhart & Sullivan, LLP) filed by Erika L. Morabito of Quinn Emanuel on behalf of Quinn Emanuel Urquhart & Sullivan, LLP. (Morabito, Erika) [ECF No. 1249]

   c. Exhibit - *Schedule A* (Re: related document(s)1242 Application for Compensation filed by Tavenner & Beran, PLC, 1244 Application for Compensation filed by Lynn L. Tavenner, 1245 Application for Compensation filed by Quinn Emanuel Urquhart & Sullivan, LLP) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1262]

   d. Sealed Exhibit (Related Document(s)[1245] Application for Compensation filed by Quinn Emanuel Urquhart & Sullivan, LLP) filed by Brittany Jane Nelson of Quinn Emanuel on behalf of Quinn Emanuel Urquhart & Sullivan, LLP. [ECF No. 1267]

   Response Deadline:    March 22, 2022

   Responses Filed:    None

   Status:    The Trustee will request that the Court approve the Application in a modified amount.

4. Motion to Set Last Day to File Administrative Claims - *TRUSTEES MOTION FOR ENTRY OF AN ORDER SETTING BAR DATE FOR FILING CHAPTER 11 ADMINISTRATIVE CLAIMS AND MEMORANDUM IN SUPPORT THEREOF* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1250]

Related documents:

a. Notice of Motion and Notice of Hearing (Re: related document(s)1250 Motion to Set Last Day to File Administrative Claims filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 3/29/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1251]

b. Exhibit - *Schedule A* (Re: related document(s)1250 Motion to Set Last Day to File Administrative Claims filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1265]

Response Deadline:   March 26, 2022

Responses Filed:    None

Status:    The Trustee will request that the Court grant the Motion and enter an Order similar to the Exhibit A of the Motion

5. Motion to Approve - *TRUSTEES MOTION FOR AN ORDER APPROVING (I) THE TRUSTEES RELIANCE ON DEBTORS LIST OF EQUITY SECURITY HOLDERS AND (II) PROCEDURES FOR OBTAINING COPIES OF FILED TAX RETURNS AND MEMORANDUM IN SUPPORT THEREOF* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Attachments: # (1) Exhibit(s) B through D) (Beran, Paula) [ECF No. 1086]

Related documents:

a. Notice of Motion and Notice of Hearing (Re: related document(s)1086 Motion to Approve filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 11/16/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1087]

b. Hearing held and continued; Appearance(s): Paula Beran for Trustee (Re: related document(s)[1086] Motion to Approve filed by Lynn L. Tavenner) Hearing scheduled for 12/21/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Gary, Lisa) [ECF No. 1102]

c. Exhibit - *Schedule A* (Re: related document(s)1086 Motion to Approve filed by Lynn L. Tavenner, 1087 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1156]

d. Hearing held and continued; Declaration of Lynn L. Tavenner, entry 1159 Admitted. Appearance(s): Paula Beran for Trustee (Re: related document(s)1086 Motion to Approve filed by Lynn L. Tavenner) Hearing scheduled for 1/27/2022 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Gary, Lisa) **Modified** on 12/21/2021 to edit text (Gary, Lisa) [ECF No. 1161]

e. Hearing continued; Appearance(s): Paula Beran for Trustee (Re: related document(s)1086 Motion to Approve filed by Lynn L. Tavenner) Hearing scheduled for 2/17/2022 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Gary, Lisa) [ECF No. 1200]

f. Hearing held and continued; Motion Granted in part as set out in open court; Declaration of Lynn Tavenner #1219 Admitted. Appearance(s): Paula Beran for Trustee (Re: related document(s)1086Motion to Approve filed by Lynn L. Tavenner) Hearing scheduled for 3/29/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Gary, Lisa) [ECF No. 1221]

g. Order Approving (I) The Trustees Reliance On Debtors List of Equity Security Holders And (II) Procedures For Obtaining Copies Of Filed Tax Returns And Memorandum In Support Thereof (Related Doc # 1086) (Bullock, Nathaniel) [ECF No. 1224]

| | |
|---|---|
| Response Deadline: | November 13, 2021 |
| Responses Filed: | Objection to Trustee's Motion to Approve (Re: related document(s)[1086] Motion to Approve filed by Lynn L. Tavenner) filed by Andrew M. Bowman of Gentry Locke on behalf of Gary D. LeClair. (Attachments: # (1) Exhibit(s) 1 # (2) Exhibit(s) 2 # (3) Exhibit(s) 3 # (4) Exhibit(s) 4 # (5) Exhibit(s) 5 # (6) Exhibit(s) 6) (Bowman, Andrew) [ECF No. 1092] |
| | Objection to Rodney K. Adams, John T. Jessee, Paul C. Kuhnel, and Andrew K. Clark's Limited Objection to Trustee's Motion for an Order Approving (I) The Trustee's Reliance on Debtor's List of Equity Security Holders and (II) Procedures for Obtaining Copies of Filed Tax Returns and Memorandum in Support Thereof (Re: related document(s)[1086] Motion to Approve filed by Lynn L. Tavenner) filed by Michael E. Hastings of Woods Rogers PLC on behalf of Rodney K. Adams, John T. Jessee, Paul C. Kuhnel, and Andrew K. Clark. (Hastings, Michael) [ECF No. 1093] |

|  |  |
|---|---|
|  | Objection to Trustees Motion for an Order Approving (I) The Trustees Reliance on Debtors List of Equity Security Holders (II) Procedures for Obtaining Copies of Filed Tax Returns (Re: related document(s)[1086] Motion to Approve filed by Lynn L. Tavenner) filed by Diana Lyn Curtis McGraw of Fox Rothschild LLP on behalf of Elizabeth Acee. (Attachments: # (1) Exhibit(s) Exhibit A # (2) Exhibit(s) Exhibit B # (3) Exhibit(s) Exhibit C) (McGraw, Diana Lyn) [ECF No. 1094] |
|  | Objection to Trustees Motion for an Order Approving (I) The Trustees Reliance on Debtors List of Equity Security Holders (II) Procedures for Obtaining Copies of Filed Tax Returns (Re: related document(s)[1086] Motion to Approve filed by Lynn L. Tavenner) filed by Diana Lyn Curtis McGraw of Fox Rothschild LLP on behalf of Richard W. Bowerman, Paul Burleigh, Karol Corbin Walker, Mark Dombroff, Niclas Ferland, Janice Grubin, Charles Erik Gustafson, Christopher J. Lange, Jason Medley, Lori Thompson. (Attachments: # (1) Exhibit(s) # (2) Exhibit(s) # (3) Exhibit(s)) (McGraw, Diana Lyn) [ECF No. 1095] |
|  | Objection Joinder To Various Objections (Re: related document(s)[1086] Motion to Approve filed by Lynn L. Tavenner) filed by Christopher L. Perkins of Eckert Seamans Cherin & Mellott, LLC on behalf of Certain Former Attorneys. (Perkins, Christopher) [ECF No. 1100] |
| Status: | The Trustee understands that the Objections found at ECF Nos. 1092, 1093, and 1100 have been resolved. The Trustee will request that the Court grant the remaining relief sought in the Motion. |

## II.     MATTERS BROUGHT BY THIRD PARTIES

6. Motion to Amend (Related Document(s)79 List of Equity Security Holders Filed filed by LeClairRyan PLLC) filed by Andrew M. Bowman of Gentry Locke on behalf of Gary D. LeClair. (Attachments: # 1 Proposed Order # 2 Exhibit(s) 2 # 3 Exhibit(s) 3 # 4 Exhibit(s) 4 # 5 Exhibit(s) 5 # 6 Exhibit(s) 6 # 7 Exhibit(s) 7 # 8 Exhibit(s) 8) (Bowman, Andrew), [ECF No. 1217]

   Related documents:

   a.  List of Equity Security Holders filed by Henry Pollard Long III of Hunton Andrews Kurth LLP on behalf of LeClairRyan PLLC. (Long, Henry) [ECF No. 79]

6

  b. Notice of Motion and Notice of Hearing (Re: related document(s)1217 Motion to Amend filed by Gary D. LeClair) filed by Andrew M. Bowman of Gentry Locke on behalf of Gary D. LeClair. Hearing scheduled for 3/29/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Bowman, Andrew) [ECF No. 1240]

  c. Reply to *Trustee's Response to Motion to Amend* (Re: related document(s)1217 Motion to Amend filed by Gary D. LeClair) filed by Andrew M. Bowman of Gentry Locke on behalf of Gary D. LeClair. (Bowman, Andrew) [ECF No. 1266]

| | |
|---|---|
| Response Deadline: | March 22, 2022 |
| Responses Filed: | Response to (Re: related document(s)1217 Motion to Amend filed by Gary D. LeClair) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1255] |
| | Exhibit - *Exhibits A through C* (Re: related document(s)1255 Response to Motion/Application filed by Lynn L. Tavenner, 1256 Response to Motion/Application filed by Lynn L. Tavenner, 1257 Response to Motion/Application filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [1258] |
| | Supplemental Certificate of Service (Re: related document(s)1255 Response to Motion/Application filed by Lynn L. Tavenner, 1256 Response to Motion/Application filed by Lynn L. Tavenner, 1257 Response to Motion/Application filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1263] |
| Status: | The Trustee understands that the Movant intends to request that the Court grant the relief sought in the Motion. |

7. Motion for Joinder (Related Document(s)1217 Motion to Amend filed by Gary D. LeClair) filed by Christopher L. Perkins of Eckert Seamans Cherin & Mellott, LLC on behalf of Certain Former Attorneys. (Attachments: # 1 Exhibit(s)  # 2 Exhibit(s)  # 3 Exhibit(s)  # 4 Exhibit(s)  # 5 Exhibit(s)  # 6 Exhibit(s)  # 7 Exhibit(s)  # 8 Exhibit(s)  # 9 Exhibit(s)  # 10 Exhibit(s)   # 11 Exhibit(s)   # 12 Exhibit(s)   # 13 Exhibit(s)   # 14 Exhibit(s)  # 15 Exhibit(s)   # 16 Exhibit(s)   # 17 Exhibit(s)   # 18 Exhibit(s)   # 19 Exhibit(s)  # 20 Exhibit(s)) (Perkins, Christopher), [ECF No. 1234]

Related documents:

a. Notice of Motion and Notice of Hearing (Re: related document(s)1234 Motion for Joinder filed by Certain Former Attorneys) filed by Christopher L. Perkins of Eckert Seamans Cherin & Mellott, LLC on behalf of Certain Former Attorneys. Hearing scheduled for 3/29/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Perkins, Christopher) [ECF No. 1239]

b. Motion to Amend (Related Document(s)79 List of Equity Security Holders Filed filed by LeClairRyan PLLC) filed by Andrew M. Bowman of Gentry Locke on behalf of Gary D. LeClair. (Attachments: # 1 Proposed Order # 2 Exhibit(s) 2 # 3 Exhibit(s) 3 # 4 Exhibit(s) 4 # 5 Exhibit(s) 5 # 6 Exhibit(s) 6 # 7 Exhibit(s) 7 # 8 Exhibit(s) 8) (Bowman, Andrew), [ECF No. 1217]

c. Declaration (Re: related document(s)1234 Motion for Joinder filed by Certain Former Attorneys) filed by Christopher L. Perkins of Eckert Seamans Cherin & Mellott, LLC on behalf of Joseph Lagrotteria. (Perkins, Christopher) [ECF No. 1247]

d. Declaration *Thomas M. Wolf* (Re: related document(s)[1217] Motion to Amend filed by Gary D. LeClair, [1234] Motion for Joinder filed by Certain Former Attorneys) filed by Christopher L. Perkins of Eckert Seamans Cherin & Mellott, LLC on behalf of Certain Former Attorneys. (Perkins, Christopher) [ECF No. 1261]

Response Deadline:    March 22, 2022

Responses Filed:    Response to (Re: related document(s)1234 Motion for Joinder filed by Certain Former Attorneys) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1256]

Exhibit - *Exhibits A through C* (Re: related document(s)1255 Response to Motion/Application filed by Lynn L. Tavenner, 1256 Response to Motion/Application filed by Lynn L. Tavenner, 1257 Response to Motion/Application filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [1258]

Supplemental Certificate of Service (Re: related document(s)1255 Response to Motion/Application filed by Lynn L. Tavenner, 1256 Response to Motion/Application filed by Lynn L. Tavenner, 1257 Response to Motion/Application

|  |  |
|---|---|
|  | filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1263] |
| Status: | The Trustee understands that the Movants intend to request that the Court grant the relief sought in the Motion. |

8. Motion for Joinder (Related Document(s)1217 Motion to Amend filed by Gary D. LeClair) filed by Michael E. Hastings of Woods Rogers PLC on behalf of Rodney K. Adams, John T. Jessee, Paul C. Kuhnel, and Andrew K. Clark. (Hastings, Michael), [ECF No. 1237]

   Related documents:

   a.  Notice of Hearing (Re: related document(s)1237 Motion for Joinder filed by Rodney K. Adams, John T. Jessee, Paul C. Kuhnel, and Andrew K. Clark) filed by Michael E. Hastings of Woods Rogers PLC on behalf of Rodney K. Adams, John T. Jessee, Paul C. Kuhnel, and Andrew K. Clark. Hearing scheduled for 3/29/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Hastings, Michael) [ECF No. 1238]

   b. Motion to Amend (Related Document(s)79 List of Equity Security Holders Filed filed by LeClairRyan PLLC) filed by Andrew M. Bowman of Gentry Locke on behalf of Gary D. LeClair. (Attachments: # 1 Proposed Order # 2 Exhibit(s) 2 # 3 Exhibit(s) 3 # 4 Exhibit(s) 4 # 5 Exhibit(s) 5 # 6 Exhibit(s) 6 # 7 Exhibit(s) 7 # 8 Exhibit(s) 8) (Bowman, Andrew), [ECF No. 1217]

|  |  |
|---|---|
| Response Deadline: | March 22, 2022 |
| Responses Filed: | Response to (Re: related document(s)1237 Motion for Joinder filed by Rodney K. Adams, John T. Jessee, Paul C. Kuhnel, and Andrew K. Clark) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1257] |
|  | Exhibit - *Exhibits A through C* (Re: related document(s)1255 Response to Motion/Application filed by Lynn L. Tavenner, 1256 Response to Motion/Application filed by Lynn L. Tavenner, 1257Response to Motion/Application filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [1258] |
|  | Supplemental Certificate of Service (Re: related document(s)1255 Response to Motion/Application filed by |

9

|  |  |
|---|---|
|  | Lynn L. Tavenner, 1256 Response to Motion/Application filed by Lynn L. Tavenner, 1257Response to Motion/Application filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1263] |
| Status: | The Trustee understands that the Movants intend to request that the Court grant the relief sought in the Motion. |

9. Motion for Joinder *of Two Additional Former LeClairRyan, PPLC Attorneys to* (Related Document(s)1217 Motion to Amend filed by Gary D. LeClair) filed by John G. McJunkin of BAKER DONELSON on behalf of Gretchen Jackson, Robin Teskin. (Attachments: # 1 Exhibit(s) A to Joinder # 2 Exhibit(s) B to Joinder) (McJunkin, John) [ECF No. 1260]

|  |  |
|---|---|
| Response Deadline: | March 22, 2022 |
| Responses Filed: | Response to (Re: related document(s)1260 Motion for Joinder filed by Robin Teskin, Gretchen Jackson) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1264] |
| Status: | The Trustee understands that the Movants intend to request that the Court grant the relief sought in the Motion. |

### III.   REPORTS

10.  Case Status and Report pursuant to Local Rule 2015-(a)-(1)(A)

                Respectfully submitted,

                **LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

Dated: March 28, 2022        By: */s/ Paula S. Beran*
Richmond, Virginia            Paula S. Beran, Esquire (VSB No. 34679)
                              PBeran@TB-LawFirm.com
                              Tavenner & Beran, PLC
                              20 North 8th Street
                              Richmond, Virginia 23219
                              Telephone: (804) 783-8300
                              Telecopier: (804) 783-0178

                *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court and applicable orders, I certify that on this 28th day of March 2022, a true copy of the foregoing Agenda was sent electronically to all parties receiving ECF notices in this Case.

*/s/ Paula S. Beran*
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*