## DECLARATION OF William Michael Holm

W. Michael Holm states the following as his Declaration:

1. I am competent to make this Declaration pursuant to 28 U.S.C. § 1746.

2. I am a resident of Virginia and a party-in-interest of LeClairRyan, PLLC (the "Firm" or the "Debtor") in the Chapter 7 bankruptcy proceeding styled *In re LeClairRyan, PLLC*, Case No. 19-34574-KRH that is currently pending in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division.

3. I submit this Declaration in support of my Joinder to the Motion to Amend the Debtor's Equity Security Holders List Pursuant to Bankruptcy Rule 1009(a).

4. My last day of employment was on or around August 9, 2019.

5. I began working at IslerDare, PC on August 22, 2019.

This completes my Declaration.

Executed on March 28, 2022

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
William Michael Holm