J. Scott Sexton (VSB No. 29284)
Andrew M. Bowman (VSB No. 86754)
GENTRY LOCKE
P.O. Box 40013
Roanoke, Virginia 24022
Telephone:  540.983.9300
Email:  sexton@gentrylocke.com
         bowman@gentrylocke.com

William A. Broscious (VSB No. 27436)
William A. Broscious, Esq., PLC
P.O. Box 71180
Henrico, Virginia 23255
Telephone:  804.533.2734
Email:  wbroscious@brosciouslaw.com

*Counsel for Gary D. LeClair*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re:<br><br>**LeClairRyan, PLLC,**<br><br>Debtor. | Case No.: 19-34574-KRH<br><br>Chapter 7 |

## JOINT NOTICE OF APPEAL

Pursuant to Rules 8002(a)(1-2) and 8003(a-b) of the Federal Rules of Bankruptcy Procedure, Gary D. LeClair ("**LeClair**"), and those Certain Former LeClairRyan, PLLC Attorneys, by and through the undersigned counsel, files this Notice of Appeal, and in support thereof states as follows:

**Part 1: Identify the appellants(s)**

1. Name of the appellants: Gary D. LeClair, Megan Ben'Ary, Steven Blaine, James Carroll, Brian Donnell, Robert Fletcher, Robert Harrison, Michael Holm, Charles Horn, Ray King, David Lay, Joseph Lagrotteria, Ilan Markus, David Phillips, Christopher Perkins, Christopher Pizzo, Thomas Regan, Peter Van Zandt, Robert Wayne, Andrew White, Diane Wilson, Thomas Wolf, Robert Wonneberger, and Karen Yates.

2. Position of appellants in the adversary proceeding or bankruptcy case that is the subject of this appeal: Parties-In-Interest.

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   a. Docket Entry 1277—the Bankruptcy Court's denial of LeClair's Motion to Amend Debtor's Equity Security Holder's List Pursuant to Bankruptcy Rule 1009(a) [D.E. 1217] (the "Motion to Amend") and Joinder of Certain Former LeClairRyan, PLLC Attorneys [D.E. 1234]; and

   b. Docket Entry 1278—the Bankruptcy Court's grant of the Trustee's Motion for an Order Approving (I) the Trustee's Reliance on Debtor's List of Equity Security Holders [D.E. 1086] (the "Motion to Authorize").

2. State the date on which the judgment, order, or decree was entered: the Court denied the Motion to Amend and granted the Motion to Approve on the record of the March 29, 2022 hearing, and the Clerk subsequently entered the Court's ruling that same day, as Docket Entries 1277 and 1278.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone number of their attorneys (attach additional pages if necessary):

1. Party: Lynn Tavenner, Chapter 7 Trustee    Attorney: Paula Beran
   TAVENNER & BERAN, PLC
   20 North Eighth Street, 2d Floor
   Richmond, Virginia 23219
   Telephone: 804.783.8300

2. Party: Elizabeth Acee    Attorney: Diana Lyn Curtis McGraw
   FOX ROTHSCHILD LLP
   2020 K Street, NW, Suite 500
   Washington, DC 20006
   Telephone: 202.461.3111

3. Party: Richard W. Bowerman  Attorney: Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

4. Party: Paul Burleigh  Attorney: Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

5. Party: Karol Corbin Walker  Attorney: Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

6. Party: Mark Dombroff  Attorney: Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

7. Party: Niclas Ferland  Attorney: Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

8. Party: Janice Grubin  Attorney: Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

9. Party: Charles Erik Gustafson  Attorney: Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

10. Party: Christopher J. Lange  Attorney: Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP

|   |   |   |   |
|---|---|---|---|
|   |   |   | 2020 K Street, NW, Suite 500<br>Washington, DC 20006<br>Telephone: 202.461.3111 |
| 11. | Party: Jason Medley | Attorney: | Diana Lyn Curtis McGraw<br>FOX ROTHSCHILD LLP<br>2020 K Street, NW, Suite 500<br>Washington, DC 20006<br>Telephone: 202.461.3111 |
| 12. | Party: Lori Thompson | Attorney: | Diana Lyn Curtis McGraw<br>FOX ROTHSCHILD LLP<br>2020 K Street, NW, Suite 500<br>Washington, DC 20006<br>Telephone: 202.461.3111 |
| 13. | Party: Gretchen Jackson | Attorney: | David Folds, Daniel Carrigan<br>BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>901 K Street, N.W., Suite 900<br>Washington, DC 20001<br>Telephone: 202.508.3450 |
| 14. | Party: Robin Teskin | Attorney: | David Folds, Daniel Carrigan<br>BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>901 K Street, N.W., Suite 900<br>Washington, DC 20001<br>Telephone: 202.508.3450 |
| 15. | Party: Rodney K. Adams | Attorney: | Michael Hastings<br>WOODS ROGERS, PLC<br>10 S. Jefferson Street, Suite 1800<br>Roanoke, Virginia 24011<br>Telephone: 540.983.7568 |
| 16. | Party: John T. Jessee | Attorney: | Michael Hastings<br>WOODS ROGERS, PLC<br>10 S. Jefferson Street, Suite 1800<br>Roanoke, Virginia 24011<br>Telephone: 540.983.7568 |

29646/1/10423855v1

17. Party: Paul C. Kuhnel     Attorney: Michael Hastings
WOODS ROGERS, PLC
10 S. Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Telephone: 540.983.7568

18. Party: Andrew K. Clark     Attorney: Michael Hastings
WOODS ROGERS, PLC
10 S. Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Telephone: 540.983.7568

Respectfully submitted this 12th day of April, 2022.

GARY D. LECLAIR

/s/ Andrew M. Bowman

J. Scott Sexton (VSB No. 29284)
Andrew M. Bowman (VSB No. 86754)
GENTRY LOCKE
P.O. Box 40013
Roanoke, Virginia 24022
Telephone:  540.983.9300
Fax:        540.983.9400
Email:      sexton@gentrylocke.com
            bowman@gentrylocke.com

William A. Broscious (VSB No. 27436)
William A. Broscious, Esq., PLC
P.O. Box 71180
Henrico, Virginia 23255
Telephone: 804.533.2734
Email:      wbroscious@brosciouslaw.com

*Counsel for Gary D. LeClair*

CERTAIN FORMER LECLAIRRYAN PLLC
ATTORNEYS

*/s/Christopher L. Perkins*

Page **5** of **7**

Christopher L. Perkins (VA Bar No. 41783)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
919 E. Main Street, Suite 1300
Richmond, Virginia 23219
Telephone: (804) 788-9636
Facsimile: (804) 698-2950
E-Mail: cperkins@eckertseamans.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2022, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Andrew M. Bowman