Michael E. Hastings, Esq. (VSB No. 36090)
Justin E. Simmons, Esq. (VSB No. 77319)
Timothy J. Lovett, Esq. (VSB No. 97438)
Woods Rogers PLC
10 S. Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Phone: (540) 983-7568
Fax: (540) 983-7711
mhastings@woodsrogers.com
jsimmons@woodsrogers.com
tlovett@woodsrogers.com
*Counsel for Rodney K. Adams,
John T. Jessee, Paul C. Kuhnel,
and Andrew K. Clark*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re:<br><br>LeClairRyan, PLLC,<br><br>Debtor. | Case No.: 19-34574-KRH<br><br>Chapter 7 |

### NOTICE OF APPEAL

Pursuant to Rule 8002(a)(1-2) and 8003(a) of the Federal Rules of Bankruptcy Procedure, Rodney K. Adams, John T. Jessee, Paul C. Kuhnel, and Andrew K. Clark ("**Appellants**"), by and through the undersigned counsel, file this Notice of Appeal, and in support thereof state as follows:

**Part 1: Identify the appellants(s)**

1. Name of the appellants: Rodney K. Adams, John T. Jessee, Paul C. Kuhnel, and Andrew K. Clark.

2. Position of appellants in the adversary proceeding or bankruptcy case that is the subject of this appeal: Parties-In-Interest

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

29646/1/10403212v1

    a. Docket Entry 1277—the Bankruptcy Court's denial of Rodney K. Adams, John T. Jessee, Paul C. Kuhnel, and Andrew K. Clark's Joinder to Gary D. LeClair's Motion to Amend Debtor's Equity Security Holder's List Pursuant to Bankruptcy Rule 1009(a) [D.E. 1237] (the "Joinder Motion"); and

    b. Docket Entry 1278—the Bankruptcy Court's grant of the Trustee's Motion for an Order Approving (I) the Trustee's Reliance on Debtor's List of Equity Security Holders [D.E. 1086] (the "Motion to Authorize").

2. State the date on which the judgment, order, or decree was entered: the Court denied the Motion to Amend and granted the Motion to Approve on the record of the March 29, 2022 hearing, and the Clerk subsequently entered the Court's ruling that same day, as Docket Entries 1277 and 1278.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone number of their attorneys (attach additional pages if necessary):

1. Party: Lynn Tavenner, Chapter 7 Trustee    Attorney: Paula Beran
TAVENNER & BERAN, PLC
20 North Eighth Street, 2d Floor
Richmond, Virginia 23219
Telephone: 804.783.8300

2. Party: Elizabeth Acee    Attorney: Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

3. Party: Richard W. Bowerman    Attorney: Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

4. Party: Paul Burleigh    Attorney: Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

5. Party: Karol Corbin Walker    Attorney: Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

6. Party: Mark Dombroff    Attorney: Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

7. Party: Niclas Ferland    Attorney: Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

8. Party: Janice Grubin    Attorney: Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

9. Party: Charles Erik Gustafson    Attorney: Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

| | | |
|---|---|---|
| 10. Party: Christopher J. Lange | Attorney: | Diana Lyn Curtis McGraw<br>FOX ROTHSCHILD LLP<br>2020 K Street, NW, Suite 500<br>Washington, DC 20006<br>Telephone: 202.461.3111 |
| 11. Party: Jason Medley | Attorney: | Diana Lyn Curtis McGraw<br>FOX ROTHSCHILD LLP<br>2020 K Street, NW, Suite 500<br>Washington, DC 20006<br>Telephone: 202.461.3111 |
| 12. Party: Lori Thompson | Attorney: | Diana Lyn Curtis McGraw<br>FOX ROTHSCHILD LLP<br>2020 K Street, NW, Suite 500<br>Washington, DC 20006<br>Telephone: 202.461.3111 |
| 13. Party: Megan Ben'Ary | Attorney: | Christopher Perkins<br>ECKERT SEAMANS CHERIN & MELLOT, LLC<br>919 E. Main Street, 1300<br>Richmond, Virginia 23219<br>Telephone: 804.788.9636 |
| 14. Party: Steven Blaine | Attorney: | Christopher Perkins<br>ECKERT SEAMANS CHERIN & MELLOT, LLC<br>919 E. Main Street, 1300<br>Richmond, Virginia 23219<br>Telephone: 804.788.9636 |
| 15. Party: James Carroll | Attorney: | Christopher Perkins<br>ECKERT SEAMANS CHERIN & MELLOT, LLC<br>919 E. Main Street, 1300<br>Richmond, Virginia 23219<br>Telephone: 804.788.9636 |

16. Party: Brian Donnell    Attorney: Christopher Perkins
ECKERT SEAMANS CHERIN & MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

17. Party: Robert Fletcher    Attorney: Christopher Perkins
ECKERT SEAMANS CHERIN & MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

18. Party: Robert Harrison    Attorney: Christopher Perkins
ECKERT SEAMANS CHERIN & MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

19. Party: Charles Horn    Attorney: Christopher Perkins
ECKERT SEAMANS CHERIN & MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

20. Party: Ray King    Attorney: Christopher Perkins
ECKERT SEAMANS CHERIN & MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

21. Party: David Lay    Attorney: Christopher Perkins
ECKERT SEAMANS CHERIN & MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

22. Party: Ilan Marus     Attorney: Christopher Perkins
ECKERT SEAMANS CHERIN & MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

23. Party: David Phillips     Attorney: Christopher Perkins
ECKERT SEAMANS CHERIN & MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

24. Party: Christopher Perkins     Attorney: Christopher Perkins
ECKERT SEAMANS CHERIN & MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

25. Party: Christopher Pizzo     Attorney: Christopher Perkins
ECKERT SEAMANS CHERIN & MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

26. Party: Thomas Regan     Attorney: Christopher Perkins
ECKERT SEAMANS CHERIN & MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

27. Party: Peter Van Zandt     Attorney: Christopher Perkins
ECKERT SEAMANS CHERIN & MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

28. Party: Robert Wayne        Attorney: Christopher Perkins
ECKERT SEAMANS CHERIN & MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

29. Party: Andrew White        Attorney: Christopher Perkins
ECKERT SEAMANS CHERIN & MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

30. Party: Diana Wilaon        Attorney: Christopher Perkins
ECKERT SEAMANS CHERIN & MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

31. Party: Robert Wonneberger        Attorney: Christopher Perkins
ECKERT SEAMANS CHERIN & MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

32. Party: Karen Yates        Attorney: Christopher Perkins
ECKERT SEAMANS CHERIN & MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

33. Party: Gretchen Jackson        Attorney: David Folds, Daniel Carrigan
BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
901 K Street, N.W., Suite 900
Washington, DC 20001
Telephone: 202.508.3450

| | |
|---|---|
| 34. Party: Robin Teskin | Attorney: David Folds, Daniel Carrigan<br>BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>901 K Street, N.W., Suite 900<br>Washington, DC 20001<br>Telephone: 202.508.3450 |
| 35. Party: Gary D. LeClair | Attorney: Andrew Bowman<br>GENRY LOCKE<br>P.O. Box 40013<br>Roanoke, Virginia 24033<br>Telephone: 540.983.9300 |

Respectfully submitted this 12th day of April, 2022.

RODNEY K. ADAMS, JOHN T. JESSEE
PAUL C. KUHNEL, AND ANDREW K. CLARK

By:   /s/ Michael E. Hastings
        Of Counsel

Michael E. Hastings, Esq. (VSB No. 36090)
Justin E. Simmons, Esq. (VSB No. 77319)
Timothy J. Lovett, Esq. (VSB 97438)
Woods Rogers PLC
10 S. Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Phone: (540) 983-7568
Fax: (540) 983-7711
mhastings@woodsrogers.com
jsimmons@woodsrogers.com
tlovett@woodsrogers.com

*Counsel for Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2022, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Michael E. Hastings