John McJunkin (VSB No. 31011)
Baker Donelson Bearman, Caldwell & Berkowitz, PC
901 K Street, NW
Suite 900
Washington, DC 20001
Phone: (202) 508-3450
Fax: (202) 220-2250
jmcjunkin@bakerdonelson.com
*Counsel for Appellants/Former*
*Attorneys*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **In re:** | **Case No.: 19-34574-KRH** |
| **LeClairRyan, PLLC,** | |
| **Debtor.** | **Chapter 7** |

### JOINT NOTICE OF APPEAL[1]

Pursuant to Rules 8002(a)(1,2,3) and 8003(a), (b) of the Federal Rules of Bankruptcy Procedure, Ms. Robin Teskin and Ms. Gretchen Jackson (together, **Appellants** or "Former Attorneys"), by and through the undersigned counsel, file this Notice of Appeal, and in support thereof state as follows: **Part 1: Identify the appellants(s)**

    1.      Names of the appellants: Ms. Robin Teskin and Ms. Gretchen Jackson.

    2.      Position of appellants in the adversary proceeding or bankruptcy case that is the subject of this appeal: Parties-In-Interest

**Part 2: Identify the subject of this appeal**

    1.      Describe the judgment, order, or decree appealed from:

---

[1] This Joint Notice of Appeal is related to the Appeals currently pending in the United States District Court for the Eastern District of Virginia (Richmond Division) at Case Numbers 3:22-cv-00235 and 3:22-cv-00237. Such Appeals were commenced by the filing, on April 12, 2022, of the Joint Notice of Appeal [D.E. 1284] and Notice of Appeal [D.E. 1286].

a. Docket Entry 1277—the Bankruptcy Court's denial of the Former Attorneys'

    Joinder to Gary D. LeClair's Motion to Amend Debtor's Equity Security Holder's

    List Pursuant to Bankruptcy Rule 1009(a) [D.E. 1260] (the "Joinder Motion");

    and

b. Docket Entry 1278—the Bankruptcy Court's grant of the Trustee's Motion for an

    Order Approving (I) the Trustee's Reliance on Debtor's List of Equity Security

    Holders [D.E. 1086] (the "Motion to Authorize"); and

c. Docket Entry 1301 – the Bankruptcy Court's Memorandum Opinion regarding,

    among other things, the Motion to Amend and the Joinder; and

d. Docket Entry 1302 – the Bankruptcy Court's Order denying, among other things,

    the Motion to Amend and the Joinder.

2.      State the date on which the judgment, order, or decree was entered: the Court denied

the Motion to Amend and granted the Motion to Approve on the record of the March 29, 2022

hearing, and the Clerk subsequently entered the Court's ruling that same day, as Docket Entries

1277 and 1278, respectively.  On April 21, 2022, the Clerk entered the Court's Memorandum

Opinion and the Court's Order as Docket Entries 1301 and 1302, respectively.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names,

addresses, and telephone number of their attorneys (attach additional pages if necessary):

   1. Party: Lynn Tavenner, Chapter 7 Trustee    Attorney:  Paula Beran
                                                              TAVENNER & BERAN, PLC
                                                              20 North Eighth Street, 2d
                                                              Floor Richmond, Virginia
                                                              23219
                                                              Telephone: 804.783.8300

2.  Party: Elizabeth Acee

Attorney:   Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

3.  Party: Richard W. Bowerman

Attorney:   Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

4.  Party: Paul Burleigh

Attorney:   Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

5.  Party: Karol Corbin Walker

Attorney:   Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

6.  Party: Mark Dombroff

Attorney:   Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

7.  Party: Niclas Ferland

Attorney:   Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

8.  Party: Janice Grubin

Attorney:   Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

9.  Party: Charles Erik Gustafson

Attorney:   Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

10. Party: Christopher J. Lange

Attorney:  Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

11. Party: Jason Medley

Attorney:  Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

12. Party: Lori Thompson

Attorney:  Diana Lyn Curtis McGraw
FOX ROTHSCHILD LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Telephone: 202.461.3111

13. Party: Megan Ben'Ary

Attorney:  Christopher Perkins
ECKERT SEAMANS CHERIN
& MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

14. Party: Steven Blaine

Attorney:  Christopher Perkins
ECKERT SEAMANS CHERIN
& MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

15. Party: James Carroll

Attorney:  Christopher Perkins
ECKERT SEAMANS CHERIN
& MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

16. Party: Brian Donnell

Attorney:   Christopher Perkins
ECKERT SEAMANS CHERIN
& MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

17. Party: Robert Fletcher

Attorney:   Christopher Perkins
ECKERT SEAMANS CHERIN
& MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

18. Party: Robert Harrison

Attorney:   Christopher Perkins
ECKERT SEAMANS CHERIN
& MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

19. Party: Charles Horn

Attorney:   Christopher Perkins
ECKERT SEAMANS CHERIN
& MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

20. Party: Ray King

Attorney:   Christopher Perkins
ECKERT SEAMANS CHERIN
& MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

21. Party: David Lay

Attorney:   Christopher Perkins
ECKERT SEAMANS CHERIN
& MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

22. Party: Ilan Marus                    Attorney:  Christopher Perkins
                                                    ECKERT SEAMANS CHERIN
                                                    & MELLOT, LLC
                                                    919 E. Main Street, 1300
                                                    Richmond, Virginia 23219
                                                    Telephone: 804.788.9636

23. Party: David Phillips                Attorney:  Christopher Perkins
                                                    ECKERT SEAMANS CHERIN
                                                    & MELLOT, LLC
                                                    919 E. Main Street, 1300
                                                    Richmond, Virginia 23219
                                                    Telephone: 804.788.9636

24. Party: Christopher Perkins           Attorney:  Christopher Perkins
                                                    ECKERT SEAMANS CHERIN
                                                    & MELLOT, LLC
                                                    919 E. Main Street, 1300
                                                    Richmond, Virginia 23219
                                                    Telephone: 804.788.9636

25. Party: Christopher Pizzo             Attorney:  Christopher Perkins
                                                    ECKERT SEAMANS CHERIN
                                                    & MELLOT, LLC
                                                    919 E. Main Street, 1300
                                                    Richmond, Virginia 23219
                                                    Telephone: 804.788.9636

26. Party: Thomas Regan                  Attorney:  Christopher Perkins
                                                    ECKERT SEAMANS CHERIN
                                                    & MELLOT, LLC
                                                    919 E. Main Street, 1300
                                                    Richmond, Virginia 23219
                                                    Telephone: 804.788.9636

27. Party: Peter Van Zandt               Attorney:  Christopher Perkins
                                                    ECKERT SEAMANS CHERIN
                                                    & MELLOT, LLC
                                                    919 E. Main Street, 1300
                                                    Richmond, Virginia 23219
                                                    Telephone: 804.788.9636

28. Party: Robert Wayne

Attorney:  Christopher Perkins
ECKERT SEAMANS CHERIN
& MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

29. Party: Andrew White

Attorney:  Christopher Perkins
ECKERT SEAMANS CHERIN
& MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

30. Party: Diana Wilaon

Attorney:  Christopher Perkins
ECKERT SEAMANS CHERIN
& MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

31. Party: Robert Wonneberger

Attorney:  Christopher Perkins
ECKERT SEAMANS CHERIN
& MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

32. Party: Karen Yates

Attorney:  Christopher Perkins
ECKERT SEAMANS CHERIN
& MELLOT, LLC
919 E. Main Street, 1300
Richmond, Virginia 23219
Telephone: 804.788.9636

33. Party: Rodney K. Adams

Attorney:  Michael Hastings
WOODS ROGERS PLC
10 S. Jefferson Street,
Suite 1800
Roanoke, Virginia 24011
Telephone: 540-983-7568

34. Party: John T. Jessee

Attorney: Michael Hastings
WOODS ROGERS PLC
10 S. Jefferson Street,
Suite 1800
Roanoke, Virginia 24011
Telephone: 540-983-7568

35. Party: Paul C. Kuhnel

Attorney: Michael Hastings
WOODS ROGERS PLC
10 S. Jefferson Street,
Suite 1800
Roanoke, Virginia 24011
Telephone: 540-983-7568

36. Party: Andrew K. Clark

Attorney: Michel Hastings
WOODS ROGERS PLC
10 S. Jefferson Street,
Suite 1800
Roanoke, Virginia 24011
Telephone: 540-983-7568

Respectfully submitted this 26th day of April, 2022.

By:    /s/ John G. McJunkin

John McJunkin (VSB No. 31011)
Baker Donelson Bearman, Caldwell & Berkowitz, PC
901 K Street, NW
Suite 900
Washington, DC 20001
Phone: (202) 508-3450
Fax: (202) 220-2250
jmcjunkin@bakerdonelson.com

*Counsel for Appellants/Former Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2022, I caused the foregoing to be filed

with the Clerk using the CM/ECF system which will send notification of such filing to all counsel

of record.

/s/ John G. McJunkin