UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>Debtor | Case No.<br>19-34574-KRH<br><br>Chapter 7 |

**ORDER APPROVING THE TRUSTEE'S RELIANCE ON**
**DEBTOR'S LIST OF EQUITY SECURITY HOLDERS**

    This matter coming before the Court on the Trustee's Motion For An Order Approving (I) The Trustee's Reliance On Debtor's List of Equity Security Holders And (II) Procedures For Obtaining Copies Of Filed Tax Returns And Memorandum In Support Thereof (the "**Motion**")[2] [ECF No. 1086] filed by Lynn L. Tavenner, Trustee, and not individually but solely in her capacity as the Chapter 7 trustee (in such capacity, the "**Chapter 7 Trustee**" and/or the "**Trustee**") of the bankruptcy estate (the "**Estate**") of LeClairRyan PLLC ("**LeClairRyan**" and/or the "**Debtor**") seeking, *inter alia*, an order (1) approving the Trustee's continued reliance on Debtor's ESH List, (2) approving procedures to obtain masked copies of the Debtor's tax returns, and (3) granting other and further relief as the Court may deem proper, as well as on the Objection to Trustee's Motion to Approve filed on behalf of Gary D. LeClair [ECF No. 1092], Rodney K. Adams, John T. Jessee, Paul C. Kuhnel, and Andrew K.

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Clark's Limited Objection to Trustee's Motion for an Order Approving (I) The Trustee's Reliance on Debtor's List of Equity Security Holders and (II) Procedures for Obtaining Copies of Filed Tax Returns and Memorandum in Support Thereof [ECF No. 1093], Objection to Trustees Motion for an Order Approving (I) The Trustees Reliance on Debtors List of Equity Security Holders (II) Procedures for Obtaining Copies of Filed Tax Returns filed on behalf of Elizabeth Acee [ECF No. 1094], Objection to Trustees Motion for an Order Approving (I) The Trustees Reliance on Debtors List of Equity Security Holders (II) Procedures for Obtaining Copies of Filed Tax Returns filed on behalf of Richard W. Bowerman, Paul Burleigh, Karol Corbin Walker, Mark Dombroff, Niclas Ferland, Janice Grubin, Charles Erik Gustafson, Christopher J. Lange, Jason Medley, Lori Thompson [ECF No. 1095], and Objection Joinder To Various Objections filed by Christopher L. Perkins on behalf of Certain Former Attorneys [ECF No. 1100] (collectively, the "**Objections**" and each an "**Objection**"); and the Court having (1) previously entered Order Approving Procedures For Obtaining Copies of Filed Tax Returns [ECF No. 1224] (the "**Copy Procedures Order**") that approved as modified the Masked Tax Return Copy Procedures aspect of the Motion and (2) reviewed and considered the Motion and the Objections, as well as the evidence in support of the Motion presented at a hearing before the Court (the "**Hearing**"); and the Court finding that (1) jurisdiction exists over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (2) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (3) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and (4) notice of the Motion and Hearing was sufficient under the circumstances; and the Court having determined that the Objections have either been withdrawn or are hereby overruled based on (1) the statement found at footnote 1 of Movant Gary D. LeClair's Motion to Amend Debtor's Equity Security Holders List Pursuant To Bankruptcy Rule 1009(a) [ECF No. 1217] (the "**Motion to Amend**") that he "does not object to the

Trustee's reliance on an accurate ESH List," (2) the Joinder of Certain Former LeClairRyan, PLLC Attorneys to Motion To Amend Debtor's Equity Security Holders List Pursuant To Bankruptcy Rule 1009(A) [ECF No. 1234] (wherein those former attorneys "join and adopt, as if restated in full" the Motion to Amend), (c) the primary basis for the Objection found at ECF No. 1093 is that the ESH List is allegedly unreliable, and (d) this Court's findings in Order Denying (I) Gary D. LeClair's Motion to Amend Debtor's Equity Security Holders List Pursuant to Bankruptcy Rule 1009(a) and (II) All Related Joinder Motions entered simultaneously herewith; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing and supported by the evidence contained in (1) paragraphs six (6) through nine (9) of the Trustee's Declaration dated March 28, 2022 [ECF No. 1269] and (2) all paragraphs of the Trustee's Declaration dated November 15, 2021 [ECF No. 1097] establish just cause for the relief herein granted;

NOW, THEREFORE, it is **ORDERED**, that:

1. Except as otherwise provided in the Copy Procedures Order, the Motion is GRANTED.

2. The Trustee, directly and/or through her professionals, is authorized to continue to rely on the Debtor's ESH List in its current form until and if said ESH List is altered by further Order of this Court (the "**Revised ESH List**").

3. To the extent there is any Revised ESH List, the Trustee, directly and/or through her professionals, is authorized to rely on the Revised ESH List.

4. This Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order.

5. As permitted by Bankruptcy Rule 6004(h), notwithstanding Bankruptcy Rule 7062, this Order shall be effective and enforceable immediately upon entry.

6. Upon entry, the Clerk shall forthwith provide a copy of this Order to counsel for the Trustee, who shall serve (by electronic delivery, first class mail, postage prepaid or overnight delivery) copies of this Order on: the Office of the United States Trustee and the individuals listed on the Debtor's ESH List.

ENTERED: Apr 27 2022

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Apr 28 2022

I ask for this:

/s/ *Paula S. Beran*
Paula S. Beran, Esquire (VSB No. 34679)
PBeran@TB-LawFirm.com
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

CERTIFICATION

I hereby certify that, pursuant to Local Rule 9022-1, the foregoing proposed Order has either been endorsed by and/or served upon all necessary parties (on April 12, 2022).

/s/ *Paula S. Beran*
Counsel

**Service List for Entered Order**

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219