United States Bankruptcy Court
Eastern District of Virginia
\_\_\_\_\_Richmond\_\_\_\_\_ Division

In re:   LeClairRyan PLLC

Case No. 19-34574-KRH

Adv. Proceeding No. [Adversary Proceeding Number]

Debtor(s)

## TRANSMITTAL OF NOTICE OF APPEAL AND, IF APPLICABLE, MOTION FOR LEAVE TO APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. §158, Notice of Appeal was filed herein on April 26, 2022.

[Check Box if Applicable] ☐ The Appellant(s) also filed a Motion for Leave to Appeal with the Notice of Appeal.

The parties included in the Appeal to the District Court:

**APPELLANT(S):** Ms. Robin Teskin and Ms. Gretchen Jackson

**ATTORNEY:** John McJunkin
901 K. Street, NW, Suite 900
Washington, DC 20001

**APPELLEE(S):** Lynn Tavenner, Ch.7 Trustee

**ATTORNEY:** Paula Beran
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Brief Description of Judgment/Order Appealed: Order Denying Motion to Amend Debtor's Equity Security Holders List and Memorandum Opinion

Date Judgment/Order Entered: Docket entries [1301 and 1302] filed on 4/21/2022

1. Filing Fees:   A. Notice of Appeal – Filing Fee $5.00   (✓) Paid   ( ) Not Paid
                  B. Appeal Docket Fee - $293.00           (✓) Paid   ( ) Not Paid   ( ) Deferred. See Attached Request
2. (✓) Notice of Appeal
3. ( ) Motion for Leave to Appeal (if any)

WILLIAM C. REDDEN, Clerk of Court

By /s/: N. Bullock, Deputy Clerk

Date transmitted: April 27, 2022        Telephone No. (804) 916-2428

..................................................................................................................................................

U.S. DISTRICT COURT CASE NUMBER: 3:22cv328
DATE: 4/27/2022        BY: /s/ A. Shoe, Deputy Clerk

**PLEASE RETURN COPY UPON COMPLETION**

[transenot ver. 12/14]