UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| In re:  LeClairRyan, PLLC,[1]  Debtor | Case No. 19-34574-KRH  Chapter 7 |
|---|---|

**PROPOSED AGENDA FOR HEARING ON**
**MAY 3, 2022 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on May 3, 2022, beginning at 11:00 a.m. via ZOOM:

Registration Link:

https://www.zoomgov.com/meeting/register/vJItceCvqj4tGSnXSN27CukxDLZTHKfY-cQ

Listen-only conference line:
Dial: 1-866-590-5055
Access Code: 4377075
Security Code: 5322

1. Case Status and Report pursuant to Local Rule 2015-(a)-(1)(A)

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Respectfully submitted,

**LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

Dated: May 2, 2022  
Richmond, Virginia

By: */s/ Paula S. Beran*  
Paula S. Beran, Esquire (VSB No. 34679)  
PBeran@TB-LawFirm.com  
Tavenner & Beran, PLC  
20 North 8th Street  
Richmond, Virginia 23219  
Telephone: (804) 783-8300  
Telecopier: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court and applicable orders, I certify that on this 2nd day of May 2022, a true copy of the foregoing Agenda was sent electronically to all parties receiving ECF notices in this Case.

*/s/ Paula S. Beran*  
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*