UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| In re: | Case No. |
|---|---|
| LeClairRyan, PLLC,[1] | 19-34574-KRH |
| Debtor | Chapter 7 |

**NOTICE OF CANCELLATION OF HEARING**
**SCHEDULED FOR MAY 3, 2022 at 11:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing scheduled for May 3, 2022 at 11:00 a.m. (prevailing Eastern Time) is cancelled.

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

    Respectfully submitted,

    LYNN L. TAVENNER, CHAPTER 7 TRUSTEE

Dated: May 2, 2022    By: */s/ Paula S. Beran*
Richmond, Virginia    Paula S. Beran, Esquire (VSB No. 34679)
    Tavenner & Beran, PLC
    20 North 8th Street
    Richmond, Virginia 23219
    Telephone: (804) 783-8300
    Telecopier: (804) 783-0178

    *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*