# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| In re: <br>     LeClairRyan, PLLC,[1] <br> Debtor | Case No. <br> 19-34574-KRH <br><br> Chapter 7 |

## TRUSTEE/APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS
## TO BE INCLUDED IN THE RECORD ON APPEAL

Lynn L. Tavenner, Trustee, and not individually but solely in her capacity as the Chapter 7 trustee (in such capacity, the "**Chapter 7 Trustee**" and/or the "**Trustee**") of the bankruptcy estate (the "**Estate**") of LeClairRyan PLLC ("**LeClairRyan**" and/or the "**Debtor**") hereby by and through her undersigned counsel, pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy, files this designation of items to be included in the record on appeal in addition to those items identified by the Appellants at ECF Nos. 1320, 1321, and 1322 (collectively, the "**Appellants' Designation**"):

    1.    Corrected Order Approving the Trustee's Reliance on Debtor's List of Equity Security Holders (ECF No. 1313).[2]

    2.    Declaration of Lori D. Thompson, Esq. in Support of Chapter 11 Petition and First Day Motions (ECF No. 3).

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

[2] The Appellants' Designation includes an item with the same name but an incorrect ECF No. of 1312.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

3. Appointment of Interim Trustee and Designation of Required Bond (ECF No. 175).

4. Order Granting Motion to Approve Client File Disposition Procedures (ECF No. 130).

5. Supplemental Order Approving Modified Client File Disposition Procedures (ECF No. 198).

6. Order Granting in part, Denying in part Motion for Relief from Stay (ECF No. 312).

7. Motion to Authorize (Trustee's Motion for an Order Authorizing the Transfer of Certain Designated Accounts Receivable and Memorandum in Support Thereof) (ECF No. 444).

8. Declaration of Lynn L. Tavenner dated May 27, 2020 (ECF No. 518).

9. Exhibit B - Agreement for Sale of Certain Accounts Receivable (Draft) (ECF No. 519).

10. Trustee's Motion for an Order Authorizing the Execution of Notices of Proposed Adjustments and Memorandum in Support Thereof (ECF No. 914).

11. Declaration of Lynn L. Tavenner, Trustee dated June 23, 2021 (ECF No. 924).

12. Order Authorizing the Execution of Notices of Proposed Adjustments (ECF No. 947).

13. Order Granting Motion to Approve Settlement (ECF No. 1133).

14. Statement Notice of Filing Under Seal of Certain Settlements (ECF No. 1253).

15. Statement Fifth Notice of Filing Under Seal of Proposed FAO Settlements (ECF No. 1170).

16. Statement Fourth Notice of Filing Under Seal of Proposed FAO Settlements (ECF No. 1146).

17. Statement Third Notice of Filing Under Seal of Proposed FAO Settlements (ECF No. 1082).

18. Statement Second Notice of Filing Under Seal of Proposed FAO Settlements (ECF No. 1070).

19. Order Approving Omnibus Settlements (ECF No. 816).

20. Proof of Claim 68 - John T. Jessee.

21. Proof of Claim 81 -William Michael Holm.

22. Proof of Claim 84 – Robert Fletcher.

23. Proof of Claim105 - Robert George Harrison.

24. Proof of Claim 109 – Charles Horn.

25. Proof of Claim132 - Andrew W. White.

26. Proof of Claim 133 - David M. Lay.

27. Proof of Claim 134 - Gary D. LeClair.

28. Proof of Claim 162 - Ray W. King.

29. Proof of Claim 185 -Diane Westwood Wilson.

30. Proof of Claim 204 - James E. Carroll.

31. Proof of Claim 218 – Gretchen Jackson.

32. Proof of Claim 220 – Robin Teskin.

33. Proof of Claim 223 - Brian J. Donnell.

34. Proof of Claim 224 - Ilan Markus.

35. Proof of Claim 226 - Karen Yates.

36. Proof of Claim 228 - Robert M. Wonneberger.

37. Proof of Claim 234 - David W. Phillips.

38. Proof of Claim 314 - Adams, Rodney.

39. Proof of Claim 320 - Andrew K. Clark.

40. Proof of Claim 322 - Paul C. Kuhnel.

41. Proof of Claim 339 - Joseph Lagrotteria.

42. Proof of Claim 382 - Megan Ben'ary.

43. Proof of Claim369 - Steven Blaine.

44. Proof of Claim 363 - Christopher Perkins.

45. Proof of Claim 395 - Christopher Pizzo.

46. Proof of Claim 366 - Thomas C. Regan.

47. Proof of Claim 396 - Peter J. Van Zandt.

48. Proof of Claim 372 - Robert Wayne.

                Respectfully submitted,

                LYNN L. TAVENNER, CHAPTER 7 TRUSTEE

Dated: May 19, 2022        By: */s/ Paula S. Beran*
Richmond, Virginia        Paula S. Beran, Esquire (VSB No. 34679)
                PBeran@TB-LawFirm.com
                Tavenner & Beran, PLC
                20 North 8th Street
                Richmond, Virginia 23219
                Telephone: (804) 783-8300
                Telecopier: (804) 783-0178

                *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

### **CERTIFICATE OF SERVICE**

I certify that on this 19th day of May, 2022, a true copy of the foregoing Designation was sent electronically to: (a) the Office of the United States Trustee; and (b) counsel for the Appellants.

                */s/    Paula S. Beran*
                Paula S. Beran, Esquire
                *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*