## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>        Debtor. | Case No. 19-34574-KRG<br><br>Chapter 7 |
| Lynn L. Tavenner, as Chapter 7 Trustee,<br><br>        Plaintiff,<br><br>v.<br><br>ULX Partners, LLC, UnitedLex Corporation, and ULX Manager LLC,<br><br>        Defendants. | Adv. Proc. No. 20-03142 (KRH) |
| Lynn L. Tavenner, as Chapter 7 Trustee,<br><br>        Plaintiff,<br><br>v.<br><br>CVC Capital Partners, Daniel Reed, Nicholas Hinton, Josh Rosenfeld, P. Douglas Benson,<br><br>        Defendants. | Adv. Proc. No. 21-03095 (KRH) |

## RESERVATION OF RIGHTS REGARDING THE MOTION OF THE UNITED STATES TRUSTEE FOR A STATUS CONFERENCE AND SCHEDULING ORDER

Lynn L. Tavenner, Trustee, not individually, but solely in her capacity as the Chapter 7

trustee (in such capacity, the "**Trustee**") of the bankruptcy estate of LeClairRyan PLLC in the

---

[1] The principal address of the Debtor as of the Petition Date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

_____

Erika L. Morabito (VSB No. 44369)
Brittany J. Nelson (VSB No. 81734)
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street, N.W., Suite 900
Washington, DC 20005
(202) 538-8334 (telephone)
Email:  erikamorabito@quinnemanuel.com
       brittanynelson@quinnemanuel.com

*Special Counsel to Lynn L. Tavenner, Chapter 7 Trustee*

above-referenced Chapter 7 case, by counsel, hereby submits this reservation of rights (the "**Reservation**") in respect to the Motion of the United States Trustee for A Status Conference and Scheduling Order [Dkt No. 1335][2] (the "**Motion**").  In support of the Reservation, the Trustee respectfully states as follows:

1.      On May 23, 2022 (less than 48 hours ago), the United States Trustee filed a very short objection to the Trustee's 9019 Motion (as hereafter defined) [Dkt No. 1333].

2.      Then, less than twenty-four (24) hours ago, on May 24, 2022, the Office of the United States Trustee (the "**United States Trustee**") filed the Motion.  The Motion seek a status conference and scheduling order related to discovery that the United States Trustee also recently served upon the Chapter 7 Trustee on May 23, 2002 (less than 48 hours ago) relating to the Trustee's Motion and Memorandum of Law for Entry of An Order (I) Approving (A) Judicially Mediated Settlement and (B) Compensation to Counsel Including an Improvident Payment Under Section 328(A); and (II) Granting Related Relief [Dkt No. 1328] (the "**9019 Motion**").

3.      Concurrently with the filing of the Motion, the United States Trustee also filed a Motion to Expedite Hearing on the Motion of the United States Trustee for a Status Conference and Scheduling Order [Dkt No. 1336] (the "**Motion to Expedite**").  The Motion to Expedite sought a hearing (the "**Hearing**") on the Motion and the Motion to Expedite on less than 24 hours' notice.

4.      Prior to the above filings by the United States Trustee, and subsequently thereafter, the Trustee has been engaged in discussions with the United States Trustee in a continuing effort to better understand and address any concerns of the United States Trustee with respect to the relief sought in the 9019 Motion.  Indeed, rather than engage in protracted and costly litigation, within

---

[2]  All docket cites herein are to the pleadings filed in the Main Bankruptcy Case, Case No 19-3457.

hours after the Motion was filed, counsel for the Trustee reached out to counsel for the United States

Trustee with a proposal that she believed would resolve the issues raised in the Motion.

5.      To that end, the two parties are scheduled to speak prior to the Hearing on the

morning of May 25, 2022.  The Trustee remains optimistic that the two parties can agree on an

appropriate path forward such that it can be presented to the Court at the Hearing for consideration.

6.      To the extent that the parties are unable to reach a resolution that is satisfactory to

both parties, the Trustee reserves all rights regarding the Motion and the Motion to Expedite,

including, but not limited to, the right to present oral arguments at the Hearing regarding the

Motion and the Motion to Expedite and/or to supplement this Reservation, as appropriate.


DATED:      May 25, 2022          Respectfully submitted,



                                   */s/ Erika L. Morabito*
                                   Erika L. Morabito (VSB No. 44369)
                                   Brittany J. Nelson (VSB No. 81734)
                                   QUINN EMANUEL URQUHART & SULLIVAN
                                   1300 I Street, N.W., Suite 900
                                   Washington, DC 20005
                                   (202) 538-8334 (telephone)
                                   Email:      erikamorabito@quinnemanuel.com
                                               brittanynelson@quinnemanuel.com

                                   *Special Counsel to Lynn L. Tavenner, Chapter 7
                                   Trustee*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of May, 2022, a true and correct copy of the foregoing document was served via first class mail and/or electronic mail upon: (i) all parties and counsel requesting service via the Court's ECF system, (ii) the Defendants, (iii) the 20 largest unsecured creditors as listed on the Debtor's schedules, (iv) the Service List as defined by the governing Case Management Order, (v) Foley & Lardner, (vi) all Persons identified in paragraph 4 of the FAO Procedures Order, and (vii) counsel for the Chapter 7 Trustee

*/s/ Erika L. Morabito*
Erika L. Morabito