UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

--------------------------------------- x
In re:                                  :    Case No. 19-34574 (KRH)
                                        :
LeClairRyan, PLLC,[1]                   :
                                        :    Chapter 7
         Debtor.                        :
--------------------------------------- x

**STIPULATED ORDER EXTENDING BAR DATE TO FILE AN ADMINISTRATIVE PROOF OF CLAIM FOR ANTHEM HEALTH PLANS OF VIRGINIA, INC.**

Lynn L. Tavenner, as the Chapter 7 trustee (the "Trustee") for the bankruptcy estate of LeClairRyan PLLC, (the "Estate") the above-captioned debtor (the "Debtor"), and Anthem Health Plans of Virginia, Inc. (together with the Trustee, the "Parties"), hereby stipulate and agree (this "Stipulated Order") as follows:

WHEREAS, on September 3, 2019, the Debtor filed with this Court a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (as amended, the "Bankruptcy Code"), commencing the above-captioned Chapter 11 case.

WHEREAS, on October 4, 2019, this Court entered the *Order of Conversion of Chapter 11 to Chapter 7* (Docket No. 140), converting the Debtor's case to a case under Chapter 7 of the Bankruptcy Code. Upon conversion, the Trustee was appointed interim trustee, and no other trustee having been elected at the meeting of creditors, she continues to serve as Trustee.

WHEREAS, on April 27, 2022, after a motion by the Trustee (Docket No. 1250), this Court entered the *Order Setting Bar Date for Filing Chapter 11 Applications for Administrative Claims* (Docket No. 1307), which requires that requests under section 503(a) of the Bankruptcy Code for payment of administrative expenses incurred on or after September 3, 2019 and before October 4, 2019 must be filed on or before May 31, 2022 (the "Chapter 11 Administrative Claims Bar Date").

WHEREAS, the Parties are in discussions regarding several items involving this Estate; as such, the Parties have agreed to enter into this Stipulated Order extending the Chapter 11 Administrative Claims Bar Date solely for Anthem Health Plans of Virginia, Inc. through and including July 29, 2022.

THEREFORE, IT IS STIPULATED AND AGREED AND SHALL BE SO ORDERED:

1. The Chapter 11 Administrative Claims Bar Date shall be extended solely for Anthem Health Plans of Virginia, Inc. through and including July 29, 2022.

2. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Stipulated Order.

ENTERED:
Richmond, Virginia

_____
UNITED STATES BANKRUPTCY JUDGE

STIPULATED AND AGREED:

ANTHEM HEALTH PLANS OF VIRGINIA, INC.    LYNN L. TAVENNER, CHAPTER 7 TRUSTEE

By: */s/ Joseph S. Sheerin*                By: */s/ Paula S. Beran (5/26/22)*

Joseph S. Sheerin, Esq. (VSB No. 47400)    Paula S. Beran, Esq. (VSB No. 34679)

*Counsel to Anthem Health Plans of Virginia, Inc.*    *Counsel to Lynn L. Tavenner, Chapter 7 Trustee*

## LOCAL RULE 9022-1(C) CERTIFICATION OF COUNSEL

Pursuant to Local Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served on all necessary parties.

/s/ *Joseph S. Sheerin*
Joseph S. Sheerin, Esq.

**Service List**

Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219

Joseph S. Sheerin, Esq.
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219