UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| In re: | Case No. 19-34574-KRH |
|---|---|
| LeClairRyan, PLLC,[1] | |
| Debtor | Chapter 7 |

PROPOSED AGENDA FOR HEARING ON
MAY 31, 2022, AT 11:00 A.M. (PREVAILING EASTERN TIME)

Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on May 31, 2022, beginning at 11:00 a.m. via Zoom:

**Zoom registration link:**

https://www.zoomgov.com/meeting/register/vJItde2urzspG1iHsjVBeUZQO9yTrdmZAis

Listen-only conference line:

Dial:  1-866-590-5055
Access Code:  4377075
Security Code:  53122

I. THIRD PARTY MATTERS IN MAIN CASE AND IN APN 20-03142-KRH

1. Motion for Status Hearing and A Scheduling Order, Notice of Motion and Notice of Hearing (Re: related document(s)[211] Sealed Document filed by Lynn L. Tavenner, as Chapter 7 Trustee, Lynn L. Tavenner, as Chapter 7 Trustee) Filed by Kathryn R. Montgomery of Office of the United States Trustee on behalf of John P. Fitzgerald III (Montgomery, Kathryn)  (Main Case – ECF No. 1335) (Adv. Pro ECF No. 217).

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Related documents:

    Hearing held and continued; (related document(s): [1335] Motion for Status Hearing filed by John P. Fitzgerald, III) Appearances: David G. Barger, J. Gregory Milmoe for ULX Partners, LLC; Paula Beran for Trustee; Erika Morabito, Special Counsel, for Trustee; Kathryn Montgomery for Office of the US Trustee; Susan Poll Klaessy for Foley & Lardner LLP. Hearing scheduled for 05/31/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (LisaGary)   (Main Case – ECF No. 1343) (Adv. Pro. ECF No. 226).

Objections/Responses

   a. Objection (Re: related document(s)[1335] Motion for Status Hearing filed by John P. Fitzgerald, III, Notice of Motion and Notice of Hearing) filed by Erika L. Morabito of Quinn Emanuel on behalf of Lynn L. Tavenner. (Morabito, Erika)  (Main Case – ECF No. 1339) (Adv. Pro. ECF No. 219)

Status:    In addition to the verbal information previously provided to the Office of the United States Trustee, documentary information was supplied on May 27, 2022. The Office of the United States Trustee and the Trustee are currently scheduled to discuss the same with the Judicial Mediator on Wednesday, June 1, 2022 at 9:30 a.m. (the "**Judicial Mediator Conference**").  Given this status conference with the Judicial Mediator, the Trustee respectfully maintains in the exercise of her business judgment that it is in the best interest of the Estate for this matter to be continued until after the Judicial Mediator Conference.

## II.    REPORTS

2. Case Status and Report pursuant to Local Rule 2015-(a)-(1)(A)

                                Respectfully submitted,

                                **LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

Dated: May 30, 2022                By: */s/ Paula S. Beran*
Richmond, Virginia                  Paula S. Beran, Esquire (VSB No. 34679)
                                        PBeran@TB-LawFirm.com
                                        Tavenner & Beran, PLC
                                        20 North 8th Street
                                        Richmond, Virginia 23219
                                        Telephone: (804) 783-8300
                                        Telecopier: (804) 783-0178

                                        *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

       Pursuant to the Local Rules of this Court and applicable orders, I certify that on this 30th day of May, 2022, a true copy of the foregoing Proposed Agenda was sent electronically to all parties receiving ECF notices in this Case.

                                              */s/      Paula S. Beran*
                                              *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*