# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re:  LECLAIRRYAN PLLC,<br><br>        Debtor. | Case No. 19-34574-KRH<br>Chapter 7 |
| LYNN L. TAVENNER,<br>as Chapter 7 Trustee,<br>        Plaintiff,<br><br>v.<br><br>ULX PARTNERS, LLC, et. al,<br><br>        Defendants. | Adv. Pro. No. 20-03142-KRH |

## ORDER CONTINUING HEARINGS

For the reason stated on the record in open court on May 31, 2022, the hearings on the following matters:

1. *In re LeClairRyan PLLC*, Case No. 19-34574: *Motion of the United States Trustee for a Status Conference and a Scheduling Order* [ECF No. 1335]; and

2. *Tavenner v. ULX Partners, LLC*, Adv. Pro. No. 20-03142: *Motion of the United States Trustee for a Status Conference and a Scheduling Order* [ECF No. 217]

are hereby **CONTINUED** to **Wednesday, June 1, 2022**, at **1:00 p.m.** (the "Hearings").

It is further **ORDERED** that the parties shall file a statement in both *In re LeClairRyan PLLC*, Case No. 19-34574, and *Tavenner v. ULX Partners, LLC*, Adv. Pro. No. 20-03142, as soon as practicable but in no event later than **Wednesday, June 1, 2022, at 12:00 p.m.**, informing the Court whether such Hearings are going forward or whether such Hearings can be cancelled as resolved. To the extent that Hearings are going forward, pursuant to the *Protocol in*

*Response to Public Health Emergency*,[1] the Hearings will be conducted via Zoom for Government. Persons seeking to appear or participate at the Hearings must register in advance via the following link:

https://www.zoomgov.com/meeting/register/vJItdeyhqD8pG8z0vkiGkz7XabbZNwBYV_8

In addition, a listen-only conference line will be available:

>           Dial:              1-866-590-5055
>           Access Code:       4377075
>           Security Code:     6122

DATED:    May 31, 2022                    /s/ Kevin R. Huennekens
                                          UNITED STATES BANKRUPTCY JUDGE


                                          Entered on Docket:  May 31 2022

---

[1] A copy of the Protocol in Response to Public Health Emergency is available on the Court's website at https://www.vaeb.uscourts.gov/sites/vaeb/files/GO20-5Rich.pdf.