UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **In re:**<br><br>**LECLAIRRYAN PLLC,**<br><br>Debtor. | **Chapter 7**<br><br>**Case No. 19-34574 (KRH)** |
| **Lynn L. Tavenner, as Chapter 7 Trustee,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**ULX Partners, LLC, UnitedLex Corporation, and ULX Manager, LLC**<br><br>**Defendants.** | **Adv. Proc. No. 20-03142-KRH** |

**NOTICE OF CANCELLATION OF HEARING**
**SCHEDULED FOR JUNE 1, 2022 at 1:00 P.M.**

**PLEASE TAKE NOTICE** that the hearing scheduled for June 1, 2022 at 1:00 p.m. (prevailing Eastern Time) is cancelled.

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

                                                  Respectfully submitted,

                                                  LYNN L. TAVENNER, CHAPTER 7 TRUSTEE

Dated: June 1, 2022                By: */s/ Paula S. Beran*
Richmond, Virginia              Paula S. Beran, Esquire (VSB No. 34679)
                                                  Tavenner & Beran, PLC
                                                  20 North 8th Street
                                                  Richmond, Virginia 23219
                                                  Telephone: (804) 783-8300
                                                  Telecopier: (804) 783-0178

                                                  *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*