United States Bankruptcy Court
Eastern District of Virginia
___Richmond___ Division

In re:  LeClairRyan PLLC

Case No. _19-34574-KRH_____

Adv. Proceeding No._____

Civil Action No. _22-cv-00235_____

Debtor(s)

**TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT**

Pursuant to 28 U.S.C. §158, Notice of Appeal was filed on _4/12/2022_____ and transmitted on _4/14/2022_____.

1. (✓) Order/Judgment, Docket Record, Designation(s) [if any], and Items Designated
2. (✓) Copy of restricted transcript(s), if designated, included as separate electronic file(s)
3. (✓) Copies of exhibits, if designated, included as a separate file(s):  ✓ electronic and/or ___ conventional, on paper
4. (✓) Copies of exhibits designated by Appellant/Appellee, filed conventionally, have not been submitted pursuant to FRBP 8009 and LBR 8009-1
5. ( ) Other Documents _Designated Proofs of claims saved as separate files._____
   _____

6. ( ) No Designation of Record on Appeal filed (See Certification Below)

Date: _June 4, 2022_____

WILLIAM C. REDDEN, Clerk of Court
By _/s/ N. Bullock_____, Deputy Clerk

…………………………………………………………………………………………………………

CERTIFICATION TO APPELLATE COURT

It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8009 and Local Bankruptcy Rule 8009-1 has not been filed within 14 days after the filing of the notice of appeal.

WILLIAM C. REDDEN, Clerk of Court
By: _____, Deputy Clerk

…………………………………………………………………………………………………………

RECEIPT OF EXHIBITS BY DISTRICT COURT [if applicable]

The undersigned deputy clerk of the U. S. District Court, Eastern District of Virginia, hereby acknowledges receipt of one or more exhibits from the U.S. Bankruptcy Court, which are submitted conventionally, on paper, to be made a part of the Record on Appeal in Civil Action No. _____.

Date: _____    By: _____, Deputy Clerk

[transeapp ver. 12/14]