Schedule A

Matrix One Riverfront Plaza LLC
CN 4000 Forsgate Drive
Cranbury, NJ 08512
farias@matrixcompanies.com
jbombardo@matrixcompanies.com

Page White Farrer Limited
Bedford House, 21 John Street
Holborn, London WC1N 2BF
United Kingdom
david.roberts@pagewhite.com
james.smith@pagewhite.com

Shannon F. Pecoraro
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Super-Server, LLC
707 East Main Street, Suite 1425
Richmond, Virginia 23219
cjohnson@proxios.com
kcrowley@clrbfirm.com
pbutler@proxios.com

Thomson West-6292
P.O. Box 629
Carol Stream, IL 60197-6292

Tyler P. Brown
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219
tpbrown@huntonak.com

GLC Business Services, Inc.
28 Prince Street
Rochester, NY 14607
mhayes@glcbs.com

Post Oak Realty Investment Partners, LP
13355 Noel Road, 22nd Floor
Dallas, TX 75240

Jason William Harbour
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219
jharbour@huntonAK.com

Thomson Reuters Master Data Center
P.O. Box 673451
Detroit, MI 48267-3451
cristina.romualdez@thomsonreuters.com

Poe & Cronk Real Estate Group, Inc.
10 S Jefferson Street, Suite 1200
Roanoke, VA 24011
slawrence@poecronk.com

Henry Pollard Long, III
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219
hlong@huntonAK.com

Carlyle Overlook JV, LLC
711 High Street
Des Moines, IA 50392
erin.albert@cushwake.com

BPP Lower Office REIT Inc.
BPP Connecticut Ave LLC –
BLDG ID: 26870
P.O. Box 209259
Austin, TX 78720-9259
christopher.lyons@transwestern.com

Jennifer Ellen Wuebker
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219
jwuebker@huntonak.com

BCal, LLC c/o Beacon Capital Partners
200 State Street, 5th Floor
Boston, MA 02109
accountantmontgomery@avisonyoung.com

EYP Realty LLC
P.O. Box 844801
Los Angeles, CA 90084-4801
james.ishibashi@brookfield.com

Douglas M. Foley
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
dfoley@mcguirewoods.com

Parmenter Realty Fund III, Inc.
701 Brickell Avenue, Suite 2020
Miami, FL 33131
nreser@parmco.com

New Boston Long Wharf, LLC
c/o The Corporation Trust Company, r/a
1209 Orange Street
Wilmington, DE 19801

Sarah B. Boehm
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
sboehm@mcguirewoods.com

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834
eric.pike@lw.com

Iron Mountain Records Management
448 Broadway
Ulster Park, NY 12487
noe.lebeau@ironmountain.com
Bankruptcy2@ironmountain.com

Shawn R. Fox
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
sfox@mcguirewoods.com

60 State TRS (DE) LLC
320 Park Avenue, Floor 17
New York, NY 10022
ahillman@oxfordproperties.com

NetRight Intermediate LLC
iManage LLC
540 W. Madison Street, Suite 2400
Chicago, IL 60661
agreen@clarkhill.com

ULX Partners, LLC
100 Broadway, 22nd Floor
New York, New York 1005
Nicholas Hinton
Daniel E. Reed
Nicholas.hinton@Unitedlex.com
Dan.reed@unitedlex.com

ConvergeOne, Inc.
3344 Highway 149
Eagan, MN 55121
esalley@convergeone.com
kyle.hosmer@faegredrinker.com

Integreon Managed Solutions (ND) Inc.
3247 47th Street South
Fargo, ND 58104
Derek.drizin@integreon.com

Karen M. Crowley, Esq.
Crowley Liberatore P.C.
150 Boush Street, Suite 300
Norfolk, VA 23510
kcrowley@clrbfirm.com

| | | |
|---|---|---|
| Michael G. Gallerizzo, Esquire<br>Michael D. Nord, Esquire<br>GEBHARDT & SMITH LLP<br>One South Street, Suite 2200<br>Baltimore, Maryland 21202<br>mgall@gebsmith.com<br>mnord@gebsmith.com | Parma Richmond, LLC<br>c/o Kevin J. Funk<br>Durrette Arkema Gerson & Gill PC<br>1111 East Main Street, 16th Floor<br>Richmond, Virginia 23219<br>kfunk@dagglaw.com | David R. Ruby, Esquire<br>William D. Prince IV, Esquire<br>ThompsonMcMullan, P.C.<br>100 Shockoe Slip, Third Floor<br>Richmond, Virginia 23219<br>druby@t-mlaw.com<br>wprince@t-mlaw.com |
| Amy Simon Klug<br>HOLLAND & KNIGHT LLP<br>1650 Tysons Boulevard, Suite 1700<br>Tysons, VA 22102<br>amy.simon@hklaw.com | Joseph Corrigan<br>Iron Mountain Information Mgmt, LLC<br>One Federal Street<br>Boston, MA 02110<br>Bankruptcy2@ironmountain.com | JM Partners, LLC<br>Attn: John Marshall<br>6800 Paragon Place, Suite 202<br>Richmond, VA 23230-1656<br>JMarshall@JMPartnersLLC.com |
| SAUL EWING ARNSTEIN & LEHR LLP<br>Maria Ellena Chavez-Ruark, Esquire<br>500 East Pratt Street, 9th Floor<br>Baltimore, MD 21202<br>maria.ruark@saul.com | SAUL EWING ARNSTEIN & LEHR LLP<br>Robert C. Gill, Esquire<br>1919 Pennsylvania Avenue, N.W., Suite 550<br>Washington, D.C. 20006-3434<br>robert.gill@saul.com | Peter D. Bilowz, Esq.<br>Douglas B. Rosner, Esq.<br>GOULSTON & STORRS PC<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>pbilowz@goulstonstorrs.com<br>drosner@goulstonstorrs.com |
| David G. Barger<br>Thomas J. McKee, Jr.<br>Greenberg Traurig, LLP<br>1750 Tysons Boulevard, Suite 1000<br>McLean, Virginia 22102<br>bargerd@gtlaw.com<br>mckeet@gtlaw.com | Paul A. Driscoll<br>Zemanian Law Group<br>223 East City Hall Avenue,<br>Suite 201<br>Norfolk, Virginia  23510<br>paul@zemanianlaw.com | Robert H. Chappell III, Esquire<br>SPOTTS FAIN PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>rchappell@spottsfain.com |
| Jennifer J. West, Esquire<br>SPOTTS FAIN PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>jwest@spottsfain.com | Neil E. McCullagh, Esquire<br>SPOTTS FAIN PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>nmccullagh@spottsfain.com | Karl A. Moses, Jr., Esquire<br>SPOTTS FAIN PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>kmoses@spottsfain.com |
| Michael G. Wilson, Esq.<br>MICHAEL WILSON PLC<br>PO Box 6330<br>Glen Allen, VA 23058<br>mike@mgwilsonlaw.com | Cynthia L. Hegarty<br>MORRISON SUND, PLLC<br>5125 County Road 101, Suite 200<br>Minnetonka, MN 55345<br>chegarty@morrisonsund.com | Shawn C. Whittaker, Esq.<br>Whittaker\|Myers, PC<br>1010 Rockville Pike, Suite 607<br>Rockville, MD 20852<br>Shawn@whittakermyers.com |
| Nicola G. Suglia, Esquire<br>Fleischer, Fleischer & Suglia, P.C.<br>Four Greentree Centre<br>601 Route 73 N., Suite 305<br>Marlton, NJ 08053<br>consult@fleischerlaw.com | Joshua D. Stiff, Esquire<br>Grayson T. Orsini, Esquire<br>WOLCOTT RIVERS GATES<br>200 Bendix Road, Suite 300<br>Virginia Beach, Virginia 23452<br>jstiff@wolriv.com<br>gorsini@wolriv.com | Alexander R. Green, Esquire<br>CLARK HILL, PLC<br>1001 Pennsylvania Ave NW, STE 1300 S<br>Washington, D.C. 20004<br>agreen@clarkhill.com |
| Bank Direct Capital Finance<br>c/o Kevin J. Funk<br>Durrette Arkema Gerson & Gill PC<br>1111 East Main Street, 16th Floor<br>Richmond, Virginia 23219<br>kfunk@dagglaw.com | Amy Wiekel<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121<br>Ra-li-ucts-bankrupt@state.pa.us | Linda Georgiadis<br>c/o Ronald A. Page, Jr.<br>Ronald Page, PLC<br>P.O. Box 73087<br>N. Chesterfield, VA 23235<br>rpage@rpagelaw.com |
| Harris County<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson, LLP<br>Po Box 3064<br>Houston, TX 77253-3064<br>houston_bankruptcy@publicans.com | Latonya  Mallory<br>c/o  Robert  T.  Hall<br>Hall & Sethi, P.L.C<br>11260 Roger Bacon Drive, Suite 400<br>Reston, VA 20190<br>rthall@hallandsethi.com | Lynn L. Tavenner, Trustee<br>c/o Paula S. Beran, Esq.<br>Tavenner & Beran, PLC<br>20 N. 8th Street, 2nd Floor<br>Richmond, VA 23219<br>pberan@tb-lawfirm.com |
| Wilmington Trust, N.A.<br>Kelly Rae Gring, Esq.<br>Tromberg Law Group, LLC<br>413 Stuart Circle, Suite 314<br>Richmond, VA 23220<br>ecfva@tromberglawgroup.com<br>kgring@tromberglawgroup.com | First Legal Network, LLC<br>c/o Ronald A. Page, Jr.<br>Ronald Page, PLC<br>P.O. Box 73087<br>N. Chesterfield, VA 23235<br>rpage@rpagelaw.com | Creative Office Environments of Richmond, LLC<br>c/o William A. Gray, Esquire<br>William Gray, PLLC<br>2605 Kensington Ave<br>Richmond, VA 23220<br>graybklaw@gmail.com |

| | | |
|---|---|---|
| Paul M. Nussbaum, Esq.<br>WHITEFORD, TAYLOR & PRESTON LLP<br>7 Saint Paul Street<br>Baltimore, MD 21202<br>pnussbaum@wtplaw.com | William A. Broscious, Esquire<br>William A. Broscious, Esq., PLC<br>P.O. Box 71180<br>Henrico, Virginia 23255<br>wbroscious@brosciouslaw.com | J. Scott Sexton, Esquire<br>Andrew M. Bowman, Esquire<br>Gentry Locke<br>P.O. Box 40013<br>Roanoke, Virginia 24002<br>sexton@gentrylocke.com<br>bowman@gentrylocke.com |
| Erika L. Morabito, Esq.<br>Quinn Emanuel<br>1300 I Street, N.W., Suite 900<br>Washington, DC 20005<br>erikamorabito@quinnemanuel.com | Bradford F. Englander<br>Whiteford Taylor & Preston, LLP<br>3190 Fairview Park Drive, Suite 800<br>Falls Church, Virginia 22042<br>benglander@wtplaw.com | Dion W. Hayes, Esq.<br>McGuireWoods LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219-3916<br>dhayes@mcquirewoods.com |
| Jeffrey M. Orenstein, Member<br>Wolff & Orenstein, LLC<br>Shady Grove Plaza<br>15245 Shady Grove Road<br>Suite 465<br>Rockville, Maryland 20850<br>JOrenstein@wolawgroup.com | Ronald S. Canter, Esq<br>Bradley Canter, Esq<br>200A Monroe Street, Suite 104<br>Rockville, MD 20850<br>bcanter@roncanterllc.com<br>rcanter@roncanterllc.com | Franklin R. Cragle, III, Esquire<br>Hirschler Fleischer<br>2100 East Cary Street Richmond,<br>VA 23223-7078<br>fcragle@hirschlerlaw.com |
| Jed Donaldson, Esq.<br>LimNexus LLP<br>1050 Connecticut Ave. NW, Suite 500<br>Washington, DC<br>20036<br>jed.donaldson@limnexus.com | Paul A. Driscoll, Esq.<br>Zemanian Law Group<br>223 E. City Hall Ave.,<br>Suite 201Norfolk, VA<br>23510<br>paul@zemanianlaw.com | Brandon R. Jordan, Esq<br>Robertson, Anschutz, Schneid & Crane LLC<br>11900 Parklawn Drive, Suite 310<br>Rockville, MD 20852<br>bjordan@raslg.com |
| Richard C. Maxwell, Esq.<br>Woods Rogers PLC<br>10 S. Jefferson Street, Suite 1800<br>Roanoke, VA 24011  rmaxwell@woodsrogers.com | Roy M. Terry, Jr., Esq.<br>The Terry Law Firm PLLC<br>2711 Buford Rd., Ste 170<br>North Chesterfield, VA 23235<br>roymterry@gmail.com | Lori D. Thompson, Esq.<br>Spilman Thomas & Battle,<br>PLLC<br>LThompson@spilmanlaw.com |
| Jeffrey S. Sabin<br>Carol A. Weiner<br>Venable LLP<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020<br>jssabin@venable.com<br>cweinerlevy@venable.com | Darek S. Bushnaq<br>Frederick W.H. Carter<br>Venable LLP<br>750 E. Pratt Street, Suite 900<br>Baltimore, Maryland 21202<br>dsbushnaq@venable.com<br>fwcarter@venable.com | Michael E. Hastings, Esq<br>Woods Rogers, PLC<br>10 S. Jefferson Street, 1800<br>Roanoke, VA  24011<br>Mhastings@woodsrogers.com |
| Susan Poll Klaessy<br>Foley & Lardner LLP<br>321 N. Clark Street, Suite 3000 Chicago, IL 60654<br>spollklaessy@foley.com | | |

| | | |
|---|---|---|
| Thomson West-6292<br>P.O. Box 629<br>Carol Stream, IL 60197-6292 | Post Oak Realty Investment<br>Partners, LP<br>13355 Noel Road, 22nd Floor<br>Dallas, TX 75240 | Thomson Reuters Master<br>Data Center<br>P.O. Box 673451<br>Detroit, MI 48267-3451 |
| New Boston Long Wharf,<br>LLC<br>c/o The Corporation Trust<br>Company, r/a<br>1209 Orange Street<br>Wilmington, DE 19801 | Mikro Systems, Inc.<br>Julie Melampy, Controller<br>1180 Seminole Trail, Suite 220<br>Charlottesville, VA 22901 | ConvergeOne, Inc.<br>3344 Highway 149<br>Eagan, MN 55121 |
| Networking Technologies &<br>Support, Inc.<br>Bernard Robinson<br>14421 Justice Road<br>Midlothian, VA 23113 | | |