# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| In re:<br>    LeClairRyan, PLLC,[1]<br><br>    Debtor | Case No. 19-34574-KRH<br><br>Chapter 7 |

## PROPOSED AGENDA FOR HEARING ON
## JUNE 28, 2022, AT 11:00 A.M. (PREVAILING EASTERN TIME)

Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on June 28, 2022, beginning at 11:00 a.m. via Zoom:

**Zoom registration link**:
https://www.zoomgov.com/meeting/register/vJIsd--vrzMvG4FRMwysqExJt0szle5k9vM

Listen-only conference line:
    Dial: 1-866-590-5055
    Access Code: 4377075
    Security Code: 62822

**I.**    **MATTERS OF THE TRUSTEE AND/OR THE ESTATE**

1.    Application for Compensation for CR3 Partners, LLC as Financial Advisor (Fifth Interim) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1391]

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Related documents:

a. Notice of Motion and Notice of Hearing (Re: related document(s)1391 Application for Compensation filed by Lynn L. Tavenner, 1392 Motion to Extend Time filed by Lynn L. Tavenner, 1393 Application for Compensation filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 6/28/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1394]

b. Exhibit - Schedule A (Re: related document(s)[1394] Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1429]

Response Deadline: June 21, 2022

Responses Filed: None

Status: The Trustee will request that the Court approve the Application as filed.

2. Application for Compensation for Tavenner & Beran, PLC as Counsel to the Chapter 7 Trustee/Estate filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1393]

Related documents:

a. Notice of Motion and Notice of Hearing (Re: related document(s)1391 Application for Compensation filed by Lynn L. Tavenner, 1392 Motion to Extend Time filed by Lynn L. Tavenner, 1393 Application for Compensation filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 6/28/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1394]

b. Exhibit - Schedule A (Re: related document(s)[1394] Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1429]

Response Deadline: June 21, 2022

Responses Filed: None

    Status:    The Trustee will request that the Court approve the Application as filed.

3. Motion to Extend Time - TENTH MOTION FOR ENTRY OF FURTHER ORDER EXTENDING THE CHAPTER 7 TRUSTEES TIME TO ASSUME, REJECT, AND/OR ASSIGN CERTAIN EXECUTORY CONTRACTS AND/OR LEASES OF PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(1) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1392]

   Related documents:

   a. Notice of Motion and Notice of Hearing (Re: related document(s)1391 Application for Compensation filed by Lynn L. Tavenner, 1392 Motion to Extend Time filed by Lynn L. Tavenner, 1393 Application for Compensation filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 6/28/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1394]
   b. Exhibit - Schedule A (Re: related document(s)[1394] Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1429]

   Response Deadline:    June 21, 2022

   Responses Filed:    None

   Status:    The Trustee will request that the Court enter an Order (i) extending the Assumption/Rejection Period through and including December 31, 2022, and (ii) granting such other and further relief that is just and proper.

4. Trustee's Motion to Authorize *(Motion for Immediate Authority to Operate Certain Aspects of Debtor's Business for a Limited Period and to Shorten Notice Thereof, and Memorandum in Support Thereof)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 144]

   Related documents:

   a. Notice of Motion and Notice of Hearing (Re: related document(s) 143 Motion to Approve Use of Cash Collateral filed by Lynn L. Tavenner, 144 Motion to Authorize filed by Lynn L. Tavenner, 145 Motion to Expedite Hearing filed by

3

    Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 10/4/2019 at 01:30 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 146]

b. Hearing held and continued; Motion Granted on Interim Basis; Order to be submitted (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner) Appearances: Paula Beran, Douglas Foley; Robert Van Arsdale. Hearing scheduled for 10/24/2019 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty) [ECF No. 149]

c. Interim Order Authorizing Trustee to Operate Certain Aspects of Debtor's Business for a Limited Period. (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 10/24/2019 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Bullock, Nathaniel) [ECF No. 155]

d. Supplemental Motion to Authorize (Trustee's Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) (Related Document(s) [144] Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 165]

e. Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period (Re: related document(s) [144] Motion to Authorize filed by Lynn L. Tavenner) Continued Final Hearing scheduled for 12/19/2019 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Ramirez-Lowe, Suzan) [ECF No. 196]

f. Motion to Authorize (Trustee's Second Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) (Related Document(s) [144] Motion to Authorize filed by Lynn L. Tavenner, [165] Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 290]

g. Hearing continued; (Re: related document(s) [144] Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 2/25/2020 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty) [ECF No. 304]

h. Second Supplemental Order Authorizing Trustee to Operate Certain Aspects of Debtor's Business for a Limited Period Order (Re: related document(s) 144 Motion

    to Authorize filed by Lynn L. Tavenner, 165 Motion to Authorize filed by Lynn L. Tavenner) Continued Hearing scheduled for 2/25/2020 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Ramirez-Lowe, Suzan) [ECF No. 313]

i. Motion to Authorize (Trustee's Third Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 359]

j. Hearing continued; (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 4/30/2020 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Appearance: Paula Beran for Trustee. (Oliver, Betty) [ECF No. 373]

k. Third Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period (Re: related document(s) 359 Motion to Authorize filed by Lynn L. Tavenner) (Ramirez-Lowe, Suzan) [ECF No. 396]

l. Motion to Authorize (Trustee's Fourth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 432]

m. Hearing continued; Appearance(s): Paula Beran for Trustee (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 6/25/2020 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty) [ECF No. 440]

n. Order Granting Trustee's Fourth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtors Business for a Limited Period (Related Doc # 432) (Ramirez-Lowe, Suzan) [ECF No. 452]

o. Supplemental Motion to Authorize (Trustee's Fifth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) (Related Document(s) [144] Motion to Authorize filed by Lynn L. Tavenner, [165] Motion to Authorize filed by Lynn L. Tavenner, [290] Motion to Authorize filed by Lynn L. Tavenner, [359] Motion to Authorize filed by Lynn L. Tavenner, [432] Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 535]

p. Hearing continued; Appearance(s): Paula Beran for Trustee (Re: related document(s) [144] Motion to Authorize filed by Lynn L. Tavenner) Hearing

    scheduled for 8/27/2020 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty) [ECF No. 545]

q. Fifth Supplemental Order Authorizing Trustee to Operate Certain Aspects of the Debtor's Business for a Limited Period(Re: related document(s) 535 Motion to Authorize filed by Lynn L. Tavenner) (Ramirez-Lowe, Suzan) [ECF No. 551]

r. Motion to Authorize (Trustee's Sixth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 598]

s. Hearing held and continued; Motion Granted on Interim Basis. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 12/17/2020 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty) [ECF No. 610]

t. Sixth Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of the Debtor's Business for a Limited Period. (Re: related document(s) 598 Motion to Authorize filed by Lynn L. Tavenner) (Ramirez-Lowe, Suzan) [ECF No. 619]

u. Statement – *Trustees Seventh Supplement to her Motion for Authority to Operate Certain Aspects of the Debtors Business for a Limited Period and memorandum In Support Thereof* (Re: related document(s) 619 Supplemental Order) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 710]

v. Hearing Held and continued; Motion Granted on Interim Basis. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 3/25/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Gary, Lisa) [ECF No. 716]

w. Order Granting Motion to Authorize Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period (Related Doc # 144) (Bray, Lynessa) [ECF No. 725]

x. Trustee's Eighth Supplement to her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof (related document(s) 710 Trustee's Seventh Supplement filed by Paula S. Beran) [ECF No. 791]

y. Hearing held and continued; Motion Granted on Interim Basis; Declaration of Lynn Tavenner 795 Admitted. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 6/24/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Gary, Lisa) [ECF 797]

z. Eighth Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner, 791Statement filed by Lynn L. Tavenner) (Bullock, Nathaniel) [ECF 805]

aa. Statement -*TRUSTEES NINTH SUPPLEMENT TO HER MOTION FOR AUTHORITY TO OPERATE CERTAIN ASPECTS OF THE DEBTORS BUSINESS FOR A LIMITED PERIOD AND MEMORANDUM IN SUPPORT THEREOF* (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 920]

bb. Hearing held and continued; Motion Granted on Interim Basis; Declaration of Lynn Tavenner #924 Admitted. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 9/23/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Gary, Lisa) [ECF No. 925]

cc. Ninth Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for A Limited Period. (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) (Bullock, Nathaniel) [ECF 955]

dd. Statement - *TRUSTEES TENTH SUPPLEMENT TO HER MOTION FOR AUTHORITY TO OPERATE CERTAIN ASPECTS OF THE DEBTORS BUSINESS FOR A LIMITED PERIOD AND MEMORANDUM IN SUPPORT THEREOF* (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1048]

ee. Hearing held and continued; Motion Granted on Interim Basis; Declaration of Lynn L. Tavenner, Trustee, entry 1052 Admitted. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 12/21/2021 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Gary, Lisa) [ECF No. 1058]

ff. Tenth Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) (Bullock, Nathaniel) [ECF No. 1065]

gg. Statement - *TRUSTEES ELEVENTH SUPPLEMENT TO HER MOTION FOR AUTHORITY TO OPERATE CERTAIN ASPECTS OF THE DEBTORS BUSINESS FOR A LIMITED PERIOD AND MEMORANDUM IN SUPPORT THEREOF* (Re: related document(s)[144] Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1144]

hh. Hearing held; Motion Granted on Interim Basis; Declaration of Lynn L. Tavenner, entry 1159 Admitted. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) (Gary, Lisa) [ECF No. 1166].

ii. Eleventh Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period. (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) (Bullock, Nathaniel) [ECF No. 1181].

jj. Statement - *TRUSTES TWELFTH SUPPLEMENT TO HER MOTION FOR AUTHORITY TO OPERATE CERTAIN ASPECTS OF THE DEBTORS BUSINESS FOR A LIMITED PERIOD AND MEMORANDUM IN SUPPORT THEREOF* (Re: related document(s)[144] Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1426]

Response Deadline:    June 27, 2022

Responses Filed:    None at the time of filing this Agenda.

Status:    The Trustee will request that the Court (A) enter an Order, in substantially the same form as Exhibit A attached to the Supplement: (1) authorizing the Trustee to continue to conduct the Wind-down Operations (as defined in the Supplement) through and including December 31, 2022; (2) setting a continued hearing(s); and (3) granting such other and further relief as is just and appropriate under the circumstances; and (B) enter additional orders thereafter as subsequently requested by the Trustee.

5.     Motion to Expedite Hearing (Related Document(s)1421 Motion to Approve filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1422]

    Related Items:

    a. Notice of Motion and Notice of Hearing (Re: related document(s)1421 Motion to Approve filed by Lynn L. Tavenner, 1422 Motion to Expedite Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 6/28/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1423]

    Response Deadline:    June 27, 2022

    Responses Filed:    None at the time of the filing of the Agenda.

    Status:    The Trustee will request that the Court grant the Motion.

6.     Motion to Approve Compromise under FRBP 9019 (Arrington) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1421]

    Related Items:

    a. Notice of Motion and Notice of Hearing (Re: related document(s)1421 Motion to Approve filed by Lynn L. Tavenner, 1422 Motion to Expedite Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 6/28/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1423].

    Response Deadline:    June 28, 2022

    Responses Filed:    None at the time of the filing of the Agenda.

    Status:    The Trustee will request that the Court grant the Motion.

**II.   MATTERS OF THIRD PARTIES**

7.   Motion to Seal Settlement Agreement and Related Documents, Information, and Hearings filed by David G. Barger of Greenberg Traurig, LLP on behalf of ULX Partners, LLC, ULX Manager, LLC, and UnitedLex Corporation [ECF No. 1325 and ECF No. 207 in Adv. Pro. No. 20-03142]

   Related Documents:

   a. Notice of Hearing (Re: related document(s)1325 Motion to Restrict Public Access to Sensitive Case Information filed by UnitedLex Corporation, ULX Partners, LLC) filed by David G. Barger of Greenberg Traurig, LLP on behalf of ULX Partners, LLC, UnitedLex Corporation. Hearing scheduled for 5/25/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Barger, David) [ECF No. 1326]

   b. Hearing held and continued; (related document(s): 1325 Motion to Restrict Public Access to Sensitive Case Information filed by ULX Partners, LLC, UnitedLex Corporation) Appearances: David G. Barger, J. Gregory Milmoe for ULX Partners, LLC; Paula Beran for Trustee; Erika Morabito, Special Counsel, for Trustee; Kathryn Montgomery for Office of the US Trustee. Hearing scheduled for 05/26/2022 at 12:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (LisaGary) [ECF No. 1340]

   c. Order Continuing Hearing (Re: related document(s)1325 Motion to Restrict Public Access to Sensitive Case Information filed by UnitedLex Corporation, ULX Partners, LLC) Hearing scheduled for 5/26/2022 at 12:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Bullock, Nathaniel) [ECF No. 1341]

   d. Hearing held and continued; matters to be sealed and/or filed under seal pending final determination at June 8, 2022 hearing as more fully set out in court. (related document(s): 1325 Motion to Restrict Public Access to Sensitive Case Information filed by ULX Partners, LLC, UnitedLex Corporation) Appearances: David G. Barger for ULX Partners, LLC; Paula Beran for Trustee; Erika Morabito, Special Counsel, for Trustee; Kathryn Montgomery for Office of the US Trustee; Hearing scheduled for 06/08/2022 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (LisaGary) [ECF No. 1347]

   e. Order to Seal Omnibus Settlement Agreement and Related Documents, Information, and Hearings (Related Doc 1325) (Bray, Lynessa) [ECF. No. 1382]

    f.  Hearing held and continued; (related document(s): 1326 Notice of Hearing filed by ULX Partners, LLC, UnitedLex Corporation) Appearances: Dave Grable and Erika Morabito, Special Counsel, for Trustee; Paula Beran for Trustee; Kathryn Montgomery for Office of the US Trustee;, Susan Poll Klaessy for Foley & Lardner LLP; David G. Barger for ULX Partners, LLC; Erin Rosenberg for CVC Advisers. Hearing scheduled for 06/28/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (LisaGary) [ECF No. 1401]

Response Deadline: May 23, 2022

Responses Filed: Objection to ULX Partners, LLC, United Lex Corporation and ULX Managers, LLC's Motion to Seal Settlement Agreement and Related Documents, Information, and Hearings (Re: related document(s)1325 Motion to Restrict Public Access to Sensitive Case Information filed by UnitedLex Corporation, ULX Partners, LLC) filed by Kathryn R. Montgomery of Office of the United States Trustee on behalf of John P. Fitzgerald, III. (Montgomery, Kathryn) [ECF No. 1332]

Status: The Trustee respectfully submits that the final hearing on this Motion should be continued pending entry of an order on the motion found at ECF No. 1328.

8. Motion for Relief from Stay with Proposed Consent Order attached Re: Lease Security Deposit with Notice of Hearing, filed by James K. Donaldson of LimNexus LLP on behalf of Latham & Watkins LLP. Hearing scheduled for 6/28/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Donaldson, James) [ECF No. 1346]

Response Deadline: June 21, 2022

Responses Filed: None

Status: The Movant and the Trustee have agreed on the form of proposed order resolving this Motion as well as other related claim items;

       the same has been tendered to this Court.  As such, the matter may be removed from the Court's docket.

9. Notice and Motion for Relief from Stay Re: Proceeds from Debtor's Malpractice Insurance Policy with Notice of Hearing, filed by Jennifer J. West of Spotts Fain PC on behalf of Scottsdale Insurance Company, Berkshire Hathaway Specialty Insurance Company, Berkley Select. Hearing scheduled for 6/28/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (West, Jennifer) [ECF No. 1384]

    Response Deadline:    June 21, 2022

    Responses Filed:      None

    Status:    The Movant and the Trustee have agreed on the form of proposed order pursuant to which the Trustee consents to relief from the automatic stay on specified terms and conditions; the same has been tendered to this Court.  As such, the matter may be removed from the Court's docket.

10. Application for Administrative Expenses – Application for Order Allowing and Directing Payment of Administrative Expense Claim (Related Document(s)1307 Order on Motion to Set Last Day to File Administrative Claims) filed by Neil E. McCullagh of Spotts Fain PC on behalf of Park Towers Office Investment, LLC, Park Towers Investment, LLC. (McCullagh, Neil) [ECF No. 1350]

    Related documents:

    a. Notice of Motion and Notice of Hearing – Notice of Application for Order Allowing Administrative Expense Claim and Notice of Hearing (Re: related document(s)1350 Application for Administrative Expenses filed by Park Towers Investment, LLC, Park Towers Office Investment, LLC) filed by Neil E. McCullagh of Spotts Fain PC on behalf of Park Towers Investment, LLC, Park Towers Office Investment, LLC. Hearing scheduled for 6/28/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (McCullagh, Neil) [ECF No. 1351]
    b. Statement - STIPULATION BETWEEN LYNN L. TAVENNER, AS TRUSTEE, PARK TOWERS INVESTMENT, LLC, AND PARK TOWERS OFFICE INVESTMENT, LLC AND PROPOSED STIPULATED ORDER (Re: related document(s)1350 Application for Administrative Expenses filed by Park Towers Investment, LLC, Park Towers Office Investment, LLC) filed by Paula S. Beran of

    Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF. No. 1427]

| | |
|---|---|
| Response Deadline: | June 21, 2022 |
| Responses Filed: | None |
| Status: | The Movant and the Trustee have agreed on the form of proposed order resolving this Motion; the same has been tendered to this Court. As such, the matter may be removed from the Court's docket. |

11. Application for Administrative Expenses – Application of Ponte Gadea Washington, LLC for Allowance and Payment of Administrative Expense Claim filed by Thomas John McKee Jr. of Greenberg Traurig on behalf of Ponte Gadea Washington, LLC. (Attachments: # 1 Exhibit(s) A # 2 Exhibit(s) B) (McKee, Thomas)

    Related documents:

    a. Notice of Motion and Notice of Hearing (Re: related document(s)1356 Application for Administrative Expenses filed by Ponte Gadea Washington, LLC) filed by Thomas John McKee Jr. of Greenberg Traurig on behalf of Ponte Gadea Washington, LLC. Hearing scheduled for 6/28/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (McKee, Thomas)

| | |
|---|---|
| Response Deadline: | June 21, 2022 |
| Responses Filed: | None |
| Status: | The Movant and the Trustee have agreed on the amount of the proposed Chapter 11 administrative request and are now addressing other related claim items. The Trustee therefore respectfully requests that the matter be continued to the July omnibus hearing with the caveat that the parties may tender a |

        proposed stipulated order which would allow the Court to remove the matter from the Court's docket.

12.    Application for Administrative Expenses and Order Allowing Chapter 11 Administrative Expense Claim for Post-Petition Rent (Related Document(s)1307 Order on Motion to Set Last Day to File Administrative Claims) filed by Richard E. Lear of Holland & Knight LLP on behalf of CARLYLE OVERLOOK OWNER LLC. (Lear, Richard) [ECF No. 1358]

    Related documents:

    a. Notice of Motion and Notice of Hearing (Re: related document(s)1358 Application for Administrative Expenses filed by CARLYLE OVERLOOK OWNER LLC) filed by Richard E. Lear of Holland & Knight LLP on behalf of CARLYLE OVERLOOK OWNER LLC. Hearing scheduled for 6/28/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Lear, Richard) [ECF No. 1359

| | |
|---|---|
| Response Deadline: | June 21, 2022 |
| Responses Filed: | None |
| Status: | The Movant and the Trustee have agreed on the amount of the proposed Chapter 11 administrative request and are now addressing other related claim items. The Trustee therefore respectfully requests that the matter be continued to the July omnibus hearing with the caveat that the parties may tender a proposed stipulated order which would allow the Court to remove the matter from the Court's docket. |

13.    Application for Administrative Expenses filed by Lori D. Thompson of Spilman, Thomas Battle PLLC on behalf of Lori D. Thompson. (Attachments: # 1 Exhibit(s) A) (Thompson, Lori) [ECF No. 1360]

    Related documents:

    a. Notice of Motion and Notice of Hearing (Re: related document(s)1360 Application for Administrative Expenses filed by Lori D. Thompson) filed by Lori D. Thompson of Spilman, Thomas Battle PLLC on behalf of Lori D. Thompson. Hearing scheduled for

  6/28/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Thompson, Lori) [ECF No. 1361]

| | |
|---|---|
| Response Deadline: | June 21, 2022 |
| Responses Filed: | Response to (Re: related document(s)1360 Application for Administrative Expenses filed by Lori D. Thompson) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1420] |
| Status: | As indicated in the above referenced Response, the Trustee respectfully requests that the matter be continued until the July omnibus hearing. The Movant consents to such a continuance. |

### III. REPORTS

14. Case Status and Report pursuant to Local Rule 2015-(a)-(1)(A)

        Respectfully submitted,

        **LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

Dated: June 26, 2022    By: */s/ Paula S. Beran*
Richmond, Virginia     Paula S. Beran, Esquire (VSB No. 34679)
        PBeran@TB-LawFirm.com
        Tavenner & Beran, PLC
        20 North 8th Street
        Richmond, Virginia 23219
        Telephone: (804) 783-8300
        Telecopier: (804) 783-0178

        *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court and applicable orders, I certify that on this 26th day of June, 2022, a true copy of the foregoing Agenda was sent electronically to all parties receiving ECF notices in this Case.

*/s/ Paula S. Beran*
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*