UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>    Debtor | Case No.<br>19-34574-KRH<br><br>Chapter<br>7 |

## ORDER GRANTING EXPEDITED HEARING ON THE TRUSTEE'S MOTION TO (I) EXPEDITE HEARING AND (II) SHORTEN NOTICE PERIOD ON THE TRUSTEE'S MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT AND MEMORANDUM IN SUPPORT THERETO

This matter came before the Court upon the motion of Lynn L. Tavenner, Chapter 7 trustee (the "**Trustee**") of the above-captioned bankruptcy case, requesting an expedited hearing and shortened response period (the "**Expedited Hearing Motion**") on the Motion (as defined in the Expedited Hearing Motion), and it appearing that a certification under Local Rule 9013-1(N) was attached to the Expedited Hearing Motion and it further appearing good cause exists for granting an expedited hearing, it is hereby:

ADJUDGED, ORDERED, AND DECREED as follows:

1. The Expedited Hearing Motion is hereby GRANTED.

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Expedited Hearing Motion.

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178
    *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

3. Pursuant to Bankruptcy Rule 9006, the notice period for the Motion is hereby reduced to 5 days.

4. The Court shall hear the Motion on June 28, 2022 at 11:00 a.m. (prevailing Eastern Time) at the U.S. Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, Virginia 23219.

5. Upon entry, the Clerk shall serve (by electronic delivery) a copy of this Order on counsel for the Trustee.

ENTERED: Jun 30 2022

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: July 5 2022

I ask for this:

*/s/ Paula S. Beran*
Paula S. Beran, Esquire (VSB No. 34679)
Tavenner & Beran, PLC
20 North 8th Street
Richmond, Virginia 23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178
    *Counsel for Lynn L. Tavenner, Trustee*

Seen and not objected to:

*/s/ Shannon F. Pecoraro* (authorization via 6/29/22 email)
Shannon F. Pecoraro, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
(804) 771-8004
    *Trial Attorney*

## Local Rule 9022-1 Certification

I hereby certify that, pursuant to Local Rule 9022-1, the foregoing proposed *Order* has either been served upon and/or endorsed by all necessary parties.

*/s/ Paula S. Beran*
Counsel

**Service List for Entered Order**

Shannon F. Pecoraro, Esquire
Office of the United States Trustee
701 East Broad Street, Room 4304
Richmond, Virginia 23219

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219