**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| **In re:  LECLAIRRYAN PLLC,** | Case No. 19-34574-KRH |
| Debtor. | Chapter 7 |

## ORDER

The omnibus hearing scheduled in this case on **July 14, 2022**, at **2:00 p.m.** shall be conducted **both** in-person and by Zoom for Government.  Persons wishing to appear at the omnibus hearing may participate by either, at their option, appearing in person at Judge Huennekens' Courtroom, 701 E. Broad St., Courtroom 5000, Richmond, Virginia, or registering in advance at:

https://www.zoomgov.com/meeting/register/vJIsc-urrjwpHOBgSn1kb7R9zkkCffWLZUc

Persons who wish to attend, but not participate at, the omnibus hearing may dial-in to the Court's listen-only conference line:

>   Dial:  1-866-590-5055
>   Access Code:  4377075
>   Security Code:  71422

Dated:  July 8, 2022

/s/ Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket:  Jul 11 2022