# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>Debtor | Case No. 19-34574-KRH<br><br>Chapter 7 |

## PROPOSED AMENDED AGENDA FOR HEARING ON
## JULY 14, 2022, AT 2:00 P.M. (PREVAILING EASTERN TIME)

Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens on July 14, 2022, beginning at 2:00 p.m. The omnibus hearing shall be conducted both in-person and by Zoom for Government. Persons wishing to appear at the omnibus hearing may participate by either, at their option, appearing in person at Judge Huennekens' Courtroom, 701 E. Broad St., Courtroom 5000, Richmond, Virginia, or registering in advance at:

https://www.zoomgov.com/meeting/register/vJIsc-urrjwpHOBgSn1kb7R9zkkCffWLZUc

Persons who wish to attend, but not participate at, the omnibus hearing may dial-in to the Court's listen-only conference line:

Dial:  1-866-590-5055; Access Code:  4377075; Security Code:  71422

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

**I.     MATTERS OF THE TRUSTEE AND/OR THE ESTATE**

1. Motion to Approve Compromise under FRBP 9019 (Iron Mountain) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1424]

    Related documents:

    a. Notice of Motion and Notice of Hearing (Re: related document(s)[1424] Motion to Approve filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 7/14/2022 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

    b. Declaration of Lynn L. Tavenner, Chapter 7 Trustee (Re: related document(s)[1484] Proposed Hearing Agenda filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Tavenner & Beran, PLC [ECF No. 1485]

    Response Deadline: July 7, 2022

    Responses Filed: None

    Status: For reasons related to the Trustee's statements at paragraph 8 of her Declaration found at ECF No. 1485, the Trustee and Iron Mountain will respectfully request that this matter be continued for a short period of time to allow Iron Mountain an opportunity to consider the impact of the same. If said continuance is granted, the hearing will be continued until July 19, 2022 at noon. The hearing shall be conducted both in-person and by Zoom for Government. Persons wishing to appear at the hearing may participate by either, at their option, appearing in person at Judge Huennekens' Courtroom, 701 E. Broad St., Courtroom 5000, Richmond, Virginia, or registering in advance at: Zoom registration link: https://www.zoomgov.com/meeting/register/vJItcuqgqD4sHUCVifytJY9QSH9g7bGzdDM. Persons who wish to attend, but not participate at this hearing may dial-in to the Court's listen-only conference line: Dial: 1-866-590-5055; Access Code: 4377075; Security Code: 71922.

**II.    MATTERS OF THIRD PARTIES**

2.  Application for Administrative Expenses – Application for Order Allowing and Directing Payment of Administrative Expense Claim (Related Document(s)1307 Order on Motion to Set Last Day to File Administrative Claims) filed by Neil E. McCullagh of Spotts Fain PC on behalf of Park Towers Office Investment, LLC, Park Towers Investment, LLC. (McCullagh, Neil) [ECF No. 1350]

    Related documents:

    a.  Notice of Motion and Notice of Hearing – Notice of Application for Order Allowing Administrative Expense Claim and Notice of Hearing (Re: related document(s)1350 Application for Administrative Expenses filed by Park Towers Investment, LLC, Park Towers Office Investment, LLC) filed by Neil E. McCullagh of Spotts Fain PC on behalf of Park Towers Investment, LLC, Park Towers Office Investment, LLC. Hearing scheduled for 6/28/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (McCullagh, Neil) [ECF No. 1351]

    b.  Statement - STIPULATION BETWEEN LYNN L. TAVENNER, AS TRUSTEE, PARK TOWERS INVESTMENT, LLC, AND PARK TOWERS OFFICE INVESTMENT, LLC AND PROPOSED STIPULATED ORDER (Re: related document(s)1350 Application for Administrative Expenses filed by Park Towers Investment, LLC, Park Towers Office Investment, LLC) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF. No. 1427]

    Response Deadline:    June 21, 2022

    Responses Filed:    None

    Status:    The Court has entered Stipulation Between Lynn L. Tavenner, as Trustee, Park Towers Investment, LLC and Park Towers Office Investment, LLC and Stipulated Order (Re: related document(s)1427 Statement filed by Lynn L. Tavenner) [ECF. No. 1462] and, as such, the matter may be removed from the Court's docket.

3.  Application for Administrative Expenses – Application of Ponte Gadea Washington, LLC for Allowance and Payment of Administrative Expense Claim filed by Thomas John

    McKee Jr. of Greenberg Traurig on behalf of Ponte Gadea Washington, LLC. (Attachments: # 1 Exhibit(s) A # 2 Exhibit(s) B) (McKee, Thomas)

    Related documents:

    a.  Notice of Motion and Notice of Hearing (Re: related document(s)1356 Application for Administrative Expenses filed by Ponte Gadea Washington, LLC) filed by Thomas John McKee Jr. of Greenberg Traurig on behalf of Ponte Gadea Washington, LLC. Hearing scheduled for 6/28/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (McKee, Thomas)

    b.  Hearing held and continued; Appearance(s): Paula Beran for Trustee; Thomas Mckee for ULX Partners, LLC (Re: related document(s)1356 Application for Administrative Expenses filed by Ponte Gadea Washington, LLC) Hearing scheduled for 7/14/2022 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Gary, Lisa) Modified on 7/1/2022 to correct hearing time to 2:00 PM (Gary, Lisa). [ECF No. 1446]

| | |
|---|---|
| Response Deadline: | June 21, 2022 |
| Responses Filed: | None |
| Status: | The Movant and the Trustee have agreed on the form of a stipulation and proposed stipulated order [ECF No. 1483], which proposed stipulated order will be tendered to this Court. As such, this matter may be removed from the Court's docket. |

4.  Application for Administrative Expenses and Order Allowing Chapter 11 Administrative Expense Claim for Post-Petition Rent (Related Document(s)1307 Order on Motion to Set Last Day to File Administrative Claims) filed by Richard E. Lear of Holland & Knight LLP on behalf of CARLYLE OVERLOOK OWNER LLC. (Lear, Richard) [ECF No. 1358]

    Related documents:

    a.  Notice of Motion and Notice of Hearing (Re: related document(s)1358 Application for Administrative Expenses filed by CARLYLE OVERLOOK OWNER LLC) filed by Richard E. Lear of Holland & Knight LLP on behalf of CARLYLE OVERLOOK OWNER LLC. Hearing scheduled for 6/28/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Lear, Richard) [ECF No. 1359]

    b. Hearing held and continued; Appearance(s): Paula Beran for Trustee (Re: related document(s)1358 Application for Administrative Expenses filed by CARLYLE OVERLOOK OWNER LLC) Hearing scheduled for 7/14/2022 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Gary, Lisa) Modified on 7/1/2022 to correct hearing time to 2:00 PM (Gary, Lisa) [ECF No. 1447]

| | |
|---|---|
| Response Deadline: | June 21, 2022 |
| Responses Filed: | None |
| Status: | The Movant and the Trustee have agreed on the form of a stipulation and proposed stipulated order [ECF No. 1466], which proposed stipulated order will be tendered to this Court for entry. As such, this matter may be removed from the Court's docket. |

5. Application for Administrative Expenses filed by Lori D. Thompson of Spilman, Thomas Battle PLLC on behalf of Lori D. Thompson. (Attachments: # 1 Exhibit(s) A) (Thompson, Lori) [ECF No. 1360]

    Related documents:

    a. Notice of Motion and Notice of Hearing (Re: related document(s)1360 Application for Administrative Expenses filed by Lori D. Thompson) filed by Lori D. Thompson of Spilman, Thomas Battle PLLC on behalf of Lori D. Thompson. Hearing scheduled for 6/28/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Thompson, Lori) [ECF No. 1361]

    b. Hearing held and continued; Appearance(s): Paula Beran for Trustee (Re: related document(s)1360 Application for Administrative Expenses filed by Lori D. Thompson) Hearing scheduled for 7/14/2022 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Gary, Lisa) Modified on 7/1/2022 to correct hearing time to 2:00 PM (Gary, Lisa) [ECF No. 1447]

| | |
|---|---|
| Response Deadline: | June 21, 2022 |
| Responses Filed: | Response to (Re: related document(s)1360 Application for Administrative Expenses filed by Lori D. Thompson) filed by |

|         |                                                                                                                                                                                                                                                                                          |
|---------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         | Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1420]                                                                                                                                                                                     |
| Status: | The Movant and the Trustee are in active discussions to resolve any and all matters related to this bankruptcy estate. Therefore, the Trustee respectfully requests that this matter be continued until August 25, 2022 at 1:00 P.M. The Movant consents to such a continuance. |

6. Motion to Seal Settlement Agreement and Related Documents, Information, and Hearings filed by David G. Barger of Greenberg Traurig, LLP on behalf of ULX Partners, LLC, ULX Manager, LLC, and UnitedLex Corporation [ECF No. 1325 and ECF No. 207 in Adv. Pro. No. 20-03142]

   Related Documents:

   a. Notice of Hearing (Re: related document(s)1325 Motion to Restrict Public Access to Sensitive Case Information filed by UnitedLex Corporation, ULX Partners, LLC) filed by David G. Barger of Greenberg Traurig, LLP on behalf of ULX Partners, LLC, UnitedLex Corporation. Hearing scheduled for 5/25/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Barger, David) [ECF No. 1326]

   b. Hearing held and continued; (related document(s): 1325 Motion to Restrict Public Access to Sensitive Case Information filed by ULX Partners, LLC, UnitedLex Corporation) Appearances: David G. Barger, J. Gregory Milmoe for ULX Partners, LLC; Paula Beran for Trustee; Erika Morabito, Special Counsel, for Trustee; Kathryn Montgomery for Office of the US Trustee. Hearing scheduled for 05/26/2022 at 12:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (LisaGary) [ECF No. 1340]

   c. Order Continuing Hearing (Re: related document(s)1325 Motion to Restrict Public Access to Sensitive Case Information filed by UnitedLex Corporation, ULX Partners, LLC) Hearing scheduled for 5/26/2022 at 12:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. [ECF No. 1341]

   d. Hearing held and continued; matters to be sealed and/or filed under seal pending final determination at June 8, 2022 hearing as more fully set out in court. (related document(s): 1325 Motion to Restrict Public Access to Sensitive Case Information filed by ULX Partners, LLC, UnitedLex Corporation) Appearances:David G. Barger for ULX Partners, LLC; Paula Beran for Trustee;

    Erika Morabito, Special Counsel, for Trustee; Kathryn Montgomery for Office of the US Trustee; Hearing scheduled for 06/08/2022 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (LisaGary) [ECF No. 1347]

e. Order to Seal Omnibus Settlement Agreement and Related Documents, Information, and Hearings (Related Doc 1325) [ECF. No. 1382]

f. Hearing held and continued; (related document(s): 1326 Notice of Hearing filed by ULX Partners, LLC, UnitedLex Corporation) Appearances: Dave Grable and Erika Morabito, Special Counsel, for Trustee; Paula Beran for Trustee; Kathryn Montgomery for Office of the US Trustee;, Susan Poll Klaessy for Foley & Lardner LLP; David G. Barger for ULX Partners, LLC; Erin Rosenberg for CVC Advisers. Hearing scheduled for 06/28/2022 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (LisaGary) [ECF No. 1401]

g. Hearing held and continued; Appearance(s): Paula Beran for Trustee; Thomas Mckee, David Barger for ULX Partners, LLC; Kathryn Montgomery for Office of the U.S. Trustee (Re: related document(s)1325 Motion to Restrict Public Access to Sensitive Case Information filed by UnitedLex Corporation, ULX Partners, LLC) Hearing scheduled for 7/14/2022 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Gary, Lisa) Modified on 7/1/2022 to correct hearing time to 2:00 PM (Gary, Lisa) [ECF No. 1442]

h. Supplemental Sealed Motion/Application (Related Document(s)1325 Motion to Restrict Public Access to Sensitive Case Information filed by UnitedLex Corporation, ULX Partners, LLC) filed by David G. Barger of Greenberg Traurig, LLP on behalf of ULX Partners, LLC, UnitedLex Corporation. (Attachments: # 1 Exhibit(s) Exhibit 1 # 2 Exhibit(s) Attachment 1 # 3 Exhibit(s) Attachment 2 # 4 Exhibit(s) Attachment 3 # 5 Exhibit(s) Attachment 4 # 6 Exhibit(s) Attachment 5 # 7 Exhibit(s) Attachment 6 # 8 Exhibit(s) Attachment 7 # 9 Exhibit(s) Attachment 8 # 10 Exhibit(s) Attachment 9) (Barger, David) [ECF No. 1479 and ECF No. 269 in Adv. Pro. No. 20-03142]

i. Declaration under Seal. (ECF No. 1486 and ECF No. 270 in Adv. Pro. No. 20-03142].

Response Deadline:    May 23,2022

7

| | |
|---|---|
| Responses Filed: | Objection to ULX Partners, LLC, United Lex Corporation and ULX Managers, LLC's Motion to Seal Settlement Agreement and Related Documents, Information, and Hearings (Re: related document(s)1325 Motion to Restrict Public Access to Sensitive Case Information filed by UnitedLex Corporation, ULX Partners, LLC) filed by Kathryn R. Montgomery of Office of the United States Trustee on behalf of John P. Fitzgerald, III. (Montgomery, Kathryn) [ECF No. 1332] |
| Status: | The Trustee understands the Objection filed by John P. Fitzgerald, III at ECF 1332 remains unresolved, and the hearing will go forward. |

### III. REPORTS

7.  Case Status and Report pursuant to Local Rule 2015-(a)-(1)(A)

|  |  |
|---|---|
|  | Respectfully submitted,<br>**LYNN L. TAVENNER, CHAPTER 7 TRUSTEE** |
| Dated: July 13, 2022<br>Richmond, Virginia | By: */s/ Paula S. Beran*<br>Paula S. Beran, Esquire (VSB No. 34679)<br>PBeran@TB-LawFirm.com<br>Tavenner & Beran, PLC<br>20 North 8th Street<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Telecopier: (804) 783-0178<br>*Counsel for Lynn L. Tavenner, Chapter 7 Trustee* |

### CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court and applicable orders, I certify that on this 13th day of July, 2022, a true copy of the foregoing Amended Agenda was sent electronically to all parties receiving ECF notices in this Case.

*/s/ Paula S. Beran*
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*