Erika L. Morabito (VA Bar No. 44369)
Brittany J. Nelson (VA Bar No. 81734)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC  20005
Telephone:  (202) 538-8000
Email:    erikamorabito@quinnemanuel.com
          brittanynelson@quinnemanuel.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>LeClairRyan, PLLC,[1]<br><br>Debtor. | Case No. 19-34574-KRH<br><br>Chapter 7 |

**NOTICE OF INCREASE OF THE HOURLY RATES OF PROFESSIONALS**

Pursuant to the *Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel* [Docket No. 936] (the "Retention Order"), Quinn Emanuel ("Quinn") hereby submits this notice of rate increase.

1. Pursuant to its internal operating procedures, Quinn Emanuel Urquhart & Sullivan, LLP revisits and adjusts the rates of its professionals annually.  In accordance with the *Trustee's Application to Retain and Employ Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel* [Docket No. 908], billing rates of Quinn's professionals will increase on September 1, 2022. The new rates for the Quinn professionals primarily working on this matter are set forth below:

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

| Timekeeper | Rate Effective September 1, 2022 |
|---|---|
| Erika Morabito | $1685.00 |
| Dave M. Grable | $1525.00 |
| Bennett Murphy | $1395.00 |
| Matthew R. Scheck | $1395.00 |
| Brittany Nelson | $1320.00 |
| Isabel Peraza | $955.00 |
| Daniel Loud | $890.00 |
| Connie Kim | 455.00 |

2.      Further, in the Engagement Letter (as defined in the Retention Order), Quinn has agreed to a courtesy discount of 10% off these published rates.

3.      Thus, pursuant to the Engagement Letter (as defined in the Retention Order), Quinn is providing thirty (30) calendar days' notice to the Trustee in addition to filing this notice with the Court. The foregoing rates will become effective on September 1, 2022.

Dated: July 18, 2022
       Richmond, Virginia

                                        */s/ Erika L. Morabito*
                                        Erika L. Morabito (VA Bar No. 44369)
                                        Brittany J. Nelson (VA Bar No. 81734)
                                        QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                        1300 I Street, NW, Suite 900
                                        Washington, DC  20005
                                        Telephone:  (202) 538-8000
                                        Email:    erikamorabito@quinnemanuel.com
                                                  brittanynelson@quinnemanuel.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2022, a copy of the foregoing *Notice of Increase of the Hourly Rates of Professionals* was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification.

>　　　　　　　　　　　　　*/s/ Erika L. Morabito*　　　　　　　
>　　　　　　　　　　　　　Erika L. Morabito