# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: | |
| LECLAIRRYAN PLLC, | Chapter 7 |
| Debtor. | Case no. 19-34574 (KRH) |
| Lynn L. Tavenner, as Chapter 7 Trustee, | |
| Plaintiff, | Adv. Pros. 20-03142 (KRH) and |
| v. | 21-03095 (KRH) |
| ULX Partners, LLC, UnitedLex Corporation, and ULX Managers, LLC | |
| Defendants. | |
| Lynn L. Tavenner, as Chapter 7 Trustee, | |
| Plaintiff, | |
| v. | |
| CVC Capital Partners, Daniel Reed, Nicholas Hinton, Josh Rosenfeld, P. Douglas Benson | |
| Defendants. | |

## THE UNITED STATES TRUSTEE'S NOTICE OF APPEAL

Kathryn R. Montgomery, AUST (Va. Bar No. 42380)
Shannon Pecoraro (Va. Bar No. 46864)
Jason B. Shorter (Va. Bar No. 80929)
Department of Justice
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

**Part 1: Identify the appellant**

1. Name of appellant:

   John P. Fitzgerald, III, Acting United States Trustee for Region Four

2. Position of appellant in the bankruptcy case that is the subject of this appeal:

   United States Trustee (*See* 11 U.S.C. § 307; 28 U.S.C. §§ 581(A)(4) and 586)

**Part 2: Identify the subject of this appeal**

1. Describe the judgments, orders or decrees appealed from:

   - Oral ruling of the United States Bankruptcy Court for the Eastern District of Virginia granting the Motion to Seal Settlement Agreement and Related Documents, Information, and Hearings filed by David G. Barger of Greenberg Traurig, LLP on behalf of ULX Partners, LLC, ULX Manager LLC, and UnitedLex Corporation (ECF 1325 and ECF 207 in Adv. Pro. No. 21-03142).[1]

2. State the date on which the judgments, orders, or decrees were entered:

   Oral ruling made during sealed portion of the omnibus hearing held on July 14, 2022. The Bankruptcy Court has indicated it will enter a written order and may draft a memorandum opinion.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgments, orders, or decrees appealed from and the names, addresses and telephone numbers of their attorneys:

**APPELLEE**:

*ULX Partners, LLC, UnitedLex Corporation, and ULX Manager, LLC, Defendants in Adversary Proceeding 20-03142 and Parties to Settlement Agreement*

    David G. Barger
    Thomas J. McKee, Jr.
    J. Gregory Milmoe

---

[1] The transcripts of the open proceedings and sealed portion of the July 14, 2022 hearing are attached as Exhibit 1 (open proceedings) and Exhibit 2 (sealed portion—filed under seal).

    Greenberg Traurig, LLP
    1750 Tysons Boulevard, Suite 1000
    McLean, Virginia 22102
    (703) 749-1300
    bargerd@gtlaw.com

**OTHER INTERESTED PARTIES:**

*Lynn Tavenner, Chapter 7 Trustee for LeClairRyan PLLC, Party to Settlement Agreement and Appellee in related appeal, Fitzgerald v. Tavenner, Case no. 3:22-cv-00494-DJN*

    Paula S. Beran
    Tavenner & Beran, PLC
    20 North Eighth Street, Second Floor
    Richmond, VA 23219
    804-783-8300
    pberan@tb-lawfirm.com

    Erika L. Morabito
    Brittany Jane Nelson
    Quinn Emanuel Urquhart & Sullivan
    1300 I Street, NW, Suite 900
    Washington, DC 20005
    (202) 528-8334
    erikamorabito@quinnemanuel.com
    brittanynelson@quinnemanuel.com

*LeClairRyan PLLC, Debtor*

    Tyler P. Brown
    Jason William Harbour
    Henry Pollard Long, III
    Jennifer Ellen Wuebker
    Hunton Andrews Kurth LLP
    951 East Byrd Street
    Richmond, VA 23219
    (804) 788-8200
    tpbrown@huntonak.com

*Foley & Lardner, LLP, objector to Chapter 7 Trustee's Motion to Approve Settlement Agreement*

    Susan Poll Klaessy
    Foley & Lardner LLP

      3000 K Street, NW, Suite 600
      Washington, DC 20007-5109
      (312) 832-4500
      spollklaessy@foley.com

***CVC Capital Partners, Defendant in Adversary Proceeding 21-03095 and Party to Settlement Agreement***

      Michael E. Hastings
      Woods Rogers PLC
      901 East Byrd Street, Suite 1550
      Richmond, VA 23219
      (804) 956-2049
      mhastings@woodsrogers.com

***Nicholas Hinton and Daniel Reed, Defendants in Adversary Proceeding 21-03095 Parties to Settlement Agreement***

      David G. Barger
      Thomas J. McKee, Jr.
      J. Gregory Milmoe
      Greenberg Traurig, LLP
      1750 Tysons Boulevard, Suite 1000
      McLean, Virginia 22102
      (703) 749-1300
      bargerd@gtlaw.com

***Josh Rosenfeld and P. Douglas Benson, Defendants in Adversary Proceeding 21-03095 Parties to Settlement Agreement***

      Georgina C. Shepard
      Arnall Golden Gregory, LLP
      1775 Pennsylvania Avenue, NW, Suite 1000
      Washington, DC 20006
      (202) 677-4902
      Georgina.shepard@agg.com

***CNA, Insurer and Party to Settlement Agreement***

      Margaret T. Karchmer
      Wiley Rein, LLP
      2050 M Street NW
      Washington, DC 20036
      202-719-4198
      mkarchmer@wiley.law

*Travelers Casualty and Surety Company of America, Insurer and Party to Settlement Agreement*

    Thomas J. Judge
    Dykema Gossett PLLC
    1301 K Street N.W., Suite 1100 West
    Washington, D.C. 20005
    TJudge@dykema.com

*Gary LeClair, Former Defendant in Adversary Proceeding 20-03142*

    J. Scott Sexton
    Andrew M. Bowman
    Gentry Locke
    10 Franklin Rd SE, Suite 900
    Roanoke, VA 24011
    (540) 983-9404
    bowman@gentrylocke.com

    William A. Broscious
    William A. Broscious, Esq., PLC
    P.O. Box 71180
    Henrico, VA 23255
    804-533-2734
    wbroscious@brosciouslaw.com

                                          Respectfully Submitted,

Dated: July 19, 2022                John P. Fitzgerald, III
                                        Acting United States Trustee, Region Four

                                    By: /s/ Kathryn R. Montgomery
                                        Kathryn R. Montgomery (Va. Bar No. 42380)
                                        Shannon Pecoraro (Va. Bar No. 46864)
                                        Jason B. Shorter (Va. Bar No. 80929)
                                        Department of Justice
                                        Office of the United States Trustee
                                        701 East Broad Street, Suite 4303
                                        Richmond, Virginia 23219
                                        (804) 771-2310
                                        kathryn.montgomery@usdoj.gov
                                        shannon.pecoraro@usdoj.gov
                                        jason.b.shorter@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 19th day of July, 2022, a true and correct copy of the foregoing document was served via first class mail and/or electronic mail upon: (i) all parties and counsel requesting service via the Court's ECF system, (ii) the Appellee by counsel, (iii) all other interested parties by counsel or registered agent as set forth above, (iv) the 20 largest unsecured creditors as listed on the Debtor's schedules, (v) the Service List as defined by the governing Case Management Order, and (vi) all Persons identified in paragraph 4 of the FAO Procedures Order (ECF 533), as modified by the Order Modifying Settlement Procedures for FAO Actions (ECF 929).

                                                     By: /s/ Kathryn R. Montgomery

                                                     Kathryn R. Montgomery, Esq.