2100B (12/15)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 19-34574-KRH
Chapter 7

In re: Debtor(s) (including Name and Address)

LeClairRyan PLLC
4405 Cox Road
Glen Allen VA 23060

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____    was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 07/25/2022 (date).

Name and Address of Alleged Transferor:

Claim No. 293: Leebcor Property Management LLC, (Robertson Liebler Development Group, LL, 1490-5a Quarterpath Road # 304, Williamsburg, VA 23185

Name and Address of Transferee:

Hain Capital Investors Master Fund, LTD
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/27/22

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                      Case No. 19-34574-KRH

LeClairRyan PLLC                                                                     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-7 | User: | Page 1 of 8 |
|---|---|---|
| Date Rcvd: Jul 25, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| 15750555 | + Leebcor Property Management LLC, (Robertson Liebler Development Group, LL, 1490-5a Quarterpath Road # 304, Williamsburg, VA 23185-6544 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2022                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander Richard Green | on behalf of Creditor iManage  LLC agreen@mcglinchey.com, sdeeby@clarkhill.com |
| Amy Michelle Simon | on behalf of Creditor CARLYLE OVERLOOK OWNER LLC amy.simon@hklaw.com karyn.dennis@hklaw.com;kevin.dolivo@hklaw.com;paul.kiernan@hklaw.com |
| Andrew M. Bowman | on behalf of Defendant Gary LeClair bowman@gentrylocke.com  viar@gentrylocke.com |
| Andrew M. Bowman | on behalf of Creditor Gary D. LeClair bowman@gentrylocke.com  viar@gentrylocke.com |
| Andrew M. Bowman | on behalf of Creditor Former Attorney bowman@gentrylocke.com  viar@gentrylocke.com |
| Bradford F. Englander | |

District/off: 0422-7                          User:                                        Page 2 of 8

Date Rcvd: Jul 25, 2022                       Form ID: trc                                  Total Noticed: 1

on behalf of Defendant Elizabeth Atkinson benglander@wtplaw.com  jwilson@wtplaw.com

Bradford F. Englander

on behalf of Defendant Vernon Inge  Jr. benglander@wtplaw.com, jwilson@wtplaw.com

Bradford F. Englander

on behalf of Defendant David Smith benglander@wtplaw.com  jwilson@wtplaw.com

Bradford F. Englander

on behalf of Defendant Kevin Kenneally benglander@wtplaw.com  jwilson@wtplaw.com

Bradford F. Englander

on behalf of Creditor Specified Former LR Attorneys benglander@wtplaw.com  jwilson@wtplaw.com

Bradford F. Englander

on behalf of Defendant Stephen Faraci benglander@wtplaw.com  jwilson@wtplaw.com

Bradford F. Englander

on behalf of Defendant Mary Elizabeth Davis benglander@wtplaw.com  jwilson@wtplaw.com

Bradford F. Englander

on behalf of Defendant Thomas Butler benglander@wtplaw.com  jwilson@wtplaw.com

Bradford F. Englander

on behalf of Defendant Katja Hill benglander@wtplaw.com  jwilson@wtplaw.com

Bradford F. Englander

on behalf of Defendant John C. Selbach benglander@wtplaw.com  jwilson@wtplaw.com

Bradford F. Englander

on behalf of Creditor Grant S. Grayson benglander@wtplaw.com  jwilson@wtplaw.com

Bradford F. Englander

on behalf of Defendant Grant Grayson benglander@wtplaw.com  jwilson@wtplaw.com

Bradford F. Englander

on behalf of Defendant Jeffrey Alitz benglander@wtplaw.com  jwilson@wtplaw.com

Bradley Canter

on behalf of Defendant West Payment Center bcanter@roncanterllc.com

Brandon R. Jordan

on behalf of Defendant SPC Acquisition Company  LLC bjordan@raslg.com, rascrane@ecf.courtdrive.com

Brandon R. Jordan

on behalf of Attorney Brandon R. Jordan bjordan@raslg.com  rascrane@ecf.courtdrive.com

Brandon R. Jordan

on behalf of Defendant Pendleton Harrisburg SPE LLC bjordan@raslg.com  rascrane@ecf.courtdrive.com

Brittany Jane Nelson

on behalf of Plaintiff Lynn L. Tavenner brittanynelson@quinnemanuel.com  erikamorabito@quinnemanuel.com

Brittany Jane Nelson

on behalf of Trustee Lynn L. Tavenner brittanynelson@quinnemanuel.com  erikamorabito@quinnemanuel.com

Brittany Jane Nelson

on behalf of Defendant Grant Grayson brittanynelson@quinnemanuel.com  erikamorabito@quinnemanuel.com

Brittany Jane Nelson

on behalf of Plaintiff Lynn L. Tavenner  Chapter 7 Trustee brittanynelson@quinnemanuel.com,
erikamorabito@quinnemanuel.com

Brittany Jane Nelson

on behalf of Defendant David Smith brittanynelson@quinnemanuel.com  erikamorabito@quinnemanuel.com

Brittany Jane Nelson

on behalf of Counter-Defendant Lynn L. Tavenner  as Chapter 7 Trustee brittanynelson@quinnemanuel.com,
erikamorabito@quinnemanuel.com

Brittany Jane Nelson

on behalf of Plaintiff Lynn L. Tavenner  as Chapter 7 Trustee brittanynelson@quinnemanuel.com,
erikamorabito@quinnemanuel.com

Brittany Jane Nelson

on behalf of Defendant Mary Elizabeth Davis brittanynelson@quinnemanuel.com  erikamorabito@quinnemanuel.descn

Brittany Jane Nelson

on behalf of Plaintiff Lynn Tavenner brittanynelson@quinnemanuel.com  erikamorabito@quinnemanuel.com

Brittany Jane Nelson

on behalf of Defendant Susan North brittanynelson@quinnemanuel.com  erikamorabito@quinnemanuel.com

District/off: 0422-7                         User:                                              Page 3 of 8

Date Rcvd: Jul 25, 2022                      Form ID: trc                                        Total Noticed: 1

Brittany Jane Nelson
          on behalf of Special Counsel Quinn Emanuel Urquhart & Sullivan  LLP brittanynelson@quinnemanuel.com,
          erikamorabito@quinnemanuel.com

Brittany Jane Nelson
          on behalf of Defendant Stephen Faraci brittanynelson@quinnemanuel.com  erikamorabito@quinnemanuel.com

Brittany Jane Nelson
          on behalf of Plaintiff Lynn L. Tavenner  as Chapter 7 Trustee brittanynelson@quinnemanuel.com,
          erikamorabito@quinnemanuel.com

Brittany Jane Nelson
          on behalf of Defendant John C. Selbach brittanynelson@quinnemanuel.com  erikamorabito@quinnemanuel.com

Brittany Jane Nelson
          on behalf of Plaintiff Lynn L. Tavenner as Chapter 7 Trustee brittanynelson@quinnemanuel.com,
          erikamorabito@quinnemanuel.com

Christopher L. Perkins
          on behalf of Interested Party Joseph Lagrotteria cperkins@eckertseamans.com

Christopher L. Perkins
          on behalf of Interested Party Certain Former Attorneys cperkins@eckertseamans.com

Cynthia L. Hegarty
          on behalf of Creditor Morrison Sund  PLLC chegarty@morrisonsund.com, kfogarty@morrisonsund.com

Darek S. Bushnaq
          on behalf of Interested Party Jennifer Mistal-Kashinejed dsbushnaq@venable.com

David G. Barger
          on behalf of Creditor ULX Partners  LLC bargerd@gtlaw.com, subzwaria@gtlaw.com

David G. Barger
          on behalf of Defendant Daniel Reed bargerd@gtlaw.com  subzwaria@gtlaw.com

David G. Barger
          on behalf of Defendant UnitedLex Corporation bargerd@gtlaw.com  subzwaria@gtlaw.com

David G. Barger
          on behalf of Creditor UnitedLex Corporation bargerd@gtlaw.com  subzwaria@gtlaw.com

David G. Barger
          on behalf of Defendant ULX Partners  LLC bargerd@gtlaw.com, subzwaria@gtlaw.com

David G. Barger
          on behalf of Defendant Nicholas Hinton bargerd@gtlaw.com  subzwaria@gtlaw.com

David G. Barger
          on behalf of Defendant ULX Manager LLC bargerd@gtlaw.com  subzwaria@gtlaw.com

David R. Ruby
          on behalf of Creditor LS Gold LLC druby@t-mlaw.com  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

Diana Lyn Curtis McGraw
          on behalf of Defendant Mark Dombroff dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw
          on behalf of Unknown Richard W. Bowerman dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw
          on behalf of Unknown Paul Burleigh dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw
          on behalf of Unknown Andrew Zappia dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw
          on behalf of Defendant Paul Burleigh dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw
          on behalf of Defendant Charles Erik Gustafson dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw
          on behalf of Defendant Jason Medley dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw
          on behalf of Defendant Christopher J. Lange dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw
          on behalf of Defendant John H. Cahill  Jr. dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw
          on behalf of Defendant Niclas Ferland dmcgraw@foxrothschild.com

District/off: 0422-7            User:                      Page 4 of 8

Date Rcvd: Jul 25, 2022            Form ID: trc                 Total Noticed: 1

Diana Lyn Curtis McGraw

      on behalf of Unknown Christopher J. Lange dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw

      on behalf of Defendant Andrew Zappia dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw

      on behalf of Unknown Niclas Ferland dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw

      on behalf of Unknown Lori Thompson dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw

      on behalf of Defendant Karol Corbin Walker dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw

      on behalf of blank Charles Erik Gustafson dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw

      on behalf of Unknown Mark Dombroff dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw

      on behalf of blank Jason Medley dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw

      on behalf of Defendant Janice Grubin dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw

      on behalf of Unknown Elizabeth Acee dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw

      on behalf of Defendant Elizabeth Acee dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw

      on behalf of Unknown Karol Corbin Walker dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw

      on behalf of Unknown John P. Cahill dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw

      on behalf of Unknown Janice Grubin dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw

      on behalf of Defendant Lori Thompson dmcgraw@foxrothschild.com

Diana Lyn Curtis McGraw

      on behalf of Defendant Richard W. Bowerman dmcgraw@foxrothschild.com

Dion W. Hayes

      on behalf of Interested Party Bruce H. Matson dhayes@mcguirewoods.com  kcain@mcguirewoods.com

Douglas M. Foley

      on behalf of Creditor ABL Alliance  LLLP dfoley@mcguirewoods.com,
mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Erika L. Morabito

      on behalf of Plaintiff Lynn L. Tavenner as Chapter 7 Trustee erikamorabito@quinnemanuel.com,
brittanynelson@quinnemanuel.com;haliciadraughn@quinnemanuel.com

Erika L. Morabito

      on behalf of Defendant Joseph Lagrotteria erikamorabito@quinnemanuel.com
brittanynelson@quinnemanuel.com;haliciadraughn@quinnemanuel.com

Erika L. Morabito

      on behalf of Plaintiff Lynn L. Tavenner  as Chapter 7 Trustee erikamorabito@quinnemanuel.com,
brittanynelson@quinnemanuel.com;haliciadraughn@quinnemanuel.com

Erika L. Morabito

      on behalf of Plaintiff Lynn L. Tavenner  as Chapter 7 Trustee erikamorabito@quinnemanuel.com,
brittanynelson@quinnemanuel.com;haliciadraughn@quinnemanuel.com

Erika L. Morabito

      on behalf of Plaintiff Lynn L. Tavenner  Chapter 7 Trustee erikamorabito@quinnemanuel.com,
brittanynelson@quinnemanuel.com;haliciadraughn@quinnemanuel.com

Erika L. Morabito

      on behalf of Special Counsel Quinn Emanuel Urquhart & Sullivan  LLP erikamorabito@quinnemanuel.com,
brittanynelson@quinnemanuel.com;haliciadraughn@quinnemanuel.com

Erika L. Morabito

      on behalf of Trustee Lynn L. Tavenner erikamorabito@quinnemanuel.com
brittanynelson@quinnemanuel.com;haliciadraughn@quinnemanuel.com

District/off: 0422-7                    User:                                   Page 5 of 8

Date Rcvd: Jul 25, 2022                 Form ID: trc                             Total Noticed: 1

Franklin R. Cragle, III
                    on behalf of Creditor N Pendleton Rogers fcragle@hirschlerlaw.com

Georgina C Shepard
                    on behalf of Defendant Josh Rosenfeld Georgina.shepard@agg.com

Georgina C Shepard
                    on behalf of Defendant P. Douglas Benson Georgina.shepard@agg.com

Hannah White Hutman
                    on behalf of Mediator Hannah W. Hutman hhutman@hooverpenrod.com
                    shammack@hooverpenrod.com;hpnotices@gmail.com;hooverpenrodign@gmail.com

Henry Pollard Long, III
                    on behalf of Debtor LeClairRyan PLLC hlong@huntonAK.com  tcanada@huntonAK.com

Henry Pollard Long, III
                    on behalf of Attorney Hunton Andrews Kurth LLP hlong@huntonAK.com  tcanada@huntonAK.com

Herbert David Cox
                    on behalf of Mediator H. David Cox ecf@coxlawgroup.com  ecf@legal-pro.com;marie@coxlawgroup.com

J. David Folds
                    on behalf of Interested Party Robin Teskin dfolds@bakerdonelson.com  sparson@bakerdonelson.com

J. David Folds
                    on behalf of Interested Party Gretchen Jackson dfolds@bakerdonelson.com  sparson@bakerdonelson.com

Jaime Walker Luse
                    on behalf of Defendant Thomas Curran jluse@tydings.com  rpetty@tydings.com

James K. Donaldson
                    on behalf of Interested Party Frank Cerza jed.donaldson@limnexus.com

James K. Donaldson
                    on behalf of Creditor Latham & Watkins LLP jed.donaldson@limnexus.com

Jason Brill Shorter
                    on behalf of U.S. Trustee John P. Fitzgerald  III jason.b.shorter@usdoj.gov,
                    june.e.turner@usdoj.gov;Theresa.E.McPherson@usdoj.gov

Jason William Harbour
                    on behalf of Debtor LeClairRyan PLLC jharbour@huntonAK.com  tcanada@huntonAK.com

Jeffery Scott Sexton
                    on behalf of Defendant Gary LeClair sexton@gentrylocke.com  viar@gentrylocke.com

Jennifer Ellen Wuebker
                    on behalf of Debtor LeClairRyan PLLC jwuebker@huntonak.com  tcanada@huntonak.com

Jennifer J. West
                    on behalf of Creditor Berkley Select jwest@spottsfain.com
                    rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmccullagh@spottsfain.c
                    om;churley@spottsfain.com

Jennifer J. West
                    on behalf of Creditor Scottsdale Insurance Company jwest@spottsfain.com
                    rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmccullagh@spottsfain.c
                    om;churley@spottsfain.com

Jennifer J. West
                    on behalf of Creditor Berkshire Hathaway Specialty Insurance Company jwest@spottsfain.com
                    rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmccullagh@spottsfain.c
                    om;churley@spottsfain.com

Jennifer Maria Kappel
                    on behalf of Defendant IntelePeer Holdings  Inc. jennifer.kappel@us.dlapiper.com, Jennifer-kappel-0591@ecf.pacerpro.com

John G. McJunkin
                    on behalf of Interested Party Robin Teskin jmcjunkin@bakerdonelson.com  lcarpenter@bakerdonelson.com

John G. McJunkin
                    on behalf of Interested Party Gretchen Jackson jmcjunkin@bakerdonelson.com  lcarpenter@bakerdonelson.com

John P. Fitzgerald, III
                    USTPRegion04.RH.ECF@usdoj.gov

Joseph Corrigan
                    on behalf of Creditor Iron Mountain Information Management  LLC Bankruptcy2@ironmountain.com

Joseph S. Sheerin
                    on behalf of Creditor Anthem Health Plans of Virginia  Inc. jsheerin@mcguirewoods.com

District/off: 0422-7                        User:                                    Page 6 of 8

Date Rcvd: Jul 25, 2022                     Form ID: trc                             Total Noticed: 1

Joshua David Stiff
                    on behalf of Creditor Hertz Norfolk 999 Waterside  LLC jstiff@wtplaw.com, eslate@wtplaw.com

Karen M. Crowley
                    on behalf of Creditor Super-Server  LLC kcrowley@crowleylawpc.com,
                    jbrockett@clrbfirm.com;10342@notices.nextchapterbk.com

Karl A. Moses, Jr.
                    on behalf of Creditor Christian & Barton  LLP kmoses@spottsfain.com,
                    jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;eanderson@spottsfain.com
                    ;churley@spottsfain.com

Kathryn R. Montgomery
                    on behalf of U.S. Trustee John P. Fitzgerald  III Kathryn.Montgomery@usdoj.gov,
                    june.e.turner@usdoj.gov;theresa.e.mcpherson@usdoj.gov;Shannon.pecoraro@usdoj.gov;jason.b.shorter@usdoj.gov;peggy.t.flinch
                    um@usdoj.gov;Christina.Schruefer@usdoj.gov

Kelly Megan Barnhart
                    on behalf of Mediator Kelly M. Barnhart barnhart@rgblawfirm.com  janice@rgblawfirm.com

Kelly R Gring
                    on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity but solely as trustee for MFRA Trust
                    2014-2 ecfva@tmppllc.com

Kevin J. Funk
                    on behalf of Creditor Bank Direct kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk
                    on behalf of Creditor Parma Richmond LLC kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kyle Russell Hosmer
                    on behalf of Creditor ConvergeOne  Inc. kyle.hosmer@faegredrinker.com, dorothy.bailey@faegredrinker.com

Lori D. Thompson
                    on behalf of Debtor Designee Lori D. Thompson Lthompson@spilmanlaw.com  olanghorn@spilmanlaw.com

Lynn L. Tavenner
                    on behalf of Trustee Lynn L. Tavenner ltavenner@tb-lawfirm.com
                    amorris@tb-lawfirm.com;ltavenner@iq7technology.com;ecf.alert+Tavenner@titlexi.com

Lynn L. Tavenner
                    ltavenner@tb-lawfirm.com  amorris@tb-lawfirm.com;ltavenner@iq7technology.com;ecf.alert+Tavenner@titlexi.com

Michael D. Nord
                    on behalf of Creditor Bank of America  N.A. mnord@gebsmith.com

Michael E. Hastings
                    on behalf of Interested Party CVC Advisers (India) Private Limited mhastings@woodsrogers.com  jmartin@woodsrogers.com

Michael E. Hastings
                    on behalf of Creditor Rodney K. Adams  John T. Jessee, Paul C. Kuhnel, and Andrew K. Clark mhastings@woodsrogers.com,
                    jmartin@woodsrogers.com

Michael E. Hastings
                    on behalf of Defendant CVC Capital Partners mhastings@woodsrogers.com  jmartin@woodsrogers.com

Michael Gabriel Gallerizzo
                    on behalf of Creditor Bank of America  N.A. mgall@gebsmith.com

Michael Gregory Wilson
                    on behalf of Creditor Michele Craddock mike@mgwilsonlaw.com

Michael Gregory Wilson
                    on behalf of Creditor Petersburg Regency LLC mike@mgwilsonlaw.com

Michael Gregory Wilson
                    on behalf of Creditor Robert Davis mike@mgwilsonlaw.com

Michael Gregory Wilson
                    on behalf of Creditor R.F. Technologies  Inc. mike@mgwilsonlaw.com

Neil E. McCullagh
                    on behalf of Creditor Park Towers Investment  LLC nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
                    urley@spottsfain.com

Neil E. McCullagh
                    on behalf of Creditor Park Towers Office Investment  LLC nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
                    urley@spottsfain.com

Nicola G. Suglia
                    on behalf of Creditor De Lage Landen Financial Services  Inc.c/o Nicola Suglia, Esquire nsuglia@fleischerlaw.com,

District/off: 0422-7                          User:                                              Page 7 of 8

Date Rcvd: Jul 25, 2022                    Form ID: trc                                    Total Noticed: 1

fleischercases@fleischerlaw.com

Paul A. Driscoll
                    on behalf of Defendant Medical Center Radiologists Inc. paul@zemanianlaw.com  megan@zemanianlaw.com

Paul A. Driscoll
                    on behalf of Defendant Lisa Murphy paul@zemanianlaw.com  megan@zemanianlaw.com

Paul A. Driscoll
                    on behalf of Creditor Lisa M. Murphy paul@zemanianlaw.com  megan@zemanianlaw.com

Paul A. Driscoll
                    on behalf of Defendant Christy Kostich paul@zemanianlaw.com  megan@zemanianlaw.com

Paula S. Beran
                    on behalf of Attorney Tavenner & Beran  PLC pberan@tb-lawfirm.com,
                    ltavenner@tb-lawfirm.com;egabaud@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Paula S. Beran
                    on behalf of Trustee Lynn L. Tavenner pberan@tb-lawfirm.com
                    ltavenner@tb-lawfirm.com;egabaud@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Paula S. Beran
                    on behalf of Plaintiff Lynn L. Tavenner  Chapter 7 Trustee pberan@tb-lawfirm.com,
                    ltavenner@tb-lawfirm.com;egabaud@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Paula S. Beran
                    on behalf of Plaintiff Lynn L. Tavenner  as Chapter 7 Trustee pberan@tb-lawfirm.com,
                    ltavenner@tb-lawfirm.com;egabaud@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Peter D. Bilowz
                    on behalf of Creditor BCal 44 Montgomery Property LLC pbilowz@goulstonstorrs.com  drosner@goulstonstorrs.com

Peter G. Zemanian
                    on behalf of Defendant Michael Von Diezelski pete@zemanianlaw.com

Peter G. Zemanian
                    on behalf of Defendant Christy Kostich pete@zemanianlaw.com

Peter G. Zemanian
                    on behalf of Defendant Bing Ran pete@zemanianlaw.com

Peter G. Zemanian
                    on behalf of Defendant Captain Georges of South Carolina  LP pete@zemanianlaw.com

Peter J. Barrett
                    on behalf of Mediator Peter Barrett peter.barrett@kutakrock.com
                    charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Rebecca L. Saitta
                    on behalf of Attorney Columbia Casualty Company rsaitta@wileyrein.com  rours@wileyrein.com;khertz@wileyrein.com

Richard C. Maxwell
                    on behalf of Defendant 11th & Cochran  LLC rmaxwell@woodsrogers.com, jmartin@woodsrogers.com

Richard C. Maxwell
                    on behalf of Defendant LiteIdeas  LLC rmaxwell@woodsrogers.com, jmartin@woodsrogers.com

Richard C. Maxwell
                    on behalf of Defendant LiteSheet Solutions  LLC rmaxwell@woodsrogers.com, jmartin@woodsrogers.com

Richard E. Lear
                    on behalf of Creditor CARLYLE OVERLOOK OWNER LLC richard.lear@hklaw.com  kimi.odonnell@hklaw.com

Robert C. Gill
                    on behalf of Creditor Admiral Cochrane  LLC, successor in interest to MLQ-ELD, LLC and LSOP 3C III, LLC
                    robert.gill@saul.com,
                    jennifer.hibner-spencer@saul.com;morgan.snader@saul.com;aaron.applebaum@saul.com;Melissa.Martinez@saul.com

Robert H. Chappell, III
                    on behalf of Defendant Masergy Communications  Inc. rchappell@spottsfain.com,
                    eanderson@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;kmoses@spottsfain.com;c
                    hurley@spottsfain.com

Robert H. Chappell, III
                    on behalf of Creditor Christian & Barton  LLP rchappell@spottsfain.com,
                    eanderson@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;kmoses@spottsfain.com;c
                    hurley@spottsfain.com

Robert H. Chappell, III
                    on behalf of Creditor Masergy Communications  Inc. rchappell@spottsfain.com,
                    eanderson@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;nmccullagh@spottsfain.com;kmoses@spottsfain.com;c
                    hurley@spottsfain.com

District/off: 0422-7                          User:                                              Page 8 of 8

Date Rcvd: Jul 25, 2022                       Form ID: trc                                        Total Noticed: 1

Robert Taggart Hall
                    on behalf of Creditor Latonya Mallory rthall@hallandsethi.com

Ronald A. Page, Jr.
                    on behalf of Attorney Ronald Page  PLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.
                    on behalf of Creditor First Legal Network  LLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.
                    on behalf of Creditor Linda Georgiadis rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.
                    on behalf of Creditor Robert S. McWhorter rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald S. Canter
                    on behalf of Defendant West Payment Center rcanter@roncanterllc.com

Roy M. Terry, Jr.
                    on behalf of Defendant TGS Martins  Inc. roymterry@gmail.com

Shannon Pecoraro
                    on behalf of U.S. Trustee John P. Fitzgerald  III Shannon.pecoraro@usdoj.gov,
                    june.e.turner@usdoj.gov;Theresa.E.McPherson@usdoj.gov

Shawn Charles Whittaker
                    on behalf of Creditor Planet Depos  LLC shawn@whittaker-law.com

Stephen A. Metz
                    on behalf of Creditor EYP Realty  LLC smetz@offitkurman.com, mmargulies@offitkurman.com

Susan Poll Klaessy
                    on behalf of Attorney Foley & Lardner LLP spollklaessy@foley.com  rjanczak@foley.com

Thomas John McKee, Jr.
                    on behalf of Creditor Ponte Gadea Washington  LLC mckeet@gtlaw.com, smedsa@gtlaw.com

Thomas John McKee, Jr.
                    on behalf of Defendant UnitedLex Corporation mckeet@gtlaw.com  smedsa@gtlaw.com

Thomas John McKee, Jr.
                    on behalf of Defendant ULX Partners  LLC mckeet@gtlaw.com, smedsa@gtlaw.com

Thomas John McKee, Jr.
                    on behalf of Creditor ULX Partners  LLC mckeet@gtlaw.com, smedsa@gtlaw.com

Thomas John McKee, Jr.
                    on behalf of Creditor UnitedLex Corporation mckeet@gtlaw.com  smedsa@gtlaw.com

Thomas John McKee, Jr.
                    on behalf of Defendant Nicholas Hinton mckeet@gtlaw.com  smedsa@gtlaw.com

Thomas John McKee, Jr.
                    on behalf of Defendant ULX Manager LLC mckeet@gtlaw.com  smedsa@gtlaw.com

Thomas John McKee, Jr.
                    on behalf of Defendant Daniel Reed mckeet@gtlaw.com  smedsa@gtlaw.com

Tracey Michelle Ohm
                    on behalf of Defendant LD Lower Holdings  Inc. tracey.ohm@stinson.com, porsche.barnes@stinson.com

Tyler P. Brown
                    on behalf of Debtor LeClairRyan PLLC tpbrown@huntonak.com  tcanada@huntonak.com

Tyler P. Brown
                    on behalf of Attorney Hunton Andrews Kurth LLP tpbrown@huntonak.com  tcanada@huntonak.com

Tyler P. Brown
                    on behalf of Interested Party Benjamin C. Ackerly  Successor Trustee tpbrown@huntonak.com, tcanada@huntonak.com

William A. Broscious
                    on behalf of Creditor Gary D. LeClair wbroscious@brosciouslaw.com

William A. Broscious
                    on behalf of Defendant Gary LeClair wbroscious@brosciouslaw.com

William A. Gray
                    on behalf of Defendant William F. Solfisburg bgray@sandsanderson.com  sryan@sandsanderson.com

William A. Gray
                    on behalf of Creditor Creative Office Environments of Richmond  LLC bgray@sandsanderson.com, sryan@sandsanderson.com


TOTAL: 183