UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | Case No. |
| LeClairRyan, PLLC,[1] | 19-34574-KRH |
| Debtor | Chapter 7 |

## NOTICE OF EMPLOYMENT APPLICATIONS AND
## EXPEDITED HEARING REQUEST

**PLEASE TAKE NOTICE** that Lynn L. Tavenner, Trustee, not individually, but solely in her capacity as the Chapter 7 trustee (in such capacity, the "**Trustee**") of the bankruptcy estate (the "**Estate**") of LeClairRyan PLLC ("**LeClairRyan**" and/or the "**Debtor**"), in the above-referenced Chapter 7 case (the "**Case**") has filed the (1) *Trustee's Application to Retain and Employ Cozen O'Connor as Special Counsel*, ECF No. 1532 (the "**Cozen O'Connor Employment Application**") and (2) *Trustee's Supplement to Application to Retain and Employ Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel*, ECF No. 1533 (the "**Quinn Emanuel Supplemental Employment Application**," together with the Cozen O'Connor Employment Application, the "**Applications**"). The Trustee has also filed a Motion to Expedite Hearing, ECF No. 1535 (the "**Motion to Expedite**") on  the Applications. A copy of the Motion to Expedite is being served herewith. Copies of the Applications may be obtained by written request to Paula S. Beran at pberan@tb-lawfirm.com.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Applications and Motion to Expedite carefully and discuss them with your attorney if you have one in this chapter 7 Case. (If you do not have an attorney, you may wish to consult one).**

**PLEASE TAKE FURTHER NOTICE** on September 4, 2019, the Court entered the *Order Establishing Certain Notice, Case Management and Administrative Procedures* [ECF. No. 38] (the "**Case Management Order**"), which approved the Notice, Case Management, and

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Administrative Procedures attached as Exhibit 1 to the Case Management Order (the "**Case Management Procedures**"). The Case Management Procedures, among other things, prescribe the manner in which Objections must be filed and served and set forth when certain hearings will be conducted. A copy of the Case Management Order may be obtained, free of charge, by written request to pberan@tb-lawfirm.com or, for a fee, at *https://ecf.vaeb.uscourts.gov*.

      **PLEASE TAKE FURTHER NOTICE THAT** the Court will entertain the Motion to Expedite, and if granted, the Applications, on <u>August 4, 2022 at 9:00 a.m.</u> (or such time thereafter as the matter may be heard). The hearing will take place via Zoom:

Zoom registration link:
https://www.zoomgov.com/meeting/register/vJItdemrpzksGo1uZmqXImnmT3YAURJl8eQ

Listen-only conference line:  1-866-590-5055; Access Code:  4377075; Security Code:  8422

      **PLEASE TAKE FURTHER NOTICE THAT** any party desiring to object the Motion to Expedite and/or the Applications or otherwise be heard with respect to the same shall also appear and be heard at such time.

      PLEASE GOVERN YOURSELVES ACCORDINGLY.

                    Respectfully submitted,

                    LYNN L. TAVENNER, CHAPTER 7 TRUSTEE

Dated: August 3, 2022          By: *<u>/s/ Paula S. Beran</u>*
Richmond, Virginia          Paula S. Beran, Esquire (VSB No. 34679)
                    Tavenner & Beran, PLC
                    20 North 8th Street
                    Richmond, Virginia 23219
                    Telephone: (804) 783-8300
                    Telecopier: (804) 783-0178

                    *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court, I certify that on this 3rd day of August 2022, a true copy of the foregoing Notice was sent electronically and/or by first-class mail to: (a) the Office of the United States Trustee; (b) the Debtor's 20 Largest Unsecured Creditors; (c) all known secured creditors from the Debtor's Official Form 106D; (d) the Core Parties and 2002 List as defined in the *Case Management Order*; and (e) all parties requesting service of pleadings in this Case (as indicated on the Schedule A attached to the Court filed copy of this Notice).

*/s/ Paula S. Beran*
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*