UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:<br><br>LeClairRyan, PLLC,[1]<br><br>Debtor. | Case No. 19-34574-KRH<br><br>Chapter 7 |

**NOTICE OF CANCELLATION OF HEARING**

PLEASE TAKE NOTICE that on July 18, 2022, Quinn Emanuel Urquhart & Sullivan, LLP ("**Quinn**") filed the *Fourth Interim Application of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Trustee For Allowance of Compensation and Reimbursement of Expenses Incurred* [ECF No. 1499] (the "**Application**") and caused the Application to be served on all necessary parties. Objections to the Application were to be filed no later than August 1, 2022. No answer, objection, or other response was received from any party and Quinn has

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Erika L. Morabito (VSB No. 44369)
Brittany J. Nelson (VSB No. 81734)
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street, N.W., Suite 900
Washington, DC 20005
(202) 538-8334 (telephone)
Email:  erikamorabito@quinnemanuel.com
          brittanynelson@quinnemanuel.com

*Special Counsel to Lynn L. Tavenner, Chapter 7 Trustee*

submitted a proposed order to the Court endorsed by all necessary parties.  Therefore, the hearing on the Application, currently scheduled for Monday, August 8 at 1:00 pm, is hereby cancelled.

Dated: August 5, 2022　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　　*/s/ Erika L. Morabito*
　　　　　　　　　　　　　　　　　　　　Erika L. Morabito (VSB No. 44369)
　　　　　　　　　　　　　　　　　　　　Brittany J. Nelson (VSB No. 81734)
　　　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART & SULLIVAN
　　　　　　　　　　　　　　　　　　　　1300 I Street, N.W., Suite 900
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　(202) 538-8334 (telephone)
　　　　　　　　　　　　　　　　　　　　Email: erikamorabito@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　　　　　　brittanynelson@quinnemanuel.com

　　　　　　　　　　　　　　　　　　　　*Special Counsel to Lynn L. Tavenner, Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 5, 2022 a copy of the foregoing was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification.

                                      */s/ Erika L. Morabito*
                                      Erika L. Morabito