UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

LeClairRyan, PLLC,[1]

Debtor

Case No.
19-34574-KRH

Chapter 7

### NOTICE OF (1) CONTINUATION OF HEARING ON APPLICATIONS AND (2) CANCELLATION OF HEARING SCHEDULED FOR AUGUST 15, 2022 AT 10:00 AM

**PLEASE TAKE NOTICE** that the final hearing scheduled for August 15, 2022 at 10:00 AM on (1) *Trustee's Application to Retain and Employ Cozen O'Connor as Special Counsel*, ECF No. 1532 and (2) *Trustee's Supplement to Application to Retain and Employ Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel,* ECF No. 1533 has been continued to August 25, 2022 at 1PM (prevailing Eastern Time) with said hearing to be conducted by Zoom, absent further order of the Court, with the following registration links:

https://www.zoomgov.com/meeting/register/vJIscu2oqDwsGI3MjKXR1eCLyXqMfJ-fyig
Listen-only conference line: 1-866-590-5055, Access Code: 4377075, Security Code: 82522

**PLEASE TAKE NOTICE** that the August 15, 2022 hearing has been cancelled.

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

Respectfully submitted,
LYNN L. TAVENNER, CHAPTER 7 TRUSTEE

Dated: August 11, 2022
Richmond, Virginia

By: */s/ Paula S. Beran*
Paula S. Beran, Esquire (VSB No. 34679)
Tavenner & Beran, PLC
20 North 8th Street
Richmond, Virginia 23219
Telephone: (804) 783-8300
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*