UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>    Debtor. | Case No.<br>19-34574-KRH<br><br>Chapter 7 |

### **STIPULATION**

Lynn L. Tavenner, Trustee, and not individually but solely in her capacity as the Chapter 7 trustee of the bankruptcy estate of LeClairRyan PLLC, (the "**Chapter 7 Trustee**") in the above-referenced Chapter 7 case and John P. Fitzgerald, III, Acting United States Trustee for Region Four (the "**US Trustee**") hereby stipulate and agree that the deadline for the US Trustee to object to the Chapter 7 Trustee's continued employment of (a) Quinn Emanuel for the Supplemental Representation as defined in the *Trustee's Supplement to Application to Retain and Employ Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel,* ECF No. 1533, and/or (b) Cozen O'Connor as provided in the *Trustee's Application to Retain and Employ Cozen O'Connor as Special Counsel*, ECF No. 1532, is extended to and through August 22, 2022.

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

                                  **LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

| | |
|---|---|
| Dated: August 11, 2022<br>      Richmond, Virginia | By: */s/ Paula S. Beran*<br>Paula S. Beran, Esq. (VSB No. 34679)<br>PBeran@TB-LawFirm.com<br>Tavenner & Beran, PLC<br>20 North 8th Street<br>Richmond, Virginia 23219<br>(804) 783-8300<br>     *Counsel for Lynn L. Tavenner, Chapter 7 Trustee* |

                                  **JOHN P. FITZGERALD, III**
                                  **ACTING UNITED STATES TRUSTEE, REGION FOUR**

| | |
|---|---|
| Dated: August 11, 2022<br>      Richmond, Virginia | By: */s/ Kathryn R. Montgomery*<br>Kathryn R. Montgomery, Esq. (Va. Bar No. 42380)<br>Shannon Pecoraro, Esq. (Va. Bar No. 46864)<br>Office of the United States Trustee<br>701 East Broad Street, Suite 4303<br>Richmond, Virginia 23219<br>(804) 771-2310<br>kathryn.montgomery@usdoj.gov<br>shannon.pecoraro@usdoj.gov<br>     *Office of the United States Trustee* |