UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| In re: | Case No. |
|---|---|
| LeClairRyan, PLLC,[1] | 19-34574-KRH |
| Debtor | Chapter 7 |

**INTERIM ORDER AUTHORIZING THE RETENTION AND
EMPLOYMENT OF COZEN O'CONNOR AS SPECIAL COUNSEL**

This matter came before the Court upon the Trustee's Application to Retain and Employ Cozen O'Connor as Special Counsel (the "**Application**"). The Court having reviewed (i) the Application and (ii) Verified Statement of Brian L. Shaw pursuant to Fed. R. Bankr. P. 2014(a) (the "**Shaw Statement**"), a member of the law firm of Cozen O'Connor ("**Cozen O'Connor**""), attached to the Application as Exhibit 1; and the Court being fully advised in the premises and having determined that the legal and factual basis set forth in the Application and the Shaw Statement establish just cause for the relief granted herein on an interim basis;

THE COURT HEREBY FINDS THAT:

A.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

B.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

1

IT IS HEREBY ORDERED THAT:

1. The Application is hereby APPROVED on an interim basis as provided herein.

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

3. Pursuant to § 327 of the Bankruptcy Code and the Application, the Trustee is authorized to retain and employ Cozen O'Connor as special counsel on an interim basis retroactive to July 28, 2022. Pursuant to § 327(a) and (e) of the Bankruptcy Code, the Trustee is authorized to employ Cozen O'Connor, on an hourly basis at agreed to rates, including reimbursement of reasonable related costs and expenses, in connection with appellate matters including the Judicially Mediated Global Settlement Appeal and related matters. The Trustee is further authorized to immediately share all unredacted materials related to the same with Cozen O'Connor.

4. Approval of Cozen O'Connor's fees shall be subject to further order of the Court, upon proper application for same.

5. A final hearing on the Application shall be held on August 15, 2022 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Notwithstanding anything herein, any party in interest may object to the Trustee's continued employment of Cozen O'Connor on any basis provided however the same shall not be used as a basis to object to any fees or expenses accrued from July 28, 2022 through entry of a final order on the Application. Objections to the Trustee's continued employment under the terms provided in the Application shall be filed on or before August 11, 2022 absent written stipulation with the Trustee which stipulation shall be filed on this Court's docket.

6. This Court shall retain exclusive jurisdiction over the Application as well as all matters related thereto.

7. Nothing herein shall in any way prejudice the United States Trustee from objecting to the Application, and any and all such objections are preserved until the final hearing on the Application.

Entered: Aug 16 2022

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Aug 16 2022

I ask for this:

*/s/ Paula S. Beran*
Paula S. Beran, Esquire (VSB No. 34679)
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Seen and not objected to on an interim basis:

*/s/ Shannon F. Pecoraro*
Kathryn R. Montgomery, Esquire
Shannon F. Pecoraro, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
(804) 771-8004

*Office of the United States Trustee*

## CERTIFICATION

I hereby certify under Local Rule 9022-1 that the foregoing proposed Order was served on all requisite parties and has been endorsed by all necessary parties.

*/s/ Paula S. Beran*
Paula S. Beran, Esquire

SERVICE LIST FOR ENTERED ORDER

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219

Kathryn R. Montgomery, Esquire
Shannon F. Pecoraro, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219