UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | Case No. |
| LeClairRyan, PLLC,[1] | 19-34574-KRH |
| Debtor | Chapter 7 |

**INTERIM ORDER AUTHORIZING THE SUPPLEMENTAL
RETENTION AND EMPLOYMENT OF QUINN EMANUEL
URQUHART & SULLIVAN, LLP AS SPECIAL COUNSEL**

This matter came before the Court upon the Trustee's Supplement to Application to Retain and Employ Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel (the "**Supplemental Application**"). The Court having reviewed (i) the Supplemental Application and (ii) Verified Statement (and its supplement) of Erika Morabito pursuant to Fed. R. Bankr. P. 2014(a) (collectively, the "**Morabito Statement**"), a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("**Quinn Emanuel**"); and the Court being fully advised in the premises and having determined that the legal and factual basis set forth in the Supplemental Application and the Morabito Statement establish just cause for the relief granted herein on an interim basis;

THE COURT HEREBY FINDS THAT:

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

1

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

IT IS HEREBY ORDERED THAT:

1. The Supplemental Application is hereby APPROVED on an interim basis as provided herein.

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Supplemental Application.

3. Unless specifically modified herein, the Quinn Retention Order remains in full force and effect.

4. Pursuant to § 327 of the Bankruptcy Code and the Supplemental Application, the Trustee is authorized to retain and employ Quinn Emanuel as special counsel for the Supplemental Representation on an interim basis retroactive to July 11, 2022. Pursuant to § 327(a) and (e) of the Bankruptcy Code, the Trustee is authorized to employ Quinn Emanuel, on an hourly basis at agreed to rates, including reimbursement of reasonable related costs and expenses, in connection with the Supplemental Representation.

5. Approval of Quinn Emanuel's fees for work done in connection with the Supplemental Representation shall be subject to further order of the Court, upon proper application for same.

6. A final hearing on the Application shall be held on August 15, 2022 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Notwithstanding anything herein, any party in interest may object to the Trustee's continued employment of Quinn Emanuel for the Supplemental Representation on any basis provided however the same shall not be used as a basis to object to any fees or expenses accrued from July 11, 2022 through entry of a final order on the Supplemental Application. Objections to the

Trustee's continued employment under the terms provided in the Supplemental Application shall be filed on or before August 11, 2022 absent written stipulation with the Trustee which stipulation shall be filed on this Court's docket.

7. This Court shall retain exclusive jurisdiction over the Supplemental Application as well as all matters related thereto.

8. Nothing herein shall in any way prejudice the United States Trustee from objecting to the Application, and any and all such objections are preserved until the final hearing on the Application.

Entered: Aug 16 2022

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Aug 16 2022

I ask for this:

/s/ Paula S. Beran
Paula S. Beran, Esquire (VSB No. 34679)
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Seen and not objected to on an interim basis:

/s/ Shannon F. Pecoraro
Kathryn R. Montgomery, Esquire
Shannon F. Pecoraro, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
(804) 771-8004

*Office of the United States Trustee*

## CERTIFICATION

      I hereby certify under Local Rule 9022-1 that the foregoing proposed Order was served on all requisite parties and has been endorsed by all necessary parties.

                                              */s/ Paula S. Beran*
                                              Paula S. Beran, Esquire

SERVICE LIST FOR ENTERED ORDER

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219

Kathryn R. Montgomery, Esquire
Shannon F. Pecoraro, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219