# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>Debtor | Case No. 19-34574-KRH<br><br>Chapter 7 |

**PROPOSED AGENDA FOR HEARING ON
SEPTEMBER 29, 2022, AT 1:00 P.M. (PREVAILING EASTERN TIME)**

Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on September 29, 2022, beginning at 1:00 p.m. In accordance with Richmond General Order 22-2, unless ordered otherwise, the hearing will be conducted both in person and via Zoom with a listen-only line available:

**Zoom registration link**:
https://www.zoomgov.com/meeting/register/vJIscu2srDsrHUSN-A_XLze4sWbCYc82iBA

Listen-only conference line:
    Dial: 1-866-590-5055, Access Code: 4377075, Security Code: 92922

**I.    MATTERS OF THE TRUSTEE AND/OR THE ESTATE**

1. Ninth Application for Compensation for Tavenner Beran, PLC as Counsel to the Chapter 7 Trustee/Estate filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1583]

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Related documents:

a. Notice of Motion and Notice of Hearing (Re: related document(s)[1582] Application for Compensation filed by Quinn Emanuel Urquhart & Sullivan, LLP, [1583] Application for Compensation filed by Lynn L. Tavenner, [1584] Application for Compensation filed by Lynn L. Tavenner, [1585] Application for Compensation filed by Lynn L. Tavenner, [1586] Application for Compensation filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 9/29/2022 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1587]

b. Exhibit - Schedule A (Re: related document(s)[1587] Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1593]

Response Deadline:    September 22, 2022

Responses Filed:    None at the time of the filing of the Agenda.

Status:    The Trustee will request that the Court grant the Application.

2. Sixth Application for Compensation for CR3 Partners, LLC as Financial Advisor to the Chapter 7 Trustee/Estate filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1584]

Related documents:

a. Notice of Motion and Notice of Hearing (Re: related document(s)[1582] Application for Compensation filed by Quinn Emanuel Urquhart & Sullivan, LLP, [1583] Application for Compensation filed by Lynn L. Tavenner, [1584] Application for Compensation filed by Lynn L. Tavenner, [1585] Application for Compensation filed by Lynn L. Tavenner, [1586] Application for Compensation filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 9/29/2022 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1587]

b. Exhibit - Schedule A (Re: related document(s)[1587] Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1593]

    Response Deadline:    September 22, 2022

    Responses Filed:    None at the time of the filing of the Agenda.

    Status:    The Trustee will request that the Court grant the Application.

3. Seventh Application for Compensation for Barry Strickland & Company as Accountant filed by Lynn L. Tavenner on behalf of Lynn L. Tavenner. (Tavenner, Lynn) [ECF No. 1586]

    Related documents:

    a. Notice of Motion and Notice of Hearing (Re: related document(s)[1582] Application for Compensation filed by Quinn Emanuel Urquhart & Sullivan, LLP, [1583] Application for Compensation filed by Lynn L. Tavenner, [1584] Application for Compensation filed by Lynn L. Tavenner, [1585] Application for Compensation filed by Lynn L. Tavenner, [1586] Application for Compensation filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 9/29/2022 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1587]
    b. Exhibit - Schedule A (Re: related document(s)[1587] Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1593]

    Response Deadline:    September 22, 2022

    Responses Filed:    None at the time of the filing of the Agenda.

    Status:    The Trustee will request that the Court grant the Application.

4. Final Application for Compensation for Cozen O'Connor as Special Counsel to the Chapter 7 Trustee/Estate filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1585]

Related documents:

a. Notice of Motion and Notice of Hearing (Re: related document(s)[1582] Application for Compensation filed by Quinn Emanuel Urquhart & Sullivan, LLP, [1583] Application for Compensation filed by Lynn L. Tavenner, [1584] Application for Compensation filed by Lynn L. Tavenner, [1585] Application for Compensation filed by Lynn L. Tavenner, [1586] Application for Compensation filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 9/29/2022 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1587]

b. Exhibit - Schedule A (Re: related document(s)[1587] Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1593]

Response Deadline:    September 22, 2022

Responses Filed:    None at the time of the filing of the Agenda.

Status:    The Trustee will request that the Court grant the Application.

5. Fifth Application for Compensation for Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Trustee filed by Erika L. Morabito of Quinn Emanuel on behalf of Quinn Emanuel Urquhart & Sullivan, LLP. (Attachments: # (1) Exhibit(s) Exhibit A # (2) Exhibit(s) Exhibit B # (3) Exhibit(s) Exhibit C # (4) Exhibit(s) Exhibit D # (5) Exhibit(s) Exhibit E # (6) Exhibit F) (Morabito, Erika) [ECF No. 1582]

Related Items:

a. Notice of Motion and Notice of Hearing (Re: related document(s)[1582] Application for Compensation filed by Quinn Emanuel Urquhart & Sullivan, LLP, [1583] Application for Compensation filed by Lynn L. Tavenner, [1584] Application for Compensation filed by Lynn L. Tavenner, [1585] Application for Compensation filed by Lynn L. Tavenner, [1586] Application for Compensation filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 9/29/2022 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 1587]

b. Sealed Exhibit (Related Document(s)1582 Application for Compensation filed by Quinn Emanuel Urquhart & Sullivan, LLP) filed by Erika L. Morabito of Quinn Emanuel on behalf of Quinn Emanuel Urquhart & Sullivan, LLP. (Morabito, Erika) [ECF No. 1589]

    c.   Exhibit - Schedule A (Re: related document(s)[1587] Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1593]

Response Deadline:  September 22, 2022

Responses Filed:  None at the time of the filing of the Agenda.

Status:  The Trustee will request that the Court grant the Application.

**II.  REPORTS**

6.  Case Status and Report pursuant to Local Rule 2015-(a)-(1)(A)

                              Respectfully submitted,

                              **LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

Dated: September 26, 2022        By: */s/ Paula S. Beran*
Richmond, Virginia               Paula S. Beran, Esquire (VSB No. 34679)
                                        PBeran@TB-LawFirm.com
                                        Tavenner & Beran, PLC
                                        20 North 8th Street
                                        Richmond, Virginia 23219
                                        Telephone: (804) 783-8300
                                        Telecopier: (804) 783-0178

                                        *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court and applicable orders, I certify that on the 26th day of September, 2022, a true copy of the foregoing Agenda was sent electronically to all parties receiving ECF notices in this Case.

*/s/ Paula S. Beran*
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*