# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| In re: <br><br>     LeClairRyan, PLLC,[1] <br><br> Debtor | Case No. 19-34574-KRH <br><br> Chapter 7 |

**PROPOSED AGENDA FOR HEARING ON**
**OCTOBER 27, 2022, AT 1:00 P.M. (PREVAILING EASTERN TIME)**

Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on October 27, 2022, beginning at 1:00 p.m. In accordance with Richmond General Order 22-2, unless ordered otherwise, the hearing will be conducted both in person and via Zoom with a listen-only line available:

**Zoom registration link**:

    https://www.zoomgov.com/meeting/register/vJIsceGupzIpH8C68HoUcKtMnrzyWZoIIQI

Listen-only conference line:
    Dial: 1-866-590-5055
    Access Code: 4377075
    Security Code: 102722

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## I.  MATTERS OF THE TRUSTEE AND/OR THE ESTATE

1. Trustee's Motion to Establish Procedures for Interim Distribution to Chapter 11 Administrative Creditors filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1607]

    Related documents:

    a. Notice of Motion and Notice of Hearing filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1608]

    b. Amended Exhibit B (Re: related document(s)[1607] Motion to Approve filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1629]

    c. Exhibit - Schedule A (Re: related document(s)[1607] Motion to Approve filed by Lynn L. Tavenner, [1614] Motion to Approve filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1627]

    Response Deadline:    October 20, 2022

    Responses Filed:    None at the time of the filing of the Agenda.

    Status:    The Trustee will request that the Court grant the Motion.

2. Trustee's Second Motion for Entry of an Order (I) Establishing Procedures Including a Bar Date to Claim an Interest in certain funds held in a Segregated Account and (II) Authorizing the Distribution of Funds filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1614]

    Related documents:

    a. Notice of Motion and Notice of Hearing filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1615]

    b. Exhibit - *Exhibits A and B* (Re: related document(s)[1614] Motion to Approve filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1628]

    c. Exhibit - Schedule A (Re: related document(s)[1607] Motion to Approve filed by Lynn L. Tavenner, [1614] Motion to Approve filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1627]

Response Deadline:   October 24, 2022

Responses Filed:   None at the time of the filing of the Agenda.

Status:   The Trustee will request that the Court grant the Motion.

## II. REPORTS

3. Case Status and Report pursuant to Local Rule 2015-(a)-(1)(A)

                Respectfully submitted,

                **LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

Dated: October 25, 2022      By: */s/ Paula S. Beran*
Richmond, Virginia         Paula S. Beran, Esquire (VSB No. 34679)
                            PBeran@TB-LawFirm.com
                            Tavenner & Beran, PLC
                            20 North 8th Street
                            Richmond, Virginia 23219
                            Telephone: (804) 783-8300
                            Telecopier: (804) 783-0178

                            *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

      Pursuant to the Local Rules of this Court and applicable orders, I certify that on the 25th day of October 2022, a true copy of the foregoing Agenda was sent electronically to all parties receiving ECF notices in this Case.

      */s/ Paula S. Beran*
      *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*