**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:  LeClairRyan PLLC                    Case No. 19-34574
                                            Chapter 7
                Debtor(s).

**ORDER SCHEDULING REMOTE HEARING**

Notwithstanding Richmond General Order 22-2,[1] the hearing(s) scheduled in the above-captioned case for 10/27/2022 at 1:00 p.m. (the "Hearing") shall be conducted via Zoom for Government only. Persons seeking to appear or participate at the Hearing must register in advance via the following link:

https://www.zoomgov.com/meeting/register/vJIsceGupzIpH8C68HoUcKtMnrzyWZoIIQI

A listen-only conference line  will  be available:

Dial: 1-866-590-5055 Access Code: 4377075 Security Code: 102722

Dated: 10/26/2022                    /s/ Kevin R. Huennekens
                                     UNITED STATES BANKRUPTCY JUDGE

                                     Entered on Docket: 10/26/2022

---

[1] Except as otherwise provided herein, Richmond General Order 22-2 shall still control. A copy of Richmond General Order 22-2 is available at:
https://www.vaeb.uscourts.gov/sites/vaeb/files/20220819_Richmond%20General%20Order%2022-2.pdf.