**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>Debtor | Case No. 19-34574-KRH<br><br>Chapter 7 |

**PROPOSED AGENDA FOR HEARING ON
NOVEMBER 29, 2022, AT 1:00 P.M. (PREVAILING EASTERN TIME)**

Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on November 29th, 2022, beginning at 1:00 p.m. In accordance with Richmond General Order 22-2, unless ordered otherwise, the hearing will be conducted both in person and via Zoom with a listen-only line available:

**Zoom registration link**:

https://www.zoomgov.com/meeting/register/vJIsduytrjIoGS5CTVaDRfaeEmN2lblLzM0

Listen-only conference line:
    Dial: 1-866-590-5055
    Access Code: 4377075
    Security Code: 112922

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

I.  **MATTERS OF THE TRUSTEE AND/OR THE ESTATE**

1. *Motion for Approval of Settlement Agreement Between the Successor Trustee and Lynn Tavenner, as Trustee for LeClairRyan PLLC, Set Forth in the Joint Stipulated Order* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1647]

    Related documents:

    a. *Notice of Motion and Notice of Hearing* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1648]
    b. *Exhibit - Schedule A* (Re: related document(s)[1647] Motion for Approval of Agreement filed by Lynn L. Tavenner, [1648] Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1658]

    Response Deadline:    November 22, 2022

    Responses Filed:    None at the time of the filing of this Agenda.

    Status:    The Trustee will request that the Court grant the Motion to Approve Settlement.

2. *Notice of Trustee's (I) Motion and Hearing Thereon if Necessary And (II) Intent to Abandon Pursuant to 11 U.S.C. § 554(A)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1649]

    Related documents:

    a. *Motion for Approval of Settlement Agreement Between the Successor Trustee and Lynn Tavenner, as Trustee for LeClairRyan PLLC, Set Forth in the Joint Stipulated Order* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1647]
    b. *Notice of Motion and Notice of Hearing* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1648]

    Response Deadline:    November 22, 2022

    Responses Filed:    None at the time of the filing of this Agenda.

Status: Subject to this Court's approval of the Motion to Approve Settlement, the Trustee will report that she intends to abandon pursuant to 11 U.S.C. § 554(a) any claims that the Estate may have against the Debtor's professionals in the Chapter 11 case in that the same, if any, is of inconsequential value and benefit to the Estate.

3. *Motion for Entry of an Order (I) Authorizing Transfer of Funds to Another Bank Account, (II) Establishing Procedures Including a Bar Date to Claim an Interest in Certain Funds Held in a Segregated Account, and (III) Authorizing the Distribution of Funds Thereafter and Memorandum in Support Thereof* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula*)* [ECF No. 1650]

   Related documents:

   a. *Notice of Motion and Notice of Hearing* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1651]
   b. *Exhibit - Schedule A* (Re: related document(s)[1650] Motion to Authorize filed by Lynn L. Tavenner, [1651] Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1659]

   Response Deadline:    November 28, 2022

   Responses Filed:    None at the time of the filing of this Agenda.

   Status:    The Trustee will request that the Court grant the Motion.

4. *Motion to Expedite Hearing* (Related Document(s)[1655] Motion to Approve filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner (Beran, Paula*)* [ECF No. 1656]

Related documents:

a. *Motion to Approve Compromise under FRBP 9019* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner (Beran, Paula) [ECF No. 1655]
b. *Notice of Motion and Notice of Hearing* (Re: related document(s)[1655] Motion to Approve filed by Lynn L. Tavenner, [1656] Motion to Expedite Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner (Beran, Paula) [ECF No. 1657]
c. *Exhibit - Schedule A* (Re: related document(s)[1655] Motion to Approve filed by Lynn L. Tavenner, [1656] Motion to Expedite Hearing filed by Lynn L. Tavenner, [1657] Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1660]

Response Deadline:   November 29, 2022

Responses Filed:   None at the time of the filing of this Agenda.

Status:   The Trustee will request that the Court grant the Motion to Expedite such that the Motion to Approve Compromise may be heard as well.

5. *Motion to Approve Compromise under FRBP 9019* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner (Beran, Paula) [ECF No. 1655]

Related documents:

a. *Notice of Motion and Notice of Hearing* (Re: related document(s)[1655] Motion to Approve filed by Lynn L. Tavenner, [1656] Motion to Expedite Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner (Beran, Paula) [ECF No. 1657]
b. *Exhibit - Schedule A* (Re: related document(s)[1655] Motion to Approve filed by Lynn L. Tavenner, [1656] Motion to Expedite Hearing filed by Lynn L. Tavenner, [1657] Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1660]

Response Deadline:   November 29, 2022

|  |  |
|---|---|
| Responses Filed: | None at the time of the filing of this Agenda. |
| Status: | If the Motion to Expedite is granted, the Trustee will request that the Court grant the Motion to Approve Compromise. |

## II. REPORTS

6. Case Status and Report pursuant to Local Rule 2015-(a)-(1)(A)

Respectfully submitted,

**LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

Dated: November 27, 2022  
Richmond, Virginia

By: */s/ Paula S. Beran*  
Paula S. Beran, Esquire (VSB No. 34679)  
PBeran@TB-LawFirm.com  
Tavenner & Beran, PLC  
20 North 8th Street  
Richmond, Virginia 23219  
Telephone: (804) 783-8300  
Telecopier: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court and applicable orders, I certify that on the 27th day of November 2022, a true copy of the foregoing Agenda was sent electronically to all parties receiving ECF notices in this Case.

*/s/ /s/   Paula S. Beran*
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*