UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>Debtor | Case No.<br>19-34574-KRH<br><br>Chapter 7 |

### ORDER APPROVING SETTLEMENT

This day came Lynn L. Tavenner, Trustee (the "**Trustee**"), by counsel, on her Motion for Approval of Compromise and Settlement and Memorandum of Law (the "**Settlement Motion**"),[2] the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) notice of the Motion and hearing thereon was sufficient under the circumstances, and (d) the Settlement represents (i) a sound exercise of the Trustee's business judgment, (ii) falls within the range of reasonableness, (iii) is fair and equitable, and (iv) is in the best interest of the Estate and creditors; and the Court having determined that the legal and factual basis set forth in the Settlement Motion establish just cause for the relief granted herein;

**UPON DUE CONSIDERATION, IT IS ORDERED, ADJUDGED AND DECREED THAT:**

---

[1] The principal address of the Debtor as of the Petition Date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.
[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Settlement Motion.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone:   (804) 783-8300
Facsimile:    (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

1. The Settlement Motion is granted.

2. The Settlement is approved. The Trustee is authorized to take all action necessary to effectuate the Settlement, including but not limited to executing the Settlement Agreement.

3. This Court shall retain exclusive jurisdiction to interpret and enforce the terms of this Order.

Entered: Dec 7 2022

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Dec 8 2022

I ask for this:

/s/ *Paula S. Beran*
Paula S. Beran, Esquire (VSB No. 34679)
Tavenner & Beran, PLC
20 North 8th Street
Richmond, Virginia 23219
Telephone: (804) 783-8300
*Counsel for Lynn L. Tavenner, Trustee*

Seen and Agreed:

/s/ *Michael G. Wilson (per email dated 11/29/2022)*
Michael G. Wilson, Esquire (VSB #48927)
Michael Wilson PLC
PO Box 6330
Glen Allen, VA 23058
Telephone: (804) 614-8301
mike@mgwilsonlaw.com
*Counsel for Petersburg Regency LLC and Robert Harmon*

/s/ *Gary P. Seligman (per email dated 11/29/2022)*
Gary P. Seligman, Esquire
Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
202.719.3587
gseligman@wiley.law
*Counsel for AXIS Insurance Company*

## CERTIFICATION

I hereby certify that, pursuant to Local Rule 9022-1, the foregoing Order Approving Settlement has been served upon and/or endorsed by all necessary parties.

/s/ Paula S. Beran
Counsel for the Trustee

**Service List for Entered Order**

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Michael G. Wilson, Esquire
Michael Wilson PLC
PO Box 6330
Glen Allen, VA 23058

Gary P. Seligman, Esquire
Wiley Rein LLP
2050 M Street  NW
Washington, DC 20036