# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>Debtor | Case No.<br>19-34574-KRH<br><br>Chapter 7 |

## CHAPTER 7 TRUSTEE'S NOTICE OF OMNIBUS HEARING DATES

PLEASE TAKE NOTICE that pursuant to paragraph sixteen (16) of the *Order Establishing Certain Notice, Case Management and Administrative Procedures*, ECF No. 38, the Court has scheduled omnibus hearings (the "**Omnibus Hearings**" and each an "**Omnibus Hearing**") in the above captioned case for the below referenced dates and times (the "**Omnibus Hearing Dates**" and each an "**Omnibus Hearing Date**"). In accordance with Richmond General Order 22-2, unless ordered otherwise, the following Omni Hearings will be conducted both in person and via Zoom with a listen-only line available:

**January 24, 2023, at 11 A.M.**

**Zoom registration link:**
https://www.zoomgov.com/meeting/register/vJIscO2pqT4vGbgh6qrltMCvuZqPzmlrn3M

    Listen-only conference line:
        Dial:  1-866-590-5055
        Access Code:  4377075
        Security Code:  12423

**February 23, 2023, at 1 P.M.**

**Zoom registration link:**
**https://www.zoomgov.com/meeting/register/vJIscemprTksExn9Ogrc_yNBzn2fS2zA4Uw**

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

    Listen-only conference line:
        Dial:  1-866-590-5055
        Access Code:  4377075
        Security Code:  22323

<b>March 28, 2023, at 11 A.M.</b>

**Zoom registration link:**
https://www.zoomgov.com/meeting/register/vJIscOyvqDMqHm5NLuErGWn3mBUR-32WYEg

    Listen-only conference line:
        Dial:  1-866-590-5055
        Access Code:  4377075
        Security Code:  32823

    All matters requiring a hearing in this case shall be set for and be heard on an Omnibus Hearing Date unless alternative hearing dates are approved by the Court for good cause shown.

        Respectfully submitted,

        LYNN L. TAVENNER, CHAPTER 7 TRUSTEE

Dated: December 20, 2022    By: */s/ Paula S. Beran*
Richmond, Virginia    Paula S. Beran, Esquire (VSB No. 34679)
    Tavenner & Beran, PLC
    20 North 8th Street
    Richmond, Virginia 23219
    Telephone: (804) 783-8300
    Telecopier: (804) 783-0178

    *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

<b><u>CERTIFICATE OF SERVICE</u></b>

    I hereby certify that on this 20th day of December 2022, a true and correct copy of the foregoing has been electronically filed and served through the Court's CM/ECF system on all parties receiving such notification.

        */s/*    *Paula S. Beran*
        Counsel