# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>Debtor | Case No. 19-34574-KRH<br><br>Chapter 7 |

## PROPOSED AGENDA FOR HEARING ON
## DECEMBER 22, 2022, AT 11:00 A.M. (PREVAILING EASTERN TIME)

Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on December 22, 2022, beginning at 11:00 a.m. Pursuant to the Court's Order at ECF No. 1687, the hearing will be conducted via Zoom with a listen-only line available:

**Zoom registration link**:

https://www.zoomgov.com/meeting/register/vJItceGgqz0rEv8q2h6Ibars5isiQZ-7LSo

Listen-only conference line:

    Dial: 1-866-590-5055
    Access Code: 4377075
    Security Code: 122222

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## I. MATTERS OF THE TRUSTEE AND/OR THE ESTATE

1. *Sixth Application for Compensation for Quinn Emanuel as Attorney* filed by Erika L. Morabito of Quinn Emanuel on behalf of Quinn Emanuel Urquhart & Sullivan, LLP (Morabito, Erika) [ECF No. 1670]

    Related documents:

    a. *Sealed Exhibit* filed by Erika L. Morabito of Quinn Emanuel on behalf of Quinn Emanuel Urquhart & Sullivan, LLP (Morabito, Erika) [ECF No. 1671]

    b. *Sealed Notice* filed by Brittany Jane Nelson of Quinn Emanuel on behalf of Lynn L. Tavenner. (Nelson, Brittany) [ECF No. 1675]

    c. *Notice of Filing Under Seal of Proposed FAO Action Settlements* filed by Brittany Jane Nelson of Quinn Emanuel on behalf of Lynn L. Tavenner. (Nelson, Brittany) [ECF No. 1676]

    d. *Notice of Motion and Notice of Hearing* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1679]

    e. Exhibit - Schedule A (Re: related document(s)[1673] Motion to Extend Time filed by Lynn L. Tavenner, [1674] Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, [1679] Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1690]

    Response Deadline:    December 15, 2022

    Responses Filed:    None at the time of the filing of this Agenda.

    Status:    After a clarification on the record regarding the time period for the expenses at issue, the Trustee will request that the Court grant the Application as filed.

2. *First Application of Merritt Law, PLLC for Allowance of Compensation and Expense Reimbursement as Special Counsel to the Chapter 7 Trustee* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1678]

2

Related documents:

a. *Notice of Motion and Notice of Hearing* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1679]

b. Exhibit - Schedule A (Re: related document(s)[1673] Motion to Extend Time filed by Lynn L. Tavenner, [1674] Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, [1679] Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1690]

Response Deadline:   December 15, 2022

Responses Filed:   None at the time of the filing of this Agenda.

Status:   The Trustee will request that the Court grant the Application as filed.

3. *Eighth Application of Barry Strickland & Company, CPA for Allowance of Compensation and Expense Reimbursement as Special Counsel to the Chapter 7 Trustee* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1672]

Related documents:

a. *Notice of Motion and Notice of Hearing* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1679]

b. Exhibit - Schedule A (Re: related document(s)[1673] Motion to Extend Time filed by Lynn L. Tavenner, [1674] Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, [1679] Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1690]

Response Deadline:   December 15, 2022

|  |  |
|---|---|
| Responses Filed: | None at the time of the filing of this Agenda. |
| Status: | The Trustee will request that the Court grant the Application as filed. |

4. *Application for Compensation for Tavenner & Beran, PLC as Counsel for the Chapter 7 Trustee* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Tavenner & Beran, PLC. (Beran, Paula) [ECF No. 1677]

   Related documents:

   a. *Notice of Motion and Notice of Hearing* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1679]

   b. Exhibit - Schedule A (Re: related document(s)[1673] Motion to Extend Time filed by Lynn L. Tavenner, [1674] Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, [1679] Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1690]

|  |  |
|---|---|
| Response Deadline: | December 15, 2022 |
| Responses Filed: | None at the time of the filing of this Agenda. |
| Status: | The Trustee will request that the Court grant the Application as filed. |

5. *Eleventh Motion for Entry of Further Order Extending the Chapter 7 Trustee's Time to Assume, Reject, and/or Assign Certain Executory Contracts and/or Leases Of Personal Property Pursuant to 11 U.S.C. § 365(D)(1)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1673]

   Related documents:

   a. *Notice of Motion and Notice of Hearing* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1674] Exhibit

      - Schedule A (Re: related document(s)[1673] Motion to Extend Time filed by Lynn L. Tavenner, [1674]

    b.  Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, [1679] Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1690]

Response Deadline:   December 15, 2022

Responses Filed:   None at the time of the filing of this Agenda.

Status:   The Trustee will request the Court to grant the Motion.

6. Trustee's Motion to Authorize - *(Motion for Immediate Authority to Operate Certain Aspects of Debtor's Business for a Limited Period and to Shorten Notice Thereof, and Memorandum in Support Thereof)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 144]

   Related documents:

    a.  *Motion to Expedite Hearing* (Related Document(s)143 Motion to Approve Use of Cash Collateral filed by Lynn L. Tavenner, 144 Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 145]

    b.  *Notice of Motion and Notice of Hearing* (Re: related document(s) 143 Motion to Approve Use of Cash Collateral filed by Lynn L. Tavenner, 144 Motion to Authorize filed by Lynn L. Tavenner, 145 Motion to Expedite Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 146]

    c.  Hearing held and continued; Motion Granted on Interim Basis; Order to be submitted (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner) Appearances: Paula Beran, Douglas Foley; Robert Van Arsdale. (Oliver, Betty) [ECF No. 149]

    d.  *Interim Order Authorizing Trustee to Operate Certain Aspects of Debtor's Business for a Limited Period.* (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner. (Bullock, Nathaniel) [ECF No. 155]

e. Motion to Authorize - *(Trustee's Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof)* (Related Document(s) [144] Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 165]

f. *Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period* (Re: related document(s) [144] Motion to Authorize filed by Lynn L. Tavenner) (Ramirez-Lowe, Suzan) [ECF No. 196]

g. Motion to Authorize - *(Trustee's Second Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof)* (Related Document(s) [144] Motion to Authorize filed by Lynn L. Tavenner, [165] Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 290]

h. Hearing continued; (Re: related document(s) [144] Motion to Authorize filed by Lynn L. Tavenner) (Oliver, Betty) [ECF No. 304]

i. *Second Supplemental Order Authorizing Trustee to Operate Certain Aspects of Debtor's Business for a Limited Period Order* (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner, 165 Motion to Authorize filed by Lynn L. Tavenner) (Ramirez-Lowe, Suzan) [ECF No. 313]

j. Motion to Authorize - *(Trustee's Third Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 359]

k. Hearing continued; (Re: related document(s) 144 Motion to Authorize filed by Lynn L. Tavenner) (Oliver, Betty) [ECF No. 373]

l. *Third Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period* (Re: related document(s) 359 Motion to Authorize filed by Lynn L. Tavenner) (Ramirez-Lowe, Suzan) [ECF No. 396]

m. Motion to Authorize - *(Trustee's Fourth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 432]

n.  Hearing continued; Appearance(s): Paula Beran for Trustee (Re: related document(s) 144 *Motion to Authorize* filed by Lynn L. Tavenner) (Oliver, Betty) [ECF No. 440]

o.  Order Granting Trustee's Fourth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtors Business for a Limited Period (Related Doc # 432) (Ramirez-Lowe, Suzan) [ECF No. 452]

p.  Motion to Authorize - (*Trustee's Fifth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof)* (Related Document(s) [144] Motion to Authorize filed by Lynn L. Tavenner, [165] Motion to Authorize filed by Lynn L. Tavenner, [290] Motion to Authorize filed by Lynn L. Tavenner, [359] Motion to Authorize filed by Lynn L. Tavenner, [432] Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 535]

q.  Hearing continued; Appearance(s): Paula Beran for Trustee (Re: related document(s) [144] Motion to Authorize filed by Lynn L. Tavenner). (Oliver, Betty) [ECF No. 545]

r.  Fifth Supplemental Order Authorizing Trustee to Operate Certain Aspects of the Debtor's Business for a Limited Period(Re: related document(s) 535 Motion to Authorize filed by Lynn L. Tavenner) (Ramirez-Lowe, Suzan) [ECF No. 551]

s.  Motion to Authorize - *Trustee's Sixth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 598]

t.  Hearing held and continued; Motion Granted on Interim Basis. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) (Oliver, Betty) [ECF No. 610]

u.  Sixth Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of the Debtor's Business for a Limited Period. (Re: related document(s) 598 Motion to Authorize filed by Lynn L. Tavenner) (Ramirez-Lowe, Suzan) [ECF No. 619]

v.  Motion to Authorize - *Trustees Seventh Supplement to her Motion for Authority to Operate Certain Aspects of the Debtors Business for a Limited Period and memorandum In Support Thereof* (Re: related document(s) 619 Supplemental Order) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 710]

w.  Hearing Held and continued; Motion Granted on Interim Basis. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) (Gary, Lisa) [ECF No. 716]

x.  Order Granting Motion to Authorize Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period (Related Doc # 144) (Bray, Lynessa) [ECF No. 725]

y.  Motion to Authorize - *Trustee's Eighth Supplement to her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof* filed by Paula S. Beran) [ECF No. 791]

z.  Hearing held and continued; Motion Granted on Interim Basis; Declaration of Lynn Tavenner 795 Admitted. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) (Gary, Lisa) [ECF 797]

aa. *Eighth Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period* Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner, 791Statement filed by Lynn L. Tavenner) (Bullock, Nathaniel) [ECF 805]

bb. Motion to Authorize - TRUSTEES NINTH SUPPLEMENT TO HER MOTION FOR AUTHORITY TO OPERATE CERTAIN ASPECTS OF THE DEBTORS BUSINESS FOR A LIMITED PERIOD AND MEMORANDUM IN SUPPORT THEREOF (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 920]

cc. Hearing held and continued; Motion Granted on Interim Basis; Declaration of Lynn Tavenner #924 Admitted. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) (Gary, Lisa) [ECF No. 925]

dd. Motion to Authorize - *Ninth Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for A Limited Period.* (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) (Bullock, Nathaniel) [ECF 955]

ee. Motion to Authorize - TRUSTEES TENTH SUPPLEMENT TO HER MOTION FOR AUTHORITY TO OPERATE CERTAIN ASPECTS OF THE DEBTORS BUSINESS FOR A LIMITED PERIOD AND MEMORANDUM IN SUPPORT THEREOF (Re:

8

    related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1048]

ff. Hearing held and continued; Motion Granted on Interim Basis; Declaration of Lynn L. Tavenner, Trustee, entry 1052 Admitted. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) (Gary, Lisa) [ECF No. 1058]

gg. Motion to Authorize - *Tenth Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period* (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) (Bullock, Nathaniel) [ECF No. 1065]

hh. Motion to Authorize - *TRUSTEES ELEVENTH SUPPLEMENT TO HER MOTION FOR AUTHORITY TO OPERATE CERTAIN ASPECTS OF THE DEBTORS BUSINESS FOR A LIMITED PERIOD AND MEMORANDUM IN SUPPORT THEREOF* (Re: related document(s)[144] Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1144]

ii. Hearing held; Motion Granted on Interim Basis; Declaration of Lynn L. Tavenner, entry 1159 Admitted. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) (Gary, Lisa) [ECF No. 1166].

jj. Eleventh Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period. (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) (Bullock, Nathaniel) [ECF No. 1181].

kk. Motion to Authorize - *TRUSTES TWELFTH SUPPLEMENT TO HER MOTION FOR AUTHORITY TO OPERATE CERTAIN ASPECTS OF THE DEBTORS BUSINESS FOR A LIMITED PERIOD AND MEMORANDUM IN SUPPORT THEREOF* (Re: related document(s)[144] Motion to Authorize filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1426]

ll. Hearing held; Motion Granted on Interim Basis; Declaration of Lynn L. Tavenner, entry 1433 Admitted. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) (Gary, Lisa) [ECF No. 1439]

|   |   |
|---|---|
| mm. | Motion to Authorize - *Trustee's Thirteenth Supplement to Her Motion to Authorize (Motion for Immediate Authority to Operate Certain Aspects of Debtor's Business for a Limited Period and to Shorten Notice Thereof, and Memorandum in Support Thereof)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1688] |
| Status: | The Trustee will request that the Court enter three orders: (1) the proposed order attached to the Trustee's Twelfth Supplement to Her Motion for Immediate Authority to Operate Certain Aspects of Debtor's Business for a Limited Period and to Shorten Notice Thereof, and Memorandum in Support Thereof (which order was endorsed by the Office of the United States Trustee) with paragraph 7 deleted; (2) a bridge order authorizing the Trustee to continue to conduct the Wind-down Operations through January 31, 2023 and setting a continued hearing on January 24, 2023, with an objection deadline of January 20, 2023; and (3) the order attached to the Thirteenth Supplement as Exhibit A, authorizing the Trustee to continue to conduct the Wind-down Operations through June 30, 2023, setting a continued hearing in June of 2023, and granting such other and further relief as is just and appropriate under the circumstances. |

**II.   REPORTS**

7. Case Status and Report pursuant to Local Rule 2015-(a)-(1)(A)

           Respectfully submitted,

           **LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

Dated: December 20th, 2022  
Richmond, Virginia

           By: */s/ Paula S. Beran*  
           Paula S. Beran, Esquire (VSB No. 34679)  
           PBeran@TB-LawFirm.com  
           Tavenner & Beran, PLC  
           20 North 8th Street  
           Richmond, Virginia 23219  
           Telephone: (804) 783-8300  
           Telecopier: (804) 783-0178

           *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court and applicable orders, I certify that on the 20th day of December, 2022, a true copy of the foregoing Agenda was sent electronically to all parties receiving ECF notices in this Case.

*/s/ Paula S. Beran*
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*