# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>Debtor | Case No. 19-34574-KRH<br><br>Chapter 7 |

## PROPOSED AGENDA FOR HEARING ON
## FEBRUARY 23, 2023, AT 1:00 P.M. (PREVAILING EASTERN TIME)

Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on February 23, 2023, beginning at 1:00 P.M. And, in accordance with Richmond General Order 23-1, unless ordered otherwise, the Hearing will be conducted both in person and via Zoom with a listen-only line available:

**Zoom registration link**:

    https://www.zoomgov.com/meeting/register/vJIscemprTksExn9Ogrc_yNBzn2fS2zA4Uw

    Listen-only conference line:
        Dial:  1-866-590-5055
        Access Code:  4377075
        Security Code:  22323

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

I. **MATTERS OF THE TRUSTEE AND/OR THE ESTATE**

1. Statement --*NOTICE OF HEARING ON TRUSTEES DISAGREEMENT WITH AMOUNT SOUGHT IN CLAIM IN POST-PETITION SEGREGATED FUNDS (Global Access Litigation Services/GALS-CR, Inc.)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1738]

    Related documents:

    a. Order (I) Establishing Procedures Including a Bar Date to Claim an Interest in Certain Funds Held in a Segregated Account and (II) Authorizing the Distribution of Funds Thereafter (Related Doc # 347) (Ramirez-Lowe, Suzan) [ECF No. 383]

    b. Notice of Hearing [ECF No. 1752]

    Responses Received:   Email correspondence with Maria Crilly on February 16, 2023.

    Status:   The Trustee will report that Global Access Litigation Services/GALS-CR, Inc. agrees with the Trustee's position, and as such, the Trustee will tender the undisputed amount to Global Access Litigation Services/GALS-CR, Inc.

2. Statement --*NOTICE OF HEARING ON TRUSTEES DISAGREEMENT WITH AMOUNT SOUGHT IN CLAIM IN POST-PETITION SEGREGATED FUNDS (I Witness Video Group)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1739]

    Related documents:

    a. Order (I) Establishing Procedures Including a Bar Date to Claim an Interest in Certain Funds Held in a Segregated Account and (II) Authorizing the Distribution of Funds Thereafter (Related Doc # 347) (Ramirez-Lowe, Suzan) [ECF No. 383]

    b. Notice of Hearing [ECF No. 1752]

    Responses Received:   Email correspondence from Annette Cain on February 17, 2023.

| | |
|---|---|
| Status: | The Trustee will report that I Witness Video Group agrees with the Trustee's position, and as such, the Trustee will tender the undisputed amount to I Witness Video Group. |

3. Statement --*NOTICE OF HEARING ON TRUSTEES DISAGREEMENT WITH AMOUNT SOUGHT IN CLAIM IN POST-PETITION SEGREGATED FUNDS (The Pettit Company Inc.)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1740]

    Related documents:

    a. Order (I) Establishing Procedures Including a Bar Date to Claim an Interest in Certain Funds Held in a Segregated Account and (II) Authorizing the Distribution of Funds Thereafter (Related Doc # 347) (Ramirez-Lowe, Suzan) [ECF No. 383]

    b. Notice of Hearing [ECF No. 1752]

| | |
|---|---|
| Responses Received: | Telephone Calls on February 14, 2023, between the Trustee and Maverick Pettit. |
| Status: | The Trustee will report that The Pettit Company Inc. agrees with the Trustee's position, and as such, the Trustee will tender the undisputed amount to The Pettit Company Inc. |

4. Statement --*NOTICE OF HEARING ON TRUSTEES DISAGREEMENT WITH AMOUNT SOUGHT IN CLAIM IN POST-PETITION SEGREGATED FUNDS (William D. Janicki, Esquire)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1741]

    Related documents:

    a. Order (I) Establishing Procedures Including a Bar Date to Claim an Interest in Certain Funds Held in a Segregated Account and (II) Authorizing the Distribution of Funds Thereafter (Related Doc # 347) (Ramirez-Lowe, Suzan) [ECF No. 383]

    b. Notice of Hearing [ECF No. 1752]

| | |
|---|---|
| Responses Received: | None at the time of the filing of this Agenda. |

| | |
|---|---|
| Status: | The Trustee will request that this matter be continued until the March Omni Hearing. |

5. Statement --*NOTICE OF HEARING ON TRUSTEES DISAGREEMENT WITH AMOUNT SOUGHT IN CLAIM IN POST-PETITION SEGREGATED FUNDS (Keating & Walker Attorney Service, Inc..)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1742]

   Related documents:

   a. Order (I) Establishing Procedures Including a Bar Date to Claim an Interest in Certain Funds Held in a Segregated Account and (II) Authorizing the Distribution of Funds Thereafter (Related Doc # 347) (Ramirez-Lowe, Suzan) [ECF No. 383]

   b. Notice of Hearing [ECF No. 1752]

| | |
|---|---|
| Responses Received: | None at the time of the filing of this Agenda. |
| Status: | The Trustee will present evidence in support of her objection to a portion of CAPE Funds claimed by Keating & Walker Attorney Service, Inc. |

6. Statement --*NOTICE OF HEARING ON TRUSTEES DISAGREEMENT WITH AMOUNT SOUGHT IN CLAIM IN POST-PETITION SEGREGATED FUNDS (Lian and Lien IP Attorneys)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1743]

   Related documents:

   a. Order (I) Establishing Procedures Including a Bar Date to Claim an Interest in Certain Funds Held in a Segregated Account and (II) Authorizing the Distribution of Funds Thereafter (Related Doc # 347) (Ramirez-Lowe, Suzan) [ECF No. 383]

   b. Notice of Hearing [ECF No. 1752]

| | |
|---|---|
| Responses Received: | On February 10, 2023, by Email correspondence between Xiaofeng and Paula S. Beran. |

| | |
|---|---|
| Status: | The Trustee will report that Lian and Lien IP Attorneys agree with the Trustee's position. As such, the Trustee will tender the undisputed amount to Lian and Lin IP Attorneys. |

7. Statement --*NOTICE OF HEARING ON TRUSTEES DISAGREEMENT WITH AMOUNT SOUGHT IN CLAIM IN POST-PETITION SEGREGATED FUNDS (Rifkin Wiene Livingston LLC)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1744]

    Related documents:

    a. Order (I) Establishing Procedures Including a Bar Date to Claim an Interest in Certain Funds Held in a Segregated Account and (II) Authorizing the Distribution of Funds Thereafter (Related Doc # 347) (Ramirez-Lowe, Suzan) [ECF No. 383]

    b. Notice of Hearing [ECF No. 1752]

| | |
|---|---|
| Responses Received: | On February 10, 2023, By Email Correspondence between Charles S. Fax and Paula S. Beran. |
| Status: | The Trustee will report that after email correspondence with her counsel, Claimant better understands the Trustee's position and, while not pleased with the circumstances, does not disagree with the Trustee's position. |

8. Statement --*NOTICE OF HEARING ON TRUSTEES DISAGREEMENT WITH AMOUNT SOUGHT IN CLAIM IN POST-PETITION SEGREGATED FUNDS (Interstate Services)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1745]

    Related documents:

    a. Order (I) Establishing Procedures Including a Bar Date to Claim an Interest in Certain Funds Held in a Segregated Account and (II) Authorizing the Distribution of Funds Thereafter (Related Doc # 347) (Ramirez-Lowe, Suzan) [ECF No. 383]

    b. Notice of Hearing [ECF No. 1752]

| | |
|---|---|
| Responses Received: | Various telephone calls concluding on February 21, 2023. |
| Status: | The Trustee will report that Interstate Services agrees with the Trustee's position. As such, the Trustee will tender the undisputed amount to Interstate Services. |

9. Statement --*NOTICE OF HEARING ON TRUSTEES DISAGREEMENT WITH AMOUNT SOUGHT IN CLAIM IN POST-PETITION SEGREGATED FUNDS (Drew & Napier, LLC)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1746]

    Related documents:

    a. Order (I) Establishing Procedures Including a Bar Date to Claim an Interest in Certain Funds Held in a Segregated Account and (II) Authorizing the Distribution of Funds Thereafter (Related Doc # 347) (Ramirez-Lowe, Suzan) [ECF No. 383]

    b. Notice of Hearing [ECF No. 1752]

| | |
|---|---|
| Responses Received: | Email correspondence from Lim Siau Wen and Trustee's counsel on February 17, 2022. |
| Status: | The Trustee will report that Drew & Napier, LLC Attorneys agrees with the Trustee's position. As such, the Trustee will tender the undisputed amount to Drew & Napier, LLC. |

10. Statement --*NOTICE OF HEARING ON TRUSTEES DISAGREEMENT WITH AMOUNT SOUGHT IN CLAIM IN POST-PETITION SEGREGATED FUNDS (Ungria International Inc.)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1747]

    Related documents:

    a. Order (I) Establishing Procedures Including a Bar Date to Claim an Interest in Certain Funds Held in a Segregated Account and (II) Authorizing the Distribution of Funds Thereafter (Related Doc # 347) (Ramirez-Lowe, Suzan) [ECF No. 383]

    b. Notice of Hearing [ECF No. 1752]

| | |
|---|---|
| Responses Received: | Email correspondence with Guillermo Ungria; and a telephone conversation on February 20, 2013. |
| Status: | The Trustee will report that, after review of additional information, the Trustee maintains that Ungria International Inc. is entitled to receive $6,555.00 from the Post-Petition Segregated Funds and all remaining amounts sought in the CAPE Claim should be disallowed for any and all purposes related to the Post-Petition Segregated Funds. Ungria International Inc. agrees with the Trustee's position. |

11. Statement --*NOTICE OF HEARING ON TRUSTEES DISAGREEMENT WITH AMOUNT SOUGHT IN CLAIM IN POST-PETITION SEGREGATED FUNDS (Stokes & Associates, LLC)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1748]

   Related documents:

   a. Order (I) Establishing Procedures Including a Bar Date to Claim an Interest in Certain Funds Held in a Segregated Account and (II) Authorizing the Distribution of Funds Thereafter (Related Doc # 347) (Ramirez-Lowe, Suzan) [ECF No. 383]

| | |
|---|---|
| Responses Received: | None at the time of the filing of this Agenda. |
| Status: | The Trustee will present evidence in support of her objection to a portion of CAPE Funds claimed by Stokes & Associates, LLC. |

12. Statement --*NOTICE OF HEARING ON TRUSTEES DISAGREEMENT WITH AMOUNT SOUGHT IN CLAIM IN POST-PETITION SEGREGATED FUNDS (Barrister Digital Solutions, LLC)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1749]

   Related documents:

   a. Order (I) Establishing Procedures Including a Bar Date to Claim an Interest in Certain Funds Held in a Segregated Account and (II) Authorizing the Distribution of Funds Thereafter (Related Doc # 347) (Ramirez-Lowe, Suzan) [ECF No. 383]

   b. Notice of Hearing [ECF No. 1752]

| | |
|---|---|
| Responses Received: | None at the time of the filing of this Agenda. |
| Status: | The Trustee will present evidence in support of her objection to a portion of CAPE Funds claimed by Barrister Digital Solutions, LLC. |

13. Statement --*NOTICE OF HEARING ON TRUSTEES DISAGREEMENT WITH AMOUNT SOUGHT IN CLAIM IN POST-PETITION SEGREGATED FUNDS (Metropolitan Court Reporter)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1750]

    Related documents:

    a. Order (I) Establishing Procedures Including a Bar Date to Claim an Interest in Certain Funds Held in a Segregated Account and (II) Authorizing the Distribution of Funds Thereafter (Related Doc # 347) (Ramirez-Lowe, Suzan) [ECF No. 383]

    b. Notice of Hearing [ECF No. 1752]

| | |
|---|---|
| Responses Received: | On February 15, 2023, By Email Correspondence between Janene Thibault and Paula S. Beran. |
| Status: | The Trustee will report that Metropolitan Court Reporter agrees with the Trustee's position. And as such, the Trustee will distribute the undisputed amount to Metropolitan Court Reporter. |

14. Statement --*NOTICE OF HEARING ON TRUSTEES DISAGREEMENT WITH AMOUNT SOUGHT IN CLAIM IN POST-PETITION SEGREGATED FUNDS (Schulman, Wiegmann & Associates, PA)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 1751]

    Related documents:

    a. Order (I) Establishing Procedures Including a Bar Date to Claim an Interest in Certain Funds Held in a Segregated Account and (II) Authorizing the Distribution of Funds Thereafter (Related Doc # 347) (Ramirez-Lowe, Suzan) [ECF No. 383]

    b. Notice of Hearing [ECF No. 1752]

| | |
|---|---|
| Responses Received: | None at the time of the filing of this Agenda. |
| Status: | The Trustee will present evidence in support of her objection to all of the CAPE Funds claimed by Schulman, Wiegmann & Associates, PA. |

**II.     REPORTS**

15. Case Status and Report pursuant to Local Rule 2015-(a)-(1)(A)

Respectfully submitted,

**LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

Dated: February 21, 2023  
Richmond, Virginia

By: */s/ Paula S. Beran*  
Paula S. Beran, Esquire (VSB No. 34679)  
PBeran@TB-LawFirm.com  
Tavenner & Beran, PLC  
20 North 8th Street  
Richmond, Virginia 23219  
Telephone: (804) 783-8300  
Telecopier: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

Pursuant to the Local Rules of this Court and applicable orders, I certify that on the 21st day of February 2023, a true copy of the foregoing Agenda was sent electronically to all parties receiving ECF notices in this Case.

*/s/     Paula S. Beran*  
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*