UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| In re:<br><br>LeClairRyan, PLLC,[1]<br><br>Debtor | Case No.<br>19-34574-KRH<br><br>Chapter 7 |
|---|---|

### NOTICE OF MOTION AND HEARING THEREON IF NECESSARY

**PLEASE TAKE NOTICE** that Lynn L. Tavenner, Trustee, and not individually but solely in her capacity as the Chapter 7 trustee of the bankruptcy estate of LeClairRyan PLLC, in the above-referenced Chapter 7 case (the "**Case**"), by counsel, filed her *Twelfth Motion for Entry of Further Order Extending the Chapter 7 Trustee's Time to Assume, Reject, and/or Assign Certain Executory Contracts and/or Leases of Personal Property Pursuant to 11 U.S.C. § 365(d)(1)* (the "**Motion**"). Copies of the Motion are being served herewith.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read the Motion carefully and discuss it with your attorney if you have one in this chapter 7 Case. (If you do not have an attorney, you may wish to consult one).

**PLEASE TAKE FURTHER NOTICE** on September 4, 2019, the Court entered the *Order Establishing Certain Notice, Case Management and Administrative Procedures* [ECF. No. 38] (the "**Case Management Order**"), which approved the Notice, Case Management, and Administrative Procedures attached as Exhibit 1 to the Case Management Order (the "**Case Management Procedures**"). The Case Management Procedures, among other things, prescribe the manner in which Objections must be filed and served and set forth when certain hearings will be conducted. A copy of the Case Management Order may be obtained, free of charge, by written to request to pberan@tb-lawfirm.com or, for a fee, at *https://ecf.vaeb.uscourts.gov*.

**PLEASE TAKE FURTHER NOTICE** if you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then, by **June 20, 2023** (the "**Objection Deadline**"), you or your attorney must:

> File with the Court, either electronically or at the address shown below, a written response to the Motion, pursuant to Rule 9013-1(H)(3)(C) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia and the Case Management Procedures. If you mail your written response to the Court for filing, you must mail it early

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178
  *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

enough so the Court will **receive** it on or before the Objection Deadline.

**If a response is not properly and timely filed and served, the Court may deem any opposition waived, treat the Motion as conceded and enter an appropriate order granting the requested relief without further notice or hearing.**

Clerk of the Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219

In accordance with the Case Management Procedures, you must also serve a copy of your written Objection on the undersigned, the Core Parties, the 2002 List Parties and any Affected Entity so that the Objection is received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** the Court will entertain the Motion on **June 27, 2023, at 11:00 a.m** (or such time thereafter as the matter may be heard). In accordance with Richmond General Orders 23-1 and 23-3, unless ordered otherwise, the hearing will be conducted both in person, in Room 5000 of the United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, and via Zoom with the link:

https://www.zoomgov.com/meeting/register/vJIsce6trTIiHarbnE1ZIBL7VRfn6h53l8k

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

Respectfully submitted,

LYNN L. TAVENNER, CHAPTER 7 TRUSTEE

Dated: June 6, 2023          By: */s/ Paula S. Beran*
Richmond, Virginia           Paula S. Beran, Esquire (VSB No. 34679)
                             Tavenner & Beran, PLC
                             20 North 8th Street
                             Richmond, Virginia 23219
                             Telephone: (804) 783-8300
                             pberan@tb-lawfirm.com
                             *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

Pursuant to the orders of this Court and local rules, I certify that on this 6th day of June 2023, a true copy of the foregoing was served, via electronic delivery and/or first class mail, postage prepaid to: (a) the Office of the United States Trustee; (b) the Core Parties and 2002 List as defined in the Order Establishing Certain Notice, Case Management, and Administrative Procedures; (c) known counterparties to leases/contracts; and (d) all parties that properly filed a request for notice of papers in this case pursuant to Bankruptcy Rule 2002 (all as listed on Schedule A attached hereto).

*/s/ Paula S. Beran*
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*