# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>Debtor | Case No. 19-34574-KRH<br><br>Chapter 7 |

## AMENDED PROPOSED AGENDA FOR HEARING ON
## JUNE 27, 2023, AT 11:00 A.M. (PREVAILING EASTERN TIME)

Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on June 27, 2023, beginning at 11:00 A.M. And, in accordance with Order entered at ECF No. 1905, the Hearing will be conducted via Zoom only with a link of:

https://www.zoomgov.com/meeting/register/vJIsce6trTIiHarbnE1ZIBL7VRfn6h53l8k

and a listen-only conference line of:

Dial: 1-866-590-5055 Access Code: 4377075 Security Code: 62723

**I.    MATTERS OF THE TRUSTEE AND/OR THE ESTATE**

1. *Tenth Application for Compensation of Barry Strickland & Company, Certified Public Accountants, as Accountant* filed by Lynn L. Tavenner on behalf of Lynn L. Tavenner. [ECF No. 1893]

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178
    *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Related documents:

    a. *Notice of Motion and Notice of Hearing* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1898]
    b. Exhibit - *Schedule A* [ECF No. 1907]

Response Deadline:   June 20, 2023

Responses Filed:   None at the time of the filing of this Agenda.

Status:   The Trustee will respectfully request that the Court approve the Application.

2. *Second Interim and Final Application of Gilbert LLP For Allowance of Compensation and Expense Reimbursement as Special Counsel to The Chapter 7 Trustee* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1896]

    Related documents:

        a. *Notice of Motion and Notice of Hearing* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1898]
        b. Exhibit - *Schedule A* [ECF No. 1907]

    Response Deadline:   June 20, 2023

    Responses Filed:   None at the time of the filing of this Agenda.

    Status:   The Trustee will respectfully request that the Court approve the Application.

3. *Application for Compensation for Tavenner & Beran, PLC as Counsel for the Chapter 7 Trustee* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Tavenner & Beran, PLC. [ECF No. 1897]

    Related documents:

        a. *Notice of Motion and Notice of Hearing* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1898]
        b. Exhibit - *Schedule A* [ECF No. 1907]

| | | |
|---|---|---|
| Response Deadline: | June 20, 2023 | |
| Responses Filed: | None at the time of the filing of this Agenda. | |
| Status: | The Trustee will respectfully request that the Court approve the Application. | |

4. *Twelfth Motion for Entry of Further Order Extending the Chapter 7 Trustee's Time to Assume, Reject, and/or Assign Certain Executory Contracts and/or Leases Of Personal Property Pursuant to 11 USC § 365(D)(1)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1894]

   Related documents:

   a. *Notice of Motion and Notice of Hearing* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1895]
   b. Exhibit - Schedule A [ECF No. 1908]

   | | |
   |---|---|
   | Response Deadline: | June 20, 2023 |
   | Responses Filed: | None at the time of the filing of this Agenda. |
   | Status: | The Trustee will respectfully request that the Court grant the Motion. |

5. *Fourteenth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1903]

   Related documents:
   a.    Trustee's Motion to Authorize - *(Motion for Immediate Authority to Operate Certain Aspects of Debtor's Business for a Limited Period and to Shorten Notice Thereof, and Memorandum in Support Thereof)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 144]

   b.    *Motion to Expedite Hearing* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 145]

c.  *Notice of Motion and Notice of Hearing* filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC, on behalf of Lynn L. Tavenner. [ECF No. 146]

d.  Hearing held and continued; Motion Granted on Interim Basis; Order to be submitted filed by Lynn L. Tavenner) Appearances: Paula Beran, Douglas Foley, Robert Van Arsdale. [ECF No. 149]

e.  *Interim Order Authorizing Trustee to Operate Certain Aspects of Debtor's Business for a Limited Period.* (Bullock, Nathaniel) [ECF No. 155]

f.  Motion to Authorize - *(Trustee's Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof).* [ECF No. 165]

g.  *Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period* [ECF No. 196]

h.  Motion to Authorize - *(Trustee's Second Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 290]

i.  Hearing continued [ECF No. 304]

j.  *Second Supplemental Order Authorizing Trustee to Operate Certain Aspects of Debtor's Business for a Limited Period Order* [ECF No. 313]

k.  Motion to Authorize - *(Trustee's Third Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 359]

l.  Hearing continued; [ECF No. 373]

m.  *Third Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period* [ECF No. 396]

n.  Motion to Authorize - *(Trustee's Fourth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 432]

o.  Hearing continued; Appearance(s): Paula Beran for Trustee [ECF No. 440]

4

p. Order Granting Trustee's Fourth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtors Business for a Limited Period [ECF No. 452]

q. Motion to Authorize - (*Trustee's Fifth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof*) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 535]

r. Hearing continued; Appearance(s): Paula Beran for Trustee. [ECF No. 545]

s. Fifth Supplemental Order Authorizing Trustee to Operate Certain Aspects of the Debtor's Business for a Limited Period [ECF No. 551]

t. Motion to Authorize - *Trustee's Sixth Supplement to Her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 598]

u. Hearing held and continued; Motion Granted on Interim Basis. Appearance(s): Paula Beran for Trustee. [ECF No. 610]

v. Sixth Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of the Debtor's Business for a Limited Period. [ECF No. 619]

w. Motion to Authorize - *Trustees Seventh Supplement to her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and memorandum In Support Thereof* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 710]

x. Hearing Held and continued; Motion Granted on Interim Basis. Appearance(s): Paula Beran for Trustee. [ECF No. 716]

y. Order Granting Motion to Authorize Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited [ECF No. 725]

z. Motion to Authorize - *Trustee's Eighth Supplement to her Motion for Authority to Operate Certain Aspects of the Debtor's Business for a Limited Period and Memorandum in Support Thereof* filed by Paula S. Beran) [ECF No. 791]

aa. Hearing held and continued; Motion Granted on Interim Basis; Declaration of Lynn Tavenner 795 Admitted. Appearance(s): Paula Beran for Trustee [ECF 797]

bb. *Eighth Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period* [ECF No. 805]

cc. Motion to Authorize - *TRUSTEES NINTH SUPPLEMENT TO HER MOTION FOR AUTHORITY TO OPERATE CERTAIN ASPECTS OF THE DEBTORS BUSINESS FOR A LIMITED PERIOD AND MEMORANDUM IN SUPPORT THEREOF* filed by Paula S. Beran on behalf of Lynn L. Tavenner. [ECF No. 920]

dd. Hearing held and continued; Motion Granted on Interim Basis; Declaration of Lynn Tavenner #924 Admitted. Appearance(s): Paula Beran for Trustee [ECF No. 925]

ee. Motion to Authorize - *Ninth Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for A Limited Period.* [ECF No. 955]

ff. Motion to Authorize - *TRUSTEES TENTH SUPPLEMENT TO HER MOTION FOR AUTHORITY TO OPERATE CERTAIN ASPECTS OF THE DEBTORS BUSINESS FOR A LIMITED PERIOD AND MEMORANDUM IN SUPPORT THEREOF* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1048]

gg. Hearing held and continued; Motion Granted on Interim Basis; Declaration of Lynn L. Tavenner, Trustee, entry 1052 Admitted. Appearance(s): Paula Beran for Trustee [ECF No. 1058]

hh. Motion to Authorize - *Tenth Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited* [ECF No. 1065]

ii. Motion to Authorize - *TRUSTEES ELEVENTH SUPPLEMENT TO HER MOTION FOR AUTHORITY TO OPERATE CERTAIN ASPECTS OF THE DEBTORS BUSINESS FOR A LIMITED PERIOD AND MEMORANDUM IN SUPPORT THEREOF* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1144]

jj. Hearing held; Motion Granted on Interim Basis; Declaration of Lynn L. Tavenner, entry 1159 Admitted. Appearance(s): Paula Beran for Trustee [ECF No. 1166].

kk. Eleventh Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period. [ECF No. 1181].

ll. Motion to Authorize - *TRUSTES TWELFTH SUPPLEMENT TO HER MOTION FOR AUTHORITY TO OPERATE CERTAIN ASPECTS OF THE DEBTORS BUSINESS FOR A LIMITED PERIOD AND MEMORANDUM IN SUPPORT* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1426]

    mm.    Hearing held; Motion Granted on Interim Basis; Declaration of Lynn L. Tavenner, entry 1433 Admitted. Appearance(s): Paula Beran for Trustee [ECF No. 1439]

    nn.    Motion to Authorize - *Trustee's Thirteenth Supplement to Her Motion to Authorize (Motion for Immediate Authority to Operate Certain Aspects of Debtor's Business for a Limited Period and to Shorten Notice Thereof, and Memorandum in Support Thereof)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1688]

    oo.    Hearing held and continued; Motion Granted on Interim Basis; Declaration of Lynn L. Tavenner, entry 1692 Admitted. Appearance(s): Paula Beran for Trustee (Re: related document(s)144 Motion to Authorize filed by Lynn L. Tavenner) Hearing scheduled for 1/24/2023 at 11:00 A.M. at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Gary, Lisa) [ECF No. 1700]

    pp.    Bridge Order in Connection with Thirteenth Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period. [ECF No. 1716]

    qq.    Twelfth Supplemental Order Granting Motion to Authorize TRUSTEE TO CONTINUE TO OPERATE CERTAIN ASPECTS OF DEBTORS BUSINESS FOR A LIMITED PERIOD [ECF No. 1718]

    rr.    Hearing held and continued; Motion Granted on Interim Basis; Declaration of Lynn Tavenner #1728 Admitted. Appearance(s): Paula Beran for Trustee. Hearing scheduled for 6/27/2023 at 11:00 A.M. at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. [ECF No. 1729]

    ss.    Thirteenth Supplemental Order Authorizing Trustee to Continue to Operate Certain Aspects of Debtor's Business for a Limited Period. [ECF No. 1834]

| | |
|---|---|
| Response Deadline: | June 26, 2023 |
| Responses Filed: | None at the time of the filing of this Agenda. |
| Status: | The Trustee will respectfully request the Court grant the Trustee's request to continue her authority to operate. |

6. *Motion to Approve Compromise under FRBP 9019* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1900]

7

Related documents:

a. *Notice of Motion and Notice of Hearing* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1901]
b. Exhibit - *Settlement Agreement* filed by filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1902]
c. Exhibit - *Schedule A* [ECF No. 1909]

Response Deadline:    June 24, 2023

Responses Filed:    None at the time of the filing of this Agenda.

Status:    The Trustee will respectfully request that the Court grant the Motion pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.

## II.    REPORTS

7. Case Status and Report pursuant to Local Rule 2015-(a) - (1)(A)

Respectfully submitted,

**LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

Dated: June 26, 2023
Richmond, Virginia

By: */s/ Paula S. Beran*
Paula S. Beran, Esquire (VSB No. 34679)
PBeran@TB-LawFirm.com
Tavenner & Beran, PLC
20 North 8th Street
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopier: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

8

**CERTIFICATE OF SERVICE**

    Pursuant to the Local Rules of this Court and applicable orders, I certify that on the 26th day of June 2023, a true copy of the foregoing Amended Agenda was sent electronically to all parties receiving ECF notices in this Case.

                                                        */s/* Paula S. Beran_____
                                                        Counsel for Lynn L. Tavenner, Chapter 7 Trustee