UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| In re: | Case No. 19-34574-KRH |
|---|---|
| LeClairRyan, PLLC,[1] | |
| Debtor | Chapter 7 |

**PROPOSED AGENDA FOR HEARING ON
JULY 27, 2023, AT 1:00 P.M. (PREVAILING EASTERN TIME)**

Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on July 27, 2023, beginning at 1:00 P.M. And, in accordance with *Order (I) Denying Request to Shorten Time and (II) Setting Evidentiary Hearing* (the "**Scheduling Order**") [ECF No. 1920], the Hearing will be conducted both in person and via Zoom with the link:

https://www.zoomgov.com/meeting/register/vJItde2gqToiGqqwMWyqqtOLmU8UeyhNIxE

Please consult the Scheduling Order for participation requirements.

I. **MATTERS OF THE TRUSTEE AND/OR THE ESTATE**

1. *Application for Compensation for Merritt Hill, PLLC as Special Counsel to the Trustee* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1923]

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Related documents:

a. *Notice of Motion and Notice of Hearing* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1924]
b. *Exhibit - Schedule A* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1927]

Response Deadline:   July 20, 2023

Responses Filed:   None at the time of the filing of this Agenda.

Status:   The Trustee will respectfully request that the Court approve the Application.

2. *Eighth Application for Compensation for Quinn Emanuel* filed by Erika L. Morabito of Quinn Emanuel on behalf of Quinn Emanuel Urquhart & Sullivan, LLP. [ECF No. 1921]

Related documents:

a. *Notice of Motion and Notice of Hearing* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1922]
b. *Exhibit - Schedule A* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1926]

Response Deadline:   July 20, 2023

Responses Filed:   None at the time of the filing of this Agenda.

Status:   The Trustee will respectfully request that the Court approve the Application.

3. *Motion to Approve Compromise under FRBP 9019* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1900]

Related documents:

a. *Notice of Motion and Notice of Hearing* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1901]
b. *Exhibit - Settlement Agreement* filed by filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1902]
c. *Exhibit - Schedule A* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1909]

    d. *List of Witnesses and Related Declaration* (Re: related document(s)1904 Proposed Hearing Agenda filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 1906]
    e. *Order (I) Denying Request to Shorten Time and (II) Setting Evidentiary Hearing* [ECF No. 1920]
    f. *Notice of Continued Hearing.* [ECF No. 1922]
    g. *Exhibit - Schedule A* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1926]
    h. *List of Witnesses* (Re: related document(s)[1920] Order Continuing/Rescheduling/Setting Hearing) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 1944]
    i. *List of Exhibits* (Re: related document(s)[1920] Order Continuing/Rescheduling/Setting Hearing) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 1945]
    j. *Exhibit - Trustee Exhibit 1 through 5* (Re: related document(s)[1944] List of Witnesses filed by Lynn L. Tavenner, [1945] List of Exhibits filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 1946]

**Response Deadline:** July 20, 2023

**Responses Filed:**

Response to (Re: related document(s)[1900] Motion to Approve filed by Lynn L. Tavenner) filed by Christopher L. Perkins of Eckert Seamans Cherin & Mellott, LLC on behalf of Certain Former Attorneys. [ECF No. 1938]

Response to Statement in Support of Trustee's Motion for Approval of Compromise and Settlement (Re: related document(s)[1900] Motion to Approve filed by Lynn L. Tavenner) filed by Michael E. Hastings of Woods Rogers Vandeventer Black PLC on behalf of Rodney K. Adams, John T. Jessee, Paul C. Kuhnel, and Andrew K. Clark. [ECF No. 1943]

**Status:** The Trustee will respectfully request that the Court grant the Motion pursuant to Rule 9019 of the Federal Rules of Bankruptcy,

**II.   REPORTS**

    4.  Case Status and Report pursuant to Local Rule 2015-(a) - (1)(A)

Respectfully submitted,

**LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

Dated: July 24, 2023  
Richmond, Virginia

By: */s/ Paula S. Beran*  
Paula S. Beran, Esquire (VSB No. 34679)  
PBeran@TB-LawFirm.com  
Tavenner & Beran, PLC  
20 North 8th Street  
Richmond, Virginia 23219  
Telephone: (804) 783-8300  
    *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

Pursuant to the Local Rules of this Court and applicable orders, I certify that on the 24th day of July 2023, a true copy of the foregoing Agenda was sent electronically to all parties receiving ECF notices in this Case.

    */s/* Paula S. Beran  
    Counsel for Lynn L. Tavenner, Chapter 7 Trustee