UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

In re:                                                              Case No.
    LeClairRyan, PLLC,[1]                                          19-34574-KRH

    Debtor                                                         Chapter 7

## MOTION TO (I) AUTHORIZE LYNN L. TAVENNER, TRUSTEE TO APPEAR REMOTELY FOR HEARING SCHEDULED FOR AUGUST 23, 2023 AT 12:30 P.M ET; (II) LIMIT NOTICE; AND (III) BE HEARD ON AN EXPEDITED BASIS

Lynn L. Tavenner, Trustee, and not individually but solely in her capacity as the Chapter 7 trustee (in such capacity, the "**Chapter 7 Trustee**" and/or the "**Trustee**") of the bankruptcy estate (the "**Estate**") of LeClairRyan PLLC (the "**LeClairRyan**" and/or the "**Debtor**"), in the above-referenced Chapter 7 case (the "**Case**") hereby, by counsel, submits her request to this Court for an Order allowing the Trustee to appear remotely at the hearing scheduled for Wednesday, August 23, 2023 at 12:30 p.m. ET (the "**Hearing**") in the U.S. Bankruptcy Courtroom, 701 E. Broad Street, Room 5000, Richmond, Virginia 23219. The Trustee further requests that notice of this Motion be limited to all Filing Users accepting Notice of Electronic Filing and that this Motion be heard on an expedited basis.

For her Motion, the Trustee states as follows:

---

[1] The principal address of the Debtor as of the Petition Date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
pberan@tb-lawfirm.com
    Counsel for Lynn L. Tavenner, Chapter 7 Trustee

1. The Trustee had intended to attend the Hearing in person.

2. The Trustee has not felt well for a few days but continued to address matters in this Case given that the Trustee takes her responsibilities extremely seriously and respects the bankruptcy process to which she has devoted over 30 years of her legal career.

3. Upon having extreme difficulty breathing, along with other problematic symptoms, the Trustee sought medical treatment during the afternoon of August 22, 2023. At approximately 5:00 p.m. on August 22, 2023, the Trustee was diagnosed as having COVID with a superimposed bacterial infection. The Trustee was prescribed antibiotics and ordered immediate bed rest. She was also advised to quarantine until August 25, 2023.

4. The Trustee's counsel, Ms. Paula S. Beran, Esquire, of the law firm of Tavenner & Beran, PLC will be present in the courtroom for the Hearing.

5. Based on the foregoing, the Trustee respectfully requests that she be permitted to appear remotely at the Hearing.

6. The Trustee also requests that this matter be heard on an expedited basis. Time is of the essence in this matter.

7. The Trustee further requests that notice of this Motion be limited to those Persons designated to receive electronic notice. The relief requested herein is intended to seek a forum to resolve a dispute efficiently and quickly, and the burden of serving all creditors outweighs benefit to the Bankruptcy Estate. Only those parties most interested in the Bankruptcy Case will receive notice of this matter.

WHEREFORE, the Trustee respectfully requests that she be allowed to remotely attend the Hearing and seeks other related relief as provided herein.

Dated: August 23, 2023
Richmond, Virginia

**LYNN L. TAVENNER, TRUSTEE**

By: */s/ Paula S. Beran*
Paula S. Beran, Esquire (VSB No. 34679)
Tavenner & Beran, PLC
20 North 8th Street
Richmond, Virginia 23219
Telephone: (804) 783-8300
pberan@tb-lawfirm.com
    *Counsel for Lynn L. Tavenner, Trustee*

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules and/or orders of this Court, I certify that on this 23rd day of August 2023, a true copy of the foregoing Motion was sent electronically to all Persons receiving ECF notification in this Case.

*/s/ Paula S. Beran*
Counsel for the Trustee