# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re:  LECLAIRRYAN, PLLC, | Case No. 19-34574-KRH |
| Debtor. | Chapter 7 |

## ORDER DISMISSING ORDER TO SHOW CAUSE

This matter came before the Court upon the *Order to Show Cause* [ECF No. 1954] (the "Order to Show Cause").  The Court conducted a hearing (the "Hearing") on August 23, 2023, where Andrew M. Bowman appeared, individually and by counsel, pursuant to the Order to Show Cause.  The Court is satisfied by the representations made by Mr. Bowman on the record in open court.  In consideration whereof, it is

**ORDERED** that the Order to Show Cause is **DISMISSED.**

DATED:    8/24/23

/s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: Aug. 25, 2023

**Copies to:**

**Robert S. Westermann**
Hirschler Fleischer, PC
P.O. Box 500
Richmond, VA 23218-0500

**Andrew M. Bowman**
P.O. Box 40013
Roanoke, VA 24022

**Paula S. Beran**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219