**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: <br><br>     LeClairRyan, PLLC,[1] <br><br> Debtor | Case No. 19-34574-KRH <br><br><br> Chapter 7 |

**AMENDED PROPOSED AGENDA FOR HEARING ON
AUGUST 29, 2023, AT 11:00 A.M. (PREVAILING EASTERN TIME)**
(To Add Pleading at 2(s) Filed in Civil Docket for Case # 3:22-cv-00237 in
the United States District Court for the Eastern District of Virginia)

    Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on August 29, 2023, beginning at 11:00 A.M. Any person seeking to actively participate at the Hearing, including but not limited to making argument, offering evidence, examining witnesses, or noting an appearance for the record, **must** appear in-person at Judge Huennekens' Courtroom, 701 E. Broad St., Courtroom 5000, Richmond, Virginia. Any persons seeking to listen into the Hearing, but not actively participate at the Hearing, may dial: Dial-in Number: (571) 353-2301 Meeting ID: 981 671 932 Meeting passcode: 0829

    **I.**    **MATTERS OF THE TRUSTEE AND/OR THE ESTATE**

*1.*    *Order Concerning August 29, 2023 Hearing* [ECF No. 1971]

    Status:    The Trustee will be prepared to discuss potential modifications/amendments to the *Order Establishing Certain Notice, Case Management and Administrative Procedures* [ECF

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

No. 38], including but not limited to revision of paragraph 18(c), in light of new Local Bankruptcy Rule 9013-1(H)(3)(c)(i).

2. *Motion to Approve Compromise under FRBP 9019* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1900]

   Related documents:

   a. *Notice of Motion and Notice of Hearing* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1901]
   b. *Exhibit - Settlement Agreement* filed by filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1902]
   c. *Exhibit - Schedule A* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1909]
   d. *List of Witnesses and Related Declaration* (Re: related document(s)1904 Proposed Hearing Agenda filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 1906]
   e. Docket Entry - Hearing held; Evidentiary hearing set; Motion to shorten time denied; Declaration of Lynn Tavenner 1906 Admitted. Appearance(s): Paula Beran for Trustee; Andrew Bowman for Gary LeClair (Re: related document(s)1900 Motion to Approve filed by Lynn L. Tavenner) Hearing scheduled for 7/27/2023 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. [ECF No. 1916]
   f. *Order (I) Denying Request to Shorten Time and (II) Setting Evidentiary Hearing* (Re: related document(s)1900 Motion to Approve filed by Lynn L. Tavenner) Hearing scheduled for 7/27/2023 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Order Re-Docketed to include Entered on Docket Date [ECF No. 1920]
   g. *Notice of Continued Hearing* (Re: related document(s)1900 Motion to Approve filed by Lynn L. Tavenner, 1901 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner, 1919 Order Continuing/Rescheduling/Setting Hearing, 1920 Order Continuing/Rescheduling/Setting Hearing) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 1922]
   h. *Exhibit - Schedule A* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1926]

  i. *List of Witnesses* (Re: related document(s)1920 Order Continuing/Rescheduling/Setting Hearing) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF. No. 1944]
  j. *List of Exhibits* (Re: related document(s)1920 Order Continuing/Rescheduling/Setting Hearing) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 1945]
  k. *Exhibit - Trustee Exhibit 1 through 5* (Re: related document(s)1944 List of Witnesses filed by Lynn L. Tavenner, 1945 List of Exhibits filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 1946]
  l. *Letter To Clerk Accompanying Exhibit Binders for Court* (Re: related document(s)1920 Order Continuing/Rescheduling/Setting Hearing, 1945 List of Exhibits filed by Lynn L. Tavenner, 1946 Exhibit filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 1948]
  m. Evidentiary Hearing held and continued [ECF No. 1949]
  n. CIVIL DOCKET FOR CASE #: 3:22-cv-00237-DJN-Docket Entry - Initial Settlement Approval Hearing set for 8/29/2023 at 10:00 AM in Richmond Courtroom 6300 before District Judge David J. Novak
  o. CIVIL DOCKET FOR CASE #: 3:22-cv-00237-DJN - MEMORANDUM ORDER (Withdrawing Reference in Part, Striking Settlement Terms and Scheduling Hearing).[Doc. No. 30]
  p. CIVIL DOCKET FOR CASE #: 3:22-cv-00237-DJN - MEMORANDUM OPINION [Doc. No. 31]
  q. CIVIL DOCKET FOR CASE #: 3:22-cv-00237-DJN -STATUS REPORT by Gary D. LeClair. (Attachments: # 1 Exhibit A) [Doc. No. 32]
  r. CIVIL DOCKET FOR CASE #: 3:22-cv-00237-DJN -Respondent's BRIEF by Lynn Tavenner [Doc. No. 33]; Exhibits [Doc. No. 34]
  s. CIVIL DOCKET FOR CASE #: 3:22-cv-00237-DJN - STATUS REPORT - SUPPLEMENT TO TRUSTEES PLEADINGS PURSUANT TO MEMORANDUM ORDER ENTERED AUGUST 16, 2023 by Lynn Tavenner [Doc. No. 35].

| Responses Filed: | *Response to* filed by Christopher L. Perkins of Eckert Seamans Cherin & Mellott, LLC on behalf of Certain Former Attorneys. [ECF No. 1938] |
|---|---|
| | *Response to Statement in Support of Trustee's Motion for Approval of Compromise and Settlement* filed by Michael E. Hastings of Woods Rogers Vandeventer Black PLC on behalf of Rodney K. Adams, John T. Jessee, Paul C. Kuhnel, and Andrew K. Clark. [ECF No. 1943] |

| | |
|---|---|
| Status: | As provided in CIVIL DOCKET FOR CASE #: 3:22-cv-00237-DJN - MEMORANDUM ORDER (Withdrawing Reference in Part, Striking Settlement Terms and Scheduling Hearing) [Doc. No. 30] and pursuant to 28 U.S.C. § 157(d), the matter is now pending in the United States District Court for the Eastern District of Virginia. An Initial Settlement Approval Hearing has been set before Judge David J Novak on August 29, 2023, at 10:00 am in Richmond Courtroom 6300. Upon the conclusion of said hearing, the Trustee will provide this Court with a status and will proceed as may be directed by the Honorable David J. Novak. |

**II.    REPORTS**

3.    Case Status and Report pursuant to Local Rule 2015-(a) - (1)(A)

Respectfully submitted,

**LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

Dated: August 28, 2023  
Richmond, Virginia

By: */s/ Paula S. Beran*  
Paula S. Beran, Esquire (VSB No. 34679)  
PBeran@TB-LawFirm.com  
Tavenner & Beran, PLC  
20 North 8th Street  
Richmond, Virginia 23219  
Telephone: (804) 783-8300  
Telecopier: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

Pursuant to the Local Rules of this Court and applicable orders, I certify that on the 28th day of August 2023, a true copy of the foregoing Agenda was sent electronically to all parties receiving ECF notices in this Case.

*/s/ Paula S. Beran*  
Counsel for Lynn L. Tavenner, Chapter 7 Trustee