**UNITED STATES BANKRUPTCYCOURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

---------------------------------x
In re:                           :    Case No. 19-34574 (KRH)
LeClairRyan PLLC,                :    Chapter 7
                                 :
             Debtor.             :
---------------------------------x

**ELEVENTH STIPULATED ORDER EXTENDING BAR DATE TO FILE AN ADMINISTRATIVE CLAIM FOR ANTHEM HEALTH PLANS OF VIRGINIA, INC.**

Lynn L. Tavenner, as the Chapter 7 trustee (the "Trustee") for the bankruptcy estate of LeClairRyan PLLC, (the "Estate") the above-captioned debtor (the "Debtor"), and Anthem Health Plans of Virginia, Inc. ("Anthem," and together with the Trustee, the "Parties"), hereby stipulate and agree (this "Stipulated Order") as follows:

WHEREAS, on September 3, 2019, the Debtor filed with this Court a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (as amended, the "Bankruptcy Code"), commencing the above-captioned Chapter 11 case.

WHEREAS, on October 4, 2019, this Court entered the *Order of Conversion of Chapter 11 to Chapter 7* (Docket No. 140), converting the Debtor's case to a case under Chapter 7 of the Bankruptcy Code. Upon conversion, the Trustee was appointed interim trustee, and no other trustee having been elected at the meeting of creditors, she continues to serve as Trustee.

WHEREAS, on April 27, 2022, after a motion by the Trustee (Docket No. 1250), this Court entered the *Order Setting Bar Date for Filing Chapter 11 Applications for Administrative Claims* (Docket No. 1307), which requires that requests under section 503(a) of the Bankruptcy Code for payment of administrative expenses incurred on or after September 3, 2019 and before October 4, 2019 must be filed on or before May 31, 2022 (the "Chapter 11 Administrative Claims Bar Date").

Submitted by: Joseph S. Sheerin, Esq. (VSB 47400)
McGuireWoods LLP
Gateway Plaza
Richmond, VA 23219
Telephone: 804.775.1135
Email: jsheerin@mcguirewoods.com
Counsel for Anthem Health Plans of Virginia, Inc.

1

WHEREAS, on June 3, 2022, the Court entered its *Stipulated Order Extending Bar Date to File an Administrative Proof of Claim for Anthem Health Plans of Virginia, Inc.* (Docket No. 1369) extending the Chapter 11 Administrative Claims Bar Date through July 29, 2022.

WHEREAS, on August 16, 2022, the Court entered its *Second Stipulated Order Extending Bar Date to File an Administrative Proof of Claim for Anthem Health Plans of Virginia, Inc.* (Docket No. 1545) extending the Chapter 11 Administrative Claims Bar Date through September 29, 2022.

WHEREAS, on October 7, 2022, the Court entered its *Third Stipulated Order Extending Bar Date to File an Administrative Proof of Claim for Anthem Health Plans of Virginia, Inc.* (Docket No. 1609) extending the Chapter 11 Administrative Claims Bar Date through October 28, 2022.

WHEREAS, on November 4, 2022, the Court entered its *Fourth Stipulated Order Extending Bar Date to File an Administrative Proof of Claim for Anthem Health Plans of Virginia, Inc.* (Docket No. 1640) extending the Chapter 11 Administrative Claims Bar Date through November 30, 2022.

WHEREAS, on December 21, 2022, the Court entered its *Fifth Stipulated Order Extending Bar Date to File an Administrative Proof of Claim for Anthem Health Plans of Virginia, Inc.* (Docket No. 1694) extending the Chapter 11 Administrative Claims Bar Date through December 30, 2022.

WHEREAS, on January 18, 2023, the Court entered its *Sixth Stipulated Order Extending Bar Date to File an Administrative Proof of Claim for Anthem Health Plans of Virginia, Inc.* (Docket No. 1723) extending the Chapter 11 Administrative Claims Bar Date through January 31, 2023.

WHEREAS, on February 21, 2023, the Court entered its *Seventh Stipulated Order Extending Bar Date to File an Administrative Proof of Claim for Anthem Health Plans of Virginia, Inc.* (Docket No. 1769) extending the Chapter 11 Administrative Claims Bar Date through March 31, 2023.

WHEREAS, on April 3, 2023, the Court entered its *Eighth Stipulated Order Extending Bar Date to File an Administrative Proof of Claim for Anthem Health Plans of Virginia, Inc*. (Docket No. 1839) extending the Chapter 11 Administrative Claims Bar Date through May 31, 2023.

WHEREAS, on June 9, 2023, the Court entered its *Ninth Stipulated Order Extending Bar Date to File an Administrative Proof of Claim for Anthem Health Plans of Virginia, Inc*. (Docket No. 1899) extending the Chapter 11 Administrative Claims Bar Date through July 31, 2023.

WHEREAS, on August 7, 2023, the Court entered its *Tenth Stipulated Order Extending Bar Date to File an Administrative Proof of Claim for Anthem Health Plans of Virginia, Inc*. (Docket No. 1956) extending the Chapter 11 Administrative Claims Bar Date through September 29, 2023.

WHEREAS, the Parties are in discussions regarding several items involving this Estate; as such, the Parties have agreed to enter into this Stipulated Order extending the Chapter 11 Administrative Claims Bar Date solely for Anthem Health Plans of Virginia, Inc. through and including November 30, 2023.

THEREFORE, IT IS STIPULATED AND AGREED AND SHALL BE SO ORDERED:

1. The Chapter 11 Administrative Claims Bar Date shall be extended solely for Anthem Health Plans of Virginia, Inc. through and including November 30, 2023.

2. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Stipulated Order.

ENTERED: Oct 6 2023
Richmond, Virginia

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Oct 11 2023

STIPULATED AND AGREED:

| ANTHEM HEALTH PLANS OF VIRGINIA, INC. | LYNN L. TAVENNER, CHAPTER 7 TRUSTEE |
|---|---|
| By: */s/ Joseph S. Sheerin* | By: */s/ Paula S. Beran* |
| Joseph S. Sheerin, Esq. (VSB No. 47400) | Paula S. Beran, Esq. (VSB No. 34679) |
| *Counsel to Anthem Health Plans of Virginia, Inc.* | *Counsel to Lynn L. Tavenner, Chapter 7 Trustee* |

## LOCAL RULE 9022-1(C) CERTIFICATION OF COUNSEL

Pursuant to Local Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served on all necessary parties.

/s/ *Joseph S. Sheerin*
Joseph S. Sheerin, Esq.

**Service List**

| Joseph S. Sheerin, Esq.<br>McGuireWoods LLP<br>800 East Canal Street<br>Richmond, VA 23219 | Paula S. Beran, Esq.<br>Tavenner & Beran, PLC<br>20 North Eighth Street, Second Floor<br>Richmond, Virginia 23219 |
|---|---|