**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re:  LECLAIRRYAN PLLC, | Case No. 19-34574-KRH |
| | Chapter 7 |
| Debtor. | |

## ORDER

This comes before the Court upon *Foley & Lardner LLP's Motion to Quash and for Protective Order and Memorandum in Support* [ECF No. 2025] (the "Motion") filed by Foley & Lardner LLP ("Foley"), whereby Foley seeks an order quashing Quinn Emanuel Urquhart & Sullivan, LLP's ("Quinn Emanuel") *Notice of Deposition of Daljit S. Doogal* (the "Second Notice"), granting Foley a protective order precluding Quinn Emanuel from taking Mr. Doogal's deposition, and awarding Foley the costs, expenses, and attorneys' fees incurred in responding to the Second Notice, and *Foley & Lardner LLP's Motion for Expedited Hearing Regarding Its Motion to Quash and for Protective Order and Memorandum in Support* [ECF No. 2026] (the "Motion to Expedite").  Upon consideration of the Motion, the Motion to Expedite, and the proceedings in this case and in accordance with Local Bankruptcy Rule 9013-1(L), it is

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is **DENIED**.

2. Mr. Doogal shall appear for a deposition in accordance with the *Second Notice.*

3. Notwithstanding the foregoing, (i) nothing herein shall be interpreted to constitute a waiver of any applicable privilege; and (ii) all objections are preserved pending the evidentiary hearing scheduled by this Court's *Scheduling Order* [ECF No. 2004].

4. The Motion to Expedite is **MOOT**.

DATED: October 18, 2023

/s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: Oct 18 2023