**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: <br><br> **LeClairRyan PLLC,** <br><br> Debtor.[1] | Case No. 19-34574-KRH <br><br> Chapter 7 |

## NOTICE OF WITHDRAWAL

COMES NOW, Foley & Lardner LLP ("**Foley**"), by and through its undersigned counsel, and respectfully withdraws the following pleadings:

1. *Declaration of Geoffrey S. Goodman* [Exhibit A to Docket No. 1365], filed on June 1, 2022;

2. *Supplemental Declaration of Geoffrey S. Goodman* [Docket No. 1397], filed on June 8, 2022; and

3. *Declaration of Geoffrey S. Goodman* [Exhibit A to Docket No. 1960], filed on August 7, 2023.

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

| | | |
|---|---|---|
| Jonathan L. Hauser (VSB 18688) <br> JONATHAN L. HAUSER, ESQ. <br> 929 Bobolink Dr. <br> Virginia Beach, VA 23451 <br> (757) 639-7768 (telephone) <br> jhauser929@gmail.com | Susan Poll Klaessy (VSB No. 87021) <br> Geoffrey S. Goodman <br> (Admitted *Pro Hac Vice*) <br> FOLEY & LARDNER LLP <br> 3000 K Street, NW, Suite 600 <br> Washington, DC 20007-5109 <br> (312) 832-4500 (telephone) <br> (312) 832-4700 (facsimile) <br> spollklaessy@foley.com <br> ggoodman@foley.com | Holland N. O'Neil (Admitted *Pro Hac Vice*) <br> Steven C. Lockhart (Admitted *Pro Hac Vice*) <br> Robert T. Slovak (Admitted *Pro Hac Vice*) <br> Mark C. Moore (Admitted *Pro Hac Vice*) <br> Andrew A. Howell (Admitted *Pro Hac Vice*) <br> Stephanie L. McPhail (Admitted *Pro Hac Vice*) <br> Foley & Lardner LLP <br> 2021 McKinney Avenue, Suite 1600 <br> Dallas, TX 75201 <br> (214) 999-3000 (telephone) <br> honeil@foley.com <br> slockhart@foley.com <br> rslovak@foley.com <br> mmoore@foley.com <br> ahowell@foley.com <br> smcphail@foley.com |

*Counsel to Foley & Lardner LLP*

4892-1550-9386

Dated: October 25, 2023

Respectfully submitted,

/s/ Jonathan L. Hauser
Jonathan L. Hauser (VSB 18688)
JONATHAN L. HAUSER, ESQ.
929 Bobolink Dr.
Virginia Beach, VA 23451
(757) 639-7768 (telephone)
jhauser929@gmail.com

- and -

Susan Poll Klaessy (VSB No. 87021)
Geoffrey S. Goodman (Admitted *Pro Hac Vice*)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
(312) 832-4500 (telephone)
(312) 832-4700 (facsimile)
spollklaessy@foley.com
ggoodman@foley.com

- and -

Holland N. O'Neil (Admitted *Pro Hac Vice*)
Steven C. Lockhart (Admitted *Pro Hac Vice*)
Robert T. Slovak (Admitted *Pro Hac Vice*)
Mark C. Moore (Admitted *Pro Hac Vice*)
Andrew A. Howell (Admitted *Pro Hac Vice*)
Stephanie L. McPhail (Admitted *Pro Hac Vice*)
FOLEY & LARDNER LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
(214) 999-3000 (telephone)
honeil@foley.com
slockhart@foley.com
rslovak@foley.com
mmoore@foley.com
ahowell@foley.com
smcphail@foley.com

*Counsel to Foley & Lardner LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or about this 25th day of October, 2023, a true copy of the foregoing *Notice of Withdrawal* was sent electronically and/or by first-class mail to: (a) the Office of the United States Trustee; (b) the Debtor's 20 Largest Unsecured Creditors; (c) all known secured creditors from the Debtor's Official Form 106D; (d) the Core Parties and 2002 List as defined in the Case Management Order; and (e) all parties requesting service of pleadings in this Case.

                                                */s/ Jonathan L. Hauser*
                                                Counsel to Foley & Lardner LLP

4892-1550-9386