## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>**LeClairRyan PLLC,**<br><br>Debtor.[1] | **Case No.: 19-34574-KRH**<br><br>**Chapter 7** |

## COVER SHEET FOR *AMENDED* FINAL APPLICATION OF FOLEY & LARDNER LLP, AS SPECIAL COUNSEL TO THE TRUSTEE, FOR APPROVAL AND ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 30, 2020 THROUGH MARCH 31, 2021

| General Information | |
|---|---|
| Name of applicant: | Foley & Lardner LLP |
| Authorized to provide professional services to: | Lynn L. Tavenner, Chapter 7 Trustee |
| Date of bankruptcy filing: | September 3, 2019 |
| Date of retention order: | February 10, 2020<br>(effective as of January 30, 2020) |
| **Fees and Expenses Requested** | |
| Period for which compensation and reimbursement sought: | January 30, 2020 – March 31, 2021 |
| Total hours billed: | 1,580.00 |
| Total hourly fees requested: | $1,015,159.20 |
| Blended hourly rate (all timekeepers): | $642.51 |
| Total contingent fees requested from the Estate:: | $1,087,430.18 |
| Total expenses requested: | $101,549.39 |

---

[1] The principal address of LeClairRyan PLLC as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

| Type of fee statement or application: | *Amended* Final Application |
|---|---|
| **Historical Information** | |
| Fees approved to date by interim order: | $1,014,659.20 (Investigative and Administrative Fees) $1,087,430.18[2] (Contingent Fees) |
| Expenses approved to date by interim order: | $101,549.39 |
| Allowed fees paid to date: | $2,086,894.38 |
| Allowed expenses paid to date: | $101,549.39 |

---

[2] The amount of the Contingent Fees reflects Foley's contractually agreed upon 30% Contingent Fee from known Recoveries pursuant to the Foley Retention Documents.  Foley agrees to accept as final compensation from the Estate the total fees already approved by the Court as Contingent Fees and already paid by the Estate. This Amended Final Application is seeking only approval by the Court on a final basis of previous fees that were both approved by this Court and already paid to Foley on an interim basis.

4860-5382-0455.20

**Historical Fee Applications**

| Fee Application | Date and Docket No. | Hourly Fees | | Contingency Fees | | Expenses | |
|---|---|---|---|---|---|---|---|
| | | Requested | Approved | Requested | Approved | Requested | Approved |
| First Interim Fee Application | 05/07/20; Dkt. No. 451 | $271,222.80 | $271,222.80 | $10,705.51 | $10,705.51 | $9,785.15 | $9,785.15 |
| Second Interim Fee Application | 09/09/20; Dkt. No. 625 | $433,713.00 | $433,213.00[3] | $41,040.32 | $41,040.32 | $26,658.62 | $26,658.62 |
| Third Interim Fee Application | 01/07/21; Dkt. No. 736 | $163,266.15 | $163,266.15 | $75,254.79 | $75,254.79 | $30,528.21 | $30,528.21 |
| Fourth Interim Fee Application | 05/06/21; Dkt. No. 845 | $146,957.25 | $146,957.25 | $960,429.56 | $960,429.56 | $34,577.41 | $34,577.41 |
| | | **$1,015,159.20** | **$1,014,659.20** | **$1,087,430.18** | **$1,087,430.18** | **$101,549.39** | **$101,549.39** |

---

[3] Foley agreed to a voluntary reduction of $500 at the request of the office of the U.S. Trustee.

4860-5382-0455.20

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>**LeClairRyan PLLC,**<br><br>     Debtor.[1] | **Case No.: 19-34574-KRH**<br><br>**Chapter 7** |

*AMENDED* **FINAL APPLICATION FOR COMPENSATION**
**OF FEES AND EXPENSES OF FOLEY & LARDNER LLP,**
**AS SPECIAL COUNSEL TO THE TRUSTEE, FOR APPROVAL AND**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**INCURRED FOR THE PERIOD FROM JANUARY 30, 2020 THROUGH MARCH 31,**
**2021**

Foley & Lardner LLP ("Foley"), as special counsel to Lynn L. Tavenner, and not individually but solely in her capacity as the Chapter 7 trustee (in such capacity, the "Trustee") of the bankruptcy estate (the "Estate") of LeClairRyan PLLC (the "Debtor"), during the relevant time and with respect to the matters set forth herein, hereby submits this *Amended* Final Application for Compensation of Fees and Expenses of Foley & Lardner LLP (the "Amended Application") for the period from January 30, 2020 to March 31, 2023 (the "Final Fee Period").[2] Foley hereby applies, pursuant to sections 328(a), 330 and 331 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the United States Bankruptcy Court for the Eastern District of Virginia Local Bankruptcy Rules (the "Local Rules"), for an order: (a) allowing Foley's hourly fees on a final basis in the aggregate amount of $1,014,659.20 previously paid or offset by

---

[1] The principal address of LeClairRyan PLLC as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

[2] This Amended Application replaces and supersedes in its entirety the initial Final Foley Fee Application that was filed on August 7, 2023 [Dkt. No. 1960], which is hereby withdrawn. This includes Foley's withdrawal of all previous declarations of Mr. Goodman, and any other exhibits that Foley previously relied upon to support its initial Final Fee Application.

the Estate; (b) allowing Foley's contingent fees related to the Prior Settled FAO Actions and the

NFA Actions settled by Foley on a final basis in the aggregate amount of $1,087,430.18 previously

paid or offset by the Estate; and (c) allowing expenses incurred by Foley on a final basis covering

all matters it handled while acting as special counsel for the Trustee in the aggregate amount of

$101,549.39 previously paid or offset by the Estate.[3]

     In support of this Amended Application, Foley submits the declaration of Geoffrey S.

Goodman, a partner at Foley (the "Goodman Declaration"), which is attached hereto as **Exhibit A**

and incorporated by reference in this Amended Application.  In further support of this Amended

Application, Foley respectfully states as follows:

## PRELIMINARY STATEMENT[4]

     1.    Foley seeks final approval of its fees and expenses in the amounts previously

approved by the Court and paid by the Estate on an interim basis pursuant to Foley's prior interim

fee applications.  This Amended Application replaces and supersedes the *Final Application for

Compensation of Fees and Expense of Foley & Lardner LLP, as Special Counsel to the Trustee,

for Approval and Allowance of Compensation and Reimbursement of Expenses Incurred for the

Period from January 30, 2020 through July 31, 2023* [Dkt. No. 1960].

---

[3] Foley is only seeking amounts previously approved by this Court on an Interim basis and previously paid by the Estate.   Foley has also agreed to pay in full the total amount of fees that the Trustee incurred in connection with Foley's Final Fee Application and this Amended Application.  To that end, and by way of set-off by the Trustee, Foley will not be receiving any more payments by the Estate for amounts previously approved by the Court and Foley will be paying the Estate an additional $38,000 to cover all fees and costs of the Trustee related to Foley's Final Fee Application and this Amended Application.

[4] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in this Amended Application and/or the Quinn Emanuel, Urquhart, & Sullivan, LLP's Objection to the Final Application for Compensation of Fees and Expenses of Foley & Lardner, LLP [Dkt. No. 1983].

4860-5382-0455.20

## JURISDICTION

2.      The United States Bankruptcy Court for the Eastern District of Virginia (the "Court") has jurisdiction to consider this Amended Application pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference from the United States District Court for the Eastern District of Virginia*, dated August 15, 1984.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b).  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The legal predicates for the relief sought herein are sections 328(a), 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1.

## GENERAL BACKGROUND

4.      On September 3, 2019 (the "Petition Date"), the Debtor filed a petition for relief under chapter 11 of the Bankruptcy Code in this Court.  Pursuant to §§ 1107 and 1108 of the Bankruptcy Code, the Debtor was operating its business as a debtor-in-possession.

5.      On September 12, 2019, the United States Trustee filed its *Motion to Convert Case to Chapter 7* (the "Motion to Convert") and notice thereof [Dkt. No. 61].  At a hearing on September 26, 2019, the Court denied the Motion to Convert.  However, per agreement between the Debtor, the United States Trustee, and ABL Alliance, LLP as stated in the *Order on Motion to Convert Case to Chapter 7*, the Case was converted to a case under Chapter 7 of the Bankruptcy Code on October 4, 2019 [Dkt. No. 140].

6.      Upon conversion, the Trustee was appointed interim trustee, and as no trustee having been elected at the meeting of creditors, she continues to serve as the Trustee.

## RELIEF REQUESTED

7.      By this Amended Application, Foley seeks the entry of an order: (a) allowing Foley's hourly fees on a final basis in the aggregate amount of $1,015,159.20; previously paid by the Estate; (b) allowing Foley's contingent fees related to the Prior Settled FAO Actions and NFA

Actions settled by Foley on a final basis in the aggregate amount of $1,087,430.18 previously paid

by the Estate; and (c) allowing expenses incurred by Foley on a final basis covering all matters it

handled while acting as special counsel for the Trustee in the aggregate amount of $101,549.39;

previously paid by the Estate.

## THE TRUSTEE'S RETENTION OF FOLEY

8.      On January 30, 2020, the Trustee filed *Trustee's Application to Retain and Employ*

*Foley & Lardner LLP as Special Counsel* [Dkt. No. 330] (the "Foley Retention Application"),

pursuant to the Engagement Letter between Foley and the Trustee (the "Engagement Letter").  A

copy of the Engagement Letter is attached hereto as **Exhibit B**.  On February 10, 2020, the Court

entered its *Order Authorizing the Retention and Employment of Foley & Lardner LLP as Special*

*Counsel* [Dkt. No. 342] (the "Foley Retention Order," and with the Foley Retention Application

and the Engagement Letter, the "Foley Retention Documents"), retroactive to January 30, 2020.

A copy of the Foley Retention Order is attached hereto as **Exhibit C**.

9.      As special counsel to the Trustee, Foley was retained to provide the following

professional services:

- Investigation of potential claims (the "Investigation Phase"), including but not limited to, Chapter 5 claims, fraudulent transfers, excessive compensation, breaches of fiduciary duty, and/or unjust enrichment. As part of the Investigative Phase, Foley & Lardner will make a recommendation to the Trustee that will include, among other things, proposed next steps as it relates to the prosecution of some or all of the claims. The claims that Foley & Lardner will pursue will not include any malpractice claims against former lawyers of the Debtor or claims against current employers of former lawyers of the Debtor (Foley Retention Order, ¶ 3(a));  and

- To the extent that the Trustee determines that it is in the best interest of the Estate to pursue claims, through litigation or otherwise, and Foley & Lardner agrees with the Trustee's determination as to each and every claim that should be pursued, Foley & Lardner will pursue such claims through litigation and/or other means. The pursuit of such claims shall be deemed the "Litigation Phase" of the representation (*Id.* at ¶ 3(b))

10.    Pursuant to the Engagement Letter and the Foley Retention Order, the Trustee was authorized to compensate Foley during the Investigative Phase on an hourly basis, subject to the Court's review under section 330 of the Bankruptcy Code.  *See* Foley Retention Order, ¶ 4; Foley Retention Application, ¶ 13.  During the Litigation Phase, the Estate was required to compensate Foley, subject to the professional responsibility and other rules governing its practice, based on the total recoveries on claims or causes of action or the net value to the Estate of any release of claims against the Estate and subject to the Court's review under section 328 of the Bankruptcy Code (the "Recoveries").  *See* Foley Retention Order, ¶ 4; Foley Retention Application, ¶ 14. Pursuant to the Engagement Letter, the Trustee agreed to compensate Foley with thirty percent (30%) of the Recoveries (the "Contingent Fees").  Engagement Letter, ¶ 4.b.  The Litigation Phase services included the pursuit of claims "through litigation and/or other means" (Foley Retention Order, ¶ 3), including the pursuit of FAO Actions through the FAO Action Procedures (each as defined below).

11.    Foley previously filed four interim fee applications (the "Interim Fee Applications") during the pendency of this case and obtained the Court's approval of each of these Interim Fee Applications.  *See, e.g.*, Dkt. Nos. 587, 657, 779, 931.  These Interim Fee Applications and the Orders approving same are incorporated herein by reference as if set forth in full.  This Amended Application seeks final approval from the Court with respect to the Interim Fee Applications, but only in the amounts that have already been paid by the Estate to Foley.  To the extent the amounts already approved by the Court exceed the amount of the fees already paid by the Estate, Foley has agreed to waive any further recovery from the Estate for any such amounts.

## DISINTERESTEDNESS OF FOLEY

12.    To the best of Foley's knowledge and as disclosed in the *Verified Statement of Erika L. Morabito* [Dkt. No. 330] filed contemporaneously with the Foley Retention Application (the "**Initial Foley Declaration**"), (a) Foley is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code and does not hold or represent an interest adverse to the Debtors' estates and (b) Foley has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Initial Foley Declaration.

## SUMMARY OF INTERIM COMPENSATION

13.    Foley seeks approval of the Interim Fee Applications on a final basis for professional services rendered to the Estate during the Final Fee Period in the total amount of $2,086,894.38 (including both Investigative Fees and Contingent Fees) and necessary expenses incurred in connection with providing such services in the amount of $101,549.39.  This amount was previously paid to Foley by the Estate, and Foley is not seeking (and will not seek) any further compensation from the Estate for its services rendered on behalf of the Estate.

## SUMMARY OF LEGAL SERVICES
## RENDERED BY FOLEY DURING THE FINAL FEE PERIOD

14.    As discussed herein, during the Final Fee Period, Foley provided necessary professional services to the Trustee for the benefit of the Estate.  These services were necessary to address a multitude of critical issues that were unique to this case – the failure of a large law firm.  These fees are comprised of: (a) the Contingent Fees earned during the Litigation Phase and (b) hourly compensation earned during the Investigation Phase and in the performance of administrative tasks for the Estate.

4860-5382-0455.20

## A.    The Litigation Phase Procedures

15.    During the Litigation Phase, Foley pursued contingency-based claims and causes of action against NFA Parties, FAO Parties, and persons related to United Lex entities.    As consideration for this Litigation Phase work, Foley is entitled to the Contingent Fees – 30% of the Recoveries, limited to the amounts set forth herein, and that have already been paid to Foley by the Estate. *See* Engagement Letter, ¶ 4.b.

16.    On February 11, 2020, the Trustee filed *Trustee's Motion for an Order Establishing Procedures Regarding the Prosecution of Avoidance Actions Involving Persons Other Than Former Attorneys and Certain Others and Memorandum in Support Thereof* [Dkt. No. 345] (the "NFA Procedures Motion").    On February 27, 2020, the Court entered an order granting the NFA Procedures Motion [Dkt. No. 385] (the "NFA Procedures Order").    The NFA Procedures Order gave Foley the authority, acting as special counsel to the Trustee, to pursue and settle NFA Avoidance Actions (as defined in the NFA Procedures Motion) against non-former attorney parties (the "NFA Parties").

17.    On May 14, 2020, the Trustee filed *Trustee's Motion for an Order Establishing Procedures Regarding the Prosecution of Actions Involving Former Attorneys and Certain Others and Memorandum in Support Thereof* [Dkt. No. 457] (the "FAO Procedures Motion").    On June 15, 2020, the Court entered an order granting the FAO Procedures Motion [Dkt. No. 533] (the "FAO Procedures Order").    The FAO Procedures Order gave Foley the authority, acting as special counsel to the Trustee, to pursue and settle FAO Actions[5] and approved the FAO Action

---

[5] "FAO Actions" means actions "involving (a) former attorneys of LeClairRyan and/or entities to which any transitioned, (b) Persons receiving transfers for the benefit of former attorneys of LeClairRyan and/or entities to which any transitioned, (c) ULX Partners, (d) Persons receiving transfers for the benefit of ULX Partners, (e) UnitedLex Corporation, (f) Persons receiving transfers for the benefit of UnitedLex Corporation, and/or (g) Persons, including insurance companies providing fiduciary or similar services to LeClairRyan and/or any of its former attorneys." FAO Motion , ¶ 9.

10

Procedures (as defined in the FAO Procedures Motion) against former attorneys and certain others (the "FAO Parties").

**B.      The NFA Fee Demands and Settlements**

18.      Concurrent with the Investigation Phase, Foley worked with the Trustee to investigate and pursue the NFA Avoidance Actions against the NFA Parties.  The NFA Avoidance Actions were primarily preference actions against the NFA Parties.

19.      On behalf of the Trustee, Foley delivered approximately sixty-three (63) demand letters to NFA Parties.  Although Foley settled certain of these demands, Foley also filed thirty-four (34) adversary complaints against certain NFA Parties seeking recoveries under various provisions of the Bankruptcy Code.

20.      Foley's work on the NFA Avoidance Actions was successful.  Through settlements, the Trustee recovered over $774,994.30 in Recoveries from the NFA Avoidance Actions. Attached hereto as **Exhibit D** is a list of the Recoveries and Foley's Contingent Fees related to the NFA Avoidance Actions.  In addition, the Trustee received default judgments against certain NFA Parties in the amount of approximately $62,480.21 (the "NFA Default Judgments").

21.      Notwithstanding the amount the Trustee may subsequently collect on the NFA Default Judgments, $198,568.29 has been approved by this Court in Foley's prior Interim Fee Applications and Foley seeks final approval thereof by this Amended Application.  Foley is not, however, seeking any additional compensation from the Estate beyond which has already been paid to Foley.

**C.      The Investigation Phase and Estate Administration Fees**

22.      Shortly after being retained by the Trustee, Foley began providing legal services to the Trustee in connection with the Investigation Phase and administration of the case for the benefit of the Trustee.  In anticipation of the Litigation Phase and to effectively administer this case, Foley

11

began significant work to pursue, among other items, FAO Claims and claims related to the ULX entities on behalf of the Estate.

23.      Following the transition to the Litigation Phase, Foley continued to perform administrative tasks for the Trustee and the Estate's benefit.  These tasks included, among others, routine meetings between the Foley working group and Trustee to discuss status updates and works in process.

24.      Foley's hourly rates during this engagement reflect a ten (10) percent discount off of Foley's standard hourly rates, as set forth in the Foley Retention Documents.  Foley has agreed to reduce its hourly-based fees in this Amended Application by the total amount of $158,405.60, which reduction pertains to fees earned in connection with Foley's investigative and administrative matters.

25.      To provide a meaningful summary of Foley's hourly services provided during the Investigation Phase and on behalf of the Trustee and the Estate, Foley established, in accordance with its internal billing procedures, certain project categories (each, a "**Project Category**").  Attached hereto as **Exhibit E** is a summary of the fees and hours billed for each Project Category in the Final Fee Period.

26.      Below is a summary, by Project Category, of the most significant professional services provided by Foley during the Final Fee Period.  This summary is organized in accordance with Foley's internal system of task codes.  The detailed descriptions demonstrate that Foley was heavily involved in performing services for the Trustee on a daily basis, often including night and weekend work, to meet the needs of the Trustee and the Estate.  A schedule setting forth the number of hours expended by Foley partners, associates and paraprofessionals, and the aggregate fees associated is attached hereto as **Exhibit F**.

- **<u>Case Administration/Miscellaneous Matters [Category S1]</u>**

  Total Hours: 448.90
  Total Fees:  $388,908.75

27.  This Project Category includes time spent on a variety of tasks that were necessary to ensure the efficient and smooth administration of legal service provided to the Trustee.  Among other things, Foley attorneys and paraprofessionals spent time:

- coordinating, managing, and administering this case on a daily basis, including monitoring critical dates and maintaining a case calendar, task lists, and work-in-progress reports;

- establishing procedures for case administration and docket monitoring;

- ensuring compliance with the service and notice requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules;

- investigating, organizing, and preparing procedures for pursuit of NFA Claims and FAO Claims;

- preparing for and attending regular meetings with the Trustee regarding he status of the case and the prosecution of NFA Claims and FAO Claims, including settlement and mediation updates; and

- managing case management tasks among Foley personnel, the Trustee, and other retained professionals.

28.  Time billed to this Project Category also includes work and meetings related to multiple matters such that the time cannot be easily allocated to one of the other matters.

- **<u>Cash Collateral/DIP Financing [Category S8]</u>**

  Total Hours: 31.00
  Total Fees:  $28,052.10

29.  This Project Category includes time spent by Foley attorneys and paraprofessionals providing services related to the Trustee's use of encumbered cash collateral during the pendency of this case.

4860-5382-0455.20

- **Court Hearings [Category S10]**

> Total Hours:  65.60
> Total Fees:  $59,383.65

30.     This Project Category includes time spent by Foley attorneys providing services related to preparing for and attending several hearings during the Final Fee Period (each a "Hearing" and, collectively, the "Hearings"), including preparing outlines and other materials in preparation for the Hearings and debriefing from the Hearings with the Trustee.  These services also included conferences to discuss multiple matters scheduled for a specific Hearing and coordinating Hearing logistics.

- **Tax Issues [Category S15]**

> Total Hours:  35.30
> Total Fees:  $24,031.35

31.     This Project Category includes time spent by Foley attorneys provided related to analyzing issues related to, among other things:

- the Estate's tax audit and settlement, and communications with the Trustee regarding the same;

- analyzing issues related to the Debtor's conversion from a professional corporation to a limited liability company;

- analyzing tax implications; and

- drafting and reviewing draft K-1 non-disclosure agreement.

- **Retention Applications [Category S17]**

> Total Hours:  0.90
> Total Fees:  $688.50

32.     This Project Category includes time spent by Foley attorneys providing services related to Foley's retention as the Trustee's special counsel, including preparing the Retention Application.

- **Fee Application [Category S19]**

    Total Hours:   51.70
    Total Fees:     $23,260.35

33.      This Project Category includes time spent by Foley attorneys providing services

related to Foley's retention as the Trustee's special counsel.   Specifically, Foley attorneys and

paraprofessionals spent time:

- reviewing all Foley time entries to ensure compliance with confidentiality protocols, applicable provisions of the Bankruptcy Code, and U.S. Trustee Guideline; and

- preparing and revising Foley's Interim Fee Applications; and

- negotiating provisions and amounts in the Interim Fee Applications with interested parties, including, but not limited to, FAO Parties.

- **Fee Application of Others [Category S20]**

    Total Hours:   1.30
    Total Fees:     $850.50

34.      This Project Category includes time spent by Foley attorneys providing services

related to reviewing CR3's fee application for services performed on behalf of the Trustee.

- **Non-Working Travel [Category S22]**

    Total Hours:   10.50
    Total Fees:     $8,640.00

35.      This Project Category includes time spent by Foley attorneys travelling in

connection with their representation of the Trustee for the benefit of the Estate.

- **Insurance [Category S24]**

  Total Hours:   55.20
  Total Fees:    $42,604.20

36.    This Project Category includes time spent by Foley attorneys relating to analyzing various Estate insurance issues.  Specifically, Foley attorneys and paraprofessionals spent time:

- Analyzing Debtor's insurance policies including D&O insurance coverage and defenses that be available to the Debtor's D&Os;

- analyzing Columbia Casualty Company's Motion for Relief from Stay [Dkt. No. 857]; and

- drafting letter to insurance carriers regarding acts and omissions of the Debtor's Dissolution Committee members.

- **Investigation [Category S27]**

  Total Hours:   879.60
  Total Fees:    $438,740.25

37.    This Project Category includes time spent by Foley attorneys providing services related to Foley's retention as the Trustee's special counsel in investigating potential Estate causes of action against various parties.  Specifically, Foley attorneys and paraprofessionals spent time:

- drafting, organizing, and reviewing discovery and document requests to perform investigation;

- developing investigation work plan, key priorities, and areas of focus;

- reviewing and analyzing information and background materials in support of the investigation;

- drafting, revising, and supplementing chronology of key facts and events related to the Debtor for the pursuit of FAO Claims, including, but not limited to, cause of action related to UnitedLex;

- strategizing and developing list of potential interviewees in pursuit of investigation;

- preparing for and performing in-person and on-line investigations of relevant parties and preparing summary of same;

16

- researching potential causes of actions and preparing memoranda regarding same;

- reviewing and analyzing the Debtor's historic financial statements and related documents and preparing materials resulting from same; and

- drafting and revising an initial adversary complaint against UnitedLex and related parties.

38.     Lastly, Foley's computerized records of time expended providing professional services to the Trustee for the benefit of the Estate are attached hereto as **<u>Exhibit G</u>**, and Foley's records of expenses incurred during the Final Fee Period in rendering professional services to the Trustee for the benefit of the Estate are also attached as **<u>Exhibit G</u>**.

## SUMMARY OF EXPENSES
## <u>INCURRED DURING THE FINAL FEE PERIOD</u>

39.     In the ordinary course of Foley's practice, Foley maintains a record of expenses incurred in rendering the professional services required by the Trustee for the benefit of the Estate and for which reimbursement is sought.  Foley has agreed to reduce its expenses in this Amended Application by the total amount of $24,590.00, which reduction pertains to expenses incurred by Foley in connection with Foley's investigative, administrative, and contingency matters.

40.     For the convenience of the Court and all parties in interest, attached hereto as **<u>Exhibit H</u>** is a summary of expenses for the Final Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Foley is seeking reimbursement.

4860-5382-0455.20

## BASIS FOR RELIEF REQUESTED

**A.      Reasonable and Necessary Fees and Expenses
Incurred in Providing Services to the Trustee**

41.      The foregoing professional services provided by Foley on behalf of the Trustee and for the Estate's benefit during the Final Fee Period were reasonable, necessary, and appropriate to the administration of this case and related matters.

42.      Due to the location of the Debtor's business and other parties in interest in relation to Foley's offices, frequent multi-party telephone conferences involving numerous parties were required.  On many occasions, the exigencies and circumstances of this case required overnight delivery of documents and other materials.  The disbursements for such services are not included in Foley's overhead for the purpose of setting billing rates and Foley has made every effort to minimize its disbursements in this case.  The actual expenses incurred in providing professional services were necessary, reasonable, and justified under the circumstances to serve the needs of the Trustee in this case.

43.      Among other things, Foley makes sure that all travel meals, hotel rates, and airfares are reasonable and appropriate expenses for which to seek reimbursement.  Specifically, Foley regularly reviews its bills to ensure that the Estate is only billed for services that were actual and necessary and, where appropriate, prorates expenses.  In that regard, Foley will waive certain fees and reduce its expenses if necessary.  In the Final Fee Period, Foley voluntarily reduced its fees by $158,405.60 and expenses by $24,590.00.  Consequently, Foley does not seek payment of such fees or reimbursement of such expenses in the Amended Application.

44.      Further, in this Amended Application, Foley is not seeking approval or payment of any additional hourly or contingency compensation, or expense reimbursement, that has not already been approved by this Court and previously paid by the Estate.

**B.      Foley's Requested Hourly Compensation and Reimbursement Should Be Allowed on a Final Basis**

45.      Section 331 of the Bankruptcy Code provides for compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.  Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses."  11 U.S.C. § 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including—
>
> (a)      the time spent on such services;
>
> (b)      the rates charged for such services;
>
> (c)      whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (d)      whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and
>
> (e)      whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

46.      Foley respectfully submits that the services for which it seeks approval on a final basis in this Amended Application were reasonable and necessary for and beneficial to Trustee and the Estate.  Foley further believes that during the Investigation Phase it performed the services for the Trustee economically, effectively, and efficiently, and the results obtained benefited not only the Trustee, but also the Estate and the Estate's constituents.  Foley further submits that the compensation requested herein, and previously approved by the Court on an interim basis and

previously paid by the Estate are reasonable considering the nature, extent, and value of such services to the Trustee, the Estate, and all parties in interest.

47.     During the Final Fee Period, Foley's hourly billing rates for attorneys ranged from $270.00 to $1,050.00.  The hourly rates and corresponding rate structure utilized by Foley in this case are equivalent to the hourly rates and corresponding rate structure used by Foley for restructuring, workout, bankruptcy, insolvency, and comparable matters, and similar complex corporate, securities, and litigation matters, whether in court or otherwise, regardless of whether a fee application is required.  Foley strives to be efficient in the staffing of matters.  These rates and the rate structure reflect that such matters are typically national in scope and involve great complexity, high stakes, and severe time pressures—all of which were present in this case.

48.     Moreover, Foley's hourly rates are set at a level designed to compensate Foley fairly for the work of its attorneys and paraprofessionals and to cover certain fixed and routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

49.     In sum, Foley respectfully submits that the professional services provided by Foley on behalf of the Trustee and for the Estate's benefit during this case were reasonable, necessary, and appropriate given the complexity of the issues in this case, the time expended by Foley, the nature and extent of Foley's services provided, the value of Foley's services, and the cost of comparable services outside of bankruptcy, all of which are relevant factors set forth in section 330 of the Bankruptcy Code.  Accordingly, Foley respectfully submits that approval of the hourly-based sought herein is warranted and should be approved on a final basis.

## C.     Foley's Requested Contingent Fees Should Be Allowed

50.     As noted above, Foley requests the entry of an order allowing Foley's Contingent Fees on a final basis covering all Litigation Phase matters it handled for the Trustee as special counsel in the aggregate amount of $1,087,430.18, which were previously approved by the Court and paid by the Estate on an interim basis.  Foley seeks final approval of the allowance of such fees pursuant to this Amended Application.

51.     Foley was engaged on a contingent fee basis under § 328(a) of the Bankruptcy Code.  Section 328(a) provides, in relevant part, as follows:

> The trustee . . . may employ or authorize the employment of a professional person under section 327 or 1103 of this title, as the case may be, on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis. Notwithstanding such terms and conditions, the court may allow compensation different from the compensation provided under such terms and conditions after the conclusion of such employment, if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions.

11 U.S.C. § 328(a).

52.     Under § 328(a), "[o]nce the bankruptcy court has approved a rate or means of payment, such as a contingent fee, the court cannot on the submission of the final fee application instead approve a reasonable fee under § 330(a), unless the bankruptcy court finds that the original arrangement was improvident due to unanticipated circumstances as required by § 328(a)." *In re Airspect Air, Inc.*, 385 F.3d 915, 921 (6th Cir. 2004) (quoting *In re Texas Sec., Inc.*, 218 F.3d 443, 445-46 (5th Cir. 2000)).

53.     Here, the compensation requested in this Amended Application is appropriate under the Foley Retention Order and §§ 328(a) and 330 of the Bankruptcy Code.  Foley is requesting final allowance of the Contingency Fee from Recoveries obtained by the Trustee from

4860-5382-0455.20

all applicable settlements for which this Court already approved on an Interim basis.   This Amended Application thus follows the terms of the Foley Retention Documents and is consistent with § 328(a) of the Bankruptcy Code.

54.    Although this Amended Application is not judged under the standard of "reasonableness," Foley notes that its work for the Trustee on the various litigation matters provided a substantial benefit to the Estate.

## **CONCLUSION**

55.    Foley submits that its significant, complex, and material work for the Trustee throughout this case has yielded outstanding benefits for the Estate and its creditors.   The hourly fees and expenses requested by Foley have previously been approved by this Court as well as the described Contingency Fees in the Interim Fee Applications.   As such, this Amended Application seeks final approval, but no additional payments from the Estate, related to these amounts, even if such amounts were approved on an interim basis but not yet paid by the Estate.


*[Remainder of page intentionally left blank.]*

WHEREFORE, Foley respectfully requests that this Court enter an Order:  (a) allowing Foley's hourly fees on a final basis in the aggregate amount of $1,014,659.20 to the extent already paid or offset by the Estate; (b) allowing Foley's contingent fees related to the Prior Settled FAO Actions and NFA Actions settled by Foley on a final basis in the aggregate amount of $1,087,430.18 to the extent already paid or offset by the Estate; (c) allowing expenses incurred by Foley on a final basis covering all matters it handled while acting as special counsel for the Trustee in the aggregate amount of $101,549.39 to the extent already paid or offset by the Estate; and (d) stating that no further payments are due and owing by the Estate to Foley regardless of the amounts approved herein on a final basis.


Dated: October 25, 2023          Respectfully submitted,


                                 */s/ Jonathan L. Hauser*
                                 Jonathan L. Hauser (VSB 18688)
                                 JONATHAN L. HAUSER, ESQ.
                                 929 Bobolink Dr.
                                 Virginia Beach, VA 23451
                                 (757) 639-7768 (telephone)
                                 jhauser929@gmail.com

                                 - and -

                                 Susan Poll Klaessy (VSB No. 87021)
                                 Geoffrey S. Goodman (Admitted *Pro Hac Vice*)
                                 FOLEY & LARDNER LLP
                                 321 North Clark Street, Suite 3000
                                 Chicago, IL 60654-4762
                                 (312) 832-4500 (telephone)
                                 (312) 832-4700 (facsimile)
                                 spollklaessy@foley.com
                                 ggoodman@foley.com

                                 -

-and -

Holland N. O'Neil (Admitted *Pro Hac Vice*)
Mark C. Moore (Admitted *Pro Hac Vice*)
Andrew A. Howell (Admitted *Pro Hac Vice*)
Stephanie L. McPhail (Admitted *Pro Hac Vice*)
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
(214) 999-3000 (telephone)
honeil@foley.com
mmoore@foley.com
ahowell@foley.com
smcphail@foley.com
*Counsel to Foley & Lardner LLP*

4860-5382-0455.20

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on the 25th day of October 2023, a true copy of the foregoing Amended Application was served via first-class and/or electronic mail to Kathryn Montgomery and/or Shannon F. Pecoraro, Esquire, Trial Attorney for the Office of the United States Trustee, and all parties receiving ECF notices.  Notification of the filing of this Amended Application and amounts sought therein will be served on (a) the Debtor's 20 Largest Unsecured Creditors; (b) all known secured creditors from the Debtor's Official Form 106D); (c) the Core Parties and 2002 List as defined in the Case Management Order; and (d) all parties requesting service of pleadings in this Case.

         */s/ Jonathan L. Hauser*
         Counsel to Foley & Lardner LLP

4860-5382-0455.20

# **Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | |
| | Case No.: 19-34574-KRH |
| **LeClairRyan PLLC,** | |
| | Chapter 7 |
| Debtor.[1] | |

## DECLARATION OF GEOFFREY S. GOODMAN

Pursuant to 28 U.S.C. § 1746, I, Geoffrey S. Goodman, hereby declare as follows under penalty of perjury:

1.      I am a partner at the law firm of Foley & Lardner LLP ("Foley") and am located at Foley's Chicago office at 321 N. Clark Street, Suite 3000, Chicago, Illinois 60654.  I am co-chair of Foley's Bankruptcy & Business Reorganizations Practice and a member of the Appellate Practice.  I am a member in good standing of the state bars of Illinois and Maryland.  I have been admitted to practice before, am in good standing with, (a) the United States District Courts for the Northern District of Illinois, the Central District of Illinois, the District of Maryland and the Eastern District of Michigan, (b) the Fourth, Sixth and Seventh Circuit Court of Appeals, and (c) the Supreme Court of the United States.

2.      I submit this declaration ("Declaration") in support of the *Amended Final Application of Foley & Lardner LLP, as Special Counsel to the Trustee, for Approval and Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from January 30, 2023 through March, 2023* (the "Amended Application").[2]

---

[1] The principal address of LeClairRyan PLLC as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Amended Application.

3.       Prior to filing this Amended Application, drafts of the Amended Application, this Declaration and the form of Final Order approving the Amended Application were provided to the Trustee for her review and comment.  The Trustee approves the Amended Application and the form of the Final Order.

4.       I have read the foregoing Amended Application of Foley, special counsel for the Trustee.  To the best of my knowledge, information and belief, including information supplied to me by other Foley attorneys and staff, the statements contained in the Amended Application are true and correct.  Pursuant to 28 U.S.C. § 1746, I hereby declare under the penalty of perjury that the foregoing is true and correct.


Executed on October 25, 2023.

                                                       */s/ Geoffrey S. Goodman*
                                                       Geoffrey S. Goodman

2

# **<u>Exhibit B</u>**

# ■FOLEY

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
WASHINGTON HARBOUR
3000 K STREET, N.W.
SUITE 600
WASHINGTON, D.C.  20007-5109
202.672.5300 TEL
202.672.5399 FAX
foley.com

January 16, 2020

202.295.4791
emorabito@foley.com

CLIENT/MATTER NUMBER

VIA EMAIL ONLY (LTAVENNER@TB-LAWFIRM.COM)

Lynn L. Tavenner, Chapter 7 Trustee of the
Bankruptcy Estate of LeClairRyan, PLLC
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219

    Re:  Engagement Letter Agreement

Dear Lynn:

   Thank you for selecting Foley & Lardner LLP (the "Firm" and/or "Foley") to represent you in your capacity as Chapter 7 Trustee, and solely in your capacity as the Chapter 7 Trustee ("you" or the "Trustee") of the bankruptcy estate (the "Estate") of *In re LeClairRyan PLLC,* (the "Debtor") in Case No. 19-34574, currently pending in the United States Bankruptcy Court (the "Court" and/or "Bankruptcy Court") for the Eastern District of Virginia, Richmond Division (the "LeClairRyan Bankruptcy").  The purpose of this Engagement Letter Agreement (the "Agreement") is to ensure that we have a clear understanding of our working relationship going forward.  Please do not hesitate to contact us if you have any concerns.

  **1.**  **Scope of Engagement**

   This Agreement confirms the terms of this matter.  As we discussed, the scope of our engagement will be split into two different phases (collectively, both phases are referred to herein as the "Matter").

   a.  **Investigative Phase:**  In the Investigative Phase, Foley will investigate and assess the potential claims (the "Claims") belonging to the Estate and report to the Trustee regarding the existence, viability, and collectability of the Claims.  The Claims may include, among other things, Chapter 5 claims, fraudulent transfers, excessive compensation, breaches of fiduciary duty, and/or unjust enrichment.  The Claims that Foley will pursue will not include any malpractice claims against former lawyers of the Debtor or claims against current employers of former lawyers of the Debtor.  As part of the Investigative Phase, Foley will make a recommendation to the Trustee that will include, among other things, proposed next steps as it relates to the prosecution of some or all of the Claims.

| | | | | |
|---|---|---|---|---|
| AUSTIN | DETROIT | MEXICO CITY | SACRAMENTO | TAMPA |
| BOSTON | HOUSTON | MIAMI | SAN DIEGO | WASHINGTON, D.C. |
| CHICAGO | JACKSONVILLE | MILWAUKEE | SAN FRANCISCO | BRUSSELS |
| DALLAS | LOS ANGELES | NEW YORK | SILICON VALLEY | TOKYO |
| DENVER | MADISON | ORLANDO | TALLAHASSEE | |

**FOLEY**

FOLEY & LARDNER LLP

Lynn L. Tavenner
January 16, 2020
Page 2

       b.    **Litigation Phase:** To the extent that you determine that it is in the best interest of the Estate to pursue certain Claims, through litigation or otherwise, and Foley agrees with your determination as to each and every Claim that should be pursued, Foley agrees to pursue such Claims through litigation and/or other means on the terms and conditions set forth herein. The pursuit of such Claims shall be deemed the "Litigation Phase" of the representation.

       To the extent the Firm and you agree, the Firm may commence the Litigation Phase on certain Claims notwithstanding that the Firm has not completed the Investigation Phase on all Claims. The Firm will bill as appropriate for particular work being done even if in concurrent phases.

    2.    **Staffing**

       I will have primary responsibility for the Matter, but will utilize other Firm attorneys and paraprofessionals when that is appropriate and cost effective. We will keep you informed of our progress, and will utilize our best efforts to respond to you as promptly as possible. In return, you agree to keep us informed of any developments that affect the Matter as soon as you become aware of them, and to be available when we need to consult with you.

    3.    **Conflicts of Interest, Advance Waiver of Conflicts, and Client Identity**

       As we previously have discussed, we have determined that there is no present conflict of interest that prevents us from working on the Matter. However, as a large law firm, there may be instances where you ask us to represent the Estate in a matter that involves another existing or new client of the Firm. Or, conversely, the Firm may be asked during the course of our representation of you to represent another existing or new client in a matter that involves you. In either instance, if the other client's interests and your interests in the matter are directly adverse, the Firm may not handle the matter without your consent. By executing or otherwise affirming the terms of this Agreement, you consent now to such instances in connection with the following types of matters:

          a.    Counseling, advice, and negotiation regarding agreements, rights, or obligations, and preparation of documents unrelated to you and/or the Estate.

          b.    Arbitration, litigation, or other contested proceeding unrelated to you and/or the Estate.

          c.    Advocacy before federal, state, and local governments and non-judicial governmental entities in matters unrelated to you and/or the Estate.

          d.    Bankruptcy or insolvency proceedings in which the client may have an interest.

**FOLEY**

FOLEY & LARDNER LLP

Lynn L. Tavenner
January 16, 2020
Page 3

       e.     Evaluation of intellectual property rights, such as claim scope analysis, infringement analysis, invalidity analysis, or analysis with respect to any other statutory or non-statutory requirement, participation in connection with contested and uncontested intellectual property proceedings before the USPTO, or prosecuting non-interfering IP for another client in a related technology.

The Firm agrees that it will not handle directly adverse matters for other clients that are substantially related to any work the Firm performs for you.

This consent shall also permit the Firm to represent in the future any other parties who are or become adversely involved in any matters in which the Firm represents you, provided that the matters in which the Firm represents those other parties are not substantially related to any work the Firm performs for you.

**4.**     <u>**Fees and Billing**</u>

The fees and costs for the Matter are not predictable. Therefore, we cannot promise what fees or expenses will be necessary to resolve or complete the Matter. Any fees and costs we might have previously discussed are estimates only.

       a.     During the Investigative Phase, it is agreed that the Estate will compensate Foley for services, subject to the professional responsibility and other rules governing our practice, based on the time devoted to the Matter at the hourly rates charged by members of the Firm, subject to a 10% discount. Currently, the hourly rates of the attorneys who will likely work on this matter range from $355 to $1,250. Our paraprofessional rates range from $60 to $320. My hourly rate for the Matter is currently $1,050. These rates may change from time to time.

       b.     During the Litigation Phase, for any Claims which the Trustee and Foley should determine should be pursued, it is agreed that the Estate will compensate us for services, subject to the professional responsibility and other rules governing our practice, based on the total recoveries on the Claims or the net value to the Estate of any release of claims against the Estate (the "Recoveries"). Foley shall receive 30% of the Recoveries. Notwithstanding anything to the contrary herein, the compensation for the avoidance of any lien shall be mutually agreed to on a case-by-case basis by the Trustee and Foley. Under no circumstance, however, shall the total compensation for the avoidance of any lien exceed 30% of the Recoveries.

       c.     Allowance and payment of all fees paid to Foley by the Trustee shall be governed by Section 330 of the Bankruptcy Code. As part of the representation, Foley agrees that it will submit fee applications to the Bankruptcy Court with no frequency greater than on a quarterly basis. Foley also agrees to provide the Trustee with monthly

**FOLEY**

FOLEY & LARDNER LLP

Lynn L. Tavenner
January 16, 2020
Page 4

fee statements and other monthly reports regarding the work Foley is performing on behalf of the Trustee when requested and upon reasonable notice by the Trustee.

       d.      Any approved Foley fee application shall be paid in full, to the extent that the Trustee has sufficient funds (including reserve funds sufficient for the operation of the Estate). Notwithstanding the foregoing, to the extent the Estate, in the Trustee's sole discretion, does not believe that it can pay any given Foley approved fee application in full, the Trustee will determine how much can be paid and will notify Foley of same. The Trustee agrees that any unpaid amounts will be carried forward and will be paid as soon as the Trustee determines that there are sufficient funds available in the Estate to pay past and current approved Foley fee applications in full. In other words, a balance due will continue to accrue and will be paid in full when the Estate has sufficient resources to do so.

**5.**      <u>Costs</u>

       a.      We will bill the Estate for support services, such as photocopy, messenger and delivery service, online research, travel, court costs, and search and filing fees. We do not bill long distance telephone charges or for conference calls. If we arrange a video conference on the Estate's behalf, we will bill at rates established by the service provider. Certain support services that involve equipment or staffing or that require payments to third parties may include additional charges that reflect our internal costs. It is our policy to provide the most cost effective and efficient support systems available. Please note that some of our vendors provide the Firm credits based on volume usage at no additional cost to the Estate. The Firm uses these credits to offset the cost of these types of services for our pro bono clients. In addition, please note that if you request the Firm to conduct electronic processing, we will charge a fee designed to offset our cost. Although we try to adjust our fees below market, fluctuations in the market could result in the Firm making a profit for these services.

       b.      To cover these expenses, Foley will receive from the Trustee an initial advance of $25,000.00 to be used by Foley for the payment of actual and reasonable costs and expenses, as approved by the Bankruptcy Court, incurred during either the Investigative or Litigation Phases. Foley may request the Trustee to advance on behalf of the Estate additional amounts toward the payment of costs and its expenses if the initial amount is insufficient or near exhaustion.

       c.      You agree that we can make arrangements to have the Estate billed directly by third parties, or the Estate, upon appropriate Court approval, will pay directly invoices which we receive for costs from third parties, such as costs for consultants, appraisers, court reporters, technical support, foreign attorneys, or other parties that render billable services during the Matter. If arrangements have not been made for direct billing or direct

Lynn L. Tavenner
January 16, 2020
Page 5

payment by the Estate for third-party costs, you agree that we may pay these invoices on
the Estate's behalf after we have first been paid by the Estate for such costs.

6.      **Retainer Requirements**

Our representation will not commence until we receive from the Estate funds in the amount
of $50,000 unless otherwise agreed by Foley & Lardner. These funds will remain in our client trust
account for the duration of our representation, and any remaining balance will be used to pay Foley's
final fee application. We reserve the right to use any part of said funds to satisfy a delinquent
payment.

7.      **Limitations of Liability**

Foley & Lardner LLP is a limited liability partnership under the laws of Wisconsin. This
means the Estate's right to recover damages in a legal malpractice action that may exceed our
insurance and Firm assets is limited to the personal assets of the attorneys whose acts or omissions
gave rise to the Estate's claim.

8.      **Termination of Representation**

a.      Either of us may terminate this Agreement at any time for any reason by
written notice. The Firm is subject to applicable rules of professional conduct when
terminating a client engagement. If we terminate the engagement, the Firm will take all
reasonable and practical steps to protect the Estate's interests in the Matter and, at your
request, suggest possible new counsel. We will provide new counsel with any papers you
have given us. If permission from the court is necessary for withdrawal, we will promptly
apply for it, and you will engage new counsel to represent the Estate.

b.      Unless previously terminated, our representation of you in the Matter will
end when we send our final invoice. After the Matter ends, there might be changes in
laws or regulations that might affect your future rights and liabilities, but the Firm does
not have an obligation to continue to advise you about future legal developments, unless
you engage us to do so.

9.      **Disposition of Files and Records**

a.      Following the conclusion of the Matter, we will maintain the
confidentiality of any of your confidential information provided us in accordance with
applicable rules of professional conduct. We will attempt to return to you any original
documents provided by you, or provided by a third party, unless you provide written
authorization to destroy them.

**FOLEY**

FOLEY & LARDNER LLP

Lynn L. Tavenner
January 16, 2020
Page 6

     b.     The Firm has internal policies that determine the retention period for closed representation files, which includes all electronic or hard copy records related to the Matter. Therefore, we will retain the files pertaining to the Matter, including material prepared by or for the internal use of our attorneys, for a minimum period of ten (10) years following the conclusion of the Matter. Therefore, if you do not request return of this file material prior to the expiration of the retention period, the Firm reserves the right to destroy it at the end of the defined retention period without further notice to the Estate. Upon your reasonable request, the Firm will provide such portions of these file materials to you as required by the applicable rules of professional responsibility or other legal requirements. Unless applicable rules of professional responsibility require an earlier return, we may retain such file material pending receipt of payment of any outstanding fees or costs. The Firm reserves the right to retain a copy of your representation files.

**10.**     <u>**Communication**</u>

     a.     We often send our clients information about the Firm or legal matters we think might be of interest to them. You agree that we may send you this material, either by electronic mail or other means. You also agree that we may communicate with you about this Matter by electronic mail on an unencrypted basis.

     b.     Either at the beginning or during representation, we might express opinions or beliefs concerning the Matter and the results that might be anticipated. Any such statement made by us is an expression of opinion only and is not a promise or guarantee of results.

     c.     You agree that the Firm may list you on publicly disclosed lists and other materials as a client that the Firm represents.

**11.**     <u>**Additional Counsel**</u>

     The Firm understands that (a) the Trustee previously filed an application to employ the law firm of Tavenner & Beran, PLC ("Tavenner & Beran") as bankruptcy counsel and (b) the Court authorized said employment. The Firm further understands the necessity to, and has agreed to, coordinate with Tavenner & Beran to minimize any duplication of efforts and to provide services to the Estate in a cost effective and efficient manner.

     Please confirm your approval of this Agreement by returning a signed copy subject to all requisite Court approval. If you have any questions, or if this Agreement does not accurately set forth our arrangement, please let me know.

     We look forward to working with you on this Matter.



FOLEY & LARDNER LLP

Lynn L. Tavenner
January 16, 2020
Page 7

Sincerely,

FOLEY & LARDNER LLP

Erika L. Morabito

Enclosures

AGREED AND ACCEPTED:

Lynn Tavenner, as Chapter 7 Trustee for *In re: LeClairRyan*

BY: _____

_____
(Date)

# **Exhibit C**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

      LeClairRyan, PLLC,[1]

      Debtor

Case No.
19-34574-KRH

Chapter
7

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF FOLEY & LARDNER LLP AS SPECIAL COUNSEL

This matter came before the Court upon the Trustee's Application to Retain and Employ Foley & Lardner LLP as Special Counsel (the "**Application**"). The Court (a) having reviewed (i) the Application and (ii) Verified Statement of Erika L. Morabito of Foley & Lardner pursuant to Fed. R. Bankr. P. 2014(a) (the "**Morabito Statement**"), a partner in the law firm of Foley & Lardner LLP ("**Foley & Lardner**"), attached to the Application as Exhibit 2; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Application and the Morabito Statement establish just cause for the relief granted herein;

THE COURT HEREBY FINDS THAT:

A.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
David N. Tabakin, Esquire (Va. Bar No. 82709)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

B.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C.      Notice of the Application (and service of the proposed order) was sufficient under the circumstances.

D.      The Application and the Morabito Statement are in full compliance with all applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court.

E.      Foley & Lardner does not represent or hold any interest adverse to the Debtor or to the Estate with respect to the matter on which it is to be employed.

F.      Foley & Lardner is a "disinterested person," as defined in § 101(14) of the Bankruptcy Code.

G.      The retention and employment of Foley & Lardner in accordance with the Application and this Order is in the best interest of the Estate.

IT IS HEREBY ORDERED THAT:

1.      The Application is hereby APPROVED.

2.      Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

3.      Pursuant to § 327(e) of the Bankruptcy Code, the Trustee is authorized to employ Foley & Lardner as special counsel to represent her in the following matters:

> (a) Investigation of potential claims (the "**Investigation Phase**"), including but not limited to, Chapter 5 claims, fraudulent transfers, excessive compensation, breaches of fiduciary duty, and/or unjust enrichment. As part of the Investigative Phase, Foley & Lardner will make a recommendation to the Trustee that will include, among other things, proposed next steps as it relates to the prosecution of some or all of the claims. The claims that Foley & Lardner will pursue will not include any malpractice claims against former

        lawyers of the Debtor or claims against current employers of former lawyers of the Debtor; and

(b) To the extent that the Trustee determines that it is in the best interest of the Estate to pursue claims, through litigation or otherwise, and Foley & Lardner agrees with the Trustee's determination as to each and every claim that should be pursued, Foley & Lardner will pursue such claims through litigation and/or other means. The pursuit of such claims shall be deemed the "**Litigation Phase**" of the representation.

Collectively, the claims and causes of action described above are referred to as the "**Claims**." To the extent Foley & Lardner and the Trustee agree, Foley & Lardner may commence the Litigation Phase on certain Claims notwithstanding that Foley & Lardner has not completed the Investigation Phase on all Claims. Foley & Lardner shall bill as appropriate for particular work being done even if in concurrent phases:

        4.      Approval of Foley & Lardner's fees shall be subject to further order of the Court. Foley & Lardner's fees and expenses during the Investigative Phase are subject to the Court's approval pursuant to § 330 of the Bankruptcy Code. Any contingency fee earned by Foley & Lardner earned during the Litigation Phase is subject to the Court's approval pursuant to § 328 of the Bankruptcy Code.

        5.      The Trustee is authorized to retain and employ Foley & Lardner as special counsel, pursuant to § 327(e) of the Bankruptcy Code, retroactive to January 30, 2020.

Entered: Feb 6 2020

            /s/ Kevin R Huennekens
            _____
             UNITED STATES BANKRUPTCY JUDGE

            Entered on Docket:Feb 10 2020

I ask for this:

/s/ *Paula S. Beran*
Paula S. Beran, Esquire (VSB No. 34679)
David N. Tabakin, Esquire (VSB No. 82709)
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178
       *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Seen and not objected to:

/s/ *Kenneth N. Whitehurst, III* (Permission to affix signature received via email dated 02/04/2020)
Kenneth N. Whitehurst, III, Esquire
Shannon F. Pecoraro, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
(804) 771-8004
       *Office of the United States Trustee*

## CERTIFICATION

I hereby certify under Local Rule 9022-1 that the foregoing proposed Order was served on all requisite parties and has been endorsed by all necessary parties.

                                 /s/ *Paula S. Beran*
                                 Paula S. Beran, Esquire

Service List for Entered Order:
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219

Kenneth N. Whitehurst, III, Esquire
Shannon F. Pecoraro, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

**Exhibit D**

**Summary of NFA Recoveries**

| Name | Settlement Amount | Funds Received | Amount Owed to Foley |
|------|------------------:|---------------:|---------------------:|
| 11th & Cochran, LLC* | $ 3,500.00 | $ 3,500.00 | $ 1,050.00 |
| ABM Parking Services | $ 500.00 | $ 500.00 | $ 150.00 |
| Aderant North America, Inc. | $ 10,720.00 | $ 10,720.00 | $ 3,216.00 |
| Admiral Cochrane LLC | $ 7,500.00 | $ 7,500.00 | $ 2,250.00 |
| American Express Company | $ 32,450.00 | $ 32,450.00 | $ 9,735.00 |
| BCal, LLC | $ 17,500.00 | $ 17,500.00 | $ 5,250.00 |
| Brian Richard Matlaga | $ 8,500.00 | $ 8,500.00 | $ 2,550.00 |
| Clarivate Analytics (Copumark), Inc. | $ 19,860.40 | $ 19,860.40 | $ 5,958.12 |
| ConvergeOne, Inc. | $ 66,938.20 | $ 66,938.20 | $ 20,081.46 |
| De Lage Landen Financial Services, Inc | $ 16,963.00 | $ 16,963.00 | $ 5,088.90 |
| Driven, Inc. | $ 6,500.00 | $ 6,500.00 | $ 1,950.00 |
| Excalibur Data Systems Inc. | $ 8,809.51 | $ 8,809.51 | $ 2,642.85 |
| Express Network, Inc. | $ 7,100.00 | $ 7,100.00 | $ 2,130.00 |
| EYP Realty LLC | $ 500.00 | $ 500.00 | $ 150.00 |
| Federal Express Corporation | $ 5,375.00 | $ 5,375.00 | $ 1,612.50 |
| First Legal Network, LLC | $ 4,725.20 | $ 4,725.20 | $ 1,417.56 |
| Gerardo Mendez-Picon, M.D. | $ 6,050.00 | $ 3,600.00 | $ 1,080.00 |
| GLC Business Services, Inc. | $ 98,585.00 | $ 98,585.00 | $ 29,575.50 |
| Granite Telecommunications | $ 1,500.00 | $ 1,500.00 | $ 450.00 |
| Huseby, Inc. | $ 9,000.00 | $ 9,000.00 | $ 2,700.00 |
| iNSERViO3 | $ 2,500.00 | $ 2,500.00 | $ 750.00 |
| Integreon Managed Solutions (ND) Inc. | $ 56,547.15 | $ 56,547.15 | $ 16,964.15 |
| IntelePeer Holdings | $ 20,000.00 | $ 20,000.00 | $ 6,000.00 |
| Iridium Technology, LLC | $ 6,026.00 | $ 6,026.00 | $ 1,807.80 |
| KLDiscovery (Superior Document Services) | $ 500.00 | $ 500.00 | $ 150.00 |
| Lanier Parking System | $ 1,500.00 | $ 1,500.00 | $ 450.00 |
| LD Lower Holdings, Inc. | $ 33,235.68 | $ 33,235.68 | $ 9,970.70 |
| Leeper Appraisal Services | $ 1,000.00 | $ 1,000.00 | $ 300.00 |
| LinkedIn Corporation | $ 22,907.50 | $ 22,907.50 | $ 6,872.25 |
| Litigation Services & Technologies of Nevada | $ 4,865.00 | $ 4,865.00 | $ 1,459.50 |
| Masergy Communications Inc.* | $ 72,100.00 | $ 72,100.00 | $ 21,630.00 |
| MPR Associates, Inc. | $ 11,978.04 | $ 11,978.04 | $ 3,593.41 |
| Nationwide Legal | $ 19,064.58 | $ 19,064.58 | $ 5,719.37 |
| Planet Depos, LLC | $ 10,000.00 | $ 10,000.00 | $ 3,000.00 |
| Proofpoint | $ 1,000.00 | $ 1,000.00 | $ 300.00 |

| Name | Settlement Amount | | Funds Received | | Amount Owed to Foley | |
|---|---|---|---|---|---|---|
| Regus Corporation | $ | 3,554.16 | $ | 3,554.16 | $ | 1,066.25 |
| RevisMedia, Inc. | $ | 1,000.00 | $ | 1,000.00 | $ | 300.00 |
| Richmond Express, Inc. | $ | 13,824.84 | $ | 13,824.84 | $ | 4,147.45 |
| Robertson Liebler Development Group, L.L.C. * | $ | 37,500.00 | $ | 37,500.00 | $ | 11,250.00 |
| SHI International Corp. | $ | 12,500.00 | $ | 12,500.00 | $ | 3,750.00 |
| Staples | $ | 1,500.00 | $ | 1,500.00 | $ | 450.00 |
| United Educators Insurance | $ | 15,815.04 | $ | 15,815.04 | $ | 4,744.51 |
| West Payment Center | $ | 90,000.00 | $ | 90,000.00 | $ | 27,000.00 |
| | **TOTAL** | | **$** | **774,994.30** | **$** | **232,498.29** |

* Foley has not sought allowance of these Contingent Fees in prior Interim Fee Applications.

**Exhibit E**

**Summary of Hourly Fees Billed by Project Category**

| Task Code | Project Categories | Total Hours | Total Fees |
|-----------|-------------------|-------------|------------|
| S1 | Case Administration/Miscellaneous Matters | 448.90 | $388,908.75 |
| S8 | Cash Collateral/DIP Financing | 31.00 | $28,052.10 |
| S10 | Court Hearings | 65.60 | $59,383.65 |
| S15 | Tax Issues | 35.30 | $24,031.35 |
| S17 | Retention Applications | 0.90 | $688.50 |
| S19 | Fee Application | 51.70 | $23,260.35 |
| S20 | Fee Application of Others | 1.30 | $850.50 |
| S22 | Non-Working Travel | 10.50 | $8,640.00 |
| S24 | Insurance | 55.20 | $42,604.20 |
| S27 | Investigation | 879.60 | $438,740.25 |
| | **TOTAL** | **1,580.00** | **$1,015,159.20** |

## Exhibit F

### Summary of Hours Billed by Working Timekeeper

| Name of Professional | Title | Year Admitted | Department | Hourly Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Barry Felder | Partner | 1977 | Business Litigation & Dispute Resolution | $936.00 | 14.50 | $13,572.00 |
| David A. Hickerson | Partner | 1987 | Government Enforcement Defense & Investigations | $954.00 | 1.20 | $1,144.80 |
| Ethan D. Lenz | Partner | 1996 | Insurance | $756.00 | 16.70 | $12,625.20 |
| Erika L. Morabito | Partner | 1999 | Bankruptcy & Business Reorganizations | $1,050.00 | 303.40 | $318,570.00 |
| Brittany J. Nelson | Partner | 2005 | Bankruptcy & Business Reorganizations | $765.00 | 214.30 | $163,939.50 |
| Raj Tanden | Partner | 1996 | Business Law | $990.00 | 9.30 | $9,207.00 |
| Rohan Virginkar | Partner | 2004 | Government Enforcement Defense & Investigations | $688.50 $733.50[2] | 305.00 9.20 | $209,992.50 $6,7488.20 |
| Joshua A. Agen | Of Counsel | 2007 | Tax, Benefits & Estate Planning | $585.00 | 2.60 | $1,521.00 |
| Lauren A. Champaign | Senior Counsel | 2011 | Business Litigation & Dispute Resolution | $549.50 | 11.80 | $6,478.20 |
| Emil P. Khatchatourian | Senior Counsel | 2009 | Bankruptcy & Business Reorganizations | $535.50 $571.50[2] | 6.80 12.30 | $3,641.40 $7,029.45 |
| Emily O'Leary | Senior Counsel | 2009 | Business Litigation & Dispute Resolution | $432.00 | 27.40 | $11,836.80 |
| Olivia Singelmann | Senior Counsel | 2012 | Government Enforcement Defense & Investigations | $526.50 | 175.70 | $92,506.05 |
| Jack Haake | Associate | 2011 | Bankruptcy & Business Reorganizations | $463.50 | 8.50 | $3,939.75 |
| Victoria Inojosa | Associate | 2019 | Business Litigation & Dispute Resolution | $310.50 | 96.20 | $29,870.10 |
| Alyssa Markenson | Associate | 2015 | Business Litigation & Dispute Resolution | $360.00 | 18.90 | $6,804.00 |
| Ashley E. May | Associate | 2011 | Tax, Benefits & Estate Planning | $427.50 | 16.10 | $6,882.75 |
| Kelly S. Milliron | Associate | 2019 | Business Litigation & Dispute Resolution | $270.00 | 37.70 | 10,179.00 |
| Timothy C. Mohan | Associate | 2014 | Bankruptcy & Business Reorganizations | $495.00 $540.00[2] | 27.80 0.60 | $13,761.00 $324.00 |
| Alyssa Nennig | Associate | 2015 | Business Litigation & Dispute Resolution | $360.00 | 64.10 | $23,076.00 |
| Jenlain Scott | Associate | 2018 | Business Litigation & Dispute Resolution | $333.00 | 161.40 | $53,746.20 |

---

[1] These billing rates represent a ten (10) percent discount of Foley's standard hourly rates, as stated in the Foley Retention Application and per entry of the Foley Retention Order

[2] This billing rate reflects an increase in Foley's hourly rates, which became effective on February 1, 2021.

| Name of Professional | Title | Year Admitted | Department | Hourly Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| David Levintow | Summer Associate | 2020 | Business Litigation & Dispute Resolution | $225.00 | 1.30 | $292.50 |
| Carlos D. Freitas | Paralegal Case Lead | N/A | Business Litigation & Dispute Resolution | $265.50 | 0.80 | $212.40 |
| Janelle Harrison | Paralegal | N/A | Bankruptcy & Business Reorganizations | $207.00 | 31.30 | $6,502.05 |
| Tamar Prince | Project Assistant | N/A | Litigation | $148.50 | 5.10 | $757.35 |
| **Total** | | | | | **1,580.00** | **$1,015,159.20** |
| **Blended Hourly Rate for All Timekeepers** | | | | | **$642.51** | |

4860-5382-0455.14

## **Exhibit G**

**Foley Time and Expense Records**

4860-5382-0455.14

## **Exhibit G**

**(Foley Invoices – First Interim Period)**



**FOLEY & LARDNER LLP**
WASHINGTON HARBOUR
3000 K STREET, N.W.
SUITE 600
WASHINGTON, D.C. 20007-5109
TELEPHONE (202) 672-5300
FACSIMILE (202) 672-5399
WWW.FOLEY.COM

*Time entries prior to date of retention (Jan. 30, 2020)
redacted and not included in fee application.

Lynn L. Tavenner, Chapter 7 Trustee of the Bankruptcy Estate
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, VA 23219

Date: May 6, 2020
Invoice No.: 50014327
Our Ref. No.: 124772-0101

Services through February 12, 2020

Amount due for professional services rendered regarding
LeClairRyan PLLC

$1,365.00

**Amount Due:**                              **$1,365.00**

**Please reference your account number 124772-0101 and your invoice
number 50014327 with your remittance payable to Foley & Lardner LLP.
Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50014327

Page 2
Foley & Lardner LLP
May 06, 2020

---

## Professional Services Detail

### Case Administration/Miscellaneous Matters

| 01/29/20 | ELMH | *Time entry redacted - prior to date of retention. | | |
|---|---|---|---|---|
| 01/31/20 | ELMH | Telephone conference with Mr. R. Virginkar and Ms. B. Nelson regarding status of case, summary of various pleadings, updates regarding certain former LeClair officers, and strategy with respect to upcoming meeting with Ms. L. Tavenner and Ms. P. Beran at administrative offices of LeClairRyan on February 3, 2020. | 1.30 | $1,365.00 |
| | | Task Total: | 1.30 | $1,365.00 |
| | | Services Total: | 1.30 | $1,365.00 |



**FOLEY & LARDNER LLP**
WASHINGTON HARBOUR
3000 K STREET, N.W.
SUITE 600
WASHINGTON, D.C. 20007-5109
TELEPHONE (202) 672-5300
FACSIMILE (202) 672-5399
WWW.FOLEY.COM

<span style="color:red; border:1px solid red;">Redacted</span>

**\*Time entry prior to date of retention (Jan. 30, 2020) redacted and not included in fee application.**

Lynn L. Tavenner, Chapter 7 Trustee of the Bankruptcy Estate
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, VA 23219

Date: May 6, 2020
Invoice No.: 50014316
Our Ref. No.: 124772-0101

---

Services through March 18, 2020

Amount due for professional services rendered regarding
LeClairRyan PLLC                                                        $101,099.25

Total Expenses:              $4,940.00
                           _____

**Amount Due:**              **$106,039.25**

---

**Please reference your account number 124772-0101 and your invoice number 50014316 with your remittance payable to Foley & Lardner LLP. Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

| | | | | |
|---|---|---|---|---|
| **Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC** | | | | Page 2 |
| Our Ref. No.: 124772-0101 | | | | Foley & Lardner LLP |
| Invoice No.: 50014316 | | | | May 06, 2020 |

## Professional Services Detail

### Case Administration/Miscellaneous Matters

| | | | | |
|---|---|---|---|---|
| 02/03/20 | ELMH | Call with Mr. R. Virginkar in advance of meeting with Ms. L. Tavenner and Ms. P. Beran to discuss factual background of the case (0.70); meeting with Ms. L. Tavenner, Ms. P. Beran and various wind-down employees of LeClairRyan to review documents at the LeClair offices and to discuss the case and outline of plan for the administration of the estate (7.30); post meeting debrief with Ms. B. Nelson and Mr. R. Virginkar regarding draft task list and follow up items in light of information obtained from the Chapter 7 Trustee and wind-down employees of the Estate (0.60). | 8.60 | $9,030.00 |
| 02/04/20 | BJN | Follow up with Mr. R. Virginkar and others regarding needed information (0.10). | 0.10 | $76.50 |
| 02/04/20 | ELMH | Review of multiple documents provided by Ms. L. Tavenner as it relates to various claims and potential causes of action of the Estate (1.30); meeting with Ms. B. Nelson and Mr. R. Virginkar regarding investigation plan changes based upon requests of client (0.40); attend to proposed interview list based upon information obtained from current and former employees and lawyers at LeClair (0.70). | 2.40 | $2,520.00 |
| 02/05/20 | ELMH | Review and respond to e-mail correspondence from Ms. P. Beran regarding documents and information regarding certain claims and questions for Foley regarding same(0.20); call with Ms. B. Nelson to discuss follow up items requested by Chapter 7 Trustee (0.20). | 0.40 | $420.00 |
| 02/05/20 | ELMH | Review and respond to e-mail correspondences from Ms. P. Beran regarding various tax and 401(k) issues to be addressed by Foley. | 0.30 | $315.00 |
| 02/05/20 | JCH | Participate in LeClairRyan orientation call with Ms. B. Nelson and Mr. J. Haake. | 0.50 | $103.50 |
| 02/05/20 | OSS | Participate in call with Ms. B. Nelson and Mr. R. Virginkar regarding strategy for commencing investigation. | 0.90 | $473.85 |
| 02/06/20 | BJN | Draft Notice of Appearance and arrange for filing of same. | 0.30 | $229.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**        Page 3
**LeClairRyan, PLLC**        Foley & Lardner LLP
Our Ref. No.: 124772-0101        May 06, 2020
Invoice No.: 50014316

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/06/20 | ELMH | Review of information provided by Ms. L. Tavenner regarding information relating to certain claims likely to be pursued by the estate. | 0.40 | $420.00 |
| 02/06/20 | ELMH | Telephone conference with Ms. B. Nelson regarding action items and timeline for hearing on February 25, 2020 (0.60); e-mail exchanges with Ms. L. Tavenner and Mr. P. Beran regarding same (0.30); e-mail with Mr. R. Virginkar regarding document retention and review and diligence and litigation investigation plan strategy (0.40). | 1.30 | $1,365.00 |
| 02/06/20 | OSS | Correspond with Ms. B. Nelson and Mr. R. Virginkar regarding document collection and review issues. | 0.30 | $157.95 |
| 02/07/20 | BJN | Draft task list and related conference with Ms. E. Morabito regarding same. | 0.40 | $306.00 |
| 02/08/20 | ELMH | Review and respond to e-mail correspondence from Ms. P. Beran and Ms. L. Tavenner regarding information and requests of the Chapter 7 Trustee as it relates to the pursuit of very specific claims to be pursued by Foley on behalf of the Trustee. | 0.40 | $420.00 |
| 02/10/20 | BJN | Follow up with Mr. R. Virginkar regarding issues related to document collection, related issues (0.10); attend to other matters regarding issues regarding document collection (0.20). | 0.30 | $229.50 |
| 02/10/20 | ELMH | Review and respond to e-mail correspondence from Ms. P. Beran regarding draft proposed motions for prosecution, mediation, and settlement in AR matters and NFA Avoidance Actions (0.30); review and comment on proposed drafts to be filed with the Court (0.50); e-mail exchanges with Ms. P. Beran and Ms. L. Tavenner regarding following up call to discuss same (0.10). | 0.90 | $945.00 |
| 02/10/20 | ELMH | Multiple e-mail exchanges with Ms. P. Beran regarding proposed mediator list (0.30); call with Mr. R. Virginkar regarding status of review of documents at the LeClair offices and next steps with respect to electronic storage of data (0.40). | 0.70 | $735.00 |
| 02/11/20 | BJN | Draft list of all needed items from Ms. S. Lenox and related correspondence regarding same. | 0.40 | $306.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                    Page 4
**LeClairRyan, PLLC**                                                                      Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                                 May 06, 2020
Invoice No.: 50014316

| | | | | |
|---|---|---|---|---|
| 02/11/20 | BJN | Prepare for and participate in telephone conference with Ms. L. Tavenner, Ms. P. Beran, Ms. E. Morabito regarding status of retention application, potential mediators, other potential issues and open issues in case. | 0.90 | $688.50 |
| 02/11/20 | ELMH | Telephone conference call with Ms. P. Beran and Ms. L. Tavenner regarding various outstanding task list items to address in connection with the LeClairRyan bankruptcy proceeding. | 0.70 | $735.00 |
| 02/11/20 | ELMH | Telephone conference with Ms. B. Nelson regarding status of outstanding task list items. | 0.30 | $315.00 |
| 02/12/20 | BJN | Correspondence with Ms. S. Lenox regarding needed information, outstanding information (0.30); follow up with Mr. R. Virginkar regarding same (0.20). | 0.50 | $382.50 |
| 02/12/20 | ELMH | Attend to e-mail correspondences from Mr. J. Brooks and Ms. S. Lenox regarding various LeClair documents that are of interests to the Chapter 7 Trustee. | 0.30 | $315.00 |
| 02/12/20 | ELMH | E-mail exchanges with Ms. L. Tavenner and Ms. P. Beran regarding status of various administrative matters discussed. | 0.30 | $315.00 |
| 02/13/20 | BJN | Prepare for and participate in conference with Mr. R. Virginkar regarding issues related to strategy in case, next steps. | 0.70 | $535.50 |
| 02/13/20 | BJN | Update task list and related correspondence with Ms. L. Tavenner regarding same (0.70); related correspondence with Ms. E. Morabito regarding same (0.20). | 0.90 | $688.50 |
| 02/13/20 | ELMH | E-mail exchanges with Mr. R. Virginkar and Ms. B. Nelson regarding document review and retention in light of recent meeting with Chapter 7 Trustee (0.40); participate in telephone conference call with Ms. B. Nelson and Mr. R. Virginkar regarding task list items and agenda for call on February 14, 2020 in light of information and requests from Ms. L. Tavenner and/or Ms. P. Beran (0.60); e-mail exchanges with Ms. S. Lenox regarding additional information as it relates to electronic data storage and transfer of certain LeClairRyan documents and strategy with respect to same (0.30). | 1.30 | $1,365.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50014316

Page 5
Foley & Lardner LLP
May 06, 2020

| | | | | |
|---|---|---|---|---|
| 02/14/20 | BJN | Prepare for and telephone conference with Ms. E. Morabito and Mr. R. Virginkar regarding issues related to pre-call, next steps (0.60); prepare for and participate on telephone conference with Ms. L. Tavenner, Ms. P. Beran, Ms. E. Morabito, and Mr. R. Virginkar regarding issues related to background of case, next steps, potential mediators, needed research task, and other related issues to Foley's retainment of special counsel (1.90). | 2.50 | $1,912.50 |
| 02/14/20 | ELMH | Review and revise agenda for weekly standing call with Ms. L. Tavenner and Ms. P. Beran (0.30); participate in telephone conference call with Mr. R. Virginkar and Ms. B. Nelson regarding status update of various matters in advance of call with Ms. L. Tavenner (0.50); participate in telephone conference call with Ms. L. Tavenner and Ms. P. Beran regarding weekly summary updates, status of review of document, updates regarding potential claims of the estates, status of mediator interviews and various pleadings, and other items affecting the administration of the Chapter 7 Estate (1.30). | 2.10 | $2,205.00 |
| 02/14/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding legal and strategic advice related to bankruptcy investigation and related matters. | 1.60 | $1,101.60 |
| 02/17/20 | OSS | Correspond with Mr. R. Virginkar and Ms. J. Scott regarding strategy for review of key hard copy documents. | 0.30 | $157.95 |
| 02/18/20 | ELMH | E-mail exchanges with Mr. R. Virginkar regarding status of review of document and follow up with wind-down group at LeClair regarding same (0.30); calls with Ms. B. Nelson regarding status of diligence done on preferences to date and proposed next steps (0.20); e-mail exchanges with Ms. S. Lenox regarding transfer of data to Foley as requested by Ms. L. Tavenner (0.20). | 0.70 | $735.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                          Page 6
**LeClairRyan, PLLC**                                                            Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                            May 06, 2020
Invoice No.: 50014316

| | | | | |
|---|---|---|---|---|
| 02/19/20 | ELMH | Attend to mediator requests of Chapter 7 Trustee (0.30); conference call with Ms. J. Brust regarding her availability to serve as a mediator in the case, should one be required (0.50); e-mail correspondences with Ms. L. Tavenner and Ms. P. Beran regarding summary of discussions regarding the mediator position and deadline to file proposed list with the court based upon representations of the Chapter 7 Trustee regarding same (0.30); e-mail correspondences with Mr. R. Virginkar and Ms. O. Singelmann regarding status of the review and collection of data of LeClair necessary to proceed forward with certain claims (0.60). | 1.70 | $1,785.00 |
| 02/20/20 | ELMH | Review and revise Agenda for call on February 21, 2020 with Ms. P. Beran and Ms. L. Tavenner (0.20); e-mail correspondences with Mr. R. Virginkar regarding status update regarding the Investigation Plan and review of documents located in the offices of LeClair (0.30); call with Ms. B. Nelson regarding status of additional requests of Trustee as it relates to the demand letters for preferences and how best to address same (0.30); review of updated task list and priority of various items contained therein to discuss with Trustee on weekly call (0.30). | 1.10 | $1,155.00 |
| 02/20/20 | OSS | Strategize with Mr. R. Virginkar regarding electronic documents to collect (0.50); oversee vendor collection and scan of key hard copy documents identified during on-site document review (0.50); review documents located on client collaboration website needed for internal investigation (1.00). | 2.00 | $1,053.00 |
| 02/21/20 | BJN | Prepare for and participate in conference with Ms. L. Tavenner and Ms. P. Beran regarding open issues, next steps, status of investigation (1.80); review and edit settlement agreement and related follow up with Ms. P. Beran regarding same (0.40). | 2.20 | $1,683.00 |

| Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC | | | Page 7 |
|---|---|---|---|
| Our Ref. No.: 124772-0101 | | | Foley & Lardner LLP |
| Invoice No.: 50014316 | | | May 06, 2020 |

| | | | | |
|---|---|---|---|---|
| 02/21/20 | ELMH | E-mail correspondences with Ms. P. Beran regarding Trustee's request for advice regarding ███████████████████ (0.10); review and comment on proposed form settlement agreement (0.30); telephone conference with Mr. R. Virginkar regarding status of transfer to documents to electronic storage, and status of review of documents to help formulate the Investigation Plan for purposes of execution as requested by Ms. L. Tavenner (0.30); telephone conference with Ms. B. Nelson regarding updated task list and status of various task list items as identified by Ms. P. Beran and Ms. L. Tavenner (0.40). | 1.10 | $1,155.00 |
| 02/21/20 | ELMH | E-mail exchanges with Mr. R. Virginkar regarding information obtained in various filings of LeClairRyan and update client regarding same. | 0.20 | $210.00 |
| 02/21/20 | ELMH | Participate in telephone conference with Foley Team in advance of standing call with Ms. P. Beran and Ms. L. Tavenner to discuss status update and agenda for the call (0.50); participate in telephone conference call with Ms. P. Beran and Ms. L. Tavenner regarding outstanding task list items, updates regarding various matters being asked to handle by the Chapter 7 Trustee, proposed next steps and strategy with various items (1.20); meeting with Ms. B. Nelson regarding status of ████████ identified by Ms. L. Tavenner and follow up regarding same (0.20). | 1.90 | $1,995.00 |
| 02/21/20 | OSS | Review documents uploaded to client collaborate website to assist in identifying key sources of data for investigation. | 1.00 | $526.50 |
| 02/22/20 | ELMH | Prepare e-mail correspondence to Ms. B. Nelson regarding status of task list items discussed with Ms. L. Tavenner and Ms. P. Beran on February 21, 2020 (0.20); telephone conference with Ms. B. Nelson regarding agenda for February 25, 2020 hearing (0.10). | 0.30 | $315.00 |
| 02/22/20 | OSS | Review iManage spreadsheet with attention to key folders of electronic data needed for investigation. | 2.70 | $1,421.55 |
| 02/23/20 | OSS | Review hard copy storage index for documents potentially responsive for investigation. | 0.50 | $263.25 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                    Page 8
**LeClairRyan, PLLC**                    Foley & Lardner LLP
Our Ref. No.: 124772-0101                    May 06, 2020
Invoice No.: 50014316

| | | | | |
|---|---|---|---|---|
| 02/24/20 | ELMH | E-mail correspondences with Mr. R. Virginkar regarding status of the transfer of files from LeClairRyan, including the Elite transfers (0.30); conference call with Ms. B. Nelson regarding follow up e-mail correspondences with Ms. P. Beran regarding additional requests of Ms. L. Tavenner relating to the administration of the LeClair Estate (0.20); conference call with Mr. R. Virginkar regarding status of review of documents recovered from LeClair and information contained therein to share with Ms. L. Tavenner (0.40). | 0.90 | $945.00 |
| 02/25/20 | BJN | Correspondence with Mr. R. Virginkar and Ms. O. Singelmann regarding organization chart, other related documents. | 0.30 | $229.50 |
| 02/26/20 | BJN | Review correspondence from Ms. O. Singelmann regarding data collection, other updates. | 0.40 | $306.00 |
| 02/26/20 | ELMH | E-mail exchanges with Mr. R. Virginkar regarding status of receipt of additional information from clients and wind-down employees at LeClair. | 0.20 | $210.00 |
| 02/26/20 | ELMH | Call with Ms. B. Nelson regarding status of ███ █████████ issues as requested by Ms. L. Tavenner. | 0.30 | $315.00 |
| 02/28/20 | ELMH | Review of e-mail correspondence from Ms. P. Beran regarding tax issues and summary of advice given to Trustee from accountant. | 0.20 | $210.00 |
| 02/28/20 | ELMH | E-mail correspondences with Ms. B. Nelson and Mr. R. Virginkar regarding investigation updates and spreadsheet to provide to Ms. P. Beran and Ms. L. Tavenner regarding same. | 0.30 | $315.00 |
| 02/29/20 | ELMH | E-mail correspondences with Mr. R. Virginkar and Ms. B. Nelson regarding follow-up from items recently requested by Ms. L. Tavenner and Ms. P. Beran for call on March 2, 2020. | 0.30 | $315.00 |
| | | Task Total: | 49.30 | $43,912.65 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50014316

Page 9
Foley & Lardner LLP
May 06, 2020

---

**Court Hearings**

| | | | | |
|---|---|---|---|---|
| 02/25/20 | BJN | Prepare for and attend via telephone court hearing (1.10); correspondence with Ms. E. Morabito regarding status of investigation, demand letters, amount of claims (0.50). | 1.60 | $1,224.00 |
| 02/25/20 | ELMH | Conference call with Ms. B. Nelson regarding status of various task list items regarding the investigation and advise in connection with same. | 0.40 | $420.00 |
| 02/25/20 | ELMH | Participate at Omnibus Hearing in EDVA for LeClair. | 1.20 | $1,260.00 |
| 02/25/20 | ELMH | Prepare for Omnibus Hearing for LeClair, including e-mail correspondence to Ms. P. Beran regarding same. | 0.30 | $315.00 |
| | | Task Total: | 3.50 | $3,219.00 |

**Tax Issues**

| | | | | |
|---|---|---|---|---|
| 02/27/20 | BJN | Correspondence with Ms. P. Beran regarding needed tax assistance (0.10); follow up with Mr. R. Tanden regarding same (0.40). | 0.50 | $382.50 |
| 02/27/20 | RTA | Confer with Ms. B. Nelson regarding tax issues regarding 2019 allocations. | 0.30 | $297.00 |
| 02/28/20 | RTA | Review LLCA (0.40); analyze tax issues regarding same (0.20). | 0.60 | $594.00 |
| | | Task Total: | 1.40 | $1,273.50 |

**Retention Applications**

| | | | | |
|---|---|---|---|---|
| 02/11/20 | BJN | Review and revise retention application and related order (0.80); related correspondence with Ms. E. Morabito regarding same (0.10). | 0.90 | $688.50 |
| | | Task Total: | 0.90 | $688.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**

Our Ref. No.: 124772-0101
Invoice No.: 50014316

Page 10
Foley & Lardner LLP
May 06, 2020

---

**Investigation**

| | | | | |
|---|---|---|---|---|
| 02/20/20 | JCO | Review and redline proposal by vendor to collect and update documents and draft tracker for document collection (3.00); discuss processing and collection with Mr. R. Virginkar (0.40); coordinate with Mr. J. Haake regarding document collection for bankruptcy and internal investigation (0.10); correspond with vendor (0.20). | 3.70 | $1,232.10 |
| | | Task Total: | 3.70 | $1,232.10 |

**Investigation**

| | | | | |
|---|---|---|---|---|
| 01/28/20 | RVI | ***Time entry redacted - prior to date of retention.*** | | |
| 01/31/20 | RVI | Review and analyze background materials related to matter, including relevant bankruptcy filings and analysis of payment schedules and related materials. | 0.50 | $344.25 |
| 01/31/20 | RVI | Confer with Ms. E. Morabito and Ms. B. Nelson regarding legal and strategic issues related to matter, including analysis of likely key issues, strategy for initial investigation and other related issues. | 1.30 | $895.05 |
| 02/03/20 | BJN | Prepare for and conference with Ms. E. Morabito and Mr. R. Virginkar regarding issues related to strategy proceeding forward in light of lengthy meetings with Trustee, counsel, and advisors, next steps in investigation. | 1.80 | $1,377.00 |
| 02/03/20 | BJN | Analyze and locate various categories of documents, including review of more than 200 boxes of documents related to administrative, finance, and other potentially relevant issues for Trustee investigation. | 3.60 | $2,754.00 |
| 02/03/20 | BJN | Prepare for and conference with Ms. L. Tavenner, Ms. P. Beran, Ms. E. Morabito, and Mr. R. Virginkar regarding issues related to preliminary investigation, potential causes of action, strategies for proceeding in light of current known facts. | 2.20 | $1,683.00 |

---

**\*Time entry redacted.  Not included in fee application.**

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**      Page 11
**LeClairRyan, PLLC**      Foley & Lardner LLP
Our Ref. No.: 124772-0101      May 06, 2020
Invoice No.: 50014316

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/20 | BJN | Prepare for and participate in conference with Ms. C. Smith, Mr. J. Brooks, and Ms. S. Lenox regarding collection of documents, custodians, and other related issues. | 2.80 | $2,142.00 |
| 02/03/20 | RVI | Interviews of Ms. C. Smith, Mr. J. Brooks and Ms. S. Lenox regarding issues related to matter, including electronic documents, accounting and finance records, and other information relevant to investigation. | 3.00 | $2,065.50 |
| 02/03/20 | RVI | Review and assess hard copy documents related to finance, HR, and other LeClairRyan administrative matters, for collection and use as part of investigation. | 3.80 | $2,616.30 |
| 02/03/20 | RVI | Confer with Ms. L. Tavenner, Ms. P. Beran regarding legal and strategic issues related to investigation and possible claims, including strategies related to priority issues for investigation and related matters. | 2.00 | $1,377.00 |
| 02/03/20 | RVI | Confer with Ms. E. Morabito and Ms. B. Nelson regarding legal and strategic issues related to investigation on behalf of Trustee, including issues related to collection and analysis of electronic documents, witness interviews, and strategic issues related to initial investigation. | 1.80 | $1,239.30 |
| 02/05/20 | BJN | Prepare for and participate in telephone conference with Mr. R. Virginkar and Ms. O. Singlemann regarding setting up investigation, potential bankruptcy causes of action, other related issues. | 1.10 | $841.50 |
| 02/05/20 | RVI | Review and analyze background and other relevant materials related to investigation. | 1.20 | $826.20 |
| 02/05/20 | RVI | Telephone conference with Ms. B. Nelson and Ms. O. Singelmann regarding development of investigation strategy and related logistical, legal and strategic issues. | 1.00 | $688.50 |
| 02/07/20 | OSS | Correspond with Ms. B. Nelson and Mr. R. Virginkar regarding document tracker investigation chronology. | 0.40 | $210.60 |
| 02/11/20 | BJN | Correspondence with Ms. L. Tavenner, Mr. R. Virginkar, and Ms. O. Singlemann regarding issues related to organization of various files, follow up on iManage issues and related issues. | 0.60 | $459.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**            Page 12
**LeClairRyan, PLLC**                                              Foley & Lardner LLP
Our Ref. No.: 124772-0101                                              May 06, 2020
Invoice No.: 50014316

| | | | | |
|---|---|---|---|---|
| 02/12/20 | RVI | Confer with Ms. O. Singelmann regarding issues related to investigation, including issues related to collection and review of potentially relevant materials. | 0.30 | $206.55 |
| 02/13/20 | RVI | Tasks related to investigation, including development of investigation plan and task list. | 0.50 | $344.25 |
| 02/13/20 | RVI | Confer with Ms. B. Nelson and Ms. O. Singelmann regarding various legal and strategic issues related to investigation, including issues related to collection and analysis of relevant materials. | 0.60 | $413.10 |
| 02/13/20 | RVI | Tasks related to investigation and analysis of potential claims, including analysis of financial and administrative materials obtained from client and related matters. | 1.80 | $1,239.30 |
| 02/14/20 | BJN | Review documents received from client and related correspondence with Mr. R. Virginkar regarding same. | 0.30 | $229.50 |
| 02/14/20 | JGH | ▮▮▮▮▮▮ Call with Ms. B. Nelson regarding factual background of case (0.40); research Federal and Fourth Circuit case law regarding preference issue and draft analysis of case law relating to same (2.10). | 2.50 | $1,158.75 |
| 02/14/20 | RVI | Confer with Ms. O. Singelmann regarding issues related to investigation, including issues related to collection and review of potentially relevant materials. | 0.50 | $344.25 |
| 02/18/20 | JCO | Discuss investigation plan with Ms. O. Singelmann (1.00); review investigation status and plan with Ms. O. Singelmann and Mr. R. Virginkar (0.70); review and organize documents to be collected for investigation review (4.50). | 6.20 | $2,064.60 |
| 02/18/20 | OSS | Review key hard-copy documents onsite at LeClairRyan to identify those needed to be collected for investigation. | 5.50 | $2,895.75 |
| 02/18/20 | RVI | Confer with Ms. P. Beran, counsel to Trustee, regarding legal and strategic issues related to investigation into potential claims. | 0.50 | $344.25 |
| 02/18/20 | RVI | Confer with Ms. O. Singelmann and Ms. J. Scott regarding issues related to investigation, including analysis of hard copy and other materials reviewed. | 1.00 | $688.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**  Page 13
**LeClairRyan, PLLC**  Foley & Lardner LLP
Our Ref. No.: 124772-0101  May 06, 2020
Invoice No.: 50014316

| | | | | |
|---|---|---|---|---|
| 02/18/20 | RVI | Review and analyze hard copy files related to financial and administrative functions. | 1.00 | $688.50 |
| 02/19/20 | JCO | Organize and collect information regarding document collection and processing from outside vendor and internally at Foley (0.80); begin to review documents to ensure complete collection based on updated task list (1.30); draft summary of vendor call to provide information to Foley Team (0.40); discuss and plan for collection process with Ms. O. Singelmann (0.60). | 3.10 | $1,032.30 |
| 02/19/20 | JGH | Research Eastern District of Virginia case law regarding treatment of preferential transfers and correspondence with Ms. B. Nelson regarding same. | 1.90 | $880.65 |
| 02/19/20 | OSS | Assist Ms. J. Scott in coordinating scanning of key documents needed for investigation identified during on-site review. | 2.40 | $1,263.60 |
| 02/19/20 | RVI | Communications with client and Foley Team regarding various legal, strategic and operational issues related to investigation, including issues related to collection of hard copy materials. | 0.50 | $344.25 |
| 02/20/20 | BJN | Follow up and provide Ms. O. Singelmann all information from Ms. P. Beran and Ms. L. Tavenner and related follow up on status. | 0.30 | $229.50 |
| 02/20/20 | RVI | Confer with Ms. J. Scott and Mr. T. Zukowski regarding issues related to collection and review of electronic and hard copy materials gathered in connection with investigation. | 0.50 | $344.25 |
| 02/20/20 | RVI | Investigate and analyze potential claims, including analysis of financial and administrative materials obtained from client and related matters. | 0.50 | $344.25 |
| 02/20/20 | RVI | Development of investigation plan and task list. | 0.50 | $344.25 |
| 02/21/20 | JCO | Discuss document collection to ensure orderly and useful document management with Mr. T. Zukowski (0.20); draft memorandum to assist vendor in document collection to advance internal investigation (1.50); discuss document organization and management regarding different storage locations and uploads with Mr. R. Virginkar and Ms. O. Singelmann (0.50); discuss next steps in investigation with Mr. R. Virginkar (0.30). | 2.50 | $832.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50014316

Page 14
Foley & Lardner LLP
May 06, 2020

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/21/20 | JGH | Analysis of settlement proposal regarding ███████ and correspondence with Ms. B. Nelson regarding same. | 1.10 | $509.85 |
| 02/21/20 | RVI | Confer with Ms. O. Singelmann and Ms. J. Scott regarding various issues related to investigation, including collection and analysis of hard copy documents and other materials. | 0.50 | $344.25 |
| 02/21/20 | RVI | Telephone conference with Ms. B. Nelson, Ms. O. Singelmann, Ms. J. Scott, and Mr. J. Haake regarding various issues related to bankruptcy investigation. | 0.40 | $275.40 |
| 02/21/20 | RVI | Investigate and analyze potential claims, including draft communications regarding document collections and analysis of financial and administrative materials obtained from client and related matters. | 1.10 | $757.35 |
| 02/21/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding legal and strategic advice related to bankruptcy investigation and related matters. | 1.00 | $688.50 |
| 02/24/20 | JCO | Provide detailed information to vendor regarding document pick up (0.10); review and organize documents provided by client to ensure complete collection and understanding of documents (1.80); discuss collection status with vendor and Mr. R. Virginkar (0.20); review off-site storage list to determine what documents to collect in investigations (0.60). | 2.70 | $899.10 |
| 02/24/20 | OSS | Finalize list of electronic data sources to request from LeClairRyan related to key sources of data for investigation. | 3.40 | $1,790.10 |
| 02/24/20 | OSS | Participate in call with Foley Elite subject matter experts regarding collection of key financial data from LeClairRyan. | 0.90 | $473.85 |
| 02/24/20 | RVI | Telephone conference with Foley Team regarding issues related to collection and analysis of LeClairRyan Elite financial and accounting database. | 0.50 | $344.25 |
| 02/24/20 | RVI | Oversee investigation, including communications with Foley Team regarding operational issues related to document gathering and analysis. | 0.80 | $550.80 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**  Page 15
**LeClairRyan, PLLC**                                                    Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                May 06, 2020
Invoice No.: 50014316

---

| 02/24/20 | RVI | Confer with Ms. O. Singelmann regarding issues related to investigation, including collection and analysis of financial and other electronic data. | 0.30 | $206.55 |
| 02/25/20 | ELMH | Review and respond to various e-mail correspondences from proposed mediators wanting to serve in the LeClair case. | 0.20 | $210.00 |
| 02/25/20 | ELMH | E-mail exchanges with Mr. R. Virginkar regarding status of the documents recovered from LeClair, including those to be stored on Foley's Elite system. | 0.20 | $210.00 |
| 02/25/20 | JCO | Review list of documents held in off-site storage to determine what needs to be collected for investigation (1.10); discuss requests for collection with Ms. O. Singelmann and communicate requests to LeClairRyan IT personnel (0.30); revise and update list of documents collected to ensure document tracking and retention (0.30). | 1.70 | $566.10 |
| 02/25/20 | OSS | Correspond with Mr. R. Virginkar regarding collection of key LeClairRyan financial data needed for investigation from Elite. | 0.20 | $105.30 |
| 02/25/20 | OSS | Oversee collection of key documents needed for investigation. | 0.40 | $210.60 |
| 02/25/20 | RVI | Investigate and analyze of potential claims, including draft communications regarding document collections and analysis of financial and administrative materials obtained from client and related matters. | 2.20 | $1,514.70 |
| 02/26/20 | JCO | Draft questions regarding documents collected and outstanding document requests (0.40); discuss with Ms. O. Singelmann status of e-mail collection and date restrictions for data (0.20). | 0.60 | $199.80 |
| 02/26/20 | OSS | Correspond with Ms. B. Nelson and Mr. R. Virginkar regarding status of various document collection issues related to key sources of information needed for investigation. | 0.60 | $315.90 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**        Page 16
**LeClairRyan, PLLC**        Foley & Lardner LLP
Our Ref. No.: 124772-0101        May 06, 2020
Invoice No.: 50014316

| | | | | |
|---|---|---|---|---|
| 02/27/20 | ELMH | Conference with former LeClair attorney regarding setting up time to meet to discuss certain things regarding the LeClair Firm and pending bankruptcy (0.30); meeting with Ms. P. Beran and Ms. L. Tavenner regarding summary of same, as well as status of ███████ and follow up needed with respect to same (0.20); conference with Ms. L. Tavenner regarding summary of her recent meeting involving former LeClair attorney and next steps regarding same (0.20); e-mail exchanges with Mr. R. Virginkar regarding strategy as it relates to certain potential claims to be brought by the estate in light of recent information obtained and documents reviewed (0.40). | 1.10 | $1,155.00 |
| 02/27/20 | RVI | Draft communications regarding document collections (0.80); analysis of financial and administrative materials obtained from client and related matters (1.60). | 2.40 | $1,652.40 |
| 02/28/20 | BJN | Correspondence with Ms. O. Singelmann regarding date restriction for investigation and review of e-mail (0.10); follow up regarding necessary documents for tax analysis (0.20). | 0.30 | $229.50 |
| 02/28/20 | JCO | Review documents to determine financial information and records already obtained and those necessary to collect for 2018. | 0.50 | $166.50 |
| 02/28/20 | RVI | Draft communications regarding document collections and analysis of financial and administrative materials obtained from client and related matters. | 0.60 | $413.10 |
| 02/28/20 | RVI | Telephone conference with Mr. B. Christmas, Ms. O. Singelmann, Mr. M. Kolupar and Mr. T. Zukowski regarding technical and other issues related to collection, hosting and analysis of financial and accounting data from Elite database. | 0.30 | $206.55 |
| 02/28/20 | RVI | Confer with Ms. O. Singelmann regarding issues related to investigation, including collection and analysis of financial and other electronic data. | 0.80 | $550.80 |
| 02/28/20 | RVI | Telephone conference with Mr. J. Brooks, Ms. C. Smith and Foley Team regarding issues related to LeClairRyan Elite database and related financial data. | 0.40 | $275.40 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**      Page 17
**LeClairRyan, PLLC**      Foley & Lardner LLP
Our Ref. No.: 124772-0101      May 06, 2020
Invoice No.: 50014316

| | | | | |
|---|---|---|---|---|
| 02/29/20 | JCO | Review documents to determine financial information and records already obtained and those necessary to collect. | 0.60 | $199.80 |
| | | Task Total: | 85.80 | $50,773.50 |
| | | Services Total: | 144.60 | $101,099.25 |

## Professional Services Summary

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| S1 | Case Administration/Miscellaneous Matters | 49.30 | 43,912.65 |
| S10 | Court Hearings | 3.50 | 3,219.00 |
| S15 | Tax Issues | 1.40 | 1,273.50 |
| S17 | Retention Applications | 0.90 | 688.50 |
| S27 | Investigation | 3.70 | 1,232.10 |
| S27 | Investigation | 85.80 | 50,773.50 |
| **Totals** | | **144.60** | **$101,099.25** |

## Expenses Incurred

| Description | Amount |
|---|---|
| Litigation Services - Hosting | $4,800.00 |
| Other Fees | $140.00 |
| **Expenses Incurred Total** | **$4,940.00** |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.



**FOLEY & LARDNER LLP**
WASHINGTON HARBOUR
3000 K STREET, N.W.
SUITE 600
WASHINGTON, D.C. 20007-5109
TELEPHONE (202) 672-5300
FACSIMILE (202) 672-5399
WWW.FOLEY.COM

Lynn L. Tavenner, Chapter 7 Trustee of the Bankruptcy Estate
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, VA 23219

Date: May 6, 2020
Invoice No.: 50014308
Our Ref. No.: 124772-0101

---

Services through March 31, 2020

Amount due for professional services rendered regarding                 $168,758.55
LeClairRyan PLLC

Total Expenses:              $4,800.00
                          _____

**Amount Due:**             **$173,558.55**

---

**Please reference your account number 124772-0101 and your invoice
number 50014308 with your remittance payable to Foley & Lardner LLP.
Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50014308

Page 2
Foley & Lardner LLP
May 06, 2020

## Professional Services Detail

### Case Administration/Miscellaneous Matters

| | | | | |
|---|---|---|---|---|
| 03/01/20 | BJN | Update task list (0.20); related correspondence with Ms. L. Tavenner and Ms. P. Beran regarding same (0.10). | 0.30 | $229.50 |
| 03/01/20 | ELMH | Prepare e-mail correspondence to Mr. R. Virginkar regarding status of review of pertinent documents to discuss with Ms. L. Tavenner and Ms. P. Beran on weekly call. | 0.20 | $210.00 |
| 03/01/20 | ELMH | E-mail correspondences with Mr. R. Virginkar and Ms. B. Nelson regarding status of various items and updated agenda for weekly call with Ms. P. Beran and Ms. L. Tavenner on March 2, 2020. | 0.30 | $315.00 |
| 03/02/20 | BJN | Participate in status update telephone conference with Ms. L. Tavenner, Ms. P. Beran, Mr. R. Virginkar, and Ms. E. Morabito. | 1.10 | $841.50 |
| 03/02/20 | ELMH | Prepare for and participate in weekly LeClairRyan call with Ms. L. Tavenner and Ms. P. Beran to discuss outstanding task list items, status of various matters, and proposed next steps (1.30). | 1.30 | $1,365.00 |
| 03/04/20 | BJN | Review docket for various updates (0.20) and related correspondence with Ms. E. Morabito regarding same (0.10). | 0.30 | $229.50 |
| 03/06/20 | BJN | Prepare for and participate in telephone conference with Ms. L. Tavenner, Ms. P. Beran, Ms. E. Morabito, and Mr. R. Virginkar regarding status update, strategizing, additional issues (1.30); review and comment on investigation plan (0.30) and related correspondence with Mr. R. Virginkar regarding same (0.10); follow up with Ms. E. Morabito regarding next steps, analysis (0.20); prepare for and participate in telephone conference with investigation team (0.50). | 2.40 | $1,836.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50014308

Page 3
Foley & Lardner LLP
May 06, 2020

| 03/06/20 | ELMH | E-mail exchanges with Mr. Virginkar regarding agenda and document review update for call with Chapter 7 Trustee (0.30); review of e-mail correspondences from Ms. P. Beran regarding additional information and documentation in connection with the case and the investigation of certain claims (0.20); participate in telephone conference with Ms. B. Nelson, Mr. Virginkar, Ms. L. Tavenner and Ms. P. Beran regarding status update, strategy and proposed next steps (1.30). | 1.80 | $1,890.00 |
|---|---|---|---|---|
| 03/06/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding legal and strategic advice related to bankruptcy investigation and related matters. | 1.00 | $688.50 |
| 03/10/20 | BJN | Correspondence with Mr. R. Virginkar regarding status of case, next steps, and need for interviews (0.20); review various documents and comment on background of same (1.00). | 1.20 | $918.00 |
| 03/19/20 | BJN | Review and revise agenda for upcoming conference call and related correspondence with Ms. E. Morabito regarding same. | 0.20 | $153.00 |
| 03/20/20 | BJN | Prepare for and participate in weekly update call with Ms. L. Tavenner, Ms. P. Beran, Mr. R. Virginkar, and Ms. E. Morabito regarding status update, next steps, analysis (1.40); prepare for and participate on next steps, other related issues with Mr. R. Virginkar, Ms. J. Scott, and Ms. O. Singelmann (0.80). | 2.20 | $1,683.00 |
| 03/20/20 | ELMH | Review of Agenda and flagged documents in advance of call with Ms. L. Tavenner and Ms. P. Beran (0.30); participate in weekly status call with Chapter 7 Trustee and Foley Team (1.40). | 1.70 | $1,785.00 |
| 03/20/20 | ELMH | Attend to e-mail correspondences from client regarding Elite data destruction (0.20) updates of wind-down staff for LeClair, and follow up items from weekly call (0.20); meeting with Foley Team regarding division of tasks, updates regarding document review and status of various claims (0.50). | 0.90 | $945.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50014308

Page 4
Foley & Lardner LLP
May 06, 2020

| | | | | |
|---|---|---|---|---|
| 03/20/20 | RVI | Participate in portion of telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding legal and strategic advice related to bankruptcy investigation and related matters. | 0.90 | $619.65 |
| 03/20/20 | RVI | Prepare for call with client, including preparation of updated task lists, investigation planning, potential witnesses, and related matters. | 0.50 | $344.25 |
| 03/23/20 | OSS | Correspond with Ms. J. Scott, Ms. A. Markenson, and Ms. V. Inojosa regarding reviewing documents key to issues in investigation (0.10); correspond with Ms. J. Scott regarding onboarding materials for Ms. V. Inojosa (0.20); correspond with Ms. V. Inojosa regarding onboarding items (0.10); participate in call with Ms. J. Scott, Ms. A. Markenson, and Ms. V. Inojosa regarding using analytics to review documents key to issues in investigation (0.50); review documents as part of active learning review designed to quickly identify documents key to investigation (6.20). | 7.10 | $3,738.15 |
| 03/24/20 | ELMH | Conference call with Ms. B. Nelson to discuss status of various items requested by Ms. L. Tavenner in connection with administration of the estate. | 0.60 | $630.00 |
| 03/27/20 | BJN | Prepare for and participate on weekly telephone conference with counsel for Trustee (0.80); prepare for and conference with Ms. E. Morabito regarding staffing issues, call with client (0.40); correspondence to Ms. E. O'Leary and Mr. B. Felder regarding issues related to needed memorandum on issues regarding ███████████ ████████████████████ (0.60); prepare for and conference call with Mr. B. Felder and Ms. E. O'Leary regarding same (0.50). | 2.30 | $1,759.50 |
| 03/27/20 | ELMH | Meeting with Ms. B. Nelson to discuss Agenda for upcoming call with Ms. L. Tavenner and Ms. P. Beran (0.20); participate in weekly telephone conference with Ms. L. Tavenner and Ms. P. Beran to review and discuss various updates in the case, strategy and proposed next steps (0.90). | 1.10 | $1,155.00 |
| 03/29/20 | ELMH | Call with Ms. B. Nelson regarding status of follow up items discussed on call with Ms. L. Tavennar and Ms. P. Beran on March 27, 2020. | 0.40 | $420.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**      Page 5
**LeClairRyan, PLLC**      Foley & Lardner LLP
Our Ref. No.: 124772-0101      May 06, 2020
Invoice No.: 50014308

| | | | | |
|---|---|---|---|---|
| 03/31/20 | ELMH | Telephone conference call with Ms. B. Nelson to discuss status update and items to cover on weekly call with Ms. L. Tavenner and Ms. P. Beran. | 0.30 | $315.00 |
| | | Task Total: | 28.10 | $22,070.55 |

**Court Hearings**

| | | | | |
|---|---|---|---|---|
| 03/24/20 | BJN | Prepare summary for hearing and related correspondence with Ms. E. Morabito regarding same. | 0.40 | $306.00 |
| 03/24/20 | ELMH | Attend hearing and update the Court on the status of Foley's investigation and pursuit of various claims. | 1.20 | $1,260.00 |
| | | Task Total: | 1.60 | $1,566.00 |

**Tax Issues**

| | | | | |
|---|---|---|---|---|
| 03/01/20 | ELMH | Call with Ms. B. Nelson to discuss the status of the tax-related issue asked to be considered by Ms. L. Tavenner. | 0.20 | $210.00 |
| 03/02/20 | BJN | Correspondence with Mr. R. Tanden regarding tax issues and additional factual issues related to tax issues for (0.40); correspondence with Ms. L. Tavenner regarding tax issues (0.20). | 0.60 | $459.00 |
| 03/02/20 | ELMH | E-mail exchanges with Mr. R. Tanden and Ms. B. Nelson regarding tax requests for Ms. L. Tavenner (0.30). | 0.30 | $315.00 |
| 03/02/20 | RTA | Confer with Ms. L. Tavenner regarding tax issues. | 0.40 | $396.00 |
| 03/03/20 | BJN | Telephone conference with Mr. R. Tanden regarding issues related to LCR, background on client (0.30); prepare for and participate in telephone conference with Ms. L. Tavenner, Mr. R. Tanden and Ms. P. Beran regarding same (0.70); telephone conference with same (0.20). | 1.20 | $918.00 |
| 03/03/20 | ELMH | E-mail correspondences with Ms. L. Tavenner regarding task issues and follow up with Foley Tax advisors regarding same (0.30); ████████████████████████████ (0.50). | 0.80 | $840.00 |
| 03/03/20 | RTA | Conference call with Trustee and counsel (0.80); follow up correspondence regarding same (0.10). | 0.90 | $891.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50014308

Page 6
Foley & Lardner LLP
May 06, 2020

| | | | | |
|---|---|---|---|---|
| 03/05/20 | RTA | Review and analyze e-mail from accountants. | 0.10 | $99.00 |
| 03/06/20 | BJN | Prepare for and participate on telephone conference with Ms. R. Tanden, Ms. L. Tavenner, and Ms. P. Beran regarding tax issues of estate. | 0.60 | $459.00 |
| 03/06/20 | RTA | E-mail correspondence with Ms. B. Nelson (0.30); telephone calls regarding various tax issues (0.50). | 0.80 | $792.00 |
| | | Task Total: | 5.90 | $5,379.00 |

**Investigation**

| | | | | |
|---|---|---|---|---|
| 03/01/20 | RVI | Review and analyze investigation progress (0.40); strategize regarding next steps, and development of task list (0.40). | 0.80 | $550.80 |
| 03/02/20 | BJN | Work on issues regarding initial steps of investigation, including correspondence with Mr. R. Virginkar and Ms. J. Scott regarding same. | 0.20 | $153.00 |
| 03/02/20 | JCO | Attend call with Mr. R. Virginkar and Ms. S. Lenox of LeClairRyan to discuss status of document collections (0.40); review documents provided by Ms. S. Lenox, including organizational charts (0.40); communicate internally regarding additional documents to collect with Mr. R. Virginkar (0.30); provide documents to litigation support for uploading (0.20). | 1.30 | $432.90 |
| 03/02/20 | RVI | Telephone conference with Ms. S. Lenox and Ms. J. Scott regarding identification and collection of documents relevant to investigation. | 0.50 | $344.25 |
| 03/02/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding legal and strategic advice related to bankruptcy investigation and related matters. | 1.50 | $1,032.75 |
| 03/02/20 | RVI | Prepare for update call with client (0.10); strategize regarding next steps, and development of task list (0.30). | 0.40 | $275.40 |
| 03/02/20 | RVI | Conererence with Ms. O. Singelmann regarding strategic and legal issues related to investigation, review of documents and related issues. | 0.30 | $206.55 |
| 03/02/20 | RVI | Conference with Ms. B. Nelson regarding legal and strategic issues related to investigation and analysis of potential claims. | 0.50 | $344.25 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                              Page 7
**LeClairRyan, PLLC**                                                                  Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                                     May 06, 2020
Invoice No.: 50014308

| | | | | |
|---|---|---|---|---|
| 03/02/20 | RVI | Strategize and develop investigation plan, including analysis of relevant documents and draft investigation plan and related materials. | 1.50 | $1,032.75 |
| 03/03/20 | ALM | Teleconference with Mr. R. Virginkar regarding background (0.20); teleconference with Mr. R. Virginkar, Ms. O. Singelmann, Mr. J. Haake, and Ms. J. Scott regarding investigative next steps (0.50); teleconference with Ms. J. Scott regarding review of custodian documents in anticipation of upcoming hearing (0.50). | 1.20 | $432.00 |
| 03/03/20 | BJN | Correspondence with Mr. R. Virginkar regarding issues related to analysis and work plan (0.20); review and comment on work plan in light of additional factual analysis (0.40); prepare for and participate in conference with Mr. R. Virginkar and Ms. O. Singelmann, Ms. J. Scott regarding issues related to investigation plan, strategy going forward (0.80); related follow up correspondence with Ms. J. Scott regarding iManage and NetDocs and managing data (0.20). | 1.60 | $1,224.00 |
| 03/03/20 | JCO | Attend call with internal Foley Team to discuss case strategy and planning (0.80); discuss organization structure of LeClairRyan and related entities with Mr. J. Haake (0.40); discuss and begin to review documents with Mr. R. Virginkar (0.50); communicate with Ms. A. Markensen regarding case status and upcoming document review (0.50); host call with LeClairRyan regarding iManage program and internal Foley & Lardner technology team to discuss best methods for data download (0.40); review documents to ████████████████████████ (0.50). | 3.10 | $1,032.30 |
| 03/03/20 | OSS | Strategize with team regarding investigation plan and priority sources of information to review answer key questions in investigation. | 0.80 | $421.20 |
| 03/03/20 | RVI | Communications with Foley Investigation Team regarding document review and related issues. | 0.30 | $206.55 |
| 03/03/20 | RVI | Conference with Ms. J. Scott regarding analysis of relevant documents and other issues related to review of documents in connection with investigation. | 0.50 | $344.25 |
| 03/03/20 | RVI | Analyze 18 key relevant documents (1.80); draft investigation plan and related materials (2.50). | 4.30 | $2,960.55 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50014308

Page 8
Foley & Lardner LLP
May 06, 2020

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/03/20 | RVI | Confer with Ms. B. Nelson, Ms. O. Singelmann, Mr. J. Haake, Ms. J. Scott, and Ms. A. Markenson regarding strategic and legal issues related to investigation, including review and analysis of electronic and hard copy documents. | 0.80 | $550.80 |
| 03/04/20 | ALM | Review and analyze documents regarding ▇ ▇ (2.20); draft correspondence regarding summary of ▇ (0.30); correspond with Ms. J. Scott regarding same (0.20). | 2.70 | $972.00 |
| 03/04/20 | BJN | Correspondence with Ms. E. Morabito and Ms. P. Beran regarding needed additional priorities for investigation (0.10); related follow up with Ms. E. Morabito regarding same (0.10). | 0.20 | $153.00 |
| 03/04/20 | JCO | Manage incoming data from LeClairRyan (0.40); review documents to assist in building chronology of events, ▇ (3.20); begin to draft chronology of events (0.20); communicate internally with litigation technology support regarding document collection and best methods of collection (0.20); provide documents to internal Foley Team for discussion regarding accounting information (0.10). | 4.10 | $1,365.30 |
| 03/05/20 | ALM | Correspond with Mr. R. Virginkar regarding key documents for ▇ (0.20); review and analyze documents regarding Project Liberty (1.20); draft chronology of key events regarding ▇ (0.40). | 1.80 | $648.00 |
| 03/05/20 | ELMH | Attend to e-mail correspondences from Ms. P. Beran regarding ▇ (0.30); telephone conference with Mr. R. Virginkar regarding status of investigation and document review (0.40). | 0.70 | $735.00 |
| 03/05/20 | JCO | Discuss case strategy and management with Mr. R. Virginkar (0.80); begin to draft chronology of events based on document review (1.20); manage documents and collection information (0.10); review documents to assist in building chronology (0.30). | 2.40 | $799.20 |
| 03/05/20 | JGH | Research Virginia case law regarding fraudulent transfers (1.20); correspondence with Ms. B. Nelson regarding same (0.10). | 1.30 | $602.55 |
| 03/05/20 | RVI | Confer with Ms. B. Nelson regarding various strategic and legal issues related to investigation and analysis of potential claims. | 0.90 | $619.65 |

Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of          Page 9
LeClairRyan, PLLC                                                   Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                   May 06, 2020
Invoice No.: 50014308

| 03/05/20 | RVI | Communications with Foley Team regarding document review and related issues. | 0.40 | $275.40 |
|---|---|---|---|---|
| 03/05/20 | RVI | Review and analyze ███████████ ████████████████████ | 4.70 | $3,235.95 |
| 03/05/20 | RVI | Continue drafting investigation plan and related materials. | 1.40 | $963.90 |
| 03/05/20 | TPR | Unzip files from client from the Q Drive to a local network due to the size of the zip files (1.20); conference with a TAC specialist (0.80); download all of the documents back to the Q Drive (1.20). | 3.20 | $475.20 |
| 03/06/20 | ALM | Review and analyze documents regarding ██████ █████████ (2.10); draft chronology of key events from same (0.30); teleconference with Mr. R. Virginka, Ms. B. Nelson, Ms. O. Singelmann, Mr. J. Haake regarding internal strategy and next steps (0.80). | 3.20 | $1,152.00 |
| 03/06/20 | JCO | Provide draft chronology to internal Foley group (0.10); attend internal Foley strategy call regarding investigation and specific topics to review in documents (1.10); analyze documents regarding ████████████ (1.40); discuss progress of document collection to determine priorities in review with internal litigation support (0.10). | 2.70 | $899.10 |
| 03/06/20 | JGH | Prepare for and participate in conference call with Ms. B. Nelson and Mr. R. Virginkar regarding investigation into fraudulent transfers. | 1.30 | $602.55 |
| 03/06/20 | OSS | Participate in strategy call with team regarding issues in investigative plan and key evidence related to same. | 0.90 | $473.85 |
| 03/06/20 | RVI | Confer with Ms. B. Nelson, Ms. O. Singelmann, Mr. J. Haake, Ms. A. Markenson and Ms. J. Scott regarding legal analysis of issues under investigation and strategic issues related to next steps of investigation. | 0.80 | $550.80 |
| 03/06/20 | RVI | Prepare for update call with client (0.40); update and revise task list (0.60); update and revise draft investigation plan (0.20); communications with Foley Team regarding status of document review, legal analysis and related issues (0.30). | 1.50 | $1,032.75 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50014308

Page 10
Foley & Lardner LLP
May 06, 2020

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/06/20 | RVI | Review and analyze ██████████ ████████████████████ | 1.20 | $826.20 |
| 03/06/20 | RVI | Confer with Ms. B. Nelson regarding legal and strategic issues related to investigation and next steps related to the same. | 0.50 | $344.25 |
| 03/08/20 | JCO | Review approximately 100 documents to assist in building chronology of events (0.90); edit and update chronology to build timeline (1.70). | 2.60 | $865.80 |
| 03/09/20 | BJN | Prepare for and telephone conference with Mr. R. Virginkar regarding status of LCR documents and next steps. | 0.30 | $229.50 |
| 03/09/20 | JCO | Edit and update chronology of events (1.20); discuss document requests with Mr. R. Virginkar (0.20); review approximately 120 documents ███████ ████████████████████ (1.00). | 2.40 | $799.20 |
| 03/09/20 | RVI | Review and analyze ██████████████ ████████████████████████ | 1.00 | $688.50 |
| 03/10/20 | ALM | Review and analyze documents regarding ████ ██████████ (1.80); review correspondence regarding key documents and next steps (0.30). | 2.10 | $756.00 |
| 03/10/20 | ELMH | Attend to e-mail correspondences regarding ███ ████████ (0.30); conference with Mr. R. Virginkar regarding witness list for first round based upon information and documents known to date (0.40). | 0.70 | $735.00 |
| 03/10/20 | JCO | Discuss case status and investigation process with Mr. R. Virginkar (0.40); review over one thousand documents ██████████████████████████ (5.20); discuss document uploads and processing status to ensure progress with Mr. T. Zukwoski (0.10). | 5.70 | $1,898.10 |
| 03/10/20 | JGH | Correspondence with Mr. R. Virginkar regarding analysis of documents. | 0.40 | $185.40 |
| 03/10/20 | OSS | Review correspondence regarding key documents related to investigation. | 0.90 | $473.85 |
| 03/10/20 | RVI | Confer with Ms. B. Nelson regarding various strategic and legal issues related to investigation and analysis of potential claims. | 0.30 | $206.55 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50014308

Page 11
Foley & Lardner LLP
May 06, 2020

| 03/10/20 | RVI | Confer with Ms. O. Singelmann regarding various strategic and legal issues related to investigation and analysis of relevant documents. | 0.20 | $137.70 |
|---|---|---|---|---|
| 03/10/20 | RVI | Review and analyze relevant key documents, including ███████████████ | 4.80 | $3,304.80 |
| 03/10/20 | RVI | Confer with Ms. J. Scott regarding various strategic and legal issues related to investigation and analysis of relevant documents. | 0.40 | $275.40 |
| 03/11/20 | ALM | Review and analyze documents regarding ██████████████ (1.40); review correspondence regarding same (0.10). | 1.50 | $540.00 |
| 03/11/20 | JCO | Review documents to ████████████████████ (3.50); draft potential interviewee list (0.40); discuss list and individual's roles and positions with Ms. O. Singelmann (0.50); strategize regarding review and how to be most efficient with Ms. O. Singelmann (0.20); provide documents to be incorporated into our database for ease of review (0.10). | 4.70 | $1,565.10 |
| 03/11/20 | OSS | Strategize with Mr. R. Virginkar regarding document collection and witness interview list (0.80); strategize with Ms. J. Scott regarding witness interview list (0.40); correspond with litigation support regarding strategy for analytic tools to be used for document review (0.10). | 1.30 | $684.45 |
| 03/11/20 | RVI | Tasks related to investigation strategy and development of investigation plan, including analysis of relevant documents and draft investigation plan and related materials. | 2.20 | $1,514.70 |
| 03/11/20 | RVI | Confer with Ms. O. Singelmann various strategic and legal issues related to investigation plan, strategy, and next steps. | 0.50 | $344.25 |
| 03/11/20 | RVI | Review and analyze documents and electronic communications regarding ████████████████ | 2.80 | $1,927.80 |
| 03/11/20 | RVI | Confer with Ms. B. Nelson regarding various strategic and legal issues related to investigation and analysis of potential claims. | 0.20 | $137.70 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50014308

Page 12
Foley & Lardner LLP
May 06, 2020

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/12/20 | ELMH | E-mail exchanges with Ms. P. Beran regarding ███████████ (0.20); e-mail exchanges with Mr. R. Virginkar regarding updates with document review and information to support identified causes of action against certain parties (0.40). | 0.60 | $630.00 |
| 03/12/20 | JCO | Correspond and exchange password protection documents with client to decrypt documents. | 0.40 | $133.20 |
| 03/12/20 | RVI | Tasks related to investigation strategy and development of investigation plan, including analysis of relevant documents (0.60); review and revise investigation plan and related materials (0.20). | 0.80 | $550.80 |
| 03/13/20 | ELMH | Review of documents flagged by Mr. R. Virginkar. | 0.30 | $315.00 |
| 03/13/20 | JCO | Attend call with Ms. O. Singelmann and Mr. T. Zukowksi to discuss technology assisted review tools to improve efficiency in the document review (0.70); review documents to assist in building chronology of events and better understanding of LeClairRyan firm structure (0.50). | 1.20 | $399.60 |
| 03/13/20 | OSS | Correspond with litigation support and Ms. J. Scott and Mr. R. Virginkar regarding clustering analytics tool to be used to streamline document review related to key issues in the investigation (1.00); strategize with client and Mr. R. Virginkar about potential witness interview list (1.50). | 2.50 | $1,316.25 |
| 03/13/20 | RVI | Confer with Ms. O. Singelmann regarding strategic and legal issues related to investigation, including interviews of witnesses. | 0.70 | $481.95 |
| 03/13/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. O. Singelmann, regarding legal and strategic advice related to bankruptcy investigation and related matters. | 1.50 | $1,032.75 |
| 03/13/20 | RVI | Tasks related to investigation strategy and development of investigation plan, including analysis of relevant documents and draft investigation plan and related materials. | 2.60 | $1,790.10 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**        Page 13
**LeClairRyan, PLLC**        Foley & Lardner LLP
Our Ref. No.: 124772-0101        May 06, 2020
Invoice No.: 50014308

| | | | | |
|---|---|---|---|---|
| 03/16/20 | OSS | Review analytics clusters to identify pockets of key conceptual documents related to investigation and correspond with Mr. R. Virginkar, Ms. J. Scott and Ms. A. Markenson regarding same. | 3.60 | $1,895.40 |
| 03/16/20 | RVI | Tasks related to investigation strategy and development of investigation plan, including analysis of relevant documents and draft investigation plan and related materials. | 1.30 | $895.05 |
| 03/17/20 | JCO | Discuss review analytics tools with internal Foley litigation support and Ms. O. Singelmann (0.90); review searches to determine if analytical tools were effectively implemented (0.20). | 1.10 | $366.30 |
| 03/17/20 | OSS | Correspond with Mr. R. Virginkar regarding analytic tools to increase efficiency of document review for investigation; strategize with Ms. J. Scott and litigation support regarding analytic tools to increase efficiency of document review for investigation. | 1.80 | $947.70 |
| 03/18/20 | BJN | Review documents provided by Ms. J. Scott and Mr. R Virginkar and related correspondence regarding same. | 0.40 | $306.00 |
| 03/18/20 | JCO | Review over 400 documents ████████ ████████████████████████████ | 2.10 | $699.30 |
| 03/18/20 | OSS | Correspond with Ms. J. Scott and litigation support regarding analytics to increase efficiency of review of key documents for investigation (0.30); correspond with Ms. J. Scott and Ms. A. Markenson regarding key documents to review for investigation (0.30). | 0.60 | $315.90 |
| 03/18/20 | RVI | Tasks related to supervision of investigation, including communications with Foley Team regarding document review and related issues. | 0.60 | $413.10 |
| 03/18/20 | RVI | Review and analyze electronic documents related to various issues under investigation. | 1.20 | $826.20 |
| 03/19/20 | ALM | Review and analyze documents regarding ████████ ████████████████ | 0.50 | $180.00 |
| 03/19/20 | BJN | Prepare for and conference with Mr. R. Virginkar regarding issues related to pending investigation, other related issues. | 0.70 | $535.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50014308

Page 14
Foley & Lardner LLP
May 06, 2020

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/19/20 | JCO | Review documents ███████████ ████████████████ (1.90); revise draft chronology and provide documents of interest to internal Foley Team (1.20); attend internal call to discuss strategy and provide update on document review (0.70). | 3.80 | $1,265.40 |
| 03/19/20 | OSS | Participate in strategy call with team regarding documents reviewed and implications on key issues in investigation (1.00); strategize with Ms. J. Scott regarding review of conceptually similar documents key to investigation (0.60). | 1.60 | $842.40 |
| 03/19/20 | RVI | Analyze relevant documents (0.70); review and revise investigation plan and related materials (0.50). | 1.20 | $826.20 |
| 03/19/20 | RVI | Review and analyze approximately 25 key electronic documents related to various issues under investigation. | 2.80 | $1,927.80 |
| 03/19/20 | RVI | Confer with Foley Team regarding status of electronic document review, relevant documents, and other strategic issues related to investigation. | 0.70 | $481.95 |
| 03/19/20 | RVI | Attend to e-mail and other communications with Foley Team regarding strategic, legal, and operational issues related to investigation. | 0.50 | $344.25 |
| 03/20/20 | JCO | Attend call with internal Foley Team to discuss volume of documents and best solutions to narrow document set to only include relevant documents (1.10); review documents collected and provide updated tracker to Mr. R. Virginkar and Ms. O. Singelmann (0.30); review individual's positions to assist in interview list (0.40). | 1.80 | $599.40 |
| 03/20/20 | OSS | Correspond with litigation support regarding size of data hosted in database and correspond with Ms. B. Nelson and Mr. R. Virginkar regarding same (1.80); strategize with Ms. J. Scott, Ms. B. Nelson, and Mr. R. Virginkar regarding using analytics to efficiently identify documents responsive to issues in the investigation, as well as upcoming interviews (1.10). | 2.90 | $1,526.85 |
| 03/20/20 | RVI | Confer with Foley Team regarding status of electronic document review, relevant documents, and other strategic issues related to investigation. | 1.10 | $757.35 |
| 03/20/20 | RVI | Review and analyze electronic documents related to various issues under investigation. | 1.30 | $895.05 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                               Page 15
**LeClairRyan, PLLC**                                                                Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                                   May 06, 2020
Invoice No.: 50014308

---

| | | | | |
|---|---|---|---|---|
| 03/21/20 | JCO | Review approximately 200 documents ███████ | 1.00 | $333.00 |
| 03/22/20 | ELMH | Call with Mr. R. Virginkar regarding updates as it relates to the investigation and proposed next steps regarding same. | 0.60 | $630.00 |
| 03/23/20 | ALM | Teleconference with Ms. O. Singelmann, Ms. J. Scott, and Ms. V. Inojosa regarding Active Learning tool for reviewing documents from key custodians in connection with bankruptcy case. | 0.50 | $180.00 |
| 03/23/20 | BJN | Work on issues regarding investigation, including reviewing key documents and conference with Mr. R. Virginkar regarding same. | 1.50 | $1,147.50 |
| 03/23/20 | JCO | Attend call with Ms. O. Singelmann, Ms. A. Martinson, and Ms. V. Inojosa to discuss analytical tools and review process to best assist in review (0.50); review documents based on active learning review tool to review more efficiently (3.00). | 3.50 | $1,165.50 |
| 03/23/20 | RVI | Tasks related to investigation strategy and development of investigation plan, including analysis of relevant documents and draft investigation plan and related materials. | 0.80 | $550.80 |
| 03/23/20 | VI | Review internal notes and additional background documents in anticipation of call with Ms. O. Singelmann to discuss parameters of active learning document review. | 1.10 | $341.55 |
| 03/23/20 | VI | Discuss target documents with Ms. O. Singelmann in anticipation of active learning review for documents stored in RelativityOne. | 0.60 | $186.30 |
| 03/24/20 | BJN | Correspondence with Ms. J. Scott regarding general ledger, documents related to issues (0.20); review key documents and related correspondence with Mr. R. Virginkar (0.20). | 0.40 | $306.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50014308

Page 16
Foley & Lardner LLP
May 06, 2020

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/24/20 | JCO | Discuss interview candidates and document review process with Mr. R. Virginkar and Ms. O. Singelmann (0.90); draft e-mail to send to initial set of interviewees (0.30); review approximately 350 documents with active review learning tool to assist in building chronology and understanding of events (1.90); draft interview outline for ███ ████████████ (0.80); discuss review with Ms. V. Inojosa to assist in bringing her up to speed on case (0.30); discuss possible solutions to enhance and accelerate review with Ms. O. Singelmann (0.10); begin to review domain names with frequent hits to determine if any can be excluded for review (0.50). | 4.60 | $1,531.80 |
| 03/24/20 | OSS | Review documents as part of active learning analytics exercise to identify key documents to investigation (0.80); strategize with Mr. R. Virginkar and Ms. J. Scott regarding interviews (0.90); review and revise email to interviewees drafted by Ms. J. Scott (0.30); correspond with litigation support regarding progress of active learning analytics exercise (0.30). | 2.30 | $1,210.95 |
| 03/24/20 | RVI | Tasks related to supervision of investigation, including review of work product regarding document review and communications with Foley Team regarding document review and related issues. | 1.30 | $895.05 |
| 03/24/20 | VI | Use active learning tool to identify documents that are most relevant to goals of internal investigation on Relativity. | 2.90 | $900.45 |
| 03/24/20 | VI | Call with Ms. J. Scott to discuss markers of responsiveness and most efficient approaches to active learning review of documents on Relativity. | 0.40 | $124.20 |
| 03/24/20 | VI | Use active learning tool to identify documents in Relativity that inform internal investigation. | 1.60 | $496.80 |
| 03/25/20 | ALM | Use Active Learning tool to review and analyze documents from key custodians in connection with bankruptcy case. | 3.60 | $1,296.00 |
| 03/25/20 | BJN | Review correspondence regarding ████████ ████████████████ related correspondence with Ms. P. Beran and Ms. L. Tavenner regarding same. | 0.40 | $306.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50014308

Page 17
Foley & Lardner LLP
May 06, 2020

| | | | | |
|---|---|---|---|---|
| 03/25/20 | JCO | Review documents ███████████ ████████████ (2.80); review and revise interview outline for ███████ ████████████████ (0.50); review and revise domain names to exclude extraneous documents from searches (0.50). | 3.90 | $1,298.70 |
| 03/25/20 | OSS | Review list of domains of e-mails likely to be deemed irrelevant in order to more efficiently remove documents from the database in order to more easily identify documents relevant to bankruptcy and investigation. | 0.40 | $210.60 |
| 03/25/20 | OSS | Review and annotate iManage directory for those databases that are critical to bankruptcy proceedings and related investigation. | 0.90 | $473.85 |
| 03/25/20 | OSS | Review interview outline drafted by Ms. J. Scott and revise same. | 1.00 | $526.50 |
| 03/25/20 | OSS | Review approximately 200 documents key to investigation. | 3.50 | $1,842.75 |
| 03/25/20 | RVI | Tasks related to supervision of investigation, including review of work product regarding document review and communications with Foley Team regarding document review and related issues. | 0.90 | $619.65 |
| 03/25/20 | RVI | Confer with Ms. B. Nelson regarding various strategic and legal issues related to investigation and analysis of potential claims. | 0.50 | $344.25 |
| 03/25/20 | RVI | Tasks related to investigation strategy and development of investigation plan, including analysis of relevant documents and draft investigation plan and related materials. | 2.00 | $1,377.00 |
| 03/25/20 | VI | Use active learning tool to identify documents on Relatively that inform internal investigation. | 3.70 | $1,148.85 |
| 03/26/20 | ALM | Teleconference with Mr. R. Virginkar, Ms. O. Singelmann, Ms. J. Scott, and Ms. V. Inojosa regarding status update and internal strategy in connection with the investigation; use Active Learning tool to review and analyze documents from key custodians in connection with bankruptcy case. | 1.50 | $540.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50014308

Page 18
Foley & Lardner LLP
May 06, 2020

| | | | | |
|---|---|---|---|---|
| 03/26/20 | BJN | Prepare for and participate in weekly meeting with investigative team regarding status of investigation, next steps, documents (0.80); correspondence with Mr. R. Virginkar regarding issues and agenda for call with Ms. L. Tavenner and Ms. P. Beran and edit same (0.30). | 1.10 | $841.50 |
| 03/26/20 | ELMH | E-mail exchanges with Foley Team regarding status of various matters, including the investigation and proposed dates for witness interviews. | 0.30 | $315.00 |
| 03/26/20 | JCO | Collect and summarize relevant documents to circulate with internal team to provide update to client (1.80); review documents to assist in building of chronology of events (0.30); attend check in call with Foley Team to discuss relevant documents (0.40). | 2.50 | $832.50 |
| 03/26/20 | OSS | Document and analyze hot docs. | 2.70 | $1,421.55 |
| 03/26/20 | OSS | Review and revise interview outline revised by Ms. J. Scott and correspond with Mr. R. Virginkar regarding same. | 0.50 | $263.25 |
| 03/26/20 | OSS | Participate in team strategy call regarding key documents discovered in document review. | 0.50 | $263.25 |
| 03/26/20 | OSS | Review documents as part of active learning review to identify documents responsive to key issues in investigation. | 6.60 | $3,474.90 |
| 03/26/20 | RVI | Confer with Foley Team regarding status of electronic document review, relevant documents, and other strategic issues related to investigation. | 0.40 | $275.40 |
| 03/26/20 | RVI | Review and analyze electronic documents related to various issues under investigation. | 3.50 | $2,409.75 |
| 03/27/20 | BGF | Begin analyzing preference claim against ███ and related conferences and file review. | 3.50 | $3,276.00 |
| 03/27/20 | EFO | Analysis of next steps related to correspondence related to claims of ULXP and review of correspondence related to the same, including ███████████████████ | 2.20 | $950.40 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                          Page 19
**LeClairRyan, PLLC**                                                                Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                                May 06, 2020
Invoice No.: 50014308

| | | | | |
|---|---|---|---|---|
| 03/27/20 | ELMH | Telephone conference with Mr. B. Felder regarding investigation into potential claims discussed on call with Ms. L. Tavenner and Ms. P. Beran (0.40); e-mail exchanges with Mr. R. Virginkar and Ms. B. Nelson regarding status update regarding the review of remaining documents, witness interview dates, and confidential items discussed with the Chapter 7 Trustee (0.30). | 0.70 | $735.00 |
| 03/27/20 | JCO | Review approximately 400 documents to assist in building chronology and limiting volume of documents to review. | 1.90 | $632.70 |
| 03/27/20 | OSS | Review documents as part of active learning review to find key investigation documents. | 2.60 | $1,368.90 |
| 03/27/20 | RVI | Telephone conference with Ms. P. Beran regarding legal and strategic issues related to investigation and analysis of potential claims. | 0.20 | $137.70 |
| 03/27/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding legal and strategic advice related to bankruptcy investigation and related matters. | 0.80 | $550.80 |
| 03/27/20 | RVI | Prepare for call with client, including preparation of updated task lists, investigation planning, potential witnesses, and related matters. | 0.80 | $550.80 |
| 03/27/20 | RVI | Confer with Ms. B. Nelson regarding various strategic and legal issues related to investigation and analysis of potential claims. | 0.40 | $275.40 |
| 03/29/20 | BGF | Analyze key documents related to ███████ ███████ | 3.20 | $2,995.20 |
| 03/29/20 | EFO | Review and analysis of memorandum of law related to factual circumstances and potential causes of action (2.60); review and analysis of case law related to the same (0.60); review and analysis of ██████████████ ██████████████ (2.60). | 5.80 | $2,505.60 |
| 03/29/20 | JCO | Review 300 documents ████████ ████████████████ | 1.90 | $632.70 |
| 03/30/20 | BGF | Review and analyze case law, case documents and related conferences regarding preparation of adversary complaint. | 3.50 | $3,276.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50014308

Page 20
Foley & Lardner LLP
May 06, 2020

| | | | | |
|---|---|---|---|---|
| 03/30/20 | BJN | Review and analyze issues regarding ███ (0.10); related conference with Mr. R. Virginkar regarding same (0.30). | 0.40 | $306.00 |
| 03/30/20 | EFO | Review and analysis of memorandum of law related to factual circumstances and potential causes of action; review and analysis of case law related to the same (2.10); review and analysis of underlying loan documents and agreements (0.80); legal research related to preferential transfers (1.90); research related to statutory insiders (1.10), in particular ███████ ████████████████████████ (2.20). | 8.10 | $3,499.20 |
| 03/30/20 | JCO | Review approximately 300 documents to assist in narrowing document pool and better understand the chronology of events (1.70); attend check in call with Mr. R. Virginkar and Ms. O. Singelmann to discuss document review update and next steps (0.70). | 2.40 | $799.20 |
| 03/30/20 | OSS | Finalize active learning review of documents to more efficiently identify key documents to investigation (2.80); participate in call with litigation team regarding insider issue (0.90); participate in call with Mr. R. Virginkar and Ms. J. Scott regarding key issues in investigation (0.70). | 4.40 | $2,316.60 |
| 03/30/20 | RVI | Telephone conference with Mr. B. Felder, Ms. E. O'Leary and Ms. O. Singelmann regarding legal and strategic issues related to factual investigation and analysis of claims. | 0.90 | $619.65 |
| 03/30/20 | RVI | Confer with Mr. B. Felder regarding analysis of potential claims and litigation. | 0.20 | $137.70 |
| 03/30/20 | RVI | Review and analyze documents and information regarding various issues related to bankruptcy, in connection with analysis of potential claims and related matters. | 0.20 | $137.70 |
| 03/30/20 | RVI | Confer with Ms. O. Singelmann and Ms. J. Scott regarding status of electronic document review, relevant documents, and other strategic issues related to investigation. | 0.90 | $619.65 |
| 03/30/20 | VI | Use active learning tool to identify documents on Relativity that are most relevant to targets of internal investigation. | 3.30 | $1,024.65 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50014308

| | | | | |
|---|---|---|---|---|
| 03/31/20 | ALM | Review correspondence regarding key documents from review in connection with bankruptcy case. | 0.30 | $108.00 |
| 03/31/20 | BGF | Review case law, documents and related conferences regarding preparation of adversary complaint. | 4.30 | $4,024.80 |
| 03/31/20 | EFO | Review and analysis claims, petition, and certain filings (1.80); review and analysis of ████ (1.90); legal research related to statutory insiders (0.80); legal research related to particular statutory insiders as to corporations (2.40); legal research related to ████ (1.80) | 8.70 | $3,758.40 |
| 03/31/20 | ELMH | E-mail correspondences with Mr. B. Felder regarding status of his legal analysis as it relates to ████ (0.30); e-mail exchanges with Mr. R. Virginkar and Ms. B. Nelson regarding status of additional document review and confirmed dates for witness interviews (0.30). | 0.60 | $630.00 |
| 03/31/20 | JCO | Review documents to assist in limiting universe of documents to responsive only (0.60); discuss audio files with litigation support to determine the best method to review (0.30); draft search terms to assist in document review (0.20); provide information regarding audio files to Mr. R. Virginkar (0.20). | 1.30 | $432.90 |
| 03/31/20 | OSS | Correspond with Ms. J. Scott regarding finalizing illusion review (0.20); strategize with Mr. R. Virginkar regarding outstanding investigation items (0.30) ; draft search terms to use to find key documents for investigation (0.80); correspond with investigation team regarding search terms (0.20). | 1.50 | $789.75 |
| 03/31/20 | RVI | Tasks related to supervision of investigation, including review of work product regarding document review and communications with Foley team regarding document review and related issues. | 1.30 | $895.05 |
| 03/31/20 | RVI | Review and analyze electronic documents and communications related to potential claims and other matters under investigation. | 3.20 | $2,203.20 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                                                Page 22
**LeClairRyan, PLLC**                                                                          Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                                        May 06, 2020
Invoice No.: 50014308

---

| | | | | |
|---|---|---|---|---|
| 03/31/20 | VI | Telephone call with Mr. R. Virginkar regarding status of active learning document review in Relativity and discussion of coordination for subsequent steps of internal investigation. | 0.20 | $62.10 |
| 03/31/20 | VI | Use active learning tool to identify documents in Relativity that are most relevant to targets of internal investigation. | 1.20 | $372.60 |

|  |  |  |
|---|---|---|
| Task Total: | 267.10 | $139,743.00 |
| Services Total: | 302.70 | $168,758.55 |

## Professional Services Summary

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| S1 | Case Administration/Miscellaneous Matters | 28.10 | 22,070.55 |
| S10 | Court Hearings | 1.60 | 1,566.00 |
| S15 | Tax Issues | 5.90 | 5,379.00 |
| S27 | Investigation | 267.10 | 139,743.00 |
| **Totals** | | **302.70** | **$168,758.55** |

## Expenses Incurred

| Description | Amount |
|---|---|
| Litigation Services - Hosting | $4,800.00 |
| **Expenses Incurred Total** | **$4,800.00** |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

## **Exhibit G**

**(Foley Invoices – Second Interim Period)**



**FOLEY & LARDNER LLP**
WASHINGTON HARBOUR
3000 K STREET, N.W.
SUITE 600
WASHINGTON, D.C. 20007-5109
TELEPHONE (202) 672-5300
FACSIMILE (202) 672-5399
WWW.FOLEY.COM



Lynn L. Tavenner, Chapter 7 Trustee of the Bankruptcy Estate
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, VA 23219

Date: May 31, 2020
Invoice No.: 50029621
Our Ref. No.: 124772-0101

---

Services through April 30, 2020

Amount due for professional services rendered regarding ██████████
LeClairRyan PLLC

|  |  |
| --- | --- |
| Total Expenses: | $4,870.00 |
| **Amount Due:** | ██████████ |

---

Please reference your account number **124772-0101** and your invoice
number **50029621** with your remittance payable to **Foley & Lardner LLP.**
**Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

| | | | | |
|---|---|---|---|---|
| **Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC** | | | | Page 2 |
| Our Ref. No.: 124772-0101 | | | | Foley & Lardner LLP |
| Invoice No.: 50029621 | | | | May 31, 2020 |

---

## Professional Services Detail

### Case Administration/Miscellaneous Matters

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/20 | RVI | Confer with Ms. B. Nelson and Mr. N. Cole regarding issues related to review of electronic documents and other issues related to the same. | 0.50 | $344.25 |
| 04/02/20 | RVI | Prepare for call with client, including preparation of updated task lists, investigation planning, potential witnesses, and related matters. | 0.40 | $275.40 |
| 04/03/20 | BJN | Prepare for and participate in telephone conference with Ms. L. Tavenner, Ms. P. Beran, Ms. E. Morabito, and Mr. R. Virginkar regarding status of case, next steps, other related issues. | 1.10 | $841.50 |
| 04/03/20 | ELMH | Participate in weekly call with Ms. L. Tavenner and Ms. P. Beran to discuss status of various matters, strategy and proposed next steps (1.10); e-mail correspondences with Mr. R. Virginkar regarding resolution of costs for data storage (0.30). | 1.40 | $1,470.00 |
| 04/03/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito, Ms. B. Nelson, and Mr. B. Felder regarding legal and strategic advice related to bankruptcy investigation and related matters. | 1.10 | $757.35 |
| 04/03/20 | RVI | Prepare for call with client, including preparation of updated task lists, investigation planning, potential witnesses, and review of materials related to IRS audit issues. | 0.90 | $619.65 |
| 04/08/20 | BJN | Correspondence with Messrs. R. Virginkar and B. Felder regarding status of case, next steps, and use of interview in adversary proceeding. | 0.20 | $153.00 |
| 04/09/20 | BJN | Review and revise agenda for weekly call with Trustee and counsel and related correspondence with Mr. R. Virginkar regarding same (0.30); correspondence to Ms. P. Beran and Ms. L. Tavenner regarding upcoming call, next steps (0.30). | 0.60 | $459.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 3
Foley & Lardner LLP
May 31, 2020

| 04/09/20 | ELMH | Attend to Agenda for weekly call with Ms. L. Tavenner and Ms. P. Beran on April 10, 2020 (0.30); conference with Ms. B. Nelson regarding status summary update on various matters being handled by Foley on behalf of the Chapter 7 Trustee to discuss with client on weekly call (0.50). | 0.80 | $840.00 |
|---|---|---|---|---|
| 04/10/20 | BJN | Prepare for and participate on telephone conference with Ms. L. Tavenner and Ms. P. Beran (1.50); follow up call with Messrs. B. Felder, and R. Virginkar regarding weekly status update, priorities of investigation, status of case and other investigation (0.40). | 1.90 | $1,453.50 |
| 04/10/20 | ELMH | Prepare for and participate in weekly telephone meeting with Ms. L. Tavenner and Ms. P. Beran to review agenda items and to discuss strategy and next steps (1.50); follow up e-mail exchanges with Messrs. R. Virginkar, B. Felder and Ms. B. Nelson regarding task list items for following week and follow up items as requested by the Trustee (0.40). | 1.90 | $1,995.00 |
| 04/14/20 | ELMH | E-mail exchanges with Ms. L. Tavenner andMs. P. Beran regarding set up of call to discuss certain admin/miscellaneous matters in connection with both the investigation/litigation matters being handled by Foley (0.10); e-mail exchanges with Ms. B. Nelson and Mr. R. Virginkar regarding status update as it relates to final estimates of costs associated with documents being copied and stored electronically (0.30). | 0.40 | $420.00 |
| 04/15/20 | BJN | Prepare for and conference with Ms. L. Tavenner, Ms. P. Beran, and Ms. E. Morabito regarding status of case, upcoming steps; procedural issues. | 0.60 | $459.00 |
| 04/15/20 | ELMH | Conference call with Ms. L. Tavenner and Ms. P. Beran regarding administrative matters regarding the case and proposed next steps. | 0.50 | $525.00 |
| 04/16/20 | ELMH | E-mail exchanges with Ms. B. Nelson and Mr. R. Virginkar regarding agenda for call tomorrow with Ms. L. Tavenner and Ms. P. Beran; review of updated memorandums and additional case law regarding various causes of action prepared by Mr. B. Felder and Ms. E. O'Leary; call with Ms. B. Nelson regarding status of preference claims and collections and follow up items needed per conversation with Ms. P. Beran. | 0.70 | $735.00 |

Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of                          Page 4
LeClairRyan, PLLC                                                                  Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                                May 31, 2020
Invoice No.: 50029621

| | | | | |
|---|---|---|---|---|
| 04/17/20 | BJN | Prepare for and participate on weekly telephone conference with Ms. P. Beran and Ms. L. Tavenar and Foley Team regarding update on case status, next steps (0.80); related follow up with Mr. R. Virginkar regarding same (0.30); correspondence with Ms. E. Morabito regarding same (0.20). | 1.30 | $994.50 |
| 04/17/20 | ELMH | Review of Agenda in connection with weekly call with Ms. L. Tavenner and Ms. P. Beran (0.20); call with Ms. B. Nelson regarding summary of call with the Chapter 7 Trustee and strategy and next steps in light of same (0.30). | 0.50 | $525.00 |
| 04/18/20 | BJN | Correspondence with Ms. E. Morabito and Mr. R. Virginkar regarding status of case and telephone call. | 0.20 | $153.00 |
| 04/18/20 | ELMH | Review of summary from Mr. R. Virginkar and Ms. B. Nelson regarding recent call with Ms. L. Tavenner and Ms. P. Beran and questions regarding proposed next steps (0.30); e-mail exchanges with Mr. R. Virginkar and Ms. B. Nelson regarding questions, strategy and follow up items to be addressed next week (0.30). | 0.60 | $630.00 |
| 04/20/20 | BJN | Correspondence with Mr. E. Morabito regarding need for corporate review of certain documents for control issues (0.10); related follow up with Mr. S. Sandhill regarding same (0.20). | 0.30 | $229.50 |
| 04/21/20 | ELMH | Attend to e-mail correspondences and requests from Ms. L. Tavenner and Ms. P. Beran regarding certain preference settlements. | 0.20 | $210.00 |
| 04/22/20 | BJN | Prepare for and participate in telephone conference with Mr. R. Virginkar and Ms. E. Morabito regarding needed information and status of case. | 0.30 | $229.50 |
| 04/23/20 | RVI | Prepare for call with client, including preparation of investigation planning materials, analysis of potential witnesses, development of agenda for call and related matters. | 0.40 | $275.40 |
| 04/24/20 | BJN | Prepare for and participate in weekly telephone conference with Ms. L. Tavenner, Ms. E. Morabito, Mr. B. Felder, Ms. P. Beran, and Mr. R. Virginkar regarding status update, next steps in case. | 1.10 | $841.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                                    Page 5
**LeClairRyan, PLLC**                                                                              Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                                                 May 31, 2020
Invoice No.: 50029621

---

| 04/24/20 | ELMH | Participate in weekly status update call with Foley Team, Ms. L. Tavenner and Ms. P. Beran (1.10); e-mail exchanges with Foley Team regarding updated task list and next steps in light of direction provided by Ms. L. Tavenner and Ms. P. Beran (0.30); call with Mr. R. Virginkar and Ms. B. Nelson regarding status of final transfer to all electric searchable files and "hot docs," as well as estimated monthly costs associated from same (0.30). | 1.70 | $1,785.00 |
| 04/24/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito, Mr. B. Felder and Ms. B. Nelson, regarding legal and strategic advice related to bankruptcy investigation and related matters. | 1.10 | $757.35 |
| 04/25/20 | BJN | Telephone conference with Ms. E. Morabito regarding status of case, next steps, need for meeting with Ms. P. Beran (0.20); correspondence with Ms. P. Beran regarding same (0.10). | 0.30 | $229.50 |
| 04/29/20 | ELMH | Review and respond to e-mail correspondence from Ms. L. Tavenner and Ms. P. Beran regarding status of negotiations with First Lien Holder regarding the Cash Collateral Order in advance of tomorrow's hearing regarding same (0.30); review and comment on proposed cash collateral order and declaration of Ms. L. Tavenner in light of recent discussions with counsel to the purported second secured lender (0.40); updated Ms. L. Tavenner and Ms. P. Beran regarding same (0.10); e-mail correspondence with Ms. B. Nelson regarding updates regarding the investigation and preference claims for purposes of addressing same at the hearing on April 30, 2020 (0.30). | 1.10 | $1,155.00 |
| 04/30/20 | BJN | Review and revise agenda for weekly call (0.20) and related conference with Mr. R. Virginkar regarding same (0.20). | 0.40 | $306.00 |
| 04/30/20 | ELMH | Review and revise agenda for weekly call with Ms. L. Tavenner and Ms. P. Beran set for May 1, 2020. | 0.20 | $210.00 |
| 04/30/20 | ELMH | E-mail exchange with Mr. R. Virginkar post-hearing to discuss next steps in light of rulings from the Bench and instructions from Ms. L. Tavenner. | 0.30 | $315.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**         Page 6
**LeClairRyan, PLLC**                                              Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                 May 31, 2020
Invoice No.: 50029621

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/30/20 | RVI | Prepare for update call with client, including preparation of agenda and related materials and review of work product prepared by Foley Team related to factual analysis of claims against ULXP and others. | 0.40 | $275.40 |
| | | Task Total: | 23.40 | $20,469.30 |

**Court Hearings**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/30/20 | BJN | Prepare detailed memorandum regarding status of investigation and status of prosecution of preferences in advance of hearing, including correspondence with Mr. R. Virginkar regarding same (0.40); conference with Ms. E. Morabito regarding same (0.10); prepare for and participate in part of monthly status hearing (1.20). | 1.70 | $1,300.50 |
| 04/30/20 | ELMH | Attend hearing and present status updates to the Court in connection with Foley's role as Special Counsel to the Trustee. | 1.20 | $1,260.00 |
| | | Task Total: | 2.90 | $2,560.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 8
Foley & Lardner LLP
May 31, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 9
Foley & Lardner LLP
May 31, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 11
Foley & Lardner LLP
May 31, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 12
Foley & Lardner LLP
May 31, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 13
Foley & Lardner LLP
May 31, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 14
Foley & Lardner LLP
May 31, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 15
Foley & Lardner LLP
May 31, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 16
Foley & Lardner LLP
May 31, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 17
Foley & Lardner LLP
May 31, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 19
Foley & Lardner LLP
May 31, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 21
Foley & Lardner LLP
May 31, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 22
Foley & Lardner LLP
May 31, 2020



**Fee Application**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/15/20 | ELMH | Conference with Ms. B. Nelson regarding Foley's filing of first fee application and timing of same based upon call with Ms. Tavenner and Ms. P. Beran. | 0.30 | $315.00 |
| | | Task Total: | 0.30 | $315.00 |

**Insurance**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/24/20 | BJN | Review D&O insurance information and related correspondence with Mr. E. Lenz and Ms. E. Morabito regarding same. | 0.90 | $688.50 |
| | | Task Total: | 0.90 | $688.50 |

Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 23
Foley & Lardner LLP
May 31, 2020

## Investigation

| | | | | |
|---|---|---|---|---|
| 04/01/20 | ELMH | Analysis of the recharacterization arguments and case law as it relates to a potential adversary proceeding being considered by the US Trustee (0.70); e-mail exchanges with Mr. B. Felder regarding same (0.30); follow up with Mr. R. Virginkar regarding status of document review and additional evidence to support various theories of recovery as discussed with Ms. L. Tavenner and Ms. P. Beran (0.30). | 1.30 | $1,365.00 |
| 04/01/20 | JCO | Draft searches to assist in narrowing review and gain insight into specific relationships between parties (0.50); review approximately 200 documents to assist in building chronology (1.80). | 2.30 | $765.90 |
| 04/01/20 | OSS | Strategize with Ms. J. Scott regarding active learning review and clustering (1.00); revise search terms for active learning review documents related to same (1.50); review chronology of key documents (1.40). | 3.90 | $2,053.35 |
| 04/01/20 | RVI | Tasks related to supervision of investigation, including review of work product regarding document review and communications with Foley Team regarding document review, witness interviews, and related issues. | 0.30 | $206.55 |
| 04/02/20 | ALM | Use Active Learning Tool to review and analyze documents from key custodians in connection with bankruptcy case (2.20); teleconference with Mr. R. Virginkar, Ms. O. Singelmann, Ms. J. Scott, and Ms. V. Inojosa regarding internal strategy and next steps in connection with bankruptcy case (0.80). | 3.00 | $1,080.00 |
| 04/02/20 | BJN | Prepare for and participate in telephone conference with Mr. R. Virginkar, Ms. J. Scott, Ms. O. Singelmann regarding issues related to documents, document review, and follow up regarding same (0.80); review key documents in preparation for telephone conference (0.70); correspondence to Ms. O. Singelmann regarding additional needed documents from Trustee (0.10). | 1.60 | $1,224.00 |
| 04/02/20 | ELMH | Attend to updates from Ms. P. Beran regarding the LeClairRyan IRS audit (0.20); e-mail exchanges with Mr. R. Virginkar regarding identification of people to seek to talk to outside the Company on a consensual basis (0.30). | 0.50 | $525.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 24
Foley & Lardner LLP
May 31, 2020

| | | | | |
|---|---|---|---|---|
| 04/02/20 | JCO | Attend call with internal Foley Team to discuss updates on responsive documents, document review, and upcoming litigation (0.80); review documents to assist in culling relevant documents and pairing down review set (0.80); run targeted searches to expedite document review where possible (0.70). | 2.30 | $765.90 |
| 04/02/20 | OSS | Strategize with litigation support regarding active learning exercise to find key investigation documents (0.50); participate in weekly strategy call with investigation team (0.80); review documents to identify documents key to investigation (2.30); correspond with Mr. R. Virginkar and Ms. J. Scott regarding same (0.50). | 4.10 | $2,158.65 |
| 04/02/20 | RVI | Confer with Mr. B. Nelson regarding various strategic and legal issues related to investigation and analysis of potential claims. | 0.20 | $137.70 |
| 04/02/20 | RVI | Confer with Foley Team regarding status of electronic document review, relevant documents, and other strategic issues related to investigation. | 0.80 | $550.80 |
| 04/02/20 | VI | Compile e-mail to Team capturing the documents found this week using the Relativity Active Learning Tool that are most informative for the purposes of the internal investigation; provide annotated list of documents that include highlights of concerning or informative language, as well as insights that team members had when encountering the documents and identifying them as particularly relevant; send master summary e-mail to Mr. R. Virginkar, Ms. B. Nelson, Ms. O. Singelmann, Ms. J. Scott, and Ms. A. Markenson for review and analysis. | 1.10 | $341.55 |
| 04/02/20 | VI | Use Active Learning Tool to sort through defined clusters of documents in order to identify documents that elaborated on the relationship between United Lex, United Lex Partners, and LeClairRyan, and to determine which parties exercised what degree of control over United Lex Partners. | 1.40 | $434.70 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 25
Foley & Lardner LLP
May 31, 2020

| | | | | |
|---|---|---|---|---|
| 04/02/20 | VI | Attend video call with Mr. R. Virginkar, Ms. O. Singelmann, Ms. J. Scott, and Ms. A. Markenson to discuss current status of document review in Relativity, and to discuss questions, concerns, and actors that should be taken into special consideration during the remainder of the document review and ensuing investigation; send e-mails with attached documents following up with specific questions and concerns raised in the video call. | 1.70 | $527.85 |
| 04/03/20 | ALM | Use Active Learning Tool to review and analyze documents from key custodians in connection with bankruptcy case (0.80); review and analyze key documents in connection with bankruptcy case (0.50). | 1.30 | $468.00 |
| 04/03/20 | JCO | Review specific document searches to assist in deepening the understanding of LeClairRyan's conversion from a PC to a PLLC (0.50); review documents to assist in culling the universe to run targeted searches (0.50). | 1.00 | $333.00 |
| 04/03/20 | OSS | Review correspondence with Ms. C. Smith regarding payments made by LeClairRyan to ULXP and ULX (0.10); review correspondence from Ms. V. Inojosa regarding key documents related to investigation topics (0.10); review documents as part of active learning exercise to maximize efficiency of identifying documents key to investigation (1.70). | 1.90 | $1,000.35 |
| 04/03/20 | VI | Use Active Learning Tool to review additional documents and identify documents most relevant to internal investigation with the goal of teaching the Active Learning Tool to identify the most relevant documents through the software's algorithm. | 2.20 | $683.10 |
| 04/03/20 | VI | Use Active Learning Tool to perform elusion test and provide feedback to software algorithm as it attempts to determine which documents are not relevant to the targets of the internal investigation. | 2.40 | $745.20 |
| 04/05/20 | VI | Use Active Learning Tool to perform emulsion test in Relativity and teach the software to identify which documents are not relevant to internal investigation. | 0.60 | $186.30 |
| 04/06/20 | JCO | Review documents circulated internally (0.40); review approximately 150 documents to assist in culling the review database (1.10). | 1.50 | $499.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 26
Foley & Lardner LLP
May 31, 2020

| Date | Code | Description | Hours | Amount |
|---|---|---|---|---|
| 04/06/20 | OSS | Review key documents flagged by Ms. V. Inojosa (1.80); strategize regarding same with Ms. J. Scott (0.50). | 2.30 | $1,210.95 |
| 04/06/20 | VI | Use Active Learning Tool to perform emulsion test in Relativity and teach the software to identify which documents are not relevant to internal investigation. | 1.10 | $341.55 |
| 04/07/20 | ELMH | E-mail exchanges and telephone conference with Mr. R. Virginkar regarding witness interviews set for April 8, 2020 and strategy with respect to same (0.60); e-mail exchanges with Ms. O. Singelmann and Mr. R. Virginkar regarding witness interview summaries and division of tasks regarding same (0.20). | 0.80 | $840.00 |
| 04/07/20 | JCO | Review 115 documents to assist in narrowing search and provide additional context to current understanding of LeClairRyan. | 1.10 | $366.30 |
| 04/07/20 | OSS | Correspond with Team regarding preliminary interviews (0.20); review documents for responsiveness to investigation issues (0.80); correspond with Ms. J. Scott regarding same (0.30). | 1.30 | $684.45 |
| 04/07/20 | RVI | Confer with Ms. B. Nelson regarding various strategic and legal issues related to investigation and analysis of potential claims. | 0.30 | $206.55 |
| 04/07/20 | VI | Use elusion test to teach Relativity active learning software which remaining documents are not responsive in order to quickly identify the most relevant documents to the internal investigation. | 2.80 | $869.40 |
| 04/08/20 | BJN | Prepare for and participate on telephone conference with Mr. R. Virginkar regarding issues related to strategic issues in investigation, results of interview, key findings, and next steps (0.40); review key documents regarding same (0.40). | 0.80 | $612.00 |
| 04/08/20 | ELMH | E-mail exchanges with Mr. R. Virginkar, Ms. O. Singelmann, Mr. B. Felder and Ms. B. Nelson regarding summary of witness interview conducted today and next steps in light of requests by the Chapter 7 Trustee (0.40); e-mail exchanges with Mr. R. Virginkar regarding questions about the upcoming interviews in light of overall strategy of the case (0.30). | 0.70 | $735.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**　　　　　　　　　Page 27
**LeClairRyan, PLLC**　　　　　　　　　　　　　　　　　　　　　　　Foley & Lardner LLP
Our Ref. No.: 124772-0101　　　　　　　　　　　　　　　　　　　　　　　May 31, 2020
Invoice No.: 50029621

| 04/08/20 | JCO | Review documents to assist in developing facts and storyline based on responsive documents (2.10); review specific PowerPoint to provide context regarding who it was distributed to and why (0.40). | 2.50 | $832.50 |
|---|---|---|---|---|
| 04/08/20 | OSS | Supervise active learning procedure to more efficiently identify documents key to investigation. | 0.50 | $263.25 |
| 04/08/20 | OSS | Review and clean up notes of interview with Ms. C. Smith. | 1.80 | $947.70 |
| 04/08/20 | OSS | Participate in interview of Ms. C. Smith [NO CHARGE]. | 2.50 | $0.00 |
| 04/08/20 | OSS | Draft summary of key portions of interview with Ms. C. Smith to be circulated to team. | 1.40 | $737.10 |
| 04/08/20 | RVI | Prepare for telephone interview of Ms. C. Smith. | 0.50 | $344.25 |
| 04/08/20 | RVI | Telephone interview of Ms. C. Smith, with Ms. O. Singelmann and Ms. P. Beran. | 2.30 | $1,583.55 |
| 04/08/20 | VI | Draft e-mail to Ms. O. Singelmann and Ms. J. Scott with annotated list of documents identified in elusion test that are relevant to internal investigation for team awareness. | 0.30 | $93.15 |
| 04/08/20 | VI | Use elusion test to teach Relativity active learning software which remaining documents are not responsive in order to quickly identify the most relevant documents to the internal investigation. | 0.90 | $279.45 |
| 04/09/20 | ALM | Teleconference with Mr. R. Virginkar, Ms. O. Singelmann, Ms. J. Scott, and Ms. V. Inojosa regarding internal strategy and next steps in connection with bankruptcy case. | 0.60 | $216.00 |
| 04/09/20 | BJN | Prepare for and participate in telephone conference with Mr. R. Virginkar and Investigation Team regarding issues related to document interview, key documents, bankruptcy background, other related issues (0.80); conference with Mr. R. Virginkar regarding strategic importance and information learned, next steps (0.80); conference with Ms. E. Morabito regarding status of case, agenda (0.20). | 1.80 | $1,377.00 |
| 04/09/20 | ELMH | General review of witness interview summary. | 0.50 | $525.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 28
Foley & Lardner LLP
May 31, 2020

| | | | | |
|---|---|---|---|---|
| 04/09/20 | JCO | Attend internal Foley check-in to discuss progress to date and additional targeted searches to be run (0.50); review 300 documents to determine timeline of PowerPoint drafts regarding potential LeClairRyan ventures (3.20). | 3.70 | $1,232.10 |
| 04/09/20 | OSS | Finalize summary of highlights of interview with Ms. C. Smith and send same to team. | 0.60 | $315.90 |
| 04/09/20 | OSS | Prepare for interview with Mr. B. DeFazio (1.00); interview Mr. B. DeFazio (1.20); participate in weekly team check-in call (0.50); review key documents and correspondence related to preliminary interviews (0.80). | 3.50 | $1,842.75 |
| 04/09/20 | RVI | Telephone interview of Mr. B. DeFazio, with Ms. O. Singelmann and Ms. P. Beran. | 1.70 | $1,170.45 |
| 04/09/20 | RVI | Confer with Foley Team regarding status of electronic document review, relevant documents, and other strategic issues related to investigation. | 0.60 | $413.10 |
| 04/09/20 | RVI | Prepare for telephone interview of Mr. B. DeFazio, including confer with Ms. O. Singelmann regarding same. | 0.20 | $137.70 |
| 04/09/20 | VI | Call legal investigation team to discuss most salient documents found in review, and to discuss developing theory of bad acts and main perpetrators throughout the course of LeClairRyan's financial decline. | 0.60 | $186.30 |
| 04/10/20 | JCO | Attend and take notes in interview with Ms. S. Lenox from LeClairRyan (2.70); discuss next steps regarding Active Learn review with Foley litigation support and Ms. O. Singelmann (0.50); discuss interview with Mr. R. Virginkar to summarize key facts learned and things to investigate (0.40); discuss documents to be reviewed with Ms. O. Singelmann regarding responsiveness (0.20); review notes from interview to begin to summarize (0.50). | 4.30 | $1,431.90 |
| 04/10/20 | OSS | Participate in call with Mr. T. Zukowski and Ms. J. Scott regarding finalizing active learning exercise and migration of key documents to new database (0.50); review documents marked as further review for assessment of relevance to key investigation issues (0.90). | 1.40 | $737.10 |
| 04/10/20 | RVI | Prepare for interview of Mr. B. DeFazio, including confer with Ms. J. Scott regarding same. | 0.20 | $137.70 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 29
Foley & Lardner LLP
May 31, 2020

| | | | | |
|---|---|---|---|---|
| 04/10/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito, Mr. B. Felder and Ms. B. Nelson, regarding legal and strategic advice related to bankruptcy investigation and related matters. | 1.30 | $895.05 |
| 04/10/20 | RVI | Telephone interview of Ms. S. Lenox, with Ms. J. Scott and Ms. P. Beran; prepare for interview of Mr. B. DeFazio, including conference with Ms. J. Scott regarding same. | 2.60 | $1,790.10 |
| 04/10/20 | VI | Review memorandum sent by Mr. R. Virginkar explaining the legal analysis underpinning the interplay between UnitedLex and UnitedLex Partners in LeClairRyan's final months of operation. | 0.60 | $186.30 |
| 04/12/20 | JCO | Provide brief summaries of Ms. S. Lenox's interview to assist in investigation. | 0.70 | $233.10 |
| 04/13/20 | BJN | Prepare for and telephone conference with Mr. R. Virginkar regarding need for financial analysis of certain documents regarding investigation (0.20); related correspondence with Mr. T. Mohan regarding issues related to needed review of financial issues and related issues regarding same (0.20); prepare for and participate in conference with Messrs. T. Mohan and R. Virginkar regarding needed analysis and review of financial documents, background of case (0.50). | 0.90 | $688.50 |
| 04/13/20 | JCO | Begin to search for documents regarding cash management meetings at LeClairRyan and financial statements (0.50); review and provide information to litigation support to move responsive documents into different database for enhanced case management (0.20); review documents based on comments provided by Ms. O. Singelmann (0.50); draft e-mail to provide information regarding next stage in review (0.20). | 1.40 | $466.20 |
| 04/13/20 | OSS | Finalize review of documents marked further review for assessment of relevance to key investigation issues. | 1.20 | $631.80 |
| 04/13/20 | RVI | Confer with Ms. O. Singelmann regarding status of electronic document review, relevant documents, and other strategic issues related to investigation. | 0.30 | $206.55 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                                            Page 30
**LeClairRyan, PLLC**                                                                                  Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                                                May 31, 2020
Invoice No.: 50029621

| | | | | |
|---|---|---|---|---|
| 04/13/20 | TCM | Correspond with Foley working group regarding financial investigation analysis (0.40); review documents regarding same (2.30). | 2.70 | $1,336.50 |
| 04/14/20 | ELMH | E-mail exchanges with Mr. R. Virginkar and Ms. B. Nelson regarding status update as it relates to additional information provided by clients relating to the investigation (0.20). | 0.20 | $210.00 |
| 04/14/20 | JCO | Review and discuss targeted searches with Ms. V. Inojosa (0.20); create targeted searches to investigate cash management meetings, financial and CEO summaries, and communications between high ranking LeClairRyan individuals and individuals at UL or Proxios (0.40); review database management with internal Foley litigation support (0.30); review documents based on discussions with Ms. V. Inojosa (0.20). | 1.10 | $366.30 |
| 04/14/20 | OSS | Correspond with Mr. T. Zukowski regarding migration of key documents to new database (0.10); correspond with Ms. J. Scott regarding compilation of cash call meeting documents to be reviewed (0.10). | 0.20 | $105.30 |
| 04/14/20 | RVI | Review and analyze electronic documents related to potential claims and various issues under investigation. | 0.50 | $344.25 |
| 04/14/20 | TCM | Review and analyze LCR's historical financial statements and related documents (3.40); draft summary sheet regarding same (0.80). | 4.20 | $2,079.00 |
| 04/14/20 | VI | Receive new discrete document search assignments that focus on identifying documents that demonstrate specific bad acts at LeClairRyan during a specific time frame and discuss efficient execution of discrete search assignments with Ms. J. Scott. | 0.70 | $217.35 |
| 04/14/20 | VI | Use Active Learning Tool in Relativity to identify documents that discuss management of LeClairRyan funds in the last year preceding bankruptcy in order to determine whether United Lex was controlling LeClairRyan funds. | 2.70 | $838.35 |
| 04/15/20 | JCO | Review searches to assist in targeting relevant documents. | 0.20 | $66.60 |
| 04/15/20 | OSS | Review correspondence regarding document review related to Proxios entity. | 0.20 | $105.30 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 31
Foley & Lardner LLP
May 31, 2020

---

| 04/15/20 | RVI | Prepare for call with client, including review of work product, and other investigation planning and related matters. | 0.30 | $206.55 |
|---|---|---|---|---|
| 04/15/20 | RVI | Review and analyze electronic documents related to potential claims and various issues under investigation. | 0.80 | $550.80 |
| 04/15/20 | RVI | Tasks related to supervision of investigation, including communications with Foley Team regarding document review and related issues. | 0.60 | $413.10 |
| 04/15/20 | TCM | Draft and revise summary of findings regarding financial statement analysis (1.90); review and analyze LCR's financial statements regarding same (1.30); draft summary of outstanding items for financial statement investigation and next steps (0.50). | 3.70 | $1,831.50 |
| 04/16/20 | BJN | Correspondence with Mr. B. Felder and Investigative Team regarding potential need for financial analyst. | 0.50 | $382.50 |
| 04/16/20 | JCO | Conference with internal Foley Team to discuss progress on review of documents and specific information to pull to assist in bankruptcy proceedings (0.70); review searches provided by litigation support to ensure they capture the specific information requested (0.30); draft and revise interview memorandum from Director of Infrastructure at LeClairRyan (2.70). | 3.70 | $1,232.10 |
| 04/16/20 | OSS | Review correspondence regarding Proxios issue. | 0.10 | $52.65 |
| 04/16/20 | OSS | Participate in team call regarding document review findings related to key issues in investigation. | 0.60 | $315.90 |
| 04/16/20 | RVI | Confer with Foley Team regarding status of electronic document review, relevant documents, and other strategic issues related to investigation. | 0.50 | $344.25 |
| 04/16/20 | RVI | Confer with Ms. O. Singelmann regarding document review and other strategic and legal issues related to investigation and analysis of potential claims. | 0.40 | $275.40 |
| 04/16/20 | RVI | Review and analyze electronic documents related to potential claims and various issues under investigation. | 0.80 | $550.80 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 32
Foley & Lardner LLP
May 31, 2020

| | | | | |
|---|---|---|---|---|
| 04/16/20 | TCM | Draft and revise summary regarding LCR financial statement analysis (0.80); draft summary of findings regarding same and next steps (1.30); correspondences with Foley working group regarding open items, additional analysis, and next steps (1.20). | 3.30 | $1,633.50 |
| 04/16/20 | VI | Attend call with larger investigation team to discuss current findings and developing theory of LeClair's dissolution process, as well as bad acts captured in the documents reviewed through Relativity active learning. | 0.80 | $248.40 |
| 04/17/20 | OSS | Correspond with Foley Team regarding document review priorities. | 0.30 | $157.95 |
| 04/17/20 | RVI | Telephone conferences with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. B. Nelson and Mr. B. Felder, regarding legal and strategic advice related to bankruptcy investigation and related matters. | 1.10 | $757.35 |
| 04/17/20 | VI | Perform targeted search of all joint venture agreements and filter out documents in Relativity that were inappropriately captured in the search. | 2.30 | $714.15 |
| 04/17/20 | VI | Use Active Learning Tool in Relativity to identify documents that discuss management of LeClairRyan funds in the last year preceding bankruptcy in order to determine whether UnitedLex was controlling LeClairRyan funds. | 1.10 | $341.55 |
| 04/18/20 | VI | Perform targeted search of all joint venture agreements and filter out documents in Relativity that were inappropriately captured in the search. | 1.80 | $558.90 |
| 04/20/20 | ELMH | E-mail exchanges with Mr. R. Virginkar, Ms. B. Nelson, Mr. B. Felder and Ms. E. O'Leary regarding updates relating to the investigation and additional analysis needed for certain documents (0.30); call with Mr. S. Sandill regarding analysis or corporate documents to assist with the filing of a complaint (0.40). | 0.70 | $735.00 |
| 04/20/20 | JCO | Review documents to assist in building evidentiary support for pending bankruptcy proceeding and list documents in relevant portions of outline (2.70); coordinate with vendor regarding document collection and scanning (0.10). | 2.80 | $932.40 |
| 04/20/20 | OSS | Correspond with Ms. V. Inojosa regarding joint venture agreements. | 0.10 | $52.65 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 33
Foley & Lardner LLP
May 31, 2020

| | | | | |
|---|---|---|---|---|
| 04/20/20 | OSS | Strategize with litigation support regarding database migration of key documents needed for investigation. | 0.40 | $210.60 |
| 04/20/20 | RVI | Review and analyze electronic documents related to potential claims and various issues under investigation. | 1.30 | $895.05 |
| 04/20/20 | RVI | Review of work product related to investigation (0.50) communications with Foley Team regarding investigation, including progress of document review, financial analysis, and assessment of potential issues (0.70). | 1.20 | $826.20 |
| 04/20/20 | RVI | Confer with Messrs. B. DeFazio and T. Mohan regarding issues related to financial statements and accounting records. | 0.40 | $275.40 |
| 04/20/20 | TCM | Telephone conference with Messrs. R. Virginkar and B. DeFazio regarding legacy accounting system and accounting reports (0.40); review and analyze financial reports and related financial information (1.20). | 1.60 | $792.00 |
| 04/20/20 | VI | Identify final and executed versions of all relevant joint venture agreements through targeted search on Relativity and download (0.80); produce detailed e-mail and table with enclosed joint venture agreements for review by Foley corporate attorneys (0.30). | 1.10 | $341.55 |
| 04/21/20 | BJN | Prepare for and telephone conference with Mr. R. Virignkar regarding upcoming issues for client related to investigation, other related strategic issues involving financial review of documents, next steps (0.60); correspondence with Mr. T. Mohan regarding issues related to financial review of documents and additional needed documents (0.10); prepare for and conference with Mr. T. Mohan regarding issues related to financial review and needed documents (0.40). | 1.10 | $841.50 |
| 04/21/20 | JCO | Review documents to assist in building support in bankruptcy proceeding (3.80); review and provide Roadshow documents to Mr. R. Virginkar for the corporate team's analysis (0.40). | 4.20 | $1,398.60 |
| 04/21/20 | OSS | Correspond with Mr. R. Virginkar and Ms. V. Inojosa regarding document review summary. | 0.40 | $210.60 |
| 04/21/20 | RVI | Review and analyze electronic documents related to potential claims and various issues under investigation. | 1.40 | $963.90 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 34
Foley & Lardner LLP
May 31, 2020

| | | | | |
|---|---|---|---|---|
| 04/21/20 | RVI | Communications with Foley Team regarding factual support of claims under investigation, including analysis of relevant documents identified by Foley Team. | 0.60 | $413.10 |
| 04/21/20 | TCM | Draft correspondence to Mr. B. DeFazio regarding mapping of trial balance to financial statements. | 0.30 | $148.50 |
| 04/21/20 | VI | Search through Relativity database of LeClairRyan documents to find Amended and Restated Operating Agreement referenced in Greenberg Traurig memorandum to send to corporate lawyers reviewing all relevant LeClairRyan agreements. | 0.90 | $279.45 |
| 04/22/20 | OSS | Review bankruptcy outline of key documents prepared by Ms. J. Scott. | 0.50 | $263.25 |
| 04/22/20 | OSS | Review analysis of cash management documents prepared by Ms. V. Inojosa. | 1.10 | $579.15 |
| 04/22/20 | RVI | Confer with Ms. B. Nelson regarding legal and strategic issues related to development of claims and response to UnitedLex. | 0.40 | $275.40 |
| 04/22/20 | RVI | Confer with Ms. P. Beran regarding download of recent witness interviews and strategic and legal issues related to investigation. | 0.70 | $481.95 |
| 04/22/20 | RVI | Confer with Ms. E. Morabito and Ms. B. Nelson regarding strategic and legal issues related to investigation and analysis of potential claims. | 0.50 | $344.25 |
| 04/22/20 | RVI | Review communications and analyze associated work product related to financial analysis and other issues relevant to damages and claims under investigation. | 0.30 | $206.55 |
| 04/22/20 | VI | Draft e-mail compiling all of the documents most relevant to internal investigation that were compiled through targeted search in Relativity, including an annotated list of the documents and highlighted language, for Ms. O. Singelmann to review and refer to larger investigation team. | 1.00 | $310.50 |
| 04/23/20 | ALM | Teleconference with Mr. R. Virginkar, Ms. O. Singelmann, Ms. J. Scott, and Ms. V. Inojosa regarding internal strategy and next steps in connection with bankruptcy case. | 0.50 | $180.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 35
Foley & Lardner LLP
May 31, 2020

| | | | | |
|---|---|---|---|---|
| 04/23/20 | BJN | Prepare for and participate in telephone conference with Ms. E. Morabito and Mr. R. Virginkar regarding status of investigation, next steps (0.40); prepare for and participate in telephone conference with Mr. R. Virginkar regarding next steps, strategies, agenda, other open issues (0.60); review and analyze memorandum from Ms. J. Scott on status of investigation, information, needed additional information (0.50); prepare for and participate in telephone conference with Investigative Team (0.60). | 2.10 | $1,606.50 |
| 04/23/20 | JCO | Revise and update bankruptcy outline to include additional evidence in support of pleadings (4.10); attend internal Foley call to discuss targeted searches (0.50); revise memorandum of interview with former Director of Infrastructure (2.20). | 6.80 | $2,264.40 |
| 04/23/20 | OSS | Participate in investigation strategy call with Team. | 0.50 | $263.25 |
| 04/23/20 | OSS | Review outline noting key documents for investigation (0.50); correspond with Ms. J. Scott regarding running down factual issue related to investigation (0.20). | 0.70 | $368.55 |
| 04/23/20 | RVI | Review and analyze electronic documents and financial/accounting records related to potential claims and various issues under investigation. | 0.80 | $550.80 |
| 04/23/20 | RVI | Confer with Foley Team regarding status of electronic document review, relevant documents, and other strategic issues related to investigation. | 0.50 | $344.25 |
| 04/23/20 | RVI | Confer with Ms. B. Nelson regarding preparation for call with client and analysis of outstanding issues and next steps. | 0.50 | $344.25 |
| 04/23/20 | RVI | Confer with Messrs. B. Felder and T. Mohan regarding review and analysis of financial and accounting materials in connection with analysis of potential claims. | 0.50 | $344.25 |
| 04/23/20 | TCM | Telephone conference with Messrs. R. Virginkar and B. DeFazio regarding accounting information and diligence requests (0.50); correspondences with Foley working group regarding same (0.80). | 1.30 | $643.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 36
Foley & Lardner LLP
May 31, 2020

| | | | | |
|---|---|---|---|---|
| 04/23/20 | VI | Meet telephonically with Mr. R. Virginkar, Ms. B. Nelson, Ms. O. Singelmann, Ms. J. Scott, and Ms. A. Markenson to discuss recent developments in the bankruptcy investigation and determine next steps. | 0.90 | $279.45 |
| 04/24/20 | OSS | Review key documents sent by Mr. R. Virginkar (0.30); review documents circulated by Ms. V. Inojosa (1.20). | 1.50 | $789.75 |
| 04/24/20 | RVI | Confer with Ms. E. Morabito regarding strategic and legal issues related to investigation and analysis of potential claims. | 0.20 | $137.70 |
| 04/24/20 | TCM | Review 2018 monthly balance sheets and income statements (2.80); correspond with Mr. B. DeFazio regarding reporting availability regarding same (0.30). | 3.10 | $1,534.50 |
| 04/24/20 | VI | Use targeted search function in Relativity to identify documents connecting Mr. Gary LeClair to Proxios; compile e-mails to Ms. O. Singelmann and Ms. J. Scott to escalate documents identified during targeted search that do not relate to Proxios, but show a long-term and friendly relationship between Mr. G. LeClair and executives at UnitedLex. | 3.00 | $931.50 |
| 04/27/20 | ALM | Review and analyze documents from key custodians regarding life insurance policies in connection with bankruptcy case. | 2.60 | $936.00 |
| 04/27/20 | JCO | Review documents to assist in building chronology of events. | 0.20 | $66.60 |
| 04/27/20 | OSS | Review analysis from Ms. V. Inojosa of key documents related to Mr. G. LeClair's relationship with ULX personnel (0.50); correspond with members of Foley Team regarding same (1.10). | 1.60 | $842.40 |
| 04/27/20 | TCM | Draft summary of revenue write-off issues in December 2018 and early 2019. | 0.70 | $346.50 |
| 04/27/20 | VI | Use targeted search function in Relativity to identify documents connecting Mr. G. LeClair to Proxios; compile e-mails to Ms. O. Singelmann and Ms. J. Scott to escalate documents identified during targeted search that do not relate to Proxios, but show a long-term and friendly relationship between Mr. G. LeClair and executives at UnitedLex. | 4.10 | $1,273.05 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 37
Foley & Lardner LLP
May 31, 2020

| | | | | |
|---|---|---|---|---|
| 04/28/20 | ALM | Review and analyze documents from key custodians regarding life insurance policies in connection with bankruptcy case. | 6.70 | $2,412.00 |
| 04/28/20 | JCO | Review documents to determine scope of Project 100 and specific individual's involvement in the change to a PLLC. | 2.10 | $699.30 |
| 04/28/20 | OSS | Review correspondence from Ms. V. Inojosa regarding analysis of documents related to key issue in investigation. | 0.20 | $105.30 |
| 04/28/20 | VI | Use targeted search function in Relativity to identify documents connecting Mr. G. LeClair to Proxios (0.60); compile e-mails to Ms. O. Singelmann and Ms. J. Scott to escalate documents identified during targeted search that do not relate to Proxios, but show a long-term and friendly relationship between Mr. G. LeClair and executives at UnitedLex (0.20). | 0.80 | $248.40 |
| 04/28/20 | VI | Perform multiple targeted searches to identify documents in response to questions that Mr. R. Virginkar posed in response to escalated documents, and to identify any discussions or details regarding a particular meeting scheduled between representatives at UnitedLex and LeClairRyan at an off-site location. | 2.90 | $900.45 |
| 04/29/20 | ALM | Review and analyze documents from key custodians regarding life insurance policies in connection with bankruptcy case. | 2.70 | $972.00 |
| 04/29/20 | BJN | Review analysis of financial issues from Mr. T. Mohan (0.30) and related correspondence with additional inforamtion regarding same (0.10). | 0.40 | $306.00 |
| 04/29/20 | BJN | Prepare for and conference with Investigative Team regarding issues related to results of research (0.60); related follow up and analysis of key documents and key research regarding same (1.20). | 1.80 | $1,377.00 |
| 04/29/20 | JCO | Summarize interesting documents regarding LeClairRyan's transition from a PC to PLLC. | 0.80 | $266.40 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 38
Foley & Lardner LLP
May 31, 2020

| 04/29/20 | OSS | Review documents tagged for cash call analysis and correspond with Mr. R. Virginkar and Ms. J. Scott regarding same (0.50); correspond with Mr. R. Virginkar regarding hard copy documents needed to be reviewed in connection with investigation (0.10); review correspondence from Mr. T. Mohan (0.20); correspond with Ms. J. Scott regarding project 100 (0.20). | 1.00 | $526.50 |
|---|---|---|---|---|
| 04/29/20 | RVI | Confer with Ms. B. Nelson regarding issues related to investigation, including financial analysis, review and analysis of documents by Foley Team, and strategy for next steps. | 0.30 | $206.55 |
| 04/29/20 | TCM | Telephone conference with Foley working group regarding financial statement analysis (0.20); review and analyze 2018 monthly balance sheets and income statements (0.60); draft summary regarding same (0.80); draft summary regarding open workstreams and information regarding completion of financial statement analysis (0.60). | 2.20 | $1,089.00 |
| 04/29/20 | VI | Continue identifying hot and interesting documents in targeted search that show long-term and friendly relationship between Mr. G. LeClair and executives at Proxios and UnitedLex. | 0.60 | $186.30 |
| 04/30/20 | ALM | Review and analyze correspondence regarding key documents in connection with the bankruptcy case (0.50); teleconference with Mr. R. Virginkar, Ms. B. Nelson, Ms. O. Singelmann, Ms. J. Scott, and Ms. V. Inojosa regarding internal strategy and next steps in connection with the bankruptcy case (0.70). | 1.20 | $432.00 |
| 04/30/20 | JCO | Conference with internal Foley Team regarding today's bankruptcy hearing and targeted searches to best support the trustee's upcoming efforts (0.70); review documents to determine if any breaches of fiduciary duty occurred based on LeClairRyan's former employee's e-mail communications (0.60). | 1.30 | $432.90 |
| 04/30/20 | OSS | Analyze document summaries from associates identifying key evidence central to investigation found during document review (2.10); draft master task list (0.30); draft chronology of key events (0.50); participate in weekly strategy call with team (0.40). | 3.30 | $1,737.45 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                                    Page 39
**LeClairRyan, PLLC**                                                                      Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                                           May 31, 2020
Invoice No.: 50029621

| | | | | |
|---|---|---|---|---|
| 04/30/20 | RVI | Confer with Ms. B. Nelson to prepare for upcoming hearing, including updates on fact investigation and analysis of claims. | 0.20 | $137.70 |
| 04/30/20 | VI | Continue identifying hot and interesting documents in targeted search that show long-term relationship between Mr. G. LeClair and executives at Proxios and UnitedLex (0.60); download all hot and interesting e-mails to compile into an e-mail reviewing recent finds for the larger Investigation Team (0.60). | 1.20 | $372.60 |
| 04/30/20 | VI | Attend conference call with larger investigation team to discuss recent findings and next steps in investigation. | 0.90 | $279.45 |

|  |  |  |
|---|---|---|
| Task Total: | 209.10 | $96,568.50 |
| Services Total: | 590.50 | $327,816.90 |

## Expenses Incurred

| Description | Amount |
|---|---|
| Litigation Services - Hosting | $4,800.00 |
| Other Fees | $70.00 |
| **Expenses Incurred Total** | **$4,870.00** |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50029621

Page 40
Foley & Lardner LLP
May 31, 2020

---

## Expense Detail

### Litigation Services - Hosting

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 04/30/20 | ELMH | Litigation Services - Hosting. | $4,800.00 |

### Other Fees

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 04/30/20 | ELMH | Other Fees--VENDOR: Erika Morabito 03/24/20 Fee for attending LeClairRyan March 24th hearing via telephone -. | $70.00 |



FOLEY & LARDNER LLP
WASHINGTON HARBOUR
3000 K STREET, N.W.
SUITE 600
WASHINGTON, D.C. 20007-5109
TELEPHONE (202) 672-5300
FACSIMILE (202) 672-5399
WWW.FOLEY.COM



Lynn L. Tavenner, Chapter 7 Trustee of the Bankruptcy Estate
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, VA 23219

Date: June 22, 2020
Invoice No.: 50038242
Our Ref. No.: 124772-0101

---

Services through May 31, 2020

Amount due for professional services rendered regarding
LeClairRyan PLLC

⬛

Total Expenses:            $7,237.40

**Amount Due:**            ⬛

---

**Please reference your account number 124772-0101 and your invoice
number 50038242 with your remittance payable to Foley & Lardner LLP.
Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 2
Foley & Lardner LLP
June 22, 2020

## Professional Services Detail

### Case Administration/Miscellaneous Matters

| | | | | |
|---|---|---|---|---|
| 05/01/20 | BJN | Prepare for and telephone conference with Ms. P. Beran, Ms. L. Tavenner, Ms. E. Morabito, and Messrs. B. Felder and R. Virginkar regarding issues related to strategies, next steps, follow up (1.60); follow up with Mr. R. Virginkar regarding issues related to folow up from call, other related issues (0.30); draft detailed task list based on telephone call and related correspondence to Foley Team members regarding same (0.40); prepare for and participate on follow up call with Ms. E. O'Leary, Mr. R. Virginkar, Ms. E. Morabito, and Mr. B. Felder (0.90); correspondence with Mr. T. Mohan regarding needed fee application (0.10); correspondence with Ms. J. Harrison regarding fee application (0.10). | 3.40 | $2,601.00 |
| 05/01/20 | ELMH | Prepare for and participate in Weekly call with Ms. L. Tavenner and Ms. P. Beran (1.60); follow up call with Foley Team to discuss outstanding task list items and next steps in light of instructions from Ms. L. Tavenner (0.50). | 2.10 | $2,205.00 |
| 05/01/20 | RVI | Confer with Ms. B. Nelson regarding follow-up from call with client and discussion regarding strategy for next steps in investigation. | 0.30 | $206.55 |
| 05/03/20 | BJN | Finalize and revise task list (0.80); related follow up correspondence with Ms. E. Morabito, Mr. R. Virginkar, Mr. B. Felder, and Mr. E. O'Leary (0.10). | 0.90 | $688.50 |
| 05/03/20 | ELMH | Review and comment on updated LeClair Task list for week of May 4. | 0.40 | $420.00 |
| 05/04/20 | CDFR | Prepare ULXP invoices for attorney review from Relativity database at the request of Ms. O. Singelmann. | 0.80 | $212.40 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 3
Foley & Lardner LLP
June 22, 2020

| | | | | |
|---|---|---|---|---|
| 05/04/20 | ELMH | E-mail correspondences with Mr. E. Lenz and Ms. B. Nelson regarding insurance issues to be analyzed per request of Ms. L. Tavenner (0.30); telephone conference call with Ms. B. Nelson and Mr. R. Virginkar regarding status updates of various task list items and follow up from call with Ms. L. Tavenner and Ms. P. Beran on May 1, 2020 (0.50). | 0.80 | $840.00 |
| 05/06/20 | ELMH | E-mail correspondences with Messrs. B. Felder and R. Virginkar regarding updates on the ULXP complaint, as well as the outstanding task list items. | 0.40 | $420.00 |
| 05/07/20 | ELMH | Review and comment on proposed Agenda for update call with Ms. L. Tavenner on May 8, 2020. | 0.30 | $315.00 |
| 05/07/20 | ELMH | Review and respond to multiple e-mail correspondences from Ms. P. Beran regarding multiple case administration items, including the upcoming cash collateral hearing and information needed from Foley regarding same. | 0.40 | $420.00 |
| 05/07/20 | RVI | Prepare for call with client, including preparation of investigation planning materials, analysis of potential witnesses, development of agenda for call and related matters. | 0.20 | $137.70 |
| 05/08/20 | BJN | Prepare for and participate in telephone conference with Ms. E. Morabito, Ms. L. Tavenner, Ms. P. Beran, Mr. R. Virginkar, and Mr. B. Felder regarding status update, strategy in case. | 1.40 | $1,071.00 |
| 05/08/20 | ELMH | Call with Mr. R. Virginkar and Ms. B. Nelson regarding task list items, follow up needed, and next steps with respect to items raised on today's call by Ms. L. Tavenner. | 0.50 | $525.00 |
| 05/08/20 | ELMH | Pre-call with Foley Team to discuss items on the Agenda and recent updates based upon additional documents reviewed (0.40); participate in weekly call with Ms. L. Tavenner and Ms. P. Beran regarding status updates, task list items, proposed strategy and next steps (1.40). | 1.80 | $1,890.00 |
| 05/08/20 | RVI | Prepare for call with client, including preparation of investigation planning materials, analysis of potential witnesses, development of agenda for call and related matters. | 0.40 | $275.40 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                                                  Page 4
**LeClairRyan, PLLC**                                                                                          Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                                                         June 22, 2020
Invoice No.: 50038242

---

| | | | | |
|---|---|---|---|---|
| 05/08/20 | RVI | Review, analyze and respond to communications from Ms. P. Beran regarding various legal issues related to investigation and analysis of claims, including strategy for witness interviews and related issues. | 0.40 | $275.40 |
| 05/08/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, Ms. B. Nelson, and Mr. B. Felder, regarding legal and strategic advice related to bankruptcy investigation and related matters. | 1.00 | $688.50 |
| 05/12/20 | BJN | Correspondence to Ms. E. Morabito regarding issues related to status of various open items, including procedures motions, Greenberg and ULXP (0.20); related follow up with Mr. P. Beran regarding same (0.10). | 0.30 | $229.50 |
| 05/13/20 | ELMH | Review of e-mail correspondence from Ms. P. Beran regarding call with Ms. L. Tavenner to discuss list of mediators for next phase of the Demand Letter/Adversary Proceedings (0.10); e-mail exchanges with Ms. L. Tavenner regarding call to discuss proposed mediators and other updates in the case (0.20). | 0.30 | $315.00 |
| 05/13/20 | ELMH | Telephone conference call with Ms. B. Nelson and Mr. R. Virginkar regarding status update of various task list items, as well as updates from the client, proposed agenda for May 15, 2020 call, and further revisions to the latest version of the draft Complaint to be discussed with Ms. L. Tavenner and Ms. P. Beran. | 0.60 | $630.00 |
| 05/14/20 | BJN | Conference with Ms. E. Morabito regarding status of draft, other status of case (0.20); related correspondence with Mr. B. Felder and Ms. E. O'Leary regarding same (0.10); conference with Mr. R. Virginkar regarding status of agenda for weekly call, other pending issues (0.40); review and revise Procedures Motion and related follow up with Ms. E. Morabito regarding same (0.90); related follow up conference with Ms. P. Beran regarding same (0.80); related conference with Mr. R. Virginkar regarding motion procedures (0.30). | 2.70 | $2,065.50 |
| 05/14/20 | BJN | Prepare for and participate on weekly team call (0.80); review related correspondence regarding same (0.30). | 1.10 | $841.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 5
Foley & Lardner LLP
June 22, 2020

| | | | | |
|---|---|---|---|---|
| 05/14/20 | ELMH | Call with Ms. L. Tavenner to discuss proposed mediators. | 0.50 | $525.00 |
| 05/15/20 | BJN | Prepare for and participate on telephone conference with Ms. P. Beran, Ms. L. Tavenner, Mr. R. Virginkar, Ms. E. Morabito, and Mr. B. Felder regarding case status update, strategy proceeding forward (1.40); prepare for and participate in follow up conference regarding case strategy, other issues moving forward with Messrs. R. Virginkar and B. Felder and related correspondence regarding same (0.90). | 2.30 | $1,759.50 |
| 05/15/20 | ELMH | Participate in weekly strategy call with Ms. L. Tavenner and Ms. P. Beran (1.40); follow up call with Ms. B. Nelson and Mr. R. Virginkar regarding new task list items and staffing resulting from requests of Ms. L. Tavenner and Ms. P. Beran (0.50). | 1.90 | $1,995.00 |
| 05/15/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito, Ms. B. Nelson, and Mr. B. Felder regarding legal and strategic issues related to draft adversary complaint against ULXP and UnitedLex and other advice related to bankruptcy investigation and assessment of claims. | 1.10 | $757.35 |
| 05/16/20 | ELMH | Review and respond to e-mail correspondence from Ms. P. Beran regarding an assumption/rejection question. | 0.20 | $210.00 |
| 05/18/20 | ELMH | Review of e-mail correspondence from Ms. L. Tavenner regarding status of Common Interest Agreement (0.10); telephone conference call with Mr. D. Foley regarding upcoming interview with VCF and details regarding same, including the need for a common interest agreement (0.40); update Ms. L. Tavenner and Ms. P. Beran regarding call with counsel for VCF and next steps in light of same (0.30); review and revise draft common interest agreement (0.50). | 1.30 | $1,365.00 |
| 05/19/20 | BJN | Correspondence with Mr. D. Foley regarding draft Common Interest Agreement and related changes to same. | 0.40 | $306.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                    Page 6
**LeClairRyan, PLLC**                    Foley & Lardner LLP
Our Ref. No.: 124772-0101                    June 22, 2020
Invoice No.: 50038242

| | | | | |
|---|---|---|---|---|
| 05/19/20 | ELMH | Revise draft Common Interest Agreement (0.30); call with Ms. B. Nelson regarding same (0.10); telephone conference call with Mr. D. Foley regarding comments to the draft Common Interest Agreement and topics for meeting (0.30); finalize same with Ms. L. Tavenner and Ms. P. Beran (0.20). | 0.90 | $945.00 |
| 05/20/20 | ELMH | Review and comment on updates from Foley attorneys regarding the insurance and tax questions of Ms. L. Tavenner (0.30); follow up with Mr. R. Virginkar regarding same (0.20). | 0.50 | $525.00 |
| 05/21/20 | BJN | Review proposed agenda for upcoming call and comment on same (0.20); correspondence with Ms. E. Morabito and Mr. R. Virginkar regarding same (0.10). | 0.30 | $229.50 |
| 05/21/20 | ELMH | Call with Ms. B. Nelson and Mr. R. Virginkar regarding weekly updates, proposed Agenda, strategy and next steps in advance of call with Ms. L. Tavenner and Ms. P. Beran on May 22, 2020. | 0.70 | $735.00 |
| 05/21/20 | RVI | Telephone conference with Ms. P. Beran regarding communications with Cornerstone and other issues related to third-party document requests. | 0.50 | $344.25 |
| 05/21/20 | RVI | Confer with Ms. B. Nelson regarding preparation for call with client, including draft agenda and status of adversary complaint. | 0.30 | $206.55 |
| 05/22/20 | BJN | Correspondence with Ms. E. Morabito regarding status of insurance coverage issues, other related issues (0.40); prepare for and attend weekly update call with Ms. L. Tavenner, Ms. E. Morabito, Ms. P. Beran, and Mr. R. Virginkar (1.30). | 1.70 | $1,300.50 |
| 05/22/20 | ELMH | Call with Ms. B. Nelson regarding today's agenda for weekly call with Ms. L. Tavenner (0.30); participate in weekly call with Ms. L. Tavenner, Ms. P. Beran, Mr. R. Virginkar and Ms. B. Nelson to discuss status of various matters, outstanding task list items, and other matters being handled by Foley at the request of Ms. L. Tavenner (1.40). | 1.70 | $1,785.00 |
| 05/22/20 | RVI | Prepare for client update call, including review and analysis of Foley Team work product regarding electronic document review and fact analysis. | 0.40 | $275.40 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**  Page 7
**LeClairRyan, PLLC**  Foley & Lardner LLP
Our Ref. No.: 124772-0101  June 22, 2020
Invoice No.: 50038242

| | | | | |
|---|---|---|---|---|
| 05/22/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito, Ms. B. Nelson and Mr. B. Felder, regarding legal and strategic advice related to bankruptcy investigation, adversary complaint, witness interviews and related matters. | 1.60 | $1,101.60 |
| 05/22/20 | RVI | Confer with Ms. B. Nelson regarding issues related to follow-up from call with client, including analysis of income tax issues and next steps for adversary complaint. | 0.30 | $206.55 |
| 05/25/20 | ELMH | E-mail correspondences and advice regarding the LeClair tax questions. | 0.40 | $420.00 |
| 05/26/20 | BJN | Review and revise settlement agreement for attorney and other procedures, including related conferences with Mr. R. Virginkar and Ms. E. Morabito regarding same (0.90); related conference with Ms. P. Beran regarding same, other related tax issues (0.40); related telephone conference and correspondence with Ms. E. Morabito and Mr. R. Virginkar regarding open issues on taxes, settlement agreement (0.30). | 1.60 | $1,224.00 |
| 05/26/20 | RVI | Review, revise and comment on draft settlement agreement to be filed with court. | 0.90 | $619.65 |
| 05/27/20 | ELMH | Attend to multiple e-mail correspondences from Ms. P. Beran regarding document regarding the ownership changes on various life insurance policies and affects of same (0.30); telephone conference with Mr. R. Virginkar regarding status updates with all insurance and tax questions of Ms. L. Tavenner and proposed next steps (0.40). | 0.70 | $735.00 |
| 05/27/20 | RVI | Draft and revise updated summary regarding investigation, claims analysis and adversary proceedings, for use during hearing with Bankruptcy Court. | 0.40 | $275.40 |
| 05/27/20 | RVI | Telephone conference with Ms. B. Nelson regarding issues related to preparation for hearing with Bankruptcy Court. | 0.20 | $137.70 |
| 05/28/20 | BJN | Prepare for and participate in conference with Investigative Team regarding next steps (0.60); prepare for and conference with Mr. R. Virginkar regarding next steps, status, agenda (0.50); review and revise agenda and related correspondence with Mr. R. Virginkar regarding same (0.20). | 1.30 | $994.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**       Page 8
**LeClairRyan, PLLC**       Foley & Lardner LLP
Our Ref. No.: 124772-0101       June 22, 2020
Invoice No.: 50038242

| | | | | |
|---|---|---|---|---|
| 05/28/20 | RVI | Telephone conference with Ms. B. Nelson regarding issues related to investigation, adversary proceedings and other preparation for update call with client. | 0.30 | $206.55 |
| 05/28/20 | RVI | Prepare for weekly update call with client, including review of legal research and analysis memoranda related to adversary claims, review of work product and progress reports regarding investigation and document review, and prepare agenda for weekly meeting. | 1.10 | $757.35 |
| 05/29/20 | BJN | Prepare for and participate in conference with Ms. P. Beran, Ms. L. Tavennar, Mr. R. Virginkar and Mr. B. Felder regarding update on investigation, other related issues (1.80); follow up conference with Mr. R Virginkar regarding same (0.10). | 1.90 | $1,453.50 |
| 05/29/20 | ELMH | Attend to updates from Messrs. E. Lenz and R. Tanden regarding tax and insurance issues; call with Mr. R. Virginkar to discuss same. | 0.40 | $420.00 |
| 05/29/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. B. Nelson and Mr. B. Felder, regarding legal and strategic advice related to adversary proceedings, draft complaint, demand letters, bankruptcy-related investigation and next steps, and other related matters. | 1.30 | $895.05 |
| 05/29/20 | RVI | Prepare for weekly update call with client, including review and analysis of work product and key documents identified by review team. | 0.40 | $275.40 |
| | | Task Total: | 48.00 | $40,259.25 |

**Court Hearings**

| | | | | |
|---|---|---|---|---|
| 05/27/20 | BJN | Draft detailed memorandum regarding status of investigation, status of prosecution, other related issues, for use in hearing (0.90); related correspondence with Ms. E. Morabito regarding same (0.10); related conference and correspondence with Mr. R. Virginkar regarding same (0.30). | 1.30 | $994.50 |
| 05/28/20 | BJN | Prepare for and attend court hearing (1.10); related conference with Ms. E. Morabito regarding same (0.10). | 1.20 | $918.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 9
Foley & Lardner LLP
June 22, 2020

| | | | | |
|---|---|---|---|---|
| 05/28/20 | ELMH | Prepare for today's Omnibus Hearing (0.50); review of Agenda for today's hearing (0.20); attend and present at today's Omnibus Hearing regarding the status of various matters being handled by Foley on behalf of Ms. L. Tavenner (1.70); follow up e-mail correspondences with Ms. L. Tavenner and Ms. P. Beran regarding Court's ruling, strategy and next steps (0.20). | 2.60 | $2,730.00 |
| | | Task Total: | 5.10 | $4,642.50 |

**Tax Issues**

| | | | | |
|---|---|---|---|---|
| 05/08/20 | RVI | Review and analyze documents and communications regarding issues related to possible claims, including as related to tax liability and IRS audit. | 0.30 | $206.55 |
| 05/08/20 | RVI | Telephone conference with Ms. L. Tavenner, Ms. P. Beran and Mr. B. Strickland regarding strategy and legal issues related to IRS audit and taxation matters. | 1.20 | $826.20 |
| 05/10/20 | RTA | Review materials regarding IRS audit; analyze; confer internally regarding same. | 0.50 | $495.00 |
| 05/11/20 | BJN | Prepare for and telephone conference with Mr. R. Virginkar regarding issues related to status of tax inquiry, next steps. | 0.60 | $459.00 |
| 05/11/20 | RTA | Confer with Mr. R. Virginkar regarding the matter; update e-mail to Team. | 0.70 | $693.00 |
| 05/11/20 | RVI | Confer with Mr. R. Tanden regarding analysis of tax issues related to IRS audit. | 0.30 | $206.55 |
| 05/20/20 | RTA | Respond to client question regarding tax return filing. | 0.30 | $297.00 |
| 05/26/20 | JCO | Provide tax documents to be uploaded for review. | 0.20 | $66.60 |
| 05/26/20 | RTA | Internal conference call regarding tax issues; consider same. | 0.40 | $396.00 |
| 05/26/20 | RVI | Telephone conference with Mr. R. Tanden regarding issues related to 2018 tax returns and analysis of legal issues related to same. | 0.40 | $275.40 |
| | | Task Total: | 4.90 | $3,921.30 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 10
Foley & Lardner LLP
June 22, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 11
Foley & Lardner LLP
June 22, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 13
Foley & Lardner LLP
June 22, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 14
Foley & Lardner LLP
June 22, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 15
Foley & Lardner LLP
June 22, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 16
Foley & Lardner LLP
June 22, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 17
Foley & Lardner LLP
June 22, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 18
Foley & Lardner LLP
June 22, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 19
Foley & Lardner LLP
June 22, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 20
Foley & Lardner LLP
June 22, 2020



**Fee Application**

| | | | | |
|---|---|---|---|---|
| 05/04/20 | JCH | Prepare draft of Foley's First Interim Fee Application (1.80); call with Ms. B. Nelson regarding same (0.40). | 2.20 | $455.40 |
| 05/05/20 | BJN | Advise Ms. J. Harrison on issues regarding first interim fee application. | 0.30 | $229.50 |
| 05/05/20 | JCH | Revisions to Foley First Interim Fee Application, including review and organization of spreadsheet with fees and expenses. | 1.50 | $310.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 21
Foley & Lardner LLP
June 22, 2020

| | | | | |
|---|---|---|---|---|
| 05/06/20 | BJN | Review and revise interim fee application (0.30); correspondence with Ms. E. Morabito regarding same (0.10). | 0.40 | $306.00 |
| 05/06/20 | JCH | E-mail to Ms. B. Nelson regarding issues with billing rates (0.20); review/organize revised spreadsheets for inclusion in Foley's First Interim Fee Application (0.50); revisions to Foley's First Interim Fee Application (2.50). | 3.20 | $662.40 |
| 05/07/20 | BJN | Detailed correspondence to Mr. L. Tavenner and Ms. P. Beran regarding fee application, related issues (0.30); review, revise and advise Ms. J. Harrison on necessary updates to fee application (1.30). | 1.60 | $1,224.00 |
| 05/07/20 | JCH | Additional revisions to Foley First Interim Fee Application (1.70); e-mails and calls to and from Ms. B. Nelson regarding fee application (1.50); finalize and file Foley's First Interim Fee Application (2.50). | 5.70 | $1,179.90 |
| | | Task Total: | 14.90 | $4,367.70 |

**Insurance**

| | | | | |
|---|---|---|---|---|
| 05/04/20 | EDL | Initial review of directors and officers liability insurance policy (1.40); telephone conference with Ms. B. Nelson regarding issues relative to same (0.20). | 1.60 | $1,209.60 |
| 05/07/20 | EDL | Review of insurance policy documentation (0.90); research regarding scope of coverage (0.80); memorandum to Ms. B. Nelson regarding same (0.20). | 1.90 | $1,436.40 |
| 05/08/20 | BJN | Prepare for and participate in conference with Mr. E. Lenz and Mr. R. Virginkar regarding needed D&O insurance issues. | 0.60 | $459.00 |
| 05/15/20 | BJN | Correspondence with Mr. E. Lenz regarding needed assistance on insurance policy (0.20); related follow up regarding additional insurance documents with Ms. O. Singelmann (0.10). | 0.30 | $229.50 |
| 05/15/20 | EDL | Initial review of Directors and Officers Liability Insurance Policy and related materials (0.60); communications with Ms. B. Nelson regarding same (0.20). | 0.80 | $604.80 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 22
Foley & Lardner LLP
June 22, 2020

| | | | | |
|---|---|---|---|---|
| 05/19/20 | EDL | Continue review of Directors and Officers Liability Insurance Policy. | 1.40 | $1,058.40 |
| 05/20/20 | BJN | Review database for insurance-related documents (1.20); related follow up with Mr. E. Lenz regarding same (0.20). | 1.40 | $1,071.00 |
| 05/20/20 | EDL | Review all management liability insurance policies and related documents; communications with Ms. B. Nelson and Ms. E. Morabito regarding same. | 2.60 | $1,965.60 |
| 05/27/20 | BJN | Work on issues regarding potential D&O insurance litigation and follow up with Mr. E. Lenz regarding same. | 0.20 | $153.00 |
| 05/28/20 | EDL | Consider issue regarding potential claims under Directors and Officers Liability Insurance Policy. | 0.30 | $226.80 |
| 05/29/20 | BJN | Multiple e-mail correspondence with Mr. E. Lenz regarding issues related to reporting of documentation. | 0.40 | $306.00 |
| 05/29/20 | EDL | Various communications with working group regarding insurance coverage issues and potential claims (0.40); review of policy regarding same (0.80). | 1.20 | $907.20 |
| 05/29/20 | ELMH | Prepare for and participate in weekly conference call with Ms. L. Tavenner and Ms. P. Beran regarding status update of various matter, strategy, task list items, and proposed next steps (1.80); follow up e-mail correspondences with Mr. R. Virginkar and Ms. B. Nelson regarding follow-up items based upon requests of Ms. L. Tavenner (0.30). | 2.10 | $2,205.00 |
| 05/29/20 | RVI | Telephone conference with Ms. B. Nelson regarding provision of notice under D&O policy and related issues. | 0.20 | $137.70 |
| 05/29/20 | RVI | E-mail communications with Mr. E. Lenz, Ms. E. Morabito and Ms. B. Nelson regarding legal issues related to D&O insurance and strategy for noticing claims. | 0.40 | $275.40 |
| | | Task Total: | 15.40 | $12,245.40 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 23
Foley & Lardner LLP
June 22, 2020

---

**Investigation**

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/20 | ALM | Review and analyze correspondence regarding key documents in connection with the bankruptcy case. | 2.20 | $792.00 |
| 05/01/20 | JCO | Review approximately 350 documents related to former LeClairRyan partners to review and determine involvement in specific aspects of the business in connection with investigation of possible claims. | 3.40 | $1,132.20 |
| 05/01/20 | OSS | Correspond with Team regarding document review (0.30); correspond with Team regarding same (0.60). | 0.90 | $473.85 |
| 05/01/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito, Ms. B. Nelson, and Mr. B. Felder regarding investigation and prosecution of potential claims, including possible claims against ULXP and other individuals, and strategy for continued fact investigation and next steps. | 1.80 | $1,239.30 |
| 05/01/20 | RVI | Confer with Ms. E. Morabito, Ms. B. Nelson, Mr. B. Felder and Ms. E. O'Leary regarding various legal and strategic issues related to investigation and prosecution of claims, including strategy regarding next steps and issues related to drafting adversary complaint and factual support for same. | 0.90 | $619.65 |
| 05/01/20 | VI | Continue identifying hot and interesting documents in targeted search that show long-term and friendly relationship between Mr. Gary LeClair and executives at Proxios and UnitedLex; download all hot and interesting e-mails to compile into an e-mail reviewing recent finds for the larger Investigation Team. | 1.40 | $434.70 |
| 05/03/20 | ALM | Review and analyze correspondence regarding key documents in connection with the bankruptcy case. | 2.90 | $1,044.00 |
| 05/04/20 | ALM | Review and analyze correspondence regarding key documents related to Northwest Mutual Life Insurance issues and analysis of possible claims in connection with the bankruptcy case (5.40); draft summary of key documents from same (1.20). | 6.60 | $2,376.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 24
Foley & Lardner LLP
June 22, 2020

| | | | | |
|---|---|---|---|---|
| 05/04/20 | OSS | Review documents regarding Northwest Mutual Insurance Policy and correspond with Team regarding same (0.60); review documents regarding Mr. G. LeClair and correspond with Team regarding same (0.50); update chronology of key events in investigation (0.30). | 1.40 | $737.10 |
| 05/04/20 | VI | Continue identifying hot and interesting documents in targeted search that shows a long-term and friendly relationship between Mr. G. LeClair and executives at Proxios and UnitedLex (1.10); download all hot and interesting e-mails to compile into an e-mail reviewing recent finds for the larger Investigation Team (1.00). | 2.10 | $652.05 |
| 05/05/20 | ALM | Review and analyze documents and correspondence regarding issues under investigation, including life insurance policies, in connection with the bankruptcy case (6.60); correspond with Mr. R. Virginkar regarding same (0.50). | 7.10 | $2,556.00 |
| 05/05/20 | JAA | Analysis of deferred compensation and life insurance arrangements. | 0.20 | $117.00 |
| 05/05/20 | JCO | Review documents to determine when the phrase "Project Liberty" was used (0.80); review background documents to assist in gathering information on the Northwestern Mutual policies (0.50); review and summarize findings of documents regarding specific LeClairRyan partners and their involvement in the joint venture or certain material changes to the company (1.30). | 2.60 | $865.80 |
| 05/05/20 | OSS | Correspond with Mr. R. Virginkar regarding Northwestern Mutual Insurance issue (0.50); review documents and analysis related to same (1.30). | 1.80 | $947.70 |
| 05/05/20 | OSS | Correspond with Team regarding Project Liberty. | 0.10 | $52.65 |
| 05/05/20 | OSS | Review documents and analysis related to Mr. G. LeClair. | 0.40 | $210.60 |
| 05/05/20 | RVI | Confer with Ms. O. Singelmann regarding preliminary analysis of documents related to Northwestern Mutual Life Insurance Policy issues and strategy for further investigation and fact development regarding the same. | 0.90 | $619.65 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                                           Page 25
**LeClairRyan, PLLC**                                                                        Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                                              June 22, 2020
Invoice No.: 50038242

| | | | | |
|---|---|---|---|---|
| 05/05/20 | RVI | Review and analyze work product regarding electronic document review and factual analysis of issues related to Northwestern Mutual Life Insurance Policy and assessment of potential claims to be brought by estate and legal issues related to same. | 1.60 | $1,101.60 |
| 05/05/20 | VI | Continue identifying hot and interesting documents in targeted search that show long-term and friendly relationship between Mr. G. LeClair and executives at Proxios and UnitedLex; download all hot and interesting e-mails to compile into an e-mail reviewing recent finds for the larger Investigation Team. | 2.50 | $776.25 |
| 05/06/20 | ALM | Review and analyze key documents regarding rabbi trust and possible claims related to benefits and comp issues in connection with the bankruptcy case (1.40); review correspondence and key documents regarding accounting issues in connection with bankruptcy case (0.40). | 1.80 | $648.00 |
| 05/06/20 | BJN | Review issues related to financial analysts and related correspondence with Mr. B. Felder and Ms. E. Morabito regarding same. | 0.20 | $153.00 |
| 05/06/20 | JAA | Review of materials concerning deferred compensation plan and transactions relating to life insurance and preferred stock. | 1.00 | $585.00 |
| 05/06/20 | JCO | Review and analyze documents provided to Mr. R. Virginkar to provide additional background information on LeClairRyan accounting practices and corporation change (1.40); analyze next topics for searches and draft searches of e-mails to assist in further review process (0.30). | 1.70 | $566.10 |
| 05/06/20 | OSS | Review and analyze documents related to consultants or advisors used in key issues in investigation (4.00); draft list identifying same (0.20). | 4.20 | $2,211.30 |
| 05/06/20 | OSS | Review and analyze documents related to Mr. G. LeClair's involvement with key issues in investigation. | 1.30 | $684.45 |
| 05/06/20 | RVI | Review and analyze electronic documents related to analysis of legal and factual issues related to assessment of claims against Mr. G. LeClair and other individuals. | 1.60 | $1,101.60 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 26
Foley & Lardner LLP
June 22, 2020

| | | | | |
|---|---|---|---|---|
| 05/06/20 | RVI | Review and analyze electronic documents related to and analysis of Project 100 and assessment of factual issues related to same. | 0.70 | $481.95 |
| 05/06/20 | VI | Search for and provide follow-up documents in response to questions from larger Investigative Team that were elicited by documents previously flagged through targeted searches in Relativity. | 0.80 | $248.40 |
| 05/07/20 | ALM | Review and analyze key documents regarding life insurance policies and rabbi trust in connection with the bankruptcy case (3.50); draft summary of key documents from same (1.00); review correspondence and key documents regarding key accounting issues in connection with bankruptcy case (0.80); teleconference with Mr. R. Virginkar, Ms. B. Nelson, Ms. O. Singelmann, Ms. J. Scott, and Ms. V. Inojosa regarding internal strategy and next steps in connection with the bankruptcy case (0.80); prepare for same (0.50). | 6.60 | $2,376.00 |
| 05/07/20 | JAA | Review of deferred compensation plan. | 0.20 | $117.00 |
| 05/07/20 | JCO | Review and distribute organizational charts (0.40); conference with internal Foley Team regarding updates and status on review (0.80). | 1.20 | $399.60 |
| 05/07/20 | OSS | Review and analyze documents related to consultants or advisors used in key issues in investigation (2.30); draft list identifying same (0.20); update case chronology (0.20); review correspondence regarding organization chart (0.50); participate in weekly strategy call with team (0.80). | 4.00 | $2,106.00 |
| 05/07/20 | RVI | Confer with Ms. B. Nelson regarding issues related to investigation and factual analysis, including issues related to insurance policies and other potential fraudulent conveyance or preference actions. | 0.80 | $550.80 |
| 05/07/20 | RVI | Confer with Foley Team regarding status of electronic document review, relevant documents, and other strategic issues related to investigation. | 0.90 | $619.65 |
| 05/07/20 | VI | Review documents in targeted Relativity search to identify any communications to and from Mr. G. LeClair that may be relevant to internal investigation. | 0.30 | $93.15 |
| 05/08/20 | JAA | Review and analysis of life insurance and deferred compensation arrangements. | 1.20 | $702.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 27
Foley & Lardner LLP
June 22, 2020

| | | | | |
|---|---|---|---|---|
| 05/08/20 | JCO | Analyze documents and provide list of key individuals involved in major LeClairRyan transactions for Mr. R. Virginkar (0.30); analyze and provide information regarding document collection and review to Mr. R. Virginkar (0.20). | 0.50 | $166.50 |
| 05/08/20 | OSS | Correspond with Ms. J. Scott regarding LeClairRyan attorneys involved in key investigation issue. | 0.10 | $52.65 |
| 05/08/20 | OSS | Participate in calls with Mr. J. Agen regarding deferred compensation plan (0.80) strategize with Mr. R. Virginkar regarding deferred compensation plan investigation issues (0.30); pull additional documents for Mr. J. Agen's review (0.40). | 1.50 | $789.75 |
| 05/08/20 | RVI | Telephone conference with Mr. J. Agen and Ms. O. Singelmann regarding labor and employment analysis of deferred compensation plan and related payments. | 0.60 | $413.10 |
| 05/08/20 | RVI | Confer with Ms. O. Singelmann regarding legal issues related to analysis of deferred compensation plans and strategy for next steps in factual investigation of same. | 0.20 | $137.70 |
| 05/11/20 | JCO | Analyze list of former employees provided by LeClairRyan to determine what company certain employees actually worked for (1.50); communicate with outside vendor regarding document collection (0.40). | 1.90 | $632.70 |
| 05/11/20 | VI | Review e-mails with Mr. G. LeClair through targeted Relativity search (0.40); identify documents in targeted Relativity search that inform internal investigation (0.50); compile identified documents into annotated list and send to larger Investigative Team (0.60). | 1.50 | $465.75 |
| 05/12/20 | JCO | Review and analyze description circulated regarding LeClairRyan's conversion from a PC to PLLC (0.10); review and provide Trustee update regarding document collection vendor (0.10); review summary of documents regarding the connections with the joint venture and UnitedLex (0.10). | 0.30 | $99.90 |
| 05/12/20 | OSS | Review document analysis drafted by Ms. V. Inojosa regarding Mr. G. LeClair (0.50); review documents regarding insurance policies (0.40). | 0.90 | $473.85 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 28
Foley & Lardner LLP
June 22, 2020

| | | | | |
|---|---|---|---|---|
| 05/12/20 | OSS | Review and analyze documents related to termination of deferred compensation plan in connection with investigation and analysis of possible claims. | 3.40 | $1,790.10 |
| 05/12/20 | RVI | Review and analyze electronic documents and work product regarding issues related to assessment of claims and drafting of adversary proceeding materials, including with respect to insurance policies, entity conversion and related tax issues, and matters related to insolvency and cash flow. | 2.10 | $1,445.85 |
| 05/12/20 | RVI | Confer with Ms. B. Nelson regarding strategic and legal issues related to investigation, including review of documents related to UnitedLex/ULXP issues and assessment of other claims. | 0.60 | $413.10 |
| 05/12/20 | VI | Review e-mails with Mr. G. LeClair through targeted Relativity search (0.50); identify documents in targeted Relativity search that inform internal investigation (0.60); compile identified documents into annotated list and send to larger Investigative Team (0.50). | 1.60 | $496.80 |
| 05/13/20 | JCO | Review approximately 200 documents regarding LeClairRyan conversion from PC to PLLC. | 2.20 | $732.60 |
| 05/13/20 | OSS | Review and analyze documents related to termination of deferred compensation plan, including plan documents and internal communications related to the same. | 5.60 | $2,948.40 |
| 05/13/20 | VI | Work through targeted Relativity search to identify and download documents showing Mr. G. LeClair's control of the joint venture as it was developed, including his participation in the joint venture agreements, and compile relevant documents into an annotated list to send to internal Investigation Team. | 1.80 | $558.90 |
| 05/14/20 | ALM | Teleconference with Mr. R. Virginkar, Ms. B. Nelson, Ms. O. Singelmann, Ms. J. Scott, and Ms. V. Inojosa regarding internal strategy and next steps in connection with the bankruptcy case (0.50); draft correspondence regarding key documents (0.40). | 0.90 | $324.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 29
Foley & Lardner LLP
June 22, 2020

| 05/14/20 | JCO | Review documents to draft summary of key documents for internal review and discussion (0.70); conference with internal Foley Team regarding progress of document review and upcoming items to review (0.50). | 1.20 | $399.60 |
|----------|-----|---|------|---------|
| 05/14/20 | OSS | Review and analyze documents related to deferred compensation plan (3.80); update case task list (0.30); participate in strategy call with Team regarding status of the investigation (0.60). | 4.70 | $2,474.55 |
| 05/14/20 | RVI | Confer with Foley Team regarding status of electronic document review, analysis of documents related to insurance policies, entity conversion, and ULXP. | 0.60 | $413.10 |
| 05/14/20 | RVI | Review and analyze electronic documents and work product regarding issues related to assessment of claims and drafting of adversary proceeding materials, including with respect to Mr. G. LeClair, ULXP, insurance policies, entity conversion and related tax issues, and other matters related to insolvency and cash flow. | 1.40 | $963.90 |
| 05/14/20 | RVI | Confer with Ms. L. Tavenner and Ms. P. Beran regarding issues related to identification of witnesses and next steps in investigation. | 0.20 | $137.70 |
| 05/14/20 | VI | Attend meeting with internal Investigation Team to discuss recent findings in document review and next steps in investigation. | 0.50 | $155.25 |
| 05/15/20 | TCM | Correspondence with Mr. B. DeFazio regarding trade vendor summaries (0.20); review and analyze information regarding same (0.40). | 0.60 | $297.00 |
| 05/16/20 | OSS | Review documents related to LeClairRyan insurance policies (0.30); correspond with Ms. B. Nelson regarding LeClairRyan insurance policies (0.10); correspond with Team regarding background documents for interviews (0.10). | 0.50 | $263.25 |
| 05/17/20 | TCM | Correspondences with Foley working group regarding trade vendor analysis (0.50); telephone conference with Mr. B. Felder regarding same (0.20). | 0.70 | $346.50 |
| 05/18/20 | BJN | Conference with Ms. E. Morabito regarding needed Common Interest Agreement (0.30); review and revise draft Common Interest Agreement for use in upcoming meetings (0.90); related correspondence with Ms. L. Tavenner and Ms. P. Beran regarding same (0.10). | 1.30 | $994.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**      Page 30
**LeClairRyan, PLLC**      Foley & Lardner LLP
Our Ref. No.: 124772-0101      June 22, 2020
Invoice No.: 50038242

| | | | | |
|---|---|---|---|---|
| 05/18/20 | JCO | Review 100 documents to assist in determining who was involved in Project 100. | 1.00 | $333.00 |
| 05/18/20 | OSS | Review and analyze deferred compensation documents. | 2.60 | $1,368.90 |
| 05/18/20 | VI | Work through targeted search in Relativity to identify documents showing the degree of involvement or control that Mr. G. LeClair had in establishing the joint venture. | 2.70 | $838.35 |
| 05/19/20 | ALM | Review correspondence and key documents regarding deferred compensation plan. | 0.50 | $180.00 |
| 05/19/20 | JCO | Review approximately 115 documents regarding Project 100 and LeClairRyan's change from a PC to PLLC. | 1.20 | $399.60 |
| 05/19/20 | OSS | Review correspondence and documents regarding Project 100. | 0.40 | $210.60 |
| 05/19/20 | RVI | Telephone conference with Ms. L. Tavenner and Ms. P. Beran regarding preparation for meeting with VCF. | 0.60 | $413.10 |
| 05/19/20 | RVI | Telephone conference with Mr. B. Felder and Ms. E. O'Leary regarding draft complaint and strategy for finalizing same. | 0.20 | $137.70 |
| 05/19/20 | RVI | Confer with Ms. B. Nelson regarding various strategic and operational issues related to fact investigation and litigation. | 0.30 | $206.55 |
| 05/19/20 | RVI | Review and analyze work product from Foley Team and documents relevant to issues related to assessment of claims against former shareholders and consultants. | 0.90 | $619.65 |
| 05/19/20 | TPR | Correspondence with Mr. R. Virginkar regarding needed project (0.10); research regarding addresses upon the request of Mr. R. Virginkar and Ms. B. Nelson (0.80). | 0.90 | $133.65 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 31
Foley & Lardner LLP
June 22, 2020

| | | | | |
|---|---|---|---|---|
| 05/20/20 | ELMH | Prepare for and participate in meeting with VCF (2.50); follow up telephone conference with Mr. R. Virginkar regarding updated task list items in light of information obtained from VCF; (0.50); e-mail correspondences with Ms. L. Tavenner and Ms. P. Beran regarding follow up items from the call and how best to obtain same (0.30); call with Ms. B. Nelson regarding brief summary update and of call and next steps as requested by Ms. L. Tavenner (0.30); e-mail correspondences with Mr. Foley regarding informal request for documents and information discussed on our call (0.20). | 3.80 | $3,990.00 |
| 05/20/20 | JCO | Conference with Mr. R. Virginkar regarding VCF meeting and potential new topics to review. | 0.30 | $99.90 |
| 05/20/20 | RVI | Telephone conference with Ms. L. Tavenner and Ms. P. Beran regarding meeting with Virginia Commercial Finance and strategic and legal implications for potential claims. | 0.60 | $413.10 |
| 05/20/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, Mr. J. McCauley, Virginia Commercial Finance, Mr. L. Swygard, Virginia Commercial Finance, Mr. D. Foley, McGuireWoods as counsel to VCF, Ms. S. Boehm, McGuireWoods, and Ms. E. Morabito regarding issues related to firm and bankruptcy. | 2.90 | $1,996.65 |
| 05/21/20 | ALM | Teleconference with Mr. R. Virginkar, Ms. B. Nelson, Ms. O. Singelmann, Ms. J. Scott, and Ms. V. Inojosa regarding internal strategy and next steps in connection with the bankruptcy case. | 0.80 | $288.00 |
| 05/21/20 | BJN | Prepare for and attend weekly call regarding check in with Investigative Team. | 0.80 | $612.00 |
| 05/21/20 | JCO | Conference with internal Foley Team regarding review progress and future research (0.90); draft summary of review regarding Project 100 (0.30). | 1.20 | $399.60 |
| 05/21/20 | OSS | Participate in weekly strategy call with associate team (1.00); correspond with Ms. V. Inojosa and Ms. J. Scott regarding additional search to perform related to Project 100 (0.60). | 1.60 | $842.40 |
| 05/21/20 | RVI | Confer with Foley Team regarding status of electronic document review, analysis of relevant documents, assessment of potential claims, and other strategy related to issues under investigation. | 0.80 | $550.80 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 32
Foley & Lardner LLP
June 22, 2020

| 05/21/20 | RVI | Confer with Ms. O. Singelmann regarding strategy for investigation into issues related to potential adversary proceedings. | 0.20 | $137.70 |
|---|---|---|---|---|
| 05/21/20 | RVI | Confer with Ms. B. Nelson regarding issues related to factual analysis of issues under investigation and status of document review. | 0.40 | $275.40 |
| 05/21/20 | VI | Attend meeting with all members of Investigation Team to provide updates on investigation status and request follow up communications. | 0.80 | $248.40 |
| 05/21/20 | VI | Review documents in targeted search and identify those that show the degree to which Mr. G. LeClair was involved in developing or even controlled the joint venture. | 1.20 | $372.60 |
| 05/26/20 | OSS | Review AR transfer motion correspondence (0.30); review correspondence regarding title transfer e-mail (0.50); correspond with litigation support regarding elevating key documents to primary review database (0.20); correspond with Mr. R. Virginkar regarding case chronology (0.20); review case chronology (0.50); review revised adversary complaint (1.00); review civil conspiracy memo (0.90). | 3.60 | $1,895.40 |
| 05/26/20 | RVI | Review and analyze electronic documents and data related to matters under investigation, including documents related to tax audit and documents/communications related to Mr. G. LeClair. | 1.10 | $757.35 |
| 05/26/20 | RVI | Telephone conference with Ms. B. Nelson regarding various issues related to investigation and claims analysis, including analysis of tax issues and draft settlement agreement to be filed with court. | 0.40 | $275.40 |
| 05/26/20 | VI | Review documents in targeted search and identify those that show the degree to which Mr. G. LeClair was involved in developing or even controlled the joint venture. | 1.90 | $589.95 |
| 05/27/20 | BJN | Review and review chronology prepared by Mr. R. Virginkar for use in pleadings and investigation and comment on same (0.30); related conference with Mr. R. Virginkar regarding status of investigation (0.40). | 0.70 | $535.50 |
| 05/27/20 | OSS | Review correspondence regarding priority investigation issue (0.20); review correspondence regarding complaint (0.10). | 0.30 | $157.95 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 33
Foley & Lardner LLP
June 22, 2020

| | | | | |
|---|---|---|---|---|
| 05/27/20 | RVI | Tasks related to fact investigation and analysis of claims, including review and analysis of work product and electronic documents related to issues under investigation and drafting of chronology of documents analyzing support for issues under investigation. | 3.70 | $2,547.45 |
| 05/27/20 | RVI | Review and analyze correspondence with client, electronic documents and communications related to potential fraudulent transfer or other claims against Mr. G. LeClair and others regarding transfer of life insurance policy. | 0.60 | $413.10 |
| 05/28/20 | ALM | Teleconference with Mr. R. Virginkar, Ms. O. Singelmann, Ms. J. Scott, and Ms. V. Inojosa regarding internal strategy and next steps in connection with the bankruptcy case. | 0.80 | $288.00 |
| 05/28/20 | JCO | Attend internal conference to discuss updates in case and next relevant searches. | 0.70 | $233.10 |
| 05/28/20 | OSS | Review hearing talking points (0.50); participate in strategy call with Investigation Team (1.00). | 1.50 | $789.75 |
| 05/28/20 | RVI | Confer with Ms. O. Singelmann regarding strategy for investigation, including next steps in analysis of potential claims against individuals and corporate entities. | 0.30 | $206.55 |
| 05/28/20 | RVI | Confer with Foley Team regarding status of electronic document review, analysis of relevant documents, next steps in investigation and other strategic issues related to investigation. | 0.80 | $550.80 |
| 05/28/20 | VI | Attend call with Investigation Team to discuss case developments, identify outstanding tasks, and distribute assignments. | 0.80 | $248.40 |
| 05/29/20 | OSS | Review database for key Banner insurance e-mails. | 0.30 | $157.95 |
| 05/29/20 | RVI | Telephone conference with Ms. B. Nelson regarding various legal and strategic matters related to next steps in bankruptcy investigation, including fact development related to potential claims. | 0.30 | $206.55 |
| 05/29/20 | RVI | Review and analyze work product related to various issues under investigation, including insurance policies, shareholder transfers, communications with potential defendants and related issues. | 1.30 | $895.05 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 34
Foley & Lardner LLP
June 22, 2020

|  |  |  |
|---|---|---|
| Task Total: | 152.50 | $74,595.00 |
| Services Total: | 434.40 | $258,348.30 |

**Expenses Incurred**

| Description | Amount |
|---|---:|
| Electronic Legal Research Services | $2,363.40 |
| Litigation Services - Hosting | $4,800.00 |
| Other Fees | $70.00 |
| Secretary of State | $4.00 |
| **Expenses Incurred Total** | **$7,237.40** |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our
internal costs with respect to those services and expenses.

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50038242

Page 35
Foley & Lardner LLP
June 22, 2020

## Expense Detail

### Electronic Legal Research Services

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 05/31/20 | KSM | Electronic Legal Research Services - Westlaw. | $2,363.40 |
| | | Electronic Legal Research Services - Pacer. | |

### Litigation Services - Hosting

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 05/31/20 | ELMH | Litigation Services - Hosting. | $4,800.00 |

### Other Fees

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 05/31/20 | ELMH | Other Fees--VENDOR: Erika Morabito 05/01/20 Court Solutions fee for attending LeClairRyan April 30th hearing via telephone -. | $70.00 |

### Secretary of State

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 05/31/20 | ELMH | TxSos Document Number: 050520FK3103 Batch: 96822763. | $4.00 |



**FOLEY & LARDNER LLP**
WASHINGTON HARBOUR
3000 K STREET, N.W.
SUITE 600
WASHINGTON, D.C. 20007-5109
TELEPHONE (202) 672-5300
FACSIMILE (202) 672-5399
WWW.FOLEY.COM

Redacted

Lynn L. Tavenner, Chapter 7 Trustee of the Bankruptcy Estate
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, VA 23219

Date: July 29, 2020
Invoice No.: 50059172
Our Ref. No.: 124772-0101

Services through June 30, 2020

Amount due for professional services rendered regarding
LeClairRyan PLLC

Total Expenses:              $7,500.00

**Amount Due:**

**Please reference your account number 124772-0101 and your invoice
number 50059172 with your remittance payable to Foley & Lardner LLP.
Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 2
Foley & Lardner LLP
July 29, 2020

## Professional Services Detail

### Case Administration/Miscellaneous Matters

| | | | | |
|---|---|---|---|---|
| 06/01/20 | ELMH | Follow up with Mr. R. Virginkar and Ms. B. Nelson regarding summary from call on May 29, including updates on task list items, dates and deadlines as requested and discussed with Ms. P. Beran and Ms. L. Tavenner. | 0.50 | $525.00 |
| 06/01/20 | RVI | Communications with Ms. E. Morabito and Ms. B. Nelson regarding summary of update call with client and related follow-up. | 0.30 | $206.55 |
| 06/02/20 | ELMH | Telephone conference with Mr. R. Virginkar and Ms. B. Nelson regarding status updates of various matters, strategy and proposed next steps based upon requests of Ms. L. Tavenner and Ms. P. Beran. | 0.70 | $735.00 |
| 06/03/20 | ELMH | Attend to draft Agenda for weekly call with Ms. L. Tavenner and Ms. P. Beran on June 5, 2020. | 0.30 | $315.00 |
| 06/04/20 | BJN | Conference with Mr. R. Virginkar regarding LeClairRyan Proposed agenda and other issues (0.40); related correspondence regarding same (0.10). | 0.50 | $382.50 |
| 06/04/20 | ELMH | Review and revise proposed agenda for call on June 5, 2020 with Ms. L. Tavenner and Ms. P. Beran. | 0.30 | $315.00 |
| 06/04/20 | RVI | Confer with Ms. B. Nelson regarding issues related to draft demand letter, document chronology and investigative issues work product, in advance of weekly update call with client. | 0.30 | $206.55 |
| 06/05/20 | BJN | Prepare for and participate in weekly update call. | 1.00 | $765.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**      Page 3
**LeClairRyan, PLLC**      Foley & Lardner LLP
Our Ref. No.: 124772-0101      July 29, 2020
Invoice No.: 50059172

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/05/20 | ELMH | Pre-call with Messrs. R. Virginkar, B. Felder and Ms. B. Nelson regarding updates to the agenda and task list in advance of call with Ms. L. Tavenner and Ms. P. Beran (0.30); review of updated e-mail correspondence from Ms. P. Beran, along with the spreadsheet for document requests in advance of weekly call (0.30); participate in weekly telephone conference with Ms. B. Nelson, Mr. R. Virginkar, Mr. B. Felder, Ms. L. Tavenner and Ms. P. Beran regarding agenda, updated demand letter, information evidence charts, status of investigation, other preference and demand letters, as well as status of various items and strategy to proceed (1.00). | 1.60 | $1,680.00 |
| 06/05/20 | RVI | Prepare for update call with client, including review of work product and other materials related to investigation and analysis of possible claims. | 0.40 | $275.40 |
| 06/05/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito, Mr. B. Felder, and Ms. B. Nelson, regarding investigation update and other legal and strategic advice related to bankruptcy investigation and prosecution of claims. | 1.00 | $688.50 |
| 06/08/20 | BJN | Telephone conference with Ms. P. Beran, Mr. R. Virginkar, Ms. L. Tavennar regarding open issues and priorities for investigation (2.40); follow up with Mr. R. Virginkar regarding next steps for same (0.20). | 2.60 | $1,989.00 |
| 06/08/20 | RVI | Telephone conference with Ms. L. Tavenner, Ms. P. Beran, Ms. E. Morabito and Ms. B. Nelson regarding investigation strategy, potential defendants, and investigation and analysis of potential claims. | 2.40 | $1,652.40 |
| 06/09/20 | RVI | Revise draft list of investigative follow-up, issues and potential claims in light of call with client regarding investigation strategy, potential defendants and analysis of claims. | 2.30 | $1,583.55 |
| 06/10/20 | ELMH | E-mail correspondences with Ms. B. Nelson and Mr. R. Virginkar regarding status of various matters relating to the administration of the estate. | 0.40 | $420.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 4
Foley & Lardner LLP
July 29, 2020

| | | | | |
|---|---|---|---|---|
| 06/11/20 | BJN | Telephone conference with Mr. R. Virginkar regarding outstanding issue, agenda items (0.30); review and revise investigative list (0.80); correspondence with Mr. R. Virginkar and Ms. E. Morabito regarding insurance issues (0.30). | 1.40 | $1,071.00 |
| 06/11/20 | ELMH | Review and revise proposed Agenda for June 12, 2020 weekly conference call with Ms. L. Tavenner and Ms. P. Beran (0.30); e-mail exchanges with Ms. B. Nelson and Mr. R. Virginkar regarding status updates regarding the outstanding insurance, tax and IRS issues (0.20); conference call with Ms. B. Nelson regarding same, as well as updates on open matters and summary of recent discussions with Ms. L. Tavenner and Ms. P. Beran regarding same (0.40). | 0.90 | $945.00 |
| 06/11/20 | RVI | Prepare for weekly update call with client, including preparation and finalization of agenda, work product documents for discussion, and other related tasks. | 0.70 | $481.95 |
| 06/12/20 | BJN | Prepare for weekly telephone conference. | 0.60 | $459.00 |
| 06/12/20 | BJN | Participate in weekly status update call. | 1.00 | $765.00 |
| 06/12/20 | ELMH | E-mail correspondences with Foley Team in advance of call with Ms. L. Tavenner and Ms. P. Beran (0.30); review of e-mail correspondences from Ms. P. Beran regarding updates on various matters (0.20); participate in weekly conference call with Ms. L. Tavenner, Ms. P. Beran and Foley Team regarding status update on various matters, outstanding task list items, strategy and proposed next steps (1.00). | 1.50 | $1,575.00 |
| 06/12/20 | RVI | Prepare for weekly client update call, including review and analysis of Foley Team work product related to analysis of electronic documents and correspondence related to matters under investigation. | 0.60 | $413.10 |
| 06/12/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito, Ms. B. Nelson, and Mr. B. Felder regarding legal and strategic advice related to bankruptcy investigation, claims under assessment, demand letters and related follow-up, and other related matters. | 0.90 | $619.65 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 5
Foley & Lardner LLP
July 29, 2020

| | | | | |
|---|---|---|---|---|
| 06/16/20 | ELMH | Review and respond to e-mail correspondence from counsel to ULXP regarding a request for a call to discuss cash collateral and upcoming hearing (0.20); telephone conference with Ms. P. Beran and Ms. L. Tavenner regarding strategy and proposed next steps regarding upcoming Omnibus hearing and cash collateral hearing, as well as available dates for a call with ULXP regarding same (0.60); conference call with Messrs. R. Virginkar, B. Felder, Ms. B. Nelson and Ms. E. O'Leary regarding status of various task list items, updates regarding revised draft complaints and additional research needed, strategy and next steps (0.80); prepare e-mail correspondence to Ms. L. Tavenner and Ms. P. Beran regarding analysis and advise regarding upcoming cash collateral hearing (0.50). | 2.10 | $2,205.00 |
| 06/17/20 | ELMH | Review of e-mail correspondence from Ms. P. Beran regarding proposed response to Greenberg on their extension request (0.10); e-mail correspondences with Mr. T. McKee regarding call on June 18 regarding cash collateral and response to his extension request (0.10); follow up with Ms. P. Beran regarding upcoming cash collateral hearing and strategy regarding same (0.20). | 0.40 | $420.00 |
| 06/18/20 | BJN | Correspondence with Ms. L. Tavenner and Ms. P. Beran regarding need for call, related follow up with Team regarding same. | 0.20 | $153.00 |
| 06/18/20 | ELMH | Prepare for and participate in conference call with counsel to ULXP regarding their requests as it relates to cash collateral (0.50); follow up conference call with Ms. P. Beran regarding next steps on cash collateral (0.30); e-mail exchanges and/or telephone conference calls with Foley Team, Ms. P. Beran and Ms. L. Tavenner regarding schedule for calls, strategy with upcoming hearing, status and summary of outstanding task list item, and proposed next steps (0.60). | 1.40 | $1,470.00 |
| 06/19/20 | ELMH | Review of pleadings filed by the Chapter 7 Trustee in connection with the upcoming Cash Collateral hearing in light of recent discussions with counsel for ULXP regarding same (0.30); e-mail correspondences with Foley Team regarding updates on various matters and next steps as requested by Ms. L. Tavenner (0.30). | 0.60 | $630.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 6
Foley & Lardner LLP
July 29, 2020

| | | | | |
|---|---|---|---|---|
| 06/21/20 | BJN | Work on issues regarding agenda for upcoming call (0.30); related correspondence with Ms. E. Morabito regarding same (0.10); correspondence with Ms. E. Morabito regarding agenda (0.20). | 0.60 | $459.00 |
| 06/21/20 | ELMH | Review and revise draft Agenda for tomorrow's weekly call with Ms. P. Beran and Ms. L. Tavenner (0.30); e-mail exchanges with Messrs. B. Felder, R. Virginkar and Ms. B. Nelson regarding summary updates of task list items in advance of call on June 22, 2020 (0.40). | 0.70 | $735.00 |
| 06/21/20 | RVI | E-mail correspondence with Ms. E. Morabito and Ms. B. Nelson regarding prep and planning for client update call, including preparation of agenda and investigation status update. | 0.30 | $206.55 |
| 06/22/20 | BJN | Correspondence with Ms. L. Tavenner and Ms. P. Beran regarding issues related to upcoming status agenda call, next steps (0.30); prepare for and attend conference call with Ms. L. Tavenner, Ms. P. Beran, Mr. R. Virginkar, Ms. E. Morabito, and Mr. B. Felder regarding issues related to outstanding issues, insurance demand, ULXP status, update on preference actions, update on investigation (1.10). | 1.40 | $1,071.00 |
| 06/22/20 | ELMH | Prepare for and participate in weekly conference call with Ms. L. Tavenner and Ms. P. Beran regarding status of various matters, upcoming hearing, dates and deadlines, strategy and proposed next steps (0.70); e-mail correspondences with Mr. R. Virginkar and Ms. B. Nelson regarding follow up items and staffing for task list items discussed with the Chapter 7 Trustee (0.30). | 1.00 | $1,050.00 |
| 06/22/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito, Ms. B. Nelson, and Mr. B. Felder regarding strategy for ULXP adversary proceeding and mediation and fact investigation and analysis of potential claims against former shareholders and third parties. | 0.70 | $481.95 |
| 06/22/20 | RVI | Prepare for client update call, including review and analysis of work product and key documents related to issues under investigation. | 0.40 | $275.40 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 7
Foley & Lardner LLP
July 29, 2020

| | | | | |
|---|---|---|---|---|
| 06/23/20 | ELMH | Conference call with Ms. B. Nelson regarding recent requests of Ms. L. Tavenner in connection with upcoming hearing and advise in connection with same. | 0.40 | $420.00 |
| 06/24/20 | ELMH | Prepare for and participate in Foley internal weekly call with Mr. R. Virginkar, Ms. B. Nelson and Mr. B. Felder to discuss status of WIP and diligence lists, as well as the task list and requests from Ms. L. Tavenner and Ms. P. Beran from weekly call with the Chapter 7 Trustee on June 22, 2020, proposed next steps and strategy. | 1.20 | $1,260.00 |
| 06/24/20 | RVI | Telephone conference with Mr. B. Felder, Ms. B. Nelson, Ms. O. Singelmann and Ms. E. O'Leary regarding preparation of work product memorandum analyzing facts related to potential claims against Gary LeClair. | 0.40 | $275.40 |
| 06/25/20 | JCH | Revise pro hac motion, application and proposed order for Mr. B. Felder (0.60); file pro hac motions for Messrs. B. Felder and R. Virginkar (0.20). | 0.60 | $124.20 |
| 06/26/20 | ELMH | Telephone conference call with Mr. R. Virginkar and Ms. B. Nelson regarding open task list items and other administrative items to include on our agenda for call with Ms. L. Tavenner and Ms. P. Beran. | 0.60 | $630.00 |
| 06/28/20 | BJN | Correspondence with Mr. R. Virginkar regarding issues related to agenda and related follow up with Ms. E. Morabito and Ms. P. Beran (0.40); finalize research regarding 2004 exam and related issues and related correspondence with Ms. E. Morabito regarding same (0.70); review and comment on revised Gary LeClair road map and related conference with Mr. R. Virginkar regarding same (0.40). | 1.50 | $1,147.50 |
| 06/28/20 | ELMH | Review and revise agenda for June 29, 2020 weekly call with Ms. L. Tavenner and Ms. P. Beran (0.30); call with Ms. B. Nelson to discuss various updates and status of task list items for June 29, 2020 call (0.40). | 0.70 | $735.00 |
| 06/29/20 | BJN | Prepare for and participate in telephone conference with Ms. E. Morabito, Mr. R. Virginkar, Mr. B. Felder (1.00); correspondence with Mr. R. Virginkar and Ms. E. Morabito regarding next steps, new telephone conference (0.20). | 1.20 | $918.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 8
Foley & Lardner LLP
July 29, 2020

| | | | | |
|---|---|---|---|---|
| 06/29/20 | ELMH | Participate in weekly telephone conference call with Foley Team, Ms. L. Tavenner and Ms. P. Beran to discuss the various task list items, strategy and proposed next steps. | 1.00 | $1,050.00 |
| 06/29/20 | RVI | Tasks related to preparation for client update call, including preparation of agenda and finalization of related work product, including chronology and issues lists. | 0.40 | $275.40 |
| 06/30/20 | RVI | Telephone conference with Ms. L. Tavenner, Ms. P. Beran and Ms. E. Morabito regarding advice and strategy regarding adversary proceedings and investigative strategy regarding witness testimony and development of evidence. | 0.90 | $619.65 |
| | | Task Total: | 40.90 | $34,681.20 |

**Court Hearings**

| | | | | |
|---|---|---|---|---|
| 06/24/20 | BJN | Prepare detailed outline of status update of investigation for Ms. E. Morabito (0.80) and related correspondence with Ms. E. Morabito (0.10) and Mr. R. Virginkar regarding same (0.10). | 1.00 | $765.00 |
| 06/25/20 | ELMH | Prepare for today's Omnibus Hearing (1.10); attend and argue at today's Omnibus Hearing (0.80); post-hearing conference with Ms. L. Tavenner and Ms. P. Beran to discuss the Court's rulings and proposed next steps (0.50); telephone conference call with Ms. B. Nelson and Mr. R. Virginkar regarding rulings from the court regarding matters impacting current adversary proceedings and mediations, as well as various requests from Ms. L. Tavenner regarding task list items to be addressed by Foley on next weekly call scheduled for June 29, 2020 (0.70). | 3.10 | $3,255.00 |
| 06/25/20 | RVI | Draft investigation update talking points for use during upcoming bankruptcy court hearing. | 0.30 | $206.55 |
| 06/25/20 | RVI | Confer with Ms. B. Nelson regarding issues related to, and preparation for, bankruptcy court hearing and status update. | 0.30 | $206.55 |
| | | Task Total: | 4.70 | $4,433.10 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 9
Foley & Lardner LLP
July 29, 2020

**Tax Issues**

| | | | | |
|---|---|---|---|---|
| 06/01/20 | RTA | Review draft returns (1.10); draft e-mail in response to client request (0.20). | 1.30 | $1,287.00 |
| | | Task Total: | 1.30 | $1,287.00 |



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 11
Foley & Lardner LLP
July 29, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 13
Foley & Lardner LLP
July 29, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 14
Foley & Lardner LLP
July 29, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 15
Foley & Lardner LLP
July 29, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 16
Foley & Lardner LLP
July 29, 2020

**Insurance**

| 06/11/20 | RVI | Draft letter to notify D&O carrier of potential claims by estate against members of Dissolution Committee. | 1.10 | $757.35 |
|---|---|---|---|---|
| 06/19/20 | RVI | Revise draft letter to insurance carrier providing notice of acts and omissions of Dissolution Committee members. | 0.60 | $413.10 |
| 06/19/20 | RVI | Confer with Ms. B. Nelson regarding issues related to draft notice to insurance carrier related to acts and omissions of Dissolution Committee members. | 0.20 | $137.70 |
| 06/21/20 | BJN | Review and edit D&O Policy Demand Letter (0.40) and related correspondence with Mr. R. Virginkar regarding same (0.10); correspondence to Mr. E. Lenz regarding needed review of letter (0.20). | 0.70 | $535.50 |
| 06/21/20 | RVI | Review and revise draft notice letter to insurance company regarding claims against Dissolution Committee members. | 0.40 | $275.40 |
| 06/22/20 | EDL | Initial review of demand letter and consider directors and officers liability insurance issues regarding same. | 0.40 | $302.40 |
| 06/25/20 | BJN | Conference with Mr. R. Virginkar regarding needed edits to demand letter and related correspondence regarding same. | 0.30 | $229.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                     Page 17
**LeClairRyan, PLLC**                                                         Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                         July 29, 2020
Invoice No.: 50059172

---

| 06/25/20 | EDL | Review of demand letter to insurer; brief review of directors and officers liability insurance policy; communications with working group regarding same. | 0.30 | $226.80 |
|---|---|---|---|---|
| 06/25/20 | RVI | Review and revise draft notice letter to D&O insurance carrier. | 0.20 | $137.70 |
| 06/26/20 | RVI | Revise and finalize draft notice letter to D&O insurance carrier. | 0.40 | $275.40 |
|  |  | Task Total: | 4.60 | $3,290.85 |

**Investigation**

| 06/01/20 | RVI | Confer with Ms. B. Nelson regarding issues related to investigation work product, including draft chronology and related materials. | 0.40 | $275.40 |
|---|---|---|---|---|
| 06/01/20 | RVI | Review and analyze documents related to 401-K Plan and compensation-related issues, financial information, and other matters under investigation. | 0.80 | $550.80 |
| 06/01/20 | RVI | Revise draft chronology of issues under investigation and related work product spreadsheet. | 1.30 | $895.05 |
| 06/01/20 | RVI | Confer with Ms. O. Singelmann and Ms. V. Inojosa regarding draft chronology of issues under investigation and next steps for developing related work product. | 0.30 | $206.55 |
| 06/02/20 | OSS | Strategize with Mr. R. Virginkar regarding priority items in investigation. | 0.80 | $421.20 |
| 06/02/20 | RVI | E-mail communications with Ms. L. Tavenner and Ms. P. Beran regarding issues related to specific issues under investigation and follow-up related to the same. | 0.30 | $206.55 |
| 06/02/20 | RVI | Revise draft chronology of issues under investigation and related work product spreadsheet. | 0.30 | $206.55 |
| 06/02/20 | RVI | Telephone conference with Ms. O. Singelmann regarding issues related to investigation, including status of document reviews and strategy for developing facts on other matters under investigation. | 0.70 | $481.95 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**  
**LeClairRyan, PLLC**  
Our Ref. No.: 124772-0101  
Invoice No.: 50059172

Page 18  
Foley & Lardner LLP  
July 29, 2020

| | | | | |
|---|---|---|---|---|
| 06/03/20 | ELMH | E-mail correspondences with Mr. R. Virginkar regarding updates as it relates to "hot doc" review and additional information and documents provided by Ms. L. Tavenner and other third parties. | 0.50 | $525.00 |
| 06/03/20 | JCO | Assist in drafting and compiling chronology of events based on document review. | 1.40 | $466.20 |
| 06/03/20 | OSS | Correspond with Ms. J. Scott and Mr. R. Virginkar regarding revisions to chronology (1.40); create high priority searches related to estate assets and insurance policy investigation issues (1.00); correspond with Ms. A. Markenson regarding searches (0.50). | 2.90 | $1,526.85 |
| 06/03/20 | RVI | Review and analyze e-mails and electronic documents related to issues under investigation, including fraudulent transfers to former shareholders, destruction of documents, and issues related to D&O insurance coverage. | 1.60 | $1,101.60 |
| 06/03/20 | RVI | Confer with Ms. B. Nelson regarding issues related to investigation, including analysis of evidence and assessment of potential claims. | 0.40 | $275.40 |
| 06/04/20 | ALM | Teleconference with Mr. R. Virginkar, Ms. B. Nelson, Ms. O. Singelmann, Ms. J. Scott, and Ms. K. Milliron regarding internal strategy and next steps in connection with the bankruptcy case (0.40); review and analyze key documents regarding New York Jets tickets in connection with bankruptcy investigation (0.70); draft correspondence regarding same (0.30); review and analyze key documents regarding Banner Life Insurance policy in connection with bankruptcy investigation (2.40); draft correspondence regarding same (0.50). | 4.30 | $1,548.00 |
| 06/04/20 | JCO | Conference with internal Foley Team regarding status on review and next priority review searches (0.80); conference with Ms. K. Milliron to provide an overview of case and relevant searches (0.40); review documents to assist in understanding and analyzing document retention policy (0.80); revise and supplement chronology (1.00). | 3.00 | $999.00 |
| 06/04/20 | KSM | Participate in weekly Investigation Team strategy meeting regarding status on document review related to key issues, potential new avenues of investigation, and top priority research. | 0.80 | $216.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 19
Foley & Lardner LLP
July 29, 2020

| | | | | |
|---|---|---|---|---|
| 06/04/20 | KSM | Review and analyze documents with attention to key issues related to LeClairRyan's conversations and actions taken in response to the criminal indictments of several individuals affiliated with Dewey & LeBoeuf's dissolution. | 0.40 | $108.00 |
| 06/04/20 | OSS | Draft investigation issues tracker (1.00); correspond with Ms. J. Scott regarding high priority investigation document review issue (0.30); participate in team strategy call (0.80). | 2.10 | $1,105.65 |
| 06/04/20 | RVI | Draft and revise work product regarding potential claims, defendants and issues under investigation. | 1.10 | $757.35 |
| 06/04/20 | RVI | Review and analyze electronic documents and communications identified by team as potentially relevant to assessment of claims under investigation. | 0.80 | $550.80 |
| 06/04/20 | RVI | Review and revise draft chronology of documents regarding evidence related to issues under investigation and potential defendants. | 1.80 | $1,239.30 |
| 06/04/20 | RVI | Confer with Foley Team regarding status of electronic document review, assessment of evidence regarding potential claims, next steps for review, and other strategic issues related to investigation. | 0.80 | $550.80 |
| 06/04/20 | RVI | E-mail communications with Ms. O. Singelmann and Ms. B. Nelson regarding strategic and operational issues related to fact investigation, including prioritization of issues for review and development of investigative work product. | 0.40 | $275.40 |
| 06/05/20 | JCO | Review documents regarding document retention policy and possible destruction of documents. | 0.60 | $199.80 |
| 06/05/20 | OSS | Correspond with litigation support regarding bringing ECA database back online (0.10); correspond with Ms. K. Milliron regarding research assignment (0.20). | 0.30 | $157.95 |
| 06/05/20 | RVI | Review and analyze electronic documents and audio recordings regarding VCF interactions with firm and related issues. | 2.40 | $1,652.40 |
| 06/08/20 | JCO | Research and find LeClairRyan leadership organization charts for 2018 and 2019. | 0.10 | $33.30 |
| 06/08/20 | OSS | Correspond with Ms. K. Milliron regarding document review for investigation issue (0.30); strategize search parameters for document review for investigation (0.50). | 0.80 | $421.20 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 20
Foley & Lardner LLP
July 29, 2020

| | | | | |
|---|---|---|---|---|
| 06/08/20 | RVI | Review and analyze electronic documents related to matters under investigation, including potential conspiracy charges, breaches of fiduciary duty, and facts related to possible fraudulent transfers. | 1.70 | $1,170.45 |
| 06/09/20 | BJN | Prepare for and conference with Mr. R. Virginkar and team regarding updated issues list, next steps. | 0.90 | $688.50 |
| 06/09/20 | ELMH | E-mail exchanges with Mr. R. Virginkar regarding recent e-mails received from Ms. P. Beran regarding the investigation into various parties and next steps with respect to same, including follow up from recent call with clients and Foley Team. | 0.40 | $420.00 |
| 06/09/20 | KSM | Review and analyze documents with attention to key issues related to LeClairRyan's conversations and actions taken in response to the criminal indictments of several individuals affiliated with Dewey & LeBoeuf's dissolution. | 4.80 | $1,296.00 |
| 06/09/20 | VI | Review document in targeted search regarding Project 100 in order to identify other people at LeClair who were substantially involved in Project 100. | 1.10 | $341.55 |
| 06/10/20 | JCO | Review documents to determine Dissolution Committee members (0.20); review documents to find Shareholders Agreement (0.60). | 0.80 | $266.40 |
| 06/10/20 | KSM | Draft analysis and summary of key, relevant documents previously reviewed related to LeClairRyan's conversations and actions taken in response to the criminal indictments of several individuals affiliated with Dewey & LeBoeuf's dissolution. | 1.60 | $432.00 |
| 06/10/20 | VI | Continue reviewing documents in targeted search regarding Project 100 in order to identify other people at LeClair who were substantially involved in Project 100. | 2.60 | $807.30 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 21
Foley & Lardner LLP
July 29, 2020

| | | | | |
|---|---|---|---|---|
| 06/11/20 | ALM | Review and analyze key documents regarding New York Jets tickets in connection with bankruptcy investigation (0.90); draft summary of key documents from same (0.20); review and analyze key documents regarding Banner Life Insurance Policy in connection with bankruptcy investigation (0.80); draft summary of key documents from same (0.20); correspond with Ms. O. Singelmann regarding same (0.30); teleconference with Mr. R. Virginkar, Ms. B. Nelson, Ms. O. Singelmann, Ms. J. Scott, and Ms. K. Milliron regarding internal strategy and next steps in connection with the bankruptcy case (0.80). | 1.20 | $432.00 |
| 06/11/20 | BJN | Prepare for and participate in weekly team meeting with Investigation Team. | 0.90 | $688.50 |
| 06/11/20 | JCO | Attend portion of internal Foley check in call to discuss review progress. | 0.40 | $133.20 |
| 06/11/20 | KSM | Review and analyze documents with attention to key issues related to LeClairRyan's conversations and actions taken in response to the criminal indictments of several individuals affiliated with Dewey & LeBoeuf's dissolution. | 0.40 | $108.00 |
| 06/11/20 | KSM | Participate in weekly Investigation Team strategy meeting regarding status on document review related to key issues, potential new avenues of investigation, and top priority research. | 0.90 | $243.00 |
| 06/11/20 | OSS | Review document review summaries from associates and correspond with Mr. R. Virginkar and Ms. B. Nelson regarding same (1.30); participate in strategy call with team regarding investigation (0.90); review claims investigation document (0.40). | 2.60 | $1,368.90 |
| 06/11/20 | RVI | Confer with Foley Team regarding status of electronic document review and relevant documents related to issues under investigation, assessment of claims and other strategic issues related to investigation. | 0.90 | $619.65 |
| 06/11/20 | RVI | Review and analyze electronic documents related to matters under investigation, including G. LeClair control issues, matters related to NY Jets tickets and other issues relevant to potential claims. | 2.10 | $1,445.85 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 22
Foley & Lardner LLP
July 29, 2020

| | | | | |
|---|---|---|---|---|
| 06/11/20 | VI | Review all documents recently pulled from targeted Relativity searches and incorporate them into master chronology used by Investigative Team. | 1.60 | $496.80 |
| 06/12/20 | OSS | Correspond with Mr. R. Virginkar regarding fact investigation of issues for potential claims. | 0.10 | $52.65 |
| 06/12/20 | RVI | Review and revise draft Foley Team work product, including draft chronology and claims investigation issues list. | 0.90 | $619.65 |
| 06/12/20 | VI | Review documents in targeted Relativity search to identify people who were actively involved in Project 100 at LeClairRyan. | 1.20 | $372.60 |
| 06/14/20 | KSM | Review and analyze documents with attention to key issues related to LeClairRyan's conversations and actions taken in response to the criminal indictments of several individuals affiliated with Dewey & LeBoeuf's dissolution, specifically focusing on how LeClairRyan changed its plan to implement its "Dewey Fortifying Actions.". | 6.00 | $1,620.00 |
| 06/15/20 | RVI | Review and analyze electronic documents related to claims under assessment, including issues related to fraudulent transfers to former shareholders and insiders and other potential claims. | 1.10 | $757.35 |
| 06/16/20 | JCO | Review documents regarding Mr. B. Matson's role in LeClairRyan after he was no longer General Counsel. | 1.10 | $366.30 |
| 06/16/20 | KSM | Draft analysis and summary of key, relevant documents previously reviewed related to LeClairRyan's conversations and actions taken in response to the criminal indictments of several individuals affiliated with Dewey & LeBoeuf's dissolution, specifically focusing on how LeClairRyan changed its plan to implement its "Dewey Fortifying Actions.". | 2.80 | $756.00 |
| 06/16/20 | OSS | Strategize with Ms. J. Scott regarding document review for key investigation issue involving Mr. B. Matson. | 0.20 | $105.30 |
| 06/16/20 | RVI | Review, analyze and revise draft Foley Team work product related to factual investigation, including draft chronology of key documents and claims analysis and investigation issues list. | 0.80 | $550.80 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 23
Foley & Lardner LLP
July 29, 2020

| 06/16/20 | RVI | E-mail communications with Foley Team regarding issues related to analysis of electronic documents and preparation of related work product. | 0.40 | $275.40 |
| 06/16/20 | RVI | Review and analyze electronic documents and work product related to analysis of claims currently under investigation, including related to Dissolution Committee, potential breaches of fiduciary duty, and related claims. | 0.90 | $619.65 |
| 06/17/20 | ALM | Review and analyze key documents regarding Dissolution Committee in connection with investigation and bankruptcy case (3.30); draft correspondence to Ms. O. Singelmann regarding same (0.50). | 3.80 | $1,368.00 |
| 06/17/20 | OSS | Review correspondence from associates regarding status of document review to further fact gathering on key investigation issues to support claims on behalf of the estate; correspond with Mr. R. Virginkar regarding strategy for document review to further claims on behalf of the estate. | 1.10 | $579.15 |
| 06/17/20 | RVI | Confer with Ms. O. Singelmann regarding review and analysis of electronic documents related to issues under investigation related to potential claims and review team assignments. | 0.30 | $206.55 |
| 06/17/20 | RVI | E-mail communications with Foley Team regarding various issues related to review and analysis of electronic documents in connection with analysis of possible claims. | 0.30 | $206.55 |
| 06/17/20 | RVI | Review and analyze documents and internal work product related to issues under review, including related to Dissolution Committee and issues related to entity conversion from PC to PLLC. | 1.10 | $757.35 |
| 06/17/20 | VI | Review e-mails regarding Project 100 through targeted Relativity search to identify persons substantially involved in the conversion. | 1.70 | $527.85 |
| 06/18/20 | JCO | Conference with Ms. O. Singelmann, Mr. R. Virginkar, and Ms. B. Nelson regarding review status on searches regarding certain key individuals at LeClairRyan (0.50); review documents to provide summary to group (0.20). | 0.70 | $233.10 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 24
Foley & Lardner LLP
July 29, 2020

| | | | | |
|---|---|---|---|---|
| 06/18/20 | KSM | Review and analyze approximately 115 documents with attention to key issues related to LeClairRyan's conversations and actions taken in response to the criminal indictments of several individuals affiliated with Dewey & LeBoeuf's dissolution. | 2.20 | $594.00 |
| 06/18/20 | OSS | Participate in call with Ms. J. Scott, Mr. R. Virginkar, and Ms. B. Nelson regarding status of document review to develop fact investigation regarding Mr. B. Matson (0.70); correspond with litigation support regarding analytics tool to use to locate key documents needed to further fact investigation regarding Mr. B. Matson (0.20). | 0.90 | $473.85 |
| 06/18/20 | RVI | Confer with Ms. B. Nelson regarding issues related to fact investigation and analysis of potential claims, including issues related to providing notice to D&O insurance carrier for acts and omissions of Dissolution Committee members. | 0.40 | $275.40 |
| 06/18/20 | RVI | Confer with Ms. B. Nelson, Ms. O. Singelmann and Ms. J. Scott regarding strategic issues related to fact investigation, including strategy for further investigation of issues related to Project 100 and control exerted by former shareholders. | 0.90 | $619.65 |
| 06/18/20 | RVI | E-mail communications with Foley Team regarding various issues related to review and analysis of electronic documents in connection with analysis of possible claims. | 0.20 | $137.70 |
| 06/18/20 | RVI | Review and analyze documents and internal work product related to issues under review, including related to analysis of Dewey-related issues, Project 100, and other issues related to potential claims against former shareholders and third parties. | 1.60 | $1,101.60 |
| 06/18/20 | RVI | Follow-up on client questions related to disposition of NY Jets tickets. | 0.30 | $206.55 |
| 06/18/20 | VI | Review documents in targeted Relativity search relating to Project 100 and identify persons involved. | 2.80 | $869.40 |
| 06/19/20 | ALM | Prepare for and participate in teleconference with Mr. R. Virginkar, Ms. B. Nelson, Ms. O. Singelmann, Ms. J. Scott, and Ms. K. Milliron regarding internal strategy and next steps in connection with the bankruptcy case. | 1.30 | $468.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 25
Foley & Lardner LLP
July 29, 2020

| | | | | |
|---|---|---|---|---|
| 06/19/20 | JCO | Analyze and add documents to chronology for client review. | 0.30 | $99.90 |
| 06/19/20 | KSM | Participate in weekly Investigation Team strategy meeting regarding status on document review related to key issues, potential new avenues of investigation, and top priority research. | 0.80 | $216.00 |
| 06/19/20 | KSM | Draft analysis and summary of key, relevant documents previously reviewed related to LeClairRyan's conversations and actions taken in response to the criminal indictments of several individuals affiliated with Dewey & LeBoeuf's dissolution. | 1.40 | $378.00 |
| 06/19/20 | KSM | Review and analyze documents with attention to key issues related to LeClairRyan's conversations and actions taken in response to the criminal indictments of several individuals affiliated with Dewey & LeBoeuf's dissolution. | 1.70 | $459.00 |
| 06/19/20 | KSM | Incorporate document review analyses related to LeClairRyan's response to the criminal indictments of several individuals affiliated with Dewey & LeBoeuf's dissolution and to UnitedLex in the Master Chronology Document. | 0.80 | $216.00 |
| 06/19/20 | OSS | Review analysis prepared by Ms. V. Inojosa regarding Project 100 and key players involved in same (0.20); review analysis from Ms. K. Milliron regarding investigation of correspondence regarding Dewey & LeBoeuf indictments (0.20); correspond with Mr. R. Virginkar and Ms. B. Nelson regarding Ms. V. Inojosa and Ms. K. Milliron's analysis (0.20); participate in strategy call with Team regarding status of key investigation issues to support claims on behalf of the estate (0.90). | 1.50 | $789.75 |
| 06/19/20 | RVI | Confer with Ms. O. Singelmann regarding follow-up from Team call and next steps related to updating chronology, issues list and other work product. | 0.30 | $206.55 |
| 06/19/20 | RVI | Telephone conference with Ms. K. Milliron regarding issues related to analysis of documents related to Dewey Fortifying Actions and related potential breaches of fiduciary duty. | 0.30 | $206.55 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                        Page 26
**LeClairRyan, PLLC**                                                             Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                        July 29, 2020
Invoice No.: 50059172

| | | | | |
|---|---|---|---|---|
| 06/19/20 | RVI | Review and analyze electronic documents and correspondence related to issues under investigation, including related to Dewey Fortifying Actions and related matters, Project 100, Dissolution Committee and analysis of control exerted by certain shareholders and other third parties. | 1.90 | $1,308.15 |
| 06/19/20 | VI | Attend Investigative Team meeting to discuss developments in document review research and determine next steps. | 0.80 | $248.40 |
| 06/19/20 | VI | Develop and create targeted Relativity search for Keiter documents and advice relating to Project 100 and LeClairRyan tax liabilities. | 0.30 | $93.15 |
| 06/21/20 | RVI | Review and revise updated chronology of relevant documents identified during document review and investigation. | 0.20 | $137.70 |
| 06/21/20 | VI | Add documents pulled through most recent targeted Relativity search to updated master chronology document. | 0.60 | $186.30 |
| 06/22/20 | JCO | Discuss analytical tools with Ms. O. Singelmann and litigation support team member Mr. T. Zukowksi (0.20); review documents and calendar invites for former LeClairRyan employee (0.80). | 1.00 | $333.00 |
| 06/22/20 | KSM | Search for and locate the final version of Board of Director's Resolutions of "Approval of Certain Dewey Report Fortifying Actions" to inform whether LeClairRyan successfully completed its Dewey Fortifying Actions, which is related to several potential causes of action. | 0.70 | $189.00 |
| 06/22/20 | KSM | Draft summary and analysis related to how "Project Level Playing Field" comports with LeClairRyan's timeline leading to bankruptcy and related causes of action. | 0.60 | $162.00 |
| 06/22/20 | KSM | Review and analyze Dewey Report created in 2012 in anticipation of searching for all communications and documents contributing to the creation of the Dewey Report, which relates to LeClairRyan's potential knowledge and actions related to insolvency. | 0.50 | $135.00 |
| 06/22/20 | KSM | Conduct document searches and review and analyze documents related to "Project Level Playing Field.". | 1.50 | $405.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 27
Foley & Lardner LLP
July 29, 2020

| | | | | |
|---|---|---|---|---|
| 06/22/20 | OSS | Review new additions to case chronology (1.50); review investigations task list and status of tasks (1.50); correspond with litigation support regarding analytic tools to be employed to improve efficacy of review of documents in furtherance of fact investigation (0.50); update Mr. R. Virginkar on conversation with litigation support (0.10). | 3.60 | $1,895.40 |
| 06/22/20 | RVI | Communications with Ms. E. Morabito, Ms. B. Nelson and Ms. O. Singelmann regarding various issues related to fact investigation, including strategy for next stage of review and analysis of priority claims. | 0.30 | $206.55 |
| 06/22/20 | RVI | Review and update fact investigation work product, including document chronology and analyses of potential defendants and claims. | 0.70 | $481.95 |
| 06/22/20 | RVI | Review and analyze electronic documents and work product analysis related to issues under investigation, including related to Dewey Fortifying Actions and indicia of non-statutory insider status of former firm management. | 1.20 | $826.20 |
| 06/22/20 | RVI | Confer with Ms. O. Singelmann regarding issues related to electronic document database and use of data analytics tools to further assist fact investigation. | 0.20 | $137.70 |
| 06/22/20 | VI | Correspond with Ms. O. Singelmann regarding documents included in current chronology and specific search terms in targeted Keiter search. | 0.20 | $62.10 |
| 06/23/20 | EDL | Review and revise demand letter; review of directors and officers liability insurance policy regarding same; communications with working group regarding same. | 0.70 | $529.20 |
| 06/23/20 | JCO | Review calendar invites for the former General Counsel of LeClairRyan (0.40); analyze volume of e-mails between the former General Counsel of LeClairRyan and others at the firm (0.40); summarize and distill findings for Ms. O. Singelmann (0.30). | 1.10 | $366.30 |
| 06/23/20 | OSS | Strategize with Ms. K. Milliron regarding creating search to effectively capture communications related to the Dewey collapse and LeClairRyan's interest in the collapse. | 0.70 | $368.55 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                                        Page 28
**LeClairRyan, PLLC**                                                                          Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                                               July 29, 2020
Invoice No.: 50059172

| | | | | |
|---|---|---|---|---|
| 06/23/20 | VI | Review documents in targeted Relativity search to identify tax advice offered by Keiter to LeClairRyan. | 1.10 | $341.55 |
| 06/24/20 | EFO | Analysis related to next steps as to bringing potential causes of action against additional defendants related to and including fraudulent and preferential transfers, breaches of fiduciary duties, alter ego, and unjust enrichment. | 2.60 | $1,123.20 |
| 06/24/20 | KSM | Review and analyze documents with attention to key issues related to LeClairRyan's drafting and creation of the Dewey Report in 2012, particularly focusing on issues of insolvency. | 1.90 | $513.00 |
| 06/24/20 | OSS | Participate in call with Mr. R. Virginkar regarding drafting template of potential claims and evidence of same to bring against Mr. G. LeClair. | 1.20 | $631.80 |
| 06/24/20 | RVI | Telephone conference with Ms. E. Morabito, Ms. B. Nelson and Mr. B. Felder regarding investigation strategy, fact development, analysis of potential claims, and preparation of work product analyzing potential claims against certain defendants and relevant facts related to same. | 1.10 | $757.35 |
| 06/24/20 | RVI | Review and analyze internal work product and relevant documents regarding fact investigation and analysis of possible claims. | 0.40 | $275.40 |
| 06/24/20 | RVI | Review and analyze correspondence and documents regarding potential claims against Gary LeClair. | 1.20 | $826.20 |
| 06/24/20 | VI | Review documents in targeted Relativity search to identify documents where Keiter provided advice to LeClairRyan. | 2.80 | $869.40 |
| 06/25/20 | JCO | Attend weekly check in meeting internally with Foley. | 0.60 | $199.80 |
| 06/25/20 | KSM | Participate in weekly Investigation Team strategy meeting regarding status on document review related to key issues, potential new avenues of investigation, and top priority research. | 0.60 | $162.00 |
| 06/25/20 | KSM | Review and analyze documents with attention to key issues related to LeClairRyan's drafting and creation of the Dewey Report in 2012, particularly focusing on issues of insolvency (1.40); draft analysis of key documents related to creation and execution of the Dewey Report (0.90). | 2.30 | $621.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 29
Foley & Lardner LLP
July 29, 2020

| | | | | |
|---|---|---|---|---|
| 06/25/20 | OSS | Participate in weekly investigation team call (0.50); participate in call regarding potential claims against Mr. G. LeClair with Mr. R. Virginkar (0.20); participate in call regarding potential claims against Mr. G. LeClair with Ms. B. Nelson, and Ms. E. O'Leary (0.20); review and analyze key documents summarized by Investigation Team related to high priority investigation issues (1.00); review chronology for documents supporting claims against Mr. G. LeClair (1.90). | 3.80 | $2,000.70 |
| 06/25/20 | RVI | Review and analyze electronic documents and Investigative Team work product regarding investigation into potential claims related to Dewey Fortifying actions, provision of tax advice by Keiter, Banner Insurance transfers and other issues. | 1.60 | $1,101.60 |
| 06/25/20 | RVI | Analyze data and metrics related to communication patterns to assess how to apply further artificial intelligence and other tools to expedite review. | 0.20 | $137.70 |
| 06/25/20 | RVI | Confer with Ms. O. Singelmann regarding issues related to investigation and review of electronic documents related to Dewey Fortifying actions, Keiter tax advice, and insurance issues. | 0.40 | $275.40 |
| 06/25/20 | RVI | Confer with Foley Investigation Team regarding status of electronic document review, analysis of relevant documents, assessment of facts supporting certain claims, and other strategic issues related to investigation. | 0.60 | $413.10 |
| 06/25/20 | VI | Attend conference call with Investigative Team to discuss documents found and determine next steps in investigation. | 0.70 | $217.35 |
| 06/26/20 | JCO | Draft and revise search for specific individuals to determine volume of e-mails (0.10); begin to review documents (0.20). | 0.30 | $99.90 |
| 06/26/20 | KSM | Review and analyze documents with attention to key issues related to LeClairRyan's conversations and actions taken in drafting the Dewey Report and related Fortifying Actions in August 2012 (1.30); draft summary and analysis of key documents related thereto (0.20). | 1.50 | $405.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                                    Page 30
**LeClairRyan, PLLC**                                                                        Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                                           July 29, 2020
Invoice No.: 50059172

| | | | | |
|---|---|---|---|---|
| 06/26/20 | KSM | Incorporate key documents located related to the Dewey 2014 Search, the Project Level Playing Field Search, and the Dewey Report 2012 Search into the Master Chronology to aid in high-level review of the case and all potential actions related thereto. | 1.20 | $324.00 |
| 06/26/20 | RVI | Review and analyze electronic documents related to various issues under investigation, including involvement in Mr. G. LeClair and issues related to declining financial health of firm. | 0.80 | $550.80 |
| 06/26/20 | RVI | E-mail communications with Ms. B. Nelson, Ms. E. Morabito and Ms. O. Singelmann regarding various issues related to investigation and preparation of associated investigative work product. | 0.30 | $206.55 |
| 06/28/20 | RVI | E-mail communications with Foley Team regarding various issues related to investigation and upcoming update call with client, including draft chronology, draft issues list, and other issues related to adversary proceedings and investigation. | 0.30 | $206.55 |
| 06/29/20 | ALM | Review and analyze documents regarding Dissolution Committee in connection with investigation. | 2.10 | $756.00 |
| 06/29/20 | JCO | Review information regarding LeClairRyan Directors and Officers (0.10); review documents regarding former directors and officers to determine involvement in certain projects (0.70); revise and update search to ensure completeness for directors and officers communications (0.20). | 1.00 | $333.00 |
| 06/29/20 | KSM | Review and analyze documents with attention to key issues related to Mr. B. Matson's involvement in LeClairRyan's dissolution and business decisions made in 2018 and 2019 immediately preceding bankruptcy. | 2.30 | $621.00 |
| 06/29/20 | RVI | E-mail communications with Foley Team regarding follow-up from client call and next review assignments. | 0.20 | $137.70 |
| 06/29/20 | RVI | Review and analyze electronic documents and correspondence regarding firm wind-down and other acts in connection with analysis of claims against former Dissolution Committee members and other fiduciaries. | 1.40 | $963.90 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**      Page 31
**LeClairRyan, PLLC**      Foley & Lardner LLP
Our Ref. No.: 124772-0101      July 29, 2020
Invoice No.: 50059172

---

| 06/29/20 | RVI | Tasks related to preparation of list of former officers and directors, including communications with Foley Team and analysis of work product. | 0.20 | $137.70 |
|---|---|---|---|---|
| 06/29/20 | TPR | Create Excel spreadsheet and input information of LeClairRyan's executive leadership from 2018 and 2019 upon the request of Ms. J. Scott and Ms. O. Singelmann. | 1.00 | $148.50 |
| 06/29/20 | VI | Review documents in targeted Relativity search to identify documents where Keiter provided advice to LeClairRyan. | 0.20 | $62.10 |
| 06/29/20 | VI | Add documents found through targeted Relativity search for Keiter advice to master chronology. | 0.40 | $124.20 |
| 06/30/20 | ALM | Review and analyze documents regarding Dissolution Committee in connection with investigation (2.10); draft correspondence to Ms. O. Singelmann regarding same (0.50). | 2.60 | $936.00 |
| 06/30/20 | DRL | Call with Ms. O. Singelmann, Mr. R. Virginkar, and Mr. T. Okechukwu to discuss project; research civil conspiracy requirements under Virginia law. | 1.30 | $292.50 |
| 06/30/20 | ELMH | Review of multiple e-mail correspondences from Ms. L. Tavenner and Ms. P. Beran regarding e-mail correspondences located that support various causes of action against various parties (0.50); telephone conference with Mr. R. Virginkar regarding status of investigation of additional causes of action and items to discuss on tonight's call with Ms. L. Tavenner regarding strategy for prosecution of cases (0.40); telephone conference with Mr. R. Virginkar, Ms. L. Tavenner and Ms. P. Beran regarding strategy and next steps with respect to the investigation and prosecution of various cases, including status of discovery requests, 2004 requests and 3rd party subpoenas (0.80); follow up call with Mr. R. Virginkar regarding outstanding list of targets and list for the 2004 Motion (0.40). | 2.10 | $2,205.00 |
| 06/30/20 | JCO | Review documents regarding communications between executives or former executives at LeClairRyan (1.20); conference with Ms. O. Singelmann and Ms. K. Milliron regarding review progress (0.20). | 1.40 | $466.20 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 32
Foley & Lardner LLP
July 29, 2020

| | | | | |
|---|---|---|---|---|
| 06/30/20 | RVI | Review and analyze electronic documents and correspondence regarding matters under investigation, including internal investigation into allegations raised by former CFO, issues related to advice provided by Hirschler in connection with wind-down, and other possible claims against fiduciaries. | 2.20 | $1,514.70 |
| 06/30/20 | RVI | Confer with Ms. E. Morabito regarding strategic issues related to investigation and adversary proceedings. | 0.60 | $413.10 |
| 06/30/20 | RVI | Correspondence with client regarding issues related to Cadwalader investigation and Hirschler advice during wind-down. | 0.20 | $137.70 |
| 06/30/20 | RVI | E-mail communications with Foley Team regarding various issues and follow-up related to investigation into acts and omissions of former fiduciaries and other third parties. | 0.30 | $206.55 |
| 06/30/20 | VI | Review documents in targeted Relativity search to identify documents where Keiter provided advice to LeClairRyan. | 0.70 | $217.35 |

|  | Task Total: | 163.00 | $75,208.50 |
|---|---|---|---|



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 33
Foley & Lardner LLP
July 29, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50059172

Page 34
Foley & Lardner LLP
July 29, 2020



Services Total:      325.70    $

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                                                   Page 35
**LeClairRyan, PLLC**                                                                                      Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                                                        July 29, 2020
Invoice No.: 50059172

**Expenses Incurred**

| Description | Amount |
|---|---|
| Litigation Services - Hosting | $7,500.00 |
| **Expenses Incurred Total** | **$7,500.00** |



**FOLEY & LARDNER LLP**
WASHINGTON HARBOUR
3000 K STREET, N.W.
SUITE 600
WASHINGTON, D.C. 20007-5109
TELEPHONE (202) 672-5300
FACSIMILE (202) 672-5399
WWW.FOLEY.COM



Lynn L. Tavenner, Chapter 7 Trustee of the Bankruptcy Estate
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, VA 23219

Date: August 28, 2020
Invoice No.: 50075470
Our Ref. No.: 124772-0101

Services through July 31, 2020

Amount due for professional services rendered regarding ██████████
LeClairRyan PLLC

Total Expenses:     $7,051.22

**Amount Due:**     ██████████

**Please reference your account number 124772-0101 and your invoice
number 50075470 with your remittance payable to Foley & Lardner LLP.
Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

| | | | | |
|---|---|---|---|---|
| **Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC** | | | | Page 2 |
| Our Ref. No.: 124772-0101 | | | | Foley & Lardner LLP |
| Invoice No.: 50075470 | | | | August 28, 2020 |

---

## Professional Services Detail

### Case Administration/Miscellaneous Matters

| | | | | |
|---|---|---|---|---|
| 07/05/20 | BJN | Correspondence and revise with Mr. R. Virginkar regarding issues related to agenda, other open issues (0.20); correspondence with Ms. E. Morabito regarding same (0.10); correspondence with Ms. E. Morabito regarding agenda, other related issues (0.20); correspondence with Ms. L. Tavenner and Ms. P. Beran regarding agenda, open issues (0.20). | 0.70 | $535.50 |
| 07/05/20 | ELMH | Review and revise Agenda for weekly call with Ms. L. Tavenner and Ms. P. Beran on July 6, 2020 (0.30); telephone conference call with Ms. B. Nelson regarding updated task list and status of various matters to discuss on call with the Chapter 7 Trustee on July 6, 2020 (0.50). | 0.80 | $840.00 |
| 07/05/20 | RVI | E-mail communications with Ms. B. Nelson and Ms. E. Morabito regarding preparation for client call and finalization of work product and related documents. | 0.20 | $137.70 |
| 07/05/20 | RVI | Prepare for weekly update call with client. | 0.70 | $481.95 |
| 07/06/20 | BJN | Prepare for and participate on weekly call with Ms. L. Tavenner, Ms. P. Beran, Ms. E. Morabito, and Mr. R. Virginkar (1.70); work on issues regarding outstanding task list, other related issues (0.70); correspondence to Ms. P. Beran and Ms. L. Tavenner regarding same (0.10). | 2.50 | $1,912.50 |
| 07/06/20 | ELMH | Prepare for and attend weekly call with Ms. L. Tavenner and Ms. P. Beran to discuss status updates, summary of investigation and pursuit of claims, strategy and next steps (1.70); follow up e-mail correspondences with Foley Team and Ms. L. Tavenner regarding additional documents and theories for various causes of action (0.40). | 2.10 | $2,205.00 |
| 07/07/20 | ELMH | Participate in weekly Foley internal call with Ms. B. Nelson and Mr. R. Virginkar regarding status, strategy and proposed next steps regarding the WIP, diligence and task lists discussed with Ms. L. Tavenner on July 6, 2020 and advise in connection with same. | 1.10 | $1,155.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 3
Foley & Lardner LLP
August 28, 2020

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/09/20 | BJN | Work on issues regarding agenda, including conference and correspondence with Mr. R. Virginkar regarding same (0.60); correspondence to Ms. E. Morabito regarding same (0.10). | 0.70 | $535.50 |
| 07/09/20 | ELMH | Review and revise draft Agenda for call on July 10, 2020 (0.30); review and revise updated 2004 subpoenas and demand letters to share with clients on weekly call (0.50); call with Ms. B. Nelson and Mr. R. Virginkar regarding updated task list items and staffing, as well as storage of data and costs associated with same (0.60). | 1.40 | $1,470.00 |
| 07/09/20 | RVI | Prepare for client update call, including preparation of agenda and materials for call, including updated document chronology and issues lists. | 0.90 | $619.65 |
| 07/10/20 | BJN | Prepare for and participate in telephone conference with Ms. L. Tavenner, Ms. P. Beran, Ms. E. Morabito, and Mr. R. Virginkar. | 1.20 | $918.00 |
| 07/10/20 | ELMH | Call with Ms. B. Nelson and Mr. R. Virginkar regarding today's agenda for call with client, as well as updates regarding various administrative matters to be addressed in the case in light of minimal amounts of fees to pay expenses and costs (0.70); prepare for and participate in weekly call with Mr. R. Virginkar, Ms. B. Nelson, Ms. L. Tavenner and Ms. P. Beran regarding summary of various matters, status updates, strategy and proposed next steps (1.20); follow up call with Mr. R. Virginkar and Ms. B. Nelson to discuss updated task lists and staffing of matters in light of various requests of Ms. L. Tavenner going forward (0.70). | 2.60 | $2,730.00 |
| 07/10/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding legal and strategic advice related to ongoing investigation and assessment of potential claims, as well as filed and contemplated adversary proceedings and demands. and related matters. | 1.20 | $826.20 |
| 07/15/20 | RVI | Tasks related to preparation for client update call, including proposed agenda items, next steps, status of follow-up from prior call, and other issues related to case management. | 0.30 | $206.55 |
| 07/17/20 | BJN | Prepare for and participate in weekly update call. | 1.30 | $994.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 4
Foley & Lardner LLP
August 28, 2020

| | | | | |
|---|---|---|---|---|
| 07/17/20 | ELMH | Prepare for and participate in weekly call with Foley Team, Ms. L. Tavenner and Ms. P. Beran regarding status update, strategy and next steps with respect to various matters being handled by Foley on behalf of the Chapter 7 Trustee. | 1.30 | $1,365.00 |
| 07/17/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding legal and strategic advice related to bankruptcy investigation and related matters. | 1.30 | $895.05 |
| 07/23/20 | ELMH | Review and comment on Agenda and draft demand letters to send to Ms. L. Tavenner in advance of July 24, 2020 weekly call (0.60); e-mail correspondences with Mr. R. Virginkar regarding same (0.20). | 0.80 | $840.00 |
| 07/23/20 | RVI | Confer with Ms. B. Nelson regarding issues related to preparation for client update meeting, including preparation of agenda and status of work product analyses. | 0.60 | $413.10 |
| 07/23/20 | RVI | Prepare for weekly client update call, including preparation of draft agenda and review and finalization of updated chronology and investigation issues list. | 0.60 | $413.10 |
| 07/24/20 | ELMH | Conference call with Mr. R. Virginkar regarding agenda and outstanding items to address with Ms. L. Tavenner and Ms. P. Beran (0.60); follow up e-mail correspondences with Mr. R. Virginkar and Ms. B. Nelson regarding requests from the Chapter 7 Trustee on various outstanding task list items and staffing regarding same (0.30). | 0.90 | $945.00 |
| 07/24/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. O. Singelmann regarding status of investigation and legal and strategic issues related to assessment of claims and next steps. | 1.10 | $757.35 |
| 07/24/20 | RVI | Prepare for weekly update call with client, including review of chronology, task list and other work product regarding investigation and assessment of claims. | 0.40 | $275.40 |
| 07/26/20 | BJN | Correspondence with Ms. E. Morabito regarding needed task list, open items, telephone conference (0.30); related correspondence with Mr. R. Virginkar regarding same (0.20). | 0.50 | $382.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                                              Page 5
**LeClairRyan, PLLC**                                                                                  Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                                              August 28, 2020
Invoice No.: 50075470

| | | | | |
|---|---|---|---|---|
| 07/27/20 | ELMH | Prepare for and participate in telephone conference call with Ms. B. Nelson and Mr. R. Virginkar regarding status of outstanding task list and WIP items, as well as recent discovery requests, litigation updates, 2004 strategy and updated demand letters. | 1.30 | $1,365.00 |
| 07/27/20 | RVI | Review and finalize summary of client update call. | 0.20 | $137.70 |
| 07/28/20 | ELMH | Call with Ms. L. Tavenner and Ms. P. Beran regarding status of various matters, case administration, miscellaneous questions, strategy and proposed next steps. | 0.70 | $735.00 |
| 07/28/20 | RVI | E-mail communications with Ms. E. Morabito and Ms. B. Nelson regarding issues related to investigation and litigation in preparation for client update call. | 0.20 | $137.70 |
| 07/28/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, Ms. E. Morabito and Ms. B. Nelson, regarding various legal and strategic issues related to investigation, pending Rule 2004 motion, draft demands and related materials, and preparation for upcoming hearing before Bankruptcy Court. | 0.90 | $619.65 |
| 07/30/20 | ELMH | Review and revise updated draft materials and agenda to be sent to Ms. L. Tavenner and Ms. P. Beran in advance of weekly call on July 31, 2020 (0.70); call with Ms. B. Nelson and Mr. R. Virginkar regarding outstanding task list items and proposed agenda for July 31, 2020 (0.40). | 1.10 | $1,155.00 |
| 07/30/20 | ELMH | Call with Ms. L. Tavenner to discuss various outstanding matters, strategy and next steps. | 0.50 | $525.00 |
| 07/30/20 | RVI | Prepare for upcoming client update call, including preparation of agenda and review of updated chronology, issues lists, and other work product for client meeting. | 0.80 | $550.80 |
| 07/31/20 | ELMH | Pre-call with Mr. R. Virginkar and Ms. B. Nelson to discuss the Agenda and Task Lists for upcoming call with Ms. P. Beran and Ms. L. Tavenner (0.60); prepare for and participate in weekly call with Mr. R. Virginkar, Ms. B. Nelson, Ms. P. Beran and Ms. L. Tavenner to discuss status of matters, strategy and proposed next steps (1.20). | 1.80 | $1,890.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 6
Foley & Lardner LLP
August 28, 2020

---

| 07/31/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding legal and strategic advice related to bankruptcy investigation and related matters. | 1.20 | $826.20 |
|---|---|---|---|---|
| | | Task Total: | 33.90 | $29,796.60 |

**Court Hearings**

| 07/29/20 | BJN | Prepare for and telephone conference with Mr. R. Virginkar regarding needed updated information for use in Court hearing (0.20); draft updated bullet points for Ms. E. Morabito regarding status of case for use in upcoming hearing and related correspondence regarding same (1.10). | 1.30 | $994.50 |
|---|---|---|---|---|
| 07/30/20 | BJN | Prepare for Court hearing, including multiple conferences and correspondence with Ms. E. Morabito regarding same (0.70); attend Court conference (0.90). | 1.60 | $1,224.00 |
| 07/30/20 | ELMH | Prepare for today's Omnibus Hearing (1.60); participate and argue at today's Omnibus Hearing to report on status of investigation, litigation and in support of Foley's 2004 Motion (1.30). | 2.90 | $3,045.00 |
| | | Task Total: | 5.80 | $5,263.50 |

**Tax Issues**

| 07/05/20 | BJN | Review and comment on NDA for tax purposes (0.40) and related correspondence with Mr. R. Virginkar regarding same (0.10). | 0.50 | $382.50 |
|---|---|---|---|---|
| 07/05/20 | RVI | Review and comment on draft non-disclosure and indemnification agreement related to release of K-1s and tax return. | 0.60 | $413.10 |
| 07/06/20 | RVI | Confer with Ms. B. Nelson regarding issues related to client update call, including draft K-1 nondisclosure agreement and draft 2004 motion. | 0.20 | $137.70 |
| 07/16/20 | ELMH | Advise on tax issues raised by Ms. L. Tavenner. | 0.30 | $315.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 7
Foley & Lardner LLP
August 28, 2020

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/24/20 | ELMH | E-mail correspondences with Ms. L. Tavenner and Mr. R. Virginkar regarding update on various tax issues and advise in connection with same. | 0.40 | $420.00 |
| | | Task Total: | 2.00 | $1,668.30 |



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 8
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 9
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 12
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 13
Foley & Lardner LLP
August 28, 2020



Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of          Page 14
LeClairRyan, PLLC                                                    Foley & Lardner LLP
Our Ref. No.: 124772-0101                                              August 28, 2020
Invoice No.: 50075470



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 15
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 16
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 17
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 19
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 20
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 21
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 22
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**      Page 25
**LeClairRyan, PLLC**      Foley & Lardner LLP
Our Ref. No.: 124772-0101      August 28, 2020
Invoice No.: 50075470



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 27
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 28
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 29
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 31
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 32
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 34
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 35
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 37
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 38
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 39
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 40
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 42
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 43
Foley & Lardner LLP
August 28, 2020



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                    Page 44
**LeClairRyan, PLLC**                                                 Foley & Lardner LLP
Our Ref. No.: 124772-0101                                              August 28, 2020
Invoice No.: 50075470

████  ███          ██████████████████████████          ███    ███
                   ████████████████████████

████  ███          ██████████████████████████          ███    ███
                   ████████████████████████

████  ███          ██████████████████████████          ███    ███
                   ███████████████████

                                                     ███    ███    ███

**Fee Application**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/10/20 | BJN | Correspondence with Ms. L. Tavenner and Ms. P. Beran regarding proposed order on Foley's First Interim Fee Application. | 0.20 | $153.00 |
| | | Task Total: | 0.20 | $153.00 |

**Insurance**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/07/20 | ELMH | Follow up with Mr. R. Virginkar and Ms. B. Nelson regarding insurance letter and latest draft of attorney demands. | 0.50 | $525.00 |
| 07/07/20 | RVI | Confer with Ms. E. Morabito and Ms. B. Nelson regarding investigative strategy, insurance demand letters, strategies for next steps and other follow-up from client update call. | 0.60 | $413.10 |
| 07/08/20 | BJN | Correspondence with Mr. E. Lenz regarding issues related to needed insurance issues (0.20); follow up conference with Messrs. E. Lenz and R. Virginkar regarding same (0.60). | 0.80 | $612.00 |
| 07/08/20 | EDL | Telephone conference with working group regarding potential insurance claims (0.40); initial review of additional insurance policies and documents (0.40). | 0.80 | $604.80 |
| 07/08/20 | RVI | Confer with Mr. E. Lenz, Ms. B. Nelson and Ms. O. Singelmann regarding issues related to insurance coverage and draft notice letter to carrier. | 0.40 | $275.40 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 45
Foley & Lardner LLP
August 28, 2020

| | | | | |
|---|---|---|---|---|
| 07/10/20 | BJN | Multiple correspondence with Mr. E. Lenz regarding issues related to notice of insurance company, other related issues. | 0.40 | $306.00 |
| 07/10/20 | EDL | Review of cyber and fiduciary insurance policies (0.60); review of directors and officers liability insurance policy and tail endorsement (1.30); communications with working group regarding issues related to same (0.40). | 2.30 | $1,738.80 |
| 07/10/20 | ELMH | E-mail correspondences with Mr. R. Virginkar regarding updates with the demand letters and outline of claims. | 0.30 | $315.00 |
| 07/10/20 | RVI | E-mail communications with Ms. B. Nelson and Mr. E. Lenz regarding issues related to draft demand letter to insurance carrier. | 0.20 | $137.70 |
| 07/11/20 | EDL | Review of directors and officers liability insurance policy (0.60); review and revise demand letter (0.40); communications with working group regarding same (0.20). | 1.20 | $907.20 |
| 07/15/20 | ELMH | Attend to e-mail correspondences from Ms. P. Beran regarding updates relating to the insurance claims and notice to the carrier of same. | 0.30 | $315.00 |
| 07/16/20 | BJN | Correspondence with Mr. R. Virginkar regarding status issues with insurance demand letter, other related issues. | 0.20 | $153.00 |
| 07/16/20 | ELMH | Review of correspondences from Ms. P. Beran regarding insurance issues needed to be addressed. | 0.20 | $210.00 |
| 07/17/20 | BJN | Prepare for and discuss issues regarding insurance claim, other related issues (0.40); related follow up regarding same (0.20). | 0.60 | $459.00 |
| 07/20/20 | BJN | Correspondence with Mr. E. Lenz regarding insurance issues. | 0.20 | $153.00 |
| 07/24/20 | ELMH | Follow up with Mr. E. Lenz regarding status of review of the latest insurance issues and requests of Ms. L. Tavenner regarding same (0.40); e-mail correspondences with Ms. B. Nelson and Mr. R. Virginkar regarding same, and how best to proceed with the Notice to carrier (0.30). | 0.70 | $735.00 |
| 07/26/20 | BJN | Review insurance documents received from insurance broker (1.10); review and revise demand letter in light of same (0.60). | 1.70 | $1,300.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 46
Foley & Lardner LLP
August 28, 2020

| | | | | |
|---|---|---|---|---|
| 07/27/20 | BJN | Correspondence with Ms. O Singelmann regarding officers and directors of LeClairRyan and related results of investigation. | 0.20 | $153.00 |
| 07/28/20 | BJN | Review and revise insurance demand letter (0.90) and related correspondence to Mr. R. Virginkar and Mr. E. Lenz regarding same (0.20). | 1.10 | $841.50 |
| 07/28/20 | DAH | Review draft Notice of Claims to insurance company. | 0.50 | $477.00 |
| 07/28/20 | ELMH | E-mail correspondences with Mr. E. Lenz regrading insurance notice (0.30); telephone conference call with Mr. E. Lenz and Ms. B. Nelson regarding requests from Ms. L. Tavenner regarding the insurance notice (0.40). | 0.70 | $735.00 |
| 07/28/20 | RVI | Confer with Ms. B. Nelson regarding draft insurance carrier demand letter, preparation of claims assessment roadmaps, and strategy for continued fact investigation. | 0.30 | $206.55 |
| 07/28/20 | RVI | Review and revise updated draft demand letter notifying insurance carrier of potential claims under D&O policies. | 0.60 | $413.10 |
| 07/30/20 | BJN | Review and revise insurance letter and related conference with Mr. R. Virginkar regarding same (0.80); multiple conferences and correspondence with Mr. R. Virginkar, Mr. E. Lenz, and Ms. E. Morabito regarding same (0.70). | 1.50 | $1,147.50 |
| 07/30/20 | EDL | Review of demand letter to CNA (0.30); review of Directors and Officers Liability Insurance and Professional Liability Insurance policies (0.60); communications with working group regarding same (0.30). | 1.20 | $907.20 |
| 07/30/20 | ELMH | Review of updated letter to insurance carrier and advise in connection with same (0.50); respond to inquiries from Ms. L. Tavenner regarding notice to the insurance carrier (0.30); call with Mr. E. Lenz and Ms. B. Nelson regarding updates from the client regarding insurance coverage and next steps in light of same (0.40). | 1.20 | $1,260.00 |
| 07/31/20 | BJN | Review, revise and finalize insurance letter (0.80); related correspondence with Ms. L. Tavenner regarding same (0.10). | 0.90 | $688.50 |
| 07/31/20 | RVI | E-mail communications with Foley Team and client regarding issues related to D&O insurance carrier notice letter. | 0.30 | $206.55 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50075470

Page 47
Foley & Lardner LLP
August 28, 2020

| | | | | |
|---|---|---|---|---|
| 07/31/20 | RVI | Revise and finalize draft notice letter to insurance carrier regarding acts and omissions of directors and officers. | 0.70 | $481.95 |
| | | Task Total: | 20.60 | $16,678.35 |
| | | Services Total: | 547.70 | ████████ |

## Expenses Incurred

| Description | Amount |
|---|---|
| Electronic Legal Research Services | $151.22 |
| Litigation Services - Hosting | $6,900.00 |
| **Expenses Incurred Total** | **$7,051.22** |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our
internal costs with respect to those services and expenses.

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                                    Page 48
**LeClairRyan, PLLC**                                                                        Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                                      August 28, 2020
Invoice No.: 50075470

---

## Expense Detail

**Electronic Legal Research Services**

| Date | Initials | Description | Amount |
|------|----------|-------------|-------:|
| 07/31/20 | OSS | Electronic Legal Research Services - Westlaw. | $151.22 |

**Litigation Services - Hosting**

| Date | Initials | Description | Amount |
|------|----------|-------------|-------:|
| 07/31/20 | ELMH | Litigation Services - Hosting. | $6,900.00 |

## **Exhibit G**

**(Foley Invoices – Third Interim Period)**

Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 2
Foley & Lardner LLP
September 15, 2020

---

## Professional Services Detail

### Case Administration/Miscellaneous Matters

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/05/20 | RVI | Prepare for client update call, including draft agenda for call and analysis of draft work product to be provided. | 0.60 | $413.10 |
| 08/06/20 | ELMH | Review and revise draft agenda for weekly call with the Trustee on August 7, 2020 (0.30); e-mail correspondences with Ms. B. Nelson and Mr. R. Virginkar regarding updates to the work in process list and summary of various items to discuss with the Chapter 7 Trustee on weekly call (0.50). | 0.80 | $840.00 |
| 08/06/20 | RVI | Review and finalize draft chronology, task list and issues lists for client update call. | 0.60 | $413.10 |
| 08/06/20 | RVI | Finalize agenda and other materials for client update call. | 0.70 | $481.95 |
| 08/06/20 | RVI | Confer with Ms. B. Nelson regarding issues related to client update call, including status of investigation, outstanding tasks and issues related to draft work product and finalization of other documents for client update call. | 0.70 | $481.95 |
| 08/07/20 | BJN | Prepare for and participate in weekly update call. | 1.20 | $918.00 |
| 08/07/20 | ELMH | Review and revise agenda for today's call with Ms. L. Tavenner (0.20); telephone conference with Mr. R. Virginkar and Ms. B. Nelson regarding various pending tasks and WIP matters, strategy and next steps (0.80); prepare for and participate in weekly call with Ms. L. Tavenner and Ms. P. Beran regarding case update, strategy and next steps (1.20). | 2.20 | $2,310.00 |
| 08/07/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding issues related to ██████████ and related matters. | 1.20 | $826.20 |
| 08/07/20 | RVI | Confer with Ms. B. Nelson to prepare for client update call, including assessment of investigation status, draft work product and other related tasks. | 0.80 | $550.80 |
| 08/12/20 | RVI | Revise and update draft master task list. | 0.40 | $275.40 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 3
Foley & Lardner LLP
September 15, 2020

| | | | | |
|---|---|---|---|---|
| 08/13/20 | RVI | Confer with Ms. B. Nelson to prepare for and finalize materials for client update call (0.20), including draft agenda and work product (0.70). | 0.90 | $619.65 |
| 08/13/20 | RVI | Prepare for weekly update call with client, including preparation of agenda, chronology, issues lists, task list, and other work product. | 0.70 | $481.95 |
| 08/14/20 | BJN | Prepare for and participate in weekly telephone conference with Mr. R. Virginkar, Ms. E. Morabito, Ms. L. Tavenner, and Ms. P. Beran regarding case strategy, next steps, other open issues. | 1.40 | $1,071.00 |
| 08/14/20 | ELMH | Review and revise agenda for weekly standing call with Ms. L. Tavenner and Foley attorneys (0.30); participate in weekly standing call with Ms. L. Tavenner, Mr. R. Virginkar and Ms. B. Nelson regarding outstanding task list items, strategy, and next steps (1.70). | 2.00 | $2,100.00 |
| 08/14/20 | LAC | Meeting to discuss being added to the matter. | 0.60 | $329.40 |
| 08/14/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding legal and strategic advice related to ██████ ████████████████████████ | 1.70 | $1,170.45 |
| 08/14/20 | RVI | Confer with Ms. B. Nelson regarding follow-up from client update call, draft work product and preparation for upcoming interviews. | 0.90 | $619.65 |
| 08/14/20 | RVI | Prepare for weekly client update call, including review of investigation summaries and work product and assessment of progress on ongoing tasks. | 0.80 | $550.80 |
| 08/17/20 | ELMH | Review and revise draft correspondence to Ms. L. Tavenner regarding ████████████ ████████████████████ (0.40); review of updated task list and follow up agenda items based upon latest requests from Ms. L. Tavenner (0.30). | 0.70 | $735.00 |
| 08/20/20 | RVI | Confer with Ms. B. Nelson regarding preparation for weekly client update call. | 0.30 | $206.55 |
| 08/20/20 | RVI | Prepare for weekly client update call, including preparation of agenda and materials for discussion. | 0.60 | $413.10 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                                  Page 4
**LeClairRyan, PLLC**                                                                       Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                                   September 15, 2020
Invoice No.: 50083243

| | | | | |
|---|---|---|---|---|
| 08/21/20 | ELMH | Participate in weekly telephone conference with Ms. L. Tavenner, Ms. P. Beran, Ms. B. Nelson and Mr. R. Virginkar regarding status of various matters, summary of ███████████, strategy and next steps (1.00); follow up telephone conference call with Ms. L. Tavenner regarding upcoming mediation, financial advisor updates, strategy regarding various claims, administrative and miscellaneous matters (1.40). | 2.40 | $2,520.00 |
| 08/21/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding various issues related to ███████████████ ██████████████. | 1.00 | $688.50 |
| 08/21/20 | RVI | Prepare for weekly client update call, including review of Team updates and task lists. | 0.20 | $137.70 |
| 08/22/20 | LAC | Edit and revise the demand letter (5.60); research for the demand letter (5.60). | 11.20 | $6,148.80 |
| 08/24/20 | ELMH | Review of e-mail correspondence from Ms. L. Tavenner requesting call with Ms. S. Roski to discuss damages and other claims prosecution matters (0.20); review of application to employ Ms. S. Roski filed with the Court (0.20); follow up with Ms. B. Nelson and Mr. R. Virginkar regarding agenda items for this week's call and follow up on outstanding Task and WIP lists (0.50). | 0.90 | $945.00 |
| 08/25/20 | ELMH | Attend to Agenda, updated task list and WIP list for upcoming call with clients (0.50); call with Foley Team regarding pending matters and items to discuss with Ms. L. Tavenner (0.40). | 0.90 | $945.00 |
| 08/27/20 | ELMH | Review and revise agenda for tomorrow's weekly call with Ms. L. Tavenner and Ms. P. Beran (0.20); review and revise updated TASK and WIP lists (0.20). | 0.40 | $420.00 |
| 08/27/20 | RVI | Confer with Ms. B. Nelson regarding preparation for weekly client update call, including proposed agenda and draft work product for client review. | 0.30 | $206.55 |
| 08/27/20 | RVI | Prepare for weekly client update meeting, including draft agenda, review of work product, and other related tasks. | 0.90 | $619.65 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 5
Foley & Lardner LLP
September 15, 2020

| | | | | |
|---|---|---|---|---|
| 08/28/20 | BJN | Prepare for and participate in weekly case administration call with Ms. E. Morabito, Mr. R. Virginkar, Ms. P. Beran, and Ms. L. Tavenner regarding issues, next steps, other issues. | 1.20 | $918.00 |
| 08/28/20 | ELMH | Prepare for and attend weekly call with Foley Team, Ms. L. Tavenner and Ms. P. Beran to discuss TASK lists, staffing, WIP, strategy and next steps. | 1.30 | $1,365.00 |
| 08/28/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding issues related to ███████████████████ ███████████████████████████ | 1.30 | $895.05 |
| 08/30/20 | ELMH | Telephone conference with Ms. B. Nelson regarding updated Task and WIP lists in light of requests from Ms. L. Tavenner and Ms. P. Beran on August 28, 2020. | 0.40 | $420.00 |
| | | Task Total: | 42.20 | $32,037.30 |

**Court Hearings**

| | | | | |
|---|---|---|---|---|
| 08/26/20 | BJN | Correspondence with Ms. O. Singelmann and Mr. R. Virginkar regarding needed update (0.10); draft detailed update on status of all matters, related issues, in preparation of Omnibus Hearing and Ms. E. Morabito's status report regarding same (1.50). | 1.60 | $1,224.00 |
| 08/26/20 | ELMH | Review and revise outline and summary of investigation/litigation to date by Foley for the upcoming August 27, 2020 Omnibus Hearing (0.70); conference call with Ms. L. Tavenner regarding ███████████████████████ ██████████████ and advise regarding same (0.40). | 1.10 | $1,155.00 |
| 08/26/20 | RVI | Draft and revise talking points regarding investigation for Bankruptcy Court status hearing. | 0.20 | $137.70 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**        Page 6
**LeClairRyan, PLLC**        Foley & Lardner LLP
Our Ref. No.: 124772-0101        September 15, 2020
Invoice No.: 50083243

| | | | | |
|---|---|---|---|---|
| 08/27/20 | BJN | Correspondence with Ms. E. Morabito regarding needed information for hearing (0.40); prepare for and attend status hearing (0.90). | 1.30 | $994.50 |
| | | Task Total: | 4.20 | $3,511.20 |

**Tax Issues**

| | | | | |
|---|---|---|---|---|
| 08/01/20 | ELMH | Attend to e-mail correspondences and documents regarding ███████████ and implications of same. | 0.40 | $420.00 |
| 08/19/20 | AEM | Internal discussion regarding ██████ ████████████████████████ (0.40); began reviewing documents related to the conversion(4.80). | 5.20 | $2,223.00 |
| 08/20/20 | AEM | Continue to review materials related to the professional corporation to professional limited liability company conversion; began to prepare time line of discussions related to the conversion. | 3.60 | $1,539.00 |
| 08/24/20 | AEM | Internal discussion regarding tax citations in a demand letter. | 1.10 | $470.25 |
| 08/24/20 | RTA | Confer with Ms. A. May regarding corporation to partnership conversion (0.40); respond to A/R questions (0.30). | 0.70 | $693.00 |
| 08/25/20 | AEM | Continue to review correspondence regarding LeClairRyan's conversion from a professional corporation to a professional limited liability company. | 3.80 | $1,624.50 |
| 08/26/20 | AEM | Continue to review correspondence regarding LeClairRyan's conversion from a professional corporation to a professional limited liability company; internal discussion regarding the same. | 1.50 | $641.25 |
| 08/26/20 | RTA | Review PPT and other documents (0.60); confer with Ms. A. May regarding same (0.60). | 1.20 | $1,188.00 |
| 08/28/20 | RTA | Confer regarding write down of A/R. | 0.30 | $297.00 |
| | | Task Total: | 17.80 | $9,096.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 7
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 8
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 9
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 10
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 11
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 12
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 13
Foley & Lardner LLP
September 15, 2020

Redacted

Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 14
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 15
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 16
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 17
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 18
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 19
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 20
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 21
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 22
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 23
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 24
Foley & Lardner LLP
September 15, 2020

Redacted

Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 25
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 26
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 27
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 28
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 29
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 30
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 31
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 32
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 33
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 34
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 35
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 36
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 37
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 38
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 39
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 40
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 41
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**           Page 42
**LeClairRyan, PLLC**           Foley & Lardner LLP
Our Ref. No.: 124772-0101           September 15, 2020
Invoice No.: 50083243

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 43
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 44
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 45
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 46
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 47
Foley & Lardner LLP
September 15, 2020

Redacted

Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 48
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 49
Foley & Lardner LLP
September 15, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                          Page 50
**LeClairRyan, PLLC**                                                                Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                        September 15, 2020
Invoice No.: 50083243

**Fee Application**

| | | | | |
|---|---|---|---|---|
| 08/05/20 | BJN | Work on issues regarding payment under First Interim Fee Application. | 0.80 | $612.00 |
| 08/11/20 | JCH | Prepare draft of Foley's Second Interim Fee Application. | 0.50 | $103.50 |
| 08/31/20 | JCH | Continue preparation of Foley's Second Interim Fee Application. | 2.50 | $517.50 |
| | | Task Total: | 3.80 | $1,233.00 |

**Insurance**

| | | | | |
|---|---|---|---|---|
| 08/02/20 | BJN | Correspondence with Ms. O. Singelmann regarding needed insurance issues and addresses for service of letter. | 0.20 | $153.00 |
| 08/03/20 | BJN | Review and revise cover letter for D&O insureds. | 0.40 | $306.00 |
| 08/03/20 | OSS | Draft cover letter to Insured under D&O policy. | 1.00 | $526.50 |
| 08/04/20 | BJN | Review and revise cover letter to all insureds and related conference with Ms. E. Morabito regarding same (0.60); finalize same (0.10); correspondence to Ms. P. Beran and Ms. L. Tavenner regarding same (0.10). | 0.80 | $612.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50083243

Page 51
Foley & Lardner LLP
September 15, 2020

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 08/04/20 | ELMH | Review and revise draft cover letter to all of the Insureds requesting them to individually put the Insurer on Notice consistent with the notice sent on behalf of the Chapter 7 Trustee (0.40); call with Ms. B. Nelson regarding next steps regarding the insurance demands (0.20). | 0.60 | $630.00 |
| 08/05/20 | BJN | Follow up with Ms. P. Beran and Ms. L. Tavenner regarding cover letter for insureds. | 0.20 | $153.00 |
| 08/10/20 | JCH | E-mail correspondence with Ms. O. Singelmann regarding cover letter to be sent to D&O insureds (0.20); duplicate cover letter form for each party and fill in names & addresses (x19) (0.50); prepare corresponding mailing labels for parties (0.20); coordinate mailing of cover letters to DO insureds along with copy of July 31, 2020 letter to CNA (0.20). | 1.10 | $227.70 |
| 08/10/20 | OSS | Review letter to insureds and finalize same (1.00); supervise associates coordinating ULXP mediation binder creation and shipping (1.00). | 2.00 | $1,053.00 |
| 08/17/20 | ELMH | Review of correspondence from Mr. C. Kerger from Columbia Casualty Company regarding notice of claims provided by the Chapter 7 Trustee (0.10); forward correspondence to Mr. E. Lenz and Ms. L. Tavenner with comment. (0.10). | 0.20 | $210.00 |
| 08/25/20 | DAH | Review D&O draft demand letter and e-mails regarding same. | 0.70 | $667.80 |
| | | Task Total: | 7.20 | $4,539.00 |

## Expenses Incurred

| Description | Amount |
|---|---|
| | |
| Litigation Services - Hosting | $6,900.00 |
| Shipping Charges | $195.39 |
| | |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                                    Page 52
**LeClairRyan, PLLC**                                                                          Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                                      September 15, 2020
Invoice No.: 50083243

---

## Expense Detail

### Litigation Services - Hosting

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 08/31/20 | ELMH | Litigation Services - Hosting. | $6,900.00 |

### Shipping Charges

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 08/31/20 | HJME | Federal Express Invoice: 709808990; Tracking: 395832765995; Sender: Heather Hidri; Recipient: Barry Felder 64 GENESEE BLVD. | $195.39 |
| | | Federal Express Invoice: 709808990; Tracking: 395679317930; Sender: Heather Hidri; Recipient: Brittany Nelson 1743 E YALE AVE. | |
| | | Federal Express Invoice: 709808990; Tracking: 395832081937; Sender: Heather Hidri; Recipient: Brittany Nelson 1743 E YALE AVE. | |
| | | Federal Express Invoice: 709808990; Tracking: 395679506700; Sender: Heather Hidri; Recipient: Rohan Virginkar Foley & Latrdner LLP 3000 K ST NW. | |
| | | Federal Express Invoice: 710491507; Tracking: 395973225740; Sender: Erika Morabito; Recipient: Michael Hern LeClairRyan 335 First Flite Lane. | |
| | | Federal Express Invoice: 709808990; Tracking: 395832279748; Sender: Heather Hidri; Recipient: Rohan Virginkar Foley & Latrdner LLP 3000 K ST NW. | |

| | | | | |
|---|---|---|---|---|
| **Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of** | | | | Page 2 |
| **LeClairRyan, PLLC** | | | | Foley & Lardner LLP |
| Our Ref. No.: 124772-0101 | | | | October 31, 2020 |
| Invoice No.: 50110099 | | | | |

## Professional Services Detail

### Case Administration/Miscellaneous Matters

| | | | | |
|---|---|---|---|---|
| 09/01/20 | ELMH | Review and respond to e-mail correspondence from Ms. L. Tavenner regarding various case administration matters, updates on miscellaneous matters and proposed next steps. | 0.50 | $525.00 |
| 09/02/20 | ELMH | Prepare for and participate in telephone conference call with Ms. L. Tavenner, Ms. P. Beran, Mr. R. Virginkar and Ms. B. Nelson regarding ███████████████ ███████████ and proposed next steps (1.90); debrief call with Ms. B. Nelson and Mr. R. Virginkar regarding same and update WIP and task list items per the request of Ms. L. Tavenner (0.70). | 2.60 | $2,730.00 |
| 09/02/20 | RVI | Confer with Ms. L. Tavenner, Ms. P. Beran, Ms. E. Morabito and Ms. B. Nelson regarding ████ ████████ and other issues related to investigation and litigation. | 1.80 | $1,239.30 |
| 09/03/20 | ELMH | Weekly conference call with Ms. L. Tavenner, Ms. P. Beran, financial advisors and Foley Team to discuss ████████████████████ ███████ (2.10); review and revise Agenda for September 4, 2020 call with Ms. L. Tavenner and Ms. P. Beran (0.20). | 2.30 | $2,415.00 |
| 09/04/20 | BJN | Prepare for and participate on telephone conference with Ms. L. Tavenner, Ms. P. Beran, Ms. E. Morabito, and Mr. R. Virginkar. | 1.10 | $841.50 |
| 09/04/20 | ELMH | Prepare for and participate in weekly telephone conference call with Ms. L. Tavenner and Ms. P. Beran to discuss ██████████████ ████████████████████ | 1.10 | $1,155.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                    Page 3
**LeClairRyan, PLLC**                                                      Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                    October 31, 2020
Invoice No.: 50110099

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/04/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding ███ ██████████████████████ | 0.90 | $619.65 |
| 09/14/20 | ELMH | Review and revise Agenda for September 15, 2020 weekly call with Ms. L. Tavenner and Ms. P. Beran (0.30); call with Ms. B. Nelson regarding pending matters and next steps based upon recent discussions with Ms. P. Beran regarding same (0.40). | 0.70 | $735.00 |
| 09/14/20 | RVI | Confer with Ms. B. Nelson regarding issues related to preparation for client status update call and related issues. | 0.40 | $275.40 |
| 09/14/20 | RVI | Tasks related to preparation for upcoming client update call, including preparation of agenda, review and finalization of work product and other supporting materials, and related tasks. | 0.60 | $413.10 |
| 09/14/20 | RVI | E-mail communications with Ms. E. Morabito and Ms. B. Nelson regarding preparation for client update call, including development of agenda and status report on open items. | 0.20 | $137.70 |
| 09/15/20 | RVI | Prepare for client update call, including review of work product, Investigative Team review updates and other materials. | 0.20 | $137.70 |
| 09/15/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, Ms. E. Morabito and Ms. B. Nelson, regarding ███ ████████████████████ | 1.30 | $895.05 |
| 09/28/20 | BJN | Prepare for and participate on telephone conference with Ms. L. Tavenner and Ms. P. Beran, and Foley Team (0.80); correspondence and conference with Mr. R. Virginkar regarding agenda, outstanding issues (0.40); conference with Ms. E. Morabito regarding agenda (0.10); related correspondence with Ms. L. Tavenner and Ms. P. Beran regarding same (0.10). | 1.40 | $1,071.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                               Page 4
**LeClairRyan, PLLC**                                                                  Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                               October 31, 2020
Invoice No.: 50110099

---

| | | | | |
|---|---|---|---|---|
| 09/28/20 | ELMH | Review and comment on draft Agenda for today's call with client (0.20); prepare for and participate in weekly telephone conference with Ms. L. Tavenner, Ms. P. Beran and Foley Team to discuss ███████████ and next steps (0.80); call with Ms. B. Nelson and Mr. R. Virginkar regarding various case administrative matters in light of status of review of documents and upcoming witness interviews as it impacts data usage and searches on Relativity in order to keep costs down to the estate (0.40). | 1.40 | $1,470.00 |
| 09/28/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding ███████ ████████████████ | 0.80 | $550.80 |
| 09/30/20 | ELMH | Review and revise latest version of draft Cash Collateral Motion per request of Ms. L. Tavenner and Ms. P. Beran (0.60); follow up call with Ms. B. Nelson regarding same (0.40); e-mail correspondences with Ms. L. Tavenner and Ms. P. Beran regarding strategy and next steps (0.30). | 1.30 | $1,365.00 |
| | | Task Total: | 18.60 | $16,576.20 |

**Court Hearings**

| | | | | |
|---|---|---|---|---|
| 09/29/20 | BJN | Correspondence with Mr. R. Virginkar regarding needed preparation for upcoming hearing (0.30); review research regarding deepening insolvency and related correspondence regarding same (0.40); prepare detailed outline regarding upcoming hearing and related correspondence with Ms. E. Morabito regarding same (1.80). | 2.50 | $1,912.50 |
| 09/29/20 | ELMH | Calls with Ms. L. Tavenner and Ms. Beran to discuss strategy ███████████ (0.60); call with Ms. B. Nelson regarding Order to be BOPPED prior to hearing based on consent from US Trustee and Ms. L. Tavenner (0.30); e-mail correspondences with Foley Team regarding information needed to prepare report to the Court at hearing on September 30, 2020 (0.50); review and revise draft outline for Omnibus hearing on September 30, 2020 (0.40). | 1.80 | $1,890.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**      Page 5
**LeClairRyan, PLLC**      Foley & Lardner LLP
Our Ref. No.: 124772-0101      October 31, 2020
Invoice No.: 50110099

| | | | | |
|---|---|---|---|---|
| 09/29/20 | RVI | Revise draft status update for upcoming hearing. | 0.40 | $275.40 |
| 09/29/20 | RVI | E-mail communications with Ms. O. Singelmann and Ms. B. Nelson regarding preparation for bankruptcy hearing and case update. | 0.20 | $137.70 |
| 09/30/20 | BJN | Prepare for and attend LeClairRyan hearing. | 0.80 | $612.00 |
| 09/30/20 | ELMH | Prepare for Omnibus Hearing to address Foley's Fee Application, update the Court on work being done by Foley on behalf of the Estate and Ms. L. Tavenner, and update on the various pending matters being handled by Foley (1.40); telephone conference with Ms. B. Nelson regarding details relating to the various preference matters and recoveries, as well as updates on interview, demand letters and settlements to date (0.50); prepare for and attend Omnibus hearing on behalf of Ms. L. Tavenner (0.80); e-mail correspondences with Ms. L. Tavenner and Ms. P. Beran regarding debrief from hearing and next steps (0.20). | 2.90 | $3,045.00 |
| | | Task Total: | 8.60 | $7,872.60 |

**Tax Issues**

| | | | | |
|---|---|---|---|---|
| 09/02/20 | AEM | Internal discussion regarding potential tax claims against Keiter. | 0.90 | $384.75 |
| 09/02/20 | RTA | Prepare for and attend conference call regarding tax issues/claims against ███████████ ███████ | 0.80 | $792.00 |
| | | Task Total: | 1.70 | $1,176.75 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 6
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 7
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 8
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 9
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 10
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 11
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 12
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 13
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 14
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 15
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 16
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 17
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 18
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 19
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 20
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 21
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 22
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 23
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 24
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099
Page 25
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                    Page 26
**LeClairRyan, PLLC**                                                        Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                    October 31, 2020
Invoice No.: 50110099

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 27
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 28
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 29
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 30
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 31
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 32
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 33
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 34
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 35
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 36
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 37
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 38
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 39
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 40
Foley & Lardner LLP
October 31, 2020

Redacted

Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC

Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 41
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 42
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 43
Foley & Lardner LLP
October 31, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                     Page 44
**LeClairRyan, PLLC**                                                    Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                 October 31, 2020
Invoice No.: 50110099

**Fee Application**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/01/20 | JCH | Finalize Foley's Second Interim Fee App (1.50); e-mail to Ms. B. Nelson for review (0.10). | 1.60 | $331.20 |
| 09/09/20 | BJN | Correspondence with Ms. L. Tavenner and Ms. E. Morabito regarding fee application (0.30); review and revise fee application (0.30) and related correspondence with Ms. J. Harrison regarding same (0.10); attend to multiple redactions in fee application given confidentiality concerns and related correspondence with Ms. E. Morabito regarding same (1.80); file Second Interim Fee Application (0.20). | 2.70 | $2,065.50 |
| 09/09/20 | ELMH | Review of e-mail correspondence from Ms. L. Tavenner regarding Foley's Interim Fee Application (0.20); review of revised Fee Application for Foley prior to filing (0.50). | 0.70 | $735.00 |
| 09/09/20 | JCH | Revisions to Foley Second Interim Fee Application related to fee amounts requested. | 0.60 | $124.20 |
| 09/22/20 | BJN | Correspondence with Ms. J. Turner regarding issues related to Foley ledes files and related follow up with Accounting, others regarding same. | 0.50 | $382.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**  Page 45
**LeClairRyan, PLLC**  Foley & Lardner LLP
Our Ref. No.: 124772-0101  October 31, 2020
Invoice No.: 50110099

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/25/20 | ELMH | Review and respond to e-mail correspondence from Ms. K. Montgomery regarding questions relating to Foley's second interim fee application (0.30); outline answers to US Trustee's questions in advance of call regarding Foley's 2nd Interim Fee Application (0.50); participate in telephone conference call with Ms. K. Montgomery regarding issues related to Foley's fee application and other questions regarding the case and redactions (0.90); follow up call with Ms. B. Nelson regarding options to address the US Trustee's concerns (0.30); conference call with Ms. L. Tavenner regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (0.30). | 2.30 | $2,415.00 |
| 09/28/20 | ELMH | Review and respond to e-mail correspondence from Ms. K. Montgomery regarding follow-up from discussion on Foley's 2nd Interim Fee Application (0.10); telephone conference with Ms. K. Montgomery regarding same (0.40); conference call with Ms. B. Nelson regarding follow up items to be done with the proposed Order to address the concerns of the US Trustee (0.30); call with Ms. L. Tavenner to discuss ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (0.30); e-mail correspondences with Ms. B. Nelson and Ms. K. Montgomery regarding revised proposed order, voluntary reduction of Foley, and proposal for dealing with redactions in fee statements (0.20). | 1.30 | $1,365.00 |
| 09/29/20 | BJN | Work on issues regarding revision of proposed order (0.30); BOP same (0.20). | 0.50 | $382.50 |
| | | Task Total: | 10.20 | $7,800.90 |

**Non-Working Travel**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/21/20 | BJN | Travel to Richmond, Virginia for purposes of attending mediation with UXL (Total Time 7.40 hrs.-- Charge only 1/2 to client or 3.70 hrs.). | 3.70 | $2,830.50 |
| 09/22/20 | RVI | Travel from Washington, D.C. to Richmond, Virginia for mediation related to client demand against ULXP and UnitedLex (Total Time 2.00 hrs.--Charge only 1/2 time to client or 1.00 hr.). | 1.00 | $688.50 |
| 09/23/20 | BJN | Travel home from Mediation (Total Time 6.80 hrs.--Charge only 1/2 to client or 3.40 hrs.). | 3.40 | $2,601.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 46
Foley & Lardner LLP
October 31, 2020

| 09/24/20 | ELMH | Return travel home from mediation (Total Time 4.80 hrs.--Charge only 1/2 time to client or 2.40 hrs.). | 2.40 | $2,520.00 |
|---|---|---|---|---|
| | | Task Total: | 10.50 | $8,640.00 |

## Expenses Incurred

| Description | Amount |
|---|---|
| | |
| Litigation Services - Hosting | $6,900.00 |
| Meals | $13.15 |
| Other Expenses | $10.00 |
| Shipping Charges | $136.02 |
| Shipping/courier/messenger services | $854.71 |
| Transportation / Travel Expenses | $1,718.94 |
| | |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 47
Foley & Lardner LLP
October 31, 2020

## Expense Detail

### Litigation Services - Hosting

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 09/30/20 | ELMH | Litigation Services - Hosting. | $6,900.00 |

### Meals

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 09/21/20 | ELMH | Lunch--VENDOR: Erika Morabito 09/21/20 Lunch/snack while traveling to Mediation in Richmond - - Erika Morabito. | $6.95 |
| 09/22/20 | RVI | Breakfast--VENDOR: Rohan Virginkar 09/22/20 Attend mediation in the matter of LeClairRyan and UnitedLex/ULXP - - Rohan Virginkar. | $6.20 |
| | | | $13.15 |

### Other Expenses

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 09/24/20 | ELMH | Internet--VENDOR: Erika Morabito - WiFi on plane - 09/24/20. | $10.00 |

### Shipping Charges

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 09/30/20 | BJN | Federal Express Invoice: 713641941; Tracking: 397118960565; Sender: Brittany Nelson; Recipient: Brooks Brothers Group, Inc Claims Processing Center 850 3rd Avenue, Suite 412 For Halicia Siagian. Federal Express Invoice: 713641941; Tracking: 397026870319; Sender: Jenlain Scott; Recipient: C O Erika Henderson Omni Richmond 100 S 12TH ST. Federal Express Invoice: 714362384; Tracking: 397322097864; Sender: Jenlain Scott; ADI Print Solutions 22 WILLOW ST. Federal Express Invoice: 714362384; Tracking: 397322114584; Sender: Jenlain Scott; ADI Print Solutions 22 WILLOW ST. | $136.02 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50110099

Page 48
Foley & Lardner LLP
October 31, 2020

Federal Express Invoice: 714362384; Tracking: 397322133925; Sender: Jenlain Scott; ADI Print Solutions 22 WILLOW ST.

**Shipping/courier/messenger services**

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 09/15/20 | ELMH | WASHINGTON EXPRESS LLC - Washington Express courier charges for the period 9/1-9/15/20 - 09/15/20. | $474.29 |
| 09/23/20 | ELMH | FEDERAL EXPRESS CORPORATION - Client shipping charges - 09/23/20. | $122.41 |
| 09/23/20 | ELMH | FEDERAL EXPRESS CORPORATION - Client shipping charges - 09/23/20. | $85.25 |
| 09/23/20 | ELMH | FEDERAL EXPRESS CORPORATION - Client shipping charges - 09/23/20. | $87.51 |
| 09/23/20 | ELMH | FEDERAL EXPRESS CORPORATION - Client shipping charges - 09/23/20. | $85.25 |
| | | | $854.71 |

**Transportation / Travel Expenses**

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 09/08/20 | BJN | Airfare--VENDOR: Brittany Nelson - Airfare to Richmond re LeClairRyan Mediation - Utah / Richmond - 09/21/20-09/24/20. | $307.20 |
| 09/08/20 | ELMH | Airfare--VENDOR: Erika Morabito - Airfare re LeClairRyan Mediation in Richmond - Wilmington / Richmond - 09/21/20-09/24/20. | $444.20 |
| 09/21/20 | ELMH | Lodging--VENDOR: Erika Morabito - Hotel for Mediation in Richmond on September 22 and 23 - lodging on September 21st - 09/21/20-09/23/20. | $118.17 |
| 09/21/20 | BJN | Lodging--VENDOR: Brittany Nelson - Taxi from Airport to hotel re LeClairRyan Mediation - 09/21/20-09/23/20. | $160.37 |
| 09/21/20 | BJN | Taxi/Car Service--VENDOR: Brittany Nelson - Taxi from Airport to hotel re LeClairRyan Mediation - 09/21/20-09/23/20. | $40.32 |
| 09/22/20 | ELMH | Lodging--VENDOR: Erika Morabito - Hotel for Mediation in Richmond on September 22 and 23 - lodging on September 21st - 09/21/20-09/23/20. | $118.17 |
| 09/22/20 | RVI | Mileage--VENDOR: Rohan Virginkar - Attend mediation in the matter of LeClairRyan and UnitedLex/ULXP - 09/22/20-09/23/20. | $66.70 |
| 09/22/20 | BJN | Lodging--VENDOR: Brittany Nelson - Taxi from Airport to hotel re LeClairRyan Mediation - 09/21/20-09/23/20. | $160.37 |
| 09/22/20 | RVI | Lodging--VENDOR: Rohan Virginkar - Attend mediation in the matter of LeClairRyan and UnitedLex/ULXP - 09/22/20-09/23/20. | $118.17 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**         Page 49
**LeClairRyan, PLLC**         Foley & Lardner LLP
Our Ref. No.: 124772-0101         October 31, 2020
Invoice No.: 50110099

| | | | |
|---|---|---|---|
| 09/22/20 | RVI | Parking--VENDOR: Rohan Virginkar - Attend mediation in the matter of LeClairRyan and UnitedLex/ULXP - 09/22/20-09/23/20. | $35.00 |
| 09/23/20 | ELMH | Tips--VENDOR: Erika Morabito - Hotel for Mediation in Richmond on September 22 and 23 - lodging on September 21st - 09/21/20-09/23/20. | $23.00 |
| 09/23/20 | BJN | Parking--VENDOR: Brittany Nelson - Taxi from Airport to hotel re LeClairRyan Mediation - 09/21/20-09/23/20. | $60.00 |
| 09/23/20 | RVI | Mileage--VENDOR: Rohan Virginkar - Attend mediation in the matter of LeClairRyan and UnitedLex/ULXP - 09/22/20-09/23/20. | $67.27 |
| | | | $1,718.94 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 2
Foley & Lardner LLP
November 30, 2020

---

## Professional Services Detail

### Case Administration/Miscellaneous Matters

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/20 | ELMH | Review and comment on Agenda for call on October 2, 2020 with Ms. P. Beran and Ms. L. Tavenner (0.30); call with Ms. B. Nelson to discuss updated Task and WIP lists and items to address with CR3 and the Chapter 7 Trustee (0.50). | 0.80 | $840.00 |
| 10/01/20 | RVI | Prepare for client update call, including review and finalization of updated chronology and relevant documents to be sent to client. | 0.60 | $413.10 |
| 10/02/20 | BJN | Telephone conference with Ms. L. Tavenner, Ms. P. Beran, Ms. S. Roski, Ms. A. Moosally, Ms. E. Morabito and Mr. R. Virginkar regarding ███████████████ | 1.60 | $1,224.00 |
| 10/02/20 | ELMH | Conference call with Ms. B. Nelson regarding summary of weekly call with Ms. P. Beran and Ms. L. Tavenner and CR3, including task list and WIP items, as well as upcoming dates and deadlines, strategy and next steps. | 0.60 | $630.00 |
| 10/04/20 | ELMH | Attend to updated WIP and Task Lists for the litigation in light of calls with Ms. P. Beran and Ms. L. Tavenner on October 5, 2020 (0.30). | 0.30 | $315.00 |
| 10/05/20 | ELMH | Review and comment on updated Task and WIP lists (0.30); e-mail correspondences with Foley Team regarding status of various pending items, strategy and proposed next steps (0.40); call with Ms. B. Nelson regarding various requests from Ms. L. Tavenner and Ms. P. Beran, as well as updates from CP3 on certain tasks (0.50). | 1.20 | $1,260.00 |
| 10/07/20 | ELMH | Attend to WIP and Task lists based upon weekly call and requests from client (0.50); conference call with Foley Team regarding pending litigation and strategy (0.60). | 1.10 | $1,155.00 |
| 10/07/20 | RVI | Telephone conference with Ms. P. Beran and Ms. B. Nelson regarding issues related to ███████████████ | 1.00 | $688.50 |
| 10/08/20 | RVI | Prepare for client update call, including preparation of agenda and materials for client review. | 0.60 | $413.10 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                    Page 3
**LeClairRyan, PLLC**                                                Foley & Lardner LLP
Our Ref. No.: 124772-0101                                          November 30, 2020
Invoice No.: 50127738

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/08/20 | RVI | Confer with Ms. B. Nelson regarding client update call and preparation for the same. | 0.40 | $275.40 |
| 10/09/20 | BJN | Prepare for and participate on telephone conference with client, including update on draft complaint, other related issues, strategic advice going forward. | 0.80 | $612.00 |
| 10/09/20 | ELMH | Prepare for and participate in weekly call with clients and Foley Team to discuss ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 1.80 | $1,890.00 |
| 10/09/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ in connection with matter. | 1.80 | $1,239.30 |
| 10/09/20 | RVI | Prepare for update call with client, including review of team updates regarding draft Complaint and related legal/factual research, and other related matters. | 0.80 | $550.80 |
| 10/15/20 | RVI | Confer with Ms. B. Nelson regarding weekly client status update call, including status of investigation and draft agenda for same. | 0.30 | $206.55 |
| 10/16/20 | ELMH | Call with Ms. B. Nelson and Mr. R. Virginkar regarding updated TASK and WIP lists, as well as other case administration items. | 0.70 | $735.00 |
| 10/20/20 | ELMH | Attend weekly conference call with Ms. L. Tavenner and Ms. P. Beran to discuss ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 1.10 | $1,155.00 |
| 10/20/20 | ELMH | Review of agenda for weekly call with Ms. L. Tavenner and Ms. P. Beran. | 0.20 | $210.00 |
| | | Task Total: | 15.70 | $13,812.75 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**          Page 4
**LeClairRyan, PLLC**          Foley & Lardner LLP
Our Ref. No.: 124772-0101          November 30, 2020
Invoice No.: 50127738

---

**Court Hearings**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/28/20 | BJN | Telephone conference with Mr. R. Virginkar regarding issues related to needed update for hearing tomorrow (0.30); review, revise and draft update for Ms. E. Morabito for hearing (0.40). | 0.70 | $535.50 |
| 10/28/20 | RVI | Review and revise draft summary for upcoming bankruptcy court hearing. | 0.40 | $275.40 |
| 10/29/20 | BJN | Prepare for and participate in conference regarding preparation for hearing, other related issues (0.40); telephone conference with Ms. E. Morabito regarding needed participation, other related issues (0.30); prepare for and participate in hearing and related follow up regarding same (0.60). | 1.30 | $994.50 |
| 10/29/20 | ELMH | Attend Court hearing on Cash Collateral and to provide update to the Court about work being done by Foley on behalf of the Chapter 7 Trustee. | 1.00 | $1,050.00 |
| 10/29/20 | RVI | Attend telephonic Omnibus Hearing before Judge J. Huennekens, Eastern District of Virginia. | 1.00 | $688.50 |
| 10/30/20 | BJN | Prepare for court hearing, including multiple correspondences with Ms. E. Morabito regarding same and preparation (0.80); related conference with Ms. E. Morabito regarding same (0.40); prepare for and participate on hearing (1.10). | 2.30 | $1,759.50 |
| 10/30/20 | ELMH | Attend continued court hearing on cash collateral. | 1.10 | $1,155.00 |
| 10/30/20 | RVI | Attend continued hearing before Judge J. Huennekens, Eastern District of Virginia, regarding Cash Collateral Motion and related issues. | 1.10 | $757.35 |
| | | Task Total: | 8.90 | $7,215.75 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 5
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 6
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 7
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 8
Foley & Lardner LLP
November 30, 2020

Redacted

Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 9
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 10
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 11
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 12
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 13
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 14
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 15
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 16
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 17
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 18
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 19
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 20
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 21
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 22
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 23
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 24
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 25
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 26
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 27
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 28
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 29
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 30
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 31
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 32
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 33
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 34
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 35
Foley & Lardner LLP
November 30, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**  Page 36
**LeClairRyan, PLLC**  Foley & Lardner LLP
Our Ref. No.: 124772-0101  November 30, 2020
Invoice No.: 50127738

---

## Cash Collateral/DIP Financing

| | | | | |
|---|---|---|---|---|
| 10/01/20 | BJN | Review and edit Supplemental Motion for Cash Collateral, including research regarding use of cash collateral in the ordinary course, other related issues (1.80); related conference with Mr. R. Virginkar regarding disclosure of confidential information regarding same (0.40); related conference with Ms. E. Morabito regarding same (0.30); detailed correspondence to Ms. E. Morabito regarding issues related to Supplemental Motion, other related issues (0.40). | 2.90 | $2,218.50 |
| 10/01/20 | ELMH | Initial review and comment to the draft collateral motion prepared by the Chapter 7 Trustee (0.60); call with Ms. B. Nelson regarding same (0.30). | 0.90 | $945.00 |
| 10/02/20 | BJN | Prepare for and conference call with Ms. L. Tavenner, Ms. P. Beran and Ms. E. Morabito regarding issues related to ▮▮▮▮▮▮▮▮▮▮▮▮, other related issues (0.60); review revisions to Supplemental Motion for Cash Collateral and related issues regarding same, including correspondence with Ms. E. Morabito regarding same (0.30). | 0.90 | $688.50 |
| 10/02/20 | ELMH | Review and revise draft Motion to Continue Use of Cash Collateral at request of Ms. L. Tavenner (0.60); prepare for and participate in telephone conference with Ms. L. Tavenner, Ms. P. Beran and Ms. B. Nelson regarding ▮▮▮▮▮▮▮▮ and next steps regarding same (0.70); review and comment on proposed final draft of the Cash Collateral Order incorporating comments discussed with client (0.30). | 1.60 | $1,680.00 |
| 10/16/20 | BJN | Review and analyze ULX's opposition to Supplemental Cash Collateral Motion (0.30); related correspondence with team regarding same (0.10). | 0.40 | $306.00 |
| 10/17/20 | ELMH | Review and analysis of UnitedLex's Objection to the Trustee's Cash Collateral Motion (1.10); e-mail exchanges with Ms. P. Beran and Ms. L. Tavenner regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮ (0.60). | 1.70 | $1,785.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**      Page 37
**LeClairRyan, PLLC**      Foley & Lardner LLP
Our Ref. No.: 124772-0101      November 30, 2020
Invoice No.: 50127738

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/20/20 | ELMH | Attend to arguments in reply to the recent objection filed to the proposed Cash Collateral Order in light of implications of same on litigation pending against UnitedLex and ULXP. | 0.50 | $525.00 |
| 10/24/20 | ELMH | Attend to multiple e-mail correspondences from Ms. L. Tavenner regarding ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ (0.40); follow up with Mr. R. Virginkar regarding same (0.30). | 0.70 | $735.00 |
| 10/26/20 | BJN | Review and analyze reply in support of Supplemental Motion for Cash Collateral (0.40); related correspondence and conference with Ms. E. Morabito regarding same (0.30). | 0.70 | $535.50 |
| 10/27/20 | BJN | Participate in conference with Ms. L. Tavenner, Ms. P. Beran, Ms. E. Morabito, and Mr. R. Virginkar regarding ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ and related issues, and other open issues. | 1.40 | $1,071.00 |
| 10/27/20 | BJN | Review and revise Supplemental Motion for Cash Collateral Motion (0.90); related correspondence and conference with Ms. E. Morabito regarding same (0.20); conference with Ms. P. Beran regarding ▇▇▇ (0.30); related correspondence and conference with Ms. E. Morabito regarding same (0.20); further edits to Supplemental Motion for Cash Collateral and related correspondence to Ms. L. Tavenner and Ms. P. Beran regarding ▇▇▇ (0.50). | 2.10 | $1,606.50 |
| 10/27/20 | ELMH | Attend to cash collateral hearing arguments (1.70); attend to UnitedLex Complaint for filing tonight (1.30); e-mail exchanges with client regarding same (0.40); assist Ms. L. Tavenner with legal research ▇▇▇▇▇▇▇ ▇▇▇▇ (0.50). | 3.90 | $4,095.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 38
Foley & Lardner LLP
November 30, 2020

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 10/28/20 | ELMH | Assist Ms. L. Tavenner and Ms. P. Beran with ██████ (2.20); work on outline for oral arguments for hearing tomorrow on cash collateral (1.30); attend to e-mail correspondences with counsel to UnitedLex regarding cash collateral resolution proposals (0.30); multiple calls with Ms. L. Tavenner and Ms. P. Beran regarding ██████ (0.60); call with Mr. T. Mohan regarding legal research at request of Ms. L. Tavenner (0.50); forward results of research and supporting documents to Ms. L. Tavenner and Ms. P. Beran (0.50). | 5.40 | $5,670.00 |
| 10/28/20 | RVI | Confer with Ms. E. Morabito regarding issues related to upcoming bankruptcy court hearing, including issues related to Cash Collateral Motion and adversary Complaint. | 0.60 | $413.10 |
| 10/28/20 | TCM | Research regarding cash collateral issues (2.60); draft summary regarding same (0.80). | 3.40 | $1,683.00 |
| 10/29/20 | ELMH | Prepare for contested Cash Collateral Hearing to assist the Chapter 7 Trustee as discussed with the client (0.80); e-mail correspondences with Ms. L. Tavenner and Ms. P. Beran regarding ██ (0.30). | 1.10 | $1,155.00 |
| 10/29/20 | ELMH | Review and respond to e-mail correspondences from Ms. P. Beran regarding ██████. | 0.30 | $315.00 |
| 10/29/20 | ELMH | Call with Ms. L. Tavenner and Ms. P. Beran ██████ (0.80); call with Mr. R. Virginkar and Ms. B. Nelson to discuss case administration matters in light of rulings from the Court (0.50). | 1.30 | $1,365.00 |
| 10/30/20 | ELMH | Conference call with client and Foley Team regarding ██████ (1.20). | 1.20 | $1,260.00 |
| | | Task Total: | 31.00 | $28,052.10 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50127738

Page 39
Foley & Lardner LLP
November 30, 2020

## Expenses Incurred

| Description | | Amount |
| --- | --- | --- |
| | | |
| Litigation Services - Hosting | | $6,900.00 |
| | | |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our
internal costs with respect to those services and expenses.

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**      Page 40
**LeClairRyan, PLLC**      Foley & Lardner LLP
Our Ref. No.: 124772-0101      November 30, 2020
Invoice No.: 50127738

---

**Expense Detail**

**Litigation Services - Hosting**

| Date | Initials | Description | Amount |
|------|----------|-------------|-------:|
| 10/31/20 | ELMH | Litigation Services - Hosting. | $6,900.00 |

Subtotal:

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 2
Foley & Lardner LLP
December 16, 2020

## Professional Services Detail

### Case Administration/Miscellaneous Matters

| | | | | |
|---|---|---|---|---|
| 11/02/20 | ELMH | Call with Mr. R. Virginkar and Ms. B. Nelson regarding agenda and other case administration matters to discuss on today's call with Ms. L. Tavenner and Ms. P. Beran (0.60); review of updated Task and WIP lists (0.30). | 0.90 | $945.00 |
| 11/03/20 | ELMH | Telephone conference with Ms. L Tavenner, Ms. P. Beran, Ms. B. Nelson, and Mr. R. Virginkar regarding ███████████████████████ | 1.00 | $1,050.00 |
| 11/03/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding ████████████████████████████████████ and related matters. | 1.00 | $688.50 |
| 11/05/20 | RVI | Prepare for weekly client update meeting, including review of draft and final work product for client review, preparation of agenda and other tasks related to client update. | 0.30 | $206.55 |
| 11/06/20 | BJN | Telephone conference with Ms. E. Morabito regarding WIP, updated task list, and other follow up items from weekly call with client. | 0.40 | $306.00 |
| 11/06/20 | BJN | Prepare for and participate in weekly update call with Ms. L. Tavenner, Ms. P. Beran, Mr. R. Virginkar, and Ms. E. Morabito regarding ██████████████████████ | 1.20 | $918.00 |
| 11/06/20 | ELMH | Prepare for and participate in weekly call with Ms. B. Nelson, Mr. R. Virginkar, Ms. L. Tavenner and Ms. P. Beran regarding ███████████ (1.20); follow up call with Ms. B. Nelson regarding follow-up items and updated Task and WIP lists based upon call with client (0.40). | 1.60 | $1,680.00 |
| 11/08/20 | ELMH | Call with Mr. R. Virginkar and Ms. B. Nelson regarding LeClairRyan Work Plan and assignment to discuss with Team based upon call with client on November 6, 2020. | 0.80 | $840.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 3
Foley & Lardner LLP
December 16, 2020

| | | | | |
|---|---|---|---|---|
| 11/12/20 | BJN | Correspondence with Mr. R. Virginkar regarding issues related to agenda for upcoming call, status of issues. | 0.40 | $306.00 |
| 11/12/20 | RVI | Confer with Ms. B. Nelson regarding preparation for weekly client update call, including draft agenda and other follow-up for discussion with client. | 0.30 | $206.55 |
| 11/12/20 | RVI | Draft agenda for weekly client update call and other preparation for weekly client update call. | 0.40 | $275.40 |
| 11/13/20 | BJN | Participate in weekly telephone conference with Ms. E. Morabito, Mr. R. Virginkar, Ms. P. Beran, and Ms. L. Tavenner regarding ████████ ████ | 1.30 | $994.50 |
| 11/13/20 | BJN | Follow up call with Ms. E. Morabito regarding issues related to strategy and next steps in light of discussion with client. | 0.30 | $229.50 |
| 11/13/20 | ELMH | Prepare for and participate in weekly call with Ms. L. Tavenner, Ms. P. Beran, and Ms. B. Nelson to discuss ██████████████ ████████████████████████ ████████████████ (1.40); follow up call with Foley Team regarding strategy and next steps in light of discussion with client (0.30). | 1.70 | $1,785.00 |
| 11/13/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding ███ ████████████████████████████ | 1.00 | $688.50 |
| 11/19/20 | BJN | Conference with Ms. E. Morabito and Mr. R. Virginkar regarding issues related to agenda. | 0.30 | $229.50 |
| 11/19/20 | ELMH | Attend to agenda for weekly call with Ms. L. Tavenner and Ms. P. Beran on November 20, 2020 (0.30); call with Ms. B. Nelson and Mr. R. Virginkar regarding same (0.40). | 0.70 | $735.00 |
| 11/19/20 | RVI | Confer with Ms. B. Nelson regarding preparation for client update call, including status of outstanding assignments and next steps with respect to the ongoing investigation and adversary proceedings. | 0.60 | $413.10 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 4
Foley & Lardner LLP
December 16, 2020

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/19/20 | RVI | Tasks related to preparation for weekly client case update, including drafting agenda and finalizing work product for client regarding investigation and adversary proceedings. | 0.60 | $413.10 |
| 11/20/20 | ELMH | Prepare for and participate in weekly call with Foley Team, Ms. L. Tavenner and Ms. P. Beran to discuss ███████████ and proposed next steps (1.40); update WIP and Task lists based upon call with Ms. L. Tavenner and Ms. P. Beran (0.30). | 1.70 | $1,785.00 |
| 11/20/20 | RVI | Telephone conference with Ms. P. Beran regarding ██████████████ | 0.50 | $344.25 |
| 11/20/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding ██████████████ | 1.10 | $757.35 |
| 11/30/20 | BJN | Prepare for and participate in conference with client regarding strategy, updates, other related issues. | 1.30 | $994.50 |
| 11/30/20 | ELMH | Prepare for and participate in telephone conference with Ms. L. Tavenner and Ms. P. Beran regarding weekly updates ██████████ (1.30); post-follow up call with Foley Team to discuss revised WIP and task lists in light of instructions from Ms. L. Tavenner (0.40). | 1.70 | $1,785.00 |
| 11/30/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding ██████████████ and other matters related to litigation and bankruptcy investigation. | 1.20 | $826.20 |
| | | Task Total: | 22.30 | $19,402.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 5
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 6
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 7
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 8
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 9
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 10
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 11
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 12
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 13
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 14
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 15
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 16
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 17
Foley & Lardner LLP
December 16, 2020

Redacted

Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of                                    Page 18
LeClairRyan, PLLC                                                                        Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                                 December 16, 2020
Invoice No.: 50139592

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 19
Foley & Lardner LLP
December 16, 2020

Redacted

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50139592

Page 20
Foley & Lardner LLP
December 16, 2020

**Fee Application**

| | | | | |
|---|---|---|---|---|
| 11/09/20 | JCH | Prepare draft of Foley's Third Interim Fee Application. | 1.50 | $310.50 |
| | | Task Total: | 1.50 | $310.50 |

**Insurance**

| | | | | |
|---|---|---|---|---|
| 11/10/20 | BJN | Correspondence with Mr. E. Lenz regarding needed insurance advice. | 0.10 | $76.50 |
| 11/12/20 | BJN | Prepare for and conference with Mr. E. Lenz regarding insurance reporting, other issues. | 0.30 | $229.50 |
| 11/12/20 | BJN | Conference with Ms. E. Morabito regarding summary of discussion with Mr. E. Lenz, next steps. | 0.70 | $535.50 |
| 11/12/20 | ELMH | Call with Ms. B. Nelson regarding summary of discussions with Mr. E. Lenz regarding the open insurance questions (0.30); advise Ms. B. Nelson regarding next steps regarding insurance and follow up items regarding claims (0.40). | 0.70 | $735.00 |
| 11/12/20 | RVI | Confer with Ms. B. Nelson regarding follow-up related to insurance coverage issues and other matters related to investigation and adversary proceedings. | 0.30 | $206.55 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                    Page 21
**LeClairRyan, PLLC**                                                        Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                    December 16, 2020
Invoice No.: 50139592

---

| 11/12/20 | RVI | Confer with Ms. B. Nelson and Mr. E. Lenz regarding issues related to ████████ ████████████ and other issues related to following-up on insurance coverage matters. | 0.30 | $206.55 |
|---|---|---|---|---|
| | | Task Total: | 2.40 | $1,989.60 |

**Expenses Incurred**

| Description | Amount |
|---|---|
| Litigation Services - Hosting | $6,900.00 |
| **Expenses Incurred Total** | **$6,900.00** |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our
internal costs with respect to those services and expenses.

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                    Page 22
**LeClairRyan, PLLC**                                                    Foley & Lardner LLP
Our Ref. No.: 124772-0101                                              December 16, 2020
Invoice No.: 50139592

## Expense Detail

**Litigation Services - Hosting**

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 11/30/20 | ELMH | Litigation Services - Hosting. | $6,900.00 |

**Exhibit G**

**(Foley Invoices – Fourth Interim Period)**



**FOLEY & LARDNER LLP**
**FOLEY & LARDNER LLP**
WASHINGTON HARBOUR
3000 K STREET, N.W.
SUITE 600
WASHINGTON, D.C. 20007-5109
TELEPHONE (202) 672-5300
FACSIMILE (202) 672-5399
WWW.FOLEY.COM

Lynn L. Tavenner, Chapter 7 Trustee of the Bankruptcy Estate
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, VA 23219

Date: January 14, 2021
Invoice No.: 50151495
Our Ref. No.: 124772-0101

---

**In view of our fiscal year end, it would be appreciated if you could remit payment by January 29, 2021.**

Services through December 31, 2020

Amount due for professional services rendered regarding
LeClairRyan PLLC                                          ███████

                              Total Expenses:        $6,900.00

                         **Amount Due:**     ───────────
                                                    ███████

---

Please reference your account number 124772-0101 and your invoice
number 50151495 with your remittance payable to Foley & Lardner LLP.
Payment is due promptly upon receipt of our invoice.

Federal Employer Number:
39-0473800

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                                        Page 2
**LeClairRyan, PLLC**                                                        Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                    January 14, 2021
Invoice No.: 50151495

---

**Professional Services Detail**

**Case Administration/Miscellaneous Matters**

| | | | | |
|---|---|---|---|---|
| ███ | ███ | ████████ | ███ | ███ |
| 12/03/20 | ELMH | Attend to updated Task and WIP lists for open matters (0.60); conference with Ms. B. Nelson regarding same (0.30). | 0.90 | $945.00 |
| 12/03/20 | ELMH | Attend to e-mail correspondences with Ms. B. Nelson and Mr. R. Virginkar regarding agenda for weekly call with clients on December 4, 2020 (0.20); review and revise draft agenda (0.20); correspondences with Foley Team, Ms. L. Tavenner and Ms. P. Beran regarding agenda, updated chronology and calendar, as well as updated and open issues (0.30); Telephone conference with Ms. B. Nelson regarding division of tasks and staffing to discuss with client, as well as other case administration and miscellaneous matters (0.40). | 1.10 | $1,155.00 |
| ███ | ███ | ██████ | ███ | ███ |
| 12/04/20 | BJN | Prepare for and telephone conference with Mr. R. Virginkar and Ms. E. Morabito regarding status update, various open issues (0.30); prepare for and participate in weekly telephone conference with Ms. L. Tavenner, Ms. P. Beran, Ms. E. Morabito, and Mr. R. Virginkar regarding status update, strategy, next steps (1.10). | 1.40 | $1,071.00 |
| 12/04/20 | ELMH | Prepare for and participate in weekly telephone conference meeting with Mr. R. Virginkar, Ms. B. Nelson in advance of call with client to discuss recent updates (0.30); prepae for and participate in weekly conference call with Ms. L. Tavenner, Ms. P. Beran, Ms. B. Nelson and Mr. R. Virginkar regarding status update, strategy and next steps (1.10). | 1.40 | $1,470.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50151495

Page 3
Foley & Lardner LLP
January 14, 2021

| | | | | |
|---|---|---|---|---|
| 12/04/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding various legal issues and strategic advice related to bankruptcy investigation, assessment of potential claims, demand letters, adversary proceedings and related matters. | 1.00 | $688.50 |
| ███ | ██ | ██████████████████████ | ███ | ████ |
| ███ | ██ | ██████████████████████ | ███ | ████ |
| ███ | ██ | ██████████████████████ | ███ | ████ |
| 12/10/20 | ELMH | Attend to agenda and updates for weekly call with clients on December 11, 2020 (0.40); call with Ms. B. Nelson and Mr. R. Virginkar regarding updated task and WIP lists to report and discuss with Ms. L. Tavenner and Ms. P. Beran on weekly case administration call (0.50). | 0.90 | $945.00 |
| ███ | ██ | ██████████████████████ | ███ | ████ |
| ███ | ██ | ██████████████████████ | ███ | ████ |
| ███ | ██ | ██████████████████████ | ███ | ████ |
| 12/11/20 | BJN | Prepare for and participate in weekly telephone conference with Ms. L. Tavenner, Ms. P. Beran, Mr. R. Virginkar, and Ms. E. Morabito regarding status update, other related issues (1.10); correspondence to client regarding memorandum, other related issues (0.10). | 1.20 | $918.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50151495

Page 4
Foley & Lardner LLP
January 14, 2021

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/11/20 | ELMH | Preliminary call with Ms. B. Nelson to discuss recent updates from today not included on agenda to discuss with Ms. L. Tavenner and Ms. P. Beran on our weekly call this morning (0.40); prepare for and participate in weekly telephone conference with Ms. L. Tavenner, Ms. P. Beran, Mr. R. Virginkar and Ms. B. Nelson regarding status update, strategy and next steps on various issues regarding the case (1.20); follow up call with Ms. B. Nelson regarding updated memorandum to be sent to client in light of comments made to the latest draft (0.30). | 1.90 | $1,995.00 |
| 12/11/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding legal and strategic advice related to bankruptcy investigation, adversary proceedings, demand letters and related matters. | 1.10 | $757.35 |
| 12/16/20 | BJN | Conference with Mr. R. Virginkar regarding needed background information for upcoming hearing, related issues (0.20); related correspondence regarding same (0.10); draft updated information regarding background for hearing, related issues (1.10). | 1.40 | $1,071.00 |
| 12/16/20 | ELMH | E-mail correspondences with Ms. B. Nelson and Mr. R. Virginkar regarding updates for weekly reporting at Omnibus hearing on December 17 (0.40); review and revise draft outline of updates for hearing on December 17 (0.50); conference with Ms. B. Nelson, Ms. P. Beran and Ms. L. Tavenner regarding strategy and division of tasks for upcoming hearing on December 17 (0.50); outline arguments for presentation to the Court to be made on December 17, 2020 regarding status of investigation and prosecution of claims being handled by Foley on behalf of the Chapter 7 Trustee (1.30). | 2.70 | $2,835.00 |
| ███ | ███ | ████████████████ | ███ | ████ |
| 12/17/20 | ELMH | Review and revise draft agenda for weekly call with Ms. P. Beran and Ms. L. Tavenner on December 18, 2020 (0.20); e-mail correspondences with Ms. B. Nelson and Mr. R. Virginkar regarding updates on various matters to discuss with clients on December 18 call (0.30). | 0.50 | $525.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50151495

Page 5
Foley & Lardner LLP
January 14, 2021

| | | | | |
|---|---|---|---|---|
| ███ | ██ | ████████████████ | ██ | ███ |
| ███ | ██ | ███████████████ | ██ | ███ |
| 12/17/20 | RVI | Prepare for weekly client update conference, including finalizing work product related to update conference, preparation of agenda, and other tasks related to the same. | 0.70 | $481.95 |
| 12/18/20 | BJN | Prepare for and participate in weekly update call with Ms. E. Morabito, Ms. L. Tavenner, Mr. R. Virginkar, and Ms. P. Beran. | 1.20 | $918.00 |
| 12/18/20 | ELMH | Prepare for and participate in weekly update call with Ms. B. Nelson, Ms. L. Tavenner, Mr. R. Virginkar and Ms. P. Beran to discuss status update, strategy and next steps, as well as other case administration and miscellaneous matters. | 1.20 | $1,260.00 |
| 12/18/20 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding various legal and strategic issues related to adversary proceedings, claims under investigation, preparation of demand letters, and other issues related to matter. | 1.20 | $826.20 |
| 12/29/20 | ELMH | Attend to multiple e-mail correspondences and advise regarding various case administration and miscellaneous matters (0.60); call with Ms. B. Nelson to discuss same (0.30); e-mail correspondences with client regarding follow up items needed (0.20). | 1.10 | $1,155.00 |

Task Total: ███ ████

**Court Hearings**

| | | | | |
|---|---|---|---|---|
| ███ | ██ | █████████████ | ██ | ███ |
| ███ | ██ | █████████████ | ██ | ███ |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                    Page 6
**LeClairRyan, PLLC**                                                          Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                      January 14, 2021
Invoice No.: 50151495

| | | | | |
|---|---|---|---|---|
| 12/17/20 | BJN | Prepare for and participate in court hearing (1.20); correspondence to Ms. E. Morabito regarding additional needed information for hearing (0.20). | 1.40 | $1,071.00 |
| 12/17/20 | ELMH | Prepare for and participate in Court Hearing to provide the Court with updates of matters being handled by Foley (1.50); post hearing debrief and follow up discussions with Ms. L. Tavenner and Ms. P. Beran to discuss next steps in light of rulings by Court (0.40). | 1.90 | $1,995.00 |

Task Total: ██ ████

Services Total: ██ ████

## Expenses Incurred

| Description | Amount |
|---|---|
| Litigation Services - Hosting | $6,900.00 |
| **Expenses Incurred Total** | **$6,900.00** |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50151495

Page 7
Foley & Lardner LLP
January 14, 2021

---

## Expense Detail

**Litigation Services - Hosting**

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 12/31/20 | ELMH | Litigation Services - Hosting. | $6,900.00 |



**FOLEY & LARDNER LLP**
WASHINGTON HARBOUR
3000 K STREET, N.W.
SUITE 600
WASHINGTON, D.C. 20007-5109
TELEPHONE (202) 672-5300
FACSIMILE (202) 672-5399
WWW.FOLEY.COM

Lynn L. Tavenner, Chapter 7 Trustee of the Bankruptcy Estate
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, VA 23219

Date: February 23, 2021
Invoice No.: 50168268
Our Ref. No.: 124772-0101

---

Services through January 31, 2021

Amount due for professional services rendered regarding
LeClairRyan PLLC

Total Expenses:          $6,924.50

**Amount Due:**

---

Please reference your account number 124772-0101 and your invoice
number 50168268 with your remittance payable to Foley & Lardner LLP.
Payment is due promptly upon receipt of our invoice.

Federal Employer Number:
39-0473800

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50168268

Page 2
Foley & Lardner LLP
February 23, 2021

---

## Professional Services Detail

### Case Administration/Miscellaneous Matters

| | | | | |
|---|---|---|---|---|
| 01/04/21 | BJN | Draft agenda and other documents to be sent to Ms. L. Tavenner and Ms. P. Beran in advance of call on January 5, 2021 with clients to discuss various matters (0.40); correspondences with Ms. E. Morabito and Mr. R. Virginkar regarding same (0.30); call with Ms. E. Morabito regarding status of revised legal Memorandum that incorporates recent comments of Ms. L. Tavenner (0.30); review and comment on revised Memorandum and legal research needed on certain items in the memorandum (0.40). | 0.90 | $688.50 |
| 01/04/21 | ELMH | Draft agenda and other documents to be sent to Ms. L. Tavenner and Ms. P. Beran in advance of call on January 5, 2021 with clients to discuss various matters (0.40); correspondences with Ms. B. Nelson and Mr. R. Virginkar regarding same (0.20); call with Ms. B. Nelson regarding status of revised legal Memorandum that incorporates recent comments of Ms. L. Tavenner (0.30). | 0.90 | $945.00 |




| | | | | |
|---|---|---|---|---|
| 01/05/21 | ELMH | Revise agenda for today's call based upon updates from various calls with Defendants (0.30); prepare for and participate in telephone conference call with Ms. L. Tavenner, Ms. P. Beran and Mr. R. Virginkar to discus status of various matters, strategy, next steps, case administration and other miscellaneous matters (1.60); update Task and WIP lists based upon requests from Ms. L. Tavenner (0.30); call with Foley Team regarding division of tasks, staffing, and deadlines as requested by clients (0.50). | 2.70 | $2,835.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                  Page 3
**LeClairRyan, PLLC**                                                       Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                     February 23, 2021
Invoice No.: 50168268

| 01/05/21 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding various legal and strategic issues related to adversary proceedings, investigation, potential claims, and other issues related to matter. | 1.00 | $688.50 |
| ███████ | ████ | ████████████████████████████████ | ████ | ██████ |
| 01/07/21 | BJN | Draft proposed agenda and related correspondence with Ms. E. Morabito regarding same (0.40); related correspondence to client in advance of call (0.20). | 0.60 | $459.00 |
| 01/07/21 | ELMH | Review and revise Agenda for January 8, 2021 weekly call with Ms. P. Beran and Ms. L. Tavenner (0.30); attend to updated Task and WIP lists, as well as staffing for various matters being asked to be handled by Ms. L. Tavenner (0.70); review and revise Master Calendar to discuss with client on January 8, 2021 (0.20). | 1.20 | $1,260.00 |
| 01/07/21 | ELMH | Call with Ms. B. Nelson regarding Task and WIP lists, as well as additional staffing and tasks to be added to the list. | 0.50 | $525.00 |
| ███████ | ████ | ████████████████████████████████ | ████ | ██████ |
| ███████ | ████ | ████████████████████████████████ | ████ | ██████ |
| 01/08/21 | BJN | Telephone conference with Ms. E. Morabito and Mr. R. Virginkar regarding updated WIP, Task and staffing lists (0.60); work on issues regarding database management (0.30). | 0.90 | $688.50 |
| 01/08/21 | BJN | Prepare for and participate in weekly update telephone conference with Ms. L. Tavenner, Ms. P. Beran, Ms. E. Morabito, and Mr. R. Virginkar regarding strategy, updates, next steps. | 1.00 | $765.00 |
| ███████ | ████ | ████████████████████████████████ | ████ | ██████ |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50168268

Page 4
Foley & Lardner LLP
February 23, 2021

| 01/08/21 | ELMH | Prepare for and participate in weekly update telephone conference with Ms. L. Tavenner, Ms. P. Beran, Ms. E. Morabito, and Mr. R. Virginkar regarding strategy, updates, next steps. | 1.00 | $1,050.00 |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ |
| 01/08/21 | RVI | Confer with Ms. E. Morabito to prepare for client update call, including status updates of ongoing projects, including chronologies and draft demand letters and other work product related to adversary proceedings. | 0.40 | $275.40 |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| 01/11/21 | ELMH | Attend to WIP and Task lists for the case (0.40); conference call with Ms. B. Nelson and Mr. R. Virginkar regarding document database usage and costs (0.50); multiple e-mail correspondences with Ms. P. Beran regarding various case administration and miscellaneous matters (0.30). | 1.20 | $1,260.00 |
| 01/14/21 | BJN | Prepare for and telephone conference with Mr. R. Virginkar regarding agenda (0.20); related correspondence to client regarding same (0.20). | 0.40 | $306.00 |
| 01/14/21 | ELMH | Call with Ms. B. Nelson regarding updated WIP and Task lists and items to be included on the Agenda for weekly call with client on January 15, 2021 (0.50); review and comment on draft agenda and documents to be provided to the Trustee in advance of weekly call on January 15, 2021 (0.40); e-mail correspondences with Foley Team regarding updated chronology lists, updated Master Calendar, upcoming dates and deadlines, strategy and next steps, case administration and other miscellaneous matters to be addressed internally and with the client on January 15, 2021 (0.60); call with Ms. B. Nelson regarding same (0.30). | 1.80 | $1,890.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50168268

Page 5
Foley & Lardner LLP
February 23, 2021

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| ██████ | ████ | ████████████████████████████████ | ████ | ██████ |
| 01/15/21 | BJN | Prepare for and participate on telephone conference with Ms. E. Morabito, Ms. L. Tavenner, Ms. P. Beran and Mr. R. Virginkar regarding outstanding issues, strategy, next steps. | 1.60 | $1,224.00 |
| 01/15/21 | ELMH | Revise agenda in advance of today's weekly call with client and Foley Team to discuss status of various matters (0.30); call with Ms. L. Tavenner regarding case administration and other miscellaneous matters (0.50); prepare for and participate in weekly call with Ms. L. Tavenner, Ms. P. Beran and Mr. R. Virginkar regarding status of various matters, strategy, and proposed next steps (1.60); follow up de-brief call with Ms. B. Nelson regarding updated Task and WIP lists in light of comments and requests from Ms. L. Tavenner (0.40). | 2.80 | $2,940.00 |
| 01/15/21 | ELMH | Review and comment on updated Task and WIP lists in advance of call with Mr. E. Khatchatourian and Ms. B. Nelson (0.30); prepare for and participate in weekly call with Mr. E. Khatchatourian and Ms. B. Nelson to discuss all pending matters, strategy, next steps, staffing, proposed dates and deadlines (1.50). | 1.80 | $1,890.00 |
| ██████ | ████ | ████████████████████████████████ | ████ | ██████ |
| ██████ | ████ | ████████████████████████████████ | ████ | ██████ |
| 01/18/21 | ELMH | Attend to updated WIP/Task lists and staffing for various matters being handled by Foley on behalf of LeClair (0.60); e-mail correspondences with Foley Team regarding same (0.30); call with Ms. B. Nelson regarding various case administration and miscellaneous matters to attend to based upon requests of Ms. L. Tavenner (0.40). | 1.30 | $1,365.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50168268

Page 6
Foley & Lardner LLP
February 23, 2021

| | | | | |
|---|---|---|---|---|
| ███ | ███ | ████████████ | ██ | ███ |
| 01/21/21 | BJN | Work on issues regarding agenda, related correspondence with Ms. E. Morabito and Mr. R. Virginkar regarding same (0.70); draft correspondence to client regarding same (0.10). | 0.80 | $612.00 |
| 01/21/21 | ELMH | Review and revise draft agenda for weekly call with client on January 22, 2021 (0.30); e-mail correspondences with Mr. R. Virginkar and Ms. B. Nelson regarding same (0.20); call with Ms. B. Nelson regarding Master Calendar update, WIP and Task updates, settlement and mediation updates, follow up items to be discussed with client, pending matters and pleadings, and other miscellaneous matters to be discussed with Ms. L. Tavenner on January 22, 2021 (0.70). | 1.20 | $1,260.00 |
| ███ | ███ | ████████████ | ██ | ███ |
| 01/22/21 | BJN | Prepare for and participate in weekly call. | 1.20 | $918.00 |
| 01/22/21 | ELMH | Attend to revised Agenda in advance of today's weekly call with client (0.30); pre-call with Ms. B. Nelson regarding updated relates to various matters being handled by Foley on behalf of LeClairRyan, including case administration and other miscellaneous matters (0.60); prepare for and participate in weekly call with Ms. L. Tavenner, Ms. P. Beran and Foley Team regarding status of various matters, strategy, next steps and follow up items (1.60); post-call with Ms. B. Nelson regarding updated Task and WIP lists based upon requests of Ms. L. Tavenner (0.40). | 2.90 | $3,045.00 |
| 01/22/21 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito and Ms. B. Nelson, regarding status update on investigation and adversary proceedings and discussion of other legal and strategic issues related to litigation, investigation, and claims under assessment. | 1.00 | $688.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50168268

Page 7
Foley & Lardner LLP
February 23, 2021

| | | | | |
|---|---|---|---|---|
| 01/24/21 | ELMH | Update Task and WIP lists (0.30); call with Ms. B. Nelson regarding case administration and other miscellaneous matters to discuss with Ms. L. Tavenner and Ms. P. Beran, including agenda for upcoming call (0.50). | 0.80 | $840.00 |
| 01/25/21 | ELMH | Call with Foley Team regarding agenda for today's call with Ms. P. Beran and Ms. L. Tavenner to discuss various pending matters, pleadings, strategy and next steps, as well as other case administration and miscellaneous matters (0.80); prepare for and participate in telephone conference call with Foley Team and Ms. L. Tavenner and Ms. P. Beran to discuss status of various matters, pending deadlines, strategy and next steps (1.30). | 2.10 | $2,205.00 |
| 01/26/21 | ELMH | Review of information and documents in preparation for upcoming Omnibus hearing on January 28 (1.10); call with Ms. B. Nelson regarding outline needed for same (0.40); follow up with Ms. Tavenner and Ms. P. Beran on various case administration and other miscellaneous matters in light of upcoming hearing (0.30). | 1.80 | $1,890.00 |
| ██████ | ████ | ████████████████████████ | ████ | ████████ |
| ██████ | ████ | ████████████████████████ | ████ | ████████ |
| 01/27/21 | ELMH | Attend to updated Task and WIP lists (0.50); conference call with Foley Team regarding same, including strategy and next steps on various pending matters (0.80); e-mail correspondences with Mr. R. Virginkar and Ms. B. Nelson regarding data storage update and various options for the Chapter 7 Trustee in an effort to minimize costs to the estate given the various claims being prosecuted by Ms. L. Tavenner and the discovery involved with same (0.40). | 1.70 | $1,785.00 |
| 01/28/21 | BJN | Prepare agenda for weekly call and related correspondence with Ms. E. Morabito and Mr. R. Virginkar regarding same (0.40); correspondence to Ms. P. Beran and Ms. L. Tavenner regarding agenda, update (0.20). | 0.60 | $459.00 |
| 01/29/21 | BJN | Prepare for and telephone conference with Ms. P. Beran, Ms. L. Tavenner, Mr. R. Virginkar, Mr. E. Khatchatourian, and Ms. E. Morabito regarding status update, next steps, other open issues. | 1.70 | $1,300.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50168268

Page 8
Foley & Lardner LLP
February 23, 2021

| 01/29/21 | ELMH | Review and revise Agenda in advance of today's weekly update call with Ms. L. Tavenner and Ms. P. Beran (0.30); pre-call with Ms. B. Nelson regarding additional updates to cover on call with client (0.30); prepare for and participate in weekly call with Ms. P. Beran, Ms. L. Tavenner, Mr. R. Virginkar and Mr. E. Khatchatourian to provide status update on all matters being handled by Foley on behalf of the Chapter 7 Trustee, as well as status and strategy to proceed (1.70); debrief call with Foley Team to update Task and WIP lists in light of requests from Ms. L. Tavenner (0.50). | 2.80 | $2,940.00 |
|---|---|---|---|---|
| 01/29/21 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito, Ms. B. Nelson, and Mr. E. Khatchatourian, regarding status update on investigation and adversary proceedings and discussion of other legal and strategic issues related to litigation, investigation, and claims under assessment. | 1.50 | $1,032.75 |
| | | Task Total: | ██████ | ██████ |

**Court Hearings**

| 01/26/21 | BJN | Correspondence with Mr. R. Virginkar regarding issues related to needed updates for hearing (0.10); correspondence to Ms. P. Beran regarding issues related to upcoming hearing (0.10). | 0.20 | $153.00 |
|---|---|---|---|---|
| ████ | ████ | ███████████████████████ | ████ | ██████ |
| 01/27/21 | BJN | Conference with Mr. T. Mohan regarding needed update for hearing (0.30); review and revise same and related correspondence to Ms. E. Morabito regarding same (0.40); review fee application in preparation for hearing and related correspondence regarding same (0.70); conference with Ms. E. Morabito regarding preparation for hearing (0.20). | 1.60 | $1,224.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                         Page 9
**LeClairRyan, PLLC**                                                              Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                          February 23, 2021
Invoice No.: 50168268

| | | | | |
|---|---|---|---|---|
| 01/27/21 | ELMH | Prepare update and outline of status update for the Court for tomorrow's Omnibus Hearing (1.10); review and comment on summary of various items being handled by the Investigative and Litigation Teams on behalf of Ms. L. Tavenner to report to the Court (0.40); telephone conference call with Ms. B. Nelson regarding same, as well as other case administration updates and miscellaneous matters (0.60). | 2.10 | $2,205.00 |
| ██████ | ███ | ████████████████████████████ | ████ | ██████ |
| ██████ | ███ | ████████████████████████████ | ████ | ██████ |
| 01/28/21 | ELMH | Work on outline for oral argument and updates in preparation for today's Omnibus Hearing (1.30); call with Ms. B. Nelson regarding same (0.40); e-mail correspondences with Ms. P. Beran regarding agenda items and proposed coverage of same (0.10); prepare for and present at today's Omnibus Hearing (1.60); de-brief call with Ms. L. Tavenner and Ms. P. Beran to discuss rulings from Judge, strategy and next steps on various matters (0.50). | 3.90 | $4,095.00 |

Task Total:    ████    ████████

**Fee Application**

| | | | | |
|---|---|---|---|---|
| ██████ | ███ | ████████████████████████████ | ████ | ██████ |
| 01/05/21 | BJN | Telephone conference with Mr. E. Khatchatourian regarding issues related to Interim Fee Application, previous application. | 0.40 | $306.00 |
| ██████ | ███ | ████████████████████████████ | ████ | ██████ |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50168268

Page 10
Foley & Lardner LLP
February 23, 2021

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/06/21 | EPK | Calls and e-mails with Ms. B. Nelson and Ms. J. Harrison regarding comments to Third Interim Fee Application and supporting information (0.40); ███████████████████ review and prepare materials related to same ███████ ; | ███ | ███ |
| 01/06/21 | JCH | Prepare chart containing contingent fee settlement amounts (Exhibit E) for Foley Third Interim Final Fee (0.50); prepare additional exhibits (Exhibits B, C and D) for interim fee app - timekeepers, task codes and expenses (1.20); apply redactions to Foley invoices related to Litigation task code and electronic legal research expenses (1.20). | 2.90 | $600.30 |
| 01/07/21 | BJN | Review and revise Third Interim Fee Application and related correspondence with Mr. E. Khatchatourian regarding same. | 0.30 | $229.50 |
| 01/07/21 | ELMH | Review and comment on Third Fee Application of Foley & Lardner (0.70); call with Ms. B. Nelson regarding same (0.30); review of revised fee application prior to filing (0.20); update Ms. P. Beran and Ms. L. Tavenner regarding information relating to fees to include in the Notice for the Hearing given other fee applications being heard on same date (0.10). | 1.30 | $1,365.00 |
| 01/07/21 | EPK | Calls and e-mails with Ms. B. Nelson regarding comments to Third Interim Fee Application (0.40); call and e-mails with Ms. J. Harrison regarding final edits and comments to Third Interim Fee Application and exhibits to same (0.40); review and comment on exhibits to Third Interim Fee Application (0.90); finalize Third Interim Fee Application for filing and service (1.60). | 3.30 | $1,767.15 |
| 01/07/21 | JCH | Finalize redactions of invoices for Foley Third Interim Fee Application (0.80); e-mail correspondence with Ms. B. Nelson and Mr. E. Khatchatourian regarding same (0.50); file Foley Third Interim Fee App and circulate file-stamped copy of same (0.50). | 1.80 | $372.60 |
| 01/21/21 | BJN | Correspondence with Mr. T. McKee regarding issues with fee application. | 0.20 | $153.00 |
| | | Task Total: | ███ | ███ |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**      Page 11
**LeClairRyan, PLLC**      Foley & Lardner LLP
Our Ref. No.: 124772-0101      February 23, 2021
Invoice No.: 50168268

---

**Fee Application of Others**

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/07/21 | ELMH | Review and comment on fee application of CR3 per request of Ms. P. Beran. | 0.30 | $315.00 |
| 01/07/21 | EPK | E-mails with working group and client regarding CR3 fee application and comments to same (0.30); review and provide comments on matters to redact in same (0.60); e-mails with client and working group regarding redaction comments (0.10). | 1.00 | $535.50 |
| | | Task Total: | 1.30 | $850.50 |
| | | Services Total: | ███ | ████ |

**Expenses Incurred**

| Description | Amount |
|-------------|--------|
| Litigation Services - Hosting | $6,900.00 |
| Transcripts | $24.50 |
| **Expenses Incurred Total** | **$6,924.50** |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                                Page 12
**LeClairRyan, PLLC**                                                                    Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                              February 23, 2021
Invoice No.: 50168268

## Expense Detail

**Litigation Services - Hosting**

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 01/31/21 | ELMH | Litigation Services - Hosting. | $6,900.00 |

**Transcripts**

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 01/25/21 | ELMH | ESCRIBERS, LLC - Hearing transcript for December 17, 2020 hearing - 01/25/21. | $24.50 |

|  |  | Subtotal: | $6,924.50 |



**FOLEY & LARDNER LLP**
WASHINGTON HARBOUR
3000 K STREET, N.W.
SUITE 600
WASHINGTON, D.C. 20007-5109
TELEPHONE (202) 672-5300
FACSIMILE (202) 672-5399
WWW.FOLEY.COM

Lynn L. Tavenner, Chapter 7 Trustee of the Bankruptcy Estate
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, VA 23219

Date: March 29, 2021
Invoice No.: 50186779
Our Ref. No.: 124772-0101

---

Services through February 28, 2021

Amount due for professional services rendered regarding
LeClairRyan PLLC                                                     $▮▮▮▮▮▮

Total Expenses:          $9,370.56

**Amount Due:**          $▮▮▮▮▮▮

---

Please note that as of February 1, 2021, there may be certain matters on which hourly legal fees have been adjusted.  This may or may not affect you. Please contact your principal attorney at the Firm if you have questions.

---

**Please reference your account number 124772-0101 and your invoice number 50186779 with your remittance payable to Foley & Lardner LLP. Payment is due promptly upon receipt of our invoice.**          Federal Employer Number:
39-0473800

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50186779

Page 2
Foley & Lardner LLP
March 29, 2021

---

## Professional Services Detail

### Case Administration/Miscellaneous Matters

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/01/21 | ELMH | Participate in Foley internal weekly call to discuss WIP and Task lists for LeClairRyan (1.30); update WIP and Task lists based upon same (0.30). | 1.60 | $1,680.00 |
| 02/04/21 | ELMH | Review and revise Agenda for call on February 5, 2021 (0.30); e-mail correspondences with Mr. R. Virginkar and Ms. B. Nelson regarding same (0.30); attend to updated WIP and Task lists based on various matters being handled by Foley on behalf of the Chapter 7 Trustee (0.50). | 1.10 | $1,155.00 |
| ██████ | ████ | ████████████████████████████████████████████ | ████ | █████ |
| ██████ | ████ | ████████████████████████████████████████████ | ████ | █████ |
| 02/05/21 | BJN | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito, Mr. R. Virginkar, Mr. E. Khatchatourian and Mr. T. Mohan regarding status update on investigation and adversary proceedings and other related issues. | 2.00 | $1,530.00 |
| 02/05/21 | ELMH | Revise Agenda for weekly call with Ms. L. Tavenner and Ms. P. Beran (0.30); pre-call with Ms. B. Nelson regarding updates to the Task and WIP lists (0.40); prepare for and participate in weekly call with Ms. L. Tavenner and Ms. P. Beran to discuss case administration, claims being prosecuted on behalf of the Chapter 7 Trustee, outstanding Task and WIP lists, upcoming dates and deadlines, and other miscellaneous matters regarding the case (1.60); follow up call with Ms. B. Nelson regarding strategy and next steps in light of instructions from Ms. L. Tavenner (0.40). | 2.70 | $2,835.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50186779

Page 3
Foley & Lardner LLP
March 29, 2021



| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/05/21 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito, Ms. B. Nelson, Mr. E. Khatchatourian and Mr. T. Mohan regarding status update on investigation and adversary proceedings and discussion of other legal and strategic issues related to litigation, investigation, and claims under assessment. | 2.00 | $1,467.00 |
| 02/10/21 | ELMH | Attend to updated Task and WIP lists based upon meeting with Ms. L. Tavenner and Ms. P. Beran (0.40); updated Foley Team regarding same (0.20). | 0.60 | $630.00 |
| 02/12/21 | BJN | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito, Mr. R. Virginkar, Mr. E. Khatchatourian and Mr. T. Mohan regarding status update on investigation and adversary proceedings and discussion of other legal and strategic issues related to litigation, investigation, and other related issues. | 1.40 | $1,071.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50186779

Page 4
Foley & Lardner LLP
March 29, 2021



| | | | | |
|---|---|---|---|---|
| 02/12/21 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito, Ms. B. Nelson, Mr. E. Khatchatourian and Mr. T. Mohan regarding status update on investigation and adversary proceedings and discussion of other legal and strategic issues related to litigation, investigation, and claims under assessment. | 1.40 | $1,026.90 |
| 02/15/21 | ELMH | Attend to updated WIP and Task lists in light of additional requests of Ms. L. Tavenner and Ms. P. Beran (1.20); attend to mediation schedule and updated calendar for all matters being handled by Foley on behalf of LeClair (0.40); prepare draft e-mail correspondence to Ms. L. Tavenner and Ms. P. Beran regarding various case administration and other miscellaneous matters to be addressed by the Trustee (0.50); conference call with Ms. P. Beran regarding same (0.60). | 2.70 | $2,835.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50186779

Page 5
Foley & Lardner LLP
March 29, 2021

| | | | | |
|---|---|---|---|---|
| 02/16/21 | ELMH | Attend to updated Task and WIP lists (0.60); e-mail correspondences with Foley Team regarding follow up regarding recent requests of Ms. L. Tavenner and Ms. P. Beran regarding various pending matters and other miscellaneous administrative items (0.40); attend to data storage requests and evaluate competing costs for same (0.30). | 1.30 | $1,365.00 |
| ██████ | ███ | ████████████████████████████████████ | ████ | ██████ |
| 02/18/21 | ELMH | Internal call with Foley Team to discuss updated Task and WIP lists, as well as updates on tax and insurance matters and other case administration items discussed with clients. | 1.40 | $1,470.00 |
| ██████ | ███ | ████████████████████████████████████ | ████ | ██████ |
| ██████ | ███ | ████████████████████████████████████ | ████ | ██████ |
| 02/19/21 | BJN | Attend weekly call with client. | 1.20 | $918.00 |
| 02/19/21 | ELMH | Prepare for and participate in weekly call with Ms. L. Tavenner, Ms. P. Beran and Foley Team regarding various matters, strategy, next steps (1.20); call with Ms. B. Nelson regarding case administration and other miscellaneous matters to add to Task and WIP lists in light of requests and direction from client (0.50); review and revise updated Task and WIP lists (0.40). | 2.10 | $2,205.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50186779

Page 6
Foley & Lardner LLP
March 29, 2021

| | | | | |
|---|---|---|---|---|
| 02/19/21 | ELMH | Call with Ms. P. Beran and Ms. L. Tavenner regarding various case administration and other miscellaneous matters. | 0.80 | $840.00 |
| ████ | ███ | ██████████████████████████ | ███ | ████ |
| 02/19/21 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito, Mr. E. Khatchatourian, Mr. T. Mohan and Ms. K. Wick regarding status update on investigation and adversary proceedings and discussion of other legal and strategic issues related to litigation, investigation, and claims under assessment. | 1.10 | $806.85 |
| ████ | ███ | ██████████████████████████ | ███ | ████ |
| 02/22/21 | EPK | Call with Ms. B. Nelson to discuss open issues and status of various litigation and prosecution work streams. | 0.30 | $171.45 |
| 02/23/21 | EPK | E-mails with Ms. B. Nelson and Mr. R. Virginkar regarding matter management issues (0.40); e-mails with various Foley working groups regarding bankruptcy compliance issues (0.20); attention to updating of case calendars and upcoming litigation deadlines (0.30). | 0.90 | $514.35 |
| 02/24/21 | EPK | Review and update WIP and Task lists, including assessment of status of various open issues and work streams (1.40); review and comment on talking points for omnibus hearing update (0.20); e-mails with Ms. B. Nelson regarding same (0.20). | 1.80 | $1,028.70 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50186779

Page 7
Foley & Lardner LLP
March 29, 2021

| | | | | |
|---|---|---|---|---|
| 02/25/21 | ELMH | Prepare for and participate in conference call with Mr. R. Virginkar and other litigation team members regarding outstanding Task and WIP lists, scheduling of mediations, agenda for call with clients on February 26, 2021, status of electronic discovery production and storage costs, staffing suggestions, and other case administration and miscellaneous matters. | 2.20 | $2,310.00 |
| 02/26/21 | BJN | Prepare for and telephone conference with Team regarding weekly updates, other related issues. | 0.90 | $688.50 |
| 02/26/21 | ELMH | Attend to revised Agenda in advance of weekly call with Ms. L. Tavenner and Ms. P. Beran based upon updates of various matters in real time (0.40); prepare for and participate in weekly telephone conference with Ms. L. Tavenner and Ms. P. Beran to discuss all matters being handled by Foley on behalf of the Chapter 7 Trustee, as well as case administration and other miscellaneous matters (1.60); debrief call with Mr. R. Virginkar and Ms. B. Nelson to discuss updated WIP and Task lists based upon requests of Ms. L. Tavenner (0.40). | 2.40 | $2,520.00 |
| ███ | ███ | ████████████████████████████ | ███ | ███ |
| 02/26/21 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito, Ms. B. Nelson, and Mr. E. Khatchatourian regarding status update on investigation and adversary proceedings and discussion of other legal and strategic issues related to litigation, investigation, and claims under assessment. | 0.80 | $586.80 |
| 02/26/21 | RVI | Prepare for call with client, including review of investigation planning materials, analysis of fact development, review of status of demand letters, and related matters. | 0.50 | $366.75 |
| 02/28/21 | ELMH | Review and revise draft agenda for all advisor weekly call on March 1, 2021 (0.40); e-mail correspondences with Mr. R. Virginkar and Ms. B. Nelson regarding same (0.50); attend to updated WIP and Task lists, as well as staffing in advance of call on March 1, 2021 (0.40). | 1.30 | $1,365.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50186779

Page 8
Foley & Lardner LLP
March 29, 2021



|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Task Total: |  |

**Court Hearings**

| 02/22/21 | BJN | Correspondence with Ms. E. Morabito regarding needed update for Thursday's omnibus hearing and related correspondence with Team regarding same. | 0.20 | $153.00 |
|---|---|---|---|---|
|  |  |  |  |  |
| 02/24/21 | BJN | Review and revise updated hearing, other related issues (0.80); conference with Ms. E. Morabito regarding same (0.30); revisions and related correspondence with Ms. E. Morabito regarding same (0.40). | 1.50 | $1,147.50 |
|  |  |  |  |  |
| 02/25/21 | BJN | Prepare for and attend Omnibus hearing. | 1.10 | $841.50 |
| 02/25/21 | ELMH | Prepare outline for oral argument for today's Omnibus Hearing (1.20); participate in today's Omnibus Hearing to provide update to the Court of various matters being handled by Foley on behalf of the Chapter 7 Trustee (1.30); participate in conference call with Ms. P. Beran and Ms. L. Tavenner to debrief from today's hearing, and to discuss other case administration and miscellaneous matters (0.40). | 2.90 | $3,045.00 |

|  |  | Task Total: |  |
|---|---|---|---|

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50186779

Page 9
Foley & Lardner LLP
March 29, 2021

**Tax Issues**

| | | | | |
|---|---|---|---|---|
| 02/02/21 | BJN | Conference with Ms. P. Beran regarding issues related to tax audit, settlement (0.20); related follow up with Ms. E. Morabito regarding same (0.10). | 0.30 | $229.50 |
| | | Task Total: | 0.30 | $229.50 |

**Litigation/Adversary Disputes**



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50186779

Page 10
Foley & Lardner LLP
March 29, 2021



**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50186779

Page 11
Foley & Lardner LLP
March 29, 2021

**Fee Application**

| | | | | |
|---|---|---|---|---|
| ███ | ██ | ████████████████████ | ██ | ███ |
| ███ | ██ | ████████████████████ | ██ | ████ |
| | | Task Total: | ██ | ███ |

**Insurance**

| | | | | |
|---|---|---|---|---|
| ███ | ██ | ████████████████████ | ██ | ███ |
| ███ | ██ | ████████████████████ | ██ | ███ |

| 02/18/21 | BJN | Prepare for and conference call with Mr. M. Kasdin regarding insurance matters, other related issues (0.60); related correspondence regarding same (0.30). | 0.90 | $688.50 |
|---|---|---|---|---|
| 02/18/21 | EPK | Call (0.60) and e-mails with Ms. B. Nelson and Mr. M. Kasdin regarding insurance advice related to D&O insurance defense costs and potential lifting of the stay (0.10). | 0.70 | $400.05 |
| 02/22/21 | BJN | Correspondence regarding issues related to draft reservation of rights, related issues (0.30); prepare for and conference with Mr. M. Kasdin, Ms. P. Beran, and Ms. L. Tavenner regarding issues related to motion to relief stay and related coverage issues (1.00). | 1.30 | $994.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50186779

Page 12
Foley & Lardner LLP
March 29, 2021

| | | | | |
|---|---|---|---|---|
| ████ | ████ | ███████████████████ | ████ | ████ |
| 02/25/21 | BJN | Correspondence with Mr. M. Kasdin regarding needed update. | 0.20 | $153.00 |
| 02/26/21 | ELMH | Attend to inquiries from Ms. L. Tavenner regarding insurance issues. | 0.60 | $630.00 |

Task Total: ████ ████

Services Total: ████ $████

## Expenses Incurred

| Description | Amount |
|---|---|
| Litigation Services - Hosting | $8,000.00 |
| Shipping Charges | $117.66 |
| Transcripts | $284.30 |
| Transportation / Travel Expenses | $968.60 |
| **Expenses Incurred Total** | **$9,370.56** |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50186779

Page 13
Foley & Lardner LLP
March 29, 2021

## Expense Detail

### Litigation Services - Hosting

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 02/28/21 | ELMH | Litigation Services - Hosting. | $8,000.00 |

### Shipping Charges

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 02/28/21 | JCH | Federal Express Invoice: 728023273; Tracking: 783527804790; Sender: Janelle Harrison; Recipient: Erika Henderson 2004 ASHLAND CT They need the binder by 2:00 pm or earlier.<br>Federal Express Invoice: 728023273; Tracking: 783528202765; Sender: Janelle Harrison; Recipient: Paula Beran 6113 STONE BLUFF DR. | $117.66 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                              Page 14
**LeClairRyan, PLLC**                                                                    Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                                  March 29, 2021
Invoice No.: 50186779

---

Federal Express Invoice: 728023273; Tracking: 783527948623; Sender: Janelle Harrison; Recipient: Rohan Virginkar 1127 CHALLEDON RD.

**Transcripts**

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 02/01/21 | ELMH | ESCRIBERS, LLC - Transcript of hearing on October 29, 2020 - 02/01/21. | $138.60 |
| 02/02/21 | ELMH | ESCRIBERS, LLC - Transcript for hearing on January 28, 2021 - 02/02/21. | $145.70 |
| | | | $284.30 |

**Transportation / Travel Expenses**

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 02/08/21 | ELMH | Airfare--VENDOR: Erika Morabito - Airfare to attend LeClairRyan Settlement Conference in Richmond, VA - Wilmington, NC / Richmond, VA - 02/09/21-02/11/21. | $661.40 |
| 02/09/21 | ELMH | Lodging--VENDOR: Erika Morabito - Hotel re Mediation Conference in Richmond, VA - 02/09/21-02/10/21. | $132.18 |
| 02/09/21 | ELMH | Hotel - Parking--VENDOR: Erika Morabito - Hotel re Mediation Conference in Richmond, VA - 02/09/21-02/10/21. | $18.00 |
| 02/10/21 | ELMH | Lodging--VENDOR: Erika Morabito - Hotel re Mediation Conference in Richmond, VA - 02/09/21-02/10/21. | $139.02 |
| 02/10/21 | ELMH | Hotel - Parking--VENDOR: Erika Morabito - Hotel re Mediation Conference in Richmond, VA - 02/09/21-02/10/21. | $18.00 |
| | | | $968.60 |

Subtotal:      $9,370.56



**FOLEY & LARDNER LLP**
WASHINGTON HARBOUR
3000 K STREET, N.W.
SUITE 600
WASHINGTON, D.C. 20007-5109
TELEPHONE (202) 672-5300
FACSIMILE (202) 672-5399
WWW.FOLEY.COM

Lynn L. Tavenner, Chapter 7 Trustee of the Bankruptcy Estate
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, VA 23219

Date: April 28, 2021
Invoice No.: 50203158
Our Ref. No.: 124772-0101

Services through March 31, 2021

Amount due for professional services rendered regarding
LeClairRyan PLLC

Total Expenses:

**Amount Due:**

Please reference your account number 124772-0101 and your invoice
number 50203158 with your remittance payable to Foley & Lardner LLP.
Payment is due promptly upon receipt of our invoice.

Federal Employer Number:
39-0473800

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                              Page 2
**LeClairRyan, PLLC**                                                              Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                             April 28, 2021
Invoice No.: 50203158

## Professional Services Detail

### Case Administration/Miscellaneous Matters

| | | | | |
|---|---|---|---|---|
| 03/01/21 | ELMH | Attend to Agenda for call today with Foley professionals to discuss various matters, strategy, WIP and Tasks lists, as well as next steps and strategy to proceed (0.40); prepare for and participate in weekly call with Foley litigation/investigation teams to discuss Task lists, WIP, status of various matters, strategy and next steps (1.80); call with Mr. R. Virginkar and Ms. B. Nelson regarding insurance and tax updates, as well as other case administration and miscellaneous matters being handled by Foley on behalf of the Chapter 7 Trustee (0.70). | 2.90 | $3,045.00 |
| 03/01/21 | EPK | E-mails with Ms. E. Morabito and Mr. R. Virginkar regarding Foley working group strategy call and agenda for same (0.20); e-mails with Ms. H. Siagian-Draughn regarding updates to master case calendar (0.20); review updated mediation calendar and master case calendar (0.10); call with Ms. B. Nelson to discuss list of open issues and priority items for litigation and mediation work streams (0.60); long conference call with Foley project managers regarding upcoming case issues, litigation strategy, mediation work product, and prosecution tasks for the week (1.60). | 2.70 | $1,543.05 |
| 03/03/21 | ELMH | Call with Mr. R. Virginkar, Ms. B. Nelson, and Ms. O. Singelmann to discuss various case administration and miscellaneous matters regarding the multiple matters being handled by Foley on behalf of the Chapter 7 Trustee, including costs, staffing, billing, scheduling, WIP, and other open issues. | 0.80 | $840.00 |
| 03/04/21 | ELMH | Attend to insurance questions and follow up from targets regarding same (0.60); review and revise updated WIP and Task lists based upon discussions with litigation and investigative teams, Ms. L. Tavenner and Ms. P. Beran (0.50). | 1.10 | $1,155.00 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50203158

Page 3
Foley & Lardner LLP
April 28, 2021

---

| | | | | |
|---|---|---|---|---|
| ███ | ██ | ████████████ | ███ | ████ |
| 03/05/21 | BJN | Prepare for and participate in weekly telephone update call with client. | 1.20 | $918.00 |
| 03/05/21 | ELMH | Update agenda in advance of call based upon recent events (0.30); call with Foley Team prior to call with client regarding Task and WIP lists (0.30); participate in weekly telephone conference call to review all matters being handled by Foley on behalf of Ms. L. Tavenner, including status, strategy, and next steps (1.20). | 1.80 | $1,890.00 |
| ███ | ██ | ████████████ | ███ | ████ |
| 03/05/21 | RVI | Prepare for client update call, including review and analysis of chronologies, status updates, and other work product related to investigation and adversary proceedings. | 0.30 | $220.05 |
| 03/05/21 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito, Mr. T. Murray, Ms. B. Nelson and Mr. E. Khatchatourian, regarding status update on investigation and adversary proceedings and discussion of other legal and strategic issues related to litigation, investigation, and claims under assessment. | 1.20 | $880.20 |
| ███ | ██ | ████████████ | ███ | ████ |
| ███ | ██ | ████████████ | ███ | ████ |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50203158

Page 4
Foley & Lardner LLP
April 28, 2021

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| ██ | ██ | ████████ | ██ | ██ |
| 03/12/21 | BJN | Prepare for and participate in weekly telephone update call with client. | 0.90 | $688.50 |
| 03/12/21 | ELMH | Update agenda in advance of call based upon recent events (0.20); call with Foley Team prior to call with client regarding Task and WIP lists (0.30); participate in weekly telephone conference call to review all matters being handled by Foley on behalf of Ms. L. Tavenner, including status, strategy, and next steps (0.90); debrief with Ms. B. Nelson and Mr. T. Murray regarding staffing of various matters (0.30). | 1.70 | $1,785.00 |
| ██ | ██ | ████████ | ██ | ██ |
| ██ | ██ | ████████ | ██ | ██ |
| 03/12/21 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito, Ms. B. Nelson, Mr. E. Khatchatourian and Ms. O. Singelmann regarding status update on investigation and adversary proceedings and discussion of other legal and strategic issues related to litigation, investigation, and claims under assessment. | 0.90 | $660.15 |
| ██ | ██ | ████████ | ██ | ██ |
| 03/15/21 | EPK | Review, update, and comment on WIP and Task lists (0.30); e-mails with Foley working group supervisors regarding comments and updates to same (0.30). | 0.60 | $342.90 |
| 03/18/21 | EPK | Review and comment on WIP and Task lists and case calendars (0.30); e-mails with T. Mohan regarding same (0.20); review, comment on, and revise client call agenda (0.60); e-mails with Foley working group regarding agenda and calendars for weekly client update call (0.40). | 1.50 | $857.25 |
| ██ | ██ | ████████ | ██ | ██ |
| 03/19/21 | BJN | Attend weekly call with client and Foley Team. | 0.90 | $688.50 |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                          Page 5
**LeClairRyan, PLLC**                                                            Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                            April 28, 2021
Invoice No.: 50203158

| | | | | |
|---|---|---|---|---|
| 03/19/21 | ELMH | Update agenda in advance of call based upon recent events (0.30); call with Foley Team prior to call with client regarding Task and WIP lists (0.50); participate in weekly telephone conference call to review all matters being handled by Foley on behalf of Ms. L. Tavenner, including status, strategy, and next steps (1.10). | 1.90 | $1,995.00 |
| 03/19/21 | EPK | Weekly client update call with Ms. L. Tavenner and Ms. P. Beran to discuss litigation updates, upcoming mediations and preparations for same, and other case administration matters (1.10); review and revise notes from client call (0.20); e-mail to Foley working group to provide notes from this week's client update call (0.10); e-mails with Ms. H. Siagian-Draughn regarding updates to case calendars (0.20). | 1.60 | $914.40 |
| 03/19/21 | RVI | Telephone conference with Ms. L. Tavenner, Trustee, Ms. P. Beran, counsel to Trustee, and Ms. E. Morabito, Ms. B. Nelson, Mr. E. Khatchatourian and Ms. O. Singelmann regarding status update on investigation and adversary proceedings and discussion of other legal and strategic issues related to litigation, investigation, and claims under assessment. | 1.00 | $733.50 |
| ███ | ███ | ████████████████████ | ███ | ████ |
| 03/24/21 | ELMH | Prepare for Omnibus Hearing, including recent decisions by the Court impacting other matters set to be heard on March 25. | 2.30 | $2,415.00 |
| 03/24/21 | ELMH | Working travel from NC to Richmond, VA to meet with clients and prepare in advance of Omnibus hearing on March 25 and Matson Mediation on March 26 (Total Time 4.80 hrs. - split in 1/2 or 2.40 hrs.). | 2.40 | $2,520.00 |
| ███ | ███ | ████████████████████ | ███ | ████ |
| ███ | ███ | ████████████████████ | ███ | ████ |
| | | Task Total: | ███ | ████ |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of
LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50203158

Page 6
Foley & Lardner LLP
April 28, 2021

**Court Hearings**

| | | | | |
|---|---|---|---|---|
| ███████ | ████ | ████████████████████████ | ████ | ████████ |
| 03/23/21 | TCM | Draft and revise talking points for Omnibus hearing (0.50); correspond with Foley working group regarding same (0.10). | 0.60 | $324.00 |
| ███████ | ████ | ████████████████████████ | ████ | ████████ |
| 03/25/21 | BJN | Prepare for and participate in Omnibus hearing. | 0.70 | $535.50 |
| 03/25/21 | ELMH | Prepare for and argue at Omnibus Hearing (1.30); de-brief with clients regarding same (0.40); update Task and WIP lists based upon client requests (0.50). | 2.20 | $2,310.00 |
| | | Task Total: | ████ | ████████ |

**Employee Issues**

| | | | | |
|---|---|---|---|---|
| ███████ | ████ | ████████████████████████ | ████ | ████████ |
| ███████ | ████ | ████████████████████████ | ████ | ████████ |
| | | Task Total: | ████ | ████████ |

**Tax Issues**

| | | | | |
|---|---|---|---|---|
| ███████ | ████ | ████████████████████████ | ████ | ████████ |
| ███████ | ████ | ████████████████████████ | ████ | ████████ |
| | | Task Total: | ████ | ████████ |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**                    Page 7
**LeClairRyan, PLLC**                                                          Foley & Lardner LLP
Our Ref. No.: 124772-0101                                                         April 28, 2021
Invoice No.: 50203158

**Fee Application**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/24/21 | BJN | Review and revise Foley's Fourth Interim Fee Application and related conferences and correspondence with Mr. E. Khatchatourian and Ms. J. Harrison regarding same. | 0.80 | $612.00 |
| 03/25/21 | JCH | Prepare draft of Foley's Fourth Interim Fee Application (1.50); prepare draft of proposed order for Foley's Fourth Interim Fee Application (0.20). | 1.70 | $359.55 |
| 03/30/21 | EPK | E-mails with Ms. B. Nelson and Ms. J. Harrison regarding preparation of Fourth Interim Fee Application. | 0.30 | $171.45 |
| 03/30/21 | JCH | Finalize draft of Foley's Fourth Interim Fee Application (3.20); e-mail same to Ms. B. Nelson and Mr. E. Khatchatourian (0.20). | 3.40 | $719.10 |
| 03/31/21 | EPK | Review and comment on preliminary draft of fourth interim fee application (0.80); e-mails with Ms. B. Nelson and Ms. J. Harrison regarding same (0.30); review billing records for fourth interim fee application to ensure compliance with fee guidelines (0.80). | 1.90 | $1,085.85 |
| | | Task Total: | 8.10 | $2,947.95 |

**Insurance**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| ███ | ██ | ████████████████████████████████ | ██ | ████ |
| 03/24/21 | BJN | Follow up on status of lift stay motion and related correspondence with Mr. M. Kasdin regarding same. | 0.40 | $306.00 |
| | | Task Total: | ███ | ████ |
| | | Services Total: | ███ | ████ |

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**
**LeClairRyan, PLLC**
Our Ref. No.: 124772-0101
Invoice No.: 50203158

Page 8
Foley & Lardner LLP
April 28, 2021

## Expenses Incurred

| Description | Amount |
|---|---:|
| Litigation Services - Hosting | $8,500.00 |
| Transcripts | $49.00 |
| Transportation / Travel Expenses | $2,833.35 |
| ███████ | ███████ |
| **Expenses Incurred Total** | |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our
internal costs with respect to those services and expenses.

**Tavenner, Lynn L., in her official capacity as Chapter 7 Estate of**     Page 9
**LeClairRyan, PLLC**     Foley & Lardner LLP
Our Ref. No.: 124772-0101     April 28, 2021
Invoice No.: 50203158

## Expense Detail

**Litigation Services - Hosting**

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 03/31/21 | ELMH | Litigation Services - Hosting. | $8,500.00 |

**Transcripts**

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 03/09/21 | ELMH | ESCRIBERS, LLC - Hearing transcript for LeClairRyan hearing on Feb. 25 - 03/09/21. | $17.50 |
| 03/12/21 | ELMH | ESCRIBERS, LLC - Transcript for hearing on March 10th - 03/12/21. | $31.50 |
| | | | $49.00 |

**Transportation / Travel Expenses**

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 03/02/21 | BJN | Airfare--VENDOR: Brittany Nelson - Airfare to/from Richmond, VA re LeClairRyan settlement conference in Richmond, VA - SLC, UT / Richmond, VA - 03/07/21-03/09/21. | $991.40 |
| 03/07/21 | BJN | Lodging--VENDOR: Brittany Nelson - Hotel re Mediation in Richmond, VA - 03/07/21-03/08/21. | $154.80 |
| 03/08/21 | BJN | Parking--VENDOR: Brittany Nelson - Hotel re Mediation in Richmond, VA - 03/07/21-03/08/21. | $70.00 |
| 03/08/21 | BJN | Taxi/Car Service--VENDOR: Brittany Nelson - Hotel re Mediation in Richmond, VA - 03/07/21-03/08/21. | $13.95 |
| 03/08/21 | BJN | Lodging--VENDOR: Brittany Nelson - Hotel re Mediation in Richmond, VA - 03/07/21-03/08/21. | $125.40 |
| 03/18/21 | ELMH | Airfare--VENDOR: Erika Morabito - Travel to Richmond re Motion to Dismiss hearing and Matson Mediation - Wilmington, NC / Richmond, VA - 03/24/21-03/27/21. | $621.40 |
| 03/19/21 | BJN | Airfare--VENDOR: Brittany Nelson - Airfare to Richmond, VA for Mediation - SLC / Richmond, VA - 03/23/21-03/27/21. | $856.40 |
| | | | $2,833.35 |

**Westlaw**

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| ■■■■ | ■■■■ | ■■■■ | ■■■■ |

Subtotal:     ■■■■

### Exhibit H

**Summary of Actual and Necessary Expenses for the Final Fee Period**

| Expense Category | Total Expenses |
|---|---|
| Electronic Legal Research Services | $2,558.42 |
| Litigation Services – Hosting | $91,500.00 |
| Meals | $13.15 |
| Other Expenses | $10.00 |
| Other Fees (Court Call Appearances) | $280.00 |
| Photocopying Charges | $1.35 |
| Secretary of State | $4.00 |
| Shipping Charges | $449.07 |
| Shipping/courier/messenger services | $854.71 |
| Transcripts | $357.80 |
| Transportation/Travel Expenses | $5,520.89 |
| | |
| **TOTAL** | **$101,549.39** |

# <u>Exhibit I</u>

# Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re:

LeClairRyan PLLC,

              **Debtor.**

Case No.: 19-34574-KRH

Chapter 7

---

## ORDER GRANTING AMENDED FINAL APPLICATION OF
## FOLEY & LARDNER LLP, AS SPECIAL COUNSEL TO THE TRUSTEE,
## FOR APPROVAL AND ALLOWANCE OF COMPENSATION AND
## REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM
## JANUARY 30, 2020 THROUGH MARCH 31, 2021

Upon consideration of the Amended Final Application for Compensation of Fees and

Expenses (the "**Amended Application**")[1] filed by Foley & Lardner LLP's ("**Foley**"), as special

counsel to Lynn L. Tavenner, and not individually but solely in her capacity as the Chapter 7

trustee (in such capacity, the "**Trustee**") of the bankruptcy estate (the "**Estate**") of LeClairRyan

PLLC (the "**Debtor**") for the period from January 30, 2020 through March 31, 2021 (the "**Final**

**Period**"); and the Court having reviewed the Amended Application, and finding that the Court has

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and determining that proper

---

[1]     Capitalized terms used but not defined in this Order shall have the meanings given to them in the Amended Application.

Jonathan L. Hauser (VSB 18688)
JONATHAN L. HAUSER, ESQ.
929 Bobolink Dr.
Virginia Beach, VA 23451
(757) 639-7768 (telephone)
jhauser929@gmail.com

Susan Poll Klaessy (VSB No. 87021)
Geoffrey S. Goodman
(Admitted *Pro Hac Vice*)
FOLEY & LARDNER LLP
3000 K Street, NW, Suite 600
Washington, DC 20007-5109
(312) 832-4500 (telephone)
(312) 832-4700 (facsimile)
spollklaessy@foley.com
ggoodman@foley.com

Holland N. O'Neil (Admitted *Pro Hac Vice*)
Steven C. Lockhart (Admitted *Pro Hac Vice*)
Robert T. Slovak (Admitted *Pro Hac Vice*)
Mark C. Moore (Admitted *Pro Hac Vice*)
Andrew A. Howell (Admitted *Pro Hac Vice*)
Stephanie L. McPhail (Admitted *Pro Hac Vice*)
FOLEY & LARDNER LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
(214) 999-3000 (telephone)
honeil@foley.com
slockhart@foley.com
rslovak@foley.com
mmoore@foley.com
ahowell@foley.com
smcphail@foley.com

*Counsel to Foley & Lardner LLP*

and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Amended Application is **APPROVED** in its entirety on a final basis.

2.      The Foley Final Fee Application is considered withdrawn and replaced in its entirety by the Amended Application.

3.      Foley is allowed final compensation and reimbursement of expenses for the Final Period in the amounts set forth in the Amended Application.

4.      Foley agrees to accept as final compensation from the Estate the total fees already approved by the Court on an interim basis pursuant to Dkt. Nos. 587, 657, 779 and 931, and already paid by the Estate prior to the date of this Order.  For the avoidance of doubt, the Estate has no further payment obligations to Foley whatsoever.

5.      Within ten (10) days of entry of this Order, Foley will return the Trust Account retainer balance of $75,000.00 to the Trustee.

6.      Within thirty (30) days of entry of this Order, Foley shall pay the Trustee the amount of $38,000.00, for the Trustee's total fees and costs related to Foley's Final Fee Application and the Amended Application.

7.      The Trustee is authorized and empowered to take such other actions as may be necessary and appropriate to implement the terms of this Order.

8.      Foley is granted a limited waiver of Bankruptcy Rule 2002(a)(6) and Local Rule 2002-1 to serve a full copy of the Amended Application as proposed therein.

9.      This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

10.    This Order shall be effective immediately upon entry.


Dated: _____          _____

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE


Entered on Docket: _____

WE ASK FOR THIS:

*/s/ Jonathan L. Hauser*
Jonathan L. Hauser (VSB 18688)
JONATHAN L. HAUSER, ESQ.
929 Bobolink Dr.
Virginia Beach, VA 23451
(757) 639-7768 (telephone)
jhauser929@gmail.com

-and-

Susan Poll Klaessy (VSB No. 87021)
Geoffrey S. Goodman (Admitted *Pro Hac Vice*)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
(312) 832-4500 (telephone)
(312) 832-4700 (facsimile)
spollklaessy@foley.com
ggoodman@foley.com

-and-

Holland N. O'Neil (Admitted *Pro Hac Vice*)
Steven C. Lockhart (Admitted *Pro Hac Vice*)
Robert T. Slovak (Admitted *Pro Hac Vice*)
Mark C. Moore (Admitted *Pro Hac Vice*)
Andrew A. Howell (Admitted *Pro Hac Vice*)
Stephanie L. McPhail (Admitted *Pro Hac Vice*)
FOLEY & LARDNER LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
(214) 999-3000 (telephone)
honeil@foley.com
slockhart@foley.com
rslovak@foley.com
mmoore@foley.com
ahowell@foley.com
smcphail@foley.com

*Counsel for Foley & Lardner LLP*

## <u>CERTIFICATION PURSUANT TO LOCAL BANKRUPTCY RULE 9022-1(C)</u>

I hereby certify that the foregoing has either been endorsed by or served upon all necessary

parties.

*/s/ Jonathan L. Hauser*
Jonathan L. Hauser
