**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>**LeClairRyan PLLC,**<br><br>Debtor.[1] | Case No.: 19-34574-KRH<br><br>Chapter 7 |

**NOTICE OF (I) APPLICATION FOR ALLOWANCE OF COMPENSATION AND**
**EXPENSE REIMBURSEMENT AND (II) HEARING THEREON**

  **PLEASE TAKE NOTICE** that Foley & Lardner LLP ("**Foley**"), by and through its undersigned counsel, have filed the *Amended Final Application of Foley & Lardner LLP, as Special Counsel to the Trustee, for Approval and Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from January 30, 2020 through March 31, 2021* [Docket No. 2035] (the "**Amended Final Fee Application**") with the Court for the final approval of (a) allowing Foley's hourly fees on a final basis in the aggregate amount of $1,014,659.20 to the extent already paid or offset by the Estate; (b) allowing Foley's contingent fees related to the Prior Settled FAO Actions and NFA Actions settled by Foley on a final basis in the aggregate amount of $1,087,430.18 to the extent already paid or offset by the Estate; (c) allowing expenses incurred by Foley on a final basis covering all matters it handled while acting as special counsel for the Trustee in the aggregate amount of $101,549.39 to the extent already paid or offset by the Estate; and (d) stating that no further payments are due and owing by the Estate to Foley regardless of the amounts approved herein on a final basis.

  **UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THE AMENDED FINAL FEE**

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

| | | |
|---|---|---|
| Jonathan L. Hauser (VSB 18688)<br>JONATHAN L. HAUSER, ESQ.<br>929 Bobolink Dr.<br>Virginia Beach, VA 23451<br>(757) 639-7768 (telephone)<br>jhauser929@gmail.com | Susan Poll Klaessy (VSB No. 87021)<br>Geoffrey S. Goodman<br>(Admitted *Pro Hac Vice*)<br>FOLEY & LARDNER LLP<br>3000 K Street, NW, Suite 600<br>Washington, DC 20007-5109<br>(312) 832-4500 (telephone)<br>(312) 832-4700 (facsimile)<br>spollklaessy@foley.com<br>ggoodman@foley.com | Holland N. O'Neil (Admitted *Pro Hac Vice*)<br>Steven C. Lockhart (Admitted *Pro Hac Vice*)<br>Robert T. Slovak (Admitted *Pro Hac Vice*)<br>Mark C. Moore (Admitted *Pro Hac Vice*)<br>Andrew A. Howell (Admitted *Pro Hac Vice*)<br>Stephanie L. McPhail (Admitted *Pro Hac Vice*)<br>Foley & Lardner LLP<br>2021 McKinney Avenue, Suite 1600<br>Dallas, TX 75201<br>(214) 999-3000 (telephone)<br>honeil@foley.com<br>slockhart@foley.com<br>rslovak@foley.com<br>mmoore@foley.com<br>ahowell@foley.com<br>smcphail@foley.com |

*Counsel to Foley & Lardner LLP*

4889-4600-5130.1

**APPLICATION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED AS DIRECTED BELOW BY NOVEMBER 21, 2023, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE AMENDED FINAL FEE APPLICATION AS CONCEDED.**

**HEARINGS TO CONSIDER THE RELIEF REQUESTED IN THE AMENDED FINAL FEE APPLICATION ARE SCHEDULED FOR NOVEMBER 28, 2023 AT 11:00 A.M. (PREVAILING EASTERN TIME AT U.S. BANKRUPTCY COURT, U.S. COURTHOUSE, 701 E. BROAD STREET, COURTROOM 5000, RICHMOND, VA 23219.**

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Amended Final Fee Application carefully and discuss it with your attorney if you have one in this Chapter 7 Case. (If you do not have an attorney, you may wish to consult one).**

**PLEASE TAKE FURTHER NOTICE** on September 4, 2019, the Court entered the Order Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 38] (the "**Case Management Order**"), which approved the Notice, Case Management, and Administrative Procedures attached as Exhibit 1 to the Case Management Order (the "**Case Management Procedures**"). The Case Management Procedures, among other things, prescribe the manner in which Objections must be filed and served and set forth when certain hearings will be conducted. A copy of the Case Management Order may be obtained, free of charge, by written to request to jhauser929@gmail.com or, for a fee, at https://ecf.vaeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** if you do not want the Court to grant the relief sought in the Amended Final Fee Application, or if you want the Court to consider your views on the Amended Final Fee Application, then as indicated previously, by **November 21, 2023** (the "**Objection Deadline**"), you or your attorney must:

File with the Court, either electronically or at the address shown below, a written response to the Amended Final Fee Application pursuant to Rule 9013-1(H of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia and the Case Management Procedures. If you mail your written response to the Court for filing, you must mail it early enough so the Court will receive it on or before the Objection Deadline.

Clerk of the Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219

In accordance with the Case Management Procedures, you must also serve a copy of your written Objection on the Core Parties, the 2002 List Parties, and any Affected Entity.

**PLEASE TAKE FURTHER NOTICE THAT,** if any Objection is timely filed, the Court will entertain the Amended Final Fee Application on **November 28, 2023, at 11:00 a.m.**

4889-4600-5130.1

**(prevailing Eastern Time)** (or such time thereafter as the matter may be heard) at U.S. Bankruptcy Court, U.S. Courthouse, 701 E. Broad Street, Courtroom 5000, Richmond, VA 23219.

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

Dated: October 26, 2023       Respectfully submitted,

/s/ *Jonathan L. Hauser*
Jonathan L. Hauser (VSB 18688)
JONATHAN L. HAUSER, ESQ.
929 Bobolink Dr.
Virginia Beach, VA 23451
(757) 639-7768 (telephone)
jhauser929@gmail.com

- and -

Susan Poll Klaessy (VSB No. 87021)
Geoffrey S. Goodman (Admitted *Pro Hac Vice*)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
(312) 832-4500 (telephone)
(312) 832-4700 (facsimile)
spollklaessy@foley.com
ggoodman@foley.com

- and -

Holland N. O'Neil (Admitted *Pro Hac Vice*)
Steven C. Lockhart (Admitted *Pro Hac Vice*)
Robert T. Slovak (Admitted *Pro Hac Vice*)
Mark C. Moore (Admitted *Pro Hac Vice*)
Andrew A. Howell (Admitted *Pro Hac Vice*)
Stephanie L. McPhail (Admitted *Pro Hac Vice*)
FOLEY & LARDNER LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
(214) 999-3000 (telephone)
honeil@foley.com
slockhart@foley.com
rslovak@foley.com
mmoore@foley.com
ahowell@foley.com
smcphail@foley.com

*Counsel to Foley & Lardner LLP*

3

## Certificate of Service

      Pursuant to the Local Rules of this Court and/or the Case Management Order, I certify that on October 26, 2023, a true copy of the foregoing Notice was sent electronically and/or by first-class mail to: (a) the Office of the United States Trustee; (b) the Debtor's 20 Largest Unsecured Creditors; (c) all known secured creditors from the Debtor's Official Form 106D; (d) the Core Parties and 2002 List as defined in the Case Management Order; and (e) all parties requesting service of pleadings in this Case (as indicated on the Schedule A attached to the Court filed copy of this Notice).

                                            */s/ Jonathan L. Hauser*
                                            Counsel to Foley & Lardner LLP

4889-4600-5130.1

| | | |
|---|---|---|
| Matrix One Riverfront Plaza LLC<br>CN 4000 Forsgate Drive<br>Cranbury, NJ 08512<br>farias@matrixcompanies.com<br>jbombardo@matrixcompanies.com | Page White Farrer Limited<br>Bedford House, 21 John Street<br>Holborn, London WC1N 2BF<br>United Kingdom<br>david.roberts@pagewhite.com<br>james.smith@pagewhite.com | Office of the United States<br>Trustee 701 East Broad Street,<br>Suite 4304 Richmond, VA 23219<br>kathryn.montgomery@usdoj.gov<br>shannon.pecoraro@usdoj.gov |
| Super-Server, LLC<br>707 East Main Street, Suite 1425<br>Richmond, Virginia 23219<br>cjohnson@proxios.com<br>kcrowley@clrbfirm.com<br>pbutler@proxios.com | Thomson West-6292<br>P.O. Box 629<br>Carol Stream, IL 60197-6292 | Tyler P. Brown<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>tpbrown@huntonak.com |
| GLC Business Services, Inc.<br>28 Prince Street<br>Rochester, NY 14607<br>mhayes@glcbs.com | Post Oak Realty Investment Partners, LP<br>13355 Noel Road, 22nd Floor<br>Dallas, TX 75240 | Jason William Harbour<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>jharbour@huntonAK.com |
| Thomson Reuters Master Data Center<br>P.O. Box 673451<br>Detroit, MI 48267-3451<br>cristina.romualdez@thomsonreuters.com | Poe & Cronk Real Estate Group, Inc.<br>10 S Jefferson Street, Suite 1200<br>Roanoke, VA 24011<br>slawrence@poecronk.com | Henry Pollard Long, III<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>hlong@huntonAK.com |
| Carlyle Overlook JV, LLC<br>711 High Street<br>Des Moines, IA 50392<br>erin.albert@cushwake.com | BPP Lower Office REIT Inc.<br>BPP Connecticut Ave LLC –<br>BLDG ID: 26870<br>P.O. Box 209259<br>Austin, TX 78720-9259<br>christopher.lyons@transwestern.com | Jennifer Ellen Wuebker<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>jwuebker@huntonak.com |
| BCal, LLC c/o Beacon Capital Partners<br>200 State Street, 5th Floor<br>Boston, MA 02109<br>accountantmontgomery@avisonyoung.com | EYP Realty LLC<br>P.O. Box 844801<br>Los Angeles, CA 90084-4801<br>james.ishibashi@brookfield.com | Douglas M. Foley<br>MCGUIREWOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, Virginia 23219<br>dfoley@mcguirewoods.com |
| Parmenter Realty Fund III, Inc.<br>701 Brickell Avenue, Suite 2020<br>Miami, FL 33131<br>nreser@parmco.com | New Boston Long Wharf, LLC<br>c/o The Corporation Trust Company, r/a<br>1209 Orange Street<br>Wilmington, DE 19801 | Sarah B. Boehm<br>MCGUIREWOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, Virginia 23219<br>sboehm@mcguirewoods.com |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>eric.pike@lw.com | Iron Mountain Records Management<br>448 Broadway<br>Ulster Park, NY 12487<br>noe.lebeau@ironmountain.com<br>Bankruptcy2@ironmountain.com | Shawn R. Fox<br>MCGUIREWOODS LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, Virginia 23219<br>sfox@mcguirewoods.com |
| 60 State TRS (DE) LLC<br>320 Park Avenue, Floor 17<br>New York, NY 10022<br>ahillman@oxfordproperties.com | NetRight Intermediate LLC<br>iManage LLC<br>540 W. Madison Street, Suite 2400<br>Chicago, IL 60661<br>agreen@clarkhill.com | ULX Partners, LLC<br>100 Broadway, 22nd Floor<br>New York, New York 1005<br>Nicholas Hinton<br>Daniel E. Reed<br>Nicholas.hinton@Unitedlex.com<br>Dan.reed@unitedlex.com |
| ConvergeOne, Inc.<br>3344 Highway 149<br>Eagan, MN 55121<br>esalley@convergeone.com<br>kyle.hosmer@faegredrinker.com | Integreon Managed Solutions (ND) Inc.<br>3247 47th Street South<br>Fargo, ND 58104<br>Derek.drizin@integreon.com | Karen M. Crowley, Esq.<br>Crowley Liberatore P.C.<br>150 Boush Street, Suite 300<br>Norfolk, VA 23510<br>kcrowley@clrbfirm.com |

SCHEDULE A

| | | |
|---|---|---|
| Michael G. Gallerizzo, Esquire<br>Michael D. Nord, Esquire<br>GEBHARDT & SMITH LLP<br>One South Street, Suite 2200<br>Baltimore, Maryland 21202<br>mgall@gebsmith.com<br>mnord@gebsmith.com | Parma Richmond, LLC<br>c/o Kevin J. Funk<br>Durrette Arkema Gerson & Gill PC<br>1111 East Main Street, 16th Floor<br>Richmond, Virginia 23219<br>kfunk@dagglaw.com | David R. Ruby, Esquire<br>William D. Prince IV, Esquire<br>ThompsonMcMullan, P.C.<br>100 Shockoe Slip, Third Floor<br>Richmond, Virginia 23219<br>druby@t-mlaw.com<br>wprince@t-mlaw.com |
| Amy Simon Klug<br>HOLLAND & KNIGHT LLP<br>1650 Tysons Boulevard, Suite 1700<br>Tysons, VA 22102<br>amy.simon@hklaw.com | Joseph Corrigan<br>Iron Mountain Information Mgmt, LLC<br>One Federal Street<br>Boston, MA 02110<br>Bankruptcy2@ironmountain.com | JM Partners, LLC<br>Attn: John Marshall<br>6800 Paragon Place, Suite 202<br>Richmond, VA 23230-1656<br>JMarshall@JMPartnersLLC.com |
| SAUL EWING ARNSTEIN & LEHR LLP<br>Maria Ellena Chavez-Ruark, Esquire<br>500 East Pratt Street, 9th Floor<br>Baltimore, MD 21202<br>maria.ruark@saul.com | SAUL EWING ARNSTEIN & LEHR LLP<br>Robert C. Gill, Esquire<br>1919 Pennsylvania Avenue, N.W., Suite 550<br>Washington, D.C. 20006-3434<br>robert.gill@saul.com | Peter D. Bilowz, Esq.<br>Douglas B. Rosner, Esq.<br>GOULSTON & STORRS PC<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>pbilowz@goulstonstorrs.com<br>drosner@goulstonstorrs.com |
| David G. Barger<br>Thomas J. McKee, Jr.<br>Greenberg Traurig, LLP<br>1750 Tysons Boulevard, Suite 1000<br>McLean, Virginia 22102<br>bargerd@gtlaw.com<br>mckeet@gtlaw.com | Paul A. Driscoll<br>Zemanian Law Group<br>223 East City Hall Avenue,<br>Suite 201<br>Norfolk, Virginia  23510<br>paul@zemanianlaw.com | Robert H. Chappell III, Esquire<br>SPOTTS FAIN PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>rchappell@spottsfain.com |
| Jennifer J. West, Esquire<br>SPOTTS FAIN PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>jwest@spottsfain.com | Neil E. McCullagh, Esquire<br>SPOTTS FAIN PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>nmccullagh@spottsfain.com | Karl A. Moses, Jr., Esquire<br>SPOTTS FAIN PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>kmoses@spottsfain.com |
| Michael G. Wilson, Esq.<br>MICHAEL WILSON PLC<br>PO Box 6330<br>Glen Allen, VA 23058<br>mike@mgwilsonlaw.com | Cynthia L. Hegarty<br>MORRISON SUND, PLLC<br>5125 County Road 101, Suite 200<br>Minnetonka, MN 55345<br>chegarty@morrisonsund.com | Shawn C. Whittaker, Esq.<br>Whittaker|Myers, PC<br>1010 Rockville Pike, Suite 607<br>Rockville, MD 20852<br>Shawn@whittakermyers.com |
| Nicola G. Suglia, Esquire<br>Fleischer, Fleischer & Suglia, P.C.<br>Four Greentree Centre<br>601 Route 73 N., Suite 305<br>Marlton, NJ 08053<br>consult@fleischerlaw.com | Joshua D. Stiff, Esquire<br>Grayson T. Orsini, Esquire<br>WOLCOTT RIVERS GATES<br>200 Bendix Road, Suite 300<br>Virginia Beach, Virginia 23452<br>jstiff@wolriv.com<br>gorsini@wolriv.com | Alexander R. Green, Esquire<br>CLARK HILL, PLC<br>1001 Pennsylvania Ave NW, STE 1300 S<br>Washington, D.C. 20004<br>agreen@clarkhill.com |
| Bank Direct Capital Finance<br>c/o Kevin J. Funk<br>Durrette Arkema Gerson & Gill PC<br>1111 East Main Street, 16th Floor<br>Richmond, Virginia 23219<br>kfunk@dagglaw.com | Amy Wiekel<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121<br>Ra-li-ucts-bankrupt@state.pa.us | Linda Georgiadis<br>c/o Ronald A. Page, Jr.<br>Ronald Page, PLC<br>P.O. Box 73087<br>N. Chesterfield, VA 23235<br>rpage@rpagelaw.com |
| Harris County<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson, LLP<br>Po Box 3064<br>Houston, TX 77253-3064<br>houston_bankruptcy@publicans.com | Latonya  Mallory<br>c/o  Robert  T.  Hall<br>Hall & Sethi, P.L.C<br>11260 Roger Bacon Drive, Suite 400<br>Reston, VA 20190<br>rthall@hallandsethi.com | Lynn L. Tavenner, Trustee<br>c/o Paula S. Beran, Esq.<br>Tavenner & Beran, PLC<br>20 N. 8th Street, 2nd Floor<br>Richmond, VA 23219<br>pberan@tb-lawfirm.com |
| Wilmington Trust, N.A.<br>Kelly Rae Gring, Esq.<br>Tromberg Law Group, LLC<br>413 Stuart Circle, Suite 314<br>Richmond, VA 23220<br>ecfva@tromberglawgroup.com<br>kgring@tromberglawgroup.com | First Legal Network, LLC<br>c/o Ronald A. Page, Jr.<br>Ronald Page, PLC<br>P.O. Box 73087<br>N. Chesterfield, VA 23235<br>rpage@rpagelaw.com | Creative Office Environments of Richmond, LLC<br>c/o William A. Gray, Esquire<br>William Gray, PLLC<br>2605 Kensington Ave<br>Richmond, VA 23220<br>graybklaw@gmail.com |

SCHEDULE A

| | | |
|---|---|---|
| Paul M. Nussbaum, Esq.<br>WHITEFORD, TAYLOR & PRESTON LLP<br>7 Saint Paul Street<br>Baltimore, MD 21202<br>pnussbaum@wtplaw.com | William A. Broscious, Esquire<br>William A. Broscious, Esq., PLC<br>P.O. Box 71180<br>Henrico, Virginia 23255<br>wbroscious@brosciouslaw.com | J. Scott Sexton, Esquire<br>Andrew M. Bowman, Esquire<br>Gentry Locke<br>P.O. Box 40013<br>Roanoke, Virginia 24002<br>sexton@gentrylocke.com<br>bowman@gentrylocke.com |
| Erika L. Morabito, Esq.<br>Quinn Emanuel<br>1300 I Street, N.W., Suite 900<br>Washington, DC 20005<br>erikamorabito@quinnemanuel.com | Bradford F. Englander<br>Whiteford Taylor & Preston, LLP<br>3190 Fairview Park Drive, Suite 800<br>Falls Church, Virginia 22042<br>benglander@wtplaw.com | Dion W. Hayes, Esq.<br>McGuireWoods LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219-3916<br>dhayes@mcquirewoods.com |
| Jeffrey M. Orenstein, Member<br>Wolff & Orenstein, LLC<br>Shady Grove Plaza<br>15245 Shady Grove Road<br>Suite 465<br>Rockville, Maryland 20850<br>JOrenstein@wolawgroup.com | Ronald S. Canter, Esq<br>Bradley Canter, Esq<br>200A Monroe Street, Suite 104<br>Rockville, MD 20850<br>bcanter@roncanterllc.com<br>rcanter@roncanterllc.com | Franklin R. Cragle, III, Esquire<br>Hirschler Fleischer<br>2100 East Cary Street Richmond, VA 23223-7078<br>fcragle@hirschlerlaw.com |
| Jed Donaldson, Esq.<br>LimNexus LLP<br>1050 Connecticut Ave. NW, Suite 500<br>Washington, DC 20036<br>jed.donaldson@limnexus.com | Paul A. Driscoll, Esq.<br>Zemanian Law Group<br>223 E. City Hall Ave.,<br>Suite 201Norfolk, VA 23510<br>paul@zemanianlaw.com | Brandon R. Jordan, Esq<br>Robertson, Anschutz, Schneid & Crane LLC<br>11900 Parklawn Drive, Suite 310<br>Rockville, MD 20852<br>bjordan@raslg.com |
| Richard C. Maxwell, Esq.<br>Woods Rogers PLC<br>10 S. Jefferson Street, Suite 1800<br>Roanoke, VA 24011 rmaxwell@woodsrogers.com | Roy M. Terry, Jr., Esq.<br>The Terry Law Firm PLLC<br>2711 Buford Rd., Ste 170<br>North Chesterfield, VA 23235<br>roymterry@gmail.com | Lori D. Thompson, Esq.<br>Spilman Thomas & Battle, PLLC<br>LThompson@spilmanlaw.com |
| Robert S. Westermann, Esq.<br>Hirschler Fleischer, P.C.<br>2100 East Cary Street<br>Richmond, Virginia 23223<br>rwestermann@hirschlerlaw.com | Darek S. Bushnaq<br>Frederick W.H. Carter<br>Venable LLP<br>750 E. Pratt Street, Suite 900<br>Baltimore, Maryland 21202<br>dsbushnaq@venable.com<br>fwcarter@venable.com | Michael E. Hastings, Esq<br>Woods Rogers, PLC<br>10 S. Jefferson Street, 1800<br>Roanoke, VA 24011<br>Mhastings@woodsrogers.com |
| Susan Poll Klaessy<br>Foley & Lardner LLP<br>321 N. Clark Street, Suite 3000 Chicago, IL 60654<br>spollklaessy@foley.com | Jaime Walker Luse<br>Tydings & Rosenberg<br>One East Pratt Street, Suite 901<br>Baltimore, MD 21202<br>jluse@tydings.com | Jonathan L. Hauser<br>JONATHAN L. HAUSER, ESQ.<br>929 Bobolink Dr.<br>Virginia Beach, VA 23451<br>jhauser929@gmail.com |
| John McJunkin<br>BAKER DONELSON<br>901 K Street, NW, Suite 900<br>Washington, DC 20001<br>jmcjunkin@bakerdonelson.com | Daniel Carrigan<br>BAKER DONELSON<br>901 K Street, NW, Suite 900<br>Washington, DC 20001<br>dcarrigan@bakerdonelson.com | A. Lee Hogewood III<br>K&L Gates LLP<br>P.O. Box 17047<br>Raleigh, North Carolina 27619<br>lee.hogewood@klgates.com |
| Warren A. Usatine<br>25 Main Street<br>Hackensack, NJ 07601<br>wusatine@coleschotz.com | Diana Lyn Curtis McGraw<br>Fox Rothschild LLP<br>2020 K Street, N.W.<br>Suite 500<br>Washington, D.C. 20006<br>DMcGraw@foxrothschild.com | James C. Cosby<br>O'Hagan Meyer<br>411 E. Franklin, Suite 500<br>Richmond VA 23219<br>jcosby@ohaganmeyer.com |

# SCHEDULE A

| | | |
|---|---|---|
| Thomson West-6292<br>P.O. Box 629<br>Carol Stream, IL 60197-6292 | Post Oak Realty Investment<br>Partners, LP<br>13355 Noel Road, 22nd Floor<br>Dallas, TX 75240 | Thomson Reuters Master<br>Data Center<br>P.O. Box 673451<br>Detroit, MI 48267-3451 |
| New Boston Long Wharf, LLC<br>c/o The Corporation Trust Company, r/a<br>1209 Orange Street<br>Wilmington, DE 19801 | Mikro Systems, Inc.<br>Julie Melampy, Controller<br>1180 Seminole Trail, Suite 220<br>Charlottesville, VA 22901 | ConvergeOne, Inc.<br>3344 Highway 149<br>Eagan, MN 55121 |
| Networking Technologies & Support, Inc.<br>Bernard Robinson<br>14421 Justice Road<br>Midlothian, VA 23113 | Brittany B. Falabella, Esq.<br>Hirschler Fleischer, P.C.<br>2100 East Cary Street<br>Richmond, Virginia 23223<br>bfalabella@hirschlerlaw.com | |
| Christopher Perkins<br>Eckert Seamans<br>919 E. Main St., Suite 1300<br>Richmond VA 23219<br>cperkins@eckertseamans.com | Thomas M. Wolf<br>twolf@ohaganmeyer.com | |
| Bradford Capital<br>PO Box 4353<br>Clifton, NJ 07012<br>bbrager@bradfordcapitalmgmt.com | Kimberly Gianis<br>KBG Consulting LLC<br>Kbgconsultingllc@gmail.com | |
| Jacqueline M. Price<br>Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110<br>JMP@bostonbusinesslaw.com | Philip T. "Pete" Evans, Esq.<br>Holland & Knight<br>800 17th Street N.W., Suite 1100<br>Washington, District of Columbia 20006<br>philip.evans@hklaw.com | |

SCHEDULE A