**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | **)** | Case No. |
| | ) | 19-34574-KRH |
| LeClairRyan, PLLC, [1] | ) | |
| | ) | Chapter |
| Debtor | ) | 7 |
| | ) | |

**ORDER APPROVING COMPENSATION**
**OF ACCOUNTANT FOR TRUSTEE**

Comes now Lynn L. Tavenner, Trustee (the "Trustee), on behalf of Barry Strickland &

Company, Certified Public Accountants, accountant for the bankruptcy estate of the Debtor, on its

Application for Compensation (ECF 2011) (the "Application") for services rendered on behalf of the

Trustee; and

It appearing to the Court that proper Notice of the Application was mailed to all requisite

creditors and parties in interest, no objections having been filed and hearing having been held, it is

hereby

**ORDERED** that Barry Strickland & Company be awarded compensation in the amount of

**$2,456.75** for services rendered as accountant for the Estate and the Trustee is hereby authorized, but

not directed, to pay the amounts so allowed.

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the
last four digits of the Debtor's federal tax identification number are 2451.

---

*Paula S. Beran, Esquire (VSB # 34679)*
*Tavenner & Beran PLC*
*20 N. Eighth Street, Second Floor*
*Richmond, VA 23219*
*(804) 783-8300*
    *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Entered: Nov 8 2023

/s/ Kevin R Huennekens

United States Bankruptcy Judge

We ask for this:

Entered On Docket: Nov 9 2023

*/s/ Paula S. Beran*
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Seen and no objection:

*/s/ Shannon F. Pecoraro*
Shannon F. Pecoraro (Va. Bar No. 46864)
Department of Justice
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
Tel: (804) 771-2310
Fax: (804) 771-2330

## Local Rule 9022-1 Certification

I hereby certify that, pursuant to Local Rule 9022-1, the foregoing proposed *Order* has either been served upon and /or endorsed by all necessary parties.

*/s/ Paula S. Beran*
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## Service List of Entered Order

Shannon F. Pecoraro, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

Paula S. Beran, Esquire
Tavenner & Beran PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219