# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>Debtor | Case No. 19-34574-KRH<br><br>Chapter 7 |

## PROPOSED AGENDA FOR HEARING ON
## NOVEMBER 28, 2023, AT 11:00 A.M. (PREVAILING EASTERN TIME)

    Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on November 28, 2023, beginning at 11:00 A.M. The Hearing will be conducted in person at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. In addition, in accordance with the *Guide to Judiciary Policy*, the Court will provide live remote public audio access to any portion of that proceeding in which a witness is not testifying. The listen-only conference line information is:

    Dial:  1-866-590-5055
    Access Code:  4377075
    Security Code:  1128

In the event of witness testimony, the listen-only conference line will be disabled. Any person seeking to participate remotely at the Hearing should follow the Procedure for Remote Appearances as found at https://www.vaeb.uscourts.gov/news/announcement-implementing-new-procedure-remote-appearances-effective-october-1-2023.

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
pberan@tb-lawfirm.com
    *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## I. PROFESSIONAL FEE APPLICATIONS

1. *NINTH APPLICATION FOR COMPENSATION FOR QUINN EMANUEL URQUHART & SULLIVAN, LLP as SPECIAL COUNSEL TO THE TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED* filed by Erika L. Morabito of Quinn Emanuel on behalf of Quinn Emanuel Urquhart & Sullivan, LLP. (Attachments*: # 1 Exhibit(s) A # 2 Exhibit(s) B # 3 Exhibit(s) C # 4 Exhibit(s) D # 5 Exhibit(s) E)* [ECF No. 2046]

    Related documents:

    a. *Notice of Motion and Notice of Hearing* (Re: related document(s)2046 Application for Compensation filed by Quinn Emanuel Urquhart & Sullivan, LLP) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 2047]

    Response Deadline:    November 21, 2023

    Responses Filed:    None at the time of the filing of this Agenda.

    Status:    The Trustee will respectfully request that the Court approve the Application.

2. *APPLICATION FOR COMPENSATION FOR FOLEY & LARDNER LLP AS ATTORNEY (Amended Final Application of Foley & Lardner LLP, as Special Counsel to the Trustee, for Approval and Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from January 30, 2020 through March 31, 2021)* filed by Jonathan L. Hauser of Jonathan L. Hauser, Esq. on behalf of Foley & Lardner LLP. [ECF No. 2035]

    Related documents:

    a. *Notice of (i) Application for Allowance of Compensation and Expense Reimbursement and (II) Hearing Thereon* (Re: related document(s) 2035 Amended Final Fee Application for Compensation filed by Foley & Lardner LLP) filed by Jonathan L. Hauser of Jonathan L. Hauser, Esq. on behalf of Foley & Lardner LLP. [ECF No. 2036]
    b. *Notice of Resolution Between Quinn Emanuel Urquhart & Sullivan, LLP and Foley & Lardner LLP With Respect to Foley's Final Fee Application* (Re: related document(s)1960 *Final Application for Compensation of Fees and Expenses of Foley & Lardner LLP,* 1983 *Quinn Emanuel Objection to Final Application*) filed by Erika L. Morabito of Quinn Emanuel on behalf of Quinn Emanuel Urquhart & Sullivan, LLP. [ECF No. 2033]

    c. *Notice of Withdrawal regarding Declarations of Geoff S. Goodman* (Re: related document(s)1365 Sealed Document filed by Foley & Lardner LLP, 1397 Declaration filed by Foley & Lardner LLP, 1960 Sealed Document filed by Foley & Lardner LLP) filed by Jonathan L. Hauser of Jonathan L. Hauser, Esq. on behalf of Foley & Lardner LLP. [ECF No. 2034]

Response Deadline: November 21, 2023

Responses Filed: *Response of the United States Trustee to the Thirteenth Interim Fee Application of Tavenner & Beran, PLC and to the Final Fee Application of Foley & Lardner and Request for the Establishment of Procedures to Reimburse the Estate* filed by Kathryn R. Montgomery on behalf of Gerard R. Vetter, Acting United States Trustee for Region Four [ECF No. 2028]

Status: The Trustee previously approved amounts sought in the Foley Amended Final Fee Application in the context of interim fee applications (Re: related interim orders at documents 587, 657, 779, 931). The concern articulated in the Response filed by the Office of the United States Trustee has been addressed given Foley & Lardner LLP's agreement to pay the amounts at issue. As such, the Trustee has no objection to the amounts approved and previously paid being allowed on a final basis. The Trustee understands that Foley & Lardner LLP will seek (a) this Court's approval on a final basis the amounts approved on an interim basis and previously paid and (b) no additional amount from the Estate.

## II. REPORTS

3. Case Status and Report pursuant to Local Rule 2015-(a) - (1)(A)

    Respectfully submitted,

    **LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

Dated: November 26, 2023  
Richmond, Virginia

    By: */s/ Paula S. Beran*  
    Paula S. Beran, Esquire (VSB No. 34679)  
    PBeran@TB-LawFirm.com  
    Tavenner & Beran, PLC  
    20 North 8th Street  
    Richmond, Virginia 23219  
    Telephone: (804) 783-8300  
        *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court and applicable orders, I certify that on the 26th day of November 2023, a true copy of the foregoing Agenda was sent electronically to all parties receiving ECF notices in this Case.

/s/ *Paula S. Beran*
        Counsel for Lynn L. Tavenner, Chapter 7 Trustee