# Exhibit A

## Nelson Declaration

10750-00001/14671493.6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **In re:** | |
| **LeClairRyan PLLC,** | **Case No.: 19-34574-KRH** |
| **Debtor.[1]** | **Chapter 7** |

**DECLARATION OF BRITTANY J. NELSON IN SUPPORT OF THE COMBINED
TENTH INTERIM AND FINAL FEE APPLICATION OF QUINN EMANUEL
URQUHART & SULLIVAN, LLP, AS SPECIAL COUNSEL TO THE TRUSTEE, FOR
APPROVAL AND ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES INCURRED FOR THE PERIOD FROM MAY 18, 2021 THROUGH
<u>JANUARY 22, 2024</u>**

I, Brittany J. Nelson, being duly sworn, state the following under penalty of perjury:

1.      I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, located at 1300 I Street, NW, Suite 900, Washington, DC  20005 ("<u>Quinn</u>").  I have worked extensively on the above-captioned case.  I am a member in good standing of the Bar of the Commonwealth of Virginia, the State of Utah, and the District of Columbia and am admitted to practice in the United States Bankruptcy Court for the Eastern District of Virginia.  There are no disciplinary proceeding pending against me.

2.      I have read the foregoing *Combined Tenth Interim and Final Fee Application of Quinn Emanuel Urquhart & Sullivan LLP as Special Counsel to the Trustee For Approval and Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from May 18, 2021 Through January 22, 2024* (the "<u>Final Fee Application</u>").[2]  To the best of my knowledge,

---

[1] The principal address of LeClairRyan PLLC as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Final Fee Application.

information and belief, the statements contained in the Final Fee Application are true and correct.

In addition, I believe that the Final Fee Application complies with the Local Bankruptcy Rules.

3.      Prior to the filing of the Final Fee Application, drafts of the Final Fee Application, this Declaration, and the proposed form of the final order approving the Final Fee Application were shared with the Trustee for her review and comment.  The Trustee approves the Final Fee Application and the proposed form of the final order.

4.      In connection herewith, I hereby certify that:

a.      to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Final Fee Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein;

b.      the fees and disbursements sought in the Final Fee Application are billed at rates customarily employed by Quinn and generally accepted by Quinn's clients. In addition, none of the professionals seeking compensation varied their hourly rate based on the geographic location of this case.

d.      in providing a reimbursable expense, Quinn does not make a profit on that expense, whether the service is performed by Quinn in-house or through a third party; and

e.      in accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between Quinn and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 1, 2024

/s/ Brittany J. Nelson
Brittany J. Nelson