**Exhibit B**

**Compensation by Timekeeper During the Tenth Interim Period**

| Name of Professional | Title | Year Admitted | Department | Hourly Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Erika L. Morabito | Partner | 1999 | Bankruptcy & Restructuring | $1,517.00 | 11.70 | $17,748.90 |
| Brittany J. Nelson | Partner | 2005 | Bankruptcy & Restructuring | $1,188.00 | 11.70 | $13,899.60 |
| Halicia Draughn | Paralegal | | Bankruptcy & Restructuring | $410.00 | 10.50 | 4,305.00 |
| **Total** | | | | | **33.90** | **$35,953.50** |
| **Blended Hourly Rate for All Timekeepers** | | | | **$1,060.58** | | |

[1] This amount reflects a ten (10) percent discount off of Quinn's hourly rates in place currently for this matter, which are already below those rates being charged in other matters as a professional courtesy to the Chapter 7 Trustee.