## Exhibit C

**Summary of Compensation Requested by Project Category for the Tenth Interim Compensation Period**

| Task Code | Project Categories | Total Hours | Total Fees |
|---|---|---|---|
| S2 | Court Hearings | 4.10 | $6,088.10 |
| S4 | Fee Application of QE | 29.80 | $29,865.40 |
| | **TOTAL** | **33.90** | **$35,953.50** |