**Exhibit D**

**Summary of Expense Reimbursement Requested by Category for the
Tenth Interim Compensation Period**

| Expense Category | Total Expenses |
|---|---|
| Litigation Services – Hosting | $28,182.20 |