## Exhibit E

**Quinn Emanuel Invoices for the Tenth Interim Compensation Period**

**quinn emanuel trial lawyers**

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

Edited on 1/23/24
November 07, 2023

Lynn L. Tavenner, Chapter 7 Trustee of the Bankruptcy Estate of
Tavenner & Beran, PLC
20 North 8th Street, 2nd Floor
Richmond, VA 23219

Matter #: 10750-00001
Invoice Number: 101-0000160229
Responsible Attorney: Erika Morabito

<u>LeClairRyan PLLC</u>

For Professional Services through October 31, 2023 in connection with representation of Chapter 7 Trustee.

| | |
|---|---|
| Fees | $7,862.40 |
| Expenses | $7,045.55 |
| Net Amount | $14,907.95 |
| Total Due This Invoice | $14,907.95 |
| Balance Due from Previous Statement(s) | $3,489.10 |
| Total Balance Due | $18,397.05 |

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

November 07, 2023                                                                    Matter #: 10750-00001
Page 2                                                                    Invoice Number: 101-0000160229

## Statement Detail

### S2   Court Hearings

| Date | | | | Hours | Amount |
|---|---|---|---|---|---|
| 10/11/23 | ELM | | Review of filings by Ms. P. Beran regarding upcoming Omnibus Hearing dates (0.30). | 0.30 | 455.10 |
| 10/29/23 | ELM | | Review and revise request to participate via remotely for October 31 Omnibus Hearing in order to save costs to the Estate (0.30). | 0.30 | 455.10 |
| 10/29/23 | BJN | | Conference with Ms. E. Morabito regarding upcoming hearing (0.10); related correspondence to Court regarding participation via telephone (0.10). | 0.20 | 237.60 |
| 10/30/23 | ELM | | Correspondences with Ms. L. Tavenner and Ms. P. Beran in advance of Omnibus Hearing on October 31, 2023 (0.30). | 0.30 | 455.10 |
| 10/31/23 | ELM | | Prepare for and participate remotely per Order of Court in portion of Omnibus Hearing (0.40). | 0.40 | 606.80 |
| | | | SUBTOTAL | 1.50 | 2,209.70 |

### S4   Fee Application of QE

| Date | | | | Hours | Amount |
|---|---|---|---|---|---|
| 10/27/23 | HD6 | | Prepare initial draft of QE's 9th Interim Fee Application (1.80). | 1.80 | 738.00 |
| 10/27/23 | ELM | | Telephone conference with Ms. B. Nelson regarding outstanding Epiq invoice and costs associated with same to include in Quinn's Fee Application (0.30); review and comment on initial draft of QE Fee Application and exhibits thereto (0.50). | 0.80 | 1,213.60 |
| 10/29/23 | ELM | | Review and revise draft Fee Application for Quinn (0.60); advice regarding reduction in expenses from | 0.90 | 1,365.30 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

November 07, 2023                                                         Matter #: 10750-00001
Page 3                                                        Invoice Number: 101-0000160229

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| | | Epiq due to late submission of invoices in an effort to save money for the Estate (0.30). | | |
| 10/30/23 | ELM | Review of proposed final version of Interim Fee Application of Quinn Emmanuel to be sent to client for review (0.40); correspondences with Ms. B. Nelson, Ms. L. Tavenner and Ms. P. Beran regarding same (0.20). | 0.60 | 910.20 |
| 10/30/23 | BJN | Review and revise Ninth Interim Fee Application (1.10); correspondence with Ms.  L. Tavenner regarding same (0.10). | 1.20 | 1,425.60 |
| | | SUBTOTAL | 5.30 | 5,652.70 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Erika Morabito | ELM | Partner | 3.60 | 1,517.00 | 5,461.20 |
| Brittany Nelson | BJN | Partner | 1.40 | 1,188.00 | 1,663.20 |

| Case Assistants | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Halicia Draughn | HD6 | Paralegal | 1.80 | 410.00 | 738.00 |

## Expense Summary

| Description | Amount |
|---|---|
| Professional services - Other | 7,045.55 |
| Total Expenses | $7,045.55 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers
**quinn emanuel urquhart & sullivan, llp**

## Current Invoice Summary

Matter Name : LeClairRyan PLLC

| | | |
|---|---|---|
| Matter #: 10750-00001 | Total Fees | $7,862.40 |
| Bill Date: November 07, 2023 | Expenses | $7,045.55 |
| Invoice Number: 101-0000160229 | Total Due this Invoice | $14,907.95 |

**Payment Due By February 24, 2024**

## Account Summary

| | |
|---|---|
| Balance Due from Previous Statement(s) | **$3,489.10** |
| Total Balance Due | **$18,397.05** |

## Current Account Summary

| Date | Invoice No. | Month of Service | Amount Billed | Payments Applied | Outstanding Amount |
|---|---|---|---|---|---|
| 09/18/23 | 101-0000157787 | August 2023 | $3,489.10 | $0.00 | $3,489.10 |
| 11/07/23 | 101-0000160229 | October 2023 | $14,907.95 | $0.00 | $14,907.95 |

**<u>Please reference invoice number and send check to:</u>**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

<u>Or Wire funds to:</u>   City National Bank
555 South Flower St., 12th Floor
Los Angeles, CA  90071

| | |
|---|---|
| Account Info: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Bank Account: | Deposit Account #210032347 |
| Bank ABA No.: | 122016066 |
| Swift Code: | CINAUS6L |
| *References:* | *Invoice number and client name / matter number please* |

Tax ID#  95-4004138

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel trial lawyers**

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

December 13, 2023

Lynn L. Tavenner, Chapter 7 Trustee of the Bankruptcy Estate of
Tavenner & Beran, PLC
20 North 8th Street, 2nd Floor
Richmond, VA 23219

Matter #: 10750-00001
Invoice Number: 101-0000162096
Responsible Attorney: Erika Morabito

LeClairRyan PLLC

For Professional Services through November 30, 2023 in connection with representation of Chapter 7
Trustee.

| | |
|---|---:|
| Fees | $3,997.20 |
| Expenses | $7,045.55 |
| Net Amount | $11,042.75 |
| Total Due This Invoice | $11,042.75 |
| Balance Due from Previous Statement(s) | $18,397.05 |
| Total Balance Due | $29,439.80 |

**Confidential – May include attorney-client privileged and work-product information**

*Reissued 1/24/24*

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

December 13, 2023
Page 2

Matter #: 10750-00001
Invoice Number: 101-0000162096

## Statement Detail

### S2   Court Hearings

| | | | | |
|---|---|---|---|---|
| 11/09/23 | ELM | Correspondence with Ms. P. Beran and Ms. L. Tavenner regarding upcoming November 28 Omnibus Hearing (0.20). | 0.20 | 303.40 |
| 11/24/23 | ELM | Review and comment on Agenda from Ms. P. Beran for upcoming Omnibus hearing on November 28 (0.20); correspondences with Ms. P. Beran regarding same (0.10). | 0.30 | 455.10 |
| 11/27/23 | ELM | Review of Affidavit of Ms. L. Tavenner for upcoming Omnibus Hearing (0.30); review of pleadings in advance of Omnibus Hearing on November 28, 2023, including Quinn Interim Fee Application (0.60). | 0.90 | 1,365.30 |
| 11/28/23 | ELM | Attend Omnibus Hearing in Richmond Virginia (0.80) [no charge for travel]. | 0.80 | 1,213.60 |
| 11/28/23 | BJN | Prepare for and participate in Omnibus hearing (0.80); bop proposed order to system (0.20). | 0.20 | 237.60 |
| | | SUBTOTAL | 2.40 | 3,575.00 |

### S4   Fee Application of QE

| | | | | |
|---|---|---|---|---|
| 11/02/23 | BJN | Follow up with Ms. L. Tavenner regarding fee application (0.10). | 0.10 | 118.80 |
| 11/06/23 | ELM | Correspondences with Ms. L. Tavenner and Ms. P. Beran regarding Quinn's 9th Fee Application and comments to same from Ms. L. Tavenner, as well as notice procedures for filing same (0.20). | 0.20 | 303.40 |
| | | SUBTOTAL | 0.30 | 422.20 |

# quinn emanuel trial lawyers

December 13, 2023                                                                            Matter #: 10750-00001
Page 3                                                                            Invoice Number: 101-0000162096

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Erika Morabito | ELM | Partner | 2.40 | 1,517.00 | 3,640.80 |
| Brittany Nelson | BJN | Partner | 0.30 | 1,188.00 | 356.40 |

## Expense Summary

| Description | Amount |
|---|---|
| Professional services - Other | 7,045.55 |
| Total Expenses | $7,045.55 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel trial lawyers**

**quinn emanuel urquhart & sullivan, llp**

## Current Invoice Summary

Matter Name : LeClairRyan PLLC

| | |
|---|---|
| Matter #: 10750-00001 | Total Fees............................................................$3,997.20 |
| Bill Date: December 13, 2023 | Expenses...........................................................$7,045.55 |
| Invoice Number: 101-0000162096 | Total Due this Invoice....................................$11,042.75 |

**Payment Due By February 25, 2024**

### Account Summary

Balance Due from Previous Statement(s)...........................................**$18,397.05**

Total Balance Due....................................................**$29,439.80**

### Current Account Summary

| Date | Invoice No. | Month of Service | Amount Billed | Payments Applied | Outstanding Amount |
|---|---|---|---|---|---|
| 09/18/23 | 101-0000157787 | August 2023 | $3,489.10 | $0.00 | $3,489.10 |
| 11/07/23 | 101-0000160229 | October 2023 | $14,907.95 | $0.00 | $14,907.95 |
| 12/13/24 | 101-0000162096 | November 2023 | $11,042.75 | $0.00 | $11,042.75 |

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**

865 S. Figueroa St., 10th Floor

Los Angeles, CA 90017

Or Wire funds to:

City National Bank

555 South Flower St., 12th Floor

Los Angeles, CA  90071

| | |
|---|---|
| Account Info: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Bank Account: | Deposit Account #210032347 |
| Bank ABA No.: | 122016066 |
| Swift Code: | CINAUS6L |
| *References:* | *Invoice number and client name / matter number please* |

Tax ID#  95-4004138

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich



**quinn emanuel** trial lawyers
**quinn emanuel urquhart & sullivan, llp**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel trial lawyers**

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

January 16, 2024

Lynn L. Tavenner, Chapter 7 Trustee of the Bankruptcy Estate of
Tavenner & Beran, PLC
20 North 8th Street, 2nd Floor
Richmond, VA 23219

Matter #: 10750-00001
Invoice Number: 101-0000163778
Responsible Attorney: Erika Morabito

LeClairRyan PLLC

For Professional Services through December 31, 2023 in connection with representation of Chapter 7 Trustee.

|  |  |
|---|---|
| Fees | $2,578.90 |
| Expenses | $7,045.55 |
| Net Amount | $9,624.45 |
| Total Due This Invoice | $9,624.45 |
| Balance Due from Previous Statement(s) | $29,439.80 |
| Total Balance Due | $39,064.25 |

**Confidential – May include attorney-client privileged and work-product information**

*Edited 1/23/24*

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

## Statement Detail

### S4   Fee Application of QE

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 12/05/23 | ELM | Attend to expenses and status of order for QE's latest fee application (.30); follow up with Ms. L. Tavenner regarding timing of QE's final fee application (.20). | 0.60 | 910.20 |
| 12/28/23 | ELM | Conference call with Ms. B. Nelson regarding summary of discussions with Ms. L. Tavenner regarding final fee application for Quinn in order to expedite the final administration of the case by the Chapter 7 Trustee (0.30); outline final pleadings based upon recent case law and unique circumstances of this case (0.80). | 1.10 | 1,668.70 |
| | | SUBTOTAL | 1.70 | 2,578.90 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Erika Morabito | ELM | Partner | 1.70 | 1,517.00 | 2,578.90 |

## Expense Summary

| Description | Amount |
|---|---|
| Professional services - Other | 7,045.55 |
| Total Expenses | $7,045.55 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel trial lawyers**
quinn emanuel urquhart & sullivan, llp

## Current Invoice Summary

Matter Name : LeClairRyan PLLC

| | |
|---|---|
| Matter #: 10750-00001 | Total Fees......................................................$2,578.90 |
| Bill Date: January 16, 2024 | Expenses......................................................$7,045.55 |
| Invoice Number: 101-0000163778 | Total Due this Invoice.....................................$9,624.45 |

**Payment Due By February 24, 2024**

### Account Summary

Balance Due from Previous Statement(s)...........................................**$29,439.80**
Total Balance Due...........................................................................**$39,064.25**

### Current Account Summary

| Date | Invoice No. | Month of Service | Amount Billed | Payments Applied | Outstanding Amount |
|---|---|---|---|---|---|
| 09/18/23 | 101-0000157787 | August 2023 | $3,489.10 | $0.00 | $3,489.10 |
| 11/07/23 | 101-0000160229 | October 2023 | $14,907.95 | $0.00 | $14,907.95 |
| 12/13/23 | 101-0000162096 | November 2023 | $11,042.75 | $0.00 | $11,042.75 |
| 01/16/24 | 101-0000163778 | December 2023 | $9,624.45 | $0.00 | $9,624.45 |

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

| | |
|---|---|
| Or Wire funds to: | City National Bank |
| | 555 South Flower St., 12th Floor |
| | Los Angeles, CA  90071 |
| Account Info: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Bank Account: | Deposit Account #210032347 |
| Bank ABA No.: | 122016066 |
| Swift Code: | CINAUS6L |
| *References:* | *Invoice number and client name / matter number please* |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel trial lawyers**
quinn emanuel urquhart & sullivan, llp

Tax ID#  95-4004138



Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

**quinn emanuel trial lawyers**

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

January 24, 2024

Lynn L. Tavenner, Chapter 7 Trustee of the Bankruptcy Estate of
Tavenner & Beran, PLC
20 North 8th Street, 2nd Floor
Richmond, VA 23219

Matter #: 10750-00001
Invoice Number: 101-0000164482
Responsible Attorney: Erika Morabito

<u>LeClairRyan PLLC</u>

For Professional Services through January 22, 2024 in connection with representation of Chapter 7 Trustee.

| | |
|---|---:|
| Fees | $21,515.00 |
| Expenses | $7,045.55 |
| Net Amount | $28,560.55 |
| Total Due This Invoice | $28,560.55 |
| Balance Due from Previous Statement(s) | $39,064.25 |
| Total Balance Due | $67,624.80 |

**Confidential – May include attorney-client privileged and work-product information**

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

January 24, 2024                                                                                   Matter #: 10750-00001
Page 2                                                                                    Invoice Number: 101-0000164482

## Statement Detail

### S2   Court Hearings

| | | | | |
|---|---|---|---|---|
| 01/03/24 | ELM | Correspondences with Ms. P. Beran and Ms. L. Tavenner regarding dates for the upcoming omnibus hearings (0.10). | 0.10 | 151.70 |
| 01/18/24 | ELM | Correspondences with Ms. B. Nelson and Ms. L. Tavenner regarding upcoming January Omnibus Hearing and request for Ms. L. Tavenner's view as to whether or not QE needs to attend in light of no significant updates on the litigation side by QE. | 0.10 | 151.70 |
| | | SUBTOTAL | 0.20 | 303.40 |

### S4   Fee Application of QE

| | | | | |
|---|---|---|---|---|
| 01/03/24 | ELM | Correspondence with Ms. P. Beran regarding timing of filing of final fee application for Quinn in light of status of the administration of the case and for cost and efficiency purposes (0.20); attend to initial draft of the final fee application (0.60). | 0.80 | 1,213.60 |
| 01/08/24 | BJN | Prepare for and telephone conference with Ms. H. Siagian-Draughn regarding issues needed for final fee application; related conference with Ms. E. Morabito regarding same (0.40). | 0.40 | 475.20 |
| 01/08/24 | HD6 | Initial draft of Final Fee Application (1.80). | 1.80 | 738.00 |
| 01/10/24 | HD6 | Work on final fee application (1.80). | 1.80 | 738.00 |
| 01/11/24 | BJN | Correspondence with Ms. H. Siagian-Draughn regarding issues related to fee application (0.30). | 0.30 | 356.40 |
| 01/17/24 | ELM | Review of latest draft of final fee application for Quinn (0.40); call with | 0.70 | 1,061.90 |

Abu Dhabi ǀ Atlanta ǀ Austin ǀ Beijing ǀ Berlin ǀ Boston ǀ Brussels ǀ Chicago ǀ Dallas ǀ Doha ǀ Hamburg ǀ Hong Kong ǀ Houston ǀ London
Los Angeles ǀ Mannheim ǀ Miami ǀ Munich ǀ Neuilly La Défense ǀ New York ǀ Paris ǀ Perth ǀ Riyadh ǀ Salt Lake City
San Francisco ǀ Seattle ǀ Shanghai ǀ Silicon Valley ǀ Stuttgart ǀ Sydney ǀ Tokyo ǀ Washington DC ǀ Wilmington ǀ Zurich

# quinn emanuel trial lawyers

January 24, 2024                                                         Matter #: 10750-00001
Page 3                                                          Invoice Number: 101-0000164482

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Ms. B. Nelson to discuss legal research related to same (0.30). |  |  |
| 01/18/24 | BJN | Correspondence with Ms. E. Morabito regarding final fee application (0.30). | 0.30 | 356.40 |
| 01/19/24 | BJN | Review and revise final fee application, including multiple conferences with Ms. E. Morabito and Ms. H. Siagian-Draughn regarding same (2.40). | 2.40 | 2,851.20 |
| 01/19/24 | ELM | Attend to QE Final Fee Application, including outline of Declaration to support same, as well as final costs, write-offs and discounts included in same (0.80); review and comment on additional case law supporting Final Fee Application (0.40). | 1.20 | 1,820.40 |
| 01/19/24 | HD6 | Work on Tenth and Final Fee Application (2.30). | 2.30 | 943.00 |
| 01/21/24 | BJN | Review and edit Final Fee Application, including review of all interim fee applications and related analysis regarding same (3.10). | 3.10 | 3,682.80 |
| 01/22/24 | HD6 | Continue work on Final Fee Application (2.80). | 2.80 | 1,148.00 |
| 01/22/24 | BJN | Review and revise final fee application (2.90); related conference with Ms. E. Morabito regarding same (0.20); related conferences with Ms. H. Siagian-Draughn regarding needed edits, other related issues (0.40). | 3.50 | 4,158.00 |
| 01/22/24 | ELM | Review and edit latest draft of the QE Final Fee Application (0.60); conference with Ms. B. Nelson regarding same, including incorporation of items requested by Ms. L. Tavenner (0.50). | 1.10 | 1,668.70 |
|  |  | SUBTOTAL | 22.50 | 21,211.60 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers

January 24, 2024

Matter #: 10750-00001

Page 4

Invoice Number: 101-0000164482

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Erika Morabito | ELM | Partner | 4.00 | 1,517.00 | 6,068.00 |
| Brittany Nelson | BJN | Partner | 10.00 | 1,188.00 | 11,880.00 |
| | | | | | |
| Case Assistants | Init. | Title | Hours | Rate | Amount |
| Halicia Draughn | HD6 | Paralegal | 8.70 | 410.00 | 3,567.00 |

## Expense Summary

| Description | Amount |
|---|---|
| Professional services - Other | 7,045.55 |
| Total Expenses | $7,045.55 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers
## quinn emanuel urquhart & sullivan, llp

## Current Invoice Summary

Matter Name : LeClairRyan PLLC

| | |
|---|---|
| Matter #: 10750-00001 | Total Fees...................................................$21,515.00 |
| Bill Date: January 24, 2024 | Expenses...................................................$7,045.55 |
| Invoice Number: 101-0000164482 | Total Due this Invoice.......................................$28,560.55 |

**Payment Due By February 25, 2024**

### Account Summary

Balance Due from Previous Statement(s)........................................**$39,064.25**

Total Balance Due..................................................**$67,624.80**

### Current Account Summary

| Date | Invoice No. | Month of Service | Amount Billed | Payments Applied | Outstanding Amount |
|---|---|---|---|---|---|
| 09/18/23 | 101-0000157787 | August 2023 | $3,489.10 | $0.00 | $3,489.10 |
| 11/07/23 | 101-0000160229 | October 2023 | $14,907.95 | $0.00 | $14,907.95 |
| 12/13/23 | 101-0000162096 | November 2023 | $11,042.75 | $0.00 | $11,042.75 |
| 01/16/24 | 101-0000163778 | December 2023 | $9,624.45 | $0.00 | $9,624.45 |
| 01/24/24 | 101-0000164482 | January 2024 | $28,560.55 | $0.00 | $28,560.55 |

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

| | |
|---|---|
| Or Wire funds to: | City National Bank |
| | 555 South Flower St., 12th Floor |
| | Los Angeles, CA  90071 |
| Account Info: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Bank Account: | Deposit Account #210032347 |
| Bank ABA No.: | 122016066 |
| Swift Code: | CINAUS6L |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Wilmington | Zurich

# quinn emanuel trial lawyers
**quinn emanuel urquhart & sullivan, llp**

*References:*                    *Invoice number and client name / matter number please*

Tax ID#  95-4004138

REMITTANCE