## Exhibit G

### Summary of Hours Billed by Working Timekeeper for Final Fee Period

| Name of Professional | Title | Year Admitted | Department | Hourly Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Erika L. Morabito | Partner | 1999 | Bankruptcy & Restructuring[2] | $1,377.00 | 208.69 | $287,366.13 |
| Erika L. Morabito | Partner | 1999 | Bankruptcy & Restructuring | $1,517.00 | 38.10 | $57,797.70 |
| Brittany J. Nelson | Partner | 2005 | Bankruptcy & Restructuring | $1,080.00 | 95.50 | $103,140.00 |
| Brittany J. Nelson | Partner | 2005 | Bankruptcy & Restructuring | $1,188.00 | 37.20 | $44,193.60 |
| Danielle Gilmore | Partner | 1994 | Litigation | $1,377.00 | 9.70 | $13,356.90 |
| Matthew R. Scheck | Partner | 2007 | Bankruptcy & Restructuring | $1,143.00 | 12.40 | $14,173.20 |
| Kyra Simon | Associate | 2016 | Litigation | $958.00 | 3.20 | $3,065.60 |
| Isabel Peraza | Associate | 2020 | Litigation | $729.00 | 5.60 | $4,082.40 |
| Connie Kim | Paralegal | N/A | | $374.00 | 1.20 | $448.80 |
| Halicia Siagian-Draughn | Paralegal | NA | | $374.00 | 1.10 | $411.40 |
| Halicia Siagian-Draughn | Paralegal | N/A | | $410. 00 | 18.70 | $ 7,667.00 |
| **Voluntary Fee Reduction at Request of US Trustee** | | | | | | **$(5,859.00)** |
| **Total** | | | | | **431.39** | **$532,640.60** |
| **Blended Hourly Rate for All Timekeepers** | | | | **$1,234.71** | | |

[1] These billing rates represent a ten (10) percent discount of Quinn's hourly rates, as stated in the Quinn Retention Orders.

[2] On July 18, 2022, pursuant to the Engagement Letter and the Quinn Retention Orders, Quinn filed a *Notice of Increase of the Hourly Rates of Professionals* [Dkt No. 1498]. Pursuant to that Notice, Quinn's rates were increased effective September 1, 2022. When a professional is listed twice in this Exhibit, the greater hourly rate was effective after September 1, 2022.