## Exhibit H

**Summary of Hourly Fees Billed by Project Category for Final Fee Period**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Case Administration / Miscellaneous Matters | 26.30 | $35,327.80 |
| Court Hearings | 182.80 | $234,859.90 |
| Fee Application of QE | 143.59 | $165,537.73 |
| Insurance | 17.50 | $23,265.90 |
| Tax Issues | 4.60 | $6,334.20 |
| Mediation Related Fees (Reimbursed to the Estate by Greenberg Traurig Pursuant to the Third Interim Fee Order) | 59.60 | $24,150.17 |
| Appeal Related Fees | 36.40 | $49,023.90 |
| **Subtotal** | | $538,499.60 |
| Voluntary Reduction at request of the US Trustee's Office | | ($5,859.00) |
| **TOTAL** | **470.79** | **$532,640.60** |