**Exhibit J**

**Summary of Actual and Necessary Expenses for the Final Fee Period**

| Expense Category | Total Expenses |
|---|---|
| Air Fare, Local and Out of Town Travel | $12,068.67 |
| Color / Document / Outside Record Reproduction | $1,672.71 |
| Couriers | $63.00 |
| Document Services | $1,013.18 |
| Electronic Legal Research Services | $15,934.35 |
| Filing Fees / Service of Process | $350.00 |
| Hotel | $6,103.29 |
| Litigation Services – Hosting | $166,026.87 |
| Meals | $765.30 |
| Photocopying, Velobinding and Other Related Services | $5,278.47 |
| Professionals Services | $63,070.30 |
| Shipping Charges (Express Mail) | $1,578.61 |
| Transcripts:  Depositions, Hearings | $1,445.60 |
|  |  |
| **TOTAL** | **$275,370.35** |