UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>    Debtor | Case No.<br>19-34574-KRH<br><br>Chapter 7 |

**ORDER RESOLVING TRUSTEE'S**
**OBJECTION TO CLAIM NUMBER 1020**
**(City of Alexandria, Virginia)**

This matter coming before the Court on the Objection to Claim Number 1020 (the "**Objection**")[2] filed by Lynn L. Tavenner, Trustee, and not individually but solely in her capacity as the Chapter 7 trustee (in such capacity, the "**Chapter 7 Trustee**" and/or the "**Trustee**") of the bankruptcy estate (the "**Estate**") of LeClairRyan PLLC ("**LeClairRyan**" and/or the "**Debtor**"), in the above-referenced Chapter 7 case (the "**Case**"), requesting, among other things, that claim number 1020 (the "**Claim**") be reclassified as priority in the amount of $2,328.07 and as general unsecured in an amount of $358.92; and it appearing that due and proper notice and service of the Objection and the hearing (the "**Hearing**") as set forth therein was good and sufficient and that no other further notice or service of the Objection or the Hearing need be given; and it appearing that

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
pberan@tb-lawfirm.com
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
    *Counsel for the Lynn L. Tavenner, Chapter 7 Trustee*

the relief requested in the Objection and at the Hearing is in the best interest of the Debtor's Estate, creditors, and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED.

2. Claim Number 1020 is hereby reclassified as having priority status pursuant to § 507(a)(8) of the Bankruptcy Code in the amount of $2,328.07 entitled to distribution as provided at § 726(a)(1) and as general unsecured claim in an amount of $358.92 entitled to distribution as provided at § 726(a)(4). All other amounts sought by the Claimant and/or to be sought by Claimant, unless otherwise authorized by order of this Court, are hereby disallowed for distributive purposes in this Case.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Mar 1 2024
Richmond, Virginia

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Mar 4 2024

I ask for this:

/s/ *Paula S. Beran*
Paula S. Beran, Esquire (VSB No. 34679)
PBeran@TB-LawFirm.com
Tavenner & Beran, PLC
20 North 8th Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
　　*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

3

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Paula S. Beran*
Counsel

**Service List**

Paula S. Beran, Esq.
20 North 8th Street, 2nd Floor
Richmond, Virginia 23219

City of Alexandria
PO Box 178 – Attn: Virginia Ticer
Alexandria, VA  22313

Cheran Cordell Ivery, Esq.
City Attorney
Alexandria City Hall
301 King Street
Alexandria, VA 22314