**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>Debtor | Case No.<br>19-34574-KRH<br><br>Chapter 7 |

**CHAPTER 7 TRUSTEE'S**
**NOTICE OF OMNIBUS HEARING DATES**

    PLEASE TAKE NOTICE that pursuant to paragraph sixteen (16) of the *Order Establishing Certain Notice, Case Management and Administrative Procedures*, ECF No. 38, the Court has scheduled omnibus hearings (the "**Omnibus Hearings**" and each an "**Omnibus Hearing**") in the above-captioned case for the below-referenced dates and times (the "**Omnibus Hearing Dates**" and each an "**Omnibus Hearing Date**"). Unless otherwise provided below and /or further Order, the following Omnibus Hearings will be conducted in person.

        **April 30, 2024 at 11A.M.**
        **May 30, 2024 at 11 A.M.**
        **June 18, 2024 at 11 A.M.**

All matters requiring a hearing in this case shall be set for and be heard on an Omnibus Hearing Date unless alternative hearing dates are approved by the Court for good cause shown.

        Respectfully submitted,
        LYNN L. TAVENNER, CHAPTER 7 TRUSTEE

Dated: April 15, 2024
Richmond, Virginia

        By: */s/ Paula S. Beran*
        Paula S. Beran, Esquire (VSB No. 34679)
        Tavenner & Beran, PLC
        20 North 8th Street
        Richmond, Virginia 23219
        Telephone: (804) 783-8300
            *Counsel for Lynn L. Tavenner, Trustee*

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
pberan@tb-lawfirm.com
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
    *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April 2024, a true and correct copy of the foregoing has been electronically filed and served through the Court's CM/ECF system on all parties receiving such notification.

/s/  Paula S. Beran
Counsel