**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>Debtor | Case No. 19-34574-KRH<br><br>Chapter 7 |

**PROPOSED AGENDA FOR HEARING ON**
**APRIL 30, 2024, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

    Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on April 30, 2024 beginning at 11:00 A.M. The Hearing will be conducted in person at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. And in accordance with the *Guide to Judiciary Policy*, the Court will provide live remote public audio access to any portion of that proceeding in which a witness is not testifying. The listen-only conference line information is:

        Dial:  1-866-590-5055
        Access Code:  4377075
        Security Code:  43024

In the event of witness testimony, the listen-only conference line will be disabled.  Any person seeking to participate remotely in the hearing should review the following information:  https://www.vaeb.uscourts.gov/hearings-appearing-remotelycontact.

**I.    CLAIM OBJECTIONS**

    1.   Objection to Claim 253 - KL Discovery Ontrack, LLC filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No.  2182]

        Related documents:

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
pberan@tb-lawfirm.com
    *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

    a. Notice of Objection to Claim (Re: related document(s)2182 Objection to Claim filed by Lynn L. Tavenner) Hearing scheduled for 4/30/2024 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2183]

    b. Exhibit - Schedule A (Re: related document(s)[2182] Objection to Claim filed by Lynn L. Tavenner, [2183] Notice of Objection to Claim filed by Lynn L. Tavenner, [2184] Objection to Claim filed by Lynn L. Tavenner, [2185] Notice of Objection to Claim filed by Lynn L. Tavenner, [2186] Objection to Claim filed by Lynn L. Tavenner, [2187] Notice of Objection to Claim filed by Lynn L. Tavenner, [2188] Objection to Claim filed by Lynn L. Tavenner, [2189] Notice of Objection to Claim filed by Lynn L. Tavenner, [2190] Objection to Claim filed by Lynn L. Tavenner, [2191] Notice of Objection to Claim filed by Lynn L. Tavenner, [2192] Objection to Claim filed by Lynn L. Tavenner, [2193] Notice of Objection to Claim filed by Lynn L. Tavenner, [2194] Objection to Claim filed by Lynn L. Tavenner, [2195] Notice of Objection to Claim filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2235]

Response Deadline:   April 29, 2024

Responses Filed:   None at the time of the filing of this Agenda.

Status:   The Trustee will respectfully request that the Court sustain the Objection.

2. Objection to Claim 241 - Source Consulting Group LLC filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2184]

   Related documents:

    a. Notice of Objection to Claim (Re: related document(s)2184 Objection to Claim filed by Lynn L. Tavenner) Hearing scheduled for 4/30/2024 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2185]

    b. Exhibit - Schedule A (Re: related document(s)[2182] Objection to Claim filed by Lynn L. Tavenner, [2183] Notice of Objection to Claim filed by Lynn L. Tavenner, [2184] Objection to Claim filed by Lynn L. Tavenner, [2185] Notice of Objection to Claim filed by Lynn L. Tavenner, [2186] Objection to Claim filed by Lynn L. Tavenner, [2187] Notice of Objection to Claim filed by Lynn L. Tavenner, [2188] Objection to Claim filed by Lynn L. Tavenner,

[2189] Notice of Objection to Claim filed by Lynn L. Tavenner, [2190] Objection to Claim filed by Lynn L. Tavenner, [2191] Notice of Objection to Claim filed by Lynn L. Tavenner, [2192] Objection to Claim filed by Lynn L. Tavenner, [2193] Notice of Objection to Claim filed by Lynn L. Tavenner, [2194] Objection to Claim filed by Lynn L. Tavenner, [2195] Notice of Objection to Claim filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2235]

Response Deadline:   April 29, 2024

Responses Filed:   None at the time of the filing of this Agenda.

Status:   The Trustee will respectfully request that the Court sustain the Objection.

3. Objection to Claim 242 -Sarah E. Moffett filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2186]

   Related documents:

   a. Notice of Objection to Claim (Re: related document(s)2186 Objection to Claim filed by Lynn L. Tavenner) Hearing scheduled for 4/30/2024 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2187]
   b. Exhibit - Schedule A (Re: related document(s)[2182] Objection to Claim filed by Lynn L. Tavenner, [2183] Notice of Objection to Claim filed by Lynn L. Tavenner, [2184] Objection to Claim filed by Lynn L. Tavenner, [2185] Notice of Objection to Claim filed by Lynn L. Tavenner, [2186] Objection to Claim filed by Lynn L. Tavenner, [2187] Notice of Objection to Claim filed by Lynn L. Tavenner, [2188] Objection to Claim filed by Lynn L. Tavenner, [2189] Notice of Objection to Claim filed by Lynn L. Tavenner, [2190] Objection to Claim filed by Lynn L. Tavenner, [2191] Notice of Objection to Claim filed by Lynn L. Tavenner, [2192] Objection to Claim filed by Lynn L. Tavenner, [2193] Notice of Objection to Claim filed by Lynn L. Tavenner, [2194] Objection to Claim filed by Lynn L. Tavenner, [2195] Notice of Objection to Claim filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2235]

   Response Deadline:   April 29, 2024

| | |
|---|---|
| Responses Filed: | None as the filing of this Agenda. |
| Status: | The Trustee will respectfully request that the Court sustain the Objection. |

4.  Objection to Claim 251 - Special Counsel filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2188]

Related documents:

a. Notice of Objection to Claim (Re: related document(s)2188 Objection to Claim filed by Lynn L. Tavenner) Hearing scheduled for 4/30/2024 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2189]
b. Exhibit - Schedule A (Re: related document(s)[2182] Objection to Claim filed by Lynn L. Tavenner, [2183] Notice of Objection to Claim filed by Lynn L. Tavenner, [2184] Objection to Claim filed by Lynn L. Tavenner, [2185] Notice of Objection to Claim filed by Lynn L. Tavenner, [2186] Objection to Claim filed by Lynn L. Tavenner, [2187] Notice of Objection to Claim filed by Lynn L. Tavenner, [2188] Objection to Claim filed by Lynn L. Tavenner, [2189] Notice of Objection to Claim filed by Lynn L. Tavenner, [2190] Objection to Claim filed by Lynn L. Tavenner, [2191] Notice of Objection to Claim filed by Lynn L. Tavenner, [2192] Objection to Claim filed by Lynn L. Tavenner, [2193] Notice of Objection to Claim filed by Lynn L. Tavenner, [2194] Objection to Claim filed by Lynn L. Tavenner, [2195] Notice of Objection to Claim filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2235]

Response Deadline:   April 29, 2024

Responses Filed:    None as the filing of this Agenda.

Status: The Trustee will respectfully request that the Court sustain the Objection.

5.  Objection to Claim 248 - National Arbitration & Mediation, LLC filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2190]

Related documents:

a. Notice of Objection to Claim (Re: related document(s)2190 Objection to Claim filed by Lynn L. Tavenner) Hearing scheduled for 4/30/2024 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2191]

b. Exhibit - Schedule A (Re: related document(s)[2182] Objection to Claim filed by Lynn L. Tavenner, [2183] Notice of Objection to Claim filed by Lynn L. Tavenner, [2184] Objection to Claim filed by Lynn L. Tavenner, [2185] Notice of Objection to Claim filed by Lynn L. Tavenner, [2186] Objection to Claim filed by Lynn L. Tavenner, [2187] Notice of Objection to Claim filed by Lynn L. Tavenner, [2188] Objection to Claim filed by Lynn L. Tavenner, [2189] Notice of Objection to Claim filed by Lynn L. Tavenner, [2190] Objection to Claim filed by Lynn L. Tavenner, [2191] Notice of Objection to Claim filed by Lynn L. Tavenner, [2192] Objection to Claim filed by Lynn L. Tavenner, [2193] Notice of Objection to Claim filed by Lynn L. Tavenner, [2194] Objection to Claim filed by Lynn L. Tavenner, [2195] Notice of Objection to Claim filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2235]

Response Deadline:    April 29, 2024

Responses Filed:    None as the filing of this Agenda.

Status:    The Trustee will respectfully request that the Court sustain the Objection.

6. Objection to Claim 287 - Capital Credits Group, LLC filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2192]

Related documents:

a. Notice of Objection to Claim (Re: related document(s)2192 Objection to Claim filed by Lynn L. Tavenner) Hearing scheduled for 4/30/2024 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2193]

b. Exhibit - Schedule A (Re: related document(s)[2182] Objection to Claim filed by Lynn L. Tavenner, [2183] Notice of Objection to Claim filed by Lynn L. Tavenner, [2184] Objection to Claim filed by Lynn L. Tavenner, [2185] Notice of Objection to Claim filed by Lynn L. Tavenner, [2186] Objection to

      Claim filed by Lynn L. Tavenner, [2187] Notice of Objection to Claim filed by Lynn L. Tavenner, [2188] Objection to Claim filed by Lynn L. Tavenner, [2189] Notice of Objection to Claim filed by Lynn L. Tavenner, [2190] Objection to Claim filed by Lynn L. Tavenner, [2191] Notice of Objection to Claim filed by Lynn L. Tavenner, [2192] Objection to Claim filed by Lynn L. Tavenner, [2193] Notice of Objection to Claim filed by Lynn L. Tavenner, [2194] Objection to Claim filed by Lynn L. Tavenner, [2195] Notice of Objection to Claim filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2235]

      Response Deadline:   May 15, 2024

      Responses Filed:   None at the time of the filing of this Agenda.

      Status:   After receiving an informal inquiry, the Trustee agreed to extend the response deadline and continue the hearing on the Objection to May 30, 2024. As such, the Trustee will respectfully request that the Court continue the hearing on the Objection to May 30, 2024.

7. Objection to Claim 245 - Michael Drzal filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2194]

   Related documents:

      a. Notice of Objection to Claim (Re: related document(s)2194 Objection to Claim filed by Lynn L. Tavenner) Hearing scheduled for 4/30/2024 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2195]
      b. Exhibit - Schedule A (Re: related document(s)[2182] Objection to Claim filed by Lynn L. Tavenner, [2183] Notice of Objection to Claim filed by Lynn L. Tavenner, [2184] Objection to Claim filed by Lynn L. Tavenner, [2185] Notice of Objection to Claim filed by Lynn L. Tavenner, [2186] Objection to Claim filed by Lynn L. Tavenner, [2187] Notice of Objection to Claim filed by Lynn L. Tavenner, [2188] Objection to Claim filed by Lynn L. Tavenner, [2189] Notice of Objection to Claim filed by Lynn L. Tavenner, [2190] Objection to Claim filed by Lynn L. Tavenner, [2191] Notice of Objection to Claim filed by Lynn L. Tavenner, [2192] Objection to Claim filed by Lynn L. Tavenner, [2193] Notice of Objection to Claim filed by Lynn L. Tavenner, [2194] Objection to Claim filed by Lynn L. Tavenner, [2195] Notice of Objection to Claim filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2235]

    Response Deadline:   April 29, 2024

    Responses Filed:   None at the time of the filing of this Agenda.

    Status:   The Trustee will respectfully request that the Court sustain the Objections.

**II.   Reports**

  8. Case Status and Report pursuant to Local Rule 2015-(a) - (1)(A)

Respectfully submitted,

**LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

Dated: April 28, 2024    By: */s/ Paula S. Beran*
Richmond, Virginia    Paula S. Beran, Esquire (VSB No. 34679)
    PBeran@TB-LawFirm.com
    Tavenner & Beran, PLC
    20 North 8th Street
    Richmond, Virginia 23219
    Telephone: (804) 783-8300
    *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

Pursuant to the Local Rules of this Court and applicable orders, I certify that on the 28th day of April 2024, a true copy of the foregoing Agenda was sent electronically to all parties receiving ECF notices in this Case.

*/s/ Paula S. Beran*
Counsel for Lynn L. Tavenner, Chapter 7 Trustee