**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>Debtor | Case No. 19-34574-KRH<br><br>Chapter 7 |

**PROPOSED AGENDA FOR HEARING ON**
**JUNE 17, 2025, AT 1:00 P.M. (PREVAILING EASTERN TIME)**

    Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on June 17, 2025, beginning at 1:00 P.M. The Hearing will be conducted in person at 701 E. Broad St., Rm. 5000, Richmond, Virginia. In accordance with the *Guide to Judiciary Policy*, the Court will provide live remote public audio access to any portion of that proceeding in which a witness is not testifying. The listen-only conference line information is:

        Dial-In: 1 (804) 406-9399
        Conference ID: 953 432 131#

In the event of witness testimony, the listen-only conference line will be disabled. Any person seeking to participate remotely in the hearing should review the following information: https://www.vaeb.uscourts.gov/hearings-appearing-remotely.

**I.    MOTIONS**

1. Motion to Approve Compromise under FRBP 9019 - *Resolution of John P. Hutchins Claim No. 18* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 2627].

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
pberan@tb-lawfirm.com
    *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Related documents:

    a. Notice of Motion and Notice of Hearing (Re: related document(s)2627 Motion to Approve filed by Lynn L. Tavenner, 2628 Motion to Approve filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 6/17/2025 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.  [ECF No. 2629].

    b. Exhibit - *Schedule A* (Re: related document(s)2627 Motion to Approve filed by Lynn L. Tavenner, 2628 Motion to Approve filed by Lynn L. Tavenner, 2629 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 2632].

Response Deadline:    June 10, 2025

Responses Filed:    None.

Status:    The Trustee respectfully requests that the Court enter an order approving the Settlement as fair and equitable and in the best interest of the Estate.

2. Motion to Approve Compromise under FRBP 9019 - *Resolution of Janine Bowen Claim No. 76* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 2628].

Related documents:

    a. Notice of Motion and Notice of Hearing (Re: related document(s)2627 Motion to Approve filed by Lynn L. Tavenner, 2628 Motion to Approve filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 6/17/2025 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.  [ECF No. 2629].

    b. Exhibit - *Schedule A* (Re: related document(s)2627 Motion to Approve filed by Lynn L. Tavenner, 2628 Motion to Approve filed by Lynn L. Tavenner, 2629 Notice of Motion and Notice of Hearing filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 2632].

| | |
|---|---|
| Response Deadline: | June 10, 2025 |
| Responses Filed: | None. |
| Status: | The Trustee respectfully requests that the Court enter an order approving the Settlement as fair and equitable and in the best interest of the Estate. |

3. Motion to Approve Compromise under FRBP 9019 *MOTION FOR (I) APPROVAL OF COMPROMISE AND SETTLEMENT AND (II) REDUCED NOTICE PERIOD AND MEMORANDUM OF LAW (Gary D. LeClair)*. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. [ECF No. 2630].

   Related documents:

   a. Notice of Motion and Notice of Hearing (Re: related document(s)2630 Motion to Approve filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 6/17/2025 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. [ECF No. 2631].

| | |
|---|---|
| Response Deadline: | June 14, 2025 |
| Responses Filed: | None. |
| Status: | The Trustee respectfully requests that the Court (1) approve the Settlement as fair and equitable and in the best interest of the Estate and (2) shorten the notice period on the Motion. |

**II.    REPORTS**

4. Case Status and Report pursuant to Local Rule 2015-(a) - (1)(A).

Respectfully submitted,

**LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

Dated: June 15, 2025  
Richmond, Virginia

By: */s/ Paula S. Beran*  
Paula S. Beran, Esquire (VSB No. 34679)  
PBeran@TB-LawFirm.com  
Tavenner & Beran, PLC  
20 North 8th Street  
Richmond, Virginia 23219  
Telephone: (804) 783-8300  
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court and applicable orders, I certify that on the 15th day of June 2025, a true copy of the foregoing Agenda was sent electronically to all parties receiving ECF notices in this Case.

*/s/ Paula S. Beran*  
Counsel for Lynn L. Tavenner, Chapter 7 Trustee