**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>    LeClairRyan, PLLC,[1]<br><br>    Debtor | Case No. 19-34574-KRH<br><br><br>Chapter 7 |

**PROPOSED AGENDA FOR HEARING ON**
**MAY 21, 2026, AT 1:00 P.M. (PREVAILING EASTERN TIME)**

       Set forth below are the matters scheduled to be heard before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on May 21, 2026, beginning at 1:00 P.M. The Hearing will be conducted in person at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. In accordance with the *Guide to Judiciary Policy*, the Court will provide live remote public audio access to any portion of that proceeding in which a witness is not testifying.  The listen-only conference line information is:

            Dial 1 (646) 828-7666
            Meeting ID: 165 975 7889
            Passcode: 242515

In the event of witness testimony, the listen-only conference line will be disabled. Any person seeking to participate remotely in the hearing should review the following information: https://www.vaeb.uscourts.gov/hearings-appearing-remotely.

    **I.**       **MATTERS IN THE MAIN CASE**

          **a.**  **Motions**

---

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

---

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
pberan@tb-lawfirm.com
   *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

1.      Motion to Approve Compromise under FRBP 9019 -Resolution of Anthem Health
        Plans of Virginia, Inc. Claim No. 217 filed by Paula S. Beran of Tavenner &
        Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 2822].

Related documents:

    a.  Notice of Motion and Notice of Hearing (Re: related document(s)2822 Motion
        to Approve filed by Lynn L. Tavenner, 2823 Motion to Approve filed by
        Lynn L. Tavenner, 2824 Motion to Approve filed by Lynn L. Tavenner) filed
        by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner.
        Hearing scheduled for 5/21/2026 at 01:00 PM at Judge Huennekens'
        Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula)
        [ECF No. 2825].
    b.  Exhibit - Schedule A (Re: related document(s)[2822] Motion to Approve filed
        by Lynn L. Tavenner, [2823] Motion to Approve filed by Lynn L. Tavenner,
        [2824] Motion to Approve filed by Lynn L. Tavenner) filed by Paula S. Beran
        of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2828].

Response Deadline:   May 14, 2026.

Responses Filed:     None.

Status:              The Trustee will respectfully request that the Court grant the
                     Motion, approving the Settlement as fair and equitable and in the
                     best interest of the Estate.

2.      Motion to Approve Compromise under FRBP 9019 - Resolution of Shanna M.
        Boughton Claim No. 57 filed by Paula S. Beran of Tavenner & Beran, PLC on
        behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 2823].

Related documents:

    a.  Notice of Motion and Notice of Hearing (Re: related document(s)2822 Motion
        to Approve filed by Lynn L. Tavenner, 2823 Motion to Approve filed by
        Lynn L. Tavenner, 2824 Motion to Approve filed by Lynn L. Tavenner) filed
        by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner.
        Hearing scheduled for 5/21/2026 at 01:00 PM at Judge Huennekens'
        Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula)
        [ECF No. 2825].
    b.  Exhibit - Schedule A (Re: related document(s)[2822] Motion to Approve filed
        by Lynn L. Tavenner, [2823] Motion to Approve filed by Lynn L. Tavenner,

[2824] Motion to Approve filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2828].

Response Deadline:   May 14, 2026.

Responses Filed:      None.

Status:      The Trustee will respectfully request that the Court grant the Motion, approving the Settlement as fair and equitable and in the best interest of the Estate.

3.      Motion to Approve Compromise under FRBP 9019 - Resolution of all matters with 43 South Street, LLC, et al filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 2824].

Related documents:

a.   Notice of Motion and Notice of Hearing (Re: related document(s)2822 Motion to Approve filed by Lynn L. Tavenner, 2823 Motion to Approve filed by Lynn L. Tavenner, 2824 Motion to Approve filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. Hearing scheduled for 5/21/2026 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) [ECF No. 2825].
b.   Exhibit - Schedule A (Re: related document(s)[2822] Motion to Approve filed by Lynn L. Tavenner, [2823] Motion to Approve filed by Lynn L. Tavenner, [2824] Motion to Approve filed by Lynn L. Tavenner) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner [ECF No. 2828].

Response Deadline:   May 14, 2026.

Responses Filed:      None.

Status:      The Trustee will respectfully request that the Court grant the Motion,  approving the Settlement as fair and equitable and in the best interest of the Estate.

3

### b. Claim Objections

4.      Objection to Claim 57 - Shanna M. Boughton filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner. (Beran, Paula) [ECF No. 2818].

Related documents:

    a.    Notice of Objection to Claim - *Shanna M. Boughton* (Re: related document(s)2818 Objection to Claim filed by Lynn L. Tavenner) Objection(s) due by 5/18/2026. Hearing scheduled for 5/21/2026 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Lynn L. Tavenner.(Beran, Paula)[ECF No. 2819].

| | |
|---|---|
| Response Deadline: | May 18, 2026. |
| Responses Filed: | None. |
| Status: | If the Court grants the Motion identified at I(a)(2) herein, this claim objection is resolved. |

## II.    REPORTS

5.  Case Status and Report pursuant to Local Rule 2015-(a) - (1)(A).

Respectfully submitted,

**LYNN L. TAVENNER, CHAPTER 7 TRUSTEE**

Dated: May 19, 2026
Richmond, Virginia

By: */s/ Paula S. Beran*
Paula S. Beran, Esquire (VSB No. 34679)
PBeran@TB-LawFirm.com
Tavenner & Beran, PLC
20 North 8th Street
Richmond, Virginia 23219
Telephone: (804) 783-8300
    *Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court and applicable orders, I certify that on the 19th day of May 2026, a true copy of the foregoing Agenda was sent electronically to all parties receiving ECF notices in this Case.

*/s/ Paula S. Beran*
Counsel for Lynn L. Tavenner, Chapter 7 Trustee