**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re:<br>LeClairRyan, PLLC,[1]<br><br>Debtor | Case No.<br>19-34574-KRH<br><br>Chapter 7 |

**TWENTY-FIRST INTERIM APPLICATION OF TAVENNER & BERAN, PLC FOR ALLOWANCE OF COMPENSATION AND EXPENSE <u>REIMBURSEMENT AS COUNSEL TO THE CHAPTER 7 TRUSTEE</u>**

Tavenner & Beran, PLC ("**Tavenner & Beran**" and/or the "**Firm**") counsel to Lynn L. Tavenner, Trustee, and not individually but solely in her capacity as the Chapter 7 trustee (in such capacity, the "**Chapter 7 Trustee**" and/or the "**Trustee**") of the bankruptcy estate (the "**Estate**" and/or the "**Chapter 7 Estate**") of LeClairRyan PLLC ("**LeClairRyan**" and/or the "**Debtor**"), in the above-referenced Chapter 7 case (the "**Case**") hereby submits this Twenty-first Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel to the Chapter 7 Trustee (the "**Application**") pursuant to 11 USC §§ 330, 331, and 503(b) and Rule 2016 of the Federal Rules of Bankruptcy Procedure on behalf of Tavenner & Beran, PLC ("**Tavenner & Beran**"). In this Application, Tavenner & Beran seeks

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
pberan@tb-lawfirm.com
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

approval of compensation of $103,045.31 and $89.78 as reimbursement for expenses and in support thereof states as follows:

**Jurisdiction**

1. The United States Bankruptcy Court for the Eastern District of Virginia (the "**Court**") has jurisdiction over this matter pursuant to 28 USC §§ 157 and 1334 and the *Standing Order of Reference from the United States District Court for the Eastern District of Virginia*, dated August 15, 1984.

2. This is a core proceeding pursuant to 28 USC § 157(b)(2).

3. Venue is proper pursuant to 28 USC §§ 1408 and 1409.

**Background**

4. On September 3, 2019 (the "**Petition Date**"), the Debtor filed for relief under Chapter 11 of Title 11 of the United States Code, 11 USC §§ 101-1532 (the "**Bankruptcy Code**"). Pursuant to §§ 1007 and 1108 of the Bankruptcy Code, the Debtor operated as a debtor-in-possession.

5. Per agreement between the Debtor, the United States Trustee, and ABL Alliance, LLLP, the Debtor's bankruptcy case was converted to a case under Chapter 7 of the Bankruptcy Code on October 4, 2019 (the "**Conversion Date**").

6. Upon conversion, Lynn L. Tavenner was appointed interim trustee, and no trustee having been elected at the meeting of creditors, she continues to serve as trustee.

7. Tavenner & Beran has rendered services to the Chapter 7 Trustee from and including February 1, 2026, through July 31, 2026, for which it seeks approval of compensation

in the amount of $103,045.31 and $89.78 as reimbursement for expenses. Attached hereto as Exhibit A is a statement of the fees and costs incurred.

**Employment and Case Status**

8. On October 4, 2019, the Trustee filed her *Trustee's Application to Employ Tavenner & Beran, PLC as Counsel for the Trustee* (the "**Tavenner & Beran Employment Application**"), ECF No. 142. The Tavenner & Beran Employment Application was approved by this Court's *Order Granting Application to Employ Tavenner & Beran, PLC as Trustee's Counsel* (the "**Tavenner & Beran Employment Order**"), ECF No. 152.

9. On May 7, 2020, Tavenner & Beran filed its *First Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel to the Chapter 7 Trustee* (the "**First Fee Application**"), wherein Tavenner & Beran sought interim approval of compensation in the amount of $395,614.00 and reimbursement of expenses in the amount of $4,336.28 for the period October 4, 2019, to March 31, 2020. ECF No. 448. The First Fee Application was granted by the entry of the *Order Granting Application for Compensation*, ECF No. 562. Tavenner & Beran has received all amounts approved in its First Fee Application.

10. On September 9, 2020, Tavenner & Beran filed its *Second Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel to the Chapter 7 Trustee* (the "**Second Fee Application**"), wherein Tavenner & Beran sought interim approval of compensation in the amount of $212,327.00 and reimbursement of expenses in the amount of $1,011.87 for the period April 1, 2020, to July 31, 2020. ECF No. 622. The Second Fee Application was granted by the entry of the *Order Granting Application for Compensation*, ECF No. 640.

11. On January 7, 2021, Tavenner & Beran filed its *Third Application for Compensation for Tavenner & Beran, PLC as Counsel to the Chapter 7 Trustee/Estate* (the "**Third Fee Application**"), wherein Tavenner & Beran sought interim approval of compensation in the amount of $203,583.00 and reimbursement of expenses in the amount of $2,969.35 for the period of August 1, 2020, to November 30, 2020. ECF No. 733. The Third Fee Application was granted by the entry of the *Order Granting Application for Compensation*, ECF No. 754.

12. On May 6, 2021, Tavenner & Beran filed its *Fourth Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel to the Chapter 7 Trustee* (the "**Fourth Fee Application**"), wherein Tavenner & Beran sought interim approval of compensation in the amount of $212,925.00 and reimbursement of expenses in the amount of $1,133.13 for the period of December 1, 2020, through and including March 31, 2021. ECF No. 847. The Fourth Fee Application was granted by the entry of the *Order Granting Application for Compensation*, ECF No. 911.

13. On September 2, 2021, Tavenner & Beran filed its *Fifth Application for Compensation for Tavenner & Beran, PLC as Counsel for the Chapter 7 Trustee/Estate* (the "**Fifth Fee Application**"), wherein Tavenner & Beran sought interim approval of compensation in the amount of $290,339.75 and reimbursement of expenses in the amount of $1,666.03 for the period of April 1, 2021, through and including July 31, 2021. ECF No. 1032. The Fifth Fee Application was granted by the entry of the Order Granting Fifth Interim Application for Compensation, ECF No. 1064.

14. On November 30, 2021, Tavenner & Beran filed its *Sixth Interim Application for Compensation for Tavenner & Beran, PLC as Counsel for the Chapter 7 Trustee/Estate* (the "**Sixth**

**Fee Application**"), wherein Tavenner & Beran sought interim approval of compensation in the amount of $237,850.00 and reimbursement of expenses in the amount of $1,729.13 for the period of August 1, 2021, through and including October 31, 2021. ECF No. 1122. The Sixth Fee Application was granted by the entry of the *Order Granting Sixth Interim Application for Compensation*, ECF No. 1178.

15. On March 8, 2022, Tavenner & Beran filed its *Seventh Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel to the Chapter 7 Trustee* (the "**Seventh Fee Application**") wherein Tavenner & Beran sought interim approval of compensation in the amount of $244,953.00 s and $14,623.29 for expenses for the period of November 1, 2021, through January 31, 2022[2], ECF No. 1242. The Seventh Fee Application was granted by the entry of the *Order Granting Seventh Interim Application for Compensation*, ECF No. 1288.

16. On June 7, 2022, Tavenner & Beran filed its *Eighth Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel to the Chapter 7 Trustee* (the "**Eighth Fee Application**") wherein Tavenner & Beran sought interim approval of compensation in the amount of $271,008.00 and reimbursement of expenses in the amount of $13,097.08 for the period February 1, 2022, to April 30, 2022, ECF No. 1393. The Eighth Fee Application was granted by the entry of the *Order Granting Eighth Interim Application for Compensation,* ECF No. 1460.

17. On September 8, 2022, Tavenner & Beran filed its *Ninth Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel*

[2] One expense was incurred on March 3, 2022, in connection with a Court ordered mediation.

*to the Chapter 7 Trustee* (the "**Ninth Fee Application**") wherein Tavenner & Beran sought interim approval of compensation in the amount of $309,024 and $5,441.62 for expenses for the period of May 1, 2022, through July 31, 2022, ECF No. 1583. The Ninth Fee Application was granted by the entry of the *Order Granting Ninth Interim Application for Compensation,* ECF No. 1617.

18. On December 1, 2022, Tavenner & Beran filed its *Tenth Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel to the Chapter 7 Trustee* (the "**Tenth Fee Application**") wherein Tavenner & Beran sought interim approval of compensation in the amount of $221,872.50 and $1,632.55 for expenses. ECF No. 1677. The Tenth Fee Application was granted by the entry of the *Order Granting Tenth Interim Application for Compensation,* ECF No. 1714.

19. On March 7, 2023, Tavenner & Beran filed its *Eleventh Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel to the Chapter 7 Trustee* (the "**Eleventh Fee Application**") wherein Tavenner & Beran sought interim approval of compensation in the amount of $193,183.50 and $779.80 for expenses for the period of November 1, 2022, through January 31, 2023. ECF No. 1793. The Eleventh Fee Application was granted by the entry of the *Order Granting Eleventh Interim Application for Compensation,* ECF No. 1867.

20. On June 6, 2023, Tavenner & Beran filed its *Twelfth Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel to the Chapter 7 Trustee* (the "**Twelfth Fee Application**") wherein Tavenner & Beran sought interim approval of compensation in the amount of $ $219,750.00 and $536.94 for the period of

February 1, 2023, to April 30, 2023. ECF No. 1897. The Twelfth Fee Application was granted by the entry of the *Order Granting Twelfth Interim Application for Compensation,* ECF No. 1932.

21. On October 10, 2023, Tavenner & Beran filed its *Thirteenth Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel to the Chapter 7 Trustee* (the "**Thirteenth Fee Application**") wherein Tavenner & Beran sought interim approval of compensation in the amount of $257,740.37 and $657.72 for the period of May 1, 2023, to August 31, 2023. ECF No. 2013. The Thirteenth Fee Application was granted by the entry of the *Order Granting Thirteenth Interim Application for Compensation*, ECF No. 2050.

22. On March 5, 2024, Tavenner & Beran filed its *Fourteenth Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel to the Chapter 7 Trustee* (the "**Fourteenth Fee Application**") wherein Tavenner & Beran sought interim approval of compensation in the amount of $202,480.50 and $349.42 as reimbursement for expenses for the period of September 1, 2023, through December 31, 2023, ECF No. 2157. The Fourteenth Fee Application was granted by the entry of the *Order Granting Fourteenth Interim Application for Compensation*, ECF No. 2215.

23. On July 9, 2024, Tavenner & Beran filed its *Fifteenth Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel to the Chapter 7 Trustee* (the "**Fifteenth Fee Application**") wherein Tavenner & Beran sought interim approval of compensation in the amount of $205,842.00 and $503.21 as reimbursement for expenses for the period of January 1, 2024, through April 30, 2024, ECF No. 2316. The Fifteenth Fee Application was granted by the entry of the *Order Granting Fifteenth Interim Application for Compensation*, ECF No. 2383.

24. On November 27, 2024, Tavenner & Beran filed its *Sixteenth Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel to the Chapter 7 Trustee* (the "**Sixteenth Fee Application**") wherein Tavenner & Beran sought interim approval of compensation in the amount of $203,774.50 and $1,129.37 as reimbursement for expenses for the period of May 1, 2024, through September 30, 2024, ECF No. 2467. The Sixteenth Fee Application was granted by the entry of the *Order Granting Sixteenth Interim Application for Compensation*, ECF No. 2492.

25. On March 27, 2025, Tavenner & Beran filed its *Seventeenth Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel to the Chapter 7 Trustee* (the "**Seventeenth Fee Application**") wherein Tavenner & Beran sought interim approval of compensation in the amount of $200,233.50 and $1,274.20 as reimbursement for expenses for the period of October 1, 2024, through January 31, 2025, ECF No. 2567. The Seventeenth Fee Application was granted by the entry of the *Order Granting Seventeenth Interim Application for Compensation*, ECF No. 2613.

26. On July 31, 2025, Tavenner & Beran filed its *Eighteenth Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel to the Chapter 7 Trustee* (the "**Eighteenth Fee Application**") wherein Tavenner & Beran sought interim approval of compensation in the amount of $198,484.02 and $913.14 as reimbursement for expenses for the period of February 1, 2025, through June 30, 2025, ECF No. 2670. The Eighteenth Fee Application was granted by the entry of the *Order Granting Eighteenth Interim Application for Compensation*, ECF No. 2680.

27. On November 26, 2025, Tavenner & Beran filed its *Nineteenth Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel to the Chapter 7 Trustee* (the "**Nineteenth Fee Application**") wherein Tavenner & Beran sought interim approval of compensation in the amount of $143,262.64 and $1,080.86 as reimbursement for expenses for the period of July 1, 2025, through October 31, 2025, ECF No. 2748. The Nineteenth Fee Application was granted by the entry of the *Order Granting Nineteenth Interim Application for Compensation*, ECF No. 2791.

28. On March 5, 2026, Tavenner & Beran filed its *Twentieth Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel to the Chapter 7 Trustee* (the "**Twentieth Fee Application**") wherein Tavenner & Beran sought interim approval of compensation in the amount of $80,548.46 and $952.93 as reimbursement for expenses for the period of November 1, 2025, through January 31, 2026, ECF No. 2806. The Twentieth Fee Application was granted by the entry of the *Order Granting Twentieth Interim Application for Compensation*, ECF No. 2817.

29. As authorized in the Tavenner & Beran Employment Order, the terms of Tavenner & Beran's employment are as follows: Tavenner & Beran charges legal fees on an hourly basis at its attorney and paraprofessional hourly rates, which are set in accordance with the attorneys' seniority and experience. Tavenner & Beran also charges the Chapter 7 Estate for its actual out-of-pocket expenses incurred, such as copying, postage, filing fees, and other disbursements.

30. The names of all Tavenner & Beran's staff requesting compensation and their respective hourly rates are set forth on Exhibit A, attached hereto.

31. As further identified on Exhibit A, Tavenner & Beran has not charged the Estate for time consulting/advising/corresponding with the Trustee. In this instance, this has saved the Estate over $28,695.39 in the time period covered by this Application. While $28,695.39 is a substantial sum of money for a firm the size of Tavenner & Beran, the Firm is willing to forego the same as yet another of its efforts to provide for the efficient administration of bankruptcy cases and to provide a greater return for creditors.

32. As of January 1, 2026, Tavenner & Beran's hourly rate for Paula S. Beran was $680.00. Notwithstanding that the Tavenner & Beran Employment Order allows Tavenner & Beran to correspondingly increase its rates in this Case, the Firm, to further provide for a greater recovery to creditors, is utilizing a rate of $580.00 for Paula S. Beran in this matter during this Application period[3] but reserves the right to increase thereafter.

33. In addition, the Application includes no charges to the Estate for any legal services performed by the Trustee as a practicing attorney at Tavenner & Beran. While such time has been expended, the Trustee and Tavenner & Beran desire a clear line of demarcation between administrative and legal time, and the Firm is willing to forego such legal charges as yet another of its efforts to provide for the efficient administration of bankruptcy cases and to provide a greater return for creditors.

34. To the best of Tavenner & Beran's knowledge, information, and belief, the Chapter 7 Estate has paid all undisputed post-Conversion Date expenses in the ordinary course and/or as required by this Court with the exception of certain professional fees.

[3] This results in a savings to the Estate of over $9,980.00.

35. Tavenner & Beran understands that the amounts in the Trustee's possession as of September 3, 2026 are as follows: $659,780.96 (Webster Operating), $16,065,312.82 (Webster Money Market).

36. To the best of Tavenner & Beran's knowledge, the Chapter 7 Trustee has filed and/or otherwise provided all requisite reports with this Court.

37. Other than the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, Thirteenth, Fourteenth, Fifteenth, Sixteenth, Seventeenth, Eighteenth, Nineteenth, and Twentieth Fee Applications, Tavenner & Beran has not previously filed an application for the allowance of compensation and expense reimbursement. The Chapter 7 Trustee has been provided with the time records attached as Exhibit A.

**Summary of Services Rendered**

38. The billing attorneys of Tavenner & Beran were admitted to the bar of the Commonwealth of Virginia as follows: Paula S. Beran, 1992. Tavenner & Beran also employs Elizabeth Gabaud, a 2020 graduate of Howard University School of Law and who was admitted to the District of Columbia bar in 2020. Ms. Gabaud is not licensed to practice in the Commonwealth of Virginia and has not been admitted generally before this Court. In this case, Ms. Gabaud provided paralegal services under the direct supervision of Paula S. Beran and is billed as a paralegal.

39. Tavenner & Beran provided various services to the Chapter 7 Estate, which may be summarized as follows:

a. Asset Disposition: Total Hour 178.85 Total Fee $55,106.40

| Attorney/ | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|

| Paralegal | | | |
|---|---|---|---|
| Paula S. Beran | $580.00 | 38.64 | $22,409.59 |
| Paula S. Beran | $0.00 | 23.60 | $0 |
| Elizabeth Gabaud | $295.00 | 115.76 | $32,696.81 |
| Elizabeth Gabaud | $0.00 | .85 | $0 |

Description
Conduct research, review and analyze pleadings, draft responses, and Correspondence related to the collection of accounts receivable and other miscellaneous assets, including an appeal to the District Court.

Attached hereto as Exhibit A – Asset Disposition Section is a complete statement of such services rendered by Tavenner & Beran.

b. Business Operations: Total Hours 5.20 Total Fee $1,682.00

| Attorney/ Paralegal | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Paula S. Beran | $580.00 | 2.90 | $1,682.00 |
| Paula S. Beran | $0.00 | 2.30 | $0 |

Description
Review and address legal nuances of winddown operations, review and address legal nuances of Estate accounts and infrastructure, correspondence with the Trustee regarding winddown operations.

Attached hereto as Exhibit A – Business Operations Section is a complete statement of such services rendered by Tavenner & Beran.

Necessity and Benefit to the Estate
These services were necessary to assist the Chapter 7 Trustee in her administration of the Estate and the appropriate measures necessary to efficiently wind down the Estate.

c. Case Administration: Total Hours 96.41 Total Fee $31,681.87

| Attorney/ Paralegal | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Paula S. Beran | $580.00 | 24.90 | $14,442.00 |
| Paula S. Beran | $0.00 | 10.50 | $0 |
| Elizabeth Gabaud | $295.00 | 60.34 | $17,239.87 |
| Elizabeth Gabaud | $0.00 | .67 | $0 |

Description
Analysis, research, conferences, correspondence, document review and preparation, and meetings/Court appearances regarding administrative matters.

Attached hereto as Exhibit A – Case Administration Section is a complete statement of such services rendered by Tavenner & Beran.

Necessity and Benefit to the Estate
These services were necessary to assist the Chapter 7 Trustee in her administration of the Estate and the appropriate measures necessary to maximize the efficiency of Case administration.

d. Claims Administration: Total Hours 32.80 Total Fee $11,245.66

| Attorney/ Paralegal | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Paula S. Beran | $580.00 | 17.10 | $9,918.00 |
| Paula S. Beran | $0.00 | 11.20 | $0 |
| Elizabeth Gabaud | $295 | 4.50 | $1,327.66 |

Description
Research, correspondence, document review and preparation, settlement conference participation, and Court appearances regarding creditor claims.

Attached hereto as Exhibit A – Claims Administration Section is a complete statement of such services rendered by Tavenner & Beran.

Necessity and Benefit to the Estate
These services were necessary to assist the Chapter 7 Trustee in her analysis and\or resolution of certain of the voluminous potential and asserted claims in the Case.

e. Fee/Employment Applications: Total Hours 10.84 Total Fee $3,329.38

| Attorney/ Paralegal | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Paula S. Beran | $580.00 | 1.60 | $928.00 |
| Paula S. Beran | $0.00 | 1.10 | $0 |
| Elizabeth Gabaud | $295.00 | 8.14 | $2,401.38 |

Description
Correspondence, conferences, document preparation, and review regarding the compensation of professionals.

Attached hereto as Exhibit A – Fee/Employment Applications Section is a complete statement of such services rendered by Tavenner & Beran.

Necessity and Benefit to the Estate
These services were necessary to assist the Chapter 7 Trustee regarding the unique employment needs and payment of professionals in this Case.

40. The total amount of compensation requested by Tavenner & Beran is based on the hourly rates normally charged by the attorneys and paraprofessionals who performed legal services for the Chapter 7 Trustee in this matter and are further summarized on Exhibit A.

41. Attached hereto as Exhibit B is a summary sheet concerning the fees charged in this Application. The fees sought by Tavenner & Beran are reasonable for the work it performed in this Case. Such fees are customary and are comparable, if not less, in amount to similar services rendered by other attorneys in the area. The fees sought herein are reasonable considering the nature and extent of the work, the time spent, and the value of the services.

**Applicable Legal Standard**

42. The Bankruptcy Code sets forth the legal standards for awarding compensation to professionals. The format for fee applications is set forth in the Compensation Guidelines for Professionals in the United States Bankruptcy Court for the Eastern District of Virginia.

43. Under § 330 of the Bankruptcy Code, the Court may award Tavenner & Beran reasonable compensation for actual, necessary services rendered by such attorneys and paraprofessionals employed by such law firm based on the nature, extent, and value of the services rendered, time spent on such services and the cost of comparable services other than in a bankruptcy case. Furthermore, the Court may award reimbursement for actual, necessary expenses.

44. Under the "lodestar" approach, the Court should consider the number of hours of service reasonably devoted to the case multiplied by reasonable rates. Courts frequently consider

the specific lodestar factors enumerated in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974). These lodestar tests were adopted by the Fourth Circuit in *Barber v. Kimbrells, Inc.*, 577 F.2d 216, 226 (4th Cir.), *cert. denied*, 439 US 934 (1978), and in *Anderson v. Morris*, 658 F.2d 246, 249 (4th Cir. 1981), where the Fourth Circuit held that the District Court should employ the lodestar approach and then adjust the fee on the basis of the remaining *Johnson* factors in the case. The following are the *Johnson* factors:

(a) the time and labor required;
(b) the novelty and difficulty of the questions;
(c) the skill requisite to perform the legal service properly;
(d) the preclusion of other employment by the attorney due to acceptance of the case;
(e) the customary fee;
(f) whether the fee is fixed or contingent;
(g) time limitations imposed by the client or the circumstances;
(h) the amount involved and the results obtained;
(i) the experience, reputation, and ability of the attorneys;
(j) the "undesirability" of the case;
(k) the nature and length of the professional relationship with the client; and
(l) awards in similar cases.

*Johnson*, 488 F.2d at 717-719; *Barber*, 577 F.2d at 226, n.28; *Anderson*, 658 F.2d at 248, n.2.

45. Tavenner & Beran believes that the services rendered to the Chapter 7 Trustee and the Estate were necessary and reasonable in view of the Case and the scope and nature of the matters in which the Chapter 7 Trustee required competent representation.

46. Upon information and belief, the rates charged by Tavenner & Beran are comparable to, if not less than, fees charged by other law firms retained in similar capacities in comparable Chapter 7 cases. Tavenner & Beran believes that the fees requested herein clearly satisfy the *Johnson* factors as set forth above.

## Conclusion

WHEREFORE, Tavenner & Beran submits this Twenty-first Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel to the Chapter 7 Trustee and the Estate in the amount of $103,045.31 and $89.78 as reimbursement for expenses for the period of February 1, 2026, through July 31, 2026. Tavenner & Beran respectfully requests that the Court enter an Order substantially in the form attached hereto as Exhibit C approving the compensation requested herein, authorizing, but not directing, the Chapter 7 Trustee to pay such amounts and granting such other and further relief as the Court deems appropriate.

Dated: September 3, 2026

Respectfully submitted,

**TAVENNER & BERAN, PLC**

By: */s/ Paula S. Beran*
Paula S. Beran, Esquire (VSB No. 34679)
Pberan@TB-LawFirm.com
Tavenner & Beran, PLC
20 North 8th Street
Richmond, Virginia 23219
Telephone: (804) 783-8300

*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, a true copy of the foregoing Application was served via first-class and/or electronic mail to Kathryn R. Montgomery, Esquire, Assistant United States Trustee, and all parties receiving ECF notices. Notification of the filing of the Application and amounts sought therein will be served on (a) the Debtor's 20 Largest Unsecured Creditors; (b) all known secured creditors from the Debtor's Official Form 106D; (c) the Core Parties and 2002 List as defined in the Case Management Order; and (d) all parties requesting service of pleadings in this Case (as indicated on Schedule A attached to the Court filed copy of said Application).

*_/s/ Paula S. Beran_*
Counsel for the Chapter 7 Trustee

**Tavenner & Beran, PLC**
**20 North Eighth Street, Second Floor**
**Richmond, VA 23219**

**Invoice submitted to:**
Lynn L. Tavenner, Trustee
Tavenner & Beran, PLC
20 N. Eighth Street
Second Floor
Richmond, VA 23219
United States

| *Invoice Date* | *Invoice Number* | *Last Bill Date* |
|---|---|---|
| September 1, 2026 | 11268 | 3/4/2026 |

In Reference To: Chapter 7 Bankruptcy

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Asset Disposition | | |
| 2/2/2026 10:12 AM | - EG | Begin outline of Trustee's Brief in Response of Adv Pro 43 South Street Appellants' Appeal. | 2.35 295.00/hr | 692.92 |
| 1:10 PM | - EG | Continue drafting the outline of Trustee's Brief in Response to Adv Pro 43 South Street current matter Appeal. | 2.42 295.00/hr | 712.59 |
| 5:35 PM | - EG | continue drafting the outline of Trustee's Brief in Response of Appellants' Appeal. | 1.74 295.00/hr | 512.48 |
| | - PSB | Address appeal brief items | 1.74 580.00/hr | 1,007.59 |
| 2/3/2026 12:57 AM | - EG | Continue drafting the outline and argument of Trustee's Brief in Response of Appellants' Appeal in Adv Pro 43 South Street current matter Appeal. | 4.24 295.00/hr | 1,249.98 |
| 10:08 AM | - EG | Continue drafting the outline and arguments of Trustee's Brief in Adv Pro 43 South Street current matter Appeal. | 1.83 295.00/hr | 541.08 |
| 5:08 PM | - EG | Continue drafting the outline and arguments of Trustee's Brief in Response of (43 S Status of current matter) Appellants' Appeal. | 3.38 295.00/hr | 995.79 |
| | - PSB | Correspondence w G Doumar | 0.20 580.00/hr | 116.00 |

| Date | | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 2/3/2026 | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.20<br>580.00/hr | NO CHARGE |
| 2/4/2026<br>11:39 AM | - | EG | Review and analyze transcript of hearing on Adv Pro 43 South Street for related issues and evidence regarding current matter Appeal. | 2.04<br>295.00/hr | 601.39 |
| 2:15 PM | - | EG | Revise outline of arguments in Trustee's Brief in Response of Adv Pro 43 South Street current matter Appeal. | 2.97<br>295.00/hr | 876.40 |
| | - | EG | Continue Revising outline of arguments in Trustee's Brief in Response of Adv Pro 43 South Street current matter Appeal. | 1.00<br>295.00/hr | 295.00 |
| | - | PSB | Correspondence w G Doumar | 0.20<br>580.00/hr | 116.00 |
| | - | PSB | Draft Stip of dismissal | 0.60<br>580.00/hr | 348.00 |
| | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.50<br>580.00/hr | NO CHARGE |
| | - | PSB | Address appellate brief items | 0.60<br>580.00/hr | NO CHARGE |
| 2/5/2026<br>12:54 AM | - | EG | Final revisions to outline of arguments in Trustee's Brief in Response of Adv Pro 43 South Street current matter Appeal. | 3.86<br>295.00/hr | 1,139.52 |
| 9:58 AM | - | EG | Continue revising outline of arguments in Trustee's Brief in Response of Adv Pro 43 South Street current matter Appeal. | 2.19<br>295.00/hr | 645.56 |
| | - | PSB | Correspondence w G Doumar | 0.50<br>580.00/hr | 290.00 |
| | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.20<br>580.00/hr | NO CHARGE |
| 2/6/2026 | - | EG | Research cases in support of bankruptcy judge including additional cases in Order. | 3.00<br>295.00/hr | 885.00 |
| 2/9/2026<br>1:06 PM | - | EG | Update outline of arguments in Trustee's Brief in Response of Adv Pro 43 South Street current matter Appeal. | 3.99<br>295.00/hr | 1,177.38 |
| 11:02 AM | - | EG | EG call with PSB regarding Outline of Appellee's Brief in LCR Adv Pro 43 S Status of current matter. | 0.65<br>295.00/hr | NO CHARGE |

| Date | Time | Staff | Description | Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/9/2026 | | PSB | Address Outline of Appellee's Brief in LCR Adv Pro 43 S Status of current matter. | 0.70 | 580.00/hr | NO CHARGE |
| 2/10/2026 | 9:54 AM | EG | Continue updating outline of arguments in Trustee's Brief in Response of Adv Pro 43 South Street current matter Appeal. | 1.66 | 295.00/hr | 488.88 |
| | 5:23 PM | EG | Continue updating outline of arguments in Trustee's Brief in Response of Adv Pro 43 South Street current matter Appeal. | 2.12 | 295.00/hr | 625.40 |
| | 7:37 PM | EG | Continue updating outline of arguments in Trustee's Brief in Response of Adv Pro 43 South Street current matter Appeal. | 3.12 | 295.00/hr | 919.42 |
| 2/11/2026 | 10:04 AM | EG | Review and analyze cases related to Trustee's brief in Adv. Pr. 43 S Status of current matter. | 1.63 | 295.00/hr | 482.00 |
| | | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.10 | 580.00/hr | NO CHARGE |
| 2/14/2026 | | PSB | Correspondence w Trustee on outstanding litigation A/R items | 1.10 | 580.00/hr | NO CHARGE |
| 2/16/2026 | | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.50 | 580.00/hr | NO CHARGE |
| 2/17/2026 | 1:36 PM | EG | Revise Trustee's Appellee Brief in Adv Pro 43 S Status of current matter. | 3.15 | 295.00/hr | 928.35 |
| | | EG | Continue revising Trustee's Appellee Brief in Adv Pro 43 S Status of current matter. | 0.70 | 295.00/hr | 206.50 |
| 2/18/2026 | 9:33 AM | EG | Continue revising Trustee's Appellee Brief in Adv Pro 43 S Status of current matter. | 0.31 | 295.00/hr | 92.60 |
| | 9:52 AM | EG | Review and analyze cases for Trustee's Appellee Brief in Adv Pro 43 S Status of current matter. | 0.05 | 295.00/hr | 15.57 |
| | | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.60 | 580.00/hr | NO CHARGE |
| 2/19/2026 | 9:46 AM | EG | Continue drafting arguments of Trustee's Appellee brief in Adv. Pro. 43 S Status of current matter. | 2.43 | 295.00/hr | 716.44 |

| Date | | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 2/19/2026 12:47 PM | - | EG | Continue drafting arguments of Trustee's Appellee brief in Adv. Pro. 43 S Status of current matter. | 4.48 295.00/hr | 1,320.62 |
| 5:33 PM | - | EG | Continue drafting arguments of Trustee's Appellee brief in Adv. Pro. 43 S Status of current matter. | 0.88 295.00/hr | 260.50 |
| | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 1.00 580.00/hr | NO CHARGE |
| 2/20/2026 | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.70 580.00/hr | NO CHARGE |
| 2/22/2026 | - | PSB | Review of appeal outline and followup rerearch | 1.70 580.00/hr | 986.00 |
| | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.90 580.00/hr | NO CHARGE |
| 2/23/2026 9:07 AM | - | EG | LCR review and analyze PSB cases related to Trustee's Appellee Brief in 43 S Status of current matter. | 0.82 295.00/hr | 240.51 |
| 11:42 AM | - | EG | Research cases that support Bankruptcy Judge Order from proposed Order. | 4.99 295.00/hr | 1,470.58 |
| 5:31 PM | - | EG | Research cases that support prejudice element of Bankruptcy Judge Order from proposed Order. | 2.28 295.00/hr | 673.26 |
| | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.50 580.00/hr | NO CHARGE |
| 2/24/2026 9:58 AM | - | EG | Prepare Trustee's Appendix. | 2.47 295.00/hr | 729.88 |
| 1:27 PM | - | EG | research local rules regarding Trustee's Appendix. | 0.76 295.00/hr | 224.12 |
| 3:38 PM | - | EG | LCR Address citations in Trustee's Appellee brief for 43 S Status of current matter. | 1.37 295.00/hr | 405.54 |
| 6:00 PM | - | EG | LCR Address citations in Trustee's Appellee brief for 43 S Status of current matter. | 5.82 295.00/hr | 1,716.57 |

| Date | | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 2/24/2026 | - | PSB | Correspondence w G Doumar | 0.50<br>580.00/hr | 290.00 |
| | - | PSB | Draft motion to dismiss | 1.20<br>580.00/hr | 696.00 |
| | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.90<br>580.00/hr | NO CHARGE |
| 2/25/2026 | - | PSB | Finalize and file Motion to Dismiss | 1.10<br>580.00/hr | 638.00 |
| | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 1.10<br>580.00/hr | NO CHARGE |
| 2/26/2026<br>9:35 AM | - | EG | LCR continuing addressing citations in Trustee's Appellee brief for 43 S Status of current matter. | 3.84<br>295.00/hr | 1,131.98 |
| 9:15 AM | - | EG | LCR EG call with PSB regarding citations of Appellee's Brief. | 0.20<br>295.00/hr | NO CHARGE |
| | - | PSB | Correspondence w G Doumar | 0.20<br>580.00/hr | 116.00 |
| | - | PSB | Finalize and file appellate brief | 6.10<br>580.00/hr | 3,538.00 |
| | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.90<br>580.00/hr | NO CHARGE |
| 3/11/2026 | - | PSB | Correspondence w G Doumar | 0.20<br>580.00/hr | 116.00 |
| | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.10<br>580.00/hr | NO CHARGE |
| 3/16/2026<br>11:52 AM | - | EG | Adv Pro 43 S Status of current matter Research standards of FRCP rule 11. | 0.93<br>150.00/hr | 139.50 |
| | - | PSB | Correspondence w G Doumar | 0.20<br>580.00/hr | 116.00 |
| | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.20<br>580.00/hr | NO CHARGE |
| | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 1.20<br>580.00/hr | NO CHARGE |
| 3/17/2026<br>10:11 AM | - | EG | Adv Pro 43 S Status of current matter Research standards of FRCP rule 11. | 3.50<br>150.00/hr | 525.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/17/2026 - | EG | Adv Pro 43 S Status of current matter Draft memo with conclusions from research of standards for FRCP rule 11. | 2.00<br>150.00/hr | 300.00 |
| 3/18/2026 -<br>9:15 AM | EG | Adv Pro 43 S Status of current matter Research rule 60 for bankruptcy court on appeal. | 3.57<br>150.00/hr | 535.71 |
| -<br>6:26 PM | EG | Adv Pro 43 S Status of current matter Research cases regarding rule 60 motion. | 1.00<br>295.00/hr | 295.00 |
| - | PSB | Correspondence w G Doumar | 0.90<br>580.00/hr | 522.00 |
| - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 1.00<br>580.00/hr | NO CHARGE |
| 3/20/2026 -<br>11:58 AM | EG | Adv Pro 43 S Status of current matter Finalize Research cases regarding rule 60 motion. | 3.30<br>295.00/hr | 972.43 |
| 3/22/2026 - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.70<br>580.00/hr | NO CHARGE |
| 3/23/2026 - | PSB | Review/revise Rule 11 Response | 2.90<br>580.00/hr | 1,682.00 |
| - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.90<br>580.00/hr | NO CHARGE |
| 3/24/2026 - | PSB | Correspondence w G Doumar | 0.50<br>580.00/hr | 290.00 |
| - | PSB | Finalize and send Rule 11 Response | 1.00<br>580.00/hr | 580.00 |
| - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.20<br>580.00/hr | NO CHARGE |
| - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.90<br>580.00/hr | NO CHARGE |
| 3/26/2026 - | PSB | Correspondence w G Doumar | 0.50<br>580.00/hr | 290.00 |
| - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.30<br>580.00/hr | NO CHARGE |
| 4/1/2026 -<br>2:32 PM | EG | Begin drafting response to Defendants' rule 55 and rule 60 motion. | 3.33<br>295.00/hr | 982.68 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/2/2026 - 9:04 AM | EG | Continue drafting Response to Defendants' rule 55 and rule 60 motion. | 2.50 295.00/hr | 737.50 |
| 4/8/2026 - 2:27 PM | EG | 43 S Status of current matter Begin drafting Response to Defendants' Motion to Compel. | 2.83 295.00/hr | 835.83 |
| - 5:52 PM | EG | 43 S Status of current matter Continue drafting Response to Defendants' Motion to Compel. | 1.00 295.00/hr | 295.00 |
| 4/9/2026 - | PSB | Correspondence w G Doumar | 1.10 580.00/hr | 638.00 |
| - 9:25 AM | EG | 43 S Status of current matter Continue drafting Response to Defendants' Motion to Compel. | 4.00 295.00/hr | 1,180.00 |
| - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.90 580.00/hr | NO CHARGE |
| 4/10/2026 - | PSB | Correspondence w G Doumar | 0.20 580.00/hr | 116.00 |
| - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.10 580.00/hr | NO CHARGE |
| 4/21/2026 - | PSB | Correspondence w G Doumar | 1.10 580.00/hr | 638.00 |
| - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.80 580.00/hr | NO CHARGE |
| 4/27/2026 - | PSB | Correspondence w G Doumar | 0.20 580.00/hr | 116.00 |
| - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.10 580.00/hr | NO CHARGE |
| 4/28/2026 - | PSB | Draft 43rd 9019 related pleadings | 1.10 580.00/hr | 638.00 |
| - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.40 580.00/hr | NO CHARGE |
| 4/29/2026 - | PSB | Draft 43rd 9019 related pleadings | 1.00 580.00/hr | 580.00 |

| Date | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/29/2026 - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.40<br>580.00/hr | NO CHARGE |
| 4/30/2026 - | PSB | Correspondence w G Doumar | 0.20<br>580.00/hr | 116.00 |
| - | PSB | Draft 43rd 9019 related pleadings | 1.00<br>580.00/hr | 580.00 |
| - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.10<br>580.00/hr | NO CHARGE |
| - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.40<br>580.00/hr | NO CHARGE |
| -<br>10:20 AM | EG | Draft Stipulations of Dismissal. | 2.72<br>295.00/hr | 802.32 |
| 5/5/2026 - | PSB | Correspondence re Martin matter | 0.30<br>580.00/hr | 174.00 |
| - | PSB | Correspondence re Bing Ran | 0.30<br>580.00/hr | 174.00 |
| - | PSB | Correspondence on Solfisburg | 0.30<br>580.00/hr | 174.00 |
| - | PSB | Address Zivo settlement items | 0.50<br>580.00/hr | 290.00 |
| - | PSB | Correspondence on Cockrell matter | 0.50<br>580.00/hr | 290.00 |
| - | PSB | Review/revise stips of dismissal | 1.00<br>580.00/hr | 580.00 |
| - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 1.20<br>580.00/hr | NO CHARGE |
| 5/6/2026 - | PSB | Correspondence on Solfisburg | 0.30<br>580.00/hr | 174.00 |
| 5/12/2026 - | PSB | Address Zivo settlement items | 0.50<br>580.00/hr | 290.00 |
| - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.20<br>580.00/hr | NO CHARGE |
| 5/13/2026 - | PSB | Address Zivo settlement items | 0.30<br>580.00/hr | 174.00 |

| Date | | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 5/13/2026 | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.20<br>580.00/hr | NO CHARGE |
| 5/15/2026 | - | PSB | Correspondence w G Doumar | 0.20<br>580.00/hr | 116.00 |
| | - | PSB | Address Zivo settlement items | 0.30<br>580.00/hr | 174.00 |
| | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.10<br>580.00/hr | NO CHARGE |
| 5/20/2026 | - | PSB | Address Zivo settlement items | 0.20<br>580.00/hr | 116.00 |
| | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.20<br>580.00/hr | NO CHARGE |
| 10:43 AM | - | EG | Review adv pro court docket to draft Notice of dismissal. | 1.25<br>295.00/hr | 368.75 |
| 5/21/2026 | - | PSB | Correspondence on Cockrell matter | 0.50<br>580.00/hr | 290.00 |
| | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.50<br>580.00/hr | NO CHARGE |
| 5/22/2026 | - | PSB | Correspondence w G Doumar | 0.50<br>580.00/hr | 290.00 |
| | - | PSB | Review/Revise DC dismissal stip | 0.90<br>580.00/hr | 522.00 |
| | - | PSB | Review 43rd 9019 Order | 1.10<br>580.00/hr | 638.00 |
| | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.10<br>580.00/hr | NO CHARGE |
| 5/26/2026 | - | PSB | Correspondence w G Doumar | 0.50<br>580.00/hr | 290.00 |
| | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.10<br>580.00/hr | NO CHARGE |
| 5/29/2026 | - | PSB | Correspondence w G Doumar | 0.10<br>580.00/hr | 58.00 |
| 6/16/2026 | - | PSB | Correspondence w G Doumar | 0.20<br>580.00/hr | 116.00 |

| Date | | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 6/16/2026 | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.10<br>580.00/hr | NO CHARGE |
| 6/17/2026 | - | PSB | Correspondence on Cockrell matter | 0.30<br>580.00/hr | 174.00 |
| 7/15/2026 | - | PSB | Correspondence on Cockrell matter | 0.30<br>580.00/hr | 174.00 |
| 7/16/2026 | - | PSB | Correspondence w G Doumar | 0.30<br>580.00/hr | 174.00 |
| | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.20<br>580.00/hr | NO CHARGE |
| 7/19/2026 | - | PSB | Review/Revise Vacate Motion | 1.10<br>580.00/hr | 638.00 |
| | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.40<br>580.00/hr | NO CHARGE |
| 7/20/2026 | - | PSB | Correspondence w G Doumar | 0.30<br>580.00/hr | 174.00 |
| | - | PSB | Review/Revise Vacate Motion | 1.10<br>580.00/hr | 638.00 |
| | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.50<br>580.00/hr | NO CHARGE |
| 9:14 AM | - | EG | Draft Adversary Proceeding 43 S Status of current matter Motion to Vacate Default Judgement. | 3.00<br>295.00/hr | 885.00 |
| 1:23 PM | - | EG | Draft Adversary Proceeding 43 S Status of current matter Motion to Vacate Default Judgement. | 2.94<br>295.00/hr | 868.28 |
| 7/21/2026 | - | PSB | Correspondence w G Doumar | 0.20<br>580.00/hr | 116.00 |
| | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.10<br>580.00/hr | NO CHARGE |
| 7/22/2026 | - | PSB | Correspondence w G Doumar | 0.20<br>580.00/hr | 116.00 |
| | - | PSB | Review/Revise Vacate Motion | 0.20<br>580.00/hr | 116.00 |

| Date | | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 7/22/2026 | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.10<br>580.00/hr | NO CHARGE |
| | - | PSB | Correspondence w Trustee on outstanding litigation A/R items | 0.40<br>580.00/hr | NO CHARGE |
| | | SUBTOTAL: | | [ 178.85 | 55,106.40] |

Business Operations

| Date | | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 3/1/2026 | - | PSB | Address winddown operations including items related to use of HSBC accounts and infrastructure | 0.90<br>580.00/hr | 522.00 |
| | - | PSB | Correspondence w Trustee re winddown operations w HSBC accounts and infrastructure | 1.10<br>580.00/hr | NO CHARGE |
| 3/2/2026 | - | PSB | Address legal nuances of winddown operations including items related to use of HSBC accounts and infrastructure | 0.90<br>580.00/hr | 522.00 |
| | - | PSB | Correspondence w Trustee re winddown operations w HSBC accounts and infrastructure | 0.30<br>580.00/hr | NO CHARGE |
| 3/5/2026 | - | PSB | Review legal nuances of winddown operations including items related to use of HSBC accounts and infrastructure | 1.10<br>580.00/hr | 638.00 |
| | - | PSB | Correspondence w Trustee re winddown operations w HSBC accounts and infrastructure | 0.90<br>580.00/hr | NO CHARGE |
| | | SUBTOTAL: | | [ 5.20 | 1,682.00] |

Case Administration

| Date | | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 2/16/2026<br>9:29 AM | - | EG | Begin draft of Agenda for February Agenda. | 0.38<br>295.00/hr | 111.36 |
| 2/18/2026 | - | PSB | Correspondence w Trustee on case administration items | 1.00<br>580.00/hr | NO CHARGE |
| 2/19/2026 | - | PSB | Correspondence w BS office re tax items | 0.50<br>580.00/hr | 290.00 |

| Date | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/19/2026 - | PSB | Address legal nuances of tax items | 0.60<br>580.00/hr | 348.00 |
| - | PSB | Correspondence w Trustee on case administration items | 0.20<br>580.00/hr | NO CHARGE |
| 3/4/2026 -<br>12:01 PM | EG | Begin drafting Agenda for March Omnibus hearing. | 0.60<br>295.00/hr | 177.49 |
| 3/16/2026 -<br>10:17 AM | EG | Review prior communications and pleadings in preparation of FRCP rule 11 research. | 1.50<br>150.00/hr | 225.00 |
| 3/17/2026 -<br>2:40 PM | EG | Adv Pro 43 S Status of current matter Research rule 60 for bankruptcy court on appeal. | 2.37<br>150.00/hr | 355.75 |
| 3/19/2026 -<br>7:14 PM | EG | Continue drafting Agenda for March Omnibus Hearing. | 1.00<br>295.00/hr | 295.00 |
| 3/23/2026 -<br>9:44 AM | EG | Begin drafting Trustee's Declaration for March Omnibus Hearing. | 2.50<br>295.00/hr | 737.50 |
| -<br>1:47 PM | EG | Continue drafting Trustee's Declaration for March Omnibus Hearing. | 1.50<br>295.00/hr | 442.50 |
| -<br>3:18 PM | EG | Review and analyze recent filings by Defendants in 43 S Status of current matter in preparation of Omni Hearing. | 0.67<br>295.00/hr | 196.67 |
| -<br>3:55 PM | EG | Revise Agenda for March Omnibus Hearing. | 1.00<br>295.00/hr | 295.00 |
| - | PSB | Address order items on 363 matter | 0.30<br>580.00/hr | 174.00 |
| 3/24/2026 - | PSB | Address service items on 363 pleadings | 0.10<br>580.00/hr | 58.00 |
| - | PSB | Review and revise agenda | 1.10<br>580.00/hr | 638.00 |
| - | PSB | Review and revise LLT declaration | 1.10<br>580.00/hr | 638.00 |

| Date | | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 3/24/2026 | - | PSB | Correspondence w Trustee on case administration items | 1.00<br>580.00/hr | NO CHARGE |
| 3/25/2026 | - | PSB | Prepare for 3/26 hearing | 0.90<br>580.00/hr | 522.00 |
| | - | PSB | Review and revise LLT declaration | 1.10<br>580.00/hr | 638.00 |
| 2:44 PM | - | EG | Draft 9019 Motion regarding Anthem Claim 217. | 2.51<br>295.00/hr | 739.79 |
| | - | PSB | Correspondence w Trustee on case administration items | 0.50<br>580.00/hr | NO CHARGE |
| 3/26/2026 | - | PSB | Address order items on 3/26 hearing given hearing cancelled b/c no responses filed | 0.90<br>580.00/hr | 522.00 |
| 9:29 AM | - | EG | Finalize Anthem 9019 Claim No. 217. | 1.50<br>295.00/hr | 442.50 |
| 3/30/2026<br>9:22 AM | - | EG | Review APs and create Adversary Proceeding Chart. | 2.50<br>295.00/hr | 737.50 |
| 12:59 PM | - | EG | Research on open Adversary Proceedings . | 3.25<br>295.00/hr | 958.75 |
| 4/6/2026<br>9:25 AM | - | EG | Begin drafting Agenda for April Omnibus Hearing. | 1.50<br>295.00/hr | 442.50 |
| 4/8/2026<br>2:09 PM | - | EG | Continue drafting Agenda for April Omnibus Hearing. | 1.83<br>295.00/hr | 540.83 |
| | - | EG | Begin drafting Trustee's Declaration for April Omnibus Hearing. | 0.60<br>295.00/hr | 177.00 |
| 4/9/2026 | - | EG | Continue drafting Trustee's Declaration for April Omnibus Hearing. | 0.90<br>295.00/hr | 265.50 |
| 4/13/2026<br>9:57 AM | - | EG | Finalize draft of Agenda and Declaration for April Omnibus Hearing. | 2.99<br>295.00/hr | 881.72 |

| Date | | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 4/15/2026 | - | PSB | Draft and file notice of cancellation | 0.30<br>580.00/hr | 174.00 |
| 2:31 PM | - | EG | Draft Notice of Cancellation of April Omnibus Hearing. | 0.25<br>295.00/hr | 73.75 |
| 3:27 PM | - | EG | Draft Boughton 9019 Motion. | 2.00<br>295.00/hr | 590.00 |
| 4/16/2026 | - | PSB | Review and revise 9019 motions | 1.00<br>580.00/hr | 580.00 |
| | - | PSB | Correspondence w Trustee on case administration items | 0.50<br>580.00/hr | NO CHARGE |
| 4/20/2026 | - | PSB | Correspondence w Trustee on case administration items | 1.00<br>580.00/hr | NO CHARGE |
| 4/22/2026 | - | PSB | Review and revise 9019 motions | 1.10<br>580.00/hr | 638.00 |
| 3:32 PM | - | EG | Draft 9019 for 43 S Status of current matter Defendants. | 1.50<br>295.00/hr | 442.50 |
| | - | PSB | Correspondence w Trustee on case administration items | 0.50<br>580.00/hr | NO CHARGE |
| 4/23/2026<br>9:51 AM | - | EG | Draft 9019 for 43 S Status of current matter Defendants. | 2.01<br>295.00/hr | 593.77 |
| 4/24/2026 | - | PSB | Review and revise 9019 motions | 0.50<br>580.00/hr | 290.00 |
| | - | PSB | Correspondence w Trustee on case administration items | 0.50<br>580.00/hr | NO CHARGE |
| 4/28/2026 | - | PSB | Address legal requirements and nuances re sale of remnant asset items | 0.50<br>580.00/hr | 290.00 |
| | - | PSB | Correspondence w Trustee on case administration items | 1.00<br>580.00/hr | NO CHARGE |
| 4/29/2026 | - | PSB | Address service items for several 9019s | 0.50<br>580.00/hr | 290.00 |

| Date | | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 4/29/2026 | - | PSB | Review and revise 9019 motions | 0.90<br>580.00/hr | 522.00 |
| | - | PSB | Correspondence w Trustee on case administration items | 0.50<br>580.00/hr | NO CHARGE |
| 4/30/2026 | - | PSB | Address service items on 9019 pleadings | 0.30<br>580.00/hr | 174.00 |
| | - | PSB | Address remnant asset items and related legal nuances | 0.50<br>580.00/hr | 290.00 |
| | - | PSB | Finalize and file numerous 9019 motions | 2.90<br>580.00/hr | 1,682.00 |
| | - | PSB | Correspondence w Trustee on case administration items | 0.20<br>580.00/hr | NO CHARGE |
| | - | PSB | Correspondence w Trustee on case administration items | 1.10<br>580.00/hr | NO CHARGE |
| | - | EG | Revise NOTICE OF MOTIONS AND HEARINGS THEREON IF NECESSARY. | 0.50<br>295.00/hr | 147.50 |
| 5/14/2026<br>2:11 PM | - | EG | Begin log and draft case closing motions for remaining files and assets | 2.86<br>295.00/hr | 844.52 |
| 5/15/2026 | - | EG | Draft case closing motions for remaining files and assets | 2.00<br>295.00/hr | 590.00 |
| 5/19/2026 | - | PSB | Address service items of proposed orders | 0.20<br>580.00/hr | 116.00 |
| | - | PSB | Review and revise agenda | 1.20<br>580.00/hr | 696.00 |
| | - | PSB | Correspondence w Trustee on case administration items | 0.60<br>580.00/hr | NO CHARGE |
| 9:33 AM | - | EG | Draft Agenda for May Omnibus Hearing. | 2.00<br>295.00/hr | 590.00 |
| 10:55 AM | - | EG | Draft Trustee's Declaration for May Omnibus Hearing. | 6.00<br>295.00/hr | 1,770.00 |
| 5/20/2026 | - | PSB | Review and revise LLT declaration | 1.00<br>580.00/hr | 580.00 |

| Date | | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 5/20/2026 | - | PSB | Prepare for 5/21 hearing | 2.10<br>580.00/hr | 1,218.00 |
| | - | PSB | Correspondence w Trustee on case administration items | 0.50<br>580.00/hr | NO CHARGE |
| 3:39 PM | - | EG | Draft case closing motions for remaining files and assets | 2.23<br>295.00/hr | 657.11 |
| 5/21/2026 | - | PSB | Prepare and attend 5/21 hearing | 2.10<br>580.00/hr | 1,218.00 |
| | - | PSB | Correspondence w Trustee on case administration items | 0.50<br>580.00/hr | NO CHARGE |
| 9:11 AM | - | EG | Finalize Default Judgment amounts and continue case closing motions for remaining files and assets | 3.00<br>295.00/hr | 885.00 |
| 12:36 PM | - | EG | Additional research on default judgement items | 2.83<br>295.00/hr | 835.83 |
| | - | EG | participate virtually in May Omnibus Hearing. | 0.67<br>295.00/hr | NO CHARGE |
| 5/22/2026 | - | PSB | Address 9019 order items | 1.00<br>580.00/hr | 580.00 |
| | - | PSB | Correspondence w Trustee on case administration items | 0.20<br>580.00/hr | NO CHARGE |
| 5/23/2026 | - | PSB | Address 9019 order items | 0.10<br>580.00/hr | 58.00 |
| 5/26/2026<br>10:52 AM | - | EG | Review adversary proceedings to confirm cases are closed | 2.23<br>295.00/hr | 656.70 |
| 5/29/2026 | - | PSB | Address 9019 order items | 0.10<br>580.00/hr | 58.00 |
| 6/6/2026 | - | PSB | Address 9019 order items | 0.20<br>580.00/hr | 116.00 |
| | - | PSB | Correspondence w Trustee on case administration items | 0.20<br>580.00/hr | NO CHARGE |

| Date | | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 6/7/2026 | - | PSB | Correspondence w Court re order issues | 0.30<br>580.00/hr | 174.00 |
| 6/10/2026<br>9:23 AM | - | EG | Agenda for June Omnibus Hearing. | 1.25<br>295.00/hr | 368.75 |
| | - | EG | Draft Trustee's Declaration for June Omnibus Hearing. | 295.00/hr | NO CHARGE |
| 6/20/2026 | - | PSB | Address 9019 order items | 0.10<br>580.00/hr | 58.00 |
| 6/29/2026 | - | PSB | Address 9019 order items | 0.20<br>580.00/hr | 116.00 |
| | - | PSB | Correspondence w Trustee on case administration items | 0.20<br>580.00/hr | NO CHARGE |
| 7/7/2026 | - | PSB | Correspondence w Court re order issues | 0.30<br>580.00/hr | 174.00 |
| | - | PSB | Correspondence w Trustee on case administration items | 0.10<br>580.00/hr | NO CHARGE |
| 7/8/2026 | - | PSB | Correspondence w Court re order issues | 0.50<br>580.00/hr | 290.00 |
| | - | PSB | Correspondence w Trustee on case administration items | 0.10<br>580.00/hr | NO CHARGE |
| 7/15/2026 | - | PSB | Address 9019 order items | 0.40<br>580.00/hr | 232.00 |
| | - | PSB | Correspondence w Trustee on case administration items | 0.10<br>580.00/hr | NO CHARGE |
| 7/29/2026<br>1:44 PM | - | EG | Begin draft of Agenda for August Omnibus Hearing. | 0.58<br>295.00/hr | 172.08 |
| | | SUBTOTAL: | | [ 96.41 | 31,681.87] |

Claims Administration

| Date | | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 2/10/2026 | - | PSB | Correspondence w equity related claimants | 0.50<br>580.00/hr | 290.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 0.20<br>580.00/hr | NO CHARGE |

| Date | | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 2/15/2026 | - | PSB | Address order items on Poplar matter | 0.40<br>580.00/hr | 232.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 0.10<br>580.00/hr | NO CHARGE |
| 3/3/2026 | - | PSB | Address Anthem items | 1.10<br>580.00/hr | 638.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 1.00<br>580.00/hr | NO CHARGE |
| 3/4/2026 | - | PSB | Correspondence w equity related claimants | 0.50<br>580.00/hr | 290.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 0.20<br>580.00/hr | NO CHARGE |
| 3/5/2026 | - | PSB | Correspondence re Anthem items | 0.50<br>580.00/hr | 290.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 0.10<br>580.00/hr | NO CHARGE |
| 3/6/2026 | - | PSB | Correspondence w equity related claimants | 0.30<br>580.00/hr | 174.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 0.20<br>580.00/hr | NO CHARGE |
| 3/11/2026 | - | PSB | Address remaining Equity related claims | 0.90<br>580.00/hr | 522.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 1.00<br>580.00/hr | NO CHARGE |
| 3/18/2026 | - | PSB | Correspondence re Anthem items | 0.10<br>580.00/hr | 58.00 |
| | - | PSB | Correspondence w equity related claimants | 0.40<br>580.00/hr | 232.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 0.90<br>580.00/hr | NO CHARGE |
| 3/31/2026 | - | PSB | Correspondence w equity related claimants | 0.50<br>580.00/hr | 290.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 0.90<br>580.00/hr | NO CHARGE |

| Date | | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 3/31/2026 | - | PSB | Correspondence w Trustee on Claim items | 0.20<br>580.00/hr | NO CHARGE |
| 4/1/2026 | - | PSB | Correspondence w Trustee on Claim items | 1.00<br>580.00/hr | NO CHARGE |
| 4/2/2026<br>11:23 AM | - | EG | Begin drafting claim objection to claim number 57. | 3.00<br>295.00/hr | 885.16 |
| 3:21 PM | - | EG | Revise claim objection to claim number 57. | 1.50<br>295.00/hr | 442.50 |
| 4/4/2026 | - | PSB | Address Anthem items | 1.20<br>580.00/hr | 696.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 0.70<br>580.00/hr | NO CHARGE |
| 4/5/2026 | - | PSB | Address remaining Equity related claims | 0.50<br>580.00/hr | 290.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 0.20<br>580.00/hr | NO CHARGE |
| 4/6/2026 | - | PSB | Correspondence w equity related claimants | 0.30<br>580.00/hr | 174.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 0.30<br>580.00/hr | NO CHARGE |
| 4/7/2026 | - | PSB | Correspondence w equity related claimants | 0.50<br>580.00/hr | 290.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 0.30<br>580.00/hr | NO CHARGE |
| 4/8/2026 | - | PSB | Address Anthem items related to self insurance and related legal nuances | 1.90<br>580.00/hr | 1,102.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 0.90<br>580.00/hr | NO CHARGE |
| 4/9/2026 | - | PSB | Correspondence re Anthem items | 0.20<br>580.00/hr | 116.00 |
| | - | PSB | Correspondence w equity related claimants | 0.90<br>580.00/hr | 522.00 |

| Date | | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 4/9/2026 | - | PSB | Address legal items on Anthem items | 1.70<br>580.00/hr | 986.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 0.10<br>580.00/hr | NO CHARGE |
| | - | PSB | Correspondence w Trustee on Claim items | 0.30<br>580.00/hr | NO CHARGE |
| | - | PSB | Correspondence w Trustee on Claim items | 0.50<br>580.00/hr | NO CHARGE |
| 4/14/2026 | - | PSB | Correspondence w equity related claimants | 0.30<br>580.00/hr | 174.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 0.10<br>580.00/hr | NO CHARGE |
| 4/15/2026 | - | PSB | Address Cerza claim items | 0.50<br>580.00/hr | 290.00 |
| 4/17/2026 | - | PSB | Correspondence w equity related claimants | 0.50<br>580.00/hr | 290.00 |
| | - | PSB | Correspondence re Anthem items | 0.50<br>580.00/hr | 290.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 0.10<br>580.00/hr | NO CHARGE |
| | - | PSB | Correspondence w Trustee on Claim items | 0.50<br>580.00/hr | NO CHARGE |
| 4/28/2026 | - | PSB | Finalize and file Cerza stip | 0.30<br>580.00/hr | 174.00 |
| | - | PSB | Address Anthem items | 0.50<br>580.00/hr | 290.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 0.10<br>580.00/hr | NO CHARGE |
| | - | PSB | Correspondence w Trustee on Claim items | 0.30<br>580.00/hr | NO CHARGE |
| 4/29/2026 | - | PSB | Correspondence re Anthem items | 0.20<br>580.00/hr | 116.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 0.10<br>580.00/hr | NO CHARGE |

| Date | | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 5/12/2026 | - | PSB | Correspondence w equity related claimants | 0.50<br>580.00/hr | 290.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 0.20<br>580.00/hr | NO CHARGE |
| 5/13/2026 | - | PSB | Correspondence w equity related claimants | 0.50<br>580.00/hr | 290.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 0.20<br>580.00/hr | NO CHARGE |
| 5/22/2026 | - | PSB | Address Anthem items re self insurance and other related legal items | 0.20<br>580.00/hr | 116.00 |
| | - | PSB | Correspondence re Anthem items | 0.20<br>580.00/hr | 116.00 |
| | - | PSB | Correspondence w equity related claimants | 0.30<br>580.00/hr | 174.00 |
| | - | PSB | Correspondence w Trustee on Claim items | 0.10<br>580.00/hr | NO CHARGE |
| | - | PSB | Correspondence w Trustee on Claim items | 0.20<br>580.00/hr | NO CHARGE |
| 5/23/2026 | - | PSB | Correspondence w Trustee on Claim items | 0.10<br>580.00/hr | NO CHARGE |
| 5/28/2026 | - | PSB | Correspondence re Anthem items | 0.20<br>580.00/hr | 116.00 |
| 5/31/2026 | - | PSB | Correspondence w Trustee on Claim items | 0.10<br>580.00/hr | NO CHARGE |
| | | SUBTOTAL: | | [ 32.80 | 11,245.66] |

Fee/Employment Applications

| Date | | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 3/2/2026<br>9:58 AM | - | EG | LCR Begin drafting Fee Application. | 2.02<br>295.00/hr | 595.00 |
| 1:23 PM | - | EG | LCR continue drafting Fee Application. | 1.89<br>295.00/hr | 557.47 |

| Date | | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 3/2/2026<br>3:21 PM | - | EG | LCR Draft Notice of Fee Application. | 1.00<br>295.00/hr | 295.08 |
| 3/4/2026 | - | PSB | Review/revise fee pleadings | 1.10<br>580.00/hr | 638.00 |
| | - | PSB | Correspondence w Trustee on fee items | 0.90<br>580.00/hr | NO CHARGE |
| 3/5/2026 | - | EG | Finalize Fee Application to include final bill. | 1.23<br>295.00/hr | 363.83 |
| | - | PSB | Review/revise fee pleadings | 0.50<br>580.00/hr | 290.00 |
| | - | PSB | Correspondence w Trustee on fee items | 0.20<br>580.00/hr | NO CHARGE |
| 5/26/2026<br>1:35 PM | - | EG | Begin Draft of Fee Application. | 2.00<br>295.00/hr | 590.00 |
| | | | SUBTOTAL: | [ 10.84 | 3,329.38] |
| | | | For professional services rendered | 324.10 | $103,045.31 |

Additional Charges :

Case Administration

| Date | | Initials | Description | Qty/Price | Tax# | Amount |
|---|---|---|---|---|---|---|
| 3/5/2026 | - | PSB | Photocopy costs | 1<br>2.85 | | 2.85 |
| | - | PSB | Postage | 1<br>9.24 | | 9.24 |
| 4/30/2026 | - | PSB | Postage | 1<br>11.27 | | 11.27 |
| | - | PSB | Photocopy costs | 1<br>18.90 | | 18.90 |
| 5/29/2026 | - | PSB | Photocopy costs | 1<br>13.90 | | 13.90 |
| | - | PSB | Postage | 1<br>11.52 | | 11.52 |

| | | Qty/Price | Tax# | Amount |
|---|---|---|---|---|
| 6/30/2026 - | PSB<br>Photocopy costs | 1<br>22.10 | | 22.10 |

| | |
|---|---|
| SUBTOTAL: | [ 89.78] |
| Total costs | $89.78 |
| Total amount of this bill | $103,135.09$ |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Paula S. Beran | 85.14 | 580.00 | $49,379.59 |
| Paula S. Beran | 48.70 | 0.00 | $0.00 |
| Elizabeth Gabaud | 174.87 | 295.00 | $51,584.76 |
| Elizabeth Gabaud | 13.87 | 150.00 | $2,080.96 |
| Elizabeth Gabaud | 1.52 | 0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re:<br>LeClairRyan, PLLC,<br><br>Debtor | Case No.<br>19-34574-KRH<br><br>Chapter 7 |

**Fee Application Summary**
Applicant: Tavenner & Beran, PLC
Counsel for the Chapter 7 Trustee

| Categories | Hours | Amount |
|---|---|---|
| | | |
| Asset Disposition | 178.85 | $55,106.40 |
| Business Operations | 5.20 | $1,682.00 |
| Case Administration | 96.41 | $31,681.87 |
| Claims Administration | 32.80 | $11,245.66 |
| Fee/Employment Applications | 10.84 | $3,329.38 |
| | | |
| | | |
| | | |
| **TOTAL** | **324.10** | **$103,045.31** |

| Expenses | | Amount |
|---|---|---|
| See Exhibit A for specifics | | $89.78 |
| | | |
| **Total** | | $89.78 |
| | | |

**EXHIBIT C**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re:<br>LeClairRyan, PLLC,[1]<br><br>Debtor | Case No.<br>19-34574-KRH<br><br>Chapter 7 |

**ORDER GRANTING TWENTY-FIRST INTERIM APPLICATION OF TAVENNER & BERAN, PLC FOR ALLOWANCE OF COMPENSATION AND EXPENSE REIMBURSEMENT AS COUNSEL FOR THE CHAPTER 7 TRUSTEE**

This matter came before the Court upon the Twenty-First Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Counsel for the Chapter 7 Trustee (the "**Application**") filed by Tavenner & Beran, PLC ("**Tavenner & Beran**"); and it appearing to the Court that (i) Tavenner & Beran provided proper notice of the Application to all necessary parties; (ii) no objections to the Application have been filed; and (iii) the request for compensation as allowed herein is reasonable, it is hereby ORDERED that:

1. The Application is hereby approved;

2. The request for compensation in the amount of $103,045.31 and $89.78 as reimbursement for expenses for the period of February 1, 2026, through July 31, 2026, by Tavenner & Beran be and hereby is allowed on an interim basis;

[1] The principal address of the Debtor as of the petition date was 4405 Cox Road, Glen Allen, Virginia 23060, and the last four digits of the Debtor's federal tax identification number are 2451.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
pberan@tb-lawfirm.colm
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

3. The Chapter 7 Trustee is authorized, but not directed, to pay Tavenner & Beran the amount of compensation allowed herein as a Chapter 7 administrative expense; and

4. Upon entry, the Clerk shall serve by electronic delivery or first-class mail, postage prepaid, copies of this Order on the Office of the United States Trustee, the Chapter 7 Trustee, and counsel for the Chapter 7 Trustee.

ENTERED:

______________________________________
UNITED STATES BANKRUPTCY JUDGE

We ask for this:

______________________________________

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
pberan@tb-lawfirm.com
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

Seen and No Objection:

___________________________________

Kathryn R. Montgomery, Esquire (Va. Bar No. 42380)
Department of Justice
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
Tel: (804) 771-2310
Fax: (804) 771-2330
*Assistant United States Trustee*

**Local Rule 9022-1 Certification**

I hereby certify that, pursuant to Local Rule 9022-1, the foregoing proposed *Order* has either been served upon and/or endorsed by all necessary parties.

____________________________________
*Counsel for Lynn L. Tavenner, Chapter 7 Trustee*

**Service List for Entered Order**

Kathryn R. Montgomery
Office of the United States Trustee
701 East Broad Street, Ste. 4303
Richmond, VA 23219

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219